# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNILOC 2017 LLC,**<br><br>　　　　　Plaintiff,<br><br>v.<br><br>**GOOGLE LLC,**<br><br>　　　　　Defendant. | **ORDER REGARDING PENDING MOTIONS**<br>Case No. 4:20-cv-4355-YGR<br><br>Case Nos. 4:20-cv-05330-YGR; 4:20-cv-05333-YGR; 4:20-cv-05334-YGR; 4:20-cv-05339-YGR; 4:20-cv-05340-YGR; 4:20-cv-05341-YGR; 4:20-cv-05342-YGR; 4:20-cv-05343-YGR; 4:20-cv-05344-YGR; 4:20-cv-05345-YGR; 4:20-cv-05346-YGR |

The above-captioned cases have been transferred to this District and assigned to this Court. In light of the large number of outstanding motions, and as discussed at the case management conference held on September 21, 2020, all pending motions are deemed withdrawn without prejudice to be refiled at the appropriate time, if necessary.

With regards to Google's motion to dismiss, the parties shall refile a *single* motion, opposition, and reply, noting any differences among the above-captioned cases, in each action. Uniloc shall produce standing-related discovery, as agreed to by the parties, by October 2, 2020. Google shall file a supplemental brief, or a notice that no supplement is necessary, by October 9, 2020. Uniloc's opposition, if any, shall be filed by October 16, 2020 and Google's reply, if any, by October 23, 2020.

**IT IS SO ORDERED.**

Dated: September 24, 2020

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　**YVONNE GONZALEZ ROGERS**
　　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT COURT JUDGE**