Aaron S. Jacobs (Cal. Bar No. 214953)
ajacobs@princelobel.com
PRINCE LOBEL TYE LLP
One International Place, Suite 3700
Boston, MA 02110
Tel: (617) 456-8000

Matthew D. Vella (Cal. State Bar No. 314548)
mvella@princelobel.com
PRINCE LOBEL TYE LLP
357 S. Coast Highway, Suite 200
Laguna Beach, CA 92651
Tel: (949) 232-6375

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNILOC 2017 LLC,<br><br>      Plaintiff,<br><br>v.<br><br>GOOGLE LLC,<br><br>      Defendant. | Case Nos.: 4:20-cv-04355-YGR<br>4:20-cv-05330-YGR; 4:20-cv-05333-YGR;<br>4:20-cv-05334-YGR; 4:20-cv-05339-YGR;<br>4:20-cv-05340-YGR; 4:20-cv-05341-YGR<br>4:20-cv-05342-YGR; 4:20-cv-05343-YGR<br>4:20-cv-05344-YGR; 4:20-cv-05345-YGR<br>4:20-cv-05346-YGR<br><br>**RESPONSE OPPOSING GOOGLE LLC'S MOTION TO DISMISS FOR LACK OF STANDING[1]** |

---

[1] Because this response contains voluminous exhibits, all of which are identical in each of the 18 filings, Uniloc is uploading the exhibits only to Case No. 2:18-cv-00548 to reduce the burden on Court and party resources. Cites to Uniloc's exhibits herein refer to the exhibits attached to Uniloc's response in the 548 case. Uniloc is serving the exhibits on counsel in all 18 cases.

3550116.v4

**TABLE OF CONTENTS**

INTRODUCTION ...................................................................................................................1

I.    FACTUAL BACKGROUND ..........................................................................................2

II.   UNILOC 2017 ALONE HAS STANDING .....................................................................2

    A.  Google's challenge to Article III standing fails. ......................................................3

        1.  The agreements were terminated before Uniloc Lux assigned the patents.........................3

            a.  The parties were free to mutually terminate the "irrevocable" license.......................3

            b.  The Fortress License did not continue under the "survival" clause.............................5

            c.  There was no Event of Default. ...........................................................6

            d.  Any Event of Default ceased to exist under Section 7.3 of the RSA............................6

            e.  A right to sublicense would not deprive Uniloc of constitutional standing..................9

    B.  Google's challenge to statutory standing fails. ......................................................11

III.  CONCLUSION..............................................................................................................12

# TABLE OF AUTHORITIES

**Cases**

*Alfred E. Mann Found. For Sci. Research v. Cochlear Corp.*,
604 F.3d 1354 (Fed. Cir. 2010) ........................................................................ 9, 10

*Aspex Eyewear, Inc. v. Miracle Optics, Inc.*,
434 F.3d 1336 (Fed. Cir. 2006) ............................................................................. 10

*Bendetson v. Killarney, Inc.*,
154 N.H. 637, 913 A.2d 756 (2006) ........................................................................ 5

*Cafferty v. Scotti Bros. Records, Inc.*,
969 F. Supp. 193 (S.D.N.Y. 1997) ......................................................................... 5

*Carbonneau v. Lague, Inc.*,
134 Vt. 175, 352 A.2d 694 (1976) ........................................................................... 5

*Dolansky v. Frisillo*,
92 A.D.3d 1286, 939 N.Y.S.2d 210 (2012) ............................................................. 4

*In re Huntington*,
ADV 11-4015-BDL, 2013 WL 6098405 (B.A.P. 9th Cir. Oct. 29, 2013) .................. 5

*In re Provider Meds, L.L.C.*,
907 F.3d 845, 856 (5th Cir. 2018) ........................................................................... 5

*Lone Star Silicon Innovations LLC v. Nanya Tech. Corp.*,
925 F.3d 1225 (Fed. Cir. 2019) .................................................................... 1, 9, 12

*Luminara Worldwide, LLC v. Liown Elecs. Co.*,
814 F.3d 1343 (Fed. Cir. 2016) ............................................................................. 11

*Morrow v. Microsoft Corp.*,
499 F.3d 1332 (Fed. Cir. 2007) ............................................................................. 10

*SiRF Technology, Inc. v. International Trade Com'n*,
601 F.3d 1319, 94 USPQ2d 1607 (Fed. Cir. 2010) ................................................ 3

*Thales Alenia Space France v. Thermo Funding Co., LLC*,
959 F. Supp. 2d 459 (S.D.N.Y. 2013) ..................................................................... 4

*Uniloc USA, Inc. v. Apple, Inc.*,
No. C 3:18-cv-00360-WHA (N.D. Cal.) (Jan. 17, 2019) ......................................... 1

*WiAV Solutions LLC v. Motorola, Inc.*,
631 F.3d 1257 (Fed. Cir. 2010) ............................................................................. 10

*Zimmerman v. Cohen,*
  236 N.Y. 15, 139 N.E. 764 (1923) ................................................................................................ 4

# INTRODUCTION

Google has filed motions to dismiss in multiple cases filed by Uniloc 2017 LLC ("Uniloc 2017") on November 17, 2018 (the "November Cases")[1] and December 30, 2018 (the "December Cases")[2]. To reduce the burden on the Court and the parties, this response addresses each of Google's motions in one paper.[3]

Google's arguments concerning standing are identical in all cases. Its motions to dismiss for lack of Article III rehash arguments already rejected by the Northern District of California in *Uniloc USA, Inc. v. Apple, Inc.*, No. C 3:18-cv-00360-WHA (N.D. Cal.) (Jan. 17, 2019). Here, Google's motions are even weaker because the alleged rights of Fortress Credit Co LLC ("Fortress") were terminated before Uniloc 2017 filed this case. For this reason alone, Google's motions must be denied. Google's motions should also be denied for the reason Judge Alsup denied Apple's motion; namely, any alleged defaults by Uniloc (which Apple and Google claim automatically triggered Fortress's alleged right to sublicense) were cured. Further, Fortress's alleged right to sub-license (even if it existed) would not deprive Uniloc Lux of constitutional standing because Uniloc Lux never transferred "all substantial rights" to Fortress.

Google's motions to dismiss for lack of *statutory* standing fail because Google's allegations about the contracts are incorrect. The May 3, 2018 License Agreement that Google claims deprived Uniloc 2017 of statutory standing was terminated on November 16, 2018. Google appears to have simply overlooked this fact. Similarly, the provisions of the Amended Security Agreement that Google claims gave CF Uniloc control over Uniloc 2017's patents are expressly made subject to Section 4.9(e) of the same agreement, which retains for Uniloc 2017 "all rights in all Patents" owned by Uniloc 2017. Even if Google's challenge to statutory standing relied on a correct understanding of the relevant agreements (and it does not), the proper remedy under *Lone Star* would be joinder.

---

[1] The November Cases or "first wave" cases are 2:18-cv-00491 – 504.

[2] The December Cases or "second wave" cases are 2:18-cv-00548 – 554.

[3] Uniloc cites to Google's motions collectively as "MTD" herein. Unless otherwise stated, cites to exhibit numbers or page numbers in Google's motion refer to the motion filed as Dkt. 106 in case 2:18-cv-00491.

## I.   FACTUAL BACKGROUND

On **December 30, 2014**, Uniloc Lux and Fortress entered a Revenue Sharing Agreement ("RSA") and Patent License Agreement ("Fortress License"). Tuner Decl., Ex. A.; MTD, Ex. DE.

On **January 31, 2018**, each of the patents-in-suit was assigned to Uniloc Luxembourg S.A. ("Uniloc Lux"). The Assignment of Patent Rights to Uniloc Lux assigns "all right, title, and interest that exist today and may exist in the future in and to" the patents. Loveless Decl., Ex. A; Second Turner Decl., Ex. A.; Richins Decl., Ex. A.

On **May 3, 2018**, Uniloc Lux, Fortress and other entities, including all "Purchasers" under the RSA, entered a Payoff and Termination Agreement ("Termination Agreement"), terminating the RSA and the Fortress License. Tuner Decl., Ex. C.

Also on **May 3, 2018**: (1) Uniloc Lux assigned the patents-in-suit to Uniloc 2017 LLC; and (2) Uniloc 2017 entered into a Note Purchase and Security Agreement ("Security Agreement") with CF Uniloc. Loveless Decl., Ex. A; Turner Decl., Ex. B.

On **November 16, 2018**, CF Uniloc and Uniloc 2017 entered an Amended and Restated Note Purchase and Security Agreement ("Amended Security Agreement"). Turner Decl., Ex. D. The Amended Security Agreement eliminates the language Google claims deprived Uniloc 2017 of standing.

Also on **November 16, 2018**, Uniloc 2017 and Uniloc Licensing USA entered a Termination of Licensing Agreement, terminating the License Agreement dated May 3, 2018 (as amended by Amendment No. 1 to License Agreement on August 28, 2018) (the "USA License Agreement"). Second Turner Decl., Ex. B.

This case was filed **after November 16, 2018**.

## II.   UNILOC 2017 ALONE HAS STANDING

As shown in the public USPTO assignment records, Uniloc 2017 alone is the undisputed owner of the patents-in-suit. Loveless Decl., Ex. A. The patents were assigned to Uniloc 2017 by the prior owner of the patents, Uniloc Lux. Second Turner Decl., Ex. A (showing Uniloc Lux was the prior owner with all rights); Richins Decl., Ex. A. The assignments to Uniloc Lux and Uniloc 2017 create "a presumption of validity . . . and places the burden to rebut such a showing" on Google. *See*

*SiRF Technology, Inc. v. International Trade Com'n*, 601 F.3d 1319, 1327–28, 94 USPQ2d 1607 (Fed. Cir. 2010). Google fails to meet this burden.

### A. Google's challenge to Article III standing fails.

Google first challenges Uniloc 2017's constitution standing, claiming Fortress obtained a right to sublicense under the RSA and Fortress License so that Unified Lux did not have an "unfettered exclusionary right to assign to Uniloc 2017" when it assigned the patents to Uniloc 2017. MTD at 7. This argument fails because: (1) the agreements Google claims gave Fortress a right to sublicense were terminated before Uniloc Lux assigned the patents to Uniloc 2017; (2) Fortress never obtained a right to sublicense because there was never an Event of Default necessary to trigger Fortress's alleged license; (3) any alleged right to sublicense was extinguished under the terms of the RSA before Uniloc Lux assigned the patents to Uniloc 2017; and (4) Fortress's alleged right to sublicense would not deprive Uniloc Lux (or consequently Uniloc 2017) of constitutional standing.

#### 1. The agreements were terminated before Uniloc Lux assigned the patents.

The agreements allegedly giving Fortress a right to sublicense were terminated by the parties before Uniloc Lux assigned the patents to Uniloc 2017. The May 3, 2018 Termination Agreement, signed by the parties to the RSA and Fortress License, states in relevant part:

> (d) Upon receipt of the Payoff Amount by [Fortress], the Parties hereto agree that:
>
> (i) Each of the ***Revenue Sharing Agreement***, the Security Agreement, the Guaranty Agreement, the Account Pledge Agreement, the ***Patent License Agreement***, the Patent Security Agreement and (subject to Section 1(d)(ii))[4] the Blocked Account Control Agreement ***shall terminate and shall be of no further force or effect*** without any further documentation or action and without liability to any party hereto, and the rights of each of the applicable parties under the applicable agreement shall terminate . . .

Turner Decl., Ex. C at 2 (¶1(d)(i)) (emphasis added).

##### a. The parties were free to mutually terminate the "irrevocable" license.

Google's argument that the parties could not mutually agree to terminate Fortress's license because the license was "irrevocable" contradicts the plain language of the Fortress License, basic

---

[4] Section 1(d)(ii) required the Collateral Agent to notify the Depositary Bank the Blocked Account Control Agreement was to terminate.

contract law, and common sense. The Fortress License expressly allows the parties to terminate the

Fortress License by mutual written agreement, stating in relevant part:

> 5.1 ***The Parties may terminate this Agreement at any time by mutual written agreement*** executed by both parties provided that any sublicenses granted hereunder prior to the termination of this Agreement shall survive according to the respective terms and conditions of such sublicences.

MTD, Ex. E at §5.1 (emphasis added). Likewise, under New York law, which Google admits

governs, "[p]arties to a contract may mutually agree to cancel and rescind the contract."[5]

Contrary to Google's argument, the use of the word "irrevocable" means that one party to the

contract cannot unilaterally terminate the agreement based, for instance, on a breach by the other

party – *not* that the parties may not mutually agree to terminate the contract. Thus, the Fortress

License allows the parties to "terminate this Agreement at any time by mutual written agreement"

but states immediately thereafter that *"[b]reach(es), material or otherwise, of this Agreement by*

*either Party or any other Person will not constitute grounds by which this Agreement may be*

*terminated*." MTD, Ex. E at §§5.1 – 5.2 (emphasis added).

Discussing a New York Arbitration Law making "a provision in a written contract to settle

arbitration . . . enforceable and irrevocable," the Court of Appeals of New York stated:

> The word 'irrevocable,' here used, means that the contract to arbitrate cannot be revoked at the will of one party to it . . . It does not mean that the agreement to arbitrate is irrevocable by the mutual agreement or consent of the parties.

*Zimmerman v. Cohen*, 236 N.Y. 15, 20, 139 N.E. 764, 766 (1923) ("prevent[ing] parties from

modifying their agreements to arbitrate . . . would be such an abridgement of the right of citizens to

contract that the constitutionality of the law might well be doubted."). Courts in other jurisdictions

---

[5]  *Thales Alenia Space France v. Thermo Funding Co., LLC*, 959 F. Supp. 2d 459, 465 (S.D.N.Y. 2013); *see also Dolansky v. Frisillo*, 92 A.D.3d 1286, 1287, 939 N.Y.S.2d 210, 212 (2012) ("It is well settled that "parties to a written contract may mutually agree to cancel and rescind it").

have acknowledged the same principle.[6] The cases Google cites[7] further demonstrate that "irrevocable" prevents a *unilateral* revocation of an agreement by one party, not a *mutual* termination by the parties.[8] Google cites no authority supporting its extreme position.

### b. The Fortress License did not continue under the "survival" clause.

Google's argument that the Fortress License continued under the survival clause also fails. Because the Fortress License allowed Fortress, under certain conditions that never occurred, to grant a license to a third-party, it also provided that rights under any agreements with third parties would survive a termination of the Fortress License. The Fortress License states, in relevant part:

**5. Termination**

5.1 The Parties may terminate this Agreement at any time by mutual written agreement executed by both Parties provided that ***any sublicenses granted hereunder prior to the termination of this Agreement shall survive according to the respective terms and conditions of such sublicenses***.

5.2 . . . Breach(es), material or otherwise, of this Agreement by either Party or any other Person will not constitute grounds by which this Agreement may be terminated.

**6. Survival**

Any rights and obligations which by their nature survive and continue after any expiration or termination of this Agreement will survive and continue and will bind the Parties and their successors and assigns, ***until such rights are extinguished and obligations are fulfilled***.

---

[6] *In re Huntington*, ADV 11-4015-BDL, 2013 WL 6098405, at *8 (B.A.P. 9th Cir. Oct. 29, 2013) (finding party "stretch[ed] credulity" by attempting to "get around [the] general principle of contract law" allowing parties to mutually reform a contract by arguing the assignment was "irrevocable" and noting cases relied on by that party related to "attempts by one party to revoke an irrevocable assignment," not mutual reformation of a contract by parties); *Carbonneau v. Lague, Inc.*, 134 Vt. 175, 177, 352 A.2d 694, 696 (1976) ("Even given the conclusion that the license was irrevocable, the voluntary lease agreement entered into between the parties in 1969 terminated the irrevocable license,"); *Bendetson v. Killarney, Inc.*, 154 N.H. 637, 643, 913 A.2d 756, 761 (2006) ("Thus, generally speaking, if an action is irrevocable, the actor who initiated the action may not withdraw it, alter it, or otherwise call it back.").

[7] *See* MTD at 8 (citing *Cafferty v. Scotti Bros. Records, Inc.*, 969 F. Supp. 193 (S.D.N.Y. 1997) and *In re Provider Meds, L.L.C.*, 907 F.3d 845, 856 (5th Cir. 2018)).

[8] In *Cafferty v. Scotti Bros. Records, Inc.*, Cafferty attempted to unilaterally terminate a license he granted under an August 31, 1982 agreement (the "Cafferty-Aurora Contract"), arguing the licensee breached paragraph 2(b) of a later agreement (the "Mechanical License"). The court rejected this argument because the Mechanical License specifically provided that they did not "supersede in any way [sic] affect any prior agreements now in effect respecting the phonorecords of said copyrighted work." *Cafferty*, 969 F. Supp. at 198. In *In re Provider Meds, L.L.C.*, the court rejected the argument that the use of "perpetual" made a license irrevocable, explaining that "the use of 'perpetual' indicates that the license may not be revoked at will; the use of 'irrevocable' goes one step further and indicates that the license may not be revoked for any reason, ***even a breach by the other side***. *Id.*

*Id.* (emphasis added).

The purpose of the survival clause is plain. If Fortress had granted sublicenses to third parties, the rights of those third parties are "rights and obligation which by their nature [would] survive and continue after any expiration or termination of ***this*** Agreement," as they would have been granted under *other* agreements. In contrast, Fortress's license is a right that, by its nature, did not survive the termination of the license agreement under which it was granted.

Google's insistence that Fortress's <u>license</u> is a right that "by its nature" would survive the termination of the <u>license agreement</u> is nonsensical. It also renders the parties' right to "terminate this Agreement at any time by mutual written agreement" meaningless. The license is *the* material term of the license agreement. The remaining provisions of the four-page document are merely ancillary to the license. Further, Google offers no explanation for interpreting Fortress's license as a right that "by its nature" would survive the termination of the Fortress License other than its erroneous interpretation of the meaning of "irrevocable."

Even if "rights and obligations which by their nature survive and continue after expiration or termination of ***this*** Agreement" is construed as including Fortress's license, such rights survive only until "extinguished" and their "obligations are fulfilled." That is precisely what happened the license under the Payoff and Termination Agreement. Turner Ex. C at §§1(a) - (d).

### c. There was no Event of Default.

Google's motion also fails because there was never an Event of Default triggering Fortress's alleged right to sublicense. The Fortress License allowed Fortress to use its license *only* "following an Event of Default." Palmer Decl., ¶4; MTD, Ex. E §2.1. Google's motion fails because, well after these alleged Events of Default,[9] Fortress attested that Uniloc was never in default. *See* Palmer Decl., ¶¶7-13 (attached); Second Palmer Decl. ¶¶ 1-3 (attached).

### d. Any Event of Default ceased to exist under Section 7.3 of the RSA.

Further, as a result of the Termination Agreement, any Event of Default under the RSA ceased to exist by the time Uniloc Lux assigned the patents to Uniloc 2017. Section 7.3 of the RSA

---

[9] Google alleges that Events of Default occurred December 30, 2014, March 31, 2017, May 15, 2017, and June 30, 2017. MTD at 6-7.

states that an Event of Default ceases to exist after the occurrence of the events described in Sections 7.3(x), 7.3(y), or 7.3(z), stating:

> 7.3 <u>Annulment of Defaults.</u> Once an Event of Default has occurred, such Event of Default ***shall be deemed to exist*** and be continuing for all purposes of this Agreement ***until the earlier*** of
>
> > (x) Majority Purchasers shall have waived such Event of Default in writing,
> >
> > (y) the Company shall have cured such Event of Default ***to the Majority Purchasers' reasonable satisfaction*** or the Company or such Event of Default ***otherwise ceases to exist***, ***or***
> >
> > (z) the Collateral Agent and the Purchasers or Majority Purchasers (as required by <u>Section 9.4.1)</u> have entered into an amendment to this Agreement which by its express terms cures such Event of Default, ***at which time such Event of Default shall no longer be deemed to exist*** or to have continued.

MTD, Ex. D ¶7.3 (emphasis added, hard returns added). An event satisfying any *one* of these three subsections is enough to make an Event of Default cease to exist. *Id*. Here, *all three* occurred under the May 3, 2018 Payoff and Termination Agreement.

 **Section 7.3(x):** Under subsection (x), any alleged Event of Default ceased to exist because the Payoff and Termination Agreement is a written waiver by the Majority Purchasers.[10] Turner Decl., Ex. C. In it, the "Fortress Entities" (including the Majority Purchasers[11]) expressly "release[d], ***waive[d]*** and forever discharge[d] Uniloc Entities [and their assigns] . . . of and from ***any and all Claims*** which any of such Fortress Releasors [including the Majority Purchasers[12]] ever had, now have, or hereafter can, shall or may have against any of such Uniloc Releasees arising out of or in connection with any of the Released Agreements." Turner Decl., Ex. C §2.

 Contrary to Google's claim that Uniloc 2017 produced no evidence of a written waiver, Uniloc 2017 produced the Payoff and Termination Agreement before discovery began and explained

---

[10] The "Majority Purchasers" are CF DB EZ LLC and CF DB EZ 2017 LLC. *See* Second Turner Decl., Ex. C at Bates Nos. 3185 (identifying "Purchasers"); 3203 ("Person listed on Schedule 2.1 hereto the 'Purchasers'"); 3245 (defining "Majority Purchasers"); 3251 (identifying "Purchasers").

[11] "Fortress Entities" is defined by the Termination Agreement as Fortress and the "Purchasers" (CF DB EZ LLC and CF DB EZ 2017 LLC). *See* Turner Ex. C at 1.

[12] "Fortress Releasors" is defined by the termination agreement to include the "Fortress Entities," which means it includes Fortress and *all* of the Purchasers (and therefore the Majority Purchasers).

it was a written waiver by Fortress and the Majority Purchasers).[13] Further, Google's argument that

Uniloc's corporate witness did not know if there was a waiver is irrelevant. The relevant question is

whether there was, in fact, a waiver. There was.

**Subsection (y):** Under subsection (y), any Event of Default ceased to exist because the

Payoff and Termination Agreement shows any Event of Default was cured to the Majority

Purchasers' "reasonable satisfaction."[14] The fact that any alleged Event of Default was cured to

Fortress's "reasonable satisfaction" is further evidenced by Fortress's own declaration testimony,

which specifically references Section 7.3 of the RSA and testifies that any Event of Default was

cured to Fortress's satisfaction. Palmer Decl. ¶¶4, 12-20; Second Palmer Decl. ¶¶ 1-3.

Notably, Google attempts to re-write Section 7.3(y) of the RSA by omitting "to the Majority

Purchasers' reasonable satisfaction" and replacing it with ellipses. MTD at 10. Ignoring this language,

Google erroneously insists the RSA provides no guidance on what constitutes a "cure" and that the

term must be interpreted to mean "taking care of the triggering event and going back to pre-default

conditions," regardless of whether Fortress considers an Event of Default cured to its reasonable

satisfaction. MTD at 10-11. Google's construction contradicts the RSA.

Google further alleges that Uniloc did not comply with Section 6.5.1.2 of the RSA by

notifying Fortress of "what action [Uniloc] has taken, is taking or proposes to take" with respect to an

Event of Default. The *existence* of Fortress's declarations (regardless of the truth of the matters

asserted in them) refutes Google's allegation because the declarations: (a) outline the alleged Events of

Default; and (b) state that Fortress is satisfied with Uniloc's actions in connection with them. Palmer

---

[13] Uniloc 2017 included the Payoff and Termination Agreement as an exhibit to its May 20, 2019 response opposing Google's motion to dismiss. *See* Dkt. 28 (of -492 case), Turner Decl., Exhibit C.
[14] As explained above, the Payoff and Termination states in relevant part that the parties "acknowledge and agree" that the Payoff Amount is the "entirety of the amount" to "***pay in full all obligations owing to [Fortress] by [Uniloc Lux] pursuant to the Revenue Sharing Agreement and the Notes***" and that the Payoff Amount: (a) "***shall constitute payment and satisfaction in full*** of all amounts owing by Uniloc Lux"; (b) upon receipt of the Payoff Amount "automatically (and without requirement of further action by any person) (i) ***neither Uniloc Lux [nor other parties] shall have any further obligation or liability*** to [Fortress] in respect of the Notes and (ii) the Notes shall be irrevocably terminated and released and have no further force or effect, except with respect to provisions that expressly survive the terms thereof"; and (d) "the Note Obligations (as such term is defined in the Revenue Sharing Agreement) . . . ***shall be deemed to have been repaid in full***." Turner Ex. C at §§1(a) - (d) (emphasis added).

Decl. ¶¶13, 20; Second Palmer Decl. ¶¶1-3. By doing so, they prove Uniloc notified Fortress of the alleged Events of Default and that Fortress was aware of Uniloc's actions in connection with them. Regardless, the RSA does not require compliance with Section 6.5.1.2 as a condition to a cure under Section 7.3(y), much less a waiver under Section 7.3(x).

In addition to allowing an Event of Default to be cured to Fortress's "reasonable satisfaction," Section 7.3(y) states that an Event of Default is cured when it "otherwise ceases to exist." Because an Event of Default ceases to exist upon a written waiver by the Majority Purchasers, the written waiver also satisfies the "otherwise ceases to exist" provision of 7.3(y).

**Subsection (z):** Finally, under Section 7.3(z), any Event of Default ceased to exist because the Payoff and Termination Agreement constituted an "Agreement which by its express terms cures [any] Event of Default."

Thus, any alleged Event of Default ceased to exist before Uniloc Lux assigned the patents to Uniloc 2017, and Uniloc Lux assigned the patents unfettered by any right to sublicense.

> **e.    A right to sublicense would not deprive Uniloc of constitutional standing.**

Even if Fortress had a right to sublicense, Google's motion fails because Uniloc Lux never transferred "all substantial rights" to Fortress.

The Federal Circuit has recognized "three categories of plaintiffs in patent infringement cases." *Lone Star Silicon Innovations LLC v. Nanya Tech. Corp.*, 925 F.3d 1225, 1229 (Fed. Cir. 2019). "First, a patentee, *i.e.*, one with 'all rights or all substantial rights' in a patent, can sue in its own name. Second, a licensee with 'exclusionary rights can sue along with the patentee. And finally, a licensee who lacks exclusionary rights has no authority to assert a patent (even along with the patentee." *Id.* (citations omitted).

In *Mann*, the Federal Circuit explained: (a) there is always a "category one" plaintiff[15] (an owner of the patent); and (b) the category one plaintiff has constitutional standing to sue in its own name *unless* it transfers away all substantial rights:

---

[15] Google's erroneous claim that *Morrow* suggests otherwise ignores *Morrow's* clear recognition that constitutional standing to sue remained with AHLT. *See Morrow v. Microsoft Corp.*, 499 F.3d 1332,

*This case presents a . . . scenario in which the patent owner seeks to bring suit*, requiring us to determine whether the patent owner transferred away sufficient rights to divest it of any right to sue.

\* \* \*

[A] patent may not have multiple separate owners for purposes of determining standing to sue. *Either the licensor did not transfer "all substantial rights" to the exclusive licensee, in which case the licensor remains the owner of the patent and retains the right to sue for infringement*, or the licensor did transfer "all substantial rights" to the exclusive licensee, in which case the licensee becomes the owner of the patent for standing purposes and gains the right to sue on its own. In either case, *the question is whether the license agreement transferred sufficient rights to the exclusive licensee to make the licensee the owner of the patents in question. If so, the licensee may sue but the licensor may not. If not, the licensor may sue, but the licensee alone may not*.

*Alfred E. Mann Found. For Sci. Research v. Cochlear Corp.*, 604 F.3d 1354, 1358 8- 60 (Fed. Cir. 2010) (citations omitted) (emphasis added). Thus, one with sufficient rights to qualify as the sole category one plaintiff maintains that status unless it transfers away all substantial rights.

*Mann* is further supported by *Aspex Eyewear, Inc. v. Miracle Optics, Inc.*, 434 F.3d 1336 (Fed. Cir. 2006), where the original owner of the patent retained standing to sue even though it transferred "the exclusive right to make, use, and sell" products covered by the patent and a "*virtually unfettered right to sublicense all of its rights to a third-party*" and "retained 'no supervisory power or veto power'" over that person's grant of sublicenses.

Here, Uniloc Lux obtained category one status when it obtained "all right, title, and interest that exist today and may exist in the future in and to" the patents. Second Turner Decl., Ex. A Uniloc Lux did not transfer all substantial rights to Fortress. Even if Fortress had obtained a right to sublicense, by the express terms of the Fortress License, that right was *nonexclusive*. Turner Decl., Ex. A. Such a limited, nonexclusive right is far short of a grant of "all substantial rights" in the patents (and less than was transferred in *Aspex*). Thus, Fortress's purported right to sublicense in the event of a default could not have deprived Uniloc Lux of its category one status.

Google's reliance on dicta from *WiAV Solutions LLC v. Motorola, Inc.,* 631 F.3d 1257 (Fed. Cir. 2010) is misplaced because, unlike *Aspex* and *Mann*, *WiAV* did not involve a scenario in which

1338, 1342 (Fed. Cir. 2007) (stating it was "undisputed that AHLT holds legal title to the '647 patent and all the 'sticks' in the 'bundle of rights' associated with the patent that were not specifically transferred to GUCLT" and that there was "no indication that AHLT is restricted as to the parties to whom it could transfer any of the *exclusionary rights that it holds*.") (emphasis added).

the patent owner sought to bring suit. Google's reliance on *Luminara Worldwide, LLC v. Liown Elecs. Co.*, 814 F.3d 1343 (Fed. Cir. 2016) is also misplaced. *Luminara* actually supports Uniloc's position by suggesting that where two persons simultaneously have the right to license, category one status is retained by the person who had it before that situation arose. Neither *WiAV* nor *Luminara* conflicts with *Mann*.[16]

**B.      Google's challenge to statutory standing fails.**

Google's challenge to statutory standing is based on incorrect allegations about the relevant contracts. First, Google's claim that the May 3, 2018 USA License Agreement deprives Uniloc 2017 of statutory standing ignores the fact that the agreement was terminated on November 16, 2018, before Uniloc 2017 filed this suit. Second Turner Decl., Ex. B (produced as Bates No. 0004684). It appears Google simply overlooked the termination agreement.

Second, Google's allegation that Sections 4.9(a) and 7.1(d) of the Amended Security Agreement deprive Uniloc 2017 of statutory standing ignores the plain language of the agreement. The agreement gave CF Uniloc a security interest in certain Uniloc 2017 assets ("Collateral"), which was not limited to patents. *See* MTD, Ex. K ¶4.1. After Apple alleged that certain rights given to CF Uniloc in the original security agreement deprived Uniloc 2017 of standing, the parties amended the agreement to address the allegedly offending provisions. Specifically, the parties amended the agreement by adding Section 4.9(e), which states:

> 4.9 Intellectual Property. As to Collateral in the form of intellectual property ("Intellectual Property Collateral"):
>
> * * *
>
> (e) Subject to Sections 4.7-4.8 and 8[17], but notwithstanding anything else to the contrary herein, [Uniloc 2017] has and retains all rights in all Patents owned,

---

[16] In *Luminara*, a nonparty, Disney, owned the patent and, before granting an exclusive license to Candella, Luminara's predecessor, thus had category one status. The question for the court was whether the exclusive license transferred "all substantial rights" from Disney to Candella, giving Candella, instead of Disney, category one status. Defendant argued Disney's retention of the right to license certain of its affiliates rendered the transfer insufficient to bestow category one status on Candella. In that context, the court said that if Disney were free to license "any" entity, "all substantial rights" would not have been transferred. *Id.* But the court found Disney had not retained that right.

[17] Sections 4.7-4.8 and 8 allow CF Uniloc to take certain actions *only* after an Event of Default under the Amended Security Agreement and *only* after CF Uniloc "provides written notice to [Uniloc

controlled, or exclusively licensed by [Uniloc 2017], and has sole authority and discretion regarding the exercise of all rights under such Patents, including the prosecution, maintenance, use, right to exclude, disposition, licensing, and enforcement (including the settlement of any litigation) of such Patents, and nothing in this Agreement is intended to or shall be construed as limiting or providing [CF Uniloc] or any other Person with the right to control or limit [Uniloc 2017's] exercise of its rights under such patents and patent applications.

Turner Decl., Ex. D §4.9(e). Section 4.9(e) expressly exempts "Intellectual Property Collateral" from Section 7.1(d) and trumps any rights granted under Section 4.1(a). Indeed, to remove any doubt about the intent of Section 4.9(e), the Amended Security Agreement revised Sections 4.1(a) and 7.1(d) to expressly make them "[s]ubject to Section 4.9(e)." *Id.* §§ 41.(a), 71.(d).

The Amended Security Agreement, therefore, removes the alleged limitations Google claims deprive Uniloc 2017 of standing. Judge Alsup acknowledged this in his order denying Apple's motion to dismiss for lack of standing. *See* Original MTD, Ex. E at 9. Uniloc explained this in response to Google's original motion to dismiss (Dkt. 28 (491 case)) but Google's renewed motion doubles down on the same argument without any mention of Section 4.9(e).

Google also misreads Section 7.1(d) as applying to "patents," claiming it requires Uniloc 2017 to obtain prior written consent of CF Uniloc before it can "'sell, lease, transfer or otherwise dispose of . . .*any*' of its **patents**." MTD at 14 (emphasis added). Section 7.1(d) does not apply to Uniloc 2017's "patents." Rather, it applies to "assets constituting Collateral" and is expressly subject to Section 4.9(e), which *excludes* from 7.1(d) "**Patents** owned, controlled, or exclusively licensed by [Uniloc 2017]." Turner Decl., Ex. D §§ 7.1(d), 4.9(e) (emphasis added).

Even if Google's statutory standing arguments were correct (and they are not), the proper remedy under *Lone Star* would be joinder, not dismissal.


[The sections addressing Google's motion to dismiss as to venue grounds are omitted]


## III.  CONCLUSION

For the foregoing reasons, Google's motions to dismiss should be denied.

---

2017]" of the default. CF Uniloc has not provided written notice to Uniloc 2017 of any Event of Default. Turner Decl. ¶6.

Dated: October 2, 2020

Respectfully submitted,

/s/ *Aaron S. Jacobs*
Aaron S. Jacobs (Cal. Bar No. 214953)
ajacobs@princelobel.com
PRINCE LOBEL TYE LLP
One International Place, Suite 3700
Boston, MA 02110
Tel: (617) 456-8000

Matthew D. Vella (Cal. State Bar No. 314548)
mvella@princelobel.com
PRINCE LOBEL TYE LLP
357 S. Coast Highway, Suite 200
Laguna Beach, CA 92651
Tel: (949) 232-6375

Attorneys for Plaintiff

# DECLARATION OF DRAKE TURNER

1. My name is Drake Turner. I am over the age of 21 and am competent to make this declaration. I am the chief financial officer of Uniloc 2017 LLC. The facts stated herein are within my personal knowledge and are true and correct.

2. Attached hereto as **Exhibit A** is a true and correct copy of a Patent License Agreement dated December 30, 2014.

3. Uniloc 2017 LLC and Uniloc Luxembourg S.A. ("Uniloc Lux") entered an Asset Purchase Agreement dated March 28, 2018. In the Asset Purchase Agreement, Uniloc Lux agreed to sell, and Uniloc 2017 agreed to buy, certain assets.

4. Attached hereto as **Exhibit B** is a true and correct copy of a Note Purchase and Security Agreement dated May 3, 2018.

5. Attached hereto as **Exhibit C** is a true and correct copy of a Payoff and Termination Agreement dated May 3, 2018 ("Termination Agreement").

6. Attached hereto as **Exhibit D** is a true and correct copy of the Amended and Restated Note Purchase and Security Agreement ("Amended Security Agreement") between Uniloc 2017 LLC and CF Uniloc Holdings LLC dated November 16, 2018. The Amended Security Instrument amended the Note Purchase and Security Agreement ("Security Agreement") between the same parties dated May 3, 2018. CF Uniloc Holdings LLC has at no time provided Uniloc 2017 LLC a written notice of an "Event of Default" under the Security Agreement or the Amended Security Agreement.

7. Execution of the Termination Agreement was required by the March 28, 2018 Asset Purchase Agreement between Uniloc 2017 LLC and Uniloc Luxembourg S.A. After all conditions required for consummation of the Asset Purchase Agreement occurred, including the

payoff required under the Termination Agreement, the Asset Purchase Agreement closed on May 28, 2018.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed: Monday, May 20, 2019

Drake Turner

# Exhibit A
## to
## Turner Declaration

## PATENT LICENSE AGREEMENT

**THIS PATENT LICENSE AGREEMENT** (the "**Agreement**") is made and entered into effective as of December 30, 2014 by and among:

**Uniloc Luxembourg, S.A.**, a public limited liability company (*société anonyme*), incorporated under the laws of the Grand Duchy of Luxembourg, with registered office at 15, rue Edward Steichen, L-2540 Luxembourg, Grand Duchy of Luxembourg and registered with the Luxembourg Register of Commerce and Companies (R.C.S. Luxembourg) under number B 159.161 ("**Uniloc Lux**");

**Uniloc USA, Inc.**, a Texas corporation having its principal place of business located at 7160 Dallas Parkway, Suite 380, Plano, TX 75024 ("**Uniloc USA**" and, collectively with the Uniloc Lux, "**Licensor**"); and

**Fortress Credit Co LLC**, an entity incorporated under the laws of Delaware having its principal place of business located at 1345 Avenue of the Americas, 46th Floor, New York, NY 1005 ("**Licensee**").

Licensor and Licensee are sometimes referred to herein individually as a "**Party**" and collectively as the "**Parties**".

**WHEREAS**, pursuant to the License and Services Agreement (the "**Existing License Agreement**"), effective as of January 1, 2013, between Uniloc Lux and Uniloc USA, Uniloc Lux has licensed certain patents to Uniloc USA and Uniloc USA has agreed to provide certain services to Uniloc Lux; and

**WHEREAS**, the Parties have entered into (i) the Revenue Sharing and Note and Warrant Purchase Agreement, dated as of the date hereof (as it may be amended, restated, supplemented or otherwise modified from time to time, the "**Purchase Agreement**"), by and among the Licensor, Uniloc Corporation PTY Limited, the Purchasers (including the Licensee) and the Licensee, acting as the Collateral Agent and (ii) the Security Agreement, dated as of the date hereof (as it may be amended, restated, supplemented or otherwise modified from time to time, the "**Security Agreement**"), by and among the Grantors (as defined therein, including Licensor) and the Licensee, acting as the Collateral Agent;

**WHEREAS**, in consideration of the investments set forth in the Purchase Agreement, Licensor agreed to grant certain rights, including rights to license patents and patent applications, to the Licensee for the benefit of the Secured Parties; and

**WHEREAS,** Licensor is the owner of certain patents and patent applications identified in Schedule I(a) of the Purchase Agreement (as updated from time to time), which Schedule I(a) shall be an integral part of this Agreement; and

**NOW, THEREFORE**, in consideration of the premises and the mutual covenants and agreements contained herein, the Parties hereto agree as follows:

47666641_3

HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY          UNILOC_APPLE_2017_18366

1. **Definitions**

   In this Agreement, the following terms shall have the assigned meaning. Capitalized terms used in this Agreement but not defined herein shall have the meaning given to them in the Purchase Agreement and/or the Security Agreement, as applicable.

   "**Licensed Patents**" shall mean the Patents listed on Schedule I(a) of the Purchase Agreement, as updated from time to time.

2. **License**

2.1 Subject to the terms and conditions herein and in the Purchase Agreement, Licensor hereby grants to Licensee a non-exclusive, transferrable, sub-licensable, divisible, irrevocable, fully paid-up, royalty-free, and worldwide license to the Licensed Patents, including, but not limited to, the rights to make, have made, market, use, sell, offer for sale, import, export and distribute the inventions disclosed in the Licensed Patents and otherwise exploit the Licensed Patents in any lawful manner in Licensee's sole and absolute discretion solely for the benefit of the Secured Parties ("**Patent License**"), provided that Licensee shall only use the Patent License following an Event of Default.

2.2 If Licensee elects to grant any sublicense(s) pursuant to the Patent License in Section 2.1, Licensee shall (x) obtain the prior written approval of Licensor before entering into any sublicense agreement imposing financial obligations or restrictions on Licensor and (y) provide written notice within fifteen days of entering into any sublicense agreement.

2.3 Notwithstanding any term contained in the Existing License Agreement, Uniloc USA hereby consents to the present grant by both Uniloc Lux and Uniloc USA of a license of the Licensed Patents to the Licensee as set forth herein.

3. **Representations, Warranties and Acknowledgements**

3.1 Each Party represents, warrants and covenant to the other that the execution, delivery and performance of this Agreement is within each Party's powers and has been duly authorized.

3.2 Licensor hereby represents, warrants and covenant that it is the sole and exclusive owner of all rights, title and interest in and to the Licensed Patents.

3.3 EXCEPT AS EXPRESSLY PROVIDED HEREIN, NEITHER PARTY MAKES ANY WARRANTIES OF ANY KIND, WHETHER EXPRESS, IMPLIED, STATUTORY OR OTHERWISE, AND EACH PARTY SPECIFICALLY DISCLAIMS ALL IMPLIED WARRANTIES, INCLUDING ANY WARRANTIES OF MERCHANTABILITY, NON-INFRINGEMENT OR FITNESS FOR A PARTICULAR PURPOSE OR THAT ARISE BY COURSE OF DEALING OR BY REASON OF CUSTOM OR USAGE IN THE TRADE, TO THE MAXIMUM EXTENT PERMITTED BY APPLICABLE LAW.

3.4 Notwithstanding anything to the contrary in this Agreement, no Party shall be liable to the other or any third party for any indirect, incidental, exemplary, special, punitive or

47666641_3

HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY UNILOC_APPLE_2017_18367

consequential damages (including with respect to lost revenue, lost profits or savings or business interruption) of any kind or nature whatsoever suffered by the other Party or any third party howsoever caused and regardless of the form or cause of action, even if such damages are foreseeable or such party has been advised of the possibility of such damages.

## 4. Infringement

Upon request, Licensee shall notify Licensor of any infringement of the Licensed Patents by third parties of which Licensee become aware. Licensor shall have the sole right, at its expense, to bring any action on account of any such infringement of the Licensed Patents, and Licensee shall reasonably cooperate with Licensor, as Licensor may request and at Licensor's expense, in connection with any such action brought by Licensor.

## 5. Termination

5.1 The Parties may terminate this Agreement at any time by mutual written agreement executed by both Parties provided that any sublicenses granted hereunder prior to the termination of this Agreement shall survive according to the respective terms and conditions of such sublicenses.

5.2 The Agreement shall end after the later of (x) the expiration of the last Licensed Patent to expire, (y) the date on which all statutes of limitations have fully run for bringing infringement claims under the Licensed Patents and (z) the termination of any sublicensing agreement by Licensee with regards to the Licensed Patents. Breach(es), material or otherwise, of this Agreement by either Party or any other Person will not constitute grounds by which this Agreement may be terminated.

## 6. Survival

Any rights and obligations which by their nature survive and continue after any expiration or termination of this Agreement will survive and continue and will bind the Parties and their successors and assigns, until such rights are extinguished and obligations are fulfilled.

## 7. Statement of Intent With Respect to Bankruptcy.

The Parties intend that the licenses granted under this Agreement are, and shall otherwise be deemed to be, for purposes of Section 365(n) of the United States Bankruptcy Code, 111 U.S.C. § 101, et seq. ("**Bankruptcy Code**"), licenses of rights to "intellectual property" as defined in the Bankruptcy Code.

## 8. Assignment

Licensee and each of its sublicensees may, without the consent of Licensor, assign any or all of their rights and interests, and delegate any or all of their obligations without restriction. The rights and obligations of the Parties hereto shall inure to the benefit of,

47666641_3

HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY          UNILOC_APPLE_2017_18368

and be binding and enforceable upon and by, the respective successors and assigns of the Parties.

9. **Entire Agreement and Construction**

This Agreement along with the pertinent provisions of the Purchase Agreement and the other Documents constitute the sole, final and entire understanding of the parties hereto concerning the subject matter hereof, and all prior understandings having been merged herein. This Agreement cannot be modified or amended except by a writing signed by the Parties hereto. The language used in this Agreement will be deemed to be the language chosen by the Parties hereto to express their mutual intent, and no rule of strict construction will be applied against any Party.

10. **Severability**

The provisions of this Agreement shall be deemed severable and the invalidity or unenforceability of any provision shall not affect the validity or enforceability of the other provisions hereof. If any provision of this Agreement, or the application thereof to any Person or any circumstance, is invalid or unenforceable, (a) a suitable and equitable provision shall be substituted therefor in order to carry out, so far as may be valid and enforceable, the intent and purpose of such invalid or unenforceable provision and (b) the remainder of this Agreement and the application of such provision to other Persons or circumstances shall not be affected by such invalidity or unenforceability, nor shall such invalidity or unenforceability affect the validity or enforceability of such provision, or the application thereof, in any other jurisdiction.

11. **Notices**

All notices, requests, claims, demands, and other communications hereunder shall be in writing and shall be given (and shall be deemed to have been duly given upon receipt) by delivery in person, or by overnight delivery service from a recognized carrier, to the respective Party as follows:

if to Licensor:

> 7160 Dallas Parkway, Suite 380
> Plano, TX 75024
> Attn: Craig Etchegoyen and Sean Burdick

> With a copy to:

> Jeffrey C. Anderson
> Gray Plant Mooty
> 500 IDS Center
> 80 South Eighth Street
> Minneapolis, MN 55402
> Tel: 612-632-3000

47666641_3

HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY     UNILOC_APPLE_2017_18369

IN WITNESS WHEREOF, the Parties have executed this Agreement as of the date first written above.

**UNILOC USA, INC.**
as Uniloc USA

By: _____

Name: Sean D. Burdick
Title: President


**UNILOC LUXEMBOURG S.A.**
as Uniloc Lux

By: _____

Name: Craig Etchegoyen
Title: CEO

[Signature Page to Patent License Agreement]

**FORTRESS CREDIT CO LLC,**
as Licensee

By:_____

Name:

Title:      CONSTANTINE M. DAKOLIAS

PRESIDENT

**HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY**        **UNILOC_APPLE_2017_18373**

# Exhibit B
## to
## Turner Declaration

## NOTE PURCHASE AND SECURITY AGREEMENT

This Note Purchase and Security Agreement (as amended, restated, amended and restated, supplemented or otherwise modified from time to time, this "Agreement") is entered into as of May 3, 2018 (the "Effective Date") by and between Uniloc 2017 LLC, a Delaware limited liability company ("Company"), and CF Uniloc Holdings LLC, a Delaware limited liability company, as the purchaser ("Purchaser") and as the collateral agent (in such capacity, "Collateral Agent"). The parties hereto are sometimes referred to herein as a "Party" or, collectively, as the "Parties".

## RECITALS

WHEREAS, Purchaser is willing, pursuant to the terms and conditions of this Agreement, to purchase (the "Note Purchase") from Company promissory notes in the form attached as Exhibit A (each as amended, restated, amended and restated, supplemented or otherwise modified from time to time, the "Notes") in an aggregate principal amount of up to $54,241,109 (the "Note Purchase Amount"), upon the terms and subject to the conditions of this Agreement.

NOW, THEREFORE, for valuable consideration, the receipt and sufficiency of which are hereby acknowledged, the Parties hereby agree as follows:

## AGREEMENT

1.  **DEFINITIONS**.

    1.1     Certain Defined Terms. As used in this Agreement, the following terms shall have the following respective meanings:

    "Affiliate" means with respect to any Person, a Person that owns or controls directly or indirectly the Person, any Person that controls or is controlled by or is under common control with the Person, and each of that Person's senior executive officers, directors, partners and, for any Person that is a limited liability company, that Person's managers and members; provided, however, that (i) none of Parties or their parent companies or Affiliates shall be deemed to be an Affiliate of any Party or its parent company or Affiliates and (ii) none of Parties or their parent companies or Affiliates shall be deemed to be an Affiliate of Company or any of its Affiliates.

    "Business Day" means any day that is not a Saturday, a Sunday or other day on which banks are required or authorized by law to be closed in The City of New York.

    "Change of Control" means at any time, any Person or "group" (within the meaning of Rules 13d-3 and 13d-5 under the Exchange Act of 1934, as amended) shall have acquired beneficial ownership of more than 50% on a fully diluted basis of the voting and/or economic interest in the equity interests of Company or shall have obtained the power (whether or not exercised) to elect a majority of the members of the board of managers (or similar governing body) of Company.

    "Contingent Obligation" means for any Person, any direct or indirect liability, contingent or not, of that Person for (a) any Indebtedness, lease, dividend, letter of credit or other

obligation of another such as an obligation directly or indirectly guaranteed, endorsed, co-made, discounted or sold with recourse by that Person, or for which that Person is directly or indirectly liable, (b) any obligations for undrawn letters of credit for the account of that Person and (c) all obligations from any interest rate, currency or commodity swap agreement, interest rate cap or collar agreement, or other agreement or arrangement designated to protect a Person against fluctuation in interest rates, currency exchange rates or commodity prices; but "Contingent Obligation" does not include endorsements in the ordinary course of business. The amount of a Contingent Obligation is the stated or determined amount of the primary obligation for which the Contingent Obligation is made or, if not determinable, the maximum reasonably anticipated liability for it determined by the Person in good faith but the amount may not exceed the maximum of the obligations under any guarantee or other support arrangement.

"Equity Interests" means all shares, interests, participation or other equivalents, however designated, of or in a corporation or limited liability company, whether or not voting, including but not limited to common stock, member interests, warrants, preferred stock, convertible debentures, and all agreements, instruments and documents convertible, in whole or in part, into any one or more or all of the foregoing.

"Etchegoyen" means Craig S. Etchegoyen, an individual.

"GAAP" means generally accepted accounting principles in the United States, as amended from time to time.

"Governmental Authority" means any United States or non-United States federal, national, supranational, state, provincial, local or similar government, governmental, regulatory or administrative authority, branch, agency or commission or any court, tribunal, or arbitral or judicial body (including any grand jury).

"Heads of Agreement" means that certain Heads of Agreement, by and between Purchaser and Etchegoyen, dated as of the date hereof.

"Indebtedness" means, without duplication, (a) indebtedness for borrowed money or the deferred price of property or services, such as reimbursement and other obligations for surety bonds and letters of credit, (b) obligations evidenced by notes, bonds, debentures or similar instruments, (c) capital lease obligations, (d) all indebtedness created or arising under any conditional sale or other title retention agreement with respect to property acquired by such Person (even though the rights and remedies of the seller or lender under such agreement in the event of default are limited to repossession or sale of such property), (e) all Indebtedness referred to above secured by (or for which the holder of such Indebtedness has an existing right, contingent or otherwise, to be secured by) any Lien upon or in property or other assets (including accounts and contract rights) owned by such Person, even though such Person has not assumed or become liable for the payment of such Indebtedness, (f) all obligations of such Person issued or assumed as the deferred purchase price of property or services (excluding trade accounts and accrued expenses payable in the ordinary course of business) and (g) Contingent Obligations with respect to Indebtedness described in *clauses (a)* through *(f)* of this definition.

"License Agreements" means, collectively, (a) that certain License Agreement, by and between Company and Uniloc Luxembourg, S.A., dated as of the date hereof; (b) that certain License Agreement, by and between Company and Uniloc Licensing EU S.à. r.l., dated as of the date hereof; and (c) that certain License Agreement, by and between Company and Uniloc Licensing USA LLC, dated as of the date hereof.

"Lien" means any mortgage, deed of trust, or pledge, security interest, hypothecation, assignment, assigned deposit, arrangement, encumbrance, encroachment, lien (statutory or otherwise), claim, option, reservation or defect of any kind, or preference, or priority, or other security agreement or preferential arrangement of any kind or of nature whatsoever (including, without limitation, any conditional sale or other title retention agreement, any financing statement under the UCC, or under the comparable law of any other jurisdiction).

"Net Insurance/Condemnation Proceeds" means an amount equal to (a) the cash proceeds (including cash equivalents) received (as and when received) (i) under any casualty insurance policy in respect of a covered loss thereunder of any asset or property or (ii) as a result of the taking of any asset or property by any Person pursuant to the power of eminent domain, condemnation or otherwise, or pursuant to a sale of any such asset or property to a purchaser with such power under threat of such a taking, net of (b) (i) selling costs and out-of-pocket expenses (including reasonable broker's fees or commissions, legal fees, transfer and similar taxes and income taxes paid or payable (as determined by Company)) in connection with such event, (ii) amounts provided as a reserve, in accordance with GAAP, against any liabilities under any indemnification obligations or purchase price adjustment associated with such event; provided, that to the extent and at the time any such amounts are released from such reserve, such amounts shall constitute Net Insurance/Condemnation Proceeds, (iii) the principal amount, premium or penalty, if any, interest and other amounts on any Indebtedness (other than the Notes) which is secured by the asset or property subject to such event and which is required to be repaid or otherwise comes due or would be in default under the terms thereof as a result of such event (other than any such Indebtedness assumed by the purchaser of such asset or property) and (iv) the reasonable out-of-pocket costs of putting any affected asset or property in a safe and secure position.

"Net Proceeds" means an amount equal to (a) with respect to any disposition or sale of any asset or property, the cash proceeds (including cash equivalents) received (as and when received) net of (i) selling costs and out-of-pocket expenses (including reasonable broker's fees or commissions, legal fees, transfer and similar taxes and income taxes paid or payable (as determined by Company)) in connection with such disposition or sale, (ii) amounts provided as a reserve, in accordance with GAAP, against any liabilities under any indemnification obligations or purchase price adjustment associated with such disposition or sale; provided, that to the extent and at the time any such amounts are released from such reserve, such amounts shall constitute Net Proceeds, (iii) the principal amount, premium or penalty, if any, interest and other amounts on any Indebtedness (other than the Notes) which is secured by the asset or property sold in such disposition or sale and which is required to be repaid or otherwise comes due or would be in default under the terms thereof as a result of such disposition or sale (other than any such Indebtedness assumed by the purchaser of such asset or property) and (iv) cash escrows (until released from escrow to Company or any of its subsidiaries) from the sale price for such disposition or sale and (b) with respect to any issuance or incurrence of Indebtedness or Equity Interests, the cash proceeds

(including cash equivalents) received (as and when received), net of all taxes and customary fees, commissions, costs, underwriting discounts and other fees and expenses incurred in connection therewith.

"Note Documents" means this Agreement, any Notes, any Intellectual Property Security Agreements and any other agreements or documents executed and delivered in connection with the foregoing.

"Operating Agreement" means that certain Operating Agreement of Company, by and among Company, Purchaser, Etchegoyen and Uniloc Management LLC, dated as of the date hereof.

"Permitted Indebtedness" means (a) Company's Indebtedness to Purchaser under this Agreement, (b) any Liens securing such Indebtedness and (c) any extensions, refinancings, modifications, amendments and restatements of such Indebtedness.

"Person" means any individual, sole proprietorship, partnership, limited liability company, joint venture, company, trust, unincorporated organization, association, corporation, institution, public benefit corporation, firm, joint stock company, estate, entity or government agency.

"Purchase Agreement" means that certain Asset Purchase Agreement, by and between Company and Uniloc Luxembourg S.A., dated as of March 28, 2018.

"Purchaser" has the meaning set forth in the preamble hereto.

"Secured Obligations" means all money, debts, obligations and liabilities which now are or have been or at any time hereafter may be or become due, owing or incurred by Company to Purchaser, whether direct or indirect, absolute or contingent, due or to become due, or now existing or hereafter incurred, and which, in all instances, arise under, out of, or in connection with this Agreement, any Note, any other Note Document, whether on account of principal, interest (including, without limitation, interest accruing on the Note and interest accruing after the filing of any petition in bankruptcy, or the commencement of any insolvency, reorganization or like proceeding, relating to Company, whether or not a claim for post-filing or post-petition interest is allowed in such proceeding), reimbursement obligations, fees, indemnities, costs, expenses, or otherwise.

"Services Agreements" means, collectively, (a) that certain Services Agreement, by and among Company, Uniloc Licensing EU S.à. r.l., and Uniloc Licensing USA LLC, dated as of the date hereof; (b) that certain Services Agreement, by and among Company, Uniloc Luxembourg S.A. and Uniloc Licensing USA LLC, dated as of the date hereof; and (c) that certain Services Agreement, by and between Company and Uniloc Licensing USA LLC, dated as of the date hereof.

"Solvent" means, with respect to Company, that (a) the fair salable value of Company's assets on a consolidated basis (including goodwill minus disposition costs) exceeds the fair value of their liabilities on a consolidated basis, (b) Company does not have unreasonably small capital and (c) Company is able to pay its debts (including trade debts) as they mature.

"Transaction Documents" means the Operating Agreement, the Purchase Agreement, the Note Documents, the License Agreements, the Services Agreements and the Heads of Agreement.

"UCC" means the Uniform Commercial Code of the State of New York as in effect on the date hereof and as amended from time to time hereafter.

"Uniloc Management LLC" means Uniloc Management LLC, a Delaware limited liability company.

1.2    Table of Definitions. The following terms have the meanings set forth in the Sections referenced below:

**Definitions**                                                                      **Sections**

After-Acquired Intellectual Property ........................................................................*Section 4.9(d)*
Agreement.................................................................................................................................*Preamble*
Collateral..................................................................................................................................*Section 4.1*
Collateral Agent ......................................................................................................................*Preamble*
Company ...................................................................................................................................*Preamble*
Default Rate .............................................................................................................................*Section 3.2*
Effective Date ..........................................................................................................................*Preamble*
Event of Default.......................................................................................................................*Section 8*
Intellectual Property Collateral ...........................................................................................*Section 4.9*
Intellectual Property Security Agreement.............................................................. *Section 4.9(c)*
Investor Parties........................................................................................................................*Section 7.4(b)*
Maturity Date ..........................................................................................................................*Section 3.1*
Note Purchase ......................................................................................................... *Recitals*
Note Purchase Amount ........................................................................................... *Recitals*
Notes .......................................................................................................................... *Recitals*
Outstanding Balance ..............................................................................................................*Section 3.2*
Parties........................................................................................................................................*Preamble*
Party ..........................................................................................................................................*Preamble*
Permitted Liens .......................................................................................................................*Section 7.1(a)*
Purchaser...................................................................................................................................*Preamble*
Securities Act ...........................................................................................................................*Section 6.3*

**2.     NOTE PURCHASE**. (a) On the Effective Date, Company shall issue, and Purchaser shall purchase, Notes in an aggregate amount equal to the Note Purchase Amount, and (b) on any date after the Effective Date, upon the mutual written consent of the Parties, Purchaser shall purchase from Company, and Company shall issue to Purchaser, additional Notes in an amount to be agreed upon by the Parties, in each case, upon the terms and subject to the conditions set forth in this Agreement.

**3.     TERM; INTEREST; REPAYMENT; PREPAYMENT**.

3.1     Term. The Notes and all accrued and unpaid interest thereon and any and all other sums payable to Purchaser hereunder shall be repaid in the ordinary course in accordance with the terms hereof and shall, notwithstanding the foregoing, be due and payable in full on the date of any acceleration of the Notes in accordance with Section 8 (the "Maturity Date").

3.2     Interest; Repayment. Interest on the unpaid principal balance of the Notes (such balance as increased as provided below, the "Outstanding Balance") will accrue from the date of issuance at the rate of twenty percent (20.0%) *per annum*, calculated on the basis of a 360 day year and actual days elapsed; provided, that upon the occurrence and during the continuance of any Event of Default hereunder, including any failure to repay the Outstanding Balance in full, plus all accrued and unpaid interest thereon, on the Maturity Date, the Outstanding Balance will accrue at a rate of twenty-two percent (22.0%) *per annum* (the "Default Rate"). Accrued interest shall be added to the Outstanding Balance on a monthly basis on the last day of each month, commencing on the date of issuance, and no such accrued interest shall be due and payable prior to the Maturity Date. Company will repay the Outstanding Balance plus all accrued and unpaid interest thereon on the Maturity Date.

3.3     Prepayment. The Outstanding Balance and all accrued and unpaid interest thereon and any and all other sums payable to Purchaser hereunder may be prepaid, in whole or in part, without premium or penalty, by Company at any time upon providing Purchaser with at least five (5) Business Days' written notice of its intention to prepay, together with the proposed date and amount of such prepayment and evidence satisfactory to Purchaser, in its reasonable discretion, of Company's source of committed funding for such prepayment. The prepayment price will be equal to the Outstanding Balance plus any accrued and unpaid interest (or the applicable portion of the Outstanding Balance plus any accrued and unpaid interest).

3.4     Mandatory Prepayment upon First-Tier Distribution. In the event and on each occasion that, after the Effective Date, Company shall be in a position to make any cash distributions to the holder of the Class B Units (as such term is defined in the Operating Agreement) pursuant to the First-Tier Distribution (as such term is defined in the Operating Agreement), Company shall apply, on behalf of the holder of the Class B Units, all of such cash distribution(s) to prepay the Outstanding Balance in accordance with Section 7.2 of the Operating Agreement.

3.5     Mandatory Prepayment upon Issuance of Equity Interests. In the event and on each occasion that, after the Effective Date, Company shall receive Net Proceeds in respect of any issuance by Company of any Equity Interests (other than to Etchegoyen, Uniloc Management LLC or Purchaser (or any Affiliate thereof)), Company shall, no later than five (5) Business Days

following the receipt of such Net Proceeds, apply an amount equal to 100% of such Net Proceeds to prepay the Outstanding Balance, unless Purchaser shall, in its sole discretion, elect to decline such Net Proceeds in which case they may be retained by Company.

3.6     Mandatory Prepayment upon Issuance of Indebtedness. In the event and on each occasion that, after the Effective Date, Company shall receive Net Proceeds in respect of any issuance or incurrence of any Indebtedness for borrowed money of Company (other than any Permitted Indebtedness), Company shall, immediately upon the receipt of such Net Proceeds, apply an amount equal to 100% of such Net Proceeds to prepay the Outstanding Balance, unless Purchaser shall, in its sole discretion, elect to decline such Net Proceeds, in which case such Net Proceeds may be retained by Company.

3.7     Mandatory Prepayment upon Casualty Events. In the event and on each occasion that, after the Effective Date, Company shall receive Net Proceeds in respect of any Net Insurance/Condemnation Proceeds, Company shall, no later than ten (10) Business Days following the receipt of such Net Proceeds, apply an amount equal to 100% of such Net Proceeds, in excess of such threshold, to prepay the Outstanding Balance, unless Purchaser shall, in its sole discretion, elect to decline such Net Proceeds, in which case such Net Proceeds may be retained by Company.

3.8     Mandatory Prepayment upon Change of Control. In the event that a Change of Control occurs, Company shall immediately repay the Outstanding Balance in full.

3.9     Mandatory Prepayment for Indemnity Claims. In the event and on each occasion that, after the Effective Date, Company shall receive Net Proceeds in respect of any claims for indemnification pursuant to the Purchase Agreement, Company shall, no later than ten (10) Business Days following receipt of such Net Proceeds, apply an amount equal to 100% of such Net Proceeds to prepay the Outstanding Balance, unless Purchaser shall, in its sole discretion, elect to decline such Net Proceeds, in which case such Net Proceeds may be retained by Company.

4.     **COLLATERAL**.

4.1     Security Interest. This Agreement constitutes a "security agreement" within the meaning of the UCC. In order to secure payment and performance of the Secured Obligations, Company hereby grants, collaterally assigns, and pledges to Collateral Agent, for the benefit of Purchaser, a security interest in and Lien on all of Company's right, title, estate, claim and interest in and to any or all of the items listed on Exhibit B to this Agreement (collectively, the "Collateral").

4.2     Care of Collateral. Collateral Agent shall have the right, but not the obligation, to pay any taxes or levies on or with respect to the Collateral, which payment shall be made for the account of Company and shall constitute part of the Secured Obligations.

4.3     Financing Statements. At the request of Collateral Agent, Company will promptly cooperate with Collateral Agent in filing such financing statements, continuation statements, assignments, certificates and other documents with respect to the Collateral, pursuant to the UCC and otherwise, as Collateral Agent may request in order to enable Collateral Agent to perfect and from time to time to renew the security interest granted, all in form satisfactory to

Collateral Agent, and Company will pay the costs of filing the same in all public offices within the United States where Collateral Agent deems necessary or desirable.

4.4     Impairment of Collateral. No impairment of, injury to, or loss or destruction of any of the Collateral shall relieve Company of any of the Secured Obligations, except as may be specifically provided otherwise herein.

4.5     Return of Collateral. Upon payment in full of the Notes and any other amounts due hereunder, Collateral Agent shall release its security interest in, and return to Company, all Collateral hereunder.

4.6     Further Assurances. Company agrees that at any time and from time to time, at its expense, Company will promptly execute and deliver all further instruments and documents, and take all further action that Collateral Agent may request, in order to perfect and protect the security interests granted or purported to be granted hereby and to enable Collateral Agent or Purchaser to exercise and enforce its rights and remedies hereunder with respect to any Collateral within the United States, which instruments and documents shall include, without limitation, any and all necessary or appropriate filings with the U.S. Patent and Trademark Office.

4.7     Collateral Agent Appointed Attorney-in-Fact. Subject to Section 4.8, Company hereby irrevocably appoints Collateral Agent as Company's attorney-in-fact, with full authority in the place and stead of Company and in its name or otherwise, from time to time in Collateral Agent's discretion and without notice to Company, to take any action and to execute any instrument which Collateral Agent may deem reasonably necessary or advisable to accomplish the purposes of this Agreement, including without limitation, to receive, endorse and collect all instruments made payable to Company representing any interest payment, principal payment or other payment in respect of the Collateral or any part thereof and to give full discharge for the same, when and to the extent permitted by this Agreement.

4.8     Collateral Agent May Perform. Upon the occurrence and during the continuance of an Event of Default, Collateral Agent may exercise the power of attorney granted to it in Section 4.7 to (but shall not be obligated and shall have no liability to any Person for failure to) itself perform, or cause performance of, this Agreement, and the expenses of Collateral Agent incurred in connection therewith shall be payable by Company.

4.9     Intellectual Property. As to Collateral in the form of intellectual property ("Intellectual Property Collateral"):

(a)     With respect to each item of the Intellectual Property Collateral, Company agrees to take, at its expense, all necessary steps, including, without limitation, in the U.S. Patent and Trademark Office, the U.S. Copyright Office and any other Governmental Authority within the United States, to (i) maintain the validity and enforceability of such Intellectual Property Collateral and maintain such Intellectual Property Collateral in full force and effect and (ii) pursue the registration and maintenance of each patent, trademark, or copyright registration or application, now or hereafter included in such Intellectual Property Collateral. Company shall not, without the written

consent of Collateral Agent, discontinue use of or otherwise abandon or fail to pursue the registration or maintenance of any Intellectual Property Collateral.

(b)     In the event that Company becomes aware that any item of the Intellectual Property Collateral is being infringed or misappropriated by a third party, Company shall promptly notify Collateral Agent and shall take such actions, at its expense, as Company or Collateral Agent deems reasonable and appropriate under the circumstances to protect or enforce such Intellectual Property Collateral, including, without limitation, suing for infringement or misappropriation and for an injunction against such infringement or misappropriation.

(c)     Company agrees to execute and deliver an agreement, in substantially the form set forth in <u>Exhibit C</u> hereto (an "<u>Intellectual Property Security Agreement</u>"), for recording the security interest granted hereunder to Collateral Agent, for the benefit of Purchaser, in such Intellectual Property Collateral with the U.S. Patent and Trademark Office, the U.S. Copyright Office and any other Governmental Authorities within the United States necessary to perfect the security interest hereunder in such Intellectual Property Collateral.

(d)     Company agrees that should it obtain an ownership interest in any items that would constitute Intellectual Property Collateral that is not on the date hereof a part of the Intellectual Property Collateral ("<u>After-Acquired Intellectual Property</u>"), (i) the provisions of this Agreement shall automatically apply thereto and (ii) any such After-Acquired Intellectual Property and, in the case of trademarks, the goodwill symbolized thereby, shall automatically become part of the Intellectual Property Collateral subject to the terms and conditions of this Agreement with respect thereto. Company shall give prompt written notice to Collateral Agent identifying the After-Acquired Intellectual Property, and Company shall execute and deliver to Collateral Agent an Intellectual Property Security Agreement covering such After-Acquired Intellectual Property, which Intellectual Property Security Agreement shall be recorded with the U.S. Patent and Trademark Office, the U.S. Copyright Office and any other Governmental Authorities within the United States necessary to perfect the security interest hereunder in such After-Acquired Intellectual Property.

**5.     REPRESENTATIONS AND WARRANTIES OF COMPANY.** Company hereby represents and warrants to Purchaser as follows:

5.1     <u>Organization, Good Standing and Qualification</u>. Company is a limited liability company duly organized, validly existing and in good standing under, and by virtue of, the laws of the State of Delaware and has all requisite power and authority to own its properties and assets and to carry on its business as now conducted and as presently proposed to be conducted. Company is qualified to do business in each jurisdiction where failure to be so qualified would have a material adverse effect on its financial condition, business or operations.

5.2     <u>Subsidiaries</u>. Company does not presently own or control, directly or indirectly, any interest in any other corporation, limited liability company, partnership, trust, joint venture, association or other entity.

5.3     Due Authorization; Consents. All action on the part of Company and its officers, directors and equity-holders necessary for (a) the authorization, execution and delivery of, and the performance of all obligations of Company under this Agreement and (b) the authorization, issuance, execution and delivery of the Notes by Company has been taken. This Agreement and each of the Notes constitute a valid and binding obligation of Company enforceable in accordance with their terms, subject, as to enforcement of remedies, to applicable bankruptcy, insolvency, moratorium, reorganization and similar laws affecting creditors' rights generally and to general equitable principles. All consents, approvals and authorizations of, and registrations, qualifications and filings with, any Governmental Authority or any third party required in connection with the execution, delivery and performance of this Agreement and the Notes and the consummation of the transactions contemplated hereby and thereby have been obtained. Company is not in default under any agreement to which it is a party or under which it is bound.

5.4     Solvency. Company is Solvent after giving effect to the transactions contemplated by this Agreement.

5.5     Compliance with Laws. Company has not violated any laws, ordinances or rules, the violation of which could reasonably be expected to cause a material adverse effect on its financial condition, business or operations. Company has obtained all consents, approvals and authorizations of, made all declarations or filings with, and given all notices to, all Governmental Authorities that are necessary to continue its business as currently conducted.

5.6     Collateral. Company has good title to, has rights in and the power to transfer each item of the Collateral upon which it purports to grant a Lien hereunder, free and clear of any and all liens except Permitted Liens.

5.7     Other Security Interests. Company has not heretofore assigned or granted a security interest in any of the Collateral, has not otherwise suffered or permitted to exist any Lien on the Collateral, and will not hereafter assign or grant a security interest in or suffer or permit any Lien on all or any portion of the Collateral other than in favor of Collateral Agent, for the benefit of Purchaser.

**6.     REPRESENTATIONS AND WARRANTIES OF PURCHASER**. Purchaser represents and warrants to Company as follows:

6.1     Investigation; Economic Risk. Purchaser acknowledges that (a) it has had an opportunity to discuss the business, affairs and current prospects of Company with its officers, (b) it has had access to information about Company that it has requested and (c) that it is able to fend for itself in the transactions contemplated by this Agreement and has the ability to bear the economic risks of its investment pursuant to this Agreement.

6.2     Purchase for Own Account. Each Note issued to Purchaser will be acquired by Purchaser for its own account, not as a nominee or agent, and not with a view to or in connection with the sale or distribution of any part thereof.

6.3     Exempt from Registration; Restricted Securities. Purchaser understands that the sale of the Notes will not be registered under the Securities Act of 1933, as amended (the

"Securities Act"), on the grounds that the sale provided for in this Agreement is exempt from registration under the Securities Act, and that the reliance of Company on such exemption is predicated in part on Purchaser's representations set forth in this Agreement. Purchaser understands that the Notes are restricted securities within the meaning of Rule 144 under the Securities Act, and must be held indefinitely unless they are subsequently registered or an exemption from such registration is available.

6.4     Accredited Investor. Purchaser is an "accredited investor" within the meaning of Rule 501 of Regulation D of the Securities and Exchange Commission.

**7.     COVENANTS**. The following covenants shall apply so long as any Notes remain outstanding:

7.1     Negative Covenants. Company shall not, without the prior written consent of Purchaser, take any of the following actions:

(a)     create, incur, assume or suffer to exist any Lien on or with respect to any of its assets constituting Collateral, whether now owned or hereafter acquired, except Liens created hereunder in favor of Collateral Agent, for the benefit of Purchaser (collectively, "Permitted Liens");

(b)     create, incur, assume or suffer to exist any debt for borrowed money, except the Notes issued hereunder;

(c)     merge into or consolidate with any Person or permit any Person to merge into it, or enter into transaction which would constitute a liquidation, Change of Control or sale of all or substantially all of the assets of Company;

(d)     sell, lease, transfer or otherwise dispose of all or substantially all of its assets or, without the written consent of Collateral Agent, any of its assets constituting Collateral;

(e)     enter into any transactions with Affiliates, except for (x) transactions entered into on arm's-length terms and (y) the transactions contemplated by the Transaction Documents and any amendments to the Transaction Documents agreed to by the parties thereto;

(f)     amend its certificate of formation or its Operating Agreement; or

(g)     change its name, type of organization, jurisdiction of organization, organizational identification number or location from those as of the Effective Date without first giving at least ten (10) days' prior written notice to Collateral Agent and taking all action required by Collateral Agent for the purpose of perfecting or protecting the security interest granted by this Agreement.

7.2     Affirmative Covenant. Subject to the provisions set forth in the Operating Agreement, Company shall use its best efforts to pursue any *bona fide* claim (including any claim for indemnification) under the Purchase Agreement in accordance with its terms. Company shall,

in accordance with <u>Section 3.9</u>, apply any Net Proceeds obtained in connection with such claims towards the repayment of the Outstanding Balance.

7.3 <u>Use of Proceeds</u>. Company shall use the proceeds of the Note Purchase to fund working capital requirements of Company and for other general corporate purposes. No proceeds will be used to repay any existing indebtedness for borrowed money without the prior written consent of Purchaser.

7.4 <u>Certain Acknowledgements</u>.

(a) The relationship between Purchaser, on the one hand, and Company, on the other hand, is solely that of creditor and debtor. No party hereto has any fiduciary relationship or duty to any other party hereto arising out of or in connection with, and there is no agency, tenancy or joint venture relationship between the parties hereto by virtue of, any Note Document or any transaction contemplated therein.

(b) The Parties hereby expressly acknowledge that certain affiliates of Collateral Agent and Purchaser (collectively, "<u>Investor Parties</u>") are indirect equity owners of Company. Notwithstanding any common ownership and/or control between Investor Parties, on the one hand, and Company, on the other hand, (i) the parties hereto acknowledge and agree that: (x) Collateral Agent and Purchaser, on the one hand, and Company, on the other hand, are separate and distinct legal entities and (y) Collateral Agent and Purchaser may exercise all the rights, privileges and benefits of the holder of the Notes and enforce all remedies and other provisions under the Note Documents without regard to the fact that any of Investor Parties is an indirect equity owner of Company; (ii) to the maximum extent permitted by applicable law, (x) Company hereby waives and releases any and all defenses, affirmative defenses, set-offs, claims, counterclaims or causes of action of any kind of nature that Company or any member or beneficial interest owner of Company may have against Collateral Agent and/or Purchaser relating to the Notes or to the Note Documents, or the enforcement by Collateral Agent and/or Purchaser of its rights and remedies thereunder, arising by reason of the fact that any of Investor Parties is an indirect equity owner of Company and (y) Company waives any and all defenses, affirmative defenses, set-offs, claims, counterclaims or causes of action of any kind of nature that Company may have against Investor Parties arising by reason of the fact that Collateral Agent and/or Purchaser is acting in its capacity as the administrative agent and as lender under the Notes; and (iii) Company covenants and agrees never to institute or cause to be instituted or continue prosecution of any suit or cause of action or proceeding of any kind or nature whatsoever against Collateral Agent and/or Purchaser in contravention of the foregoing.

(c) The parties hereto acknowledge and agree that the acknowledgments, covenants, waivers and agreements contained in this <u>Section 7.4</u> constitute a material inducement for Collateral Agent and/or Purchaser in consenting to provide the Notes to Company and that but for the covenants set forth in this <u>Section 7.4</u>, Collateral Agent and Purchaser would not enter into the Note Documents.

**8.** **DEFAULT**. For purposes of this Agreement, the term "<u>Event of Default</u>" shall mean any of the following:

        (a)     Company shall fail to pay any principal of any Note, any interest or any other amounts payable hereunder when the same shall become due and payable;

        (b)     any representation or warranty made by Company under or in connection with this Agreement shall prove to have been incorrect in any material respect when made;

        (c)     Company shall fail to perform or observe any term, covenant or agreement contained in this Agreement, any Note, any Intellectual Property Security Agreement or any other Note Document; or

        (d)     the filing of a petition in bankruptcy or under any similar insolvency law by Company, the making of an assignment for the benefit of creditors, or if any involuntary petition in bankruptcy or under any similar insolvency law is filed against Company and such petition is not dismissed within sixty (60) days after the filing thereof.

After the occurrence and during the continuance of an Event of Default, interest shall accrue on the Outstanding Balance at the Default Rate and Collateral Agent may, at its option, accelerate repayment of the Outstanding Balance, in which case the Outstanding Balance and all accrued and unpaid interest thereon and all other amounts due hereunder and under the other Note Documents shall be due and payable immediately. Upon the occurrence and during the continuance of any Event of Default, Collateral Agent, on behalf of Purchaser, will have full recourse against the Collateral to the extent provided hereunder or under any other Note Document and may pursue any legal or equitable remedy available to it, including any remedies available under the UCC.

**9.** **CONDITIONS PRECEDENT**. This Agreement shall become effective and binding upon the Parties only on the Effective Date if the following conditions precedent have been satisfied:

        (a)     Purchaser shall have received (i) a counterpart of this Agreement signed on behalf of Company, (ii) a Note payable to Purchaser signed by Company and (iii) an Intellectual Property Security Agreement signed by Company, in each case, in form and substance satisfactory to Purchaser;

        (b)     Purchaser shall have received proper financing statements in form appropriate for filing under the UCC of all jurisdictions that Collateral Agent may deem reasonably necessary in order to perfect and protect the first priority liens and security interests created hereunder covering the Collateral described herein;

        (c)     Purchaser shall have received certified copies of the resolutions of the board of managers of Company approving this Agreement, the transactions contemplated hereby and each Note Document to which it is or is to be a party;

(d)     Company shall have paid all fees and expenses of Purchaser, including the reasonable and documented fees and expenses of counsel to Purchaser; and

(e)     Purchaser shall have received such other documents as any Purchaser shall have reasonably requested in connection with this Agreement and the other Note Documents.

## 10.     **MISCELLANEOUS**.

10.1     <u>Governing Law; Jurisdiction; Waiver of Jury Trial</u>. This Agreement shall be governed in all respects by and construed in accordance with the laws of the State of Delaware without regard to provisions regarding choice of laws. Each of the Parties hereby irrevocably and unconditionally submits, for itself and its property, to the nonexclusive jurisdiction of the Court of Chancery of the State of Delaware in any action or proceeding arising out of or relating to this Agreement or any of the other Note Documents to which it is a party, or for recognition or enforcement of any judgment; <u>provided</u>, that, if jurisdiction is not then available in the Court of Chancery of the State of Delaware, then any such legal action or proceeding may be brought in any federal court located in the State of Delaware or any other Delaware state court. Each of the Parties hereby irrevocably and unconditionally agrees that all claims in respect of any such action or proceeding may be heard and determined in any of the aforesaid courts for itself and with respect to its property. Each of the Parties irrevocably waives all right to trial by jury in any action, proceeding or counterclaim (whether based on contract, tort or otherwise) arising out of or relating to any of the Note Documents or the actions of Collateral Agent or Purchaser in the negotiation, administration, performance or enforcement thereof.

10.2     <u>Successors and Assigns</u>. Except as otherwise expressly provided herein, the provisions hereof shall inure to the benefit of, and be binding upon, the successors and assigns of the Parties. Without the prior written consent of Purchaser, Company may not assign any of its rights or obligations under this Agreement, any Note, any Intellectual Property Security Agreement or any other Note Document, and any such purported assignment shall be void. Purchaser, so long as no Event of Default has occurred and is continuing, with the consent of Company (not to be unreasonably withheld), may assign or grant a participation in its Note or its rights and obligations hereunder or under any Note; <u>provided</u>, that no such consent shall be required in connection with any assignment to an Affiliate of Purchaser.

10.3     <u>Entire Agreement</u>. This Agreement, the Notes, the Intellectual Property Security Agreements, the other Note Documents and the Exhibits and Schedules hereto and thereto (all of which are hereby expressly incorporated herein by this reference) constitute the entire understanding and agreement between the Parties with regard to the subjects hereof and thereof.

10.4    Notices. All notices, requests, waivers and other communications hereunder shall be in writing and shall be deemed duly given (a) on the date of delivery if delivered personally, or if by e-mail, upon written confirmation of receipt by e mail or otherwise, (b) on the first Business Day following the date of dispatch if delivered utilizing a next-day service by a recognized next-day courier or (c) on the earlier of confirmed receipt or the fifth Business Day following the date of mailing if delivered by registered or certified mail, return receipt requested, postage prepaid. All notices hereunder shall be delivered to the addresses set forth below, or pursuant to such other instructions as may be designated in writing by the Party to receive such notice:

(i)     if to Company, to:

c/o Uniloc Luxembourg S.A.
Legacy Town Center I
7160 Dallas Parkway, Suite 380
Plano, Texas 75024
Attention: Craig Etchegoyen
E-mail: cetchegoyen@unilocusa.com

with a copy (which shall not constitute notice) to:

Gray Plant Mooty
500 IDS Center
80 South Eighth Street
Minneapolis, Minnesota 55402
Attention: Jeffrey C. Anderson, Esq.
E-mail: jc.anderson@gpmlaw.com

(ii)    if to Purchaser or Collateral Agent, to:

c/o Fortress Investment Group LLC
1345 Avenue of the Americas, 46th Floor
New York, New York 10105
Attention: General Counsel—Credit Funds
E-mail: gc.credit@fortress.com

with a copy (which shall not constitute notice) to:

Fortress Investment Group LLC
One Market Plaza
Spear Tower, 42nd Floor
San Francisco, California 94105
Attention: Eran Zur
E-mail: ezur@fortress.com

with a copy (which shall not constitute notice) to:

Gibson, Dunn & Crutcher LLP
200 Park Avenue
New York, New York 10166-0193
Attention: John T. Gaffney, Esq.
E-mail: jgaffney@gibsondunn.com

10.5    Amendments. Any term of this Agreement may be amended only with the written consent of the Parties.

10.6    Titles and Subtitles. The titles of the sections and clauses of this Agreement are for convenience of reference only and are not to be considered in construing this Agreement.

10.7    Counterparts. This Agreement may be executed in any number of counterparts, each of which shall be an original, but all of which together shall constitute one instrument. Delivery by telecopier or e-mail of an executed counterpart of a signature page shall be effective as delivery of an original executed counterpart.

10.8    Severability. Should any provision of this Agreement be determined to be illegal or unenforceable, such determination shall not affect the remaining provisions of this Agreement.

10.9    Expenses. Company agrees to pay on demand (a) all costs and expenses of Collateral Agent in connection with the preparation, execution, delivery, administration, modification and amendment of, or any consent or waiver under, the Note Documents; and (b) all costs and expenses of Collateral Agent in connection with the enforcement of the Note Documents, whether in any action, suit or litigation, or any bankruptcy, insolvency or other similar proceeding affecting creditors' rights generally (including the reasonable fees and expenses of counsel for Collateral Agent with respect thereto).

10.10    Agent. Purchaser hereby irrevocably appoints Collateral Agent as its agent, and Collateral Agent hereby accepts such appointment, and Purchaser authorizes Collateral Agent to take such actions on its behalf and to exercise such powers as are delegated to Collateral Agent by the terms of the Note Documents, together with such actions and powers as are reasonably incidental thereto. Without limiting the generality of the foregoing, Collateral Agent is hereby expressly authorized to execute any and all documents (including releases) with respect to the Collateral and the rights of Purchaser with respect thereto, as contemplated by and in accordance with the provisions of this Agreement and the other Note Documents. Without limiting the generality of the foregoing, Collateral Agent shall have the sole and exclusive right and authority, and is hereby authorized by Purchaser as provided in this Agreement and the other Note Documents or as directed in writing by Purchaser, to take and exercise all actions in connection with the Collateral and any other exercise of remedies hereunder or thereunder.

10.11    Allocation of Payments. Purchaser acknowledges that the Notes are *pari passu* obligations against each of the other Notes. Each payment of interest or principal on the Notes shall be allocated among all of the Notes at the time outstanding in proportion, as nearly as practicable, to the respective unpaid balances of principal outstanding thereunder.

10.12   Tax Treatment. The Parties agree that the Notes shall be treated as equity for all tax purposes. No Party shall take, or permit any of its Affiliates to take, a position contrary to such treatment on any tax return, in any tax proceeding or before any Governmental Authority unless otherwise required by applicable law.

*Remainder of page left intentionally blank; signature pages follow.*

**IN WITNESS WHEREOF**, the Parties have executed this Note Purchase and Security Agreement to be effective as of the date first above written.

**UNILOC 2017 LLC**

By: _____

Name:
Title:   CONSTANTINE M. DAKOLIAS
             PRESIDENT

**CF UNILOC HOLDINGS LLC,**
as Purchaser and as Collateral Agent

By: _____

      Name:

      Title:     CONSTANTINE M. DAKOLIAS
                      PRESIDENT

**EXHIBIT A**

**FORM OF NOTE**

(See attached.)

## SECURED PROMISSORY NOTE

THIS NOTE HAS NOT BEEN REGISTERED UNDER THE SECURITIES ACT OF 1933, AS AMENDED, AND MAY NOT BE SOLD, TRANSFERRED, ASSIGNED, PLEDGED, OR HYPOTHECATED (A) IN A MANNER THAT IS NOT PERMITTED PURSUANT TO THE NOTE PURCHASE AGREEMENT REFERENCED BELOW OR (B) UNTIL REGISTERED UNDER SUCH ACT, OR UNLESS COMPANY HAS RECEIVED AN OPINION OF COUNSEL OR OTHER EVIDENCE, REASONABLY SATISFACTORY TO COMPANY AND ITS COUNSEL, THAT SUCH REGISTRATION IS NOT REQUIRED.

SECURED PROMISSORY NOTE

$54,241,109                                                            May 3, 2018

FOR VALUE RECEIVED, Uniloc 2017 LLC, a Delaware limited liability company ("Company"), hereby unconditionally promises to pay to CF Uniloc Holdings LLC, a Delaware limited liability company or its registered assigns ("Purchaser"), in dollars in lawful currency of the United States and in immediately available funds, the principal amount of (a) $54,241,109, or, if less, (b) the unpaid principal amount of this Note, in either case, together with all accrued and unpaid interest thereon. The principal amount of this Secured Promissory Note (as amended, restated, amended and restated, supplemented or otherwise modified from time to time, this "Note") and all interest on such principal shall be paid in the amounts and on the dates specified in the Note Purchase Agreement (as defined below).

Unless otherwise defined herein, terms defined in the Note Purchase Agreement and used herein shall have the meanings given to them in the Note Purchase Agreement.

Purchaser is authorized to endorse on the schedules annexed hereto and made a part hereof or on a continuation thereof which shall be attached hereto and made a part hereof the date, and amount of the Note and the date and amount of each prepayment, in whole or in part, of the Note. Each such endorsement shall constitute *prima facie* evidence, absent manifest error, of the accuracy of the information endorsed. The failure to make any such endorsement or any error in any such endorsement shall not affect the obligations of Company in respect of the Note.

This Note (a) is one of the notes referred to in the Note Purchase and Security Agreement, dated as of the date hereof (as amended, restated, amended and restated, supplemented or otherwise modified from time to time, the "Note Purchase Agreement"), among Company and Purchaser, as a purchaser and as collateral agent, and (b) is subject to the provisions of the Note Purchase Agreement.

Upon the occurrence and continuance of any one or more of the Events of Default, all principal and all accrued interest then remaining unpaid on this Note shall become, or may be declared to be, immediately due and payable, all as provided in the Note Purchase Agreement.

All parties now and hereafter liable with respect to this Note, whether maker, principal, surety, guarantor, endorser or otherwise, hereby waive presentment, demand, protest and all other notices of any kind.

**NOTWITHSTANDING ANYTHING TO THE CONTRARY CONTAINED HEREIN OR IN THE NOTE PURCHASE AGREEMENT, THIS NOTE MAY NOT BE TRANSFERRED EXCEPT PURSUANT TO AND IN ACCORDANCE WITH THE PROVISIONS OF THE NOTE PURCHASE AGREEMENT.**

**THIS NOTE AND THE RIGHTS AND OBLIGATIONS OF THE PARTIES HEREUNDER SHALL BE GOVERNED BY, AND CONSTRUED AND INTERPRETED IN ACCORDANCE WITH, THE LAW OF THE STATE OF DELAWARE.**

*Remainder of page left intentionally blank; signature page follows.*

Agreed and Accepted:

**CF UNILOC HOLDINGS LLC**

By: _____
Name:
Title:          CONSTANTINE M. DAKOLIAS
                    PRESIDENT

IN WITNESS WHEREOF, each of the undersigned has caused this Note to be executed by its duly authorized officer as of the day and year first above written.

**UNILOC 2017 LLC**

By: _____

Name:   CONSTANTINE M. DAKOLIAS
Title:        PRESIDENT

## PAYMENTS OF PRINCIPAL

| Date | Amount of Note | Amount of Principal Paid or Prepaid | Unpaid Principal Balance | Notation Made By |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**EXHIBIT B**

**COLLATERAL**

(See attached.)

**COLLATERAL**

(a)     all United States and foreign patents, utility models and any similar or equivalent statutory rights with respect to the protection of inventions, and all applications for any of the foregoing (collectively, the "Patents"), including any of the foregoing identified in Schedule 1;

(b)     all Patent licenses to the extent Company is not the granting party, including any of the foregoing identified in Schedule 1;

(c)     (i) the right to sue or otherwise recover for any and all past, present and future infringements and misappropriations of any of the property described in (a) and (b) above and (ii) all income, royalties, damages and other payments now and hereafter due and/or payable with respect to any of the property described in (a) and (b) above; and

(d)     all proceeds of any and all of the foregoing.

**SCHEDULE 1**

**PATENTS**

| Application Number | Patent Number | Country | Title |
|---|---|---|---|
| 12/634,324 | 8855083 | US | INTER-ACCESS NETWORK HANDOVER |
| 12/634,394 | 8750243 | US | NETWORK MOBILITY |
| 12/196,419 | 8982855 | US | SYSTEMS AND METHODS FOR IMPROVED MOBILITY AND QUALITY OF SERVICE IN A WIRELESS NETWORK |
| 14/479,034 | | US | INTER-ACCESS NETWORK HANDOVER |
| 14/271,195 | 9271210 | US | NETWORK MOBILITY |
| 09/589,794 | 6564229 | US | SYSTEM AND METHOD FOR PAUSING AND RESUMING MOVE/COPY OPERATIONS |
| 09/507,526 | 7216351 | US | SYSTEMS AND METHODS FOR SYNCHRONIZING MULTI-MODAL INTERACTIONS |
| 08/365,269 | 6110228 | US | METHOD AND APPARATUS FOR SOFTWARE MAINTENANCE AT REMOTE NODES |
| 09/594,004 | 7024696 | US | METHOD AND SYSTEM FOR PREVENTION OF PIRACY OF A GIVEN SOFTWARE APPLICATION VIA A COMMUNICATIONS NETWORK |
| 13/451,477 | 8613110 | US | SOFTWARE PIRACY PREVENTION THROUGH REMOTE ENFORCEMENT OF AN ACTIVATION THRESHOLD |
| 14/070,207 | 9298893 | US | ACTIVATION CODE SYSTEM AND METHOD FOR PREVENTING SOFTWARE PIRACY |
| 09/211,529 | 6324578 | US | METHODS, SYSTEMS AND COMPUTER PROGRAM PRODUCTS FOR MANAGEMENT OF CONFIGURABLE APPLICATION PROGRAMS ON A NETWORK |
| 09/211,528 | 6510466 | US | METHODS, SYSTEMS AND COMPUTER PROGRAM PRODUCTS FOR CENTRALIZED MANAGEMENT OF APPLICATION PROGRAMS ON A NETWORK |
| 09/829,854 | 6728766 | US | METHODS, SYSTEMS AND COMPUTER PROGRAM PRODUCTS FOR LICENSE USE MANAGEMENT ON A NETWORK |
| 09/870,608 | 7069293 | US | METHODS, SYSTEMS AND COMPUTER PROGRAM PRODUCTS FOR DISTRIBUTION OF APPLICATION PROGRAMS TO A TARGET STATION ON A NETWORK |
| 08/586,149 | 6489974 | US | BUOY ICON NOTIFICATION OF OBJECT INTERFACE ACCESSIBILITY IN MULTITASKING COMPUTER ENVIRONMENT |

| Application Number | Patent Number | Country | Title |
|---|---|---|---|
| 09/792,045 | 6857067 | US | SYSTEM AND METHOD FOR PREVENTING UNAUTHORIZED ACCESS TO ELECTRONIC DATA |
| 09/590,859 | 7197144 | US | METHOD AND APPARATUS TO AUTHENTICATE A USER'S SYSTEM TO PREVENT UNAUTHORIZED USE OF SOFTWARE PRODUCTS DISTRIBUTED TO USERS |
| 11/644455 | 7653508 | US | HUMAN ACTIVITY MONITORING DEVICE |
| 11/698633 | 7690556 | US | STEP COUNTER ACCOUNTING FOR INCLINE |
| 12/694135 | 7881902 | US | HUMAN ACTIVITY MONITORING DEVICE |
| 13/018321 | 8712723 | US | HUMAN ACTIVITY MONITORING DEVICE |
| 12/247950 | 8872646 | US | METHOD AND SYSTEM FOR WAKING UP A DEVICE DUE TO MOTION |
| 09/727727 | 7092671 | US | METHOD AND SYSTEM FOR WIRELESSLY AUTODIALING A TELEPHONE NUMBER FROM A RECORD STORED ON A PERSONAL INFORMATION DEVICE |
| 10/712451 | 7330013 | US | APPARATUS AND METHOD FOR CHARGING AND DISCHARGING A BATTERY |
| 08/430943 | 6580422 | US | REMOTE COMPUTER DISPLAY USING GRAPHICS PRIMITIVES SENT OVER A WIRELESS LINK |
| 10/011140 | 6661203 | US | BATTERY CHARGING AND DISCHARGING SYSTEM OPTIMIZED FOR HIGH TEMPERATURE ENVIRONMENTS |
| 09/181431 | 6161134 | US | METHOD, APPARATUS AND COMMUNICATIONS SYSTEM FOR COMPANION INFORMATION AND NETWORK APPLIANCES |
| 09/451388 | 6446127 | US | SYSTEM AND METHOD FOR PROVIDING USER MOBILITY SERVICES ON A TELEPHONY NETWORK |
| 09/237609 | 6216158 | US | SYSTEM AND METHOD USING A PALM SIZED COMPUTER TO CONTROL NETWORK DEVICES |
| 09/558413 | 6622018 | US | PORTABLE DEVICE CONTROL CONSOLE WITH WIRELESS CONNECTION |
| 09/246606 | 6363053 | US | METHOD AND APPARATUS FOR MEASUREMENT-BASED CONFORMANCE TESTING OF SERVICE LEVEL AGREEMENTS IN NETWORKS |
| 10/671375 | 8539552 | US | SYSTEM AND METHOD FOR NETWORK BASED POLICY ENFORCEMENT OF INTELLIGENT-CLIENT FEATURES |
| 09/303832 | 6731642 | US | ` |
| 10/834418 | 7573873 | US | INTERNET TELEPHONY USING NETWORK ADDRESS TRANSLATION |

| Application Number | Patent Number | Country | Title |
|---|---|---|---|
| 09/728833 | 6856616 | US | SYSTEM AND METHOD FOR PROVIDING SERVICE PROVIDER CONFIGURATIONS FOR TELEPHONES USING A CENTRAL SERVER IN A DATA NETWORK TELEPHONY SYSTEM |
| 10/259542 | 7240200 | US | SYSTEM AND METHOD FOR GUARANTEEING SOFTWARE INTEGRITY VIA COMBINED HARDWARE AND SOFTWARE AUTHENTICATION |
| 11/764748 | 7734921 | US | SYSTEM AND METHOD FOR GUARANTEEING SOFTWARE INTEGRITY VIA COMBINED HARDWARE AND SOFTWARE AUTHENTICATION |
| 12/134134 | 7721098 | US | SYSTEM AND METHOD FOR GUARANTEEING SOFTWARE INTEGRITY VIA COMBINED HARDWARE AND SOFTWARE AUTHENTICATION |
| 08/927660 | 6886013 | US | HTTP CACHING PROXY TO FILTER AND CONTROL DISPLAY OF DATA IN A WEB BROWSER |
| 09/098373 | 6496693 | US | METHOD AND APPARATUS FOR TRANSMITTING DATA TO A PAGER IN A COMMUNICATIONS SYSTEM |
| 09/080022 | 6212522 | US | SEARCHING AND CONDITIONALLY SERVING BOOKMARK SETS BASED ON KEYWORDS |
| 09/116862 | 6247021 | US | SEARCHABLE BOOKMARK SETS AS AN INTERNET ADVERTISING MEDIUM |
| 09/116861 | 6314423 | US | SEARCHING AND SERVING BOOKMARK SETS BASED ON CLIENT SPECIFIC INFORMATION |
| 09/116860 | 6324566 | US | INTERNET ADVERTISING VIA BOOKMARK SET BASED ON CLIENT SPECIFIC INFORMATION |
| 09/116859 | 6223178 | US | SUBSCRIPTION AND INTERNET ADVERTISING VIA SEARCHED AND UPDATED BOOKMARK SETS |
| 09/116858 | 6256639 | US | PROVIDING INTERNET TRAVEL SERVICES VIA BOOKMARK SET |
| 09/113678 | 6128655 | US | DISTRIBUTING MECHANISM FOR FILTERING, FORMATTING AND REUSE OF WEB BASED CONTENT |
| 09/113674 | 6314526 | US | RESOURCE GROUP QUORUM SCHEME FOR HIGHLY SCALABLE AND HIGHLY AVAILABLE CLUSTER SYSTEM MANAGEMENT |
| 09/627030 | 6542591 | US | METHOD AND SYSTEM FOR CALLER IDENTIFICATION CALLBACK LISTS |
| 10/047005 | 6961561 | US | ENHANCING/LIMITING USE OF MOBILE ELECTRONIC DEVICES |

| Application Number | Patent Number | Country | Title |
|---|---|---|---|
| 11/684047 | 7570015 | US | CONDITIONAL BATTERY CHARGING SYSTEM |
| 11/664078 | 8160566 | US | MESSAGE SENDER CONTROLLABLE MESSAGING SYSTEM |
| 13/277405 | 8589780 | US | PROCESSING GEOGRAPHICAL DATA IN A DOCUMENT |
| 14/241702 | 9265024 | US | DETERMINING LOCATION OF MOBILE DEVICE |
| 12/130471 | 7944353 | US | SYSTEM AND METHOD FOR DETECTING AND BROADCASTING A CRITICAL EVENT |
| 09/510182 | 6813630 | US | SYSTEM AND METHOD FOR COMMUNICATING INFORMATION BETWEEN A CLIENT AND A HOST |
| 10/322954 | 8719284 | US | METHOD, SYSTEM AND PROGRAM PRODUCT FOR FILTERING AN ENTRY OF DATA ITEMS |
| 11/780715 | 7849344 | US | METHOD FOR IMPROVING ACCURACY IN PROVIDING INFORMATION PERTAINING TO BATTERY POWER CAPACITY |
| 08/979713 | 6141754 | US | INTEGRATED METHOD AND SYSTEM FOR CONTROLLING INFORMATION ACCESS AND DISTRIBUTION |
| 09/398374 | 6446069 | US | PATENT ACCESS CONTROL SYSTEM FOR A MULTIMEDIA DATASTORE |
| 09/052722 | 6711160 | US | PACKET NETWORK TELEPHONE INTERFACE SYSTEM FOR POTS |
| 2579916 | 2579916 | CA | A METHOD FOR CONTROLLING A MOBILE PHONE |
| 03821273.0 | ZL03821273.0 | CN | SYSTEM AND METHOD FOR GUARANTEEING SOFTWARE INTEGRITY |
| 98118480.4 | ZL98118480.4 | CN | CACHING PROXY THAT FILTERS AND CONTROLS THE DATA DISPLAYED IN THE BROWSER |
| 02819369.5 | ZL02819369.5 | CN | ENHANCING/LIMITING USE OF MOBILE ELECTRONIC DEVICES |
| 200410012092.1 | ZL200410012092.1 | CN | MOBILE PHONE AND ITS CONTROL METHOD |
| 201010526403.1 | ZL201010526403.1 | CN | METHOD AND SYSTEM FOR PROCESSING GEOGRAPHICAL POSITION DATA IN FILE |
| 201110270296.5 | ZL201110270296.5 | CN | METHOD AND DEVICE FOR DETERMINING POSITION OF MOBILE EQUIPMENT |
| 00122515.4 | ZL00122515.4 | CN | INFORMATION CONTENT FOR TRANSMISSION BETWEEN CUSTOMER END AND HOST MACHINE |
| 200310114332.4 | ZL200310114332.4 | CN | METHOD AND SYSTEM FOR FILTERING DATA ITEM |

| Application Number | Patent Number | Country | Title |
|---|---|---|---|
| 03798246.9 | 60330976.3 | DE | SYSTEM AND METHOD FOR GUARANTEEING SOFTWARE INTEGRITY |
| 05797162.4 | 602005037637.2 | DE | A METHOD FOR CONTROLLING A MOBILE PHONE |
| 03798246.9 | 1547305 | FR | SYSTEM AND METHOD FOR GUARANTEEING SOFTWARE INTEGRITY |
| 03798246.9 | 1547305 | GB | SYSTEM AND METHOD FOR GUARANTEEING SOFTWARE INTEGRITY |
| 9816410.6 | 2329310 | GB | HTTP CACHING PROXY TO FILTER AND CONTROL DISPLAY OF DATA IN A WEB BROWSER |
| 9909081.3 | 2338577 | GB | TRANSMITTING DATA TO E.G. A PAGER |
| 05797162.4 | 1800500 | GB | A METHOD FOR CONTROLLING A MOBILE PHONE |
| 162437 | 162437 | IL | METHOD FOR LIMITING THE USE OF MOBILE ELECTRONIC EQUIPMENT |
| 552/DELNP/2005 | 259481 | IN | A SYSTEM AND METHOD FOR GUARANTEEING MESSAGE INTEGRITY |
| 1788/CHENP/2007 | 253286 | IN | A METHOD FOR CONTROLLING A MOBILE PHONE |
| 2004-539185 | 4793843 | JP | SYSTEM AND METHOD FOR GUARANTEEING SOFTWARE INTEGRITY VIA COMBINED HARDWARE AND SOFTWARE AUTHENTICATION |
| 10-238680 | 2994351 | JP | HTTP CACHING PROXY TO FILTER AND CONTROL DISPLAY OF DATA IN A WEB BROWSER |
| 2003-563257 | 4225914 | JP | ENHANCING/ LIMITING USE OF MOBILE ELECTRONIC DEVICES |
| 2007-532881 | 5220413 | JP | MESSAGE SENDER CONTROLLABLE MESSAGING SYSTEM |
| 2014-523175 | 5706585 | JP | DETERMINING LOCATION OF MOBILE DEVICE |
| 2000-225340 | 4267186 | JP | SYSTEM AND METHOD FOR COMMUNICATING INFORMATION CONTENT BETWEEN A CLIENT AND A HOST |
| 11-064012 | 3202003 | JP | PACKET NETWORK TELEPHONE INTERFACE SYSTEM FOR POTS |
| 2005-7003128 | 0702499 | KR | SYSTEM AND METHOD FOR GUARANTEEING SOFTWARE INTEGRITY VIA COMBINED HARDWARE AND SOFTWARE AUTHENTICATION |
| 1999-0022327 | 0326982 | KR | A RESOURCE GROUP QUORUM SCHEME FOR HIGHLY SCALABLE AND HIGHLY AVAILABLE CLUSTER SYSTEM MANAGEMENT |
| 2004-7010406 | 0570140 | KR | ENHANCING/ LIMITING USE OF MOBILE ELECTRONIC DEVICES |

| Application Number | Patent Number | Country | Title |
|---|---|---|---|
| 200500935-2 | 109890 | SG | SYSTEM AND METHOD FOR GUARANTEEING SOFTWARE INTEGRITY VIA COMBINED HARDWARE AND SOFTWARE AUTHENTICATION |
| 200004103-8 | 101939 | SG | SYSTEM AND METHOD FOR COMMUNICATING INFORMATION CONTENT BETWEEN A CLIENT AND A HOST |
| 92121018 | I225195 | TW | SYSTEM AND METHOD FOR GUARANTEEING SOFTWARE INTEGRITY VIA COMBINED HARDWARE AND SOFTWARE AUTHENTICATION |
| 92100604 | I222307 | TW | ENHANCING/ LIMITING USE OF MOBILE ELECTRONIC DEVICES |
| 94132845 | I392395 | TW | MESSAGE SENDER CONTROLLABLE MESSAGING SYSTEM |
| 89107051 | NI-154225 | TW | SYSTEM AND METHOD FOR COMMUNICATING INFORMATION CONTENT BETWEEN A CLIENT AND A HOST |
| 822814 | GB 2466225 | GB | INTER-ACCESS NETWORK HANDOVER |
| 08 228 15.7 | 2466226 | GB | NETWORK MOBILITY |
| 05 192 57.0 | 2430581 | GB | ACCESS ROUTER SELECTION |
| 518106 | 2430111 | GB | A METHOD OF CONFIRMING DATAGRAM RECEPTION IN UNIDIRECTIONAL NETWORKS |
| 518107.8 | 2429876 | GB | METHOD OF PROVIDING ACCESS TO PACKET-SWITCHED SERVICES IN HETEROGENEOUS NETWORK ENVIRONMENT |
| 716529.3 | 2452699 | GB | MOBILITY AND QUALITY OF SERVICE |
| 421397.1 | 2418568 | GB | A METHOD OF ESTIMATING THE CELL LOCATION OF A MOBILE TERMINAL IN HETEROGENEOUS NETWORK ENVIRONMENT |
| 2004308435 | 2004308435 | AU | SYSTEM AND METHOD FOR INITIATING A CONFERENCE CALL |
| 2550994 | | CA | SYSTEM AND METHOD FOR INITIATING A CONFERENCE CALL |
| 2734781 | 2734781 | CA | CONTENT, TRAFFIC AND ADVERTISING ENGINE, SYSTEM AND METHOD |
| 200480041712.20 | 101088273 | CN | SYSTEM AND METHOD FOR INITIATING A CONFERENCE CALL |
| 4181/DELNP/2006 | | IN | SYSTEM AND METHOD FOR INITIATING A CONFERENCE CALL |
| 1189/KOLNP/2011 | | IN | CONTENT, TRAFFIC AND ADVERTISING ENGINE, SYSTEM AND METHOD |
| 2006-547341 | 5101108 | JP | SYSTEM AND METHOD FOR INITIATING A CONFERENCE CALL |
| 2012-56519 | 5531044 | JP | SYSTEM AND METHOD FOR INITIATING A CONFERENCE CALL |

| Application Number | Patent Number | Country | Title |
|---|---|---|---|
| 11/019,655 | 7804948 | US | SYSTEM AND METHOD FOR INITIATING A CONFERENCE CALL |
| 12/723,750 | 7853000 | US | SYSTEM AND METHOD FOR INITIATING A CONFERENCE CALL |
| 12/907,550 | 8571194 | US | SYSTEM AND METHOD FOR INITIATING A CONFERENCE CALL |
| 13/357,132 | 8594294 | US | SYSTEM AND METHOD FOR INITIATING A CONFERENCE CALL |
| 14/052,166 | 9172815 | US | SYSTEM AND METHOD FOR INITIATING A CONFERENCE CALL |
| 12/545,129 | 8782540 | US | CONTENT, TRAFFIC AND ADVERTISING ENGINE, SYSTEM AND METHOD |
| 12/545,125 | 8700731 | US | SYSTEM AND METHOD FOR AGGREGATING AND PROVIDING AUDIO AND VISUAL PRESENTATIONS VIA A COMPUTER NETWORK |
| 12/545,131 | 8407609 | US | SYSTEM AND METHOD FOR PROVIDING AND TRACKING THE PROVISION OF AUDIO AND VISUAL PRESENTATIONS VIA A COMPUTER NETWORK |
| 14/299,221 | 9412119 | US | CONTENT, TRAFFIC AND ADVERTISING ENGINE, SYSTEM AND METHOD |
| 15/454,251 | | US | SYSTEM AND METHOD FOR AGGREGATING AND PROVIDING AUDIO AND VISUAL PRESENTATIONS VIA A COMPUTER NETWORK |
| 93140135 | I419543 | TW | SYSTEM AND METHOD FOR INITIATING A CONFERENCE CALL |
| 10/346,989 | 7337151 | US | AUTOMATED PRICING SYSTEM |
| 12/011,270 | 7769595 | US | AUTOMATED PRICING AND/OR "GREEN" INDICATING METHOD AND SYSTEM |
| 12/004,187 | 7783523 | US | AUTOMATED PRICING SYSTEM |
| 12/802,848 | 8260628 | US | AUTOMATED PRICING AND/OR "GREEN" INDICATING METHOD AND SYSTEM |
| 12/803,404 | 8266005 | US | AUTOMATED PRICING SYSTEM |
| 13/587,124 | 8515820 | US | AUTOMATED PRICING SYSTEM |
| 13/942,523 | | US | AUTOMATED PRICING SYSTEM |
| 09/436515 | 6736759 | US | EXERCISE MONITORING SYSTEM AND METHODS |
| 10/847208 | 7220220 | US | EXERCISE MONITORING SYSTEM AND METHODS |
| 10/036,298 | 7092953 | US | APPARATUS AND METHODS FOR INTELLECTUAL PROPERTY DATABASE NAVIGATION |
| 10/035,347 | 7099849 | US | INTEGRATED MEDIA MANAGEMENT AND RIGHTS DISTRIBUTION APPARATUS |
| 10/740,030 | 7535890 | US | SYSTEM AND METHOD FOR INSTANT VOIP MESSAGING |

| Application Number | Patent Number | Country | Title |
|---|---|---|---|
| 12/398,076 | 8199747 | US | SYSTEM AND METHOD FOR INSTANT VOIP MESSAGING |
| 12/398,063 | 8243723 | US | SYSTEM AND METHOD FOR INSTANT VOIP MESSAGING |
| 13/546,673 | 8724622 | US | SYSTEM AND METHOD FOR INSTANT VOIP MESSAGING |
| 14/224,125 | 8995433 | US | SYSTEM AND METHOD FOR INSTANT VOIP MESSAGING |
| 14/633,057 | 9621490 | US | SYSTEM AND METHOD FOR INSTANT VOIP MESSAGING |
| 08/951,177 | 5939833 | US | FIELD EMISSION DEVICE WITH LOW DRIVING VOLTAGE |
| 08/984,505 | 5954788 | US | APPARATUS FOR PERFORMING MODULAR MULTIPLICATION |
| 09/027,598 | 5973490 | US | LINE DRIVER WITH ADAPTIVE OUTPUT IMPEDANCE |
| 08/969,729 | 5991288 | US | VOICE CODING APPARATUS AT A CODE DIVISION MULTIPLE ACCESS BASE STATION |
| 08/959,084 | 6025877 | US | SCALABLE TRANSMISSION METHOD OF VISUAL OBJECTS SEGMENTED BY CONTENT-BASE |
| 08/987,832 | 6035349 | US | STRUCTURE OF PORTABLE MULTIMEDIA DATA INPUT/OUTPUT PROCESSOR AND METHOD FOR DRIVING THE SAME |
| 09/006,904 | 6039248 | US | METHOD FOR PREPARING SAFE ELECTRONIC NOTARIZED DOCUMENTS IN ELECTRONIC COMMERCE |
| 08/990,047 | 6041036 | US | DUAL RECEIVE, DUAL TRANSMIT FAULT TOLERANT NETWORK ARRANGEMENT AND PACKET HANDLING METHOD |
| 09/135,576 | 6057736 | US | GAIN CONTROLLED AMPLIFIER |
| 09/146,529 | 6064265 | US | GAIN CONTROL CIRCUIT FOR LOW-NOISE AMPLIFIER |
| 09/227,107 | 6068588 | US | COUNTERBALANCED PUMP |
| 09/063,666 | 6085091 | US | METHOD FOR CONTROLLING HAND OFF OF MOBILE TERMINAL IN CODE DIVISION MULTIPLE ACCESS MOBILE COMMUNICATION SYSTEM |
| 09/135,645 | 6087232 | US | FABRICATION METHOD OF LATERAL DOUBLE DIFFUSED MOS TRANSISTORS |
| 09/275,363 | 6104354 | US | RADIO APPARATUS |
| 09/074,617 | 6108592 | US | VOICE-CONTROLLED MOTORIZED WHEELCHAIR WITH SENSORS AND DISPLAYS |
| 09/062,947 | 6111438 | US | CURRENT MEMORY AND CIRCUIT ARRANGEMENT COMPRISING CURRENT MEMORIES |

| Application Number | Patent Number | Country | Title |
|---|---|---|---|
| 08/968,403 | 6118890 | US | SYSTEM AND METHOD FOR BROAD CLASSIFICATION OF BIOMETRIC PATTERNS |
| 08/987,551 | 6128289 | US | VOICE CODING METHOD AT A CODE DIVISION MULTIPLE ACCESS BASE STATION |
| 09/141,244 | 6128492 | US | METHOD FOR TRACING CENTRALIZED PROCESS POSITION OF MOBILE STATION USING RADIO LAN |
| 09/018,984 | 6130964 | US | IMAGE SEGMENTATION AND OBJECT TRACKING METHOD AND CORRESPONDING SYSTEM |
| 09/162,791 | 6133765 | US | SWITCHED-CURRENT MEMORY |
| 09/429,752 | 6147896 | US | NONVOLATILE FERROELECTRIC MEMORY USING SELECTIVE REFERENCE CELL |
| 08/989,875 | 6151676 | US | ADMINISTRATION AND UTILIZATION OF SECRET FRESH RANDOM NUMBERS IN A NETWORKED ENVIRONMENT |
| 09/444,898 | 6166337 | US | DEVICE INCLUDING A PRINTED CIRCUIT BOARD WHICH IS CONTACTED BY DEPRESSING A KEY LOCATED AT A HOUSING WALL WHICH MAKES AN ANGLE WITH THE PRINTED CIRCUIT BOARD |
| 09/031,374 | 6167237 | US | UNIVERSAL WIRELESS COMMUNICATION SYSTEM, A TRANSMISSION PROTOCOL, A WIRELESS COMMUNICATION STATION, AND A RADIO BASE STATION |
| 09/050,679 | 6182220 | US | SYSTEM AND METHOD FOR BUILDING AND EXCHANGING ENCRYPTED PASSWORDS BETWEEN A CLIENT AND SERVER |
| 09/030,435 | 6185318 | US | SYSTEM AND METHOD FOR MATCHING (FINGERPRINT) IMAGES USING AN ALIGNED STRING-BASED REPRESENTATION |
| 09/334,504 | 6190319 | US | SELF CALIBRATING LINEAR POSITION SENSOR |
| 09/107,528 | 6195392 | US | METHOD AND ARRANGEMENT FOR GENERATING PROGRAM CLOCK REFERENCE VALUES (PCRS) IN MPEG BITSTREAMS |
| 09/300,804 | 6201844 | US | TRANSCODING OF A DATA STREAM |
| 09/238,537 | 6215403 | US | WIRELESS MONITORING SYSTEM |
| 09/145,331 | 6219724 | US | DIRECT MEMORY ACCESS CONTROLLER |
| 09/244,209 | 6229994 | US | FITTING DEVICE FOR SEPARATE ELEMENTS OF A MOBILE TELEPHONE HANDSET AND THE HANDSET THUS OBTAINED |
| 09/024,632 | 6239772 | US | VIDEO MOIRE REDUCTION |
| 09/050,595 | 6239773 | US | IMAGE DISPLAY DEVICE HAVING A DRIVE CIRCUIT FOR DIFFERENTIALLY |

| Application Number | Patent Number | Country | Title |
|---|---|---|---|
| | | | CONTROLLING THE LUMINOSITY OF WINDOWS IN THE DISPLAY |
| 09/047,684 | 6240300 | US | TELEPHONY DEVICE COMPRISING A BASE STATION AND AT LEAST A SUBSCRIBER UNIT AND METHOD FOR CONNECTING TO SUCH A TELEPHONY DEVICE |
| 08/976,710 | 6246447 | US | VIDEO FORMAT ADAPTIVE BEAM SIZE FOR VIDEO MOIRE REDUCTION |
| 09/435,039 | 6249251 | US | HARDWARE-EFFICIENT DEMODULATOR FOR CDMA ADAPTIVE ANTENNA ARRAY SYSTEMS |
| 09/102,949 | 6253201 | US | SCALABLE SOLUTION FOR IMAGE RETRIEVAL |
| 09/217,408 | 6260031 | US | CODE COMPACTION BY EVOLUTIONARY ALGORITHM |
| 08/977,951 | 6271826 | US | MIXING A GRAPHICS SIGNAL AND A VIDEO SIGNAL |
| 09/131,334 | 6275956 | US | INTEGRATED DYNAMIC-VISUAL PARALLEL DEBUGGING APPARATUS AND METHOD THEREOF |
| 09/206,031 | 6281903 | US | METHODS AND APPARATUS FOR EMBEDDING 2D IMAGE CONTENT INTO 3D MODELS |
| 09/031,198 | 6289316 | US | PROGRESS NOTES MODEL IN A CLINICAL INFORMATION SYSTEM |
| 09/432,896 | 6290640 | US | UNCOUPLED ROTARY LINEAR PUMP |
| 09/549,803 | 6300885 | US | DUAL ALDC DECOMPRESSORS INSIDE PRINTER ASIC |
| 09/031,696 | 6301641 | US | METHOD FOR REDUCING THE FREQUENCY OF CACHE MISSES IN A COMPUTER |
| 09/264,912 | 6308191 | US | PROGRAMMABLE PROCESSOR CIRCUIT WITH A RECONFIGURABLE MEMORY FOR REALIZING A DIGITAL FILTER |
| 09/030,363 | 6314197 | US | DETERMINING AN ALIGNMENT ESTIMATION BETWEEN TWO ( FINGERPRINT) IMAGES |
| 09/393,279 | 6316281 | US | METHOD FOR FABRICATING A HYBRID OPTICAL INTEGRATED CIRCUIT EMPLOYING SOI OPTICAL WAVEGUIDE |
| 09/369,540 | 6323824 | US | DIELECTRIC RESONATOR ANTENNA |
| 09/079,662 | 6326965 | US | INTERACTIVE REPRESENTATION AND RETRIEVAL OF MULTI-DIMENSIONAL DATA USING VIEW ELEMENTS |
| 09/216,261 | 6337972 | US | MELODIC ALERTS FOR COMMUNICATIONS DEVICE |
| 09/478,474 | 6349114 | US | CAMERA MOTION PARAMETERS ESTIMATION METHOD |

| Application Number | Patent Number | Country | Title |
|---|---|---|---|
| 09/216,266 | 6349154 | US | METHOD AND ARRANGEMENT FOR CREATING A HIGH-RESOLUTION STILL PICTURE |
| 09/244,841 | 6351564 | US | METHOD OF SWITCHING OF CODED VIDEO SEQUENCES AND CORRESPONDING DEVICE |
| 08/994,827 | 6356288 | US | DIVERSION AGENT USES CINEMATOGRAPHIC TECHNIQUES TO MASK LATENCY |
| 09/519,548 | 6359658 | US | SUBJECTIVE NOISE MEASUREMENT ACTIVE VIDEO SIGNAL |
| 09/006,657 | 6363380 | US | MULTIMEDIA COMPUTER SYSTEM WITH STORY SEGMENTATION CAPABILITY AND OPERATING PROGRAM THEREFOR INCLUDING FINITE AUTOMATION VIDEO PARSER |
| 09/384,763 | 6366885 | US | SPEECH DRIVEN LIP SYNTHESIS USING VISEME BASED HIDDEN MARKOV MODELS |
| 09/475,743 | 6366908 | US | KEYFACT-BASED TEXT RETRIEVAL SYSTEM, KEYFACT-BASED TEXT INDEX METHOD, AND RETRIEVAL METHOD |
| 09/198,928 | 6382867 | US | JOINING DEVICE FOR FIRMLY JOINING PLASTIC JOINING PARTS TOGETHER |
| 09/276,870 | 6385607 | US | GENERATING REGRESSION TREES WITH OBLIQUE HYPERPLANES |
| 09/241,016 | 6396875 | US | METHOD OF SWITCHING OF CODED VIDEO SEQUENCES AND CORRESPONDING DEVICE |
| 09/454,389 | 6400932 | US | LOW OFFSET AUTOMATIC FREQUENCY TUNING CIRCUITS FOR CONTINUOUS-TIME FILTER |
| 09/865,004 | 6404011 | US | SEMICONDUCTOR POWER INTEGRATED CIRCUIT |
| 09/333,633 | 6405301 | US | PARALLEL DATA PROCESSING |
| 09/773,160 | 6407681 | US | QUANTIZATION METHOD FOR BIT RATE TRANSCODING APPLICATIONS |
| 09/966,112 | 6411542 | US | FERROELECTRIC MEMORY DEVICE HAVING FERROELECTRIC MEMORY TRANSISTORS CONNECTED TO SEPARATE WELL LINES |
| 09/499,920 | 6431447 | US | SYSTEM AND METHOD FOR READING A BARCODE USING LASER DIODE ARRAY |
| 09/579,313 | 6432135 | US | TORSION HEART VALVE |
| 09/569,916 | 6436027 | US | HYDRODYNAMIC BLOOD BEARING |
| 09/899,441 | 6437545 | US | DC / DC CONVERTER INCLUDING CONTROL MEANS FOR CONTROLLING MULTIPLE OUTPUTS USING SEPARATE SWITCHING CYCLES FOR EACH OUTPUT |

| Application Number | Patent Number | Country | Title |
|---|---|---|---|
| 09/549,689 | 6439457 | US | METHOD AND SYSTEM FOR PERSONALIZED MESSAGE STORAGE AND RETRIEVAL |
| 10/012,015 | 6469910 | US | ELECTRONIC DEVICE WITH A VARIABLE KEYBOARD |
| 09/116,769 | 6473095 | US | HISTOGRAM METHOD FOR CHARACTERIZING VIDEO CONTENT |
| 09/550,607 | 6473114 | US | METHOD AND SYSTEM FOR INDICATING CHANGE OF SPEAKER IN A VIDEOCONFERENCE APPLICATION |
| 09/757,786 | 6477211 | US | TRANSCODING OF A DATA STREAM |
| 09/198,045 | 6480480 | US | WIRELESS LOCAL AREA NETWORK COMPRISING A CONTROLLER AND AT LEAST ONE CANDIDATE-CONTROLLER TERMINAL |
| 09/409,814 | 6480849 | US | EFFICIENT CONCURRENCY CONTROL METHOD FOR HIGH DIMENSIONAL INDEX STRUCTURES |
| 09/855,581 | 6483456 | US | GPS RECEIVER |
| 09/497,345 | 6484172 | US | CONCURRENCY CONTROL METHOD FOR HIGH-DIMENSIONAL INDEX STRUCTURE USING LATCH AND LOCK |
| 09/884,222 | 6498541 | US | COMMUNICATION BUS SYSTEM AND APPARATUS AND DEVICE FOR USE IN SUCH A SYSTEM |
| 09/615,880 | 6498814 | US | DRIFT-FREE TRANSCODER AND RELATED METHOD |
| 09/459,255 | 6501744 | US | SLOTTED MODE IN WIRELESS CDMA SYSTEMS |
| 09/232,896 | 6502105 | US | REGION-BASED IMAGE ARCHIVING AND RETRIEVING SYSTEM |
| 09/366,695 | 6526183 | US | STATIC IMAGE GENERATION METHOD AND DEVICE |
| 09/920,040 | 6528741 | US | TEXT ENTRY ON PORTABLE DEVICE |
| 09/104,900 | 6529600 | US | METHOD AND DEVICE FOR PREVENTING PIRACY OF VIDEO MATERIAL FROM THEATER SCREENS |
| 09/499,915 | 6529882 | US | METHOD FOR MANAGING GROUP MEMBERSHIP IN INTERNET MULTICAST APPLICATIONS |
| 09/678,966 | 6539071 | US | FREQUENCY CORRECTION AT THE RECEIVER END IN A PACKET TRANSMISSION SYSTEM |
| 10/032,754 | 6541319 | US | METHOD OF MANUFACTURING A SELF-ALIGNED GATE TRANSISTOR WITH P-TYPE IMPURITIES SELECTIVELY IMPLANTED BELOW THE GATE, SOURCE AND DRAIN ELECTRODES |

| Application Number | Patent Number | Country | Title |
|---|---|---|---|
| 10/086,047 | 6543025 | US | TRANSMISSION SYSTEM WITH ADAPTIVE CHANNEL ENCODER AND DECODER |
| 09/411,460 | 6553110 | US | SELECTIVE TELEPHONE CALLER IDENTIFICATION SERVICE |
| 09/374,692 | 6577629 | US | SWITCHING NETWORK WITH COMPLETE TRANSFER OF THE CONTENTS OF A HEADER FIELD OF A CELL |
| 09/475,224 | 6584212 | US | APPARATUS FOR MOTION ESTIMATION WITH CONTROL PART IMPLEMENTED BY STATE TRANSITION DIAGRAM |
| 10/112,359 | 6593603 | US | PSEUDOMORPHIC HIGH ELECTRON MOBILITY TRANSISTOR POWER DEVICE AND METHOD FOR MANUFACTURING THE SAME |
| 09/382,732 | 6597802 | US | SYSTEM AND METHOD FOR GENERATING A ROLLED SURFACE REPRESENTATION FROM A SET OF PARTIAL IMAGES |
| 09/580,169 | 6598146 | US | DATA-PROCESSING ARRANGEMENT COMPRISING A PLURALITY OF PROCESSING AND MEMORY CIRCUITS |
| 09/062,941 | 6606641 | US | SYSTEM FOR VARYING THE DYNAMIC RANGE OF COEFFICIENTS IN A DIGITAL FILTER |
| 10/032,720 | 6608578 | US | CURRENT CELL DRIVING CIRCUIT IN DIGITAL-TO-ANALOG CONVERTER |
| 09/498,921 | 6614759 | US | ONU FUNCTION PROCESSING APPARATUS IN ATM-PON SYSTEM |
| 09/448,531 | 6614761 | US | ADSL SUBSCRIBER PROCESSING EQUIPMENT IN ATM SWITCH |
| 09/495,741 | 6614928 | US | AUTOMATIC PARCEL VOLUME CAPTURE SYSTEM AND VOLUME CAPTURE METHOD USING PARCEL IMAGE RECOGNITION |
| 10/114,507 | 6621440 | US | DIGITAL TO ANALOGUE CONVERTER |
| 09/708,165 | 6628712 | US | SEAMLESS SWITCHING OF MPEG VIDEO STREAMS |
| 10/032,987 | 6636435 | US | FERROELECTRIC MEMORY CELL ARRAY AND METHOD OF STORING DATA USING THE SAME |
| 09/757,613 | 6731285 | US | SYSTEM AND METHOD FOR PROVIDING HIGH PERFORMANCE IMAGE MAGNIFICATION IN A WEB BROWSER |
| 10/092,902 | 6741929 | US | VIRTUAL NAVIGATION SYSTEM AND METHOD USING MOVING IMAGE |
| 10/325,929 | 6774697 | US | INPUT AND OUTPUT PORT CIRCUIT |
| 09/425,657 | 6781951 | US | RADIO COMMUNICATION SYSTEM |
| 09/952,193 | 6910175 | US | ENCODER REDUNDANCY SELECTION SYSTEM AND METHOD |

| Application Number | Patent Number | Country | Title |
|---|---|---|---|
| 09/773,413 | 6937645 | US | COMMUNICATION SYSTEM AND A RECEIVER FOR USE IN THE SYSTEM |
| 09/694,455 | 6961473 | US | FASTER TRANSFORMS USING EARLY ABORTS AND PRECISION REFINEMENTS |
| 10/230,563 | 6963117 | US | MICROELECTROMECHANICAL DEVICE USING RESISTIVE ELECTROMECHANICAL CONTACT |
| 09/795,020 | 6963377 | US | ENCODING METHOD AND DEVICE INCLUDING THRESHOLDING PIXEL-TO-PIXEL DIFFERENCES |
| 09/411,756 | 6966027 | US | METHOD AND APPARATUS FOR STREAMING XML CONTENT |
| 10/221,069 | 6968007 | US | METHOD AND DEVICE FOR SCALABLE VIDEO TRANSCODING |
| 09/557,600 | 6973055 | US | NETWORK WITH SEVERAL NETWORK CLUSTERS FOR WIRELESS TRANSMISSION OF PACKETS |
| 09/774,925 | 6975991 | US | WEARABLE DISPLAY SYSTEM WITH INDICATORS OF SPEAKERS |
| 10/083,334 | 6978026 | US | CIRCUIT ARRANGEMENT FOR GAINING A STEREO SUBCARRIER AND AN RDS CARRIER |
| 10/161,795 | 6980599 | US | VIDEO DECODING SYSTEM AND METHOD HAVING POST-PROCESSING TO REDUCE SHARPNESS PREDICTION DRIFT |
| 09/908,197 | 6981046 | US | SYSTEM FOR THE EFFICIENT TRANSMISSION OF PARTIAL OBJECTS IN DISTRIBUTED DATA BASES |
| 10/084,724 | 6982748 | US | AUTOMATICALLY SWITCHED CAMERA SYSTEM WITH INDICATOR FOR NOTIFYING THE NEXT SUBJECT OF THE CAMERA SYSTEM |
| 09/928,795 | 6985603 | US | METHOD AND APPARATUS FOR EXTENDING VIDEO CONTENT ANALYSIS TO MULTIPLE CHANNELS |
| 10/015,965 | 6986466 | US | DATA-PROCESSING SYSTEM |
| 10/732,720 | 6989716 | US | VARIABLE GAIN AMPLIFIER |
| 09/616,631 | 6990496 | US | SYSTEM AND METHOD FOR AUTOMATED CLASSIFICATION OF TEXT BY TIME SLICING |
| 10/175,607 | 6992697 | US | METHOD AND APPARATUS TO MEASURE VIDEO QUALITY ON ANY DISPLAY DEVICE WITH ANY IMAGE SIZE STARTING FROM A KNOW DISPLAY TYPE AND SIZE |
| 09/741,654 | 6992719 | US | METHOD AND DEVICE FOR FOCUSING A CAMERA UTILIZING FILTERS CONTAINED IN A PROCESSOR |
| 09/857,964 | 6992976 | US | NETWORK FOR A RECONFIGURATION AFTER A STEP-BY-STEP REPAIR OF DEFECTS |

| Application Number | Patent Number | Country | Title |
|---|---|---|---|
| 09/633,760 | 6993179 | US | STRAPDOWN SYSTEM FOR THREE-DIMENSIONAL RECONSTRUCTION |
| 10/749,749 | 6995452 | US | MOSFET DEVICE WITH NANOSCALE CHANNEL AND METHOD OF MANUFACTURING THE SAME |
| 10/098,456 | 6996181 | US | MOTION ESTIMATION METHOD BY EMPLOYING A STOCHASTIC SAMPLING TECHNIQUE |
| 10/491,373 | 6996279 | US | COMPRESSED STORAGE OF DATA ITEMS |
| 10/327,881 | 6999127 | US | APPARATUS AND METHOD FOR IMAGE CONVERSION AND AUTOMATIC ERROR CORRECTION FOR DIGITAL TELEVISION RECEIVER |
| 09/992,922 | 7003150 | US | HOMOGRAPHY TRANSFER FROM POINT MATCHES |
| 10/643,253 | 7003409 | US | PREDICTIVE FAILURE ANALYSIS AND FAILURE ISOLATION USING CURRENT SENSING |
| 10/865,382 | 7006044 | US | MICROSTRIP PATCH ANTENNA USING MEMS TECHNOLOGY |
| 10/173,160 | 7006659 | US | METHOD FOR EMBEDDING AND EXTRACTING A SPATIAL DOMAIN BLIND WATERMARK USING SAMPLE EXPANSION |
| 09/938,377 | 7010159 | US | APPARATUS AND METHOD FOR COMBINING RANDOM SET OF VIDEO FEATURES IN A NON-LINEAR SCHEME TO BEST DESCRIBE PERCEPTUAL QUALITY OF VIDEO SEQUENCES USING HEURISTIC SEARCH METHODOLOGY |
| 10/262,796 | 7019985 | US | ELECTRONIC DEVICE WITH A VARIABLE KEYBOARD |
| 09/961,996 | 7020252 | US | GROUP AUDIO MESSAGE BOARD |
| 09/938,630 | 7023850 | US | MULTICASTING APPARATUS AND METHOD IN SHARED MEMORY SWITCH |
| 09/975,152 | 7027421 | US | METHOD AND APPARATUS FOR SEARCHER BEAMFORMING IN CDMA BASE STATION SYSTEM USING ARRAY ANTENNA |
| 10/022,731 | 7027491 | US | INTERFERENCE CANCELLATION RECEIVER FOR USE IN A CDMA SYSTEM |
| 10/196,096 | 7027588 | US | TELEPHONE APPARATUS COMPRISING MONITORING MEANS |
| 09/993,061 | 7031497 | US | METHOD FOR COMPUTING OPTICAL FLOW UNDER THE EPIPOLAR CONSTRAINT |
| 10/122,746 | 7035586 | US | WIRELESS INTERCONNECTION METHOD AND ASSEMBLY FOR ESTABLISHING A BIDIRECTIONAL COMMUNICATION BETWEEN AUDIO AND/OR VIDEO DEVICES |

| Application Number | Patent Number | Country | Title |
|---|---|---|---|
| 10/076,352 | 7038721 | US | GAMMA CORRECTION CIRCUIT |
| 10/025,797 | 7039094 | US | ADAPTIVE RAKE RECEIVING APPARATUS CONSTRAINED WITH AT LEAST ONE CONSTRAINT FOR USE IN MOBILE COMMUNICATION SYSTEM AND METHOD THEREFOR |
| 10/201,368 | 7039837 | US | SIGNAL CODING |
| 10/015,807 | 7048191 | US | 4-STATE BAR CODE PRINTING AND READING SYSTEM AND METHOD FOR CONTROLLING THE SAME |
| 09/967,548 | 7050511 | US | IN-BAND ADJACENT-CHANNEL DIGITAL AUDIO BROADCASTING SYSTEM |
| 09/752,667 | 7054365 | US | METHOD FOR PROVIDING VARIABLE BIT RATE IN STREAMING SERVICE |
| 09/995,718 | 7054856 | US | SYSTEM FOR DRAWING PATENT MAP USING TECHNICAL FIELD WORD AND METHOD THEREFOR |
| 10/273,256 | 7065701 | US | METHOD FOR ITERATIVELY DECODING BLOCK TURBO CODES AND RECORDING MEDIUM FOR STORING ITERATIVE DECODING PROGRAM OF BLOCK TURBO CODES |
| 10/269,567 | 7076490 | US | OBJECT-RELATIONAL DATABASE MANAGEMENT SYSTEM AND METHOD FOR DELETING CLASS INSTANCE FOR THE SAME |
| 10/180,406 | 7079704 | US | OBJECTIVE METHOD AND SYSTEM FOR ESTIMATING PERCEIVED IMAGE AND VIDEO SHARPNESS |
| 10/067,414 | 7081919 | US | GREEN RECONSTRUCTION FOR IMAGE SENSORS |
| 10/134,212 | 7082156 | US | METHOD OF DETECTING, AND A RECEIVER FOR, A SPREAD SPECTRUM SIGNAL |
| 09/686,830 | 7085929 | US | METHOD AND APPARATUS FOR REVOCATION LIST MANAGEMENT USING A CONTACT LIST HAVING A CONTACT COUNT FIELD |
| 09/987,933 | 7093290 | US | SECURITY SYSTEM FOR NETWORKS AND THE METHOD THEREOF |
| 09/995,740 | 7099376 | US | METHOD FOR PARALLEL TYPE INTERFERENCE CANCELLATION IN CODE DIVISION MULTIPLE ACCESS RECEIVER |
| 09/763,843 | 7103061 | US | SYNCHRONIZATION CODEWORD FOR INTERFERENCE REDUCTION IN A CDMA SYSTEM |
| 11/026,455 | 7123194 | US | ROTATABLE MICROSTRIP PATCH ANTENNA AND ARRAY ANTENNA USING THE SAME |

| Application Number | Patent Number | Country | Title |
|---|---|---|---|
| 09/737,190 | 7124034 | US | METHOD FOR CHANGING A TARGET ARRAY, A METHOD FOR ANALYZING A STRUCTURE, AND AN APPARATUS, A STORAGE MEDIUM AND A TRANSMISSION MEDIUM THEREFOR |
| 10/187,340 | 7134017 | US | METHOD FOR PROVIDING A TRUSTED PATH BETWEEN A CLIENT AND A SYSTEM |
| 09/817,457 | 7136371 | US | TIME SLOT SORTING METHOD FOR A WIRELESS NETWORK |
| 10/150,827 | 7142578 | US | SINGLE BEAMFORMING STRUCTURE FOR MULTIPLE MODULATION SCHEMES |
| 09/634,731 | 7151562 | US | METHOD AND APPARATUS FOR EXTERNAL CALIBRATION OF A CAMERA VIA A GRAPHICAL USER INTERFACE |
| 10/136,959 | 7154892 | US | METHOD AND APPARATUS FOR MANAGING LPM-BASED CAM LOOK-UP TABLE, AND RECORDING MEDIUM THEREFOR |
| 09/663,315 | 7161952 | US | WIRELESS NETWORK WITH A PLURALITY OF PERSISTENCY PROBABILITIES FOR ACCESSING A RACH CHANNEL |
| 10/098,436 | 7184420 | US | METHOD FOR DYNAMICALLY LOCATING A WIRELESS TCP PROXY IN A WIRED/WIRELESS INTEGRATED NETWORK |
| 09/580,167 | 7188165 | US | METHOD OF, AND A HETEROGENEOUS NETWORK FOR, TRANSMITTING DATA PACKETS |
| 09/653,782 | 7190979 | US | BATTERY ECONOMIZING IN A COMMUNICATIONS SYSTEM |
| 10/365,780 | 7194734 | US | METHOD OF EXECUTING AN INTERPRETER PROGRAM |
| 10/523,389 | 7206555 | US | ANTENNA DIVERSITY SYSTEM AND METHOD FOR OPERATING SAID SYSTEM |
| 10/551,311 | 7212158 | US | METHOD AND APPARATUS FOR BEAMFORMING BASED ON BROADBAND ANTENNA |
| 10/540,101 | 7212159 | US | POSITIONING SYSTEM, APPARATUS AND METHOD |
| 10/734,574 | 7212585 | US | QUADRATURE MODULATION TRANSMITTER |
| 10/185,385 | 7236548 | US | BIT LEVEL DIVERSITY COMBINING FOR COFDM SYSTEM |
| 10/266,302 | 7251251 | US | METHOD OF AND SYSTEM FOR TRANSMITTING A PLURALITY OF MESSAGES |
| 10/557,346 | 7265609 | US | TRANSCONDUCTOR CIRCUITS |
| 09/372,459 | 7639283 | US | COLOR SIGNAL MATRIX ADJUSTMENT |
| 10/550,337 | 7650115 | US | METHOD OF, AND APPARATUS FOR, PROTECTING FROM RADIO FREQUENCY INTERFERENCE |

| Application Number | Patent Number | Country | Title |
|---|---|---|---|
| 11/447,527 | 7728882 | US | GREEN RECONSTRUCTION FOR IMAGE SENSORS |
| 11/567,772 | 7739392 | US | METHOD AND SYSTEM FOR TRANSFERRING A COMMUNICATION SESSION |
| 10/935,342 | 7764637 | US | PEER-TO-PEER MOBILE INSTANT MESSAGING METHOD AND DEVICE |
| 11/120,587 | 7847842 | US | PREVENTING GREEN NON-UNIFORMITY IN IMAGE SENSORS |
| 09/560,203 | 8332302 | US | METHOD AND APPARATUS FOR AUCTIONING ITEMS |
| 13/463,540 | 8369298 | US | METHOD FOR ESTABLISHING NETWORK CONNECTIONS BETWEEN STATIONARY TERMINALS AND REMOTE DEVICES THROUGH MOBILE DEVICES |
| 12/353,662 | 8484089 | US | METHOD AND SYSTEM FOR A HOSTED DIGITAL MUSIC LIBRARY SHARING SERVICE |
| 12/103,591 | 8606856 | US | DIGITAL MEDIA ASSET IDENTIFICATION SYSTEM AND METHOD |
| 13/603,372 | 8626838 | US | DIGITAL MEDIA ASSET IDENTIFICATION SYSTEM & METHOD |
| 13/110,819 | 8649314 | US | PEER-TO-PEER MOBILE DATA TRANSFER METHOD AND DEVICE |
| 13/210,089 | 8706636 | US | SYSTEM & METHOD FOR UNIQUE DIGITAL ASSET IDENTIFICATION AND TRANSACTION MANAGEMENT |
| 13/759,950 | 8774149 | US | METHOD FOR ESTABLISHING NETWORK CONNECTIONS BETWEEN STATIONARY TERMINALS AND REMOTE DEVICES THROUGH MOBILE DEVICES |
| 12/398,102 | 8972880 | US | APPLICATION PROGRAMMING INTERFACE FOR TRANSFERRING CONTENT FROM THE WEB TO DEVICES |
| 09/878,684 | 6664891 | US | DATA DELIVERY THROUGH PORTABLE DEVICES |
| 09/876,514 | 6993049 | US | COMMUNICATION SYSTEM |
| 12/896,686 | 8194632 | US | METHOD FOR ESTABLISHING NETWORK CONNECTIONS BETWEEN STATIONARY TERMINALS AND REMOTE DEVICES THROUGH MOBILE DEVICES |
| 13/193,579 | 8406116 | US | MOBILE CONFERENCING METHOD AND SYSTEM |
| 10/151,087 | 7167487 | US | NETWORK WITH LOGIC CHANNELS AND TRANSPORT CHANNELS |
| 09/455,124 | 6868079 | US | RADIO COMMUNICATION SYSTEM WITH REQUEST RE-TRANSMISSION UNTIL ACKNOWLEDGED |

| Application Number | Patent Number | Country | Title |
|---|---|---|---|
| 09/739,507 | 6836654 | US | ANTI-THEFT PROTECTION FOR A RADIOTELEPHONY DEVICE |
| 08/742,688 | 5960366 | US | WRIST-WATCH WIRELESS TELEPHONE |
| 09/876,515 | 7587207 | US | DATA DELIVERY THROUGH BEACONS |
| 09/597,198 | 7136999 | US | METHOD AND SYSTEM FOR ELECTRONIC DEVICE AUTHENTICATION |
| 10/323,228 | 6985758 | US | MOBILE DEVICE POWER SAVING |
| 09/739,474 | 6901272 | US | ERGONOMIC SYSTEM FOR CONTROL OF DEVICES THROUGH PORTABLE WIRELESS TERMINALS |
| 13/079,767 | 8018877 | US | MOBILE CONFERENCING METHOD AND SYSTEM |
| 09/920,041 | 7020106 | US | RADIO COMMUNICATION SYSTEM |
| 07/965,956 | 5483468 | US | SYSTEM AND METHOD FOR CONCURRENT RECORDING AND DISPLAYING OF SYSTEM PERFORMANCE DATA |
| 08/348,071 | 5619526 | US | CDMA BASE STATION MODULATOR FOR DIGITAL CELLULAR MOBILE COMMUNICATION SYSTEMS |
| 08/665,868 | 5639677 | US | METHOD OF MAKING A GAAS POWER SEMICONDUCTOR DEVICE OPERATING AT A LOW VOLTAGE |
| 08/353,044 | 5657421 | US | SPEECH SIGNAL TRANSMITTER WHEREIN CODING IS MAINTAINED DURING SPEECH PAUSES DESPITE SUBSTANTIAL SHUTDOWN OF THE TRANSMITTER |
| 08/634,635 | 5659687 | US | DEVICE FOR CONTROLLING MEMORY DATA PATH IN PARALLEL PROCESSING COMPUTER SYSTEM |
| 08/438,153 | 5692125 | US | SYSTEM AND METHOD FOR SCHEDULING LINKED EVENTS WITH FIXED AND DYNAMIC CONDITIONS |
| 08/673,882 | 5774673 | US | SYSTEM FOR COMMUNICATING BETWEEN A DYNAMIC GROUP OF APPARATUSES |
| 08/544,571 | 5835849 | US | CELLULAR MOBILE RADIO SYSTEM COMPRISING SUB-CELLS |
| 09/027,599 | 5936393 | US | LINE DRIVER WITH ADAPTIVE OUTPUT IMPEDANCE |
| 08/888,355 | 5940295 | US | DISTRIBUTED EXECUTION PROCESS FOR AN INTERACTIVE MULTIMEDIA PROGRAM, AND A LOCAL STATION USING THIS METHOD |
| 08/742,674 | 5949351 | US | REMOTE CONTROL METHOD AND SYSTEM THEREFOR |
| 09/079,478 | 5970318 | US | FABRICATION METHOD OF AN ORGANIC ELECTROLUMINESCENT DEVICES |

| Application Number | Patent Number | Country | Title |
|---|---|---|---|
| 08/974,199 | 6008743 | US | METHOD AND APPARATUS FOR SWITCHING BETWEEN DATA COMPRESSION MODES |
| 08/280,271 | 6052108 | US | METHOD OF DISPLAYING TEXT HAVING IMPROVED USABILITY |
| 09/007,818 | 6058437 | US | D.M.A. DEVICE THAT HANDLES CACHE MISSES BY MANAGING AN ADDRESS OF AN AREA OF ALLOTTED VIA A DAEMON PROCESSOR |
| 08/977,826 | 6067333 | US | ADAPTIVE SERIAL AND PARALLEL MIXED INTERFERENCE CANCELLATION METHOD |
| 09/022,910 | 6070169 | US | METHOD AND SYSTEM FOR THE DETERMINATION OF A PARTICULAR DATA OBJECT UTILIZING ATTRIBUTES ASSOCIATED WITH THE OBJECT |
| 08/992,291 | 6084982 | US | METHOD OF CHROMA-KEYING FOR A DIGITAL VIDEO COMPRESSION SYSTEM |
| 09/136,733 | 6127952 | US | VIDEO DATA RECORDING APPARATUS |
| 09/139,726 | 6138234 | US | NODE BOOTING METHOD IN HIGH-SPEED PARALLEL COMPUTER |
| 09/603,495 | 6148029 | US | METHOD OF VARIABLE-LENGTH ENCODING OF IMAGES AND DEVICE FOR PERFORMING SAID |
| 09/122,755 | 6150187 | US | ENCAPSULATION METHOD OF A POLYMER OR ORGANIC LIGHT EMITTING DEVICE |
| 08/738,988 | 6154468 | US | FAST SYNC-BYTE SEARCH SCHEME FOR PACKET FRAMING |
| 08/977,989 | 6154496 | US | VIDEO BUFFER FOR SEAMLESS SPLICING OF MPEG STREAMS |
| 08/959,215 | 6169790 | US | METHOD OF RESTRICTING THE DURATION OF TELEPHONE CALLS AND TELEPHONE IMPLEMENTING SUCH A METHOD |
| 09/135,860 | 6178512 | US | WIRELESS NETWORK |
| 09/116,063 | 6190314 | US | COMPUTER INPUT DEVICE WITH BIOSENSORS FOR SENSING USER EMOTIONS |
| 09/116,903 | 6195388 | US | APPARATUS AND METHOD FOR ENCODING MULTIPLE VIDEO PROGRAMS |
| 08/770,024 | 6198728 | US | MEDIUM ACCESS CONTROL (MAC) PROTOCOL FOR WIRELESS ATM |
| 09/134,108 | 6198909 | US | COMMUNICATION ENVIRONMENT WITH PLURALITY OF RADIO SYSTEMS |
| 09/047,682 | 6201958 | US | TELECOMMUNICATIONS SYSTEM, MOBILE TERMINAL AND METHOD OF REGISTRATION OF A TERMINAL WITH A TELECOMMUNICATIONS NETWORK |

| Application Number | Patent Number | Country | Title |
|---|---|---|---|
| 09/475,281 | 6211018 | US | METHOD FOR FABRICATING HIGH DENSITY TRENCH GATE TYPE POWER DEVICE |
| 09/096,698 | 6215488 | US | METHOD AND SYSTEM FOR DESIGNING A GRAPHICAL USER INTERFACE FOR AN ELECTRONIC CONSUMER PRODUCT |
| 09/197,315 | 6226636 | US | SYSTEM FOR RETRIEVING IMAGES USING A DATABASE |
| 09/139,203 | 6237072 | US | MEMORY MANAGEMENT WITH COMPACTION OF DATA BLOCKS |
| 09/123,019 | 6249515 | US | MULTIPLE ACCESS CONTROL METHOD FOR GUARANTEEING QOS REQUIREMENT |
| 09/030,344 | 6263091 | US | SYSTEM AND METHOD FOR IDENTIFYING FOREGROUND AND BACKGROUND PORTIONS OF DIGITIZED IMAGES |
| 09/070,322 | 6282318 | US | A METHOD AND SYSTEM FOR COMBINING PATTERN MATCHING AND OPTIMIZATION |
| 09/207,835 | 6282322 | US | SYSTEM AND METHOD FOR COMPRESSING AND DECOMPRESSING IMAGES |
| 09/428,403 | 6284605 | US | METHOD FOR FABRICATING SEMICONDUCTOR POWER INTEGRATED CIRCUIT |
| 09/236,688 | 6285805 | US | SYSTEM AND METHOD FOR FINDING THE DISTANCE FROM A MOVING QUERY POINT TO THE CLOSEST POINT ON ONE OR MORE CONVEX OR NON-CONVEX SHAPES |
| 09/198,708 | 6285892 | US | DATA TRANSMISSION SYSTEM FOR REDUCING TERMINAL POWER CONSUMPTION IN A WIRELESS NETWORK |
| 09/030,438 | 6289112 | US | SYSTEM AND METHOD FOR DETERMINING BLOCK DIRECTION IN FINGERPRINT IMAGES |
| 09/253,084 | 6295375 | US | METHOD AND DEVICE FOR CODING A SEQUENCE OF PICTURES |
| 09/710,821 | 6297820 | US | METHOD AND SYSTEM FOR DESIGNING A GRAPHICAL USER INTERFACE FOR AN ELECTRONIC CONSUMER PRODUCT |
| 09/316,985 | 6304612 | US | TRANSMISSION SYSTEM HAVING A SIMPLIFIED CHANNEL DECODER |
| 09/170,469 | 6314436 | US | SPACE-LIMITED MARKING STRUCTURE FOR TRACING GARBAGE COLLECTORS |
| 09/240,214 | 6317834 | US | BIOMETRIC AUTHENTICATION SYSTEM WITH ENCRYPTED MODELS |
| 09/039,347 | 6327272 | US | DATA TRANSFER SYSTEM, TRANSMITTER AND RECEIVER |
| 09/424,607 | 6329934 | US | MODIFYING DATA WHICH HAS BEEN CODED |

| Application Number | Patent Number | Country | Title |
|---|---|---|---|
| 09/337,844 | 6338073 | US | FINALIZATION IN INCREMENTAL GARBAGE COLLECTORS |
| 09/338,150 | 6339779 | US | REFERENCE COUNTING MECHANISM FOR GARBAGE COLLECTORS |
| 08/397,292 | 6341276 | US | SYSTEM FOR SELECTING A COMPUTER SOLUTION FROM A PRE-DEFINED SET |
| 09/086,270 | 6347084 | US | METHOD OF TIMESTAMP SYNCHRONIZATION OF A RESERVATION-BASED TDMA PROTOCOL |
| 09/259,956 | 6349040 | US | ELECTRONIC DEVICE WITH A VARIABLE KEYBOARD |
| 09/276,876 | 6351561 | US | GENERATING DECISION-TREE CLASSIFIERS WITH OBLIQUE HYPERPLANES |
| 09/335,019 | 6360233 | US | DYNAMIC MEMORY SPACE ALLOCATION |
| 09/318,331 | 6363513 | US | TRANSMISSION SYSTEM WITH ADAPTIVE CHANNEL ENCODER AND DECODER |
| 09/160,003 | 6370117 | US | CHANNEL ALLOCATION METHODS IN A COMMUNICATION NETWORK AND CORRESPONDING SYSTEM |
| 09/280,107 | 6370595 | US | METHOD OF ADDRESSING A PLURALITY OF ADDRESSABLE UNITS BY A SINGLE ADDRESS WORD |
| 09/107,526 | 6377549 | US | CALL ADMISSION CONTROL SYSTEM FOR WIRELESS ATM NETWORKS |
| 09/343,910 | 6381471 | US | DUAL BAND RADIO TELEPHONE WITH DEDICATED RECEIVE AND TRANSMIT ANTENNAS |
| 09/287,428 | 6388715 | US | TELEVISION RECEIVER |
| 09/220,292 | 6389072 | US | MOTION ANALYSIS BASED BUFFER REGULATION SCHEME |
| 09/186,249 | 6393155 | US | ERROR REDUCTION IN TRANSFORMED DIGITAL DATA |
| 09/337,845 | 6393439 | US | STORED DATA OBJECT MARKING FOR GARBAGE COLLECTORS |
| 09/456,899 | 6405027 | US | GROUP CALL FOR A WIRELESS MOBILE COMMUNICATION DEVICE USING BLUETOOTH |
| 09/070,216 | 6407993 | US | FLEXIBLE TWO-WAY TELECOMMUNICATION SYSTEM |
| 09/328,968 | 6408293 | US | AN INTERACTIVE FRAMEWORK FOR UNDERSTANDING USER'S PERCEPTION OF MULTIMEDIA DATA |
| 09/177,962 | 6412013 | US | SYSTEM FOR CONTROLLING DATA OUTPUT TO A NETWORK |
| 09/819,285 | 6424323 | US | ELECTRONIC DEVICE HAVING A DISPLAY |

| Application Number | Patent Number | Country | Title |
|---|---|---|---|
| 09/475,050 | 6424344 | US | APPARATUS FOR PROVIDING A VISUAL NAVIGATION INTERFACE |
| 09/474,090 | 6438361 | US | APPARATUS AND METHOD FOR AUTOMATIC SELECTION OF BROADBAND FREQUENCY CHANNEL USING DOUBLE FREQUENCY CONVERSION |
| 09/559,896 | 6442204 | US | VIDEO ENCODING METHOD AND SYSTEM |
| 09/417,660 | 6445387 | US | INTERFACE METHOD FOR SEARCHING VIRTUAL SPACE BASED ON BODY ICON |
| 09/467,591 | 6445921 | US | CALL RE-ESTABLISHMENT FOR A DUAL MODE TELEPHONE |
| 09/548,112 | 6452515 | US | VIDEO ENCODER AND DECODER |
| 08/994,873 | 6453416 | US | SECURE PROXY SIGNING DEVICE AND METHOD OF USE |
| 09/583,942 | 6458080 | US | MANAGING PARAMETERS EFFECTING THE COMPREHENSIVE HEALTH OF A USER |
| 09/404,716 | 6463174 | US | MACROBLOCK-BASED SEGMENTATION AND BACKGROUND MOSAICKING METHOD |
| 09/003,988 | 6466686 | US | SYSTEM AND METHOD FOR TRANSFORMING FINGERPRINTS TO IMPROVE RECOGNITION |
| 09/343,607 | 6467088 | US | RECONFIGURATION MANAGER FOR CONTROLLING UPGRADES OF ELECTRONIC DEVICES |
| 09/833,848 | 6469665 | US | TIME OF ARRIVAL ESTIMATION POSITIONING SYSTEMS |
| 09/264,060 | 6470006 | US | TIMING CONTROL OF TRANSMISSION TIME SLOT |
| 09/477,771 | 6470345 | US | REPLACEMENT OF SUBSTRINGS IN FILE/DIRECTORY PATHNAMES WITH NUMERIC TOKENS |
| 09/203,786 | 6483881 | US | METHOD OF REDUCING COMPLEXITY USING STATISTICS OF PATH METRICS IN A TRELLIS DECODER |
| 09/030,595 | 6487306 | US | SYSTEM AND METHOD FOR DERIVING A STRING-BASED REPRESENTATION OF AN (FINGERPRINT) IMAGE |
| 09/533,485 | 6487563 | US | MEMORY RECLAMATION METHOD |
| 09/537,821 | 6502110 | US | MEMORY RECLAMATION METHOD AND APPARATUS |
| 09/318,324 | 6512929 | US | TELECOMMUNICATION ASSEMBLY |
| 08/826,616 | 6515688 | US | VIEWER INTERACTIVE THREE-DIMENSIONAL WORKSPACE WITH A TWO-DIMENSIONAL WORKPLANE CONTAINING INTERACTIVE TWO-DIMENSIONAL IMAGES |
| 09/303,316 | 6519005 | US | METHOD OF CONCURRENT MULTIPLE-MODE MOTION ESTIMATION FOR DIGITAL VIDEO |

| Application Number | Patent Number | Country | Title |
|---|---|---|---|
| 09/537,822 | 6526421 | US | METHOD OF SCHEDULING GARBAGE COLLECTION |
| 09/533,487 | 6567469 | US | MOTION ESTIMATION ALGORITHM SUITABLE FOR H.261 VIDEOCONFERENCING APPLICATIONS |
| 09/527,198 | 6571260 | US | MEMORY RECLAMATION METHOD |
| 09/497,138 | 6584229 | US | MACROBLOCK-BASED OBJECT-ORIENTED CODING METHOD OF IMAGE SEQUENCE HAVING A STATIONARY BACKGROUND |
| 09/182,698 | 6584423 | US | METHOD OF COMMUNICATION BETWEEN REMOTE TERMINALS AND A CENTRAL STATION |
| 09/826,027 | 6590125 | US | BLUE LIGHT-EMITTING POLYMER PREPARED USING A FLUORINATED TETRAPHENYL MONOMER AND AN EL DEVICE MANUFACTURED USING THE POLYMER |
| 09/209,064 | 6590903 | US | METHOD FOR THE TRANSMISSION OF AN ASYNCHRONOUS DATA STREAM VIA A SYNCHRONOUS DATA BUS, AND CIRCUIT ARRANGEMENT FOR CARRYING OUT THE METHOD |
| 09/394,556 | 6598020 | US | ADAPTIVE EMOTION AND INITIATIVE GENERATOR FOR CONVERSATIONAL SYSTEMS |
| 09/425,658 | 6600902 | US | MULTIPLE LINK DATA OBJECT CONVEYING METHOD FOR CONVEYING DATA OBJECTS TO WIRELESS STATIONS |
| 09/422,371 | 6603740 | US | LOCAL AREA NETWORK WITH A BRIDGE TERMINAL FOR TRANSMITTING DATA BETWEEN A PLURALITY OF SUB-NETWORKS AND FOR LOOP DETECTION |
| 09/786,292 | 6615335 | US | COMPRESSED STORAGE OF INFORMATION |
| 09/709,260 | 6618445 | US | SCALABLE MPEG-2 VIDEO DECODER |
| 09/712,678 | 6631163 | US | DYNAMIC ADAPTATION OF COMPLEXITY IN AN MPEG-2 SCALABLE DECODER |
| 09/422,736 | 6650648 | US | AUTOMATIC CONFIGURATION OF A BRIDGE TERMINAL FOR TRANSMITTING DATA BETWEEN A PLURALITY OF SUB-NETWORKS IN A LOCAL AREA NETWORK |
| 09/394,803 | 6658388 | US | PERSONALITY GENERATOR FOR CONVERSATIONAL SYSTEMS |
| 09/607,597 | 6678535 | US | PERVASIVE DOCK AND ROUTER WITH COMMUNICATION PROTOCOL CONVERTER |
| 09/960,188 | 6678613 | US | METHOD AND APPARATUS FOR NOTIFYING A USER OF AN APPOINTMENT |
| 09/377,361 | 6707858 | US | LOW IF RECEIVER |

| Application Number | Patent Number | Country | Title |
|---|---|---|---|
| 09/282,638 | 6711294 | US | METHOD AND APPARATUS FOR REDUCING IMAGE DATA STORAGE AND PROCESSING BASED ON DEVICE SUPPORTED COMPRESSION TECHNIQUES |
| 09/616,229 | 6754373 | US | SYSTEM AND METHOD FOR MICROPHONE ACTIVATION USING VISUAL SPEECH CUES |
| 09/694,448 | 6766341 | US | FASTER TRANSFORMS USING SCALED TERMS |
| 10/226,963 | 6771193 | US | SYSTEM AND METHODS FOR EMBEDDING ADDITIONAL DATA IN COMPRESSED DATA STREAMS |
| 10/184,513 | 6774928 | US | MOBILE FOR VIDEO-CONFERENCING |
| 10/285,131 | 6798362 | US | POLYNOMIAL-TIME, SEQUENTIAL, ADAPTIVE SYSTEM AND METHOD FOR LOSSY DATA COMPRESSION |
| 10/077,061 | 6807604 | US | METHOD OF REFRESHING A DYNAMIC MEMORY |
| 10/234,888 | 6809662 | US | MODULATION CODE SYSTEM AND METHODS OF ENCODING AND DECODING A SIGNAL BY MULTIPLE INTEGRATION |
| 09/732,196 | 6809775 | US | TV RECEIVER APPARATUS AND RELATED METHOD |
| 09/996,003 | 6810083 | US | METHOD AND SYSTEM FOR ESTIMATING OBJECTIVE QUALITY OF COMPRESSED VIDEO DATA |
| 09/730,675 | 6810089 | US | BLOCK DETECTION METHOD FOR A CHANNEL SUBJECTED TO FADING |
| 10/186,646 | 6813692 | US | RECEIVER APPARATUS AND METHOD |
| 09/595,935 | 6836554 | US | SYSTEM AND METHOD FOR DISTORTING A BIOMETRIC FOR TRANSACTIONS WITH ENHANCED SECURITY AND PRIVACY |
| 10/011,880 | 6844878 | US | MEDIA PROCESSING REDUCTION IN HIDDEN AREAS |
| 09/699,609 | 6850948 | US | METHOD AND APPARATUS FOR COMPRESSING TEXTUAL DOCUMENTS |
| 09/773,422 | 6865387 | US | SOFTWARE RECONFIGURATION OF COMMUNICATIONS APPARATUS |
| 09/585,827 | 6876691 | US | METHOD OF AND RECEIVER FOR FREQUENCY ACQUISITION IN A FREQUENCY HOPPING SYSTEM |
| 10/082,872 | 6877068 | US | METHOD AND DEVICE FOR PREFETCHING A REFERENCED RESOURCE |
| 09/995,489 | 6882991 | US | SEARCH METHOD IN A HIERARCHICAL OBJECT STRUCTURE |
| 09/822,435 | 6891892 | US | MPEG-2 DECODER WITH AN EMBEDDED CONTRAST ENHANCEMENT FUNCTION AND METHODS THEREFOR |

| Application Number | Patent Number | Country | Title |
|---|---|---|---|
| 10/086,741 | 6895118 | US | METHOD OF CODING DIGITAL IMAGES BASED ON ERROR CONCEALMENT |
| 10/057,670 | 6907074 | US | APPARATUS AND METHOD FOR PERFORMING MIXED MOTION ESTIMATION BASED ON HIERARCHICAL SEARCH |
| 09/823,486 | 6909746 | US | FAST ROBUST DATA COMPRESSION METHOD AND SYSTEM |
| 09/811,637 | 6910207 | US | METHOD OF EXECUTING A COMPUTER PROGRAM WITH AN INTERPRETER, COMPUTER SYSTEM AND COMPUTER PROGRAM PRODUCT |
| 09/734,782 | 6912579 | US | SYSTEM AND METHOD FOR CONTROLLING AN APPARATUS HAVING A DEDICATED USER INTERFACE FROM A BROWSER |
| 09/165,683 | 6918123 | US | CALLS IDENTIFY SCENARIO FOR CONTROL OF SOFTWARE OBJECTS VIA PROPERTY ROUTES |
| 09/837,036 | 6925126 | US | DYNAMIC COMPLEXITY PREDICTION AND REGULATION OF MPEG2 DECODING IN A MEDIA PROCESSOR |
| 10/029,811 | 6925197 | US | METHOD AND SYSTEM FOR NAME-FACE/VOICE-ROLE ASSOCIATION |
| 10/331,915 | 6926572 | US | FLAT PANEL DISPLAY DEVICE AND METHOD OF FORMING PASSIVATION FILM IN THE FLAT PANEL DISPLAY DEVICE |
| 08/901,338 | 6944221 | US | BUFFER MANAGEMENT IN VARIABLE BIT-RATE COMPRESSION SYSTEMS |
| 10/119,852 | 6944229 | US | APPARATUS AND METHOD FOR MPEG DECODING USING DYNAMIC FREQUENCY AND VOLTAGE SCALING |
| 10/024,611 | 6944579 | US | SIGNAL SEPARATION METHOD, SIGNAL PROCESSING APPARATUS, IMAGE PROCESSING APPARATUS, MEDICAL IMAGE PROCESSING APPARATUS AND STORAGE MEDIUM FOR RESTORING MULTIDIMENSIONAL SIGNALS FROM OBSERVED DATA IN WHICH MULTIPLE SIGNALS ARE MIXED |
| 10/456,501 | 6945869 | US | APPARATUS AND METHOD FOR VIDEO BASED SHOOTING GAME |
| 10/637,843 | 6946995 | US | MICROSTRIP PATCH ANTENNA AND ARRAY ANTENNA USING SUPERTRATE |
| 10/077,059 | 6952450 | US | UNEQUAL ERROR PROTECTION OF VIDEO BASED ON MOTION VECTOR CHARACTERISTICS |
| 09/552,650 | 6954634 | US | RECONFIGURABLE COMMUNICATION NETWORK |

| Application Number | Patent Number | Country | Title |
|---|---|---|---|
| 10/323,227 | 6961594 | US | MOBILE DEVICE POWER SAVING |
| 09/891,430 | 6963756 | US | ELECTRONIC EQUIPMENT COMPRISING A RETRACTABLE SCREEN |
| 09/481,771 | 6964048 | US | METHOD FOR DYNAMIC LOANING IN RATE MONOTONIC REAL-TIME SYSTEMS |
| 09/571,456 | 6965582 | US | CELLULAR RADIO COMMUNICATION SYSTEM |
| 10/121,583 | 6965699 | US | CAMERA INFORMATION CODING/DECODING METHOD FOR SYNTHESIZING STEREOSCOPIC REAL VIDEO AND A COMPUTER GRAPHIC IMAGE |
| 09/822,457 | 6967944 | US | INCREASING LINK CAPACITY VIA CONCURRENT TRANSMISSIONS IN CENTRALIZED WIRELESS LANS |
| 09/730,655 | 6967968 | US | COMMUNICATION NETWORK HAVING MINIMIZED ROUNDTRIP CONTENTION DELAY |
| 10/334,837 | 6970149 | US | ACTIVE MATRIX ORGANIC LIGHT EMITTING DIODE DISPLAY PANEL CIRCUIT |
| 10/041,937 | 6980112 | US | EMERGENCY CALL PATIENT LOCATING SYSTEM FOR IMPLANTED AUTOMATIC DEFIBRILLATORS |
| 10/334,409 | 6980351 | US | ELECTROPHORETIC DISPLAY |
| 09/797,085 | 6980522 | US | AD-HOC RADIO COMMUNICATION SYSTEM |
| 09/806,091 | 6983013 | US | METHOD AND DEVICE FOR ENCODING VIDEO SIGNAL |
| 09/914,240 | 6985526 | US | SNR SCALABLE VIDEO ENCODING METHOD AND CORRESPONDING DECODING METHOD |
| 10/127,528 | 6985635 | US | SYSTEM AND METHOD FOR PROVIDING A SINGLE-LAYER VIDEO ENCODED BITSTREAMS SUITABLE FOR REDUCED-COMPLEXITY DECODING |
| 10/033,649 | 6988067 | US | LSF QUANTIZER FOR WIDEBAND SPEECH CODER |
| 09/460,944 | 6988276 | US | IN-HOUSE TV TO TV CHANNEL PEEKING |
| 10/743,459 | 6992637 | US | SLOT ANTENNA HAVING SLOTS FORMED ON BOTH SIDES OF DIELECTRIC SUBSTRATE |
| 10/109,772 | 6993182 | US | METHOD AND APPARATUS FOR DETECTING SCENE CHANGES IN VIDEO USING A HISTOGRAM OF FRAME DIFFERENCES |
| 10/146,399 | 6999515 | US | ENCODING BLOCK-ORGANIZED DATA |
| 10/038,987 | 7003497 | US | SYSTEM AND METHOD FOR CONFIRMING ELECTRONIC TRANSACTIONS |
| 10/267,705 | 7006701 | US | SEQUENTIAL DIGITAL IMAGE COMPRESSION |
| 09/840,812 | 7010034 | US | VIDEO COMPRESSION |

| Application Number | Patent Number | Country | Title |
|---|---|---|---|
| 10/082,860 | 7012960 | US | METHOD OF TRANSCODING AND TRANSCODING DEVICE WITH EMBEDDED FILTERS |
| 10/255,327 | 7016668 | US | METHOD AND APPARATUS FOR A RECONFIGURABLE MULTI-MEDIA SYSTEM |
| 10/089,959 | 7016676 | US | METHOD, NETWORK AND CONTROL STATION FOR THE TWO-WAY ALTERNATE CONTROL OF RADIO SYSTEMS OF DIFFERENT STANDARDS IN THE SAME FREQUENCY BAND |
| 10/014,190 | 7020336 | US | IDENTIFICATION AND EVALUATION OF AUDIENCE EXPOSURE TO LOGOS IN A BROADCAST EVENT |
| 09/718,246 | 7034866 | US | COMBINED DISPLAY-CAMERA FOR AN IMAGE PROCESSING SYSTEM |
| 09/962,659 | 7039585 | US | METHOD AND SYSTEM FOR SEARCHING RECORDED SPEECH AND RETRIEVING RELEVANT SEGMENTS |
| 11/024,568 | 7042401 | US | TRAPEZOID ULTRA WIDE BAND PATCH ANTENNA |
| 10/043,053 | 7047309 | US | LOAD BALANCING AND DYNAMIC CONTROL OF MULTIPLE DATA STREAMS IN A NETWORK |
| 09/944,306 | 7049954 | US | DATA TRANSMISSION SYSTEM |
| 10/033,806 | 7051120 | US | HEALTHCARE PERSONAL AREA IDENTIFICATION NETWORK METHOD AND SYSTEM |
| 10/653,804 | 7054470 | US | SYSTEM AND METHOD FOR DISTORTION CHARACTERIZATION IN FINGERPRINT AND PALM-PRINT IMAGE SEQUENCES AND USING THIS DISTORTION AS A BEHAVIORAL BIOMETRICS |
| 10/172,416 | 7054497 | US | METHOD AND SYSTEM FOR OPTIMIZING IMAGE SHARPNESS DURING CODING AND IMAGE ENHANCEMENT |
| 09/961,995 | 7058083 | US | NETWORK INTERFACE DRIVER AND METHOD |
| 09/933,552 | 7058879 | US | DATA TRANSMISSION SYSTEM, EQUIPMENT SUITABLE FOR SUCH A SYSTEM AND DATA TRANSMISSION METHOD |
| 10/169,346 | 7058951 | US | METHOD AND A SYSTEM FOR ALLOCATION OF A BUDGET TO A TASK |
| 10/359,710 | 7072513 | US | METHOD OF SEGMENTING HANDWRITTEN TOUCHING NUMERAL STRINGS HAVING NON-VERTICAL SEGMENTATION LINE |
| 10/513,012 | 7072671 | US | RADIO SYSTEM, APPARATUS, AND METHOD OF OPERATING THE RADIO SYSTEM |

| Application Number | Patent Number | Country | Title |
|---|---|---|---|
| 09/973,312 | 7075917 | US | WIRELESS NETWORK WITH A DATA EXCHANGE ACCORDING TO THE ARQ METHOD |
| 10/184,875 | 7079670 | US | APPARATUS AND METHOD FOR AUTHENTICATING A USER BY EMPLOYING FEATURE POINTS OF A FINGERPRINT IMAGE OF THE USER |
| 10/155,211 | 7092448 | US | METHOD AND SYSTEM FOR ESTIMATING NO-REFERENCE OBJECTIVE QUALITY OF VIDEO DATA |
| 09/838,010 | 7092549 | US | METHOD AND APPARATUS FOR REMOVING DEFECTS IN AN IMAGE SEQUENCE |
| 10/175,413 | 7092694 | US | WIRELESS COMMUNICATION SYSTEM HAVING A GUEST TRANSMITTER AND A HOST RECEIVER |
| 09/942,634 | 7093298 | US | APPARATUS AND METHOD FOR SECURITY OBJECT ENHANCEMENT AND MANAGEMENT |
| 09/810,015 | 7095328 | US | SYSTEM AND METHOD FOR NON INTRUSIVE MONITORING OF AT RISK INDIVIDUALS |
| 10/749,606 | 7099686 | US | MICROSTRIP PATCH ANTENNA HAVING HIGH GAIN AND WIDEBAND |
| 09/730,679 | 7103070 | US | TRANSMISSION SYSTEM COMPRISING A STATION OF A FIRST TYPE AND A STATION OF A SECOND TYPE AND SYNCHRONIZATION METHOD |
| 10/153,256 | 7103340 | US | ANTENNA DIVERSITY ARRANGEMENT |
| 10/650,406 | 7106264 | US | BROADBAND SLOT ANTENNA AND SLOT ARRAY ANTENNA USING THE SAME |
| 10/124,009 | 7107111 | US | TRICK PLAY FOR MP3 |
| 10/065,802 | 7107445 | US | METHOD AND APPARATUS FOR SECURE PROCESSING OF SENSITIVE DATA |
| 10/298,968 | 7110047 | US | SIGNIFICANT SCENE DETECTION AND FRAME FILTERING FOR A VISUAL INDEXING SYSTEM USING DYNAMIC THRESHOLDS |
| 10/080,184 | 7110366 | US | APPARATUS AND METHOD FOR PEER-TO-PEER LINK MONITORING OF A WIRELESS NETWORK WITH CENTRALIZED CONTROL |
| 09/822,452 | 7113074 | US | METHOD AND SYSTEM FOR AUTOMATICALLY CONTROLLING A PERSONALIZED NETWORKED ENVIRONMENT |
| 10/202,660 | 7117258 | US | METHOD AND APPARATUS FOR ASSIGNING IP ADDRESS USING AGENT IN ZERO CONFIGURATION NETWORK |
| 10/078,936 | 7120209 | US | REDUCED COMPLEXITY INTERCARRIER INTERFERENCE CANCELLATION |

| Application Number | Patent Number | Country | Title |
|---|---|---|---|
| 09/877,344 | 7123658 | US | SYSTEM AND METHOD FOR CREATING MULTI-PRIORITY STREAMS |
| 09/449,250 | 7123745 | US | METHOD AND APPARATUS FOR DETECTING MOVING OBJECTS IN VIDEO CONFERENCING AND OTHER APPLICATIONS |
| 09/806,565 | 7137126 | US | CONVERSATIONAL COMPUTING VIA CONVERSATIONAL VIRTUAL MACHINE |
| 10/059,441 | 7139017 | US | METHOD AND SYSTEM FOR OBTAINING THE BEST PICTURE QUALITY IN A SCARCE-POWER DEVICE |
| 10/124,061 | 7149159 | US | METHOD AND APPARATUS FOR EDITING DATA STREAMS |
| 10/024,779 | 7151767 | US | METHOD AND APPARATUS FOR SYNCHRONIZING FREQUENCY HOPPING TRANSCEIVERS |
| 10/082,858 | 7151916 | US | METHOD OF RECEIVING A SIGNAL AND A RECEIVER |
| 10/029,825 | 7164671 | US | OVERLAPPING NETWORK ALLOCATION VECTOR (ONAV) FOR AVOIDING COLLISION IN THE IEEE 802.11 WLAN OPERATING UNDER HCF |
| 09/773,418 | 7167454 | US | RADIO COMMUNICATION SYSTEM |
| 10/957,749 | 7170355 | US | VOLTAGE-CONTROLLED OSCILLATOR USING CURRENT FEEDBACK NETWORK |
| 10/028,378 | 7170566 | US | FAMILY HISTOGRAM BASED TECHNIQUES FOR DETECTION OF COMMERCIALS AND OTHER VIDEO CONTENT |
| 10/257,204 | 7171169 | US | NETWORK WITH ADAPTATION OF THE MODULATION METHOD |
| 09/929,118 | 7171206 | US | METHOD AND SYSTEM FOR TRANSFERRING A COMMUNICATION SESSION |
| 10/480,660 | 7174135 | US | WIDEBAND SIGNAL TRANSMISSION SYSTEM |
| 10/147,974 | 7177345 | US | DEMODULATING DEVICE AND METHOD FOR W-CDMA BASE STATION |
| 11/180,726 | 7183149 | US | METHOD OF MANUFACTURING FIELD EFFECT TRANSISTOR |
| 10/477,871 | 7190408 | US | TV-RECEIVER, IMAGE DISPLAY APPARATUS, TV-SYSTEM AND METHOD FOR DISPLAYING AN IMAGE |
| 10/135,337 | 7193989 | US | RADIO COMMUNICATION ARRANGEMENTS |
| 10/135,353 | 7193991 | US | RADIO COMMUNICATION ARRANGEMENTS |
| 10/211,416 | 7194018 | US | APPARATUS FOR SEARCHING MULTIPATH IN SPREAD SPECTRUM COMMUNICATIONS SYSTEM AND METHOD THEREOF |

| Application Number | Patent Number | Country | Title |
|---|---|---|---|
| 10/621,461 | 7197598 | US | APPARATUS AND METHOD FOR FILE-LEVEL STRIPING |
| 09/923,868 | 7206285 | US | METHOD FOR SUPPORTING NON-LINEAR, HIGHLY SCALABLE INCREASE-DECREASE CONGESTION CONTROL SCHEME |
| 10/330,800 | 7215635 | US | APPARATUS FOR TRANSMITTING AND RECEIVING SIGNAL USING ORTHOGONAL CODES AND NON-BINARY VALUES IN CDMA/OFDM SYSTEM AND METHOD THEREOF |
| 09/855,115 | 7215706 | US | VIDEO SIGNAL ENCODING AND BUFFER MANAGEMENT |
| 09/819,279 | 7227579 | US | LIGHT MODULATION REMOVER |
| 10/523,619 | 7230579 | US | DIRECTIONAL DUAL FREQUENCY ANTENNA ARRANGEMENT |
| 10/182,158 | 7242719 | US | A METHOD AND APPARATUS FOR SPACE-SAVING-VARIABLE LENGTH ENCODING AND DECODING |
| 10/119,577 | 7245592 | US | ALIGNING 802.11E HCF AND 802.11H TPC OPERATIONS |
| 10/547,585 | 7283832 | US | METHOD AND SYSTEM FOR ESTABLISHING WIRELESS PEER-TO-PEER COMMUNICATIONS |
| 10/547,586 | 7286841 | US | METHOD AND SYSTEM FOR MAINTAINING UPLINK SYNCHRONIZATION WITH PEER-TO-PEER COMMUNICATION IN WIRELESS COMMUNICATION SYSTEM |
| 10/551,312 | 7308266 | US | METHOD AND SYSTEM FOR PEER-TO-PEER COMMUNICATION MANAGEMENT IN WIRELESS COMMUNICATION NETWORKS |
| 10/264,904 | 7308466 | US | MEMORY RECLAMATION METHOD |
| 11/182,927 | 7502335 | US | METHOD FOR ALLOCATING IP ADDRESSES FOR PEER-TO-PEER WIRELESS INSTANT MESSAGING AND OTHER DATA COMMUNICATIONS |
| 11/091,242 | 7672255 | US | MOBILE INSTANT MESSAGING CONFERENCING METHOD AND SYSTEM |
| 10/544,773 | 7681227 | US | GENERATION OF ENCRYPTED VIDEO INFORMATION |
| 10/562,538 | 7738778 | US | SYSTEM AND METHOD FOR GENERATING A MULTIMEDIA SUMMARY OF MULTIMEDIA STREAMS |
| 11/042,620 | 7773550 | US | PEER-TO-PEER MOBILE DATA TRANSFER METHOD AND DEVICE |
| 11/288,505 | 7817606 | US | METHOD FOR ESTABLISHING NETWORK CONNECTIONS BETWEEN STATIONARY |

| Application Number | Patent Number | Country | Title |
|---|---|---|---|
| | | | TERMINALS AND REMOTE DEVICES THROUGH MOBILE DEVICES |
| 11/776,420 | 7853500 | US | SYSTEM AND METHOD FOR DETERMINING RIGHT OF ACCESS |
| 12/691,594 | 7940704 | US | MOBILE INSTANT MESSAGING CONFERENCING METHOD AND SYSTEM |
| 10/817,994 | 7961663 | US | PEER-TO-PEER MOBILE INSTANT MESSAGING METHOD AND DEVICE |
| 12/832,576 | 7969925 | US | PEER-TO-PEER MOBILE DATA TRANSFER METHOD AND DEVICE |
| 10/016,325 | 8001052 | US | SYSTEM & METHOD FOR UNIQUE DIGITAL ASSET IDENTIFICATION AND TRANSACTION MANAGEMENT |
| 12/966,673 | 8117113 | US | SYSTEM & METHOD FOR DETERMINING RIGHT OF ACCESS |
| 12/103,604 | 8200581 | US | DIGITAL MEDIA ASSET CONVERSION SYSTEM AND METHOD |
| 2012100461 | 2012100461 | AU | LOCAL AREA ADVERTISEMENT MANAGEMENT |
| 2012100463 | 2012100463 | AU | RENEWABLE RESOURCE DISTRIBUTION MANAGEMENT SYSTEM |
| 2011101297 | 2011101297 | AU | REMOTE RECOGNITION OF AN ASSOCIATION BETWEEN REMOTE DEVICES |
| 2013101034 | 2013101034 | AU | REGISTRATION AND AUTHENTICATION OF COMPUTING DEVICES USING A DIGITAL SKELETON KEY |
| 2011101296 | 2011101296 | AU | HARDWARE IDENTIFICATION THROUGH COOKIES |
| 2013100369 | 2013100369 | AU | UNIQUE DEVICE IDENTIFICATION AMONG LARGE POPULATIONS OF HOMOGENEOUS DEVICES |
| 2013100802 | 2013100802 | AU | DEVICE AUTHENTICATION USING INTER-PERSON MESSAGE METADATA |
| 2013100259 | 2013100259 | AU | MIGRATION OF USAGE SESSIONS BETWEEN DEVICES |
| 2012100459 | 2012100459 | AU | PERSONAL CONTROL OF PERSONAL INFORMATION |
| 2012100470 | 2012100470 | AU | ANONYMOUS WHISTLE BLOWER SYSTEM WITH REPUTATION REPORTING OF ANONYMOUS WHISTLE BLOWERS |
| 2012100464 | 2012100464 | AU | COMPUTER BASED COMPARISON OF HUMAN INDIVIDUALS |
| 2013100243 | 2013100243 | AU | PEDESTRIAN TRAFFIC MONITORING AND ANALYSIS |

| Application Number | Patent Number | Country | Title |
|---|---|---|---|
| 2013100804 | 2013100804 | AU | PREDICTIVE DELIVERY OF INFORMATION BASED ON DEVICE HISTORY |
| 2012100465 | 2012100465 | AU | HEALTH ASSESSMENT BY REMOTE PHYSICAL EXAMINATION |
| 2012100458 | 2012100458 | AU | LOCAL AREA SOCIAL NETWORKING |
| 2012100460 | 2012100460 | AU | METHOD AND SYSTEM FOR IMPLEMENTING ZONE-RESTRICTED BEHAVIOR OF A COMPUTING DEVICE |
| 2012100462 | 2012100462 | AU | NEAR-FIELD AUTHENTICATION THROUGH COMMUNICATION OF ENCLOSED CONTENT SOUND WAVES |
| 2013100883 | 2013100883 | AU | DETECTION OF DEVICE TAMPERING |
| 2013100355 | 2013100355 | AU | DEVICE-SPECIFIC CONTENT DELIVERY |
| 10165951.4 | 2273371 | DE | FAILOVER PROCEDURE FOR SERVER SYSTEM |
| 60 2008 039 553.7 | 2203815 | DE | INSTALLING PROTECTED SOFTWARE PRODUCT USING UNPROTECTED INSTALLATION |
| 60 2010 023 538.6 | 2273411 | DE | SYSTEMS AND METHODS FOR DETERMINING AUTHORIZATION TO OPERATE LICENSED SOFTWARE BASED ON A CLIENT DEVICE FINGERPRINT |
| 10168528.7 | 2282474 | DE | SYSTEM AND METHOD FOR SECURED MOBILE COMMUNICATION |
| 60 2010 031 589.4 | 2267966 | DE | SYSTEM AND METHOD FOR SECURING AN ELECTRONIC COMMUNICATION |
| EP 10166779.8 | 2270703 | EP | SYSTEMS AND METHODS FOR PROVIDING CONDITIONAL AUTHORIZATION TO OPERATE LICENSED SOFTWARE |
| EP 10165956.3 | 2264975 | EP | SYSTEM AND METHOD FOR REDUNDANCY IN A COMMUNICATION NETWORK |
| EP 10165951.4 | EP 2273371 | EP | FAILOVER PROCEDURE FOR SERVER SYSTEM |
| EP 10165196.6 | | EP | SECURING EXECUTABLE CODE INTEGRITY USING AUTO-DERIVATIVE KEY |
| EP 10165197.4 | 2264640 | EP | FEATURE-SPECIFIC KEYS FOR EXECUTABLE CODE |
| 8831302.8 | 2203815 | EP | INSTALLING PROTECTED SOFTWARE PRODUCT USING UNPROTECTED INSTALLATION |
| 10165175 | 2273411 | EP | SYSTEMS AND METHODS FOR DETERMINING AUTHORIZATION TO OPERATE LICENSED SOFTWARE BASED ON A CLIENT DEVICE FINGERPRINT |
| EP 10168528.7 | 2282474 | EP | SYSTEM AND METHOD FOR SECURED MOBILE COMMUNICATION |

| Application Number | Patent Number | Country | Title |
|---|---|---|---|
| EP 10188068.0 | 2282474 | EP | SYSTEM AND METHOD FOR DEVICE AUTHENTICATION WITH BUILT-IN TOLERANCE |
| EP 10165171.9 | 2267966 | EP | SYSTEM AND METHOD FOR SECURING AN ELECTRONIC COMMUNICATION |
| 10166788.9 | EP2270704 | EP | SYSTEMS AND METHODS FOR AUDITING SOFTWARE USAGE USING A COVERT KEY |
| EP 10165179.2 | 2273438 | EP | USE OF A FINGERPRINT WITH AN ON-LINE OR NETWORKED AUCTION |
| 10165951.4 | 2273371 | GB | FAILOVER PROCEDURE FOR SERVER SYSTEM |
| EP08831302.8 | EP2203815 | GB | INSTALLING PROTECTED SOFTWARE PRODUCT USING UNPROTECTED INSTALLATION |
| 10165175 | 2273411 | GB | SYSTEMS AND METHODS FOR DETERMINING AUTHORIZATION TO OPERATE LICENSED SOFTWARE BASED ON A CLIENT DEVICE FINGERPRINT |
| 10168528.7 | 2282474 | GB | SYSTEM AND METHOD FOR SECURED MOBILE COMMUNICATION |
| 10165171.9 | 2267966 | GB | SYSTEM AND METHOD FOR SECURING AN ELECTRONIC COMMUNICATION |
| 12/819,046 | | US | SYSTEMS AND METHODS FOR PROVIDING CONDITIONAL AUTHORIZATION TO OPERATE LICENSED SOFTWARE |
| 12/818,906 | 8239852 | US | REMOTE UPDATE OF COMPUTERS BASED ON PHYSICAL DEVICE RECOGNITION |
| 14/867,976 | 9558636 | US | AUTOMATIC TELLER MACHINE INVENTORY AND DISTRIBUTION SYSTEM |
| 15/417,748 | | US | AUTOMATIC TELLER MACHINE INVENTORY AND DISTRIBUTION SYSTEM |
| 14/825,120 | | US | VERIFICATION THAT AN AUTHENTICATED USER IS IN PHYSICAL POSSESSION OF A CLIENT DEVICE |
| 12/468,288 | 8812701 | US | DEVICE AND METHOD FOR SECURED COMMUNICATION |
| 12/813,362 | 8452960 | US | SYSTEM AND METHOD FOR CONTENT DELIVERY |
| 12/813,378 | 8736462 | US | SYSTEM AND METHOD FOR TRAFFIC INFORMATION DELIVERY |
| 12/813,391 | 8903653 | US | SYSTEM AND METHOD FOR LOCATING NETWORK NODES |
| 12/813,420 | 9141489 | US | FAILOVER PROCEDURE FOR SERVER SYSTEM |
| 13/707,454 | | US | RENEWABLE RESOURCE DISTRIBUTION MANAGEMENT SYSTEM |

| Application Number | Patent Number | Country | Title |
|---|---|---|---|
| 12/792,184 | | US | SECURING EXECUTABLE CODE INTEGRITY USING AUTO-DERIVATIVE KEY |
| 12/792,206 | | US | FEATURE-SPECIFIC KEYS FOR EXECUTABLE CODE |
| 12/903,980 | 8769296 | US | SOFTWARE SIGNATURE TRACKING |
| 12/235,243 | 8160962 | US | INSTALLING PROTECTED SOFTWARE PRODUCT USING UNPROTECTED INSTALLATION IMAGE |
| 13/269,415 | 8671060 | US | POST-PRODUCTION PREPARATION OF AN UNPROTECTED INSTALLATION IMAGE FOR DOWNLOADING AS A PROTECTED SOFTWARE PRODUCT |
| 14/524,939 | | US | ELECTRONIC MAIL SENDER VERIFICATION |
| 12/828,473 | 8213907 | US | SYSTEM AND METHOD FOR SECURED MOBILE COMMUNICATION |
| 13/586,111 | 8693473 | US | REMOTE RECOGNITION OF AN ASSOCIATION BETWEEN REMOTE DEVICES |
| 13/692,843 | | US | DATA REPOSITORY AUTHENTICATION |
| 13/832,982 | 9286466 | US | REGISTRATION AND AUTHENTICATION OF COMPUTING DEVICES USING A DIGITAL SKELETON KEY |
| 13/914,584 | 9143496 | US | DEVICE AUTHENTICATION USING DEVICE ENVIRONMENT INFORMATION |
| 14/176,906 | | US | REMOTE RECOGNITION OF AN ASSOCIATION BETWEEN REMOTE DEVICES |
| 14/794,121 | | US | SECURE TWO-STAGE TRANSACTIONS |
| 15/048,466 | | US | REGISTRATION AND AUTHENTICATION OF COMPUTING DEVICES USING A DIGITAL SKELETON KEY |
| 12/903,948 | 8316421 | US | SYSTEM AND METHOD FOR DEVICE AUTHENTICATION WITH BUILT-IN TOLERANCE |
| 11/531,235 | 7934250 | US | METHOD AND APPARATUS FOR USING PERFORMANCE AND STRESS TESTING ON COMPUTING DEVICES FOR DEVICE AUTHENTICATION |
| 11/531,257 | 7987362 | US | METHOD AND APPARATUS FOR USING IMPERFECTIONS IN COMPUTING DEVICES FOR DEVICE AUTHENTICATION |
| 13/235,281 | | US | PSYCHOGRAPHIC DEVICE FINGERPRINTING |
| 13/621,809 | 9571492 | US | HARDWARE IDENTIFICATION THROUGH COOKIES |
| 13/911,574 | 8695068 | US | DEVICE AUTHENTICATION USING DISPLAY DEVICE IRREGULARITY |

| Application Number | Patent Number | Country | Title |
|---|---|---|---|
| 14/196,083 | 9578502 | US | DEVICE AUTHENTICATION USING INTER-PERSON MESSAGE METADATA |
| 14/179,292 | 9444802 | US | DEVICE AUTHENTICATION USING DISPLAY DEVICE IRREGULARITY |
| 15/416,920 | | US | HARDWARE IDENTIFICATION THROUGH COOKIES |
| 14/050,213 | | US | MIGRATION OF USAGE SESSIONS BETWEEN DEVICES |
| 14/176,928 | | US | DEVICE-SPECIFIC RESTRICTIVE CONTENT DELIVERY |
| 14/196,065 | | US | SHARED STATE AMONG MULTIPLE DEVICES |
| 11/532,080 | 8284929 | US | SYSTEM OF DEPENDENT KEYS ACROSS MULTIPLE PIECES OF RELATED SCRAMBLED INFORMATION |
| 12/703,470 | 8838976 | US | WEB CONTENT ACCESS USING A CLIENT DEVICE IDENTIFIER |
| 12/903,959 | 9082128 | US | SYSTEM AND METHOD FOR TRACKING AND SCORING USER ACTIVITIES |
| 13/586,057 | 9338152 | US | PERSONAL CONTROL OF PERSONAL INFORMATION |
| 13/692,857 | 8881273 | US | DEVICE REPUTATION MANAGEMENT |
| 13/742,972 | | US | ANONYMOUS WHISTLE BLOWER SYSTEM WITH REPUTATION REPORTING OF ANONYMOUS WHISTLE BLOWER |
| 13/743,162 | 8521874 | US | COMPUTER-BASED COMPARISON OF HUMAN INDIVIDUALS |
| 13/944,622 | | US | EMPLOYEE PERFORMANCE EVALUATION |
| 13/944,618 | | US | INCLUDING USAGE DATA TO IMPROVE COMPUTER-BASED TESTING OF APTITUDE |
| 13/916,945 | 8892642 | US | COMPUTER-BASED COMPARISON OF HUMAN INDIVIDUALS |
| 14/510,965 | 9311485 | US | DEVICE REPUTATION MANAGEMENT |
| 14/049,841 | 9571981 | US | PEDESTRIAN TRAFFIC MONITORING AND ANALYSIS USING LOCATION AND AUTHENTICATION OF MOBILE COMPUTING DEVICES |
| 14/188,063 | 9414199 | US | PREDICTIVE DELIVERY OF INFORMATION BASED ON DEVICE HISTORY |
| 15/415,726 | | US | PEDESTRIAN TRAFFIC MONITORING AND ANALYSIS |
| 13/743,198 | 9449151 | US | HEALTH ASSESSMENT BY REMOTE PHYSICAL EXAMINATION |
| 15/268,845 | | US | HEALTH ASSESSMENT BY REMOTE PHYSICAL EXAMINATION |

| Application Number | Patent Number | Country | Title |
|---|---|---|---|
| 11/470,246 | 7804079 | US | METHOD AND APPARATUS FOR USING IMPERFECTIONS AND IRREGULARITIES IN OPTICAL MEDIA FOR IDENTIFICATION PURPOSES |
| 13/657,859 | | US | LOCAL AREA SOCIAL NETWORKING |
| 14/983,281 | | US | MOBILE DEVICE MONITORING AND ANALYSIS |
| 12/818,981 | | US | SYSTEM AND METHOD FOR MONITORING EFFICACY OF ONLINE ADVERTISING |
| 12/272,570 | 8566960 | US | SYSTEM AND METHOD FOR ADJUSTABLE LICENSING OF DIGITAL PRODUCTS |
| 12/784,380 | 9633183 | US | MODULAR SOFTWARE PROTECTION |
| 12/784,262 | 8423473 | US | SYSTEMS AND METHODS FOR GAME ACTIVATION |
| 12/784,447 | | US | SYSTEM AND METHOD FOR MEDIA DISTRIBUTION |
| 12/140,917 | 7908662 | US | SYSTEM AND METHOD FOR AUDITING SOFTWARE USAGE |
| 15/483,392 | | US | MODULAR SOFTWARE PROTECTION |
| 12/792,249 | 8495359 | US | SYSTEM AND METHOD FOR SECURING AN ELECTRONIC COMMUNICATION |
| 13/707,886 | 8949954 | US | CUSTOMER NOTIFICATION PROGRAM ALERTING CUSTOMER-SPECIFIED NETWORK ADDRESS OF UNAUTHORIZED ACCESS ATTEMPTS TO CUSTOMER ACCOUNT |
| 13/734,175 | | US | METHOD AND SYSTEM FOR IMPLEMENTING ZONE-RESTRICTED BEHAVIOR OF A COMPUTING DEVICE |
| 13/734,178 | 9564952 | US | NEAR FIELD AUTHENTICATION THROUGH COMMUNICATION OF ENCLOSED CONTENT SOUND WAVES |
| 14/074,153 | 8881280 | US | DEVICE-SPECIFIC CONTENT DELIVERY |
| 14/530,529 | 9294491 | US | DEVICE-SPECIFIC CONTENT DELIVERY |
| 15/424,298 | | US | NEAR FIELD AUTHENTICATION THROUGH COMMUNICATION OF ENCLOSED CONTENT SOUND WAVES |
| 12/390,273 | 8374968 | US | LICENSE AUDITING FOR DISTRIBUTED APPLICATIONS |
| 12/819,012 | | US | SYSTEM AND METHOD FOR PIRACY REDUCTION IN SOFTWARE ACTIVATION |
| 12/818,934 | 9129097 | US | SYSTEMS AND METHODS FOR AUDITING SOFTWARE USAGE USING A COVERT KEY |
| 13/239,260 | | US | LICENSE AUDITING OF SOFTWARE USAGE BY ASSOCIATING SOFTWARE ACTIVATIONS WITH DEVICE IDENTIFIERS |

| Application Number | Patent Number | Country | Title |
|---|---|---|---|
| 12/792,442 | | US | SYSTEM AND METHOD FOR PREVENTING MULTIPLE ONLINE PURCHASES |
| 12/792,375 | 9075958 | US | USE OF FINGERPRINT WITH AN ON-LINE OR NETWORKED AUCTION |
| 13/961,774 | | US | SYSTEM AND METHOD FOR PREVENTING MULTIPLE ONLINE PURCHASES |

**EXHIBIT C**

**FORM OF INTELLECTUAL PROPERTY SECURITY AGREEMENT**

(See attached.)

Exhibit C-1

## INTELLECTUAL PROPERTY SECURITY AGREEMENT

This INTELLECTUAL PROPERTY SECURITY AGREEMENT, dated as of May 3, 2018 (as amended, restated, amended and restated, supplemented or otherwise modified or replaced from time to time, this "IP Security Agreement"), is made by Uniloc 2017 LLC, a Delaware limited liability company ("Grantor"), in favor of CF Uniloc Holdings LLC, a Delaware limited liability company ("Collateral Agent")

WHEREAS, Grantor and Collateral Agent are party to that certain Note Purchase and Security Agreement, dated as of the date hereof (as it may be amended, restated, amended and restated, supplemented or otherwise modified from time to time, the "Note Purchase Agreement"), pursuant to which Grantor granted a security interest to Collateral Agent in the IP Collateral (as hereinafter defined) and is required to execute and deliver this IP Security Agreement.

NOW, THEREFORE, in consideration of the foregoing and for other good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, Grantor hereby agrees with Collateral Agent as follows:

### SECTION 1.  Defined Terms

Unless otherwise defined herein, terms defined in the Note Purchase Agreement and used herein have the meaning given to them in the Note Purchase Agreement.

### SECTION 2.  Grant of Security Interest in IP Collateral

Grantor hereby grants to Collateral Agent, for the benefit of Purchaser, a security interest in all of Grantor's right, title and interest in and to the following (the "IP Collateral"), as collateral security for the prompt and complete payment and performance when due (whether at the stated maturity, by acceleration or otherwise) of Grantor's obligations under the Note Purchase Agreement:

(a)　　all United States and foreign patents, utility models and any similar or equivalent statutory rights with respect to the protection of inventions, and all applications for any of the foregoing (collectively, the "Patents"), including any of the foregoing identified in Schedule A;

(b)　　all Patent licenses to the extent Grantor is not the granting party, including any of the foregoing identified in Schedule A;

(c)　　(i) the right to sue or otherwise recover for any and all past, present and future infringements and misappropriations of any of the property described in (a) and (b) above, and (ii) all income, royalties, damages and other payments now and hereafter due and/or payable with respect to any of the property described in (a) and (b) above; and

(d)　　all proceeds of any and all of the foregoing.

**SECTION 3.  Recordation**

Grantor authorizes and requests that the Commissioner of Patents and Trademarks and any other applicable United States or foreign government officer record this IP Security Agreement.

**SECTION 4.  Execution in Counterparts**

This IP Security Agreement may be executed in any number of counterparts (including by telecopy or other electronic transmission), each of which when so executed shall be deemed to be an original and all of which taken together shall constitute one and the same agreement.

**SECTION 5.  Governing Law**

THIS IP SECURITY AGREEMENT AND ANY CLAIM, CONTROVERSY, DISPUTE OR CAUSE OF ACTION (WHETHER IN CONTRACT OR TORT OR OTHERWISE) BASED UPON, ARISING OUT OF OR RELATING TO THIS IP SECURITY AGREEMENT AND THE TRANSACTIONS CONTEMPLATED HEREBY SHALL BE GOVERNED BY AND CONSTRUED IN ACCORDANCE WITH, THE LAW OF THE STATE OF DELAWARE.

**SECTION 6.  Conflict Provision**

This IP Security Agreement has been entered into in conjunction with the provisions of the Note Purchase Agreement. The rights and remedies of each party hereto with respect to the security interest granted herein are without prejudice to, and are in addition to those set forth in the Note Purchase Agreement, all terms and provisions of which are incorporated herein by reference. In the event that any provisions of this IP Security Agreement are in conflict with the Note Purchase Agreement, the provisions of the Note Purchase Agreement, as applicable, shall govern.

*Remainder of page left intentionally blank; signature pages follow.*

IN WITNESS WHEREOF, each of the undersigned has caused this IP Security Agreement to be duly executed and delivered as of the date first above written.

**GRANTOR:**

**UNILOC 2017 LLC**

By: _____

Name:

Title:  CONSTANTINE M. DAKOLIAS
PRESIDENT

**COLLATERAL AGENT:**

**CF UNILOC HOLDINGS LLC**

By:  _____
Name:
Title:     CONSTANTINE M. DAKOL

          PRESIDENT

**PATENTS AND PATENT LICENSES**

| Application Number | Patent Number | Country | Title |
|---|---|---|---|
| 12/634,324 | 8855083 | US | INTER-ACCESS NETWORK HANDOVER |
| 12/634,394 | 8750243 | US | NETWORK MOBILITY |
| 12/196,419 | 8982855 | US | SYSTEMS AND METHODS FOR IMPROVED MOBILITY AND QUALITY OF SERVICE IN A WIRELESS NETWORK |
| 14/479,034 | | US | INTER-ACCESS NETWORK HANDOVER |
| 14/271,195 | 9271210 | US | NETWORK MOBILITY |
| 09/589,794 | 6564229 | US | SYSTEM AND METHOD FOR PAUSING AND RESUMING MOVE/COPY OPERATIONS |
| 09/507,526 | 7216351 | US | SYSTEMS AND METHODS FOR SYNCHRONIZING MULTI-MODAL INTERACTIONS |
| 08/365,269 | 6110228 | US | METHOD AND APPARATUS FOR SOFTWARE MAINTENANCE AT REMOTE NODES |
| 09/594,004 | 7024696 | US | METHOD AND SYSTEM FOR PREVENTION OF PIRACY OF A GIVEN SOFTWARE APPLICATION VIA A COMMUNICATIONS NETWORK |
| 13/451,477 | 8613110 | US | SOFTWARE PIRACY PREVENTION THROUGH REMOTE ENFORCEMENT OF AN ACTIVATION THRESHOLD |
| 14/070,207 | 9298893 | US | ACTIVATION CODE SYSTEM AND METHOD FOR PREVENTING SOFTWARE PIRACY |
| 09/211,529 | 6324578 | US | METHODS, SYSTEMS AND COMPUTER PROGRAM PRODUCTS FOR MANAGEMENT OF CONFIGURABLE APPLICATION PROGRAMS ON A NETWORK |
| 09/211,528 | 6510466 | US | METHODS, SYSTEMS AND COMPUTER PROGRAM PRODUCTS FOR CENTRALIZED MANAGEMENT OF APPLICATION PROGRAMS ON A NETWORK |
| 09/829,854 | 6728766 | US | METHODS, SYSTEMS AND COMPUTER PROGRAM PRODUCTS FOR LICENSE USE MANAGEMENT ON A NETWORK |
| 09/870,608 | 7069293 | US | METHODS, SYSTEMS AND COMPUTER PROGRAM PRODUCTS FOR DISTRIBUTION OF APPLICATION PROGRAMS TO A TARGET STATION ON A NETWORK |
| 08/586,149 | 6489974 | US | BUOY ICON NOTIFICATION OF OBJECT INTERFACE ACCESSIBILITY IN |

| Application Number | Patent Number | Country | Title |
|---|---|---|---|
| | | | MULTITASKING COMPUTER ENVIRONMENT |
| 09/792,045 | 6857067 | US | SYSTEM AND METHOD FOR PREVENTING UNAUTHORIZED ACCESS TO ELECTRONIC DATA |
| 09/590,859 | 7197144 | US | METHOD AND APPARATUS TO AUTHENTICATE A USER'S SYSTEM TO PREVENT UNAUTHORIZED USE OF SOFTWARE PRODUCTS DISTRIBUTED TO USERS |
| 11/644455 | 7653508 | US | HUMAN ACTIVITY MONITORING DEVICE |
| 11/698633 | 7690556 | US | STEP COUNTER ACCOUNTING FOR INCLINE |
| 12/694135 | 7881902 | US | HUMAN ACTIVITY MONITORING DEVICE |
| 13/018321 | 8712723 | US | HUMAN ACTIVITY MONITORING DEVICE |
| 12/247950 | 8872646 | US | METHOD AND SYSTEM FOR WAKING UP A DEVICE DUE TO MOTION |
| 09/727727 | 7092671 | US | METHOD AND SYSTEM FOR WIRELESSLY AUTODIALING A TELEPHONE NUMBER FROM A RECORD STORED ON A PERSONAL INFORMATION DEVICE |
| 10/712451 | 7330013 | US | APPARATUS AND METHOD FOR CHARGING AND DISCHARGING A BATTERY |
| 08/430943 | 6580422 | US | REMOTE COMPUTER DISPLAY USING GRAPHICS PRIMITIVES SENT OVER A WIRELESS LINK |
| 10/011140 | 6661203 | US | BATTERY CHARGING AND DISCHARGING SYSTEM OPTIMIZED FOR HIGH TEMPERATURE ENVIRONMENTS |
| 09/181431 | 6161134 | US | METHOD, APPARATUS AND COMMUNICATIONS SYSTEM FOR COMPANION INFORMATION AND NETWORK APPLIANCES |
| 09/451388 | 6446127 | US | SYSTEM AND METHOD FOR PROVIDING USER MOBILITY SERVICES ON A TELEPHONY NETWORK |
| 09/237609 | 6216158 | US | SYSTEM AND METHOD USING A PALM SIZED COMPUTER TO CONTROL NETWORK DEVICES |
| 09/558413 | 6622018 | US | PORTABLE DEVICE CONTROL CONSOLE WITH WIRELESS CONNECTION |
| 09/246606 | 6363053 | US | METHOD AND APPARATUS FOR MEASUREMENT-BASED CONFORMANCE TESTING OF SERVICE LEVEL AGREEMENTS IN NETWORKS |
| 10/671375 | 8539552 | US | SYSTEM AND METHOD FOR NETWORK BASED POLICY ENFORCEMENT OF INTELLIGENT-CLIENT FEATURES |
| 09/303832 | 6731642 | US | ` |
| 10/834418 | 7573873 | US | INTERNET TELEPHONY USING NETWORK ADDRESS TRANSLATION |

| Application Number | Patent Number | Country | Title |
|---|---|---|---|
| 09/728833 | 6856616 | US | SYSTEM AND METHOD FOR PROVIDING SERVICE PROVIDER CONFIGURATIONS FOR TELEPHONES USING A CENTRAL SERVER IN A DATA NETWORK TELEPHONY SYSTEM |
| 10/259542 | 7240200 | US | SYSTEM AND METHOD FOR GUARANTEEING SOFTWARE INTEGRITY VIA COMBINED HARDWARE AND SOFTWARE AUTHENTICATION |
| 11/764748 | 7734921 | US | SYSTEM AND METHOD FOR GUARANTEEING SOFTWARE INTEGRITY VIA COMBINED HARDWARE AND SOFTWARE AUTHENTICATION |
| 12/134134 | 7721098 | US | SYSTEM AND METHOD FOR GUARANTEEING SOFTWARE INTEGRITY VIA COMBINED HARDWARE AND SOFTWARE AUTHENTICATION |
| 08/927660 | 6886013 | US | HTTP CACHING PROXY TO FILTER AND CONTROL DISPLAY OF DATA IN A WEB BROWSER |
| 09/098373 | 6496693 | US | METHOD AND APPARATUS FOR TRANSMITTING DATA TO A PAGER IN A COMMUNICATIONS SYSTEM |
| 09/080022 | 6212522 | US | SEARCHING AND CONDITIONALLY SERVING BOOKMARK SETS BASED ON KEYWORDS |
| 09/116862 | 6247021 | US | SEARCHABLE BOOKMARK SETS AS AN INTERNET ADVERTISING MEDIUM |
| 09/116861 | 6314423 | US | SEARCHING AND SERVING BOOKMARK SETS BASED ON CLIENT SPECIFIC INFORMATION |
| 09/116860 | 6324566 | US | INTERNET ADVERTISING VIA BOOKMARK SET BASED ON CLIENT SPECIFIC INFORMATION |
| 09/116859 | 6223178 | US | SUBSCRIPTION AND INTERNET ADVERTISING VIA SEARCHED AND UPDATED BOOKMARK SETS |
| 09/116858 | 6256639 | US | PROVIDING INTERNET TRAVEL SERVICES VIA BOOKMARK SET |
| 09/113678 | 6128655 | US | DISTRIBUTING MECHANISM FOR FILTERING, FORMATTING AND REUSE OF WEB BASED CONTENT |
| 09/113674 | 6314526 | US | RESOURCE GROUP QUORUM SCHEME FOR HIGHLY SCALABLE AND HIGHLY AVAILABLE CLUSTER SYSTEM MANAGEMENT |
| 09/627030 | 6542591 | US | METHOD AND SYSTEM FOR CALLER IDENTIFICATION CALLBACK LISTS |
| 10/047005 | 6961561 | US | ENHANCING/LIMITING USE OF MOBILE ELECTRONIC DEVICES |

| Application Number | Patent Number | Country | Title |
|---|---|---|---|
| 11/684047 | 7570015 | US | CONDITIONAL BATTERY CHARGING SYSTEM |
| 11/664078 | 8160566 | US | MESSAGE SENDER CONTROLLABLE MESSAGING SYSTEM |
| 13/277405 | 8589780 | US | PROCESSING GEOGRAPHICAL DATA IN A DOCUMENT |
| 14/241702 | 9265024 | US | DETERMINING LOCATION OF MOBILE DEVICE |
| 12/130471 | 7944353 | US | SYSTEM AND METHOD FOR DETECTING AND BROADCASTING A CRITICAL EVENT |
| 09/510182 | 6813630 | US | SYSTEM AND METHOD FOR COMMUNICATING INFORMATION BETWEEN A CLIENT AND A HOST |
| 10/322954 | 8719284 | US | METHOD, SYSTEM AND PROGRAM PRODUCT FOR FILTERING AN ENTRY OF DATA ITEMS |
| 11/780715 | 7849344 | US | METHOD FOR IMPROVING ACCURACY IN PROVIDING INFORMATION PERTAINING TO BATTERY POWER CAPACITY |
| 08/979713 | 6141754 | US | INTEGRATED METHOD AND SYSTEM FOR CONTROLLING INFORMATION ACCESS AND DISTRIBUTION |
| 09/398374 | 6446069 | US | PATENT ACCESS CONTROL SYSTEM FOR A MULTIMEDIA DATASTORE |
| 09/052722 | 6711160 | US | PACKET NETWORK TELEPHONE INTERFACE SYSTEM FOR POTS |
| 2579916 | 2579916 | CA | A METHOD FOR CONTROLLING A MOBILE PHONE |
| 03821273.0 | ZL03821273.0 | CN | SYSTEM AND METHOD FOR GUARANTEEING SOFTWARE INTEGRITY |
| 98118480.4 | ZL98118480.4 | CN | CACHING PROXY THAT FILTERS AND CONTROLS THE DATA DISPLAYED IN THE BROWSER |
| 02819369.5 | ZL02819369.5 | CN | ENHANCING/LIMITING USE OF MOBILE ELECTRONIC DEVICES |
| 200410012092.1 | ZL200410012092.1 | CN | MOBILE PHONE AND ITS CONTROL METHOD |
| 201010526403.1 | ZL201010526403.1 | CN | METHOD AND SYSTEM FOR PROCESSING GEOGRAPHICAL POSITION DATA IN FILE |
| 201110270296.5 | ZL201110270296.5 | CN | METHOD AND DEVICE FOR DETERMINING POSITION OF MOBILE EQUIPMENT |
| 00122515.4 | ZL00122515.4 | CN | INFORMATION CONTENT FOR TRANSMISSION BETWEEN CUSTOMER END AND HOST MACHINE |
| 200310114332.4 | ZL200310114332.4 | CN | METHOD AND SYSTEM FOR FILTERING DATA ITEM |

| Application Number | Patent Number | Country | Title |
|---|---|---|---|
| 03798246.9 | 60330976.3 | DE | SYSTEM AND METHOD FOR GUARANTEEING SOFTWARE INTEGRITY |
| 05797162.4 | 602005037637.2 | DE | A METHOD FOR CONTROLLING A MOBILE PHONE |
| 03798246.9 | 1547305 | FR | SYSTEM AND METHOD FOR GUARANTEEING SOFTWARE INTEGRITY |
| 03798246.9 | 1547305 | GB | SYSTEM AND METHOD FOR GUARANTEEING SOFTWARE INTEGRITY |
| 9816410.6 | 2329310 | GB | HTTP CACHING PROXY TO FILTER AND CONTROL DISPLAY OF DATA IN A WEB BROWSER |
| 9909081.3 | 2338577 | GB | TRANSMITTING DATA TO E.G. A PAGER |
| 05797162.4 | 1800500 | GB | A METHOD FOR CONTROLLING A MOBILE PHONE |
| 162437 | 162437 | IL | METHOD FOR LIMITING THE USE OF MOBILE ELECTRONIC EQUIPMENT |
| 552/DELNP/2005 | 259481 | IN | A SYSTEM AND METHOD FOR GUARANTEEING MESSAGE INTEGRITY |
| 1788/CHENP/2007 | 253286 | IN | A METHOD FOR CONTROLLING A MOBILE PHONE |
| 2004-539185 | 4793843 | JP | SYSTEM AND METHOD FOR GUARANTEEING SOFTWARE INTEGRITY VIA COMBINED HARDWARE AND SOFTWARE AUTHENTICATION |
| 10-238680 | 2994351 | JP | HTTP CACHING PROXY TO FILTER AND CONTROL DISPLAY OF DATA IN A WEB BROWSER |
| 2003-563257 | 4225914 | JP | ENHANCING/ LIMITING USE OF MOBILE ELECTRONIC DEVICES |
| 2007-532881 | 5220413 | JP | MESSAGE SENDER CONTROLLABLE MESSAGING SYSTEM |
| 2014-523175 | 5706585 | JP | DETERMINING LOCATION OF MOBILE DEVICE |
| 2000-225340 | 4267186 | JP | SYSTEM AND METHOD FOR COMMUNICATING INFORMATION CONTENT BETWEEN A CLIENT AND A HOST |
| 11-064012 | 3202003 | JP | PACKET NETWORK TELEPHONE INTERFACE SYSTEM FOR POTS |
| 2005-7003128 | 0702499 | KR | SYSTEM AND METHOD FOR GUARANTEEING SOFTWARE INTEGRITY VIA COMBINED HARDWARE AND SOFTWARE AUTHENTICATION |
| 1999-0022327 | 0326982 | KR | A RESOURCE GROUP QUORUM SCHEME FOR HIGHLY SCALABLE AND HIGHLY AVAILABLE CLUSTER SYSTEM MANAGEMENT |
| 2004-7010406 | 0570140 | KR | ENHANCING/ LIMITING USE OF MOBILE ELECTRONIC DEVICES |

| Application Number | Patent Number | Country | Title |
|---|---|---|---|
| 200500935-2 | 109890 | SG | SYSTEM AND METHOD FOR GUARANTEEING SOFTWARE INTEGRITY VIA COMBINED HARDWARE AND SOFTWARE AUTHENTICATION |
| 200004103-8 | 101939 | SG | SYSTEM AND METHOD FOR COMMUNICATING INFORMATION CONTENT BETWEEN A CLIENT AND A HOST |
| 92121018 | I225195 | TW | SYSTEM AND METHOD FOR GUARANTEEING SOFTWARE INTEGRITY VIA COMBINED HARDWARE AND SOFTWARE AUTHENTICATION |
| 92100604 | I222307 | TW | ENHANCING/ LIMITING USE OF MOBILE ELECTRONIC DEVICES |
| 94132845 | I392395 | TW | MESSAGE SENDER CONTROLLABLE MESSAGING SYSTEM |
| 89107051 | NI-154225 | TW | SYSTEM AND METHOD FOR COMMUNICATING INFORMATION CONTENT BETWEEN A CLIENT AND A HOST |
| 822814 | GB 2466225 | GB | INTER-ACCESS NETWORK HANDOVER |
| 08 228 15.7 | 2466226 | GB | NETWORK MOBILITY |
| 05 192 57.0 | 2430581 | GB | ACCESS ROUTER SELECTION |
| 518106 | 2430111 | GB | A METHOD OF CONFIRMING DATAGRAM RECEPTION IN UNIDIRECTIONAL NETWORKS |
| 518107.8 | 2429876 | GB | METHOD OF PROVIDING ACCESS TO PACKET-SWITCHED SERVICES IN HETEROGENEOUS NETWORK ENVIRONMENT |
| 716529.3 | 2452699 | GB | MOBILITY AND QUALITY OF SERVICE |
| 421397.1 | 2418568 | GB | A METHOD OF ESTIMATING THE CELL LOCATION OF A MOBILE TERMINAL IN HETEROGENEOUS NETWORK ENVIRONMENT |
| 2004308435 | 2004308435 | AU | SYSTEM AND METHOD FOR INITIATING A CONFERENCE CALL |
| 2550994 | | CA | SYSTEM AND METHOD FOR INITIATING A CONFERENCE CALL |
| 2734781 | 2734781 | CA | CONTENT, TRAFFIC AND ADVERTISING ENGINE, SYSTEM AND METHOD |
| 200480041712.20 | 101088273 | CN | SYSTEM AND METHOD FOR INITIATING A CONFERENCE CALL |
| 4181/DELNP/2006 | | IN | SYSTEM AND METHOD FOR INITIATING A CONFERENCE CALL |
| 1189/KOLNP/2011 | | IN | CONTENT, TRAFFIC AND ADVERTISING ENGINE, SYSTEM AND METHOD |
| 2006-547341 | 5101108 | JP | SYSTEM AND METHOD FOR INITIATING A CONFERENCE CALL |
| 2012-56519 | 5531044 | JP | SYSTEM AND METHOD FOR INITIATING A CONFERENCE CALL |
| 11/019,655 | 7804948 | US | SYSTEM AND METHOD FOR INITIATING A |

| Application Number | Patent Number | Country | Title |
|---|---|---|---|
| | | | CONFERENCE CALL |
| 12/723,750 | 7853000 | US | SYSTEM AND METHOD FOR INITIATING A CONFERENCE CALL |
| 12/907,550 | 8571194 | US | SYSTEM AND METHOD FOR INITIATING A CONFERENCE CALL |
| 13/357,132 | 8594294 | US | SYSTEM AND METHOD FOR INITIATING A CONFERENCE CALL |
| 14/052,166 | 9172815 | US | SYSTEM AND METHOD FOR INITIATING A CONFERENCE CALL |
| 12/545,129 | 8782540 | US | CONTENT, TRAFFIC AND ADVERTISING ENGINE, SYSTEM AND METHOD |
| 12/545,125 | 8700731 | US | SYSTEM AND METHOD FOR AGGREGATING AND PROVIDING AUDIO AND VISUAL PRESENTATIONS VIA A COMPUTER NETWORK |
| 12/545,131 | 8407609 | US | SYSTEM AND METHOD FOR PROVIDING AND TRACKING THE PROVISION OF AUDIO AND VISUAL PRESENTATIONS VIA A COMPUTER NETWORK |
| 14/299,221 | 9412119 | US | CONTENT, TRAFFIC AND ADVERTISING ENGINE, SYSTEM AND METHOD |
| 15/454,251 | | US | SYSTEM AND METHOD FOR AGGREGATING AND PROVIDING AUDIO AND VISUAL PRESENTATIONS VIA A COMPUTER NETWORK |
| 93140135 | I419543 | TW | SYSTEM AND METHOD FOR INITIATING A CONFERENCE CALL |
| 10/346,989 | 7337151 | US | AUTOMATED PRICING SYSTEM |
| 12/011,270 | 7769595 | US | AUTOMATED PRICING AND/OR "GREEN" INDICATING METHOD AND SYSTEM |
| 12/004,187 | 7783523 | US | AUTOMATED PRICING SYSTEM |
| 12/802,848 | 8260628 | US | AUTOMATED PRICING AND/OR "GREEN" INDICATING METHOD AND SYSTEM |
| 12/803,404 | 8266005 | US | AUTOMATED PRICING SYSTEM |
| 13/587,124 | 8515820 | US | AUTOMATED PRICING SYSTEM |
| 13/942,523 | | US | AUTOMATED PRICING SYSTEM |
| 09/436515 | 6736759 | US | EXERCISE MONITORING SYSTEM AND METHODS |
| 10/847208 | 7220220 | US | EXERCISE MONITORING SYSTEM AND METHODS |
| 10/036,298 | 7092953 | US | APPARATUS AND METHODS FOR INTELLECTUAL PROPERTY DATABASE NAVIGATION |
| 10/035,347 | 7099849 | US | INTEGRATED MEDIA MANAGEMENT AND RIGHTS DISTRIBUTION APPARATUS |
| 10/740,030 | 7535890 | US | SYSTEM AND METHOD FOR INSTANT VOIP MESSAGING |
| 12/398,076 | 8199747 | US | SYSTEM AND METHOD FOR INSTANT VOIP MESSAGING |

| Application Number | Patent Number | Country | Title |
|---|---|---|---|
| 12/398,063 | 8243723 | US | SYSTEM AND METHOD FOR INSTANT VOIP MESSAGING |
| 13/546,673 | 8724622 | US | SYSTEM AND METHOD FOR INSTANT VOIP MESSAGING |
| 14/224,125 | 8995433 | US | SYSTEM AND METHOD FOR INSTANT VOIP MESSAGING |
| 14/633,057 | 9621490 | US | SYSTEM AND METHOD FOR INSTANT VOIP MESSAGING |
| 08/951,177 | 5939833 | US | FIELD EMISSION DEVICE WITH LOW DRIVING VOLTAGE |
| 08/984,505 | 5954788 | US | APPARATUS FOR PERFORMING MODULAR MULTIPLICATION |
| 09/027,598 | 5973490 | US | LINE DRIVER WITH ADAPTIVE OUTPUT IMPEDANCE |
| 08/969,729 | 5991288 | US | VOICE CODING APPARATUS AT A CODE DIVISION MULTIPLE ACCESS BASE STATION |
| 08/959,084 | 6025877 | US | SCALABLE TRANSMISSION METHOD OF VISUAL OBJECTS SEGMENTED BY CONTENT-BASE |
| 08/987,832 | 6035349 | US | STRUCTURE OF PORTABLE MULTIMEDIA DATA INPUT/OUTPUT PROCESSOR AND METHOD FOR DRIVING THE SAME |
| 09/006,904 | 6039248 | US | METHOD FOR PREPARING SAFE ELECTRONIC NOTARIZED DOCUMENTS IN ELECTRONIC COMMERCE |
| 08/990,047 | 6041036 | US | DUAL RECEIVE, DUAL TRANSMIT FAULT TOLERANT NETWORK ARRANGEMENT AND PACKET HANDLING METHOD |
| 09/135,576 | 6057736 | US | GAIN CONTROLLED AMPLIFIER |
| 09/146,529 | 6064265 | US | GAIN CONTROL CIRCUIT FOR LOW-NOISE AMPLIFIER |
| 09/227,107 | 6068588 | US | COUNTERBALANCED PUMP |
| 09/063,666 | 6085091 | US | METHOD FOR CONTROLLING HAND OFF OF MOBILE TERMINAL IN CODE DIVISION MULTIPLE ACCESS MOBILE COMMUNICATION SYSTEM |
| 09/135,645 | 6087232 | US | FABRICATION METHOD OF LATERAL DOUBLE DIFFUSED MOS TRANSISTORS |
| 09/275,363 | 6104354 | US | RADIO APPARATUS |
| 09/074,617 | 6108592 | US | VOICE-CONTROLLED MOTORIZED WHEELCHAIR WITH SENSORS AND DISPLAYS |
| 09/062,947 | 6111438 | US | CURRENT MEMORY AND CIRCUIT ARRANGEMENT COMPRISING CURRENT MEMORIES |

| Application Number | Patent Number | Country | Title |
|---|---|---|---|
| 08/968,403 | 6118890 | US | SYSTEM AND METHOD FOR BROAD CLASSIFICATION OF BIOMETRIC PATTERNS |
| 08/987,551 | 6128289 | US | VOICE CODING METHOD AT A CODE DIVISION MULTIPLE ACCESS BASE STATION |
| 09/141,244 | 6128492 | US | METHOD FOR TRACING CENTRALIZED PROCESS POSITION OF MOBILE STATION USING RADIO LAN |
| 09/018,984 | 6130964 | US | IMAGE SEGMENTATION AND OBJECT TRACKING METHOD AND CORRESPONDING SYSTEM |
| 09/162,791 | 6133765 | US | SWITCHED-CURRENT MEMORY |
| 09/429,752 | 6147896 | US | NONVOLATILE FERROELECTRIC MEMORY USING SELECTIVE REFERENCE CELL |
| 08/989,875 | 6151676 | US | ADMINISTRATION AND UTILIZATION OF SECRET FRESH RANDOM NUMBERS IN A NETWORKED ENVIRONMENT |
| 09/444,898 | 6166337 | US | DEVICE INCLUDING A PRINTED CIRCUIT BOARD WHICH IS CONTACTED BY DEPRESSING A KEY LOCATED AT A HOUSING WALL WHICH MAKES AN ANGLE WITH THE PRINTED CIRCUIT BOARD |
| 09/031,374 | 6167237 | US | UNIVERSAL WIRELESS COMMUNICATION SYSTEM, A TRANSMISSION PROTOCOL, A WIRELESS COMMUNICATION STATION, AND A RADIO BASE STATION |
| 09/050,679 | 6182220 | US | SYSTEM AND METHOD FOR BUILDING AND EXCHANGING ENCRYPTED PASSWORDS BETWEEN A CLIENT AND SERVER |
| 09/030,435 | 6185318 | US | SYSTEM AND METHOD FOR MATCHING (FINGERPRINT) IMAGES USING AN ALIGNED STRING-BASED REPRESENTATION |
| 09/334,504 | 6190319 | US | SELF CALIBRATING LINEAR POSITION SENSOR |
| 09/107,528 | 6195392 | US | METHOD AND ARRANGEMENT FOR GENERATING PROGRAM CLOCK REFERENCE VALUES (PCRS) IN MPEG BITSTREAMS |
| 09/300,804 | 6201844 | US | TRANSCODING OF A DATA STREAM |
| 09/238,537 | 6215403 | US | WIRELESS MONITORING SYSTEM |
| 09/145,331 | 6219724 | US | DIRECT MEMORY ACCESS CONTROLLER |
| 09/244,209 | 6229994 | US | FITTING DEVICE FOR SEPARATE ELEMENTS OF A MOBILE TELEPHONE HANDSET AND THE HANDSET THUS OBTAINED |
| 09/024,632 | 6239772 | US | VIDEO MOIRE REDUCTION |
| 09/050,595 | 6239773 | US | IMAGE DISPLAY DEVICE HAVING A DRIVE CIRCUIT FOR DIFFERENTIALLY CONTROLLING THE LUMINOSITY OF |

| Application Number | Patent Number | Country | Title |
|---|---|---|---|
| | | | WINDOWS IN THE DISPLAY |
| 09/047,684 | 6240300 | US | TELEPHONY DEVICE COMPRISING A BASE STATION AND AT LEAST A SUBSCRIBER UNIT AND METHOD FOR CONNECTING TO SUCH A TELEPHONY DEVICE |
| 08/976,710 | 6246447 | US | VIDEO FORMAT ADAPTIVE BEAM SIZE FOR VIDEO MOIRE REDUCTION |
| 09/435,039 | 6249251 | US | HARDWARE-EFFICIENT DEMODULATOR FOR CDMA ADAPTIVE ANTENNA ARRAY SYSTEMS |
| 09/102,949 | 6253201 | US | SCALABLE SOLUTION FOR IMAGE RETRIEVAL |
| 09/217,408 | 6260031 | US | CODE COMPACTION BY EVOLUTIONARY ALGORITHM |
| 08/977,951 | 6271826 | US | MIXING A GRAPHICS SIGNAL AND A VIDEO SIGNAL |
| 09/131,334 | 6275956 | US | INTEGRATED DYNAMIC-VISUAL PARALLEL DEBUGGING APPARATUS AND METHOD THEREOF |
| 09/206,031 | 6281903 | US | METHODS AND APPARATUS FOR EMBEDDING 2D IMAGE CONTENT INTO 3D MODELS |
| 09/031,198 | 6289316 | US | PROGRESS NOTES MODEL IN A CLINICAL INFORMATION SYSTEM |
| 09/432,896 | 6290640 | US | UNCOUPLED ROTARY LINEAR PUMP |
| 09/549,803 | 6300885 | US | DUAL ALDC DECOMPRESSORS INSIDE PRINTER ASIC |
| 09/031,696 | 6301641 | US | METHOD FOR REDUCING THE FREQUENCY OF CACHE MISSES IN A COMPUTER |
| 09/264,912 | 6308191 | US | PROGRAMMABLE PROCESSOR CIRCUIT WITH A RECONFIGURABLE MEMORY FOR REALIZING A DIGITAL FILTER |
| 09/030,363 | 6314197 | US | DETERMINING AN ALIGNMENT ESTIMATION BETWEEN TWO ( FINGERPRINT) IMAGES |
| 09/393,279 | 6316281 | US | METHOD FOR FABRICATING A HYBRID OPTICAL INTEGRATED CIRCUIT EMPLOYING SOI OPTICAL WAVEGUIDE |
| 09/369,540 | 6323824 | US | DIELECTRIC RESONATOR ANTENNA |
| 09/079,662 | 6326965 | US | INTERACTIVE REPRESENTATION AND RETRIEVAL OF MULTI-DIMENSIONAL DATA USING VIEW ELEMENTS |
| 09/216,261 | 6337972 | US | MELODIC ALERTS FOR COMMUNICATIONS DEVICE |
| 09/478,474 | 6349114 | US | CAMERA MOTION PARAMETERS ESTIMATION METHOD |

| Application Number | Patent Number | Country | Title |
|---|---|---|---|
| 09/216,266 | 6349154 | US | METHOD AND ARRANGEMENT FOR CREATING A HIGH-RESOLUTION STILL PICTURE |
| 09/244,841 | 6351564 | US | METHOD OF SWITCHING OF CODED VIDEO SEQUENCES AND CORRESPONDING DEVICE |
| 08/994,827 | 6356288 | US | DIVERSION AGENT USES CINEMATOGRAPHIC TECHNIQUES TO MASK LATENCY |
| 09/519,548 | 6359658 | US | SUBJECTIVE NOISE MEASUREMENT ACTIVE VIDEO SIGNAL |
| 09/006,657 | 6363380 | US | MULTIMEDIA COMPUTER SYSTEM WITH STORY SEGMENTATION CAPABILITY AND OPERATING PROGRAM THEREFOR INCLUDING FINITE AUTOMATION VIDEO PARSER |
| 09/384,763 | 6366885 | US | SPEECH DRIVEN LIP SYNTHESIS USING VISEME BASED HIDDEN MARKOV MODELS |
| 09/475,743 | 6366908 | US | KEYFACT-BASED TEXT RETRIEVAL SYSTEM, KEYFACT-BASED TEXT INDEX METHOD, AND RETRIEVAL METHOD |
| 09/198,928 | 6382867 | US | JOINING DEVICE FOR FIRMLY JOINING PLASTIC JOINING PARTS TOGETHER |
| 09/276,870 | 6385607 | US | GENERATING REGRESSION TREES WITH OBLIQUE HYPERPLANES |
| 09/241,016 | 6396875 | US | METHOD OF SWITCHING OF CODED VIDEO SEQUENCES AND CORRESPONDING DEVICE |
| 09/454,389 | 6400932 | US | LOW OFFSET AUTOMATIC FREQUENCY TUNING CIRCUITS FOR CONTINUOUS-TIME FILTER |
| 09/865,004 | 6404011 | US | SEMICONDUCTOR POWER INTEGRATED CIRCUIT |
| 09/333,633 | 6405301 | US | PARALLEL DATA PROCESSING |
| 09/773,160 | 6407681 | US | QUANTIZATION METHOD FOR BIT RATE TRANSCODING APPLICATIONS |
| 09/966,112 | 6411542 | US | FERROELECTRIC MEMORY DEVICE HAVING FERROELECTRIC MEMORY TRANSISTORS CONNECTED TO SEPARATE WELL LINES |
| 09/499,920 | 6431447 | US | SYSTEM AND METHOD FOR READING A BARCODE USING LASER DIODE ARRAY |
| 09/579,313 | 6432135 | US | TORSION HEART VALVE |
| 09/569,916 | 6436027 | US | HYDRODYNAMIC BLOOD BEARING |
| 09/899,441 | 6437545 | US | DC / DC CONVERTER INCLUDING CONTROL MEANS FOR CONTROLLING MULTIPLE OUTPUTS USING SEPARATE SWITCHING CYCLES FOR EACH OUTPUT |

| Application Number | Patent Number | Country | Title |
|---|---|---|---|
| 09/549,689 | 6439457 | US | METHOD AND SYSTEM FOR PERSONALIZED MESSAGE STORAGE AND RETRIEVAL |
| 10/012,015 | 6469910 | US | ELECTRONIC DEVICE WITH A VARIABLE KEYBOARD |
| 09/116,769 | 6473095 | US | HISTOGRAM METHOD FOR CHARACTERIZING VIDEO CONTENT |
| 09/550,607 | 6473114 | US | METHOD AND SYSTEM FOR INDICATING CHANGE OF SPEAKER IN A VIDEOCONFERENCE APPLICATION |
| 09/757,786 | 6477211 | US | TRANSCODING OF A DATA STREAM |
| 09/198,045 | 6480480 | US | WIRELESS LOCAL AREA NETWORK COMPRISING A CONTROLLER AND AT LEAST ONE CANDIDATE-CONTROLLER TERMINAL |
| 09/409,814 | 6480849 | US | EFFICIENT CONCURRENCY CONTROL METHOD FOR HIGH DIMENSIONAL INDEX STRUCTURES |
| 09/855,581 | 6483456 | US | GPS RECEIVER |
| 09/497,345 | 6484172 | US | CONCURRENCY CONTROL METHOD FOR HIGH-DIMENSIONAL INDEX STRUCTURE USING LATCH AND LOCK |
| 09/884,222 | 6498541 | US | COMMUNICATION BUS SYSTEM AND APPARATUS AND DEVICE FOR USE IN SUCH A SYSTEM |
| 09/615,880 | 6498814 | US | DRIFT-FREE TRANSCODER AND RELATED METHOD |
| 09/459,255 | 6501744 | US | SLOTTED MODE IN WIRELESS CDMA SYSTEMS |
| 09/232,896 | 6502105 | US | REGION-BASED IMAGE ARCHIVING AND RETRIEVING SYSTEM |
| 09/366,695 | 6526183 | US | STATIC IMAGE GENERATION METHOD AND DEVICE |
| 09/920,040 | 6528741 | US | TEXT ENTRY ON PORTABLE DEVICE |
| 09/104,900 | 6529600 | US | METHOD AND DEVICE FOR PREVENTING PIRACY OF VIDEO MATERIAL FROM THEATER SCREENS |
| 09/499,915 | 6529882 | US | METHOD FOR MANAGING GROUP MEMBERSHIP IN INTERNET MULTICAST APPLICATIONS |
| 09/678,966 | 6539071 | US | FREQUENCY CORRECTION AT THE RECEIVER END IN A PACKET TRANSMISSION SYSTEM |
| 10/032,754 | 6541319 | US | METHOD OF MANUFACTURING A SELF-ALIGNED GATE TRANSISTOR WITH P-TYPE IMPURITIES SELECTIVELY IMPLANTED BELOW THE GATE, SOURCE AND DRAIN ELECTRODES |

| Application Number | Patent Number | Country | Title |
|---|---|---|---|
| 10/086,047 | 6543025 | US | TRANSMISSION SYSTEM WITH ADAPTIVE CHANNEL ENCODER AND DECODER |
| 09/411,460 | 6553110 | US | SELECTIVE TELEPHONE CALLER IDENTIFICATION SERVICE |
| 09/374,692 | 6577629 | US | SWITCHING NETWORK WITH COMPLETE TRANSFER OF THE CONTENTS OF A HEADER FIELD OF A CELL |
| 09/475,224 | 6584212 | US | APPARATUS FOR MOTION ESTIMATION WITH CONTROL PART IMPLEMENTED BY STATE TRANSITION DIAGRAM |
| 10/112,359 | 6593603 | US | PSEUDOMORPHIC HIGH ELECTRON MOBILITY TRANSISTOR POWER DEVICE AND METHOD FOR MANUFACTURING THE SAME |
| 09/382,732 | 6597802 | US | SYSTEM AND METHOD FOR GENERATING A ROLLED SURFACE REPRESENTATION FROM A SET OF PARTIAL IMAGES |
| 09/580,169 | 6598146 | US | DATA-PROCESSING ARRANGEMENT COMPRISING A PLURALITY OF PROCESSING AND MEMORY CIRCUITS |
| 09/062,941 | 6606641 | US | SYSTEM FOR VARYING THE DYNAMIC RANGE OF COEFFICIENTS IN A DIGITAL FILTER |
| 10/032,720 | 6608578 | US | CURRENT CELL DRIVING CIRCUIT IN DIGITAL-TO-ANALOG CONVERTER |
| 09/498,921 | 6614759 | US | ONU FUNCTION PROCESSING APPARATUS IN ATM-PON SYSTEM |
| 09/448,531 | 6614761 | US | ADSL SUBSCRIBER PROCESSING EQUIPMENT IN ATM SWITCH |
| 09/495,741 | 6614928 | US | AUTOMATIC PARCEL VOLUME CAPTURE SYSTEM AND VOLUME CAPTURE METHOD USING PARCEL IMAGE RECOGNITION |
| 10/114,507 | 6621440 | US | DIGITAL TO ANALOGUE CONVERTER |
| 09/708,165 | 6628712 | US | SEAMLESS SWITCHING OF MPEG VIDEO STREAMS |
| 10/032,987 | 6636435 | US | FERROELECTRIC MEMORY CELL ARRAY AND METHOD OF STORING DATA USING THE SAME |
| 09/757,613 | 6731285 | US | SYSTEM AND METHOD FOR PROVIDING HIGH PERFORMANCE IMAGE MAGNIFICATION IN A WEB BROWSER |
| 10/092,902 | 6741929 | US | VIRTUAL NAVIGATION SYSTEM AND METHOD USING MOVING IMAGE |
| 10/325,929 | 6774697 | US | INPUT AND OUTPUT PORT CIRCUIT |
| 09/425,657 | 6781951 | US | RADIO COMMUNICATION SYSTEM |
| 09/952,193 | 6910175 | US | ENCODER REDUNDANCY SELECTION SYSTEM AND METHOD |

| Application Number | Patent Number | Country | Title |
|---|---|---|---|
| 09/773,413 | 6937645 | US | COMMUNICATION SYSTEM AND A RECEIVER FOR USE IN THE SYSTEM |
| 09/694,455 | 6961473 | US | FASTER TRANSFORMS USING EARLY ABORTS AND PRECISION REFINEMENTS |
| 10/230,563 | 6963117 | US | MICROELECTROMECHANICAL DEVICE USING RESISTIVE ELECTROMECHANICAL CONTACT |
| 09/795,020 | 6963377 | US | ENCODING METHOD AND DEVICE INCLUDING THRESHOLDING PIXEL-TO-PIXEL DIFFERENCES |
| 09/411,756 | 6966027 | US | METHOD AND APPARATUS FOR STREAMING XML CONTENT |
| 10/221,069 | 6968007 | US | METHOD AND DEVICE FOR SCALABLE VIDEO TRANSCODING |
| 09/557,600 | 6973055 | US | NETWORK WITH SEVERAL NETWORK CLUSTERS FOR WIRELESS TRANSMISSION OF PACKETS |
| 09/774,925 | 6975991 | US | WEARABLE DISPLAY SYSTEM WITH INDICATORS OF SPEAKERS |
| 10/083,334 | 6978026 | US | CIRCUIT ARRANGEMENT FOR GAINING A STEREO SUBCARRIER AND AN RDS CARRIER |
| 10/161,795 | 6980599 | US | VIDEO DECODING SYSTEM AND METHOD HAVING POST-PROCESSING TO REDUCE SHARPNESS PREDICTION DRIFT |
| 09/908,197 | 6981046 | US | SYSTEM FOR THE EFFICIENT TRANSMISSION OF PARTIAL OBJECTS IN DISTRIBUTED DATA BASES |
| 10/084,724 | 6982748 | US | AUTOMATICALLY SWITCHED CAMERA SYSTEM WITH INDICATOR FOR NOTIFYING THE NEXT SUBJECT OF THE CAMERA SYSTEM |
| 09/928,795 | 6985603 | US | METHOD AND APPARATUS FOR EXTENDING VIDEO CONTENT ANALYSIS TO MULTIPLE CHANNELS |
| 10/015,965 | 6986466 | US | DATA-PROCESSING SYSTEM |
| 10/732,720 | 6989716 | US | VARIABLE GAIN AMPLIFIER |
| 09/616,631 | 6990496 | US | SYSTEM AND METHOD FOR AUTOMATED CLASSIFICATION OF TEXT BY TIME SLICING |
| 10/175,607 | 6992697 | US | METHOD AND APPARATUS TO MEASURE VIDEO QUALITY ON ANY DISPLAY DEVICE WITH ANY IMAGE SIZE STARTING FROM A KNOW DISPLAY TYPE AND SIZE |
| 09/741,654 | 6992719 | US | METHOD AND DEVICE FOR FOCUSING A CAMERA UTILIZING FILTERS CONTAINED IN A PROCESSOR |
| 09/857,964 | 6992976 | US | NETWORK FOR A RECONFIGURATION AFTER A STEP-BY-STEP REPAIR OF DEFECTS |

| Application Number | Patent Number | Country | Title |
|---|---|---|---|
| 09/633,760 | 6993179 | US | STRAPDOWN SYSTEM FOR THREE-DIMENSIONAL RECONSTRUCTION |
| 10/749,749 | 6995452 | US | MOSFET DEVICE WITH NANOSCALE CHANNEL AND METHOD OF MANUFACTURING THE SAME |
| 10/098,456 | 6996181 | US | MOTION ESTIMATION METHOD BY EMPLOYING A STOCHASTIC SAMPLING TECHNIQUE |
| 10/491,373 | 6996279 | US | COMPRESSED STORAGE OF DATA ITEMS |
| 10/327,881 | 6999127 | US | APPARATUS AND METHOD FOR IMAGE CONVERSION AND AUTOMATIC ERROR CORRECTION FOR DIGITAL TELEVISION RECEIVER |
| 09/992,922 | 7003150 | US | HOMOGRAPHY TRANSFER FROM POINT MATCHES |
| 10/643,253 | 7003409 | US | PREDICTIVE FAILURE ANALYSIS AND FAILURE ISOLATION USING CURRENT SENSING |
| 10/865,382 | 7006044 | US | MICROSTRIP PATCH ANTENNA USING MEMS TECHNOLOGY |
| 10/173,160 | 7006659 | US | METHOD FOR EMBEDDING AND EXTRACTING A SPATIAL DOMAIN BLIND WATERMARK USING SAMPLE EXPANSION |
| 09/938,377 | 7010159 | US | APPARATUS AND METHOD FOR COMBINING RANDOM SET OF VIDEO FEATURES IN A NON-LINEAR SCHEME TO BEST DESCRIBE PERCEPTUAL QUALITY OF VIDEO SEQUENCES USING HEURISTIC SEARCH METHODOLOGY |
| 10/262,796 | 7019985 | US | ELECTRONIC DEVICE WITH A VARIABLE KEYBOARD |
| 09/961,996 | 7020252 | US | GROUP AUDIO MESSAGE BOARD |
| 09/938,630 | 7023850 | US | MULTICASTING APPARATUS AND METHOD IN SHARED MEMORY SWITCH |
| 09/975,152 | 7027421 | US | METHOD AND APPARATUS FOR SEARCHER BEAMFORMING IN CDMA BASE STATION SYSTEM USING ARRAY ANTENNA |
| 10/022,731 | 7027491 | US | INTERFERENCE CANCELLATION RECEIVER FOR USE IN A CDMA SYSTEM |
| 10/196,096 | 7027588 | US | TELEPHONE APPARATUS COMPRISING MONITORING MEANS |
| 09/993,061 | 7031497 | US | METHOD FOR COMPUTING OPTICAL FLOW UNDER THE EPIPOLAR CONSTRAINT |
| 10/122,746 | 7035586 | US | WIRELESS INTERCONNECTION METHOD AND ASSEMBLY FOR ESTABLISHING A BIDIRECTIONAL COMMUNICATION BETWEEN AUDIO AND/OR VIDEO DEVICES |

| Application Number | Patent Number | Country | Title |
|---|---|---|---|
| 10/076,352 | 7038721 | US | GAMMA CORRECTION CIRCUIT |
| 10/025,797 | 7039094 | US | ADAPTIVE RAKE RECEIVING APPARATUS CONSTRAINED WITH AT LEAST ONE CONSTRAINT FOR USE IN MOBILE COMMUNICATION SYSTEM AND METHOD THEREFOR |
| 10/201,368 | 7039837 | US | SIGNAL CODING |
| 10/015,807 | 7048191 | US | 4-STATE BAR CODE PRINTING AND READING SYSTEM AND METHOD FOR CONTROLLING THE SAME |
| 09/967,548 | 7050511 | US | IN-BAND ADJACENT-CHANNEL DIGITAL AUDIO BROADCASTING SYSTEM |
| 09/752,667 | 7054365 | US | METHOD FOR PROVIDING VARIABLE BIT RATE IN STREAMING SERVICE |
| 09/995,718 | 7054856 | US | SYSTEM FOR DRAWING PATENT MAP USING TECHNICAL FIELD WORD AND METHOD THEREFOR |
| 10/273,256 | 7065701 | US | METHOD FOR ITERATIVELY DECODING BLOCK TURBO CODES AND RECORDING MEDIUM FOR STORING ITERATIVE DECODING PROGRAM OF BLOCK TURBO CODES |
| 10/269,567 | 7076490 | US | OBJECT-RELATIONAL DATABASE MANAGEMENT SYSTEM AND METHOD FOR DELETING CLASS INSTANCE FOR THE SAME |
| 10/180,406 | 7079704 | US | OBJECTIVE METHOD AND SYSTEM FOR ESTIMATING PERCEIVED IMAGE AND VIDEO SHARPNESS |
| 10/067,414 | 7081919 | US | GREEN RECONSTRUCTION FOR IMAGE SENSORS |
| 10/134,212 | 7082156 | US | METHOD OF DETECTING, AND A RECEIVER FOR, A SPREAD SPECTRUM SIGNAL |
| 09/686,830 | 7085929 | US | METHOD AND APPARATUS FOR REVOCATION LIST MANAGEMENT USING A CONTACT LIST HAVING A CONTACT COUNT FIELD |
| 09/987,933 | 7093290 | US | SECURITY SYSTEM FOR NETWORKS AND THE METHOD THEREOF |
| 09/995,740 | 7099376 | US | METHOD FOR PARALLEL TYPE INTERFERENCE CANCELLATION IN CODE DIVISION MULTIPLE ACCESS RECEIVER |
| 09/763,843 | 7103061 | US | SYNCHRONIZATION CODEWORD FOR INTERFERENCE REDUCTION IN A CDMA SYSTEM |
| 11/026,455 | 7123194 | US | ROTATABLE MICROSTRIP PATCH ANTENNA AND ARRAY ANTENNA USING THE SAME |

| Application Number | Patent Number | Country | Title |
|---|---|---|---|
| 09/737,190 | 7124034 | US | METHOD FOR CHANGING A TARGET ARRAY, A METHOD FOR ANALYZING A STRUCTURE, AND AN APPARATUS, A STORAGE MEDIUM AND A TRANSMISSION MEDIUM THEREFOR |
| 10/187,340 | 7134017 | US | METHOD FOR PROVIDING A TRUSTED PATH BETWEEN A CLIENT AND A SYSTEM |
| 09/817,457 | 7136371 | US | TIME SLOT SORTING METHOD FOR A WIRELESS NETWORK |
| 10/150,827 | 7142578 | US | SINGLE BEAMFORMING STRUCTURE FOR MULTIPLE MODULATION SCHEMES |
| 09/634,731 | 7151562 | US | METHOD AND APPARATUS FOR EXTERNAL CALIBRATION OF A CAMERA VIA A GRAPHICAL USER INTERFACE |
| 10/136,959 | 7154892 | US | METHOD AND APPARATUS FOR MANAGING LPM-BASED CAM LOOK-UP TABLE, AND RECORDING MEDIUM THEREFOR |
| 09/663,315 | 7161952 | US | WIRELESS NETWORK WITH A PLURALITY OF PERSISTENCY PROBABILITIES FOR ACCESSING A RACH CHANNEL |
| 10/098,436 | 7184420 | US | METHOD FOR DYNAMICALLY LOCATING A WIRELESS TCP PROXY IN A WIRED/WIRELESS INTEGRATED NETWORK |
| 09/580,167 | 7188165 | US | METHOD OF, AND A HETEROGENEOUS NETWORK FOR, TRANSMITTING DATA PACKETS |
| 09/653,782 | 7190979 | US | BATTERY ECONOMIZING IN A COMMUNICATIONS SYSTEM |
| 10/365,780 | 7194734 | US | METHOD OF EXECUTING AN INTERPRETER PROGRAM |
| 10/523,389 | 7206555 | US | ANTENNA DIVERSITY SYSTEM AND METHOD FOR OPERATING SAID SYSTEM |
| 10/551,311 | 7212158 | US | METHOD AND APPARATUS FOR BEAMFORMING BASED ON BROADBAND ANTENNA |
| 10/540,101 | 7212159 | US | POSITIONING SYSTEM, APPARATUS AND METHOD |
| 10/734,574 | 7212585 | US | QUADRATURE MODULATION TRANSMITTER |
| 10/185,385 | 7236548 | US | BIT LEVEL DIVERSITY COMBINING FOR COFDM SYSTEM |
| 10/266,302 | 7251251 | US | METHOD OF AND SYSTEM FOR TRANSMITTING A PLURALITY OF MESSAGES |
| 10/557,346 | 7265609 | US | TRANSCONDUCTOR CIRCUITS |
| 09/372,459 | 7639283 | US | COLOR SIGNAL MATRIX ADJUSTMENT |
| 10/550,337 | 7650115 | US | METHOD OF, AND APPARATUS FOR, PROTECTING FROM RADIO FREQUENCY INTERFERENCE |

| Application Number | Patent Number | Country | Title |
|---|---|---|---|
| 11/447,527 | 7728882 | US | GREEN RECONSTRUCTION FOR IMAGE SENSORS |
| 11/567,772 | 7739392 | US | METHOD AND SYSTEM FOR TRANSFERRING A COMMUNICATION SESSION |
| 10/935,342 | 7764637 | US | PEER-TO-PEER MOBILE INSTANT MESSAGING METHOD AND DEVICE |
| 11/120,587 | 7847842 | US | PREVENTING GREEN NON-UNIFORMITY IN IMAGE SENSORS |
| 09/560,203 | 8332302 | US | METHOD AND APPARATUS FOR AUCTIONING ITEMS |
| 13/463,540 | 8369298 | US | METHOD FOR ESTABLISHING NETWORK CONNECTIONS BETWEEN STATIONARY TERMINALS AND REMOTE DEVICES THROUGH MOBILE DEVICES |
| 12/353,662 | 8484089 | US | METHOD AND SYSTEM FOR A HOSTED DIGITAL MUSIC LIBRARY SHARING SERVICE |
| 12/103,591 | 8606856 | US | DIGITAL MEDIA ASSET IDENTIFICATION SYSTEM AND METHOD |
| 13/603,372 | 8626838 | US | DIGITAL MEDIA ASSET IDENTIFICATION SYSTEM & METHOD |
| 13/110,819 | 8649314 | US | PEER-TO-PEER MOBILE DATA TRANSFER METHOD AND DEVICE |
| 13/210,089 | 8706636 | US | SYSTEM & METHOD FOR UNIQUE DIGITAL ASSET IDENTIFICATION AND TRANSACTION MANAGEMENT |
| 13/759,950 | 8774149 | US | METHOD FOR ESTABLISHING NETWORK CONNECTIONS BETWEEN STATIONARY TERMINALS AND REMOTE DEVICES THROUGH MOBILE DEVICES |
| 12/398,102 | 8972880 | US | APPLICATION PROGRAMMING INTERFACE FOR TRANSFERRING CONTENT FROM THE WEB TO DEVICES |
| 09/878,684 | 6664891 | US | DATA DELIVERY THROUGH PORTABLE DEVICES |
| 09/876,514 | 6993049 | US | COMMUNICATION SYSTEM |
| 12/896,686 | 8194632 | US | METHOD FOR ESTABLISHING NETWORK CONNECTIONS BETWEEN STATIONARY TERMINALS AND REMOTE DEVICES THROUGH MOBILE DEVICES |
| 13/193,579 | 8406116 | US | MOBILE CONFERENCING METHOD AND SYSTEM |
| 10/151,087 | 7167487 | US | NETWORK WITH LOGIC CHANNELS AND TRANSPORT CHANNELS |
| 09/455,124 | 6868079 | US | RADIO COMMUNICATION SYSTEM WITH REQUEST RE-TRANSMISSION UNTIL ACKNOWLEDGED |

| Application Number | Patent Number | Country | Title |
|---|---|---|---|
| 09/739,507 | 6836654 | US | ANTI-THEFT PROTECTION FOR A RADIOTELEPHONY DEVICE |
| 08/742,688 | 5960366 | US | WRIST-WATCH WIRELESS TELEPHONE |
| 09/876,515 | 7587207 | US | DATA DELIVERY THROUGH BEACONS |
| 09/597,198 | 7136999 | US | METHOD AND SYSTEM FOR ELECTRONIC DEVICE AUTHENTICATION |
| 10/323,228 | 6985758 | US | MOBILE DEVICE POWER SAVING |
| 09/739,474 | 6901272 | US | ERGONOMIC SYSTEM FOR CONTROL OF DEVICES THROUGH PORTABLE WIRELESS TERMINALS |
| 13/079,767 | 8018877 | US | MOBILE CONFERENCING METHOD AND SYSTEM |
| 09/920,041 | 7020106 | US | RADIO COMMUNICATION SYSTEM |
| 07/965,956 | 5483468 | US | SYSTEM AND METHOD FOR CONCURRENT RECORDING AND DISPLAYING OF SYSTEM PERFORMANCE DATA |
| 08/348,071 | 5619526 | US | CDMA BASE STATION MODULATOR FOR DIGITAL CELLULAR MOBILE COMMUNICATION SYSTEMS |
| 08/665,868 | 5639677 | US | METHOD OF MAKING A GAAS POWER SEMICONDUCTOR DEVICE OPERATING AT A LOW VOLTAGE |
| 08/353,044 | 5657421 | US | SPEECH SIGNAL TRANSMITTER WHEREIN CODING IS MAINTAINED DURING SPEECH PAUSES DESPITE SUBSTANTIAL SHUTDOWN OF THE TRANSMITTER |
| 08/634,635 | 5659687 | US | DEVICE FOR CONTROLLING MEMORY DATA PATH IN PARALLEL PROCESSING COMPUTER SYSTEM |
| 08/438,153 | 5692125 | US | SYSTEM AND METHOD FOR SCHEDULING LINKED EVENTS WITH FIXED AND DYNAMIC CONDITIONS |
| 08/673,882 | 5774673 | US | SYSTEM FOR COMMUNICATING BETWEEN A DYNAMIC GROUP OF APPARATUSES |
| 08/544,571 | 5835849 | US | CELLULAR MOBILE RADIO SYSTEM COMPRISING SUB-CELLS |
| 09/027,599 | 5936393 | US | LINE DRIVER WITH ADAPTIVE OUTPUT IMPEDANCE |
| 08/888,355 | 5940295 | US | DISTRIBUTED EXECUTION PROCESS FOR AN INTERACTIVE MULTIMEDIA PROGRAM, AND A LOCAL STATION USING THIS METHOD |
| 08/742,674 | 5949351 | US | REMOTE CONTROL METHOD AND SYSTEM THEREFOR |
| 09/079,478 | 5970318 | US | FABRICATION METHOD OF AN ORGANIC ELECTROLUMINESCENT DEVICES |

| Application Number | Patent Number | Country | Title |
|---|---|---|---|
| 08/974,199 | 6008743 | US | METHOD AND APPARATUS FOR SWITCHING BETWEEN DATA COMPRESSION MODES |
| 08/280,271 | 6052108 | US | METHOD OF DISPLAYING TEXT HAVING IMPROVED USABILITY |
| 09/007,818 | 6058437 | US | D.M.A. DEVICE THAT HANDLES CACHE MISSES BY MANAGING AN ADDRESS OF AN AREA OF ALLOTTED VIA A DAEMON PROCESSOR |
| 08/977,826 | 6067333 | US | ADAPTIVE SERIAL AND PARALLEL MIXED INTERFERENCE CANCELLATION METHOD |
| 09/022,910 | 6070169 | US | METHOD AND SYSTEM FOR THE DETERMINATION OF A PARTICULAR DATA OBJECT UTILIZING ATTRIBUTES ASSOCIATED WITH THE OBJECT |
| 08/992,291 | 6084982 | US | METHOD OF CHROMA-KEYING FOR A DIGITAL VIDEO COMPRESSION SYSTEM |
| 09/136,733 | 6127952 | US | VIDEO DATA RECORDING APPARATUS |
| 09/139,726 | 6138234 | US | NODE BOOTING METHOD IN HIGH-SPEED PARALLEL COMPUTER |
| 09/603,495 | 6148029 | US | METHOD OF VARIABLE-LENGTH ENCODING OF IMAGES AND DEVICE FOR PERFORMING SAID |
| 09/122,755 | 6150187 | US | ENCAPSULATION METHOD OF A POLYMER OR ORGANIC LIGHT EMITTING DEVICE |
| 08/738,988 | 6154468 | US | FAST SYNC-BYTE SEARCH SCHEME FOR PACKET FRAMING |
| 08/977,989 | 6154496 | US | VIDEO BUFFER FOR SEAMLESS SPLICING OF MPEG STREAMS |
| 08/959,215 | 6169790 | US | METHOD OF RESTRICTING THE DURATION OF TELEPHONE CALLS AND TELEPHONE IMPLEMENTING SUCH A METHOD |
| 09/135,860 | 6178512 | US | WIRELESS NETWORK |
| 09/116,063 | 6190314 | US | COMPUTER INPUT DEVICE WITH BIOSENSORS FOR SENSING USER EMOTIONS |
| 09/116,903 | 6195388 | US | APPARATUS AND METHOD FOR ENCODING MULTIPLE VIDEO PROGRAMS |
| 08/770,024 | 6198728 | US | MEDIUM ACCESS CONTROL (MAC) PROTOCOL FOR WIRELESS ATM |
| 09/134,108 | 6198909 | US | COMMUNICATION ENVIRONMENT WITH PLURALITY OF RADIO SYSTEMS |
| 09/047,682 | 6201958 | US | TELECOMMUNICATIONS SYSTEM, MOBILE TERMINAL AND METHOD OF REGISTRATION OF A TERMINAL WITH A TELECOMMUNICATIONS NETWORK |

| Application Number | Patent Number | Country | Title |
|---|---|---|---|
| 09/475,281 | 6211018 | US | METHOD FOR FABRICATING HIGH DENSITY TRENCH GATE TYPE POWER DEVICE |
| 09/096,698 | 6215488 | US | METHOD AND SYSTEM FOR DESIGNING A GRAPHICAL USER INTERFACE FOR AN ELECTRONIC CONSUMER PRODUCT |
| 09/197,315 | 6226636 | US | SYSTEM FOR RETRIEVING IMAGES USING A DATABASE |
| 09/139,203 | 6237072 | US | MEMORY MANAGEMENT WITH COMPACTION OF DATA BLOCKS |
| 09/123,019 | 6249515 | US | MULTIPLE ACCESS CONTROL METHOD FOR GUARANTEEING QOS REQUIREMENT |
| 09/030,344 | 6263091 | US | SYSTEM AND METHOD FOR IDENTIFYING FOREGROUND AND BACKGROUND PORTIONS OF DIGITIZED IMAGES |
| 09/070,322 | 6282318 | US | A METHOD AND SYSTEM FOR COMBINING PATTERN MATCHING AND OPTIMIZATION |
| 09/207,835 | 6282322 | US | SYSTEM AND METHOD FOR COMPRESSING AND DECOMPRESSING IMAGES |
| 09/428,403 | 6284605 | US | METHOD FOR FABRICATING SEMICONDUCTOR POWER INTEGRATED CIRCUIT |
| 09/236,688 | 6285805 | US | SYSTEM AND METHOD FOR FINDING THE DISTANCE FROM A MOVING QUERY POINT TO THE CLOSEST POINT ON ONE OR MORE CONVEX OR NON-CONVEX SHAPES |
| 09/198,708 | 6285892 | US | DATA TRANSMISSION SYSTEM FOR REDUCING TERMINAL POWER CONSUMPTION IN A WIRELESS NETWORK |
| 09/030,438 | 6289112 | US | SYSTEM AND METHOD FOR DETERMINING BLOCK DIRECTION IN FINGERPRINT IMAGES |
| 09/253,084 | 6295375 | US | METHOD AND DEVICE FOR CODING A SEQUENCE OF PICTURES |
| 09/710,821 | 6297820 | US | METHOD AND SYSTEM FOR DESIGNING A GRAPHICAL USER INTERFACE FOR AN ELECTRONIC CONSUMER PRODUCT |
| 09/316,985 | 6304612 | US | TRANSMISSION SYSTEM HAVING A SIMPLIFIED CHANNEL DECODER |
| 09/170,469 | 6314436 | US | SPACE-LIMITED MARKING STRUCTURE FOR TRACING GARBAGE COLLECTORS |
| 09/240,214 | 6317834 | US | BIOMETRIC AUTHENTICATION SYSTEM WITH ENCRYPTED MODELS |
| 09/039,347 | 6327272 | US | DATA TRANSFER SYSTEM, TRANSMITTER AND RECEIVER |
| 09/424,607 | 6329934 | US | MODIFYING DATA WHICH HAS BEEN CODED |
| 09/337,844 | 6338073 | US | FINALIZATION IN INCREMENTAL GARBAGE |

| Application Number | Patent Number | Country | Title |
|---|---|---|---|
| | | | COLLECTORS |
| 09/338,150 | 6339779 | US | REFERENCE COUNTING MECHANISM FOR GARBAGE COLLECTORS |
| 08/397,292 | 6341276 | US | SYSTEM FOR SELECTING A COMPUTER SOLUTION FROM A PRE-DEFINED SET |
| 09/086,270 | 6347084 | US | METHOD OF TIMESTAMP SYNCHRONIZATION OF A RESERVATION-BASED TDMA PROTOCOL |
| 09/259,956 | 6349040 | US | ELECTRONIC DEVICE WITH A VARIABLE KEYBOARD |
| 09/276,876 | 6351561 | US | GENERATING DECISION-TREE CLASSIFIERS WITH OBLIQUE HYPERPLANES |
| 09/335,019 | 6360233 | US | DYNAMIC MEMORY SPACE ALLOCATION |
| 09/318,331 | 6363513 | US | TRANSMISSION SYSTEM WITH ADAPTIVE CHANNEL ENCODER AND DECODER |
| 09/160,003 | 6370117 | US | CHANNEL ALLOCATION METHODS IN A COMMUNICATION NETWORK AND CORRESPONDING SYSTEM |
| 09/280,107 | 6370595 | US | METHOD OF ADDRESSING A PLURALITY OF ADDRESSABLE UNITS BY A SINGLE ADDRESS WORD |
| 09/107,526 | 6377549 | US | CALL ADMISSION CONTROL SYSTEM FOR WIRELESS ATM NETWORKS |
| 09/343,910 | 6381471 | US | DUAL BAND RADIO TELEPHONE WITH DEDICATED RECEIVE AND TRANSMIT ANTENNAS |
| 09/287,428 | 6388715 | US | TELEVISION RECEIVER |
| 09/220,292 | 6389072 | US | MOTION ANALYSIS BASED BUFFER REGULATION SCHEME |
| 09/186,249 | 6393155 | US | ERROR REDUCTION IN TRANSFORMED DIGITAL DATA |
| 09/337,845 | 6393439 | US | STORED DATA OBJECT MARKING FOR GARBAGE COLLECTORS |
| 09/456,899 | 6405027 | US | GROUP CALL FOR A WIRELESS MOBILE COMMUNICATION DEVICE USING BLUETOOTH |
| 09/070,216 | 6407993 | US | FLEXIBLE TWO-WAY TELECOMMUNICATION SYSTEM |
| 09/328,968 | 6408293 | US | AN INTERACTIVE FRAMEWORK FOR UNDERSTANDING USER'S PERCEPTION OF MULTIMEDIA DATA |
| 09/177,962 | 6412013 | US | SYSTEM FOR CONTROLLING DATA OUTPUT TO A NETWORK |
| 09/819,285 | 6424323 | US | ELECTRONIC DEVICE HAVING A DISPLAY |
| 09/475,050 | 6424344 | US | APPARATUS FOR PROVIDING A VISUAL NAVIGATION INTERFACE |

| Application Number | Patent Number | Country | Title |
|---|---|---|---|
| 09/474,090 | 6438361 | US | APPARATUS AND METHOD FOR AUTOMATIC SELECTION OF BROADBAND FREQUENCY CHANNEL USING DOUBLE FREQUENCY CONVERSION |
| 09/559,896 | 6442204 | US | VIDEO ENCODING METHOD AND SYSTEM |
| 09/417,660 | 6445387 | US | INTERFACE METHOD FOR SEARCHING VIRTUAL SPACE BASED ON BODY ICON |
| 09/467,591 | 6445921 | US | CALL RE-ESTABLISHMENT FOR A DUAL MODE TELEPHONE |
| 09/548,112 | 6452515 | US | VIDEO ENCODER AND DECODER |
| 08/994,873 | 6453416 | US | SECURE PROXY SIGNING DEVICE AND METHOD OF USE |
| 09/583,942 | 6458080 | US | MANAGING PARAMETERS EFFECTING THE COMPREHENSIVE HEALTH OF A USER |
| 09/404,716 | 6463174 | US | MACROBLOCK-BASED SEGMENTATION AND BACKGROUND MOSAICKING METHOD |
| 09/003,988 | 6466686 | US | SYSTEM AND METHOD FOR TRANSFORMING FINGERPRINTS TO IMPROVE RECOGNITION |
| 09/343,607 | 6467088 | US | RECONFIGURATION MANAGER FOR CONTROLLING UPGRADES OF ELECTRONIC DEVICES |
| 09/833,848 | 6469665 | US | TIME OF ARRIVAL ESTIMATION POSITIONING SYSTEMS |
| 09/264,060 | 6470006 | US | TIMING CONTROL OF TRANSMISSION TIME SLOT |
| 09/477,771 | 6470345 | US | REPLACEMENT OF SUBSTRINGS IN FILE/DIRECTORY PATHNAMES WITH NUMERIC TOKENS |
| 09/203,786 | 6483881 | US | METHOD OF REDUCING COMPLEXITY USING STATISTICS OF PATH METRICS IN A TRELLIS DECODER |
| 09/030,595 | 6487306 | US | SYSTEM AND METHOD FOR DERIVING A STRING-BASED REPRESENTATION OF AN (FINGERPRINT) IMAGE |
| 09/533,485 | 6487563 | US | MEMORY RECLAMATION METHOD |
| 09/537,821 | 6502110 | US | MEMORY RECLAMATION METHOD AND APPARATUS |
| 09/318,324 | 6512929 | US | TELECOMMUNICATION ASSEMBLY |
| 08/826,616 | 6515688 | US | VIEWER INTERACTIVE THREE-DIMENSIONAL WORKSPACE WITH A TWO-DIMENSIONAL WORKPLANE CONTAINING INTERACTIVE TWO-DIMENSIONAL IMAGES |
| 09/303,316 | 6519005 | US | METHOD OF CONCURRENT MULTIPLE-MODE MOTION ESTIMATION FOR DIGITAL VIDEO |
| 09/537,822 | 6526421 | US | METHOD OF SCHEDULING GARBAGE COLLECTION |

| Application Number | Patent Number | Country | Title |
|---|---|---|---|
| 09/533,487 | 6567469 | US | MOTION ESTIMATION ALGORITHM SUITABLE FOR H.261 VIDEOCONFERENCING APPLICATIONS |
| 09/527,198 | 6571260 | US | MEMORY RECLAMATION METHOD |
| 09/497,138 | 6584229 | US | MACROBLOCK-BASED OBJECT-ORIENTED CODING METHOD OF IMAGE SEQUENCE HAVING A STATIONARY BACKGROUND |
| 09/182,698 | 6584423 | US | METHOD OF COMMUNICATION BETWEEN REMOTE TERMINALS AND A CENTRAL STATION |
| 09/826,027 | 6590125 | US | BLUE LIGHT-EMITTING POLYMER PREPARED USING A FLUORINATED TETRAPHENYL MONOMER AND AN EL DEVICE MANUFACTURED USING THE POLYMER |
| 09/209,064 | 6590903 | US | METHOD FOR THE TRANSMISSION OF AN ASYNCHRONOUS DATA STREAM VIA A SYNCHRONOUS DATA BUS, AND CIRCUIT ARRANGEMENT FOR CARRYING OUT THE METHOD |
| 09/394,556 | 6598020 | US | ADAPTIVE EMOTION AND INITIATIVE GENERATOR FOR CONVERSATIONAL SYSTEMS |
| 09/425,658 | 6600902 | US | MULTIPLE LINK DATA OBJECT CONVEYING METHOD FOR CONVEYING DATA OBJECTS TO WIRELESS STATIONS |
| 09/422,371 | 6603740 | US | LOCAL AREA NETWORK WITH A BRIDGE TERMINAL FOR TRANSMITTING DATA BETWEEN A PLURALITY OF SUB-NETWORKS AND FOR LOOP DETECTION |
| 09/786,292 | 6615335 | US | COMPRESSED STORAGE OF INFORMATION |
| 09/709,260 | 6618445 | US | SCALABLE MPEG-2 VIDEO DECODER |
| 09/712,678 | 6631163 | US | DYNAMIC ADAPTATION OF COMPLEXITY IN AN MPEG-2 SCALABLE DECODER |
| 09/422,736 | 6650648 | US | AUTOMATIC CONFIGURATION OF A BRIDGE TERMINAL FOR TRANSMITTING DATA BETWEEN A PLURALITY OF SUB-NETWORKS IN A LOCAL AREA NETWORK |
| 09/394,803 | 6658388 | US | PERSONALITY GENERATOR FOR CONVERSATIONAL SYSTEMS |
| 09/607,597 | 6678535 | US | PERVASIVE DOCK AND ROUTER WITH COMMUNICATION PROTOCOL CONVERTER |
| 09/960,188 | 6678613 | US | METHOD AND APPARATUS FOR NOTIFYING A USER OF AN APPOINTMENT |
| 09/377,361 | 6707858 | US | LOW IF RECEIVER |

| Application Number | Patent Number | Country | Title |
|---|---|---|---|
| 09/282,638 | 6711294 | US | METHOD AND APPARATUS FOR REDUCING IMAGE DATA STORAGE AND PROCESSING BASED ON DEVICE SUPPORTED COMPRESSION TECHNIQUES |
| 09/616,229 | 6754373 | US | SYSTEM AND METHOD FOR MICROPHONE ACTIVATION USING VISUAL SPEECH CUES |
| 09/694,448 | 6766341 | US | FASTER TRANSFORMS USING SCALED TERMS |
| 10/226,963 | 6771193 | US | SYSTEM AND METHODS FOR EMBEDDING ADDITIONAL DATA IN COMPRESSED DATA STREAMS |
| 10/184,513 | 6774928 | US | MOBILE FOR VIDEO-CONFERENCING |
| 10/285,131 | 6798362 | US | POLYNOMIAL-TIME, SEQUENTIAL, ADAPTIVE SYSTEM AND METHOD FOR LOSSY DATA COMPRESSION |
| 10/077,061 | 6807604 | US | METHOD OF REFRESHING A DYNAMIC MEMORY |
| 10/234,888 | 6809662 | US | MODULATION CODE SYSTEM AND METHODS OF ENCODING AND DECODING A SIGNAL BY MULTIPLE INTEGRATION |
| 09/732,196 | 6809775 | US | TV RECEIVER APPARATUS AND RELATED METHOD |
| 09/996,003 | 6810083 | US | METHOD AND SYSTEM FOR ESTIMATING OBJECTIVE QUALITY OF COMPRESSED VIDEO DATA |
| 09/730,675 | 6810089 | US | BLOCK DETECTION METHOD FOR A CHANNEL SUBJECTED TO FADING |
| 10/186,646 | 6813692 | US | RECEIVER APPARATUS AND METHOD |
| 09/595,935 | 6836554 | US | SYSTEM AND METHOD FOR DISTORTING A BIOMETRIC FOR TRANSACTIONS WITH ENHANCED SECURITY AND PRIVACY |
| 10/011,880 | 6844878 | US | MEDIA PROCESSING REDUCTION IN HIDDEN AREAS |
| 09/699,609 | 6850948 | US | METHOD AND APPARATUS FOR COMPRESSING TEXTUAL DOCUMENTS |
| 09/773,422 | 6865387 | US | SOFTWARE RECONFIGURATION OF COMMUNICATIONS APPARATUS |
| 09/585,827 | 6876691 | US | METHOD OF AND RECEIVER FOR FREQUENCY ACQUISITION IN A FREQUENCY HOPPING SYSTEM |
| 10/082,872 | 6877068 | US | METHOD AND DEVICE FOR PREFETCHING A REFERENCED RESOURCE |
| 09/995,489 | 6882991 | US | SEARCH METHOD IN A HIERARCHICAL OBJECT STRUCTURE |
| 09/822,435 | 6891892 | US | MPEG-2 DECODER WITH AN EMBEDDED CONTRAST ENHANCEMENT FUNCTION AND METHODS THEREFOR |

| Application Number | Patent Number | Country | Title |
|---|---|---|---|
| 10/086,741 | 6895118 | US | METHOD OF CODING DIGITAL IMAGES BASED ON ERROR CONCEALMENT |
| 10/057,670 | 6907074 | US | APPARATUS AND METHOD FOR PERFORMING MIXED MOTION ESTIMATION BASED ON HIERARCHICAL SEARCH |
| 09/823,486 | 6909746 | US | FAST ROBUST DATA COMPRESSION METHOD AND SYSTEM |
| 09/811,637 | 6910207 | US | METHOD OF EXECUTING A COMPUTER PROGRAM WITH AN INTERPRETER, COMPUTER SYSTEM AND COMPUTER PROGRAM PRODUCT |
| 09/734,782 | 6912579 | US | SYSTEM AND METHOD FOR CONTROLLING AN APPARATUS HAVING A DEDICATED USER INTERFACE FROM A BROWSER |
| 09/165,683 | 6918123 | US | CALLS IDENTIFY SCENARIO FOR CONTROL OF SOFTWARE OBJECTS VIA PROPERTY ROUTES |
| 09/837,036 | 6925126 | US | DYNAMIC COMPLEXITY PREDICTION AND REGULATION OF MPEG2 DECODING IN A MEDIA PROCESSOR |
| 10/029,811 | 6925197 | US | METHOD AND SYSTEM FOR NAME-FACE/VOICE-ROLE ASSOCIATION |
| 10/331,915 | 6926572 | US | FLAT PANEL DISPLAY DEVICE AND METHOD OF FORMING PASSIVATION FILM IN THE FLAT PANEL DISPLAY DEVICE |
| 08/901,338 | 6944221 | US | BUFFER MANAGEMENT IN VARIABLE BIT-RATE COMPRESSION SYSTEMS |
| 10/119,852 | 6944229 | US | APPARATUS AND METHOD FOR MPEG DECODING USING DYNAMIC FREQUENCY AND VOLTAGE SCALING |
| 10/024,611 | 6944579 | US | SIGNAL SEPARATION METHOD, SIGNAL PROCESSING APPARATUS, IMAGE PROCESSING APPARATUS, MEDICAL IMAGE PROCESSING APPARATUS AND STORAGE MEDIUM FOR RESTORING MULTIDIMENSIONAL SIGNALS FROM OBSERVED DATA IN WHICH MULTIPLE SIGNALS ARE MIXED |
| 10/456,501 | 6945869 | US | APPARATUS AND METHOD FOR VIDEO BASED SHOOTING GAME |
| 10/637,843 | 6946995 | US | MICROSTRIP PATCH ANTENNA AND ARRAY ANTENNA USING SUPERTRATE |
| 10/077,059 | 6952450 | US | UNEQUAL ERROR PROTECTION OF VIDEO BASED ON MOTION VECTOR CHARACTERISTICS |
| 09/552,650 | 6954634 | US | RECONFIGURABLE COMMUNICATION NETWORK |

| Application Number | Patent Number | Country | Title |
|---|---|---|---|
| 10/323,227 | 6961594 | US | MOBILE DEVICE POWER SAVING |
| 09/891,430 | 6963756 | US | ELECTRONIC EQUIPMENT COMPRISING A RETRACTABLE SCREEN |
| 09/481,771 | 6964048 | US | METHOD FOR DYNAMIC LOANING IN RATE MONOTONIC REAL-TIME SYSTEMS |
| 09/571,456 | 6965582 | US | CELLULAR RADIO COMMUNICATION SYSTEM |
| 10/121,583 | 6965699 | US | CAMERA INFORMATION CODING/DECODING METHOD FOR SYNTHESIZING STEREOSCOPIC REAL VIDEO AND A COMPUTER GRAPHIC IMAGE |
| 09/822,457 | 6967944 | US | INCREASING LINK CAPACITY VIA CONCURRENT TRANSMISSIONS IN CENTRALIZED WIRELESS LANS |
| 09/730,655 | 6967968 | US | COMMUNICATION NETWORK HAVING MINIMIZED ROUNDTRIP CONTENTION DELAY |
| 10/334,837 | 6970149 | US | ACTIVE MATRIX ORGANIC LIGHT EMITTING DIODE DISPLAY PANEL CIRCUIT |
| 10/041,937 | 6980112 | US | EMERGENCY CALL PATIENT LOCATING SYSTEM FOR IMPLANTED AUTOMATIC DEFIBRILLATORS |
| 10/334,409 | 6980351 | US | ELECTROPHORETIC DISPLAY |
| 09/797,085 | 6980522 | US | AD-HOC RADIO COMMUNICATION SYSTEM |
| 09/806,091 | 6983013 | US | METHOD AND DEVICE FOR ENCODING VIDEO SIGNAL |
| 09/914,240 | 6985526 | US | SNR SCALABLE VIDEO ENCODING METHOD AND CORRESPONDING DECODING METHOD |
| 10/127,528 | 6985635 | US | SYSTEM AND METHOD FOR PROVIDING A SINGLE-LAYER VIDEO ENCODED BITSTREAMS SUITABLE FOR REDUCED-COMPLEXITY DECODING |
| 10/033,649 | 6988067 | US | LSF QUANTIZER FOR WIDEBAND SPEECH CODER |
| 09/460,944 | 6988276 | US | IN-HOUSE TV TO TV CHANNEL PEEKING |
| 10/743,459 | 6992637 | US | SLOT ANTENNA HAVING SLOTS FORMED ON BOTH SIDES OF DIELECTRIC SUBSTRATE |
| 10/109,772 | 6993182 | US | METHOD AND APPARATUS FOR DETECTING SCENE CHANGES IN VIDEO USING A HISTOGRAM OF FRAME DIFFERENCES |
| 10/146,399 | 6999515 | US | ENCODING BLOCK-ORGANIZED DATA |
| 10/038,987 | 7003497 | US | SYSTEM AND METHOD FOR CONFIRMING ELECTRONIC TRANSACTIONS |
| 10/267,705 | 7006701 | US | SEQUENTIAL DIGITAL IMAGE COMPRESSION |
| 09/840,812 | 7010034 | US | VIDEO COMPRESSION |

| Application Number | Patent Number | Country | Title |
|---|---|---|---|
| 10/082,860 | 7012960 | US | METHOD OF TRANSCODING AND TRANSCODING DEVICE WITH EMBEDDED FILTERS |
| 10/255,327 | 7016668 | US | METHOD AND APPARATUS FOR A RECONFIGURABLE MULTI-MEDIA SYSTEM |
| 10/089,959 | 7016676 | US | METHOD, NETWORK AND CONTROL STATION FOR THE TWO-WAY ALTERNATE CONTROL OF RADIO SYSTEMS OF DIFFERENT STANDARDS IN THE SAME FREQUENCY BAND |
| 10/014,190 | 7020336 | US | IDENTIFICATION AND EVALUATION OF AUDIENCE EXPOSURE TO LOGOS IN A BROADCAST EVENT |
| 09/718,246 | 7034866 | US | COMBINED DISPLAY-CAMERA FOR AN IMAGE PROCESSING SYSTEM |
| 09/962,659 | 7039585 | US | METHOD AND SYSTEM FOR SEARCHING RECORDED SPEECH AND RETRIEVING RELEVANT SEGMENTS |
| 11/024,568 | 7042401 | US | TRAPEZOID ULTRA WIDE BAND PATCH ANTENNA |
| 10/043,053 | 7047309 | US | LOAD BALANCING AND DYNAMIC CONTROL OF MULTIPLE DATA STREAMS IN A NETWORK |
| 09/944,306 | 7049954 | US | DATA TRANSMISSION SYSTEM |
| 10/033,806 | 7051120 | US | HEALTHCARE PERSONAL AREA IDENTIFICATION NETWORK METHOD AND SYSTEM |
| 10/653,804 | 7054470 | US | SYSTEM AND METHOD FOR DISTORTION CHARACTERIZATION IN FINGERPRINT AND PALM-PRINT IMAGE SEQUENCES AND USING THIS DISTORTION AS A BEHAVIORAL BIOMETRICS |
| 10/172,416 | 7054497 | US | METHOD AND SYSTEM FOR OPTIMIZING IMAGE SHARPNESS DURING CODING AND IMAGE ENHANCEMENT |
| 09/961,995 | 7058083 | US | NETWORK INTERFACE DRIVER AND METHOD |
| 09/933,552 | 7058879 | US | DATA TRANSMISSION SYSTEM, EQUIPMENT SUITABLE FOR SUCH A SYSTEM AND DATA TRANSMISSION METHOD |
| 10/169,346 | 7058951 | US | METHOD AND A SYSTEM FOR ALLOCATION OF A BUDGET TO A TASK |
| 10/359,710 | 7072513 | US | METHOD OF SEGMENTING HANDWRITTEN TOUCHING NUMERAL STRINGS HAVING NON-VERTICAL SEGMENTATION LINE |
| 10/513,012 | 7072671 | US | RADIO SYSTEM, APPARATUS, AND METHOD OF OPERATING THE RADIO SYSTEM |
| 09/973,312 | 7075917 | US | WIRELESS NETWORK WITH A DATA EXCHANGE ACCORDING TO THE ARQ |

| Application Number | Patent Number | Country | Title |
|---|---|---|---|
| | | | METHOD |
| 10/184,875 | 7079670 | US | APPARATUS AND METHOD FOR AUTHENTICATING A USER BY EMPLOYING FEATURE POINTS OF A FINGERPRINT IMAGE OF THE USER |
| 10/155,211 | 7092448 | US | METHOD AND SYSTEM FOR ESTIMATING NO-REFERENCE OBJECTIVE QUALITY OF VIDEO DATA |
| 09/838,010 | 7092549 | US | METHOD AND APPARATUS FOR REMOVING DEFECTS IN AN IMAGE SEQUENCE |
| 10/175,413 | 7092694 | US | WIRELESS COMMUNICATION SYSTEM HAVING A GUEST TRANSMITTER AND A HOST RECEIVER |
| 09/942,634 | 7093298 | US | APPARATUS AND METHOD FOR SECURITY OBJECT ENHANCEMENT AND MANAGEMENT |
| 09/810,015 | 7095328 | US | SYSTEM AND METHOD FOR NON INTRUSIVE MONITORING OF AT RISK INDIVIDUALS |
| 10/749,606 | 7099686 | US | MICROSTRIP PATCH ANTENNA HAVING HIGH GAIN AND WIDEBAND |
| 09/730,679 | 7103070 | US | TRANSMISSION SYSTEM COMPRISING A STATION OF A FIRST TYPE AND A STATION OF A SECOND TYPE AND SYNCHRONIZATION METHOD |
| 10/153,256 | 7103340 | US | ANTENNA DIVERSITY ARRANGEMENT |
| 10/650,406 | 7106264 | US | BROADBAND SLOT ANTENNA AND SLOT ARRAY ANTENNA USING THE SAME |
| 10/124,009 | 7107111 | US | TRICK PLAY FOR MP3 |
| 10/065,802 | 7107445 | US | METHOD AND APPARATUS FOR SECURE PROCESSING OF SENSITIVE DATA |
| 10/298,968 | 7110047 | US | SIGNIFICANT SCENE DETECTION AND FRAME FILTERING FOR A VISUAL INDEXING SYSTEM USING DYNAMIC THRESHOLDS |
| 10/080,184 | 7110366 | US | APPARATUS AND METHOD FOR PEER-TO-PEER LINK MONITORING OF A WIRELESS NETWORK WITH CENTRALIZED CONTROL |
| 09/822,452 | 7113074 | US | METHOD AND SYSTEM FOR AUTOMATICALLY CONTROLLING A PERSONALIZED NETWORKED ENVIRONMENT |
| 10/202,660 | 7117258 | US | METHOD AND APPARATUS FOR ASSIGNING IP ADDRESS USING AGENT IN ZERO CONFIGURATION NETWORK |
| 10/078,936 | 7120209 | US | REDUCED COMPLEXITY INTERCARRIER INTERFERENCE CANCELLATION |

| Application Number | Patent Number | Country | Title |
|---|---|---|---|
| 09/877,344 | 7123658 | US | SYSTEM AND METHOD FOR CREATING MULTI-PRIORITY STREAMS |
| 09/449,250 | 7123745 | US | METHOD AND APPARATUS FOR DETECTING MOVING OBJECTS IN VIDEO CONFERENCING AND OTHER APPLICATIONS |
| 09/806,565 | 7137126 | US | CONVERSATIONAL COMPUTING VIA CONVERSATIONAL VIRTUAL MACHINE |
| 10/059,441 | 7139017 | US | METHOD AND SYSTEM FOR OBTAINING THE BEST PICTURE QUALITY IN A SCARCE-POWER DEVICE |
| 10/124,061 | 7149159 | US | METHOD AND APPARATUS FOR EDITING DATA STREAMS |
| 10/024,779 | 7151767 | US | METHOD AND APPARATUS FOR SYNCHRONIZING FREQUENCY HOPPING TRANSCEIVERS |
| 10/082,858 | 7151916 | US | METHOD OF RECEIVING A SIGNAL AND A RECEIVER |
| 10/029,825 | 7164671 | US | OVERLAPPING NETWORK ALLOCATION VECTOR (ONAV) FOR AVOIDING COLLISION IN THE IEEE 802.11 WLAN OPERATING UNDER HCF |
| 09/773,418 | 7167454 | US | RADIO COMMUNICATION SYSTEM |
| 10/957,749 | 7170355 | US | VOLTAGE-CONTROLLED OSCILLATOR USING CURRENT FEEDBACK NETWORK |
| 10/028,378 | 7170566 | US | FAMILY HISTOGRAM BASED TECHNIQUES FOR DETECTION OF COMMERCIALS AND OTHER VIDEO CONTENT |
| 10/257,204 | 7171169 | US | NETWORK WITH ADAPTATION OF THE MODULATION METHOD |
| 09/929,118 | 7171206 | US | METHOD AND SYSTEM FOR TRANSFERRING A COMMUNICATION SESSION |
| 10/480,660 | 7174135 | US | WIDEBAND SIGNAL TRANSMISSION SYSTEM |
| 10/147,974 | 7177345 | US | DEMODULATING DEVICE AND METHOD FOR W-CDMA BASE STATION |
| 11/180,726 | 7183149 | US | METHOD OF MANUFACTURING FIELD EFFECT TRANSISTOR |
| 10/477,871 | 7190408 | US | TV-RECEIVER, IMAGE DISPLAY APPARATUS, TV-SYSTEM AND METHOD FOR DISPLAYING AN IMAGE |
| 10/135,337 | 7193989 | US | RADIO COMMUNICATION ARRANGEMENTS |
| 10/135,353 | 7193991 | US | RADIO COMMUNICATION ARRANGEMENTS |
| 10/211,416 | 7194018 | US | APPARATUS FOR SEARCHING MULTIPATH IN SPREAD SPECTRUM COMMUNICATIONS SYSTEM AND METHOD THEREOF |
| 10/621,461 | 7197598 | US | APPARATUS AND METHOD FOR FILE-LEVEL |

| Application Number | Patent Number | Country | Title |
|---|---|---|---|
| | | | STRIPING |
| 09/923,868 | 7206285 | US | METHOD FOR SUPPORTING NON-LINEAR, HIGHLY SCALABLE INCREASE-DECREASE CONGESTION CONTROL SCHEME |
| 10/330,800 | 7215635 | US | APPARATUS FOR TRANSMITTING AND RECEIVING SIGNAL USING ORTHOGONAL CODES AND NON-BINARY VALUES IN CDMA/OFDM SYSTEM AND METHOD THEREOF |
| 09/855,115 | 7215706 | US | VIDEO SIGNAL ENCODING AND BUFFER MANAGEMENT |
| 09/819,279 | 7227579 | US | LIGHT MODULATION REMOVER |
| 10/523,619 | 7230579 | US | DIRECTIONAL DUAL FREQUENCY ANTENNA ARRANGEMENT |
| 10/182,158 | 7242719 | US | A METHOD AND APPARATUS FOR SPACE-SAVING-VARIABLE LENGTH ENCODING AND DECODING |
| 10/119,577 | 7245592 | US | ALIGNING 802.11E HCF AND 802.11H TPC OPERATIONS |
| 10/547,585 | 7283832 | US | METHOD AND SYSTEM FOR ESTABLISHING WIRELESS PEER-TO-PEER COMMUNICATIONS |
| 10/547,586 | 7286841 | US | METHOD AND SYSTEM FOR MAINTAINING UPLINK SYNCHRONIZATION WITH PEER-TO-PEER COMMUNICATION IN WIRELESS COMMUNICATION SYSTEM |
| 10/551,312 | 7308266 | US | METHOD AND SYSTEM FOR PEER-TO-PEER COMMUNICATION MANAGEMENT IN WIRELESS COMMUNICATION NETWORKS |
| 10/264,904 | 7308466 | US | MEMORY RECLAMATION METHOD |
| 11/182,927 | 7502335 | US | METHOD FOR ALLOCATING IP ADDRESSES FOR PEER-TO-PEER WIRELESS INSTANT MESSAGING AND OTHER DATA COMMUNICATIONS |
| 11/091,242 | 7672255 | US | MOBILE INSTANT MESSAGING CONFERENCING METHOD AND SYSTEM |
| 10/544,773 | 7681227 | US | GENERATION OF ENCRYPTED VIDEO INFORMATION |
| 10/562,538 | 7738778 | US | SYSTEM AND METHOD FOR GENERATING A MULTIMEDIA SUMMARY OF MULTIMEDIA STREAMS |
| 11/042,620 | 7773550 | US | PEER-TO-PEER MOBILE DATA TRANSFER METHOD AND DEVICE |
| 11/288,505 | 7817606 | US | METHOD FOR ESTABLISHING NETWORK CONNECTIONS BETWEEN STATIONARY TERMINALS AND REMOTE DEVICES THROUGH MOBILE DEVICES |

| Application Number | Patent Number | Country | Title |
|---|---|---|---|
| 11/776,420 | 7853500 | US | SYSTEM AND METHOD FOR DETERMINING RIGHT OF ACCESS |
| 12/691,594 | 7940704 | US | MOBILE INSTANT MESSAGING CONFERENCING METHOD AND SYSTEM |
| 10/817,994 | 7961663 | US | PEER-TO-PEER MOBILE INSTANT MESSAGING METHOD AND DEVICE |
| 12/832,576 | 7969925 | US | PEER-TO-PEER MOBILE DATA TRANSFER METHOD AND DEVICE |
| 10/016,325 | 8001052 | US | SYSTEM & METHOD FOR UNIQUE DIGITAL ASSET IDENTIFICATION AND TRANSACTION MANAGEMENT |
| 12/966,673 | 8117113 | US | SYSTEM & METHOD FOR DETERMINING RIGHT OF ACCESS |
| 12/103,604 | 8200581 | US | DIGITAL MEDIA ASSET CONVERSION SYSTEM AND METHOD |
| 2012100461 | 2012100461 | AU | LOCAL AREA ADVERTISEMENT MANAGEMENT |
| 2012100463 | 2012100463 | AU | RENEWABLE RESOURCE DISTRIBUTION MANAGEMENT SYSTEM |
| 2011101297 | 2011101297 | AU | REMOTE RECOGNITION OF AN ASSOCIATION BETWEEN REMOTE DEVICES |
| 2013101034 | 2013101034 | AU | REGISTRATION AND AUTHENTICATION OF COMPUTING DEVICES USING A DIGITAL SKELETON KEY |
| 2011101296 | 2011101296 | AU | HARDWARE IDENTIFICATION THROUGH COOKIES |
| 2013100369 | 2013100369 | AU | UNIQUE DEVICE IDENTIFICATION AMONG LARGE POPULATIONS OF HOMOGENEOUS DEVICES |
| 2013100802 | 2013100802 | AU | DEVICE AUTHENTICATION USING INTER-PERSON MESSAGE METADATA |
| 2013100259 | 2013100259 | AU | MIGRATION OF USAGE SESSIONS BETWEEN DEVICES |
| 2012100459 | 2012100459 | AU | PERSONAL CONTROL OF PERSONAL INFORMATION |
| 2012100470 | 2012100470 | AU | ANONYMOUS WHISTLE BLOWER SYSTEM WITH REPUTATION REPORTING OF ANONYMOUS WHISTLE BLOWERS |
| 2012100464 | 2012100464 | AU | COMPUTER BASED COMPARISON OF HUMAN INDIVIDUALS |
| 2013100243 | 2013100243 | AU | PEDESTRIAN TRAFFIC MONITORING AND ANALYSIS |
| 2013100804 | 2013100804 | AU | PREDICTIVE DELIVERY OF INFORMATION BASED ON DEVICE HISTORY |
| 2012100465 | 2012100465 | AU | HEALTH ASSESSMENT BY REMOTE PHYSICAL EXAMINATION |

| Application Number | Patent Number | Country | Title |
|---|---|---|---|
| 2012100458 | 2012100458 | AU | LOCAL AREA SOCIAL NETWORKING |
| 2012100460 | 2012100460 | AU | METHOD AND SYSTEM FOR IMPLEMENTING ZONE-RESTRICTED BEHAVIOR OF A COMPUTING DEVICE |
| 2012100462 | 2012100462 | AU | NEAR-FIELD AUTHENTICATION THROUGH COMMUNICATION OF ENCLOSED CONTENT SOUND WAVES |
| 2013100883 | 2013100883 | AU | DETECTION OF DEVICE TAMPERING |
| 2013100355 | 2013100355 | AU | DEVICE-SPECIFIC CONTENT DELIVERY |
| 10165951.4 | 2273371 | DE | FAILOVER PROCEDURE FOR SERVER SYSTEM |
| 60 2008 039 553.7 | 2203815 | DE | INSTALLING PROTECTED SOFTWARE PRODUCT USING UNPROTECTED INSTALLATION |
| 60 2010 023 538.6 | 2273411 | DE | SYSTEMS AND METHODS FOR DETERMINING AUTHORIZATION TO OPERATE LICENSED SOFTWARE BASED ON A CLIENT DEVICE FINGERPRINT |
| 10168528.7 | 2282474 | DE | SYSTEM AND METHOD FOR SECURED MOBILE COMMUNICATION |
| 60 2010 031 589.4 | 2267966 | DE | SYSTEM AND METHOD FOR SECURING AN ELECTRONIC COMMUNICATION |
| EP 10166779.8 | 2270703 | EP | SYSTEMS AND METHODS FOR PROVIDING CONDITIONAL AUTHORIZATION TO OPERATE LICENSED SOFTWARE |
| EP 10165956.3 | 2264975 | EP | SYSTEM AND METHOD FOR REDUNDANCY IN A COMMUNICATION NETWORK |
| EP 10165951.4 | EP 2273371 | EP | FAILOVER PROCEDURE FOR SERVER SYSTEM |
| EP 10165196.6 | | EP | SECURING EXECUTABLE CODE INTEGRITY USING AUTO-DERIVATIVE KEY |
| EP 10165197.4 | 2264640 | EP | FEATURE-SPECIFIC KEYS FOR EXECUTABLE CODE |
| 8831302.8 | 2203815 | EP | INSTALLING PROTECTED SOFTWARE PRODUCT USING UNPROTECTED INSTALLATION |
| 10165175 | 2273411 | EP | SYSTEMS AND METHODS FOR DETERMINING AUTHORIZATION TO OPERATE LICENSED SOFTWARE BASED ON A CLIENT DEVICE FINGERPRINT |
| EP 10168528.7 | 2282474 | EP | SYSTEM AND METHOD FOR SECURED MOBILE COMMUNICATION |
| EP 10188068.0 | 2282474 | EP | SYSTEM AND METHOD FOR DEVICE AUTHENTICATION WITH BUILT-IN TOLERANCE |
| EP 10165171.9 | 2267966 | EP | SYSTEM AND METHOD FOR SECURING AN ELECTRONIC COMMUNICATION |

| Application Number | Patent Number | Country | Title |
|---|---|---|---|
| 10166788.9 | EP2270704 | EP | SYSTEMS AND METHODS FOR AUDITING SOFTWARE USAGE USING A COVERT KEY |
| EP 10165179.2 | 2273438 | EP | USE OF A FINGERPRINT WITH AN ON-LINE OR NETWORKED AUCTION |
| 10165951.4 | 2273371 | GB | FAILOVER PROCEDURE FOR SERVER SYSTEM |
| EP08831302.8 | EP2203815 | GB | INSTALLING PROTECTED SOFTWARE PRODUCT USING UNPROTECTED INSTALLATION |
| 10165175 | 2273411 | GB | SYSTEMS AND METHODS FOR DETERMINING AUTHORIZATION TO OPERATE LICENSED SOFTWARE BASED ON A CLIENT DEVICE FINGERPRINT |
| 10168528.7 | 2282474 | GB | SYSTEM AND METHOD FOR SECURED MOBILE COMMUNICATION |
| 10165171.9 | 2267966 | GB | SYSTEM AND METHOD FOR SECURING AN ELECTRONIC COMMUNICATION |
| 12/819,046 | | US | SYSTEMS AND METHODS FOR PROVIDING CONDITIONAL AUTHORIZATION TO OPERATE LICENSED SOFTWARE |
| 12/818,906 | 8239852 | US | REMOTE UPDATE OF COMPUTERS BASED ON PHYSICAL DEVICE RECOGNITION |
| 14/867,976 | 9558636 | US | AUTOMATIC TELLER MACHINE INVENTORY AND DISTRIBUTION SYSTEM |
| 15/417,748 | | US | AUTOMATIC TELLER MACHINE INVENTORY AND DISTRIBUTION SYSTEM |
| 14/825,120 | | US | VERIFICATION THAT AN AUTHENTICATED USER IS IN PHYSICAL POSSESSION OF A CLIENT DEVICE |
| 12/468,288 | 8812701 | US | DEVICE AND METHOD FOR SECURED COMMUNICATION |
| 12/813,362 | 8452960 | US | SYSTEM AND METHOD FOR CONTENT DELIVERY |
| 12/813,378 | 8736462 | US | SYSTEM AND METHOD FOR TRAFFIC INFORMATION DELIVERY |
| 12/813,391 | 8903653 | US | SYSTEM AND METHOD FOR LOCATING NETWORK NODES |
| 12/813,420 | 9141489 | US | FAILOVER PROCEDURE FOR SERVER SYSTEM |
| 13/707,454 | | US | RENEWABLE RESOURCE DISTRIBUTION MANAGEMENT SYSTEM |
| 12/792,184 | | US | SECURING EXECUTABLE CODE INTEGRITY USING AUTO-DERIVATIVE KEY |
| 12/792,206 | | US | FEATURE-SPECIFIC KEYS FOR EXECUTABLE CODE |
| 12/903,980 | 8769296 | US | SOFTWARE SIGNATURE TRACKING |

| Application Number | Patent Number | Country | Title |
|---|---|---|---|
| 12/235,243 | 8160962 | US | INSTALLING PROTECTED SOFTWARE PRODUCT USING UNPROTECTED INSTALLATION IMAGE |
| 13/269,415 | 8671060 | US | POST-PRODUCTION PREPARATION OF AN UNPROTECTED INSTALLATION IMAGE FOR DOWNLOADING AS A PROTECTED SOFTWARE PRODUCT |
| 14/524,939 | | US | ELECTRONIC MAIL SENDER VERIFICATION |
| 12/828,473 | 8213907 | US | SYSTEM AND METHOD FOR SECURED MOBILE COMMUNICATION |
| 13/586,111 | 8693473 | US | REMOTE RECOGNITION OF AN ASSOCIATION BETWEEN REMOTE DEVICES |
| 13/692,843 | | US | DATA REPOSITORY AUTHENTICATION |
| 13/832,982 | 9286466 | US | REGISTRATION AND AUTHENTICATION OF COMPUTING DEVICES USING A DIGITAL SKELETON KEY |
| 13/914,584 | 9143496 | US | DEVICE AUTHENTICATION USING DEVICE ENVIRONMENT INFORMATION |
| 14/176,906 | | US | REMOTE RECOGNITION OF AN ASSOCIATION BETWEEN REMOTE DEVICES |
| 14/794,121 | | US | SECURE TWO-STAGE TRANSACTIONS |
| 15/048,466 | | US | REGISTRATION AND AUTHENTICATION OF COMPUTING DEVICES USING A DIGITAL SKELETON KEY |
| 12/903,948 | 8316421 | US | SYSTEM AND METHOD FOR DEVICE AUTHENTICATION WITH BUILT-IN TOLERANCE |
| 11/531,235 | 7934250 | US | METHOD AND APPARATUS FOR USING PERFORMANCE AND STRESS TESTING ON COMPUTING DEVICES FOR DEVICE AUTHENTICATION |
| 11/531,257 | 7987362 | US | METHOD AND APPARATUS FOR USING IMPERFECTIONS IN COMPUTING DEVICES FOR DEVICE AUTHENTICATION |
| 13/235,281 | | US | PSYCHOGRAPHIC DEVICE FINGERPRINTING |
| 13/621,809 | 9571492 | US | HARDWARE IDENTIFICATION THROUGH COOKIES |
| 13/911,574 | 8695068 | US | DEVICE AUTHENTICATION USING DISPLAY DEVICE IRREGULARITY |
| 14/196,083 | 9578502 | US | DEVICE AUTHENTICATION USING INTER-PERSON MESSAGE METADATA |
| 14/179,292 | 9444802 | US | DEVICE AUTHENTICATION USING DISPLAY DEVICE IRREGULARITY |
| 15/416,920 | | US | HARDWARE IDENTIFICATION THROUGH COOKIES |

| Application Number | Patent Number | Country | Title |
|---|---|---|---|
| 14/050,213 | | US | MIGRATION OF USAGE SESSIONS BETWEEN DEVICES |
| 14/176,928 | | US | DEVICE-SPECIFIC RESTRICTIVE CONTENT DELIVERY |
| 14/196,065 | | US | SHARED STATE AMONG MULTIPLE DEVICES |
| 11/532,080 | 8284929 | US | SYSTEM OF DEPENDENT KEYS ACROSS MULTIPLE PIECES OF RELATED SCRAMBLED INFORMATION |
| 12/703,470 | 8838976 | US | WEB CONTENT ACCESS USING A CLIENT DEVICE IDENTIFIER |
| 12/903,959 | 9082128 | US | SYSTEM AND METHOD FOR TRACKING AND SCORING USER ACTIVITIES |
| 13/586,057 | 9338152 | US | PERSONAL CONTROL OF PERSONAL INFORMATION |
| 13/692,857 | 8881273 | US | DEVICE REPUTATION MANAGEMENT |
| 13/742,972 | | US | ANONYMOUS WHISTLE BLOWER SYSTEM WITH REPUTATION REPORTING OF ANONYMOUS WHISTLE BLOWER |
| 13/743,162 | 8521874 | US | COMPUTER-BASED COMPARISON OF HUMAN INDIVIDUALS |
| 13/944,622 | | US | EMPLOYEE PERFORMANCE EVALUATION |
| 13/944,618 | | US | INCLUDING USAGE DATA TO IMPROVE COMPUTER-BASED TESTING OF APTITUDE |
| 13/916,945 | 8892642 | US | COMPUTER-BASED COMPARISON OF HUMAN INDIVIDUALS |
| 14/510,965 | 9311485 | US | DEVICE REPUTATION MANAGEMENT |
| 14/049,841 | 9571981 | US | PEDESTRIAN TRAFFIC MONITORING AND ANALYSIS USING LOCATION AND AUTHENTICATION OF MOBILE COMPUTING DEVICES |
| 14/188,063 | 9414199 | US | PREDICTIVE DELIVERY OF INFORMATION BASED ON DEVICE HISTORY |
| 15/415,726 | | US | PEDESTRIAN TRAFFIC MONITORING AND ANALYSIS |
| 13/743,198 | 9449151 | US | HEALTH ASSESSMENT BY REMOTE PHYSICAL EXAMINATION |
| 15/268,845 | | US | HEALTH ASSESSMENT BY REMOTE PHYSICAL EXAMINATION |
| 11/470,246 | 7804079 | US | METHOD AND APPARATUS FOR USING IMPERFECTIONS AND IRREGULARITIES IN OPTICAL MEDIA FOR IDENTIFICATION PURPOSES |
| 13/657,859 | | US | LOCAL AREA SOCIAL NETWORKING |
| 14/983,281 | | US | MOBILE DEVICE MONITORING AND ANALYSIS |

| Application Number | Patent Number | Country | Title |
|---|---|---|---|
| 12/818,981 | | US | SYSTEM AND METHOD FOR MONITORING EFFICACY OF ONLINE ADVERTISING |
| 12/272,570 | 8566960 | US | SYSTEM AND METHOD FOR ADJUSTABLE LICENSING OF DIGITAL PRODUCTS |
| 12/784,380 | 9633183 | US | MODULAR SOFTWARE PROTECTION |
| 12/784,262 | 8423473 | US | SYSTEMS AND METHODS FOR GAME ACTIVATION |
| 12/784,447 | | US | SYSTEM AND METHOD FOR MEDIA DISTRIBUTION |
| 12/140,917 | 7908662 | US | SYSTEM AND METHOD FOR AUDITING SOFTWARE USAGE |
| 15/483,392 | | US | MODULAR SOFTWARE PROTECTION |
| 12/792,249 | 8495359 | US | SYSTEM AND METHOD FOR SECURING AN ELECTRONIC COMMUNICATION |
| 13/707,886 | 8949954 | US | CUSTOMER NOTIFICATION PROGRAM ALERTING CUSTOMER-SPECIFIED NETWORK ADDRESS OF UNAUTHORIZED ACCESS ATTEMPTS TO CUSTOMER ACCOUNT |
| 13/734,175 | | US | METHOD AND SYSTEM FOR IMPLEMENTING ZONE-RESTRICTED BEHAVIOR OF A COMPUTING DEVICE |
| 13/734,178 | 9564952 | US | NEAR FIELD AUTHENTICATION THROUGH COMMUNICATION OF ENCLOSED CONTENT SOUND WAVES |
| 14/074,153 | 8881280 | US | DEVICE-SPECIFIC CONTENT DELIVERY |
| 14/530,529 | 9294491 | US | DEVICE-SPECIFIC CONTENT DELIVERY |
| 15/424,298 | | US | NEAR FIELD AUTHENTICATION THROUGH COMMUNICATION OF ENCLOSED CONTENT SOUND WAVES |
| 12/390,273 | 8374968 | US | LICENSE AUDITING FOR DISTRIBUTED APPLICATIONS |
| 12/819,012 | | US | SYSTEM AND METHOD FOR PIRACY REDUCTION IN SOFTWARE ACTIVATION |
| 12/818,934 | 9129097 | US | SYSTEMS AND METHODS FOR AUDITING SOFTWARE USAGE USING A COVERT KEY |
| 13/239,260 | | US | LICENSE AUDITING OF SOFTWARE USAGE BY ASSOCIATING SOFTWARE ACTIVATIONS WITH DEVICE IDENTIFIERS |
| 12/792,442 | | US | SYSTEM AND METHOD FOR PREVENTING MULTIPLE ONLINE PURCHASES |
| 12/792,375 | 9075958 | US | USE OF FINGERPRINT WITH AN ON-LINE OR NETWORKED AUCTION |
| 13/961,774 | | US | SYSTEM AND METHOD FOR PREVENTING MULTIPLE ONLINE PURCHASES |

# Exhibit C
to
Turner Declaration

## PAYOFF AND TERMINATION AGREEMENT

This Payoff and Termination Agreement, dated as of May 3, 2018 (this "Termination Agreement"), by and among Uniloc USA, Inc., a Texas corporation ("Issuer"), Uniloc Luxembourg S.A., a public limited liability company (*société anonyme*), incorporated under the laws of the Grand Duchy of Luxembourg, with registered office at 15, rue Edward Steichen, L-2540 Luxembourg, Grand Duchy of Luxembourg and registered with the Luxembourg Register of Commerce and Companies (R.C.S. Luxembourg) under number B 159.161 ("Uniloc Lux"), Uniloc Corporation PTY Limited ("Uniloc Aus"), D/A Investment Holdings LLC ("D/A Investment Holdings"), Uniloc USA Holdings, LLC, a Delaware limited liability company ("Uniloc USA Holdings" and, together with Issuer, Uniloc Lux, Uniloc Aus and D/A Investment Holdings, "Uniloc Entities"), Fortress Credit Co LLC, as collateral agent ("Collateral Agent"), CF DB EZ LLC, a Delaware limited liability company ("CF DB") and CF DB EZ 2017 LLC, a Delaware limited liability company ("CF DB 2017" and, together with CF DB, "Purchasers" and, together with Collateral Agent, "Fortress Entities"). Capitalized terms used but not defined herein shall have the meanings ascribed to such terms in the Revenue Sharing Agreement (as hereinafter defined).

WHEREAS, Issuer, Uniloc Lux, Uniloc Aus, D/A Investment Holdings, Collateral Agent and Purchasers are party to that certain Revenue Sharing and Note and Warrant Purchase Agreement, dated as of December 30, 2014, as amended on February 24, 2015, May 27, 2016 and May 15, 2017 (the "Revenue Sharing Agreement"), pursuant to which (a) Purchasers acquired, and Issuer granted, issued and sold to Purchasers, (i) the Revenue Stream and (ii) the Notes and (b) Purchasers purchased from Uniloc Lux, and Uniloc Lux issued and sold to Purchasers, the Warrants, in each case, subject to the terms of the Revenue Sharing Agreement;

WHEREAS, in connection with the consummation of the transactions contemplated by the Revenue Sharing Agreement, (a) Uniloc Lux, Uniloc Aus, Issuer and Collateral Agent entered into that certain Security Agreement, dated as of December 30, 2014 (the "Security Agreement"), (b) Uniloc Aus, Uniloc Lux, D/A Investment Holdings and Collateral Agent entered into that certain Guaranty Agreement, dated as of December 30, 2014 (the "Guaranty Agreement"), (c) Uniloc Lux and Collateral Agent entered into that certain Account Pledge Agreement, dated December 30, 2014 (the "Account Pledge Agreement"), (d) Uniloc Lux, Issuer and Collateral Agent entered into that certain Patent License Agreement, dated as of December 30, 2014 (the "Patent License Agreement"), (e) Uniloc Lux, Uniloc Aus and Collateral Agent entered into that certain Patent Security Agreement, dated as of December 30, 2014 (the "Patent Security Agreement"), (f) Uniloc Lux, Uniloc Aus, Issuer, Collateral Agent and U.S. Bank National Association ("Depositary Bank") entered into that certain Blocked Account Control Agreement, dated as of December 30, 2014 (the "Blocked Account Control Agreement") and (g) Uniloc Aus, CF DB and Uniloc USA Holdings entered into that certain Limited Liability Company Agreement of Uniloc USA Holdings, dated as of February 20, 2015 (the "Uniloc USA Holdings LLC Agreement");

WHEREAS, pursuant to that certain Asset Purchase Agreement, dated as of March 28, 2018 (the "Asset Purchase Agreement"), by and between Uniloc 2017 LLC, a Delaware limited liability company ("Uniloc 2017") and Uniloc Lux, Uniloc Lux shall sell to Uniloc 2017, and

Uniloc 2017 shall purchase from Uniloc Lux, certain assets, and in connection therewith, Uniloc 2017 shall assume certain liabilities and obligations of Uniloc Lux relating thereto, all upon the terms and subject to the conditions set forth therein; and

WHEREAS, in connection with and subject to the consummation of the transactions contemplated by the Asset Purchase Agreement, the parties hereto desire to (a) terminate the Notes, the Revenue Sharing Agreement, the Security Agreement, the Guaranty Agreement, the Account Pledge Agreement, the Patent License Agreement, the Patent Security Agreement and the Blocked Account Control Agreement and (b) cause CF BD to withdraw as a member of Uniloc USA Holdings in accordance with Section 7.1 of the Uniloc USA Holdings LLC Agreement and thereafter to cause the dissolution of Uniloc USA Holdings in accordance with Section 9.1 of the Uniloc USA Holdings LLC Agreement and to terminate all rights and obligations of CF DB thereunder.

NOW, THEREFORE, in consideration of the premises set forth above and other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, the parties hereto hereby agree as follows:

1.      Payoff of Notes; Termination of Agreements.

(a)     The parties hereto hereby acknowledge and agree that $ $26,411,613 (the "Payoff Amount") is the entirety of the amount to be paid as of close of business on the date hereof to pay in full all obligations owing to Purchasers by Uniloc Lux, Uniloc Aus, Issuer and D/A Investment Holdings pursuant to the Revenue Sharing Agreement and the Notes.

(b)     The payment of the Payoff Amount, in immediately available funds in accordance with the amounts and wire transfer instructions set forth on Schedule 1 hereto, shall constitute payment and satisfaction in full of all amounts owing by Uniloc Lux, Uniloc Aus, Issuer and D/A Investment Holdings to Purchasers, including principal, interest, premiums, fees, costs, expenses and all other amounts, assuming the transactions contemplated by the Asset Purchase Agreement are consummated on the date hereof.

(c)     Upon receipt of the Payoff Amount by Purchasers, Purchasers agree that automatically (and without requirement of further action by any person) (i) neither Uniloc Lux, Uniloc Aus, Issuer nor D/A Investment Holdings nor any of their respective Affiliates shall have any further obligation or liability to Purchasers or any Affiliate thereof in respect of the Notes and (ii) the Notes shall be irrevocably terminated and released and have no further force or effect, except with respect to provisions that expressly survive the terms thereof.

(d)     Upon receipt of the Payoff Amount by Purchasers, the parties hereto hereby agree that:

(i)      Each of the Revenue Sharing Agreement, the Security Agreement, the Guaranty Agreement, the Account Pledge Agreement, the Patent License Agreement, the Patent Security Agreement and (subject to Section 1(d)(ii)) the Blocked Account Control Agreement shall terminate and shall be of no further force or effect without any further documentation or action and without liability to any party hereto, and the rights of each of the applicable parties under the applicable agreement shall terminate;

2

CONFIDENTIAL ATTORNEYS' EYES ONLY          UNILOC_APPLE_2017_17352

(ii)     Following the termination described in <u>Section 1(d)(i)</u>, Collateral Agent shall deliver a writing to Depositary Bank providing that (x) Collateral Agent releases Depositary Bank from any further obligation to comply with instructions originated by Collateral Agent with respect to the Deposit Account (as such term is defined in the Blocked Account Control Agreement) and (y) the Blocked Account Control Agreement shall be terminated in accordance with Section 8 thereof;

(iii)     Following the termination described in <u>Section 1(d)(i)</u>, Uniloc Lux and Collateral Agent shall deliver a written notice to the Account Bank (as such term is defined in the Account Pledge Agreement) stating that the parties to the Account Pledge Agreement have terminated such agreement and that the Pledge (as such term is defined in the Account Pledge Agreement) has been released;

(iv)     Following the termination described in <u>Section 1(d)(i)</u>, CF DB shall withdraw as a member of Uniloc USA Holdings in accordance with Section 7.1 of the Uniloc USA Holdings LLC Agreement, at which time the Class B Units (as such term is defined in the Uniloc USA Holdings LLC Agreement) shall be redeemed by Uniloc USA Holdings for the sum of $1.00; and

(v)     Following the withdrawal described in <u>Section 1(d)(iv)</u>, the Note Obligations (as such term is defined in the Revenue Sharing Agreement) and the Revenue Stream (as such term is defined in the Revenue Sharing Agreement) shall be deemed to have been repaid in full and the board of managers of Uniloc USA Holdings shall wind up the affairs of Uniloc USA Holdings in accordance with Section 9.1 of the Uniloc USA Holdings LLC Agreement.

(e)     For the avoidance of doubt, the Warrants and the Warrant Agreement shall not be amended, modified or terminated by this Termination Agreement and shall survive in accordance with their terms.

2.     <u>Mutual Release</u>.

(a)     In consideration of the covenants, agreements and undertakings of the parties hereto contained herein, each of Uniloc Entities, on behalf of itself and its respective present and former, direct and indirect, parents, subsidiaries, Affiliates, employees, officers, directors, shareholders, members, agents, representatives, permitted successors and assigns (collectively, "<u>Uniloc Releasors</u>") hereby releases, waives and forever discharges Fortress Entities and their respective present and former, direct and indirect, parents, subsidiaries, Affiliates, employees, officers, directors, shareholders, members, agents, representatives, permitted successors and assigns (collectively, "<u>Fortress Releasees</u>") of and from any and all actions, causes of action, suits, losses, liabilities, rights, debts, dues, sums of money, accounts, reckonings, obligations, costs, expenses, liens, bonds, bills, specialties, covenants, contracts, controversies, agreements, promises, variances, trespasses, damages, judgments, extents, executions, claims, and demands, of every kind and nature whatsoever, whether now known or unknown, foreseen or unforeseen, matured or unmatured, suspected or unsuspected, in law, admiralty or equity (collectively, "<u>Claims</u>"), which any of such Uniloc Releasors ever had, now have, or hereafter can, shall, or may have against any of such Fortress Releasees arising out of or

3

in connection with any of the Notes, the Revenue Sharing Agreement, the Security Agreement, the Guaranty Agreement, the Account Pledge Agreement, the Patent License Agreement, the Patent Security Agreement, the Blocked Account Control Agreement (subject <u>Section 1(d)(iii)</u> of this Agreement) and the Uniloc USA Holdings LLC Agreement (other than the rights provided in Article 9 of the Uniloc USA Holdings LLC Agreement solely with respect to the Class A Member (as such term is defined in the Uniloc USA Holdings LLC Agreement)) (collectively, the "<u>Released Agreements</u>"); <u>provided</u>, that the foregoing release shall not apply to the Asset Purchase Agreement or to the transactions entered into by any of the parties hereto or their respective Affiliates in connection with the Asset Purchase Agreement. Each Uniloc Releasor understands that it may later discover Claims or facts that may be different from, or in addition to, those that it or any other Uniloc Releasor now knows or believes to exist regarding the subject matter of this release, and which, if known at the time of signing this Termination Agreement, may have materially affected this Termination Agreement and any decision of any party hereto to enter into it and grant the release contained herein. Nevertheless, Uniloc Releasors intend to fully, finally and forever settle and release all Claims that now exist, may exist or previously existed, as set out in the release contained herein, whether known or unknown, foreseen or unforeseen or suspected or unsuspected, and the release given herein is and will remain in effect as a complete release, notwithstanding the discovery or existence of such additional or different facts. Uniloc Releasors hereby waive any right or Claim that might arise as a result of such different or additional Claims or facts.

(b)     In consideration of the covenants, agreements and undertakings of the parties hereto contained herein, each of Fortress Entities, on behalf of itself and its respective present and former, direct and indirect, parents, subsidiaries, Affiliates, employees, officers, directors, shareholders, members, agents, representatives, permitted successors and assigns (collectively, "<u>Fortress Releasors</u>") hereby releases, waives and forever discharges Uniloc Entities and their respective present and former, direct and indirect, parents, subsidiaries, Affiliates, employees, officers, directors, shareholders, members, agents, representatives, permitted successors and assigns (collectively, "<u>Uniloc Releasees</u>") of and from any and all Claims which any of such Fortress Releasors ever had, now have, or hereafter can, shall, or may have against any of such Uniloc Releasees arising out of or in connection with any of the Released Agreements; <u>provided,</u> that the foregoing release shall not apply to (x) the Asset Purchase Agreement or to the transactions entered into by any of the parties hereto or their respective Affiliates in connection with the Asset Purchase Agreement or (y) any provision of any Released Agreement that survives the termination of such Released Agreement in accordance with its terms (including any provision for indemnification by any of Uniloc Releasees in favor of any of Fortress Releasors). Each Fortress Releasor understands that it may later discover Claims or facts that may be different from, or in addition to, those that it or any other Fortress Releasor now knows or believes to exist regarding the subject matter of this release, and which, if known at the time of signing this Termination Agreement, may have materially affected this Termination Agreement and any decision of any party hereto to enter into it and grant the release contained herein. Nevertheless, Fortress Releasors intend to fully, finally and forever settle and release all Claims that now exist, may exist or previously existed, as set out in the release contained herein, whether known or unknown, foreseen or unforeseen or suspected or unsuspected, and the release given herein is and will remain in effect as a complete release, notwithstanding the discovery or existence of such additional or different facts. Fortress

4

CONFIDENTIAL ATTORNEYS' EYES ONLY

Releasors hereby waive any right or Claim that might arise as a result of such different or additional Claims or facts.

(c) For the avoidance of doubt, and notwithstanding anything to the contrary in this Termination Agreement, the Revenue Sharing Agreement or the Uniloc USA Holdings LLC Agreement, this <u>Section 2</u> shall apply to any taxes or similar fees, assessments or charges of Issuer, Uniloc Lux or Uniloc USA Holdings, which shall be solely the responsibility of Issuer, Uniloc Lux, Uniloc USA Holdings or Uniloc Aus, as applicable, from and after the date of this Termination Agreement.

3. <u>Representations and Warranties</u>. Each party hereto hereby represents and warrants to the other parties hereto that (a) such party is duly incorporated or organized and validly existing under the laws of its jurisdiction of incorporation or formation, (b) such party has the full power and authority to execute and deliver this Termination Agreement, (c) this Termination Agreement has been duly and validly executed and delivered by such party and constitutes a legal, valid and binding obligation of such party, enforceable in accordance with its terms and (d) there are no claims, actions, suits, proceedings, inquiries, investigations or arbitrations by or before any governmental, regulatory, administrative, judicial or arbitral body pending or threatened (i) affecting such party or, if applicable, its officers or directors, in each case, in regards to their actions as they relate to any of the agreements terminated hereunder, (ii) to restrain or prevent the consummation of the transactions contemplated hereby or (iii) that might affect the right of such party to be party to the applicable agreements being terminated hereunder, nor is there any basis for any of the foregoing.

4. <u>Miscellaneous</u>.

(a) This Termination Agreement and all disputes or controversies arising out of or relating to this Termination Agreement are governed by the laws of shall be governed by, and construed in accordance with, the laws of the State of Delaware, without regard to the laws of any other jurisdiction that might be applied because of the conflicts of laws principles of the State of Delaware. EACH PARTY TO THIS AGREEMENT HEREBY IRREVOCABLY WAIVES ALL RIGHT TO A TRIAL BY JURY IN ANY ACTION, PROCEEDING OR COUNTERCLAIM ARISING OUT OF OR RELATING TO THIS TERMINATION AGREEMENT OR THE MATTERS CONTEMPLATED HEREBY. Each of the parties hereto irrevocably agrees that any legal action or proceeding arising out of or relating to this Termination Agreement brought by any party hereto or its successors or assigns against another party hereto shall be brought and determined in the Court of Chancery of the State of Delaware; <u>provided</u>, that if jurisdiction is not then available in the Court of Chancery of the State of Delaware, then any such legal action or proceeding may be brought in any federal court located in the State of Delaware or any other Delaware state court, and each of the parties hereto hereby irrevocably submits to the exclusive jurisdiction of the aforesaid courts for itself and with respect to its property, generally and unconditionally, with regard to any such action or proceeding arising out of or relating to this Termination Agreement and the matters contemplated hereby. Each of the parties hereto agrees not to commence any action, suit or proceeding relating thereto except in the courts described above in Delaware, other than actions in any court of competent jurisdiction to enforce any judgment, decree or award rendered by any such court in Delaware as described herein. Each of the parties hereto further agrees that notice as provided herein shall

CONFIDENTIAL ATTORNEYS' EYES ONLY UNILOC_APPLE_2017_17355

constitute sufficient service of process and the parties hereto further waive any argument that such service is insufficient. Each of the parties hereto hereby irrevocably and unconditionally waives, and agrees not to assert, by way of motion or as a defense, counterclaim or otherwise, in any action or proceeding arising out of or relating to this Termination Agreement or the transactions contemplated hereby, (i) any claim that it is not personally subject to the jurisdiction of the courts in Delaware as described herein for any reason, (ii) that it or its property is exempt or immune from jurisdiction of any such court or from any legal process commenced in such courts (whether through service of notice, attachment prior to judgment, attachment in aid of execution of judgment, execution of judgment or otherwise) and (iii) that (x) the suit, action or proceeding in any such court is brought in an inconvenient forum, (y) the venue of such suit, action or proceeding is improper or (z) this Termination Agreement, or the subject matter hereof, may not be enforced in or by such courts.

(b)     Whenever possible, each provision or portion of any provision of this Agreement shall be interpreted in such manner as to be effective and valid under applicable law, but if any provision or portion of any provision of this Agreement is held to be invalid, illegal or unenforceable in any respect under any applicable law or rule in any jurisdiction, such invalidity, illegality or unenforceability shall not affect any other provision or portion of any provision in such jurisdiction, and this Agreement shall be reformed, construed and enforced in such jurisdiction as if such invalid, illegal or unenforceable provision or portion of any provision had never been contained herein.

(c)     This Termination Agreement (i) will inure to the benefit of, and be binding upon, the permitted successors and assigns of the parties hereto, (ii) may be executed in two or more counterparts, and any party hereto may execute such a counterpart by facsimile or pdf signature, each of which will be deemed to be an original and all of which counterparts taken together will constitutes one and the same instrument, (iii) together with any annexes, schedules or exhibits hereto, constitutes the entire agreement of the parties hereto with respect to the subject matter hereof and supersedes all prior written agreements and understandings and all prior and contemporaneous oral agreements and understandings among the parties hereto, (iv) may not be assigned by any party hereto to any other person or entity without the prior written consent of the other parties hereto and (v) may not be amended without the written consent or agreement of the parties hereto.

(d)     Any notice pursuant to this Termination Agreement shall be in writing and shall be deemed duly given (i) on the date of delivery if delivered personally, or if by e-mail, upon written confirmation of receipt by e mail or otherwise or (ii) on the first Business Day following the date of dispatch if delivered utilizing a next-day service by a recognized next-day courier.

*Remainder of page left intentionally blank; signature pages follow.*

6

**CONFIDENTIAL ATTORNEYS' EYES ONLY**                    **UNILOC_APPLE_2017_17356**

UNILOC LUXEMBOURG S.À R.L.

By: _____
Name:  Craig Etchegoyen
Title: Class A Manager


By: _____
Name:  Ivona Falda
Title: Class B Manager

**CONFIDENTIAL ATTORNEYS' EYES ONLY**

UNILOC USA, INC.

By: _____
    Name:  Sean D. Burdick
    Title:  President

*[Signature Page to Payoff and Termination Agreement]*

CONFIDENTIAL ATTORNEYS' EYES ONLY

UNILOC USA HOLDINGS, LLC

By: _____

Name:  Sean D. Burdick

Title:  President

**CONFIDENTIAL ATTORNEYS' EYES ONLY**

**D/A INVESTMENT HOLDINGS LLC**

By:    Uniloc Luxembourg, S.A.,
       the Managing Member

      By:  Craig Etchegoyen
      Title:  CEO

*[Signature Page to Payoff and Termination Agreement]*

**CONFIDENTIAL ATTORNEYS' EYES ONLY**

UNILOC CORPORATION PTY LIMITED

By: _____
Name: Craig Etchegoyen
Title: CEO

*[Signature Page to Payoff and Termination Agreement]*

**CONFIDENTIAL ATTORNEYS' EYES ONLY**

**CF DB EZ 2017 LLC**

By: _____

    Name:  CONSTANTINE M. DAKOLIAS
    Title:    PRESIDENT

*[Signature Page to Payoff and Termination Agreement]*

**CONFIDENTIAL ATTORNEYS' EYES ONLY**

**UNILOC_APPLE_2017_17362**

**CF DB EZ LLC**



By: _____
   Name:   CONSTANTINE M. DAKOLIAS
   Title:      PRESIDENT

*[Signature Page to Payoff and Termination Agreement]*

**CONFIDENTIAL ATTORNEYS' EYES ONLY**

IN WITNESS WHEREOF, the parties hereto have executed this Termination Agreement as of the date first written above.

**FORTRESS CREDIT CO LLC**

By: _____

    Name:
    Title:

        **CONSTANTINE M. DAKOLIAS**
          **PRESIDENT**

*[Signature Page to Payoff and Termination Agreement]*

**CONFIDENTIAL ATTORNEYS' EYES ONLY**

# Schedule 1

Payment Instructions



| Purchaser | Payoff Amount | Wire Instructions |
|-----------|---------------|-------------------|
|           |               |                   |
|           |               |                   |

CONFIDENTIAL ATTORNEYS' EYES ONLY

# Exhibit D
## to
## Turner Declaration

**AMENDED AND RESTATED NOTE PURCHASE AND SECURITY AGREEMENT**

This Amended and Restated Note Purchase and Security Agreement (as amended, restated, amended and restated, supplemented or otherwise modified from time to time, this "<u>Agreement</u>") is entered into as of November 16, 2018 (the "<u>Effective Date</u>") by and between Uniloc 2017 LLC, a Delaware limited liability company ("<u>Company</u>"), and CF Uniloc Holdings LLC, a Delaware limited liability company, as the purchaser ("<u>Purchaser</u>") and as the collateral agent (in such capacity, "<u>Collateral Agent</u>"). The parties hereto are sometimes referred to herein as a "<u>Party</u>" or, collectively, as the "<u>Parties</u>".

**RECITALS**

WHEREAS, the Parties are party to that certain Note Purchase and Security Agreement, dated as of May 3, 2018 (the "<u>Original Note Purchase Agreement</u>"), pursuant to which Purchaser purchased (the "<u>Note Purchase</u>") from Company promissory notes in the form attached as <u>Exhibit A</u> (each as amended, restated, amended and restated, supplemented or otherwise modified from time to time, the "<u>Notes</u>") in an aggregate principal amount of $54,241,109 (the "<u>Note Purchase Amount</u>"); and

WHEREAS, the Parties have agreed to amend and restate the Original Note Purchase Agreement in its entirety as set forth herein.

NOW, THEREFORE, for valuable consideration, the receipt and sufficiency of which are hereby acknowledged, the Parties hereby agree as follows:

**AGREEMENT**

1. **DEFINITIONS**.

    1.1    <u>Certain Defined Terms</u>. As used in this Agreement, the following terms shall have the following respective meanings:

    "<u>Affiliate</u>" means with respect to any Person, a Person that owns or controls directly or indirectly the Person, any Person that controls or is controlled by or is under common control with the Person, and each of that Person's senior executive officers, directors, partners and, for any Person that is a limited liability company, that Person's managers and members; provided, however, that (i) none of Parties or their parent companies or Affiliates shall be deemed to be an Affiliate of any Party or its parent company or Affiliates and (ii) none of Parties or their parent companies or Affiliates shall be deemed to be an Affiliate of Company or any of its Affiliates.

    "<u>Business Day</u>" means any day that is not a Saturday, a Sunday or other day on which banks are required or authorized by law to be closed in The City of New York.

    "<u>Change of Control</u>" means at any time, any Person or "group" (within the meaning of Rules 13d-3 and 13d-5 under the Exchange Act of 1934, as amended) shall have acquired beneficial ownership of more than 50% on a fully diluted basis of the voting and/or economic interest in the equity interests of Company or shall have obtained the power (whether or not

exercised) to elect a majority of the members of the board of managers (or similar governing body) of Company.

"Contingent Obligation" means for any Person, any direct or indirect liability, contingent or not, of that Person for (a) any Indebtedness, lease, dividend, letter of credit or other obligation of another such as an obligation directly or indirectly guaranteed, endorsed, co-made, discounted or sold with recourse by that Person, or for which that Person is directly or indirectly liable, (b) any obligations for undrawn letters of credit for the account of that Person and (c) all obligations from any interest rate, currency or commodity swap agreement, interest rate cap or collar agreement, or other agreement or arrangement designated to protect a Person against fluctuation in interest rates, currency exchange rates or commodity prices; but "Contingent Obligation" does not include endorsements in the ordinary course of business. The amount of a Contingent Obligation is the stated or determined amount of the primary obligation for which the Contingent Obligation is made or, if not determinable, the maximum reasonably anticipated liability for it determined by the Person in good faith but the amount may not exceed the maximum of the obligations under any guarantee or other support arrangement.

"Equity Interests" means all shares, interests, participation or other equivalents, however designated, of or in a corporation or limited liability company, whether or not voting, including but not limited to common stock, member interests, warrants, preferred stock, convertible debentures, and all agreements, instruments and documents convertible, in whole or in part, into any one or more or all of the foregoing.

"Etchegoyen" means Craig S. Etchegoyen, an individual.

"GAAP" means generally accepted accounting principles in the United States, as amended from time to time.

"Governmental Authority" means any United States or non-United States federal, national, supranational, state, provincial, local or similar government, governmental, regulatory or administrative authority, branch, agency or commission or any court, tribunal, or arbitral or judicial body (including any grand jury).

"Heads of Agreement" means that certain Heads of Agreement, by and between Purchaser Parent and Etchegoyen, dated as of May 3, 2018.

"Indebtedness" means, without duplication, (a) indebtedness for borrowed money or the deferred price of property or services, such as reimbursement and other obligations for surety bonds and letters of credit, (b) obligations evidenced by notes, bonds, debentures or similar instruments, (c) capital lease obligations, (d) all indebtedness created or arising under any conditional sale or other title retention agreement with respect to property acquired by such Person (even though the rights and remedies of the seller or lender under such agreement in the event of default are limited to repossession or sale of such property), (e) all Indebtedness referred to above secured by (or for which the holder of such Indebtedness has an existing right, contingent or otherwise, to be secured by) any Lien upon or in property or other assets (including accounts and contract rights) owned by such Person, even though such Person has not assumed or become liable for the payment of such Indebtedness, (f) all obligations of such Person issued or assumed as the

deferred purchase price of property or services (excluding trade accounts and accrued expenses payable in the ordinary course of business) and (g) Contingent Obligations with respect to Indebtedness described in *clauses (a)* through *(f)* of this definition.

"License Agreements" means, collectively, (a) that certain License Agreement, by and between Company and Uniloc Luxembourg, S.A., dated as of May 3, 2018; and (b) that certain License Agreement, by and between Company and Uniloc Licensing EU S.à. r.l., dated as of May 3, 2018.

"Lien" means any mortgage, deed of trust, or pledge, security interest, hypothecation, assignment, assigned deposit, arrangement, encumbrance, encroachment, lien (statutory or otherwise), claim, option, reservation or defect of any kind, or preference, or priority, or other security agreement or preferential arrangement of any kind of or nature whatsoever (including, without limitation, any conditional sale or other title retention agreement, any financing statement under the UCC, or under the comparable law of any other jurisdiction).

"Net Insurance/Condemnation Proceeds" means an amount equal to (a) the cash proceeds (including cash equivalents) received (as and when received) (i) under any casualty insurance policy in respect of a covered loss thereunder of any asset or property or (ii) as a result of the taking of any asset or property by any Person pursuant to the power of eminent domain, condemnation or otherwise, or pursuant to a sale of any such asset or property to a purchaser with such power under threat of such a taking, net of (b) (i) selling costs and out-of-pocket expenses (including reasonable broker's fees or commissions, legal fees, transfer and similar taxes and income taxes paid or payable (as determined by Company)) in connection with such event, (ii) amounts provided as a reserve, in accordance with GAAP, against any liabilities under any indemnification obligations or purchase price adjustment associated with such event; provided, that to the extent and at the time any such amounts are released from such reserve, such amounts shall constitute Net Insurance/Condemnation Proceeds, (iii) the principal amount, premium or penalty, if any, interest and other amounts on any Indebtedness (other than the Notes) which is secured by the asset or property subject to such event and which is required to be repaid or otherwise comes due or would be in default under the terms thereof as a result of such event (other than any such Indebtedness assumed by the purchaser of such asset or property) and (iv) the reasonable out-of-pocket costs of putting any affected asset or property in a safe and secure position.

"Net Proceeds" means an amount equal to (a) with respect to any disposition or sale of any asset or property, the cash proceeds (including cash equivalents) received (as and when received) net of (i) selling costs and out-of-pocket expenses (including reasonable broker's fees or commissions, legal fees, transfer and similar taxes and income taxes paid or payable (as determined by Company)) in connection with such disposition or sale, (ii) amounts provided as a reserve, in accordance with GAAP, against any liabilities under any indemnification obligations or purchase price adjustment associated with such disposition or sale; provided, that to the extent and at the time any such amounts are released from such reserve, such amounts shall constitute Net Proceeds, (iii) the principal amount, premium or penalty, if any, interest and other amounts on any Indebtedness (other than the Notes) which is secured by the asset or property sold in such disposition or sale and which is required to be repaid or otherwise comes due or would be in default under the terms thereof as a result of such disposition or sale (other than any such Indebtedness

assumed by the purchaser of such asset or property) and (iv) cash escrows (until released from escrow to Company or any of its subsidiaries) from the sale price for such disposition or sale and (b) with respect to any issuance or incurrence of Indebtedness or Equity Interests, the cash proceeds (including cash equivalents) received (as and when received), net of all taxes and customary fees, commissions, costs, underwriting discounts and other fees and expenses incurred in connection therewith.

"Note Documents" means this Agreement, any Notes, any Intellectual Property Security Agreements and any other agreements or documents executed and delivered in connection with the foregoing.

"Operating Agreement" means that certain Second Amended and Restated Operating Agreement of Company, by and among Company, Purchaser, Etchegoyen and Uniloc Management LLC, dated as of the date hereof.

"Permitted Indebtedness" means (a) Company's Indebtedness to Purchaser under this Agreement, (b) any Liens securing such Indebtedness and (c) any extensions, refinancings, modifications, amendments and restatements of such Indebtedness.

"Person" means any individual, sole proprietorship, partnership, limited liability company, joint venture, company, trust, unincorporated organization, association, corporation, institution, public benefit corporation, firm, joint stock company, estate, entity or government agency.

"Purchase Agreement" means that certain Asset Purchase Agreement, by and between Company and Uniloc Luxembourg S.A., dated as of March 28, 2018.

"Purchaser" has the meaning set forth in the preamble hereto.

"Purchaser Parent" means Fortress Credit Corp., a Delaware corporation.

"Secured Obligations" means all money, debts, obligations and liabilities which now are or have been or at any time hereafter may be or become due, owing or incurred by Company to Purchaser, whether direct or indirect, absolute or contingent, due or to become due, or now existing or hereafter incurred, and which, in all instances, arise under, out of, or in connection with this Agreement, any Note, any other Note Document, whether on account of principal, interest (including, without limitation, interest accruing on the Note and interest accruing after the filing of any petition in bankruptcy, or the commencement of any insolvency, reorganization or like proceeding, relating to Company, whether or not a claim for post-filing or post-petition interest is allowed in such proceeding), reimbursement obligations, fees, indemnities, costs, expenses, or otherwise.

"Services Agreement" means that certain Services Agreement, by and between Company and Uniloc Licensing USA LLC, dated as of the date hereof.

"Solvent" means, with respect to Company, that (a) the fair salable value of Company's assets on a consolidated basis (including goodwill minus disposition costs) exceeds

the fair value of their liabilities on a consolidated basis, (b) Company does not have unreasonably small capital and (c) Company is able to pay its debts (including trade debts) as they mature.

"<u>Transaction Documents</u>" means the Operating Agreement, the Purchase Agreement, the Note Documents, the License Agreements, the Services Agreement and the Heads of Agreement.

"<u>UCC</u>" means the Uniform Commercial Code of the State of New York as in effect on the date hereof and as amended from time to time hereafter.

"<u>Uniloc Management LLC</u>" means Uniloc Management LLC, a Delaware limited liability company.

1.2    <u>Table of Definitions</u>. The following terms have the meanings set forth in the Sections referenced below:

**Definitions**                                                                                    **Sections**

After-Acquired Intellectual Property ...........................................................*Section 4.9(d)*
Agreement.........................................................................................................*Preamble*
Collateral..........................................................................................................*Section 4.1*
Collateral Agent................................................................................................*Preamble*
Company ...........................................................................................................*Preamble*
Default Rate ......................................................................................................*Section 3.2*
Effective Date ...................................................................................................*Preamble*
Event of Default................................................................................................*Section 8*
Intellectual Property Collateral .........................................................................*Section 4.9*
Intellectual Property Security Agreement.......................................................... *Section 4.9(c)*
Investor Parties..................................................................................................*Section 7.4(b)*
Maturity Date....................................................................................................*Section 3.1*
Note Purchase ...................................................................................................*Recitals*
Note Purchase Amount ......................................................................................*Recitals*
Notes ................................................................................................................*Recitals*
Outstanding Balance .........................................................................................*Section 3.2*
Parties................................................................................................................*Preamble*
Party .................................................................................................................*Preamble*
Permitted Liens .................................................................................................*Section 7.1(a)*
Purchaser...........................................................................................................*Preamble*
Securities Act....................................................................................................*Section 6.3*

**2.** **NOTE PURCHASE**. (a) Prior to the date hereof, Company has issued, and Purchaser has purchased, Notes in an aggregate amount equal to the Note Purchase Amount, and (b) on any date after the Effective Date, upon the mutual written consent of the Parties, Purchaser shall purchase from Company, and Company shall issue to Purchaser, additional Notes in an amount to be agreed upon by the Parties, in each case, upon the terms and subject to the conditions set forth in this Agreement.

**3.** **TERM; INTEREST; REPAYMENT; PREPAYMENT**.

3.1     Term. The Notes and all accrued and unpaid interest thereon and any and all other sums payable to Purchaser hereunder shall be repaid in the ordinary course in accordance with the terms hereof and shall, notwithstanding the foregoing, be due and payable in full on the date of any acceleration of the Notes in accordance with Section 8 (the "Maturity Date").

3.2     Interest; Repayment. Interest on the unpaid principal balance of the Notes (such balance as increased as provided below, the "Outstanding Balance") will accrue from the date of issuance at the rate of twenty percent (20.0%) *per annum*, calculated on the basis of a 360 day year and actual days elapsed; provided, that upon the occurrence and during the continuance of any Event of Default hereunder, including any failure to repay the Outstanding Balance in full, plus all accrued and unpaid interest thereon, on the Maturity Date, the Outstanding Balance will accrue at a rate of twenty-two percent (22.0%) *per annum* (the "Default Rate"). Accrued interest shall be added to the Outstanding Balance on a monthly basis on the last day of each month, commencing on the date of issuance, and no such accrued interest shall be due and payable prior to the Maturity Date. Company will repay the Outstanding Balance plus all accrued and unpaid interest thereon on the Maturity Date.

3.3     Prepayment. The Outstanding Balance and all accrued and unpaid interest thereon and any and all other sums payable to Purchaser hereunder may be prepaid, in whole or in part, without premium or penalty, by Company at any time upon providing Purchaser with at least five (5) Business Days' written notice of its intention to prepay, together with the proposed date and amount of such prepayment and evidence satisfactory to Purchaser, in its reasonable discretion, of Company's source of committed funding for such prepayment. The prepayment price will be equal to the Outstanding Balance plus any accrued and unpaid interest (or the applicable portion of the Outstanding Balance plus any accrued and unpaid interest).

3.4     Mandatory Prepayment upon First-Tier Distribution. In the event and on each occasion that, after the Effective Date, Company shall be in a position to make any cash distributions to the holder of the Class B Units (as such term is defined in the Operating Agreement) pursuant to the First-Tier Distribution (as such term is defined in the Operating Agreement), Company shall apply, on behalf of the holder of the Class B Units, all of such cash distribution(s) to prepay the Outstanding Balance in accordance with Section 7.2 of the Operating Agreement.

3.5     Mandatory Prepayment upon Issuance of Equity Interests. In the event and on each occasion that, after the Effective Date, Company shall receive Net Proceeds in respect of any issuance by Company of any Equity Interests (other than to Etchegoyen, Uniloc Management LLC or Purchaser (or any Affiliate thereof)), Company shall, no later than five (5) Business Days

following the receipt of such Net Proceeds, apply an amount equal to 100% of such Net Proceeds to prepay the Outstanding Balance, unless Purchaser shall, in its sole discretion, elect to decline such Net Proceeds in which case they may be retained by Company.

3.6     <u>Mandatory Prepayment upon Issuance of Indebtedness</u>. In the event and on each occasion that, after the Effective Date, Company shall receive Net Proceeds in respect of any issuance or incurrence of any Indebtedness for borrowed money of Company (other than any Permitted Indebtedness), Company shall, immediately upon the receipt of such Net Proceeds, apply an amount equal to 100% of such Net Proceeds to prepay the Outstanding Balance, unless Purchaser shall, in its sole discretion, elect to decline such Net Proceeds, in which case such Net Proceeds may be retained by Company.

3.7     <u>Mandatory Prepayment upon Casualty Events</u>. In the event and on each occasion that, after the Effective Date, Company shall receive Net Proceeds in respect of any Net Insurance/Condemnation Proceeds, Company shall, no later than ten (10) Business Days following the receipt of such Net Proceeds, apply an amount equal to 100% of such Net Proceeds, in excess of such threshold, to prepay the Outstanding Balance, unless Purchaser shall, in its sole discretion, elect to decline such Net Proceeds, in which case such Net Proceeds may be retained by Company.

3.8     <u>Mandatory Prepayment upon Change of Control</u>. In the event that a Change of Control occurs, Company shall immediately repay the Outstanding Balance in full.

3.9     <u>Mandatory Prepayment for Indemnity Claims</u>. In the event and on each occasion that, after the Effective Date, Company shall receive Net Proceeds in respect of any claims for indemnification pursuant to the Purchase Agreement, Company shall, no later than ten (10) Business Days following receipt of such Net Proceeds, apply an amount equal to 100% of such Net Proceeds to prepay the Outstanding Balance, unless Purchaser shall, in its sole discretion, elect to decline such Net Proceeds, in which case such Net Proceeds may be retained by Company.

4.     **COLLATERAL**.

4.1     <u>Security Interest</u>. This Agreement constitutes a "security agreement" within the meaning of the UCC. In order to secure payment and performance of the Secured Obligations, Company hereby grants, collaterally assigns, and pledges to Collateral Agent, for the benefit of Purchaser, a security interest in and Lien on all of Company's right, title, estate, claim and interest in and to any or all of the items listed on <u>Exhibit B</u> to this Agreement (collectively, the "<u>Collateral</u>").

4.2     <u>Care of Collateral</u>. Collateral Agent shall have the right, but not the obligation, to pay any taxes or levies on or with respect to the Collateral, which payment shall be made for the account of Company and shall constitute part of the Secured Obligations.

4.3     <u>Financing Statements</u>. At the request of Collateral Agent, Company will promptly cooperate with Collateral Agent in filing such financing statements, continuation statements, assignments, certificates and other documents with respect to the Collateral, pursuant to the UCC and otherwise, as Collateral Agent may request in order to enable Collateral Agent to perfect and from time to time to renew the security interest granted, all in form satisfactory to

Collateral Agent, and Company will pay the costs of filing the same in all public offices within the United States where Collateral Agent deems necessary or desirable.

4.4 <u>Impairment of Collateral</u>. No impairment of, injury to, or loss or destruction of any of the Collateral shall relieve Company of any of the Secured Obligations, except as may be specifically provided otherwise herein.

4.5 <u>Return of Collateral</u>. Upon payment in full of the Notes and any other amounts due hereunder, Collateral Agent shall release its security interest in, and return to Company, all Collateral hereunder.

4.6 <u>Further Assurances</u>. Company agrees that at any time and from time to time, at its expense, Company will promptly execute and deliver all further instruments and documents, and take all further action that Collateral Agent may request, in order to perfect and protect the security interests granted or purported to be granted hereby and to enable Collateral Agent or Purchaser to exercise and enforce its rights and remedies hereunder with respect to any Collateral within the United States, which instruments and documents shall include, without limitation, any and all necessary or appropriate filings with the U.S. Patent and Trademark Office.

4.7 <u>Collateral Agent Appointed Attorney-in-Fact</u>. Subject to <u>Section 4.8</u>, Company hereby irrevocably appoints Collateral Agent as Company's attorney-in-fact, with full authority in the place and stead of Company and in its name or otherwise, from time to time in Collateral Agent's discretion and without notice to Company, to take any action and to execute any instrument which Collateral Agent may deem reasonably necessary or advisable to accomplish the purposes of this Agreement, including without limitation, to receive, endorse and collect all instruments made payable to Company representing any interest payment, principal payment or other payment in respect of the Collateral or any part thereof and to give full discharge for the same, when and to the extent permitted by this Agreement. Collateral Agent may not exercise the power of attorney granted to it this <u>Section 4.7</u>, except as expressly permitted in <u>Section 4.8</u>.

4.8 <u>Collateral Agent May Perform</u>. Upon the occurrence and during the continuance of an Event of Default and only after Collateral Agent provides written notice to Company of such Event of Default, Collateral Agent may exercise the power of attorney granted to it in <u>Section 4.7</u> to (but shall not be obligated and shall have no liability to any Person for failure to) itself perform, or cause performance of, this Agreement, and the expenses of Collateral Agent incurred in connection therewith shall be payable by Company.

4.9 <u>Intellectual Property</u>. As to Collateral in the form of intellectual property ("<u>Intellectual Property Collateral</u>"):

(a) Subject to Section 4.9(e), with respect to each item of the Intellectual Property Collateral, Company agrees to take, at its expense, all necessary steps, including, without limitation, in the U.S. Patent and Trademark Office, the U.S. Copyright Office and any other Governmental Authority within the United States, to (i) maintain the validity and enforceability of such Intellectual Property Collateral and maintain such Intellectual Property Collateral in full force and effect and (ii) pursue the registration and maintenance of each trademark or copyright registration or application, now or hereafter included in

8

such Intellectual Property Collateral. Subject to Section 4.9(e), Company shall not, without the written consent of Collateral Agent, discontinue use of or otherwise abandon or fail to pursue the registration or maintenance of any Intellectual Property Collateral.

(b)     [Reserved]

(c)     Company has executed and delivered an agreement, in substantially the form set forth in Exhibit C hereto (an "Intellectual Property Security Agreement"), for recording the security interest granted hereunder to Collateral Agent, for the benefit of Purchaser, in such Intellectual Property Collateral with the U.S. Patent and Trademark Office, the U.S. Copyright Office and any other Governmental Authorities within the United States necessary to perfect the security interest hereunder in such Intellectual Property Collateral.

(d)     Company agrees that should it obtain an ownership interest in any items that would constitute Intellectual Property Collateral that is not on the date hereof a part of the Intellectual Property Collateral ("After-Acquired Intellectual Property"), (i) the provisions of this Agreement shall automatically apply thereto and (ii) any such After-Acquired Intellectual Property and, in the case of trademarks, the goodwill symbolized thereby, shall automatically become part of the Intellectual Property Collateral subject to the terms and conditions of this Agreement with respect thereto. Company shall give prompt written notice to Collateral Agent identifying the After-Acquired Intellectual Property, and Company shall execute and deliver to Collateral Agent an Intellectual Property Security Agreement covering such After-Acquired Intellectual Property, which Intellectual Property Security Agreement shall be recorded with the U.S. Patent and Trademark Office, the U.S. Copyright Office and any other Governmental Authorities within the United States necessary to perfect the security interest hereunder in such After-Acquired Intellectual Property.

(e)     Subject to Sections 4.7-4.8 and 8, but notwithstanding anything else to the contrary herein, Company has and retains all rights in all Patents owned, controlled, or exclusively licensed by Company, and has sole authority and discretion regarding the exercise of all rights under such Patents, including the prosecution, maintenance, use, right to exclude, disposition, licensing, and enforcement (including the settlement of any litigation) of such Patents, and nothing in this Agreement is intended to or shall be construed as limiting or providing Collateral Agent or any other Person with the right to control or limit Company's exercise of its rights under such patents and patent applications.

**5.     REPRESENTATIONS AND WARRANTIES OF COMPANY.** Company hereby represents and warrants to Purchaser as follows:

5.1     Organization, Good Standing and Qualification. Company is a limited liability company duly organized, validly existing and in good standing under, and by virtue of, the laws of the State of Delaware and has all requisite power and authority to own its properties and assets and to carry on its business as now conducted and as presently proposed to be conducted. Company is qualified to do business in each jurisdiction where failure to be so qualified would have a material adverse effect on its financial condition, business or operations.

5.2     <u>Subsidiaries</u>. Company does not presently own or control, directly or indirectly, any interest in any other corporation, limited liability company, partnership, trust, joint venture, association or other entity.

5.3     <u>Due Authorization; Consents</u>. All action on the part of Company and its officers, directors and equity-holders necessary for (a) the authorization, execution and delivery of, and the performance of all obligations of Company under this Agreement and (b) the authorization, issuance, execution and delivery of the Notes by Company has been taken. This Agreement and each of the Notes constitute a valid and binding obligation of Company enforceable in accordance with their terms, subject, as to enforcement of remedies, to applicable bankruptcy, insolvency, moratorium, reorganization and similar laws affecting creditors' rights generally and to general equitable principles. All consents, approvals and authorizations of, and registrations, qualifications and filings with, any Governmental Authority or any third party required in connection with the execution, delivery and performance of this Agreement and the Notes and the consummation of the transactions contemplated hereby and thereby have been obtained. Company is not in default under any agreement to which it is a party or under which it is bound.

5.4     <u>Solvency</u>**.** Company is Solvent after giving effect to the transactions contemplated by this Agreement.

5.5     <u>Compliance with Laws</u>. Company has not violated any laws, ordinances or rules, the violation of which could reasonably be expected to cause a material adverse effect on its financial condition, business or operations. Company has obtained all consents, approvals and authorizations of, made all declarations or filings with, and given all notices to, all Governmental Authorities that are necessary to continue its business as currently conducted.

5.6     <u>Collateral</u>. Company has good title to, has rights in and the power to transfer each item of the Collateral upon which it purports to grant a Lien hereunder, free and clear of any and all liens except Permitted Liens.

5.7     <u>Other Security Interests</u>. Company has not heretofore assigned or granted a security interest in any of the Collateral, has not otherwise suffered or permitted to exist any Lien on the Collateral, and will not hereafter assign or grant a security interest in or suffer or permit any Lien on all or any portion of the Collateral other than in favor of Collateral Agent, for the benefit of Purchaser.

**6.**     **REPRESENTATIONS AND WARRANTIES OF PURCHASER**. Purchaser represents and warrants to Company as follows:

6.1     <u>Investigation; Economic Risk</u>. Purchaser acknowledges that (a) it has had an opportunity to discuss the business, affairs and current prospects of Company with its officers, (b) it has had access to information about Company that it has requested and (c) that it is able to fend for itself in the transactions contemplated by this Agreement and has the ability to bear the economic risks of its investment pursuant to this Agreement.

6.2     Purchase for Own Account. Each Note issued to Purchaser has been or will be acquired by Purchaser for its own account, not as a nominee or agent, and not with a view to or in connection with the sale or distribution of any part thereof.

6.3     Exempt from Registration; Restricted Securities. Purchaser understands that the sale of the Notes will not be registered under the Securities Act of 1933, as amended (the "Securities Act"), on the grounds that the sale provided for in this Agreement is exempt from registration under the Securities Act, and that the reliance of Company on such exemption is predicated in part on Purchaser's representations set forth in this Agreement. Purchaser understands that the Notes are restricted securities within the meaning of Rule 144 under the Securities Act, and must be held indefinitely unless they are subsequently registered or an exemption from such registration is available.

6.4     Accredited Investor. Purchaser is an "accredited investor" within the meaning of Rule 501 of Regulation D of the Securities and Exchange Commission.

**7.      COVENANTS**. The following covenants shall apply so long as any Notes remain outstanding:

7.1     Negative Covenants. Subject to Section 4.9(e), Company shall not, without the prior written consent of Purchaser, take any of the following actions:

(a)     create, incur, assume or suffer to exist any Lien on or with respect to any of its assets constituting Collateral, whether now owned or hereafter acquired, except Liens created hereunder in favor of Collateral Agent, for the benefit of Purchaser (collectively, "Permitted Liens");

(b)     create, incur, assume or suffer to exist any debt for borrowed money, except the Notes issued hereunder;

(c)     merge into or consolidate with any Person or permit any Person to merge into it, or enter into transaction which would constitute a liquidation, Change of Control or sale of all or substantially all of the assets of Company;

(d)     sell, lease, transfer or otherwise dispose of all or substantially all of its assets or, without the written consent of Collateral Agent, any of its assets constituting Collateral;

(e)     enter into any transactions with Affiliates, except for (x) transactions entered into on arm's-length terms and (y) the transactions contemplated by the Transaction Documents and any amendments to the Transaction Documents agreed to by the parties thereto;

(f)     amend its certificate of formation or its Operating Agreement; or

(g)     change its name, type of organization, jurisdiction of organization, organizational identification number or location from those as of the Effective Date without first giving at least ten (10) days' prior written notice to Collateral Agent and taking all

action required by Collateral Agent for the purpose of perfecting or protecting the security interest granted by this Agreement.

7.2     Affirmative Covenant. Subject to the provisions set forth in the Operating Agreement, Company shall use its best efforts to pursue any *bona fide* claim (including any claim for indemnification) under the Purchase Agreement in accordance with its terms. Company shall, in accordance with Section 3.9, apply any Net Proceeds obtained in connection with such claims towards the repayment of the Outstanding Balance.

7.3     Use of Proceeds. Company shall use the proceeds of the Note Purchase to fund working capital requirements of Company and for other general corporate purposes. No proceeds will be used to repay any existing indebtedness for borrowed money without the prior written consent of Purchaser.

7.4     Certain Acknowledgements.

(a)     The relationship between Purchaser, on the one hand, and Company, on the other hand, is solely that of creditor and debtor. No party hereto has any fiduciary relationship or duty to any other party hereto arising out of or in connection with, and there is no agency, tenancy or joint venture relationship between the parties hereto by virtue of, any Note Document or any transaction contemplated therein.

(b)     The Parties hereby expressly acknowledge that certain affiliates of Collateral Agent and Purchaser (collectively, "Investor Parties") are indirect equity owners of Company. Notwithstanding any common ownership and/or control between Investor Parties, on the one hand, and Company, on the other hand, (i) the parties hereto acknowledge and agree that: (x) Collateral Agent and Purchaser, on the one hand, and Company, on the other hand, are separate and distinct legal entities and (y) Collateral Agent and Purchaser may exercise all the rights, privileges and benefits of the holder of the Notes and enforce all remedies and other provisions under the Note Documents without regard to the fact that any of Investor Parties is an indirect equity owner of Company; (ii) to the maximum extent permitted by applicable law, (x) Company hereby waives and releases any and all defenses, affirmative defenses, set-offs, claims, counterclaims or causes of action of any kind of nature that Company or any member or beneficial interest owner of Company may have against Collateral Agent and/or Purchaser relating to the Notes or to the Note Documents, or the enforcement by Collateral Agent and/or Purchaser of its rights and remedies thereunder, arising by reason of the fact that any of Investor Parties is an indirect equity owner of Company and (y) Company waives any and all defenses, affirmative defenses, set-offs, claims, counterclaims or causes of action of any kind of nature that Company may have against Investor Parties arising by reason of the fact that Collateral Agent and/or Purchaser is acting in its capacity as the administrative agent and as lender under the Notes; and (iii) Company covenants and agrees never to institute or cause to be instituted or continue prosecution of any suit or cause of action or proceeding of any kind or nature whatsoever against Collateral Agent and/or Purchaser in contravention of the foregoing.

(c)     The parties hereto acknowledge and agree that the acknowledgments, covenants, waivers and agreements contained in this Section 7.4 constitute a material inducement for Collateral Agent and/or Purchaser in consenting to provide the Notes to Company and that but for the covenants set forth in this Section 7.4, Collateral Agent and Purchaser would not enter into the Note Documents.

**8.     DEFAULT**.  For purposes of this Agreement, the term "Event of Default" shall mean any of the following:

(a)     Company shall fail to pay any principal of any Note, any interest or any other amounts payable hereunder when the same shall become due and payable;

(b)     any representation or warranty made by Company under or in connection with this Agreement shall prove to have been incorrect in any material respect when made;

(c)     Company shall fail to perform or observe any term, covenant or agreement contained in this Agreement, any Note, any Intellectual Property Security Agreement or any other Note Document; or

(d)     the filing of a petition in bankruptcy or under any similar insolvency law by Company, the making of an assignment for the benefit of creditors, or if any involuntary petition in bankruptcy or under any similar insolvency law is filed against Company and such petition is not dismissed within sixty (60) days after the filing thereof.

After the occurrence and during the continuance of an Event of Default, interest shall accrue on the Outstanding Balance at the Default Rate and Collateral Agent may, at its option, accelerate repayment of the Outstanding Balance, in which case the Outstanding Balance and all accrued and unpaid interest thereon and all other amounts due hereunder and under the other Note Documents shall be due and payable immediately. Upon the occurrence and during the continuance of any Event of Default, Collateral Agent, on behalf of Purchaser, will have full recourse against the Collateral to the extent provided hereunder or under any other Note Document and may pursue any legal or equitable remedy available to it, including any remedies available under the UCC.

**9.     CONDITIONS PRECEDENT**.  This Agreement shall become effective and binding upon the Parties only on the Effective Date if the following conditions precedent have been satisfied:

(a)     Purchaser shall have received a counterpart of this Agreement signed on behalf of Company;

(b)     Purchaser shall have received proper financing statements in form appropriate for filing under the UCC of all jurisdictions that Collateral Agent may deem reasonably necessary in order to perfect and protect the first priority liens and security interests created hereunder covering the Collateral described herein;

(c)     Purchaser shall have received certified copies of the resolutions of the board of managers of Company approving this Agreement, the transactions contemplated hereby and each Note Document to which it is or is to be a party;

(d)     Company shall have paid all fees and expenses of Purchaser, including the reasonable and documented fees and expenses of counsel to Purchaser; and

(e)     Purchaser shall have received such other documents as any Purchaser shall have reasonably requested in connection with this Agreement and the other Note Documents.

## 10.     **MISCELLANEOUS**.

10.1     <u>Governing Law; Jurisdiction; Waiver of Jury Trial</u>. This Agreement shall be governed in all respects by and construed in accordance with the laws of the State of Delaware without regard to provisions regarding choice of laws. Each of the Parties hereby irrevocably and unconditionally submits, for itself and its property, to the nonexclusive jurisdiction of the Court of Chancery of the State of Delaware in any action or proceeding arising out of or relating to this Agreement or any of the other Note Documents to which it is a party, or for recognition or enforcement of any judgment; <u>provided</u>, that, if jurisdiction is not then available in the Court of Chancery of the State of Delaware, then any such legal action or proceeding may be brought in any federal court located in the State of Delaware or any other Delaware state court. Each of the Parties hereby irrevocably and unconditionally agrees that all claims in respect of any such action or proceeding may be heard and determined in any of the aforesaid courts for itself and with respect to its property. Each of the Parties irrevocably waives all right to trial by jury in any action, proceeding or counterclaim (whether based on contract, tort or otherwise) arising out of or relating to any of the Note Documents or the actions of Collateral Agent or Purchaser in the negotiation, administration, performance or enforcement thereof.

10.2     <u>Successors and Assigns</u>. Except as otherwise expressly provided herein, the provisions hereof shall inure to the benefit of, and be binding upon, the successors and assigns of the Parties. Without the prior written consent of Purchaser, Company may not assign any of its rights or obligations under this Agreement, any Note, any Intellectual Property Security Agreement or any other Note Document, and any such purported assignment shall be void. Purchaser, so long as no Event of Default has occurred and is continuing, with the consent of Company (not to be unreasonably withheld), may assign or grant a participation in its Note or its rights and obligations hereunder or under any Note; <u>provided</u>, that no such consent shall be required in connection with any assignment to an Affiliate of Purchaser.

10.3     <u>Entire Agreement</u>. This Agreement, the Notes, the Intellectual Property Security Agreements, the other Note Documents and the Exhibits and Schedules hereto and thereto (all of which are hereby expressly incorporated herein by this reference) constitute the entire understanding and agreement between the Parties with regard to the subjects hereof and thereof. For the avoidance of doubt, this Agreement supersedes and replaces the Original Note Purchase Agreement in its entirety.

10.4 <u>Notices</u>. All notices, requests, waivers and other communications hereunder shall be in writing and shall be deemed duly given (a) on the date of delivery if delivered personally, or if by e-mail, upon written confirmation of receipt by e mail or otherwise, (b) on the first Business Day following the date of dispatch if delivered utilizing a next-day service by a recognized next-day courier or (c) on the earlier of confirmed receipt or the fifth Business Day following the date of mailing if delivered by registered or certified mail, return receipt requested, postage prepaid. All notices hereunder shall be delivered to the addresses set forth below, or pursuant to such other instructions as may be designated in writing by the Party to receive such notice:

(i)　　　if to Company, to:

c/o Uniloc Luxembourg S.A.
Legacy Town Center I
7160 Dallas Parkway, Suite 380
Plano, Texas 75024
Attention: Craig Etchegoyen
E-mail: cetchegoyen@unilocusa.com

with a copy (which shall not constitute notice) to:

Gray Plant Mooty
500 IDS Center
80 South Eighth Street
Minneapolis, Minnesota 55402
Attention: Jeffrey C. Anderson, Esq.
E-mail: jc.anderson@gpmlaw.com

(ii)　　　if to Purchaser or Collateral Agent, to:

c/o Fortress Investment Group LLC
1345 Avenue of the Americas, 46th Floor
New York, New York 10105
Attention: General Counsel—Credit Funds
E-mail: gc.credit@fortress.com

with a copy (which shall not constitute notice) to:

Fortress Investment Group LLC
One Market Plaza
Spear Tower, 42nd Floor
San Francisco, California 94105
Attention: Eran Zur
E-mail: ezur@fortress.com

with a copy (which shall not constitute notice) to:

Moore & Van Allen PLLC
Suite 4700
100 North Tryon Street
Charlotte, North Carolina 28202-4003
Attention: Kate Cole
E-mail: katecole@mvalaw.com

10.5 <u>Amendments</u>. Any term of this Agreement may be amended only with the written consent of the Parties.

10.6 <u>Titles and Subtitles</u>. The titles of the sections and clauses of this Agreement are for convenience of reference only and are not to be considered in construing this Agreement.

10.7 <u>Counterparts</u>. This Agreement may be executed in any number of counterparts, each of which shall be an original, but all of which together shall constitute one instrument. Delivery by telecopier or e-mail of an executed counterpart of a signature page shall be effective as delivery of an original executed counterpart.

10.8 <u>Severability</u>. Should any provision of this Agreement be determined to be illegal or unenforceable, such determination shall not affect the remaining provisions of this Agreement.

10.9 <u>Expenses</u>. Company agrees to pay on demand (a) all costs and expenses of Collateral Agent in connection with the preparation, execution, delivery, administration, modification and amendment of, or any consent or waiver under, the Note Documents; and (b) all costs and expenses of Collateral Agent in connection with the enforcement of the Note Documents, whether in any action, suit or litigation, or any bankruptcy, insolvency or other similar proceeding affecting creditors' rights generally (including the reasonable fees and expenses of counsel for Collateral Agent with respect thereto).

10.10 <u>Agent</u>. Purchaser hereby irrevocably appoints Collateral Agent as its agent, and Collateral Agent hereby accepts such appointment, and Purchaser authorizes Collateral Agent to take such actions on its behalf and to exercise such powers as are delegated to Collateral Agent by the terms of the Note Documents, together with such actions and powers as are reasonably incidental thereto. Without limiting the generality of the foregoing, Collateral Agent is hereby expressly authorized to execute any and all documents (including releases) with respect to the Collateral and the rights of Purchaser with respect thereto, as contemplated by and in accordance with the provisions of this Agreement and the other Note Documents. Without limiting the generality of the foregoing, Collateral Agent shall have the sole and exclusive right and authority, and is hereby authorized by Purchaser as provided in this Agreement and the other Note Documents or as directed in writing by Purchaser, to take and exercise all actions in connection with the Collateral and any other exercise of remedies hereunder or thereunder.

10.11 <u>Allocation of Payments</u>. Purchaser acknowledges that the Notes are *pari passu* obligations against each of the other Notes. Each payment of interest or principal on the Notes shall be allocated among all of the Notes at the time outstanding in proportion, as nearly as practicable, to the respective unpaid balances of principal outstanding thereunder.

10.12    Tax Treatment. The Parties agree that the Notes shall be treated as equity for all tax purposes. No Party shall take, or permit any of its Affiliates to take, a position contrary to such treatment on any tax return, in any tax proceeding or before any Governmental Authority unless otherwise required by applicable law.

*Remainder of page left intentionally blank; signature pages follow.*

**IN WITNESS WHEREOF**, the Parties have executed this Amended and Restated Note Purchase and Security Agreement to be effective as of the date first above written.

**UNILOC 2017 LLC**

By: _____

Name:

Title:     CONSTANTINE M. DAKOLIAS
                PRESIDENT

**CF UNILOC HOLDINGS LLC,**
as Purchaser and as Collateral Agent

By: _____

Name:    CONSTANTINE M. DAKOLIAS
Title:        PRESIDENT

**EXHIBIT A**

**FORM OF NOTE**

(See attached.)

# SECURED PROMISSORY NOTE

THIS NOTE HAS NOT BEEN REGISTERED UNDER THE SECURITIES ACT OF 1933, AS AMENDED, AND MAY NOT BE SOLD, TRANSFERRED, ASSIGNED, PLEDGED, OR HYPOTHECATED (A) IN A MANNER THAT IS NOT PERMITTED PURSUANT TO THE NOTE PURCHASE AGREEMENT REFERENCED BELOW OR (B) UNTIL REGISTERED UNDER SUCH ACT, OR UNLESS COMPANY HAS RECEIVED AN OPINION OF COUNSEL OR OTHER EVIDENCE, REASONABLY SATISFACTORY TO COMPANY AND ITS COUNSEL, THAT SUCH REGISTRATION IS NOT REQUIRED.

SECURED PROMISSORY NOTE

$54,241,109                                                                                    May 3, 2018

FOR VALUE RECEIVED, Uniloc 2017 LLC, a Delaware limited liability company ("Company"), hereby unconditionally promises to pay to CF Uniloc Holdings LLC, a Delaware limited liability company or its registered assigns ("Purchaser"), in dollars in lawful currency of the United States and in immediately available funds, the principal amount of (a) $54,241,109, or, if less, (b) the unpaid principal amount of this Note, in either case, together with all accrued and unpaid interest thereon. The principal amount of this Secured Promissory Note (as amended, restated, amended and restated, supplemented or otherwise modified from time to time, this "Note") and all interest on such principal shall be paid in the amounts and on the dates specified in the Note Purchase Agreement (as defined below).

Unless otherwise defined herein, terms defined in the Note Purchase Agreement and used herein shall have the meanings given to them in the Note Purchase Agreement.

Purchaser is authorized to endorse on the schedules annexed hereto and made a part hereof or on a continuation thereof which shall be attached hereto and made a part hereof the date, and amount of the Note and the date and amount of each prepayment, in whole or in part, of the Note. Each such endorsement shall constitute *prima facie* evidence, absent manifest error, of the accuracy of the information endorsed. The failure to make any such endorsement or any error in any such endorsement shall not affect the obligations of Company in respect of the Note.

This Note (a) is one of the notes referred to in the Note Purchase and Security Agreement, dated as of the date hereof (as amended, restated, amended and restated, supplemented or otherwise modified from time to time, the "Note Purchase Agreement"), among Company and Purchaser, as a purchaser and as collateral agent, and (b) is subject to the provisions of the Note Purchase Agreement.

Upon the occurrence and continuance of any one or more of the Events of Default, all principal and all accrued interest then remaining unpaid on this Note shall become, or may be declared to be, immediately due and payable, all as provided in the Note Purchase Agreement.

All parties now and hereafter liable with respect to this Note, whether maker, principal, surety, guarantor, endorser or otherwise, hereby waive presentment, demand, protest and all other notices of any kind.

NOTWITHSTANDING ANYTHING TO THE CONTRARY CONTAINED HEREIN OR IN THE NOTE PURCHASE AGREEMENT, THIS NOTE MAY NOT BE TRANSFERRED EXCEPT PURSUANT TO AND IN ACCORDANCE WITH THE PROVISIONS OF THE NOTE PURCHASE AGREEMENT.

THIS NOTE AND THE RIGHTS AND OBLIGATIONS OF THE PARTIES HEREUNDER SHALL BE GOVERNED BY, AND CONSTRUED AND INTERPRETED IN ACCORDANCE WITH, THE LAW OF THE STATE OF DELAWARE.

*Remainder of page left intentionally blank; signature page follows.*

Agreed and Accepted:

**CF UNILOC HOLDINGS LLC**

By: _____
Name:
Title:       CONSTANTINE M. DAKOLIAS
                PRESIDENT

IN WITNESS WHEREOF, each of the undersigned has caused this Note to be executed by its duly authorized officer as of the day and year first above written.

**UNILOC 2017 LLC**

By: _____

Name:   CONSTANTINE M. DAKOLIAS
Title:        PRESIDENT

# PAYMENTS OF PRINCIPAL

| Date | Amount of Note | Amount of Principal Paid or Prepaid | Unpaid Principal Balance | Notation Made By |
|------|----------------|-------------------------------------|--------------------------|------------------|
|      |                |                                     |                          |                  |
|      |                |                                     |                          |                  |
|      |                |                                     |                          |                  |
|      |                |                                     |                          |                  |
|      |                |                                     |                          |                  |
|      |                |                                     |                          |                  |
|      |                |                                     |                          |                  |
|      |                |                                     |                          |                  |
|      |                |                                     |                          |                  |
|      |                |                                     |                          |                  |
|      |                |                                     |                          |                  |
|      |                |                                     |                          |                  |
|      |                |                                     |                          |                  |
|      |                |                                     |                          |                  |
|      |                |                                     |                          |                  |
|      |                |                                     |                          |                  |
|      |                |                                     |                          |                  |
|      |                |                                     |                          |                  |
|      |                |                                     |                          |                  |

**EXHIBIT B**

**COLLATERAL**

(See attached.)

**COLLATERAL**

(a)      all United States and foreign patents, utility models and any similar or equivalent statutory rights with respect to the protection of inventions, and all applications for any of the foregoing (collectively, the "Patents"), including any of the foregoing identified in Schedule 1;

(b)      all Patent licenses to the extent Company is not the granting party, including any of the foregoing identified in Schedule 1;

(c)      (i) the right to sue or otherwise recover for any and all past, present and future infringements and misappropriations of any of the property described in (a) and (b) above and (ii) all income, royalties, damages and other payments now and hereafter due and/or payable with respect to any of the property described in (a) and (b) above; and

(d)      all proceeds of any and all of the foregoing.

**SCHEDULE 1**

**PATENTS**

| Application Number | Patent Number | Country | Title |
|---|---|---|---|
| 12/634,324 | 8855083 | US | INTER-ACCESS NETWORK HANDOVER |
| 12/634,394 | 8750243 | US | NETWORK MOBILITY |
| 12/196,419 | 8982855 | US | SYSTEMS AND METHODS FOR IMPROVED MOBILITY AND QUALITY OF SERVICE IN A WIRELESS NETWORK |
| 14/479,034 | | US | INTER-ACCESS NETWORK HANDOVER |
| 14/271,195 | 9271210 | US | NETWORK MOBILITY |
| 09/589,794 | 6564229 | US | SYSTEM AND METHOD FOR PAUSING AND RESUMING MOVE/COPY OPERATIONS |
| 09/507,526 | 7216351 | US | SYSTEMS AND METHODS FOR SYNCHRONIZING MULTI-MODAL INTERACTIONS |
| 08/365,269 | 6110228 | US | METHOD AND APPARATUS FOR SOFTWARE MAINTENANCE AT REMOTE NODES |
| 09/594,004 | 7024696 | US | METHOD AND SYSTEM FOR PREVENTION OF PIRACY OF A GIVEN SOFTWARE APPLICATION VIA A COMMUNICATIONS NETWORK |
| 13/451,477 | 8613110 | US | SOFTWARE PIRACY PREVENTION THROUGH REMOTE ENFORCEMENT OF AN ACTIVATION THRESHOLD |
| 14/070,207 | 9298893 | US | ACTIVATION CODE SYSTEM AND METHOD FOR PREVENTING SOFTWARE PIRACY |
| 09/211,529 | 6324578 | US | METHODS, SYSTEMS AND COMPUTER PROGRAM PRODUCTS FOR MANAGEMENT OF CONFIGURABLE APPLICATION PROGRAMS ON A NETWORK |
| 09/211,528 | 6510466 | US | METHODS, SYSTEMS AND COMPUTER PROGRAM PRODUCTS FOR CENTRALIZED MANAGEMENT OF APPLICATION PROGRAMS ON A NETWORK |
| 09/829,854 | 6728766 | US | METHODS, SYSTEMS AND COMPUTER PROGRAM PRODUCTS FOR LICENSE USE MANAGEMENT ON A NETWORK |
| 09/870,608 | 7069293 | US | METHODS, SYSTEMS AND COMPUTER PROGRAM PRODUCTS FOR DISTRIBUTION OF APPLICATION PROGRAMS TO A TARGET STATION ON A NETWORK |
| 08/586,149 | 6489974 | US | BUOY ICON NOTIFICATION OF OBJECT INTERFACE ACCESSIBILITY IN MULTITASKING COMPUTER ENVIRONMENT |

| Application Number | Patent Number | Country | Title |
|---|---|---|---|
| 09/792,045 | 6857067 | US | SYSTEM AND METHOD FOR PREVENTING UNAUTHORIZED ACCESS TO ELECTRONIC DATA |
| 09/590,859 | 7197144 | US | METHOD AND APPARATUS TO AUTHENTICATE A USER'S SYSTEM TO PREVENT UNAUTHORIZED USE OF SOFTWARE PRODUCTS DISTRIBUTED TO USERS |
| 11/644455 | 7653508 | US | HUMAN ACTIVITY MONITORING DEVICE |
| 11/698633 | 7690556 | US | STEP COUNTER ACCOUNTING FOR INCLINE |
| 12/694135 | 7881902 | US | HUMAN ACTIVITY MONITORING DEVICE |
| 13/018321 | 8712723 | US | HUMAN ACTIVITY MONITORING DEVICE |
| 12/247950 | 8872646 | US | METHOD AND SYSTEM FOR WAKING UP A DEVICE DUE TO MOTION |
| 09/727727 | 7092671 | US | METHOD AND SYSTEM FOR WIRELESSLY AUTODIALING A TELEPHONE NUMBER FROM A RECORD STORED ON A PERSONAL INFORMATION DEVICE |
| 10/712451 | 7330013 | US | APPARATUS AND METHOD FOR CHARGING AND DISCHARGING A BATTERY |
| 08/430943 | 6580422 | US | REMOTE COMPUTER DISPLAY USING GRAPHICS PRIMITIVES SENT OVER A WIRELESS LINK |
| 10/011140 | 6661203 | US | BATTERY CHARGING AND DISCHARGING SYSTEM OPTIMIZED FOR HIGH TEMPERATURE ENVIRONMENTS |
| 09/181431 | 6161134 | US | METHOD, APPARATUS AND COMMUNICATIONS SYSTEM FOR COMPANION INFORMATION AND NETWORK APPLIANCES |
| 09/451388 | 6446127 | US | SYSTEM AND METHOD FOR PROVIDING USER MOBILITY SERVICES ON A TELEPHONY NETWORK |
| 09/237609 | 6216158 | US | SYSTEM AND METHOD USING A PALM SIZED COMPUTER TO CONTROL NETWORK DEVICES |
| 09/558413 | 6622018 | US | PORTABLE DEVICE CONTROL CONSOLE WITH WIRELESS CONNECTION |
| 09/246606 | 6363053 | US | METHOD AND APPARATUS FOR MEASUREMENT-BASED CONFORMANCE TESTING OF SERVICE LEVEL AGREEMENTS IN NETWORKS |
| 10/671375 | 8539552 | US | SYSTEM AND METHOD FOR NETWORK BASED POLICY ENFORCEMENT OF INTELLIGENT-CLIENT FEATURES |
| 09/303832 | 6731642 | US | ` |
| 10/834418 | 7573873 | US | INTERNET TELEPHONY USING NETWORK ADDRESS TRANSLATION |

| Application Number | Patent Number | Country | Title |
|---|---|---|---|
| 09/728833 | 6856616 | US | SYSTEM AND METHOD FOR PROVIDING SERVICE PROVIDER CONFIGURATIONS FOR TELEPHONES USING A CENTRAL SERVER IN A DATA NETWORK TELEPHONY SYSTEM |
| 10/259542 | 7240200 | US | SYSTEM AND METHOD FOR GUARANTEEING SOFTWARE INTEGRITY VIA COMBINED HARDWARE AND SOFTWARE AUTHENTICATION |
| 11/764748 | 7734921 | US | SYSTEM AND METHOD FOR GUARANTEEING SOFTWARE INTEGRITY VIA COMBINED HARDWARE AND SOFTWARE AUTHENTICATION |
| 12/134134 | 7721098 | US | SYSTEM AND METHOD FOR GUARANTEEING SOFTWARE INTEGRITY VIA COMBINED HARDWARE AND SOFTWARE AUTHENTICATION |
| 08/927660 | 6886013 | US | HTTP CACHING PROXY TO FILTER AND CONTROL DISPLAY OF DATA IN A WEB BROWSER |
| 09/098373 | 6496693 | US | METHOD AND APPARATUS FOR TRANSMITTING DATA TO A PAGER IN A COMMUNICATIONS SYSTEM |
| 09/080022 | 6212522 | US | SEARCHING AND CONDITIONALLY SERVING BOOKMARK SETS BASED ON KEYWORDS |
| 09/116862 | 6247021 | US | SEARCHABLE BOOKMARK SETS AS AN INTERNET ADVERTISING MEDIUM |
| 09/116861 | 6314423 | US | SEARCHING AND SERVING BOOKMARK SETS BASED ON CLIENT SPECIFIC INFORMATION |
| 09/116860 | 6324566 | US | INTERNET ADVERTISING VIA BOOKMARK SET BASED ON CLIENT SPECIFIC INFORMATION |
| 09/116859 | 6223178 | US | SUBSCRIPTION AND INTERNET ADVERTISING VIA SEARCHED AND UPDATED BOOKMARK SETS |
| 09/116858 | 6256639 | US | PROVIDING INTERNET TRAVEL SERVICES VIA BOOKMARK SET |
| 09/113678 | 6128655 | US | DISTRIBUTING MECHANISM FOR FILTERING, FORMATTING AND REUSE OF WEB BASED CONTENT |
| 09/113674 | 6314526 | US | RESOURCE GROUP QUORUM SCHEME FOR HIGHLY SCALABLE AND HIGHLY AVAILABLE CLUSTER SYSTEM MANAGEMENT |
| 09/627030 | 6542591 | US | METHOD AND SYSTEM FOR CALLER IDENTIFICATION CALLBACK LISTS |
| 10/047005 | 6961561 | US | ENHANCING/LIMITING USE OF MOBILE ELECTRONIC DEVICES |

| Application Number | Patent Number | Country | Title |
|---|---|---|---|
| 11/684047 | 7570015 | US | CONDITIONAL BATTERY CHARGING SYSTEM |
| 11/664078 | 8160566 | US | MESSAGE SENDER CONTROLLABLE MESSAGING SYSTEM |
| 13/277405 | 8589780 | US | PROCESSING GEOGRAPHICAL DATA IN A DOCUMENT |
| 14/241702 | 9265024 | US | DETERMINING LOCATION OF MOBILE DEVICE |
| 12/130471 | 7944353 | US | SYSTEM AND METHOD FOR DETECTING AND BROADCASTING A CRITICAL EVENT |
| 09/510182 | 6813630 | US | SYSTEM AND METHOD FOR COMMUNICATING INFORMATION BETWEEN A CLIENT AND A HOST |
| 10/322954 | 8719284 | US | METHOD, SYSTEM AND PROGRAM PRODUCT FOR FILTERING AN ENTRY OF DATA ITEMS |
| 11/780715 | 7849344 | US | METHOD FOR IMPROVING ACCURACY IN PROVIDING INFORMATION PERTAINING TO BATTERY POWER CAPACITY |
| 08/979713 | 6141754 | US | INTEGRATED METHOD AND SYSTEM FOR CONTROLLING INFORMATION ACCESS AND DISTRIBUTION |
| 09/398374 | 6446069 | US | PATENT ACCESS CONTROL SYSTEM FOR A MULTIMEDIA DATASTORE |
| 09/052722 | 6711160 | US | PACKET NETWORK TELEPHONE INTERFACE SYSTEM FOR POTS |
| 2579916 | 2579916 | CA | A METHOD FOR CONTROLLING A MOBILE PHONE |
| 03821273.0 | ZL03821273.0 | CN | SYSTEM AND METHOD FOR GUARANTEEING SOFTWARE INTEGRITY |
| 98118480.4 | ZL98118480.4 | CN | CACHING PROXY THAT FILTERS AND CONTROLS THE DATA DISPLAYED IN THE BROWSER |
| 02819369.5 | ZL02819369.5 | CN | ENHANCING/LIMITING USE OF MOBILE ELECTRONIC DEVICES |
| 200410012092.1 | ZL200410012092.1 | CN | MOBILE PHONE AND ITS CONTROL METHOD |
| 201010526403.1 | ZL201010526403.1 | CN | METHOD AND SYSTEM FOR PROCESSING GEOGRAPHICAL POSITION DATA IN FILE |
| 201110270296.5 | ZL201110270296.5 | CN | METHOD AND DEVICE FOR DETERMINING POSITION OF MOBILE EQUIPMENT |
| 00122515.4 | ZL00122515.4 | CN | INFORMATION CONTENT FOR TRANSMISSION BETWEEN CUSTOMER END AND HOST MACHINE |
| 200310114332.4 | ZL200310114332.4 | CN | METHOD AND SYSTEM FOR FILTERING DATA ITEM |

| Application Number | Patent Number | Country | Title |
|---|---|---|---|
| 03798246.9 | 60330976.3 | DE | SYSTEM AND METHOD FOR GUARANTEEING SOFTWARE INTEGRITY |
| 05797162.4 | 602005037637.2 | DE | A METHOD FOR CONTROLLING A MOBILE PHONE |
| 03798246.9 | 1547305 | FR | SYSTEM AND METHOD FOR GUARANTEEING SOFTWARE INTEGRITY |
| 03798246.9 | 1547305 | GB | SYSTEM AND METHOD FOR GUARANTEEING SOFTWARE INTEGRITY |
| 9816410.6 | 2329310 | GB | HTTP CACHING PROXY TO FILTER AND CONTROL DISPLAY OF DATA IN A WEB BROWSER |
| 9909081.3 | 2338577 | GB | TRANSMITTING DATA TO E.G. A PAGER |
| 05797162.4 | 1800500 | GB | A METHOD FOR CONTROLLING A MOBILE PHONE |
| 162437 | 162437 | IL | METHOD FOR LIMITING THE USE OF MOBILE ELECTRONIC EQUIPMENT |
| 552/DELNP/2005 | 259481 | IN | A SYSTEM AND METHOD FOR GUARANTEEING MESSAGE INTEGRITY |
| 1788/CHENP/2007 | 253286 | IN | A METHOD FOR CONTROLLING A MOBILE PHONE |
| 2004-539185 | 4793843 | JP | SYSTEM AND METHOD FOR GUARANTEEING SOFTWARE INTEGRITY VIA COMBINED HARDWARE AND SOFTWARE AUTHENTICATION |
| 10-238680 | 2994351 | JP | HTTP CACHING PROXY TO FILTER AND CONTROL DISPLAY OF DATA IN A WEB BROWSER |
| 2003-563257 | 4225914 | JP | ENHANCING/ LIMITING USE OF MOBILE ELECTRONIC DEVICES |
| 2007-532881 | 5220413 | JP | MESSAGE SENDER CONTROLLABLE MESSAGING SYSTEM |
| 2014-523175 | 5706585 | JP | DETERMINING LOCATION OF MOBILE DEVICE |
| 2000-225340 | 4267186 | JP | SYSTEM AND METHOD FOR COMMUNICATING INFORMATION CONTENT BETWEEN A CLIENT AND A HOST |
| 11-064012 | 3202003 | JP | PACKET NETWORK TELEPHONE INTERFACE SYSTEM FOR POTS |
| 2005-7003128 | 0702499 | KR | SYSTEM AND METHOD FOR GUARANTEEING SOFTWARE INTEGRITY VIA COMBINED HARDWARE AND SOFTWARE AUTHENTICATION |
| 1999-0022327 | 0326982 | KR | A RESOURCE GROUP QUORUM SCHEME FOR HIGHLY SCALABLE AND HIGHLY AVAILABLE CLUSTER SYSTEM MANAGEMENT |
| 2004-7010406 | 0570140 | KR | ENHANCING/ LIMITING USE OF MOBILE ELECTRONIC DEVICES |

| Application Number | Patent Number | Country | Title |
|---|---|---|---|
| 200500935-2 | 109890 | SG | SYSTEM AND METHOD FOR GUARANTEEING SOFTWARE INTEGRITY VIA COMBINED HARDWARE AND SOFTWARE AUTHENTICATION |
| 200004103-8 | 101939 | SG | SYSTEM AND METHOD FOR COMMUNICATING INFORMATION CONTENT BETWEEN A CLIENT AND A HOST |
| 92121018 | I225195 | TW | SYSTEM AND METHOD FOR GUARANTEEING SOFTWARE INTEGRITY VIA COMBINED HARDWARE AND SOFTWARE AUTHENTICATION |
| 92100604 | I222307 | TW | ENHANCING/ LIMITING USE OF MOBILE ELECTRONIC DEVICES |
| 94132845 | I392395 | TW | MESSAGE SENDER CONTROLLABLE MESSAGING SYSTEM |
| 89107051 | NI-154225 | TW | SYSTEM AND METHOD FOR COMMUNICATING INFORMATION CONTENT BETWEEN A CLIENT AND A HOST |
| 822814 | GB 2466225 | GB | INTER-ACCESS NETWORK HANDOVER |
| 08 228 15.7 | 2466226 | GB | NETWORK MOBILITY |
| 05 192 57.0 | 2430581 | GB | ACCESS ROUTER SELECTION |
| 518106 | 2430111 | GB | A METHOD OF CONFIRMING DATAGRAM RECEPTION IN UNIDIRECTIONAL NETWORKS |
| 518107.8 | 2429876 | GB | METHOD OF PROVIDING ACCESS TO PACKET-SWITCHED SERVICES IN HETEROGENEOUS NETWORK ENVIRONMENT |
| 716529.3 | 2452699 | GB | MOBILITY AND QUALITY OF SERVICE |
| 421397.1 | 2418568 | GB | A METHOD OF ESTIMATING THE CELL LOCATION OF A MOBILE TERMINAL IN HETEROGENEOUS NETWORK ENVIRONMENT |
| 2004308435 | 2004308435 | AU | SYSTEM AND METHOD FOR INITIATING A CONFERENCE CALL |
| 2550994 | | CA | SYSTEM AND METHOD FOR INITIATING A CONFERENCE CALL |
| 2734781 | 2734781 | CA | CONTENT, TRAFFIC AND ADVERTISING ENGINE, SYSTEM AND METHOD |
| 200480041712.20 | 101088273 | CN | SYSTEM AND METHOD FOR INITIATING A CONFERENCE CALL |
| 4181/DELNP/2006 | | IN | SYSTEM AND METHOD FOR INITIATING A CONFERENCE CALL |
| 1189/KOLNP/2011 | | IN | CONTENT, TRAFFIC AND ADVERTISING ENGINE, SYSTEM AND METHOD |
| 2006-547341 | 5101108 | JP | SYSTEM AND METHOD FOR INITIATING A CONFERENCE CALL |
| 2012-56519 | 5531044 | JP | SYSTEM AND METHOD FOR INITIATING A CONFERENCE CALL |

| Application Number | Patent Number | Country | Title |
|---|---|---|---|
| 11/019,655 | 7804948 | US | SYSTEM AND METHOD FOR INITIATING A CONFERENCE CALL |
| 12/723,750 | 7853000 | US | SYSTEM AND METHOD FOR INITIATING A CONFERENCE CALL |
| 12/907,550 | 8571194 | US | SYSTEM AND METHOD FOR INITIATING A CONFERENCE CALL |
| 13/357,132 | 8594294 | US | SYSTEM AND METHOD FOR INITIATING A CONFERENCE CALL |
| 14/052,166 | 9172815 | US | SYSTEM AND METHOD FOR INITIATING A CONFERENCE CALL |
| 12/545,129 | 8782540 | US | CONTENT, TRAFFIC AND ADVERTISING ENGINE, SYSTEM AND METHOD |
| 12/545,125 | 8700731 | US | SYSTEM AND METHOD FOR AGGREGATING AND PROVIDING AUDIO AND VISUAL PRESENTATIONS VIA A COMPUTER NETWORK |
| 12/545,131 | 8407609 | US | SYSTEM AND METHOD FOR PROVIDING AND TRACKING THE PROVISION OF AUDIO AND VISUAL PRESENTATIONS VIA A COMPUTER NETWORK |
| 14/299,221 | 9412119 | US | CONTENT, TRAFFIC AND ADVERTISING ENGINE, SYSTEM AND METHOD |
| 15/454,251 | | US | SYSTEM AND METHOD FOR AGGREGATING AND PROVIDING AUDIO AND VISUAL PRESENTATIONS VIA A COMPUTER NETWORK |
| 93140135 | I419543 | TW | SYSTEM AND METHOD FOR INITIATING A CONFERENCE CALL |
| 10/346,989 | 7337151 | US | AUTOMATED PRICING SYSTEM |
| 12/011,270 | 7769595 | US | AUTOMATED PRICING AND/OR "GREEN" INDICATING METHOD AND SYSTEM |
| 12/004,187 | 7783523 | US | AUTOMATED PRICING SYSTEM |
| 12/802,848 | 8260628 | US | AUTOMATED PRICING AND/OR "GREEN" INDICATING METHOD AND SYSTEM |
| 12/803,404 | 8266005 | US | AUTOMATED PRICING SYSTEM |
| 13/587,124 | 8515820 | US | AUTOMATED PRICING SYSTEM |
| 13/942,523 | | US | AUTOMATED PRICING SYSTEM |
| 09/436515 | 6736759 | US | EXERCISE MONITORING SYSTEM AND METHODS |
| 10/847208 | 7220220 | US | EXERCISE MONITORING SYSTEM AND METHODS |
| 10/036,298 | 7092953 | US | APPARATUS AND METHODS FOR INTELLECTUAL PROPERTY DATABASE NAVIGATION |
| 10/035,347 | 7099849 | US | INTEGRATED MEDIA MANAGEMENT AND RIGHTS DISTRIBUTION APPARATUS |
| 10/740,030 | 7535890 | US | SYSTEM AND METHOD FOR INSTANT VOIP MESSAGING |

| Application Number | Patent Number | Country | Title |
|---|---|---|---|
| 12/398,076 | 8199747 | US | SYSTEM AND METHOD FOR INSTANT VOIP MESSAGING |
| 12/398,063 | 8243723 | US | SYSTEM AND METHOD FOR INSTANT VOIP MESSAGING |
| 13/546,673 | 8724622 | US | SYSTEM AND METHOD FOR INSTANT VOIP MESSAGING |
| 14/224,125 | 8995433 | US | SYSTEM AND METHOD FOR INSTANT VOIP MESSAGING |
| 14/633,057 | 9621490 | US | SYSTEM AND METHOD FOR INSTANT VOIP MESSAGING |
| 08/951,177 | 5939833 | US | FIELD EMISSION DEVICE WITH LOW DRIVING VOLTAGE |
| 08/984,505 | 5954788 | US | APPARATUS FOR PERFORMING MODULAR MULTIPLICATION |
| 09/027,598 | 5973490 | US | LINE DRIVER WITH ADAPTIVE OUTPUT IMPEDANCE |
| 08/969,729 | 5991288 | US | VOICE CODING APPARATUS AT A CODE DIVISION MULTIPLE ACCESS BASE STATION |
| 08/959,084 | 6025877 | US | SCALABLE TRANSMISSION METHOD OF VISUAL OBJECTS SEGMENTED BY CONTENT-BASE |
| 08/987,832 | 6035349 | US | STRUCTURE OF PORTABLE MULTIMEDIA DATA INPUT/OUTPUT PROCESSOR AND METHOD FOR DRIVING THE SAME |
| 09/006,904 | 6039248 | US | METHOD FOR PREPARING SAFE ELECTRONIC NOTARIZED DOCUMENTS IN ELECTRONIC COMMERCE |
| 08/990,047 | 6041036 | US | DUAL RECEIVE, DUAL TRANSMIT FAULT TOLERANT NETWORK ARRANGEMENT AND PACKET HANDLING METHOD |
| 09/135,576 | 6057736 | US | GAIN CONTROLLED AMPLIFIER |
| 09/146,529 | 6064265 | US | GAIN CONTROL CIRCUIT FOR LOW-NOISE AMPLIFIER |
| 09/227,107 | 6068588 | US | COUNTERBALANCED PUMP |
| 09/063,666 | 6085091 | US | METHOD FOR CONTROLLING HAND OFF OF MOBILE TERMINAL IN CODE DIVISION MULTIPLE ACCESS MOBILE COMMUNICATION SYSTEM |
| 09/135,645 | 6087232 | US | FABRICATION METHOD OF LATERAL DOUBLE DIFFUSED MOS TRANSISTORS |
| 09/275,363 | 6104354 | US | RADIO APPARATUS |
| 09/074,617 | 6108592 | US | VOICE-CONTROLLED MOTORIZED WHEELCHAIR WITH SENSORS AND DISPLAYS |
| 09/062,947 | 6111438 | US | CURRENT MEMORY AND CIRCUIT ARRANGEMENT COMPRISING CURRENT MEMORIES |

| Application Number | Patent Number | Country | Title |
|---|---|---|---|
| 08/968,403 | 6118890 | US | SYSTEM AND METHOD FOR BROAD CLASSIFICATION OF BIOMETRIC PATTERNS |
| 08/987,551 | 6128289 | US | VOICE CODING METHOD AT A CODE DIVISION MULTIPLE ACCESS BASE STATION |
| 09/141,244 | 6128492 | US | METHOD FOR TRACING CENTRALIZED PROCESS POSITION OF MOBILE STATION USING RADIO LAN |
| 09/018,984 | 6130964 | US | IMAGE SEGMENTATION AND OBJECT TRACKING METHOD AND CORRESPONDING SYSTEM |
| 09/162,791 | 6133765 | US | SWITCHED-CURRENT MEMORY |
| 09/429,752 | 6147896 | US | NONVOLATILE FERROELECTRIC MEMORY USING SELECTIVE REFERENCE CELL |
| 08/989,875 | 6151676 | US | ADMINISTRATION AND UTILIZATION OF SECRET FRESH RANDOM NUMBERS IN A NETWORKED ENVIRONMENT |
| 09/444,898 | 6166337 | US | DEVICE INCLUDING A PRINTED CIRCUIT BOARD WHICH IS CONTACTED BY DEPRESSING A KEY LOCATED AT A HOUSING WALL WHICH MAKES AN ANGLE WITH THE PRINTED CIRCUIT BOARD |
| 09/031,374 | 6167237 | US | UNIVERSAL WIRELESS COMMUNICATION SYSTEM, A TRANSMISSION PROTOCOL, A WIRELESS COMMUNICATION STATION, AND A RADIO BASE STATION |
| 09/050,679 | 6182220 | US | SYSTEM AND METHOD FOR BUILDING AND EXCHANGING ENCRYPTED PASSWORDS BETWEEN A CLIENT AND SERVER |
| 09/030,435 | 6185318 | US | SYSTEM AND METHOD FOR MATCHING (FINGERPRINT) IMAGES USING AN ALIGNED STRING-BASED REPRESENTATION |
| 09/334,504 | 6190319 | US | SELF CALIBRATING LINEAR POSITION SENSOR |
| 09/107,528 | 6195392 | US | METHOD AND ARRANGEMENT FOR GENERATING PROGRAM CLOCK REFERENCE VALUES (PCRS) IN MPEG BITSTREAMS |
| 09/300,804 | 6201844 | US | TRANSCODING OF A DATA STREAM |
| 09/238,537 | 6215403 | US | WIRELESS MONITORING SYSTEM |
| 09/145,331 | 6219724 | US | DIRECT MEMORY ACCESS CONTROLLER |
| 09/244,209 | 6229994 | US | FITTING DEVICE FOR SEPARATE ELEMENTS OF A MOBILE TELEPHONE HANDSET AND THE HANDSET THUS OBTAINED |
| 09/024,632 | 6239772 | US | VIDEO MOIRE REDUCTION |
| 09/050,595 | 6239773 | US | IMAGE DISPLAY DEVICE HAVING A DRIVE CIRCUIT FOR DIFFERENTIALLY |

| Application Number | Patent Number | Country | Title |
|---|---|---|---|
| | | | CONTROLLING THE LUMINOSITY OF WINDOWS IN THE DISPLAY |
| 09/047,684 | 6240300 | US | TELEPHONY DEVICE COMPRISING A BASE STATION AND AT LEAST A SUBSCRIBER UNIT AND METHOD FOR CONNECTING TO SUCH A TELEPHONY DEVICE |
| 08/976,710 | 6246447 | US | VIDEO FORMAT ADAPTIVE BEAM SIZE FOR VIDEO MOIRE REDUCTION |
| 09/435,039 | 6249251 | US | HARDWARE-EFFICIENT DEMODULATOR FOR CDMA ADAPTIVE ANTENNA ARRAY SYSTEMS |
| 09/102,949 | 6253201 | US | SCALABLE SOLUTION FOR IMAGE RETRIEVAL |
| 09/217,408 | 6260031 | US | CODE COMPACTION BY EVOLUTIONARY ALGORITHM |
| 08/977,951 | 6271826 | US | MIXING A GRAPHICS SIGNAL AND A VIDEO SIGNAL |
| 09/131,334 | 6275956 | US | INTEGRATED DYNAMIC-VISUAL PARALLEL DEBUGGING APPARATUS AND METHOD THEREOF |
| 09/206,031 | 6281903 | US | METHODS AND APPARATUS FOR EMBEDDING 2D IMAGE CONTENT INTO 3D MODELS |
| 09/031,198 | 6289316 | US | PROGRESS NOTES MODEL IN A CLINICAL INFORMATION SYSTEM |
| 09/432,896 | 6290640 | US | UNCOUPLED ROTARY LINEAR PUMP |
| 09/549,803 | 6300885 | US | DUAL ALDC DECOMPRESSORS INSIDE PRINTER ASIC |
| 09/031,696 | 6301641 | US | METHOD FOR REDUCING THE FREQUENCY OF CACHE MISSES IN A COMPUTER |
| 09/264,912 | 6308191 | US | PROGRAMMABLE PROCESSOR CIRCUIT WITH A RECONFIGURABLE MEMORY FOR REALIZING A DIGITAL FILTER |
| 09/030,363 | 6314197 | US | DETERMINING AN ALIGNMENT ESTIMATION BETWEEN TWO ( FINGERPRINT) IMAGES |
| 09/393,279 | 6316281 | US | METHOD FOR FABRICATING A HYBRID OPTICAL INTEGRATED CIRCUIT EMPLOYING SOI OPTICAL WAVEGUIDE |
| 09/369,540 | 6323824 | US | DIELECTRIC RESONATOR ANTENNA |
| 09/079,662 | 6326965 | US | INTERACTIVE REPRESENTATION AND RETRIEVAL OF MULTI-DIMENSIONAL DATA USING VIEW ELEMENTS |
| 09/216,261 | 6337972 | US | MELODIC ALERTS FOR COMMUNICATIONS DEVICE |
| 09/478,474 | 6349114 | US | CAMERA MOTION PARAMETERS ESTIMATION METHOD |

| Application Number | Patent Number | Country | Title |
|---|---|---|---|
| 09/216,266 | 6349154 | US | METHOD AND ARRANGEMENT FOR CREATING A HIGH-RESOLUTION STILL PICTURE |
| 09/244,841 | 6351564 | US | METHOD OF SWITCHING OF CODED VIDEO SEQUENCES AND CORRESPONDING DEVICE |
| 08/994,827 | 6356288 | US | DIVERSION AGENT USES CINEMATOGRAPHIC TECHNIQUES TO MASK LATENCY |
| 09/519,548 | 6359658 | US | SUBJECTIVE NOISE MEASUREMENT ACTIVE VIDEO SIGNAL |
| 09/006,657 | 6363380 | US | MULTIMEDIA COMPUTER SYSTEM WITH STORY SEGMENTATION CAPABILITY AND OPERATING PROGRAM THEREFOR INCLUDING FINITE AUTOMATION VIDEO PARSER |
| 09/384,763 | 6366885 | US | SPEECH DRIVEN LIP SYNTHESIS USING VISEME BASED HIDDEN MARKOV MODELS |
| 09/475,743 | 6366908 | US | KEYFACT-BASED TEXT RETRIEVAL SYSTEM, KEYFACT-BASED TEXT INDEX METHOD, AND RETRIEVAL METHOD |
| 09/198,928 | 6382867 | US | JOINING DEVICE FOR FIRMLY JOINING PLASTIC JOINING PARTS TOGETHER |
| 09/276,870 | 6385607 | US | GENERATING REGRESSION TREES WITH OBLIQUE HYPERPLANES |
| 09/241,016 | 6396875 | US | METHOD OF SWITCHING OF CODED VIDEO SEQUENCES AND CORRESPONDING DEVICE |
| 09/454,389 | 6400932 | US | LOW OFFSET AUTOMATIC FREQUENCY TUNING CIRCUITS FOR CONTINUOUS-TIME FILTER |
| 09/865,004 | 6404011 | US | SEMICONDUCTOR POWER INTEGRATED CIRCUIT |
| 09/333,633 | 6405301 | US | PARALLEL DATA PROCESSING |
| 09/773,160 | 6407681 | US | QUANTIZATION METHOD FOR BIT RATE TRANSCODING APPLICATIONS |
| 09/966,112 | 6411542 | US | FERROELECTRIC MEMORY DEVICE HAVING FERROELECTRIC MEMORY TRANSISTORS CONNECTED TO SEPARATE WELL LINES |
| 09/499,920 | 6431447 | US | SYSTEM AND METHOD FOR READING A BARCODE USING LASER DIODE ARRAY |
| 09/579,313 | 6432135 | US | TORSION HEART VALVE |
| 09/569,916 | 6436027 | US | HYDRODYNAMIC BLOOD BEARING |
| 09/899,441 | 6437545 | US | DC / DC CONVERTER INCLUDING CONTROL MEANS FOR CONTROLLING MULTIPLE OUTPUTS USING SEPARATE SWITCHING CYCLES FOR EACH OUTPUT |

| Application Number | Patent Number | Country | Title |
|---|---|---|---|
| 09/549,689 | 6439457 | US | METHOD AND SYSTEM FOR PERSONALIZED MESSAGE STORAGE AND RETRIEVAL |
| 10/012,015 | 6469910 | US | ELECTRONIC DEVICE WITH A VARIABLE KEYBOARD |
| 09/116,769 | 6473095 | US | HISTOGRAM METHOD FOR CHARACTERIZING VIDEO CONTENT |
| 09/550,607 | 6473114 | US | METHOD AND SYSTEM FOR INDICATING CHANGE OF SPEAKER IN A VIDEOCONFERENCE APPLICATION |
| 09/757,786 | 6477211 | US | TRANSCODING OF A DATA STREAM |
| 09/198,045 | 6480480 | US | WIRELESS LOCAL AREA NETWORK COMPRISING A CONTROLLER AND AT LEAST ONE CANDIDATE-CONTROLLER TERMINAL |
| 09/409,814 | 6480849 | US | EFFICIENT CONCURRENCY CONTROL METHOD FOR HIGH DIMENSIONAL INDEX STRUCTURES |
| 09/855,581 | 6483456 | US | GPS RECEIVER |
| 09/497,345 | 6484172 | US | CONCURRENCY CONTROL METHOD FOR HIGH-DIMENSIONAL INDEX STRUCTURE USING LATCH AND LOCK |
| 09/884,222 | 6498541 | US | COMMUNICATION BUS SYSTEM AND APPARATUS AND DEVICE FOR USE IN SUCH A SYSTEM |
| 09/615,880 | 6498814 | US | DRIFT-FREE TRANSCODER AND RELATED METHOD |
| 09/459,255 | 6501744 | US | SLOTTED MODE IN WIRELESS CDMA SYSTEMS |
| 09/232,896 | 6502105 | US | REGION-BASED IMAGE ARCHIVING AND RETRIEVING SYSTEM |
| 09/366,695 | 6526183 | US | STATIC IMAGE GENERATION METHOD AND DEVICE |
| 09/920,040 | 6528741 | US | TEXT ENTRY ON PORTABLE DEVICE |
| 09/104,900 | 6529600 | US | METHOD AND DEVICE FOR PREVENTING PIRACY OF VIDEO MATERIAL FROM THEATER SCREENS |
| 09/499,915 | 6529882 | US | METHOD FOR MANAGING GROUP MEMBERSHIP IN INTERNET MULTICAST APPLICATIONS |
| 09/678,966 | 6539071 | US | FREQUENCY CORRECTION AT THE RECEIVER END IN A PACKET TRANSMISSION SYSTEM |
| 10/032,754 | 6541319 | US | METHOD OF MANUFACTURING A SELF-ALIGNED GATE TRANSISTOR WITH P-TYPE IMPURITIES SELECTIVELY IMPLANTED BELOW THE GATE, SOURCE AND DRAIN ELECTRODES |

| Application Number | Patent Number | Country | Title |
|---|---|---|---|
| 10/086,047 | 6543025 | US | TRANSMISSION SYSTEM WITH ADAPTIVE CHANNEL ENCODER AND DECODER |
| 09/411,460 | 6553110 | US | SELECTIVE TELEPHONE CALLER IDENTIFICATION SERVICE |
| 09/374,692 | 6577629 | US | SWITCHING NETWORK WITH COMPLETE TRANSFER OF THE CONTENTS OF A HEADER FIELD OF A CELL |
| 09/475,224 | 6584212 | US | APPARATUS FOR MOTION ESTIMATION WITH CONTROL PART IMPLEMENTED BY STATE TRANSITION DIAGRAM |
| 10/112,359 | 6593603 | US | PSEUDOMORPHIC HIGH ELECTRON MOBILITY TRANSISTOR POWER DEVICE AND METHOD FOR MANUFACTURING THE SAME |
| 09/382,732 | 6597802 | US | SYSTEM AND METHOD FOR GENERATING A ROLLED SURFACE REPRESENTATION FROM A SET OF PARTIAL IMAGES |
| 09/580,169 | 6598146 | US | DATA-PROCESSING ARRANGEMENT COMPRISING A PLURALITY OF PROCESSING AND MEMORY CIRCUITS |
| 09/062,941 | 6606641 | US | SYSTEM FOR VARYING THE DYNAMIC RANGE OF COEFFICIENTS IN A DIGITAL FILTER |
| 10/032,720 | 6608578 | US | CURRENT CELL DRIVING CIRCUIT IN DIGITAL-TO-ANALOG CONVERTER |
| 09/498,921 | 6614759 | US | ONU FUNCTION PROCESSING APPARATUS IN ATM-PON SYSTEM |
| 09/448,531 | 6614761 | US | ADSL SUBSCRIBER PROCESSING EQUIPMENT IN ATM SWITCH |
| 09/495,741 | 6614928 | US | AUTOMATIC PARCEL VOLUME CAPTURE SYSTEM AND VOLUME CAPTURE METHOD USING PARCEL IMAGE RECOGNITION |
| 10/114,507 | 6621440 | US | DIGITAL TO ANALOGUE CONVERTER |
| 09/708,165 | 6628712 | US | SEAMLESS SWITCHING OF MPEG VIDEO STREAMS |
| 10/032,987 | 6636435 | US | FERROELECTRIC MEMORY CELL ARRAY AND METHOD OF STORING DATA USING THE SAME |
| 09/757,613 | 6731285 | US | SYSTEM AND METHOD FOR PROVIDING HIGH PERFORMANCE IMAGE MAGNIFICATION IN A WEB BROWSER |
| 10/092,902 | 6741929 | US | VIRTUAL NAVIGATION SYSTEM AND METHOD USING MOVING IMAGE |
| 10/325,929 | 6774697 | US | INPUT AND OUTPUT PORT CIRCUIT |
| 09/425,657 | 6781951 | US | RADIO COMMUNICATION SYSTEM |
| 09/952,193 | 6910175 | US | ENCODER REDUNDANCY SELECTION SYSTEM AND METHOD |

| Application Number | Patent Number | Country | Title |
|---|---|---|---|
| 09/773,413 | 6937645 | US | COMMUNICATION SYSTEM AND A RECEIVER FOR USE IN THE SYSTEM |
| 09/694,455 | 6961473 | US | FASTER TRANSFORMS USING EARLY ABORTS AND PRECISION REFINEMENTS |
| 10/230,563 | 6963117 | US | MICROELECTROMECHANICAL DEVICE USING RESISTIVE ELECTROMECHANICAL CONTACT |
| 09/795,020 | 6963377 | US | ENCODING METHOD AND DEVICE INCLUDING THRESHOLDING PIXEL-TO-PIXEL DIFFERENCES |
| 09/411,756 | 6966027 | US | METHOD AND APPARATUS FOR STREAMING XML CONTENT |
| 10/221,069 | 6968007 | US | METHOD AND DEVICE FOR SCALABLE VIDEO TRANSCODING |
| 09/557,600 | 6973055 | US | NETWORK WITH SEVERAL NETWORK CLUSTERS FOR WIRELESS TRANSMISSION OF PACKETS |
| 09/774,925 | 6975991 | US | WEARABLE DISPLAY SYSTEM WITH INDICATORS OF SPEAKERS |
| 10/083,334 | 6978026 | US | CIRCUIT ARRANGEMENT FOR GAINING A STEREO SUBCARRIER AND AN RDS CARRIER |
| 10/161,795 | 6980599 | US | VIDEO DECODING SYSTEM AND METHOD HAVING POST-PROCESSING TO REDUCE SHARPNESS PREDICTION DRIFT |
| 09/908,197 | 6981046 | US | SYSTEM FOR THE EFFICIENT TRANSMISSION OF PARTIAL OBJECTS IN DISTRIBUTED DATA BASES |
| 10/084,724 | 6982748 | US | AUTOMATICALLY SWITCHED CAMERA SYSTEM WITH INDICATOR FOR NOTIFYING THE NEXT SUBJECT OF THE CAMERA SYSTEM |
| 09/928,795 | 6985603 | US | METHOD AND APPARATUS FOR EXTENDING VIDEO CONTENT ANALYSIS TO MULTIPLE CHANNELS |
| 10/015,965 | 6986466 | US | DATA-PROCESSING SYSTEM |
| 10/732,720 | 6989716 | US | VARIABLE GAIN AMPLIFIER |
| 09/616,631 | 6990496 | US | SYSTEM AND METHOD FOR AUTOMATED CLASSIFICATION OF TEXT BY TIME SLICING |
| 10/175,607 | 6992697 | US | METHOD AND APPARATUS TO MEASURE VIDEO QUALITY ON ANY DISPLAY DEVICE WITH ANY IMAGE SIZE STARTING FROM A KNOW DISPLAY TYPE AND SIZE |
| 09/741,654 | 6992719 | US | METHOD AND DEVICE FOR FOCUSING A CAMERA UTILIZING FILTERS CONTAINED IN A PROCESSOR |
| 09/857,964 | 6992976 | US | NETWORK FOR A RECONFIGURATION AFTER A STEP-BY-STEP REPAIR OF DEFECTS |

| Application Number | Patent Number | Country | Title |
|---|---|---|---|
| 09/633,760 | 6993179 | US | STRAPDOWN SYSTEM FOR THREE-DIMENSIONAL RECONSTRUCTION |
| 10/749,749 | 6995452 | US | MOSFET DEVICE WITH NANOSCALE CHANNEL AND METHOD OF MANUFACTURING THE SAME |
| 10/098,456 | 6996181 | US | MOTION ESTIMATION METHOD BY EMPLOYING A STOCHASTIC SAMPLING TECHNIQUE |
| 10/491,373 | 6996279 | US | COMPRESSED STORAGE OF DATA ITEMS |
| 10/327,881 | 6999127 | US | APPARATUS AND METHOD FOR IMAGE CONVERSION AND AUTOMATIC ERROR CORRECTION FOR DIGITAL TELEVISION RECEIVER |
| 09/992,922 | 7003150 | US | HOMOGRAPHY TRANSFER FROM POINT MATCHES |
| 10/643,253 | 7003409 | US | PREDICTIVE FAILURE ANALYSIS AND FAILURE ISOLATION USING CURRENT SENSING |
| 10/865,382 | 7006044 | US | MICROSTRIP PATCH ANTENNA USING MEMS TECHNOLOGY |
| 10/173,160 | 7006659 | US | METHOD FOR EMBEDDING AND EXTRACTING A SPATIAL DOMAIN BLIND WATERMARK USING SAMPLE EXPANSION |
| 09/938,377 | 7010159 | US | APPARATUS AND METHOD FOR COMBINING RANDOM SET OF VIDEO FEATURES IN A NON-LINEAR SCHEME TO BEST DESCRIBE PERCEPTUAL QUALITY OF VIDEO SEQUENCES USING HEURISTIC SEARCH METHODOLOGY |
| 10/262,796 | 7019985 | US | ELECTRONIC DEVICE WITH A VARIABLE KEYBOARD |
| 09/961,996 | 7020252 | US | GROUP AUDIO MESSAGE BOARD |
| 09/938,630 | 7023850 | US | MULTICASTING APPARATUS AND METHOD IN SHARED MEMORY SWITCH |
| 09/975,152 | 7027421 | US | METHOD AND APPARATUS FOR SEARCHER BEAMFORMING IN CDMA BASE STATION SYSTEM USING ARRAY ANTENNA |
| 10/022,731 | 7027491 | US | INTERFERENCE CANCELLATION RECEIVER FOR USE IN A CDMA SYSTEM |
| 10/196,096 | 7027588 | US | TELEPHONE APPARATUS COMPRISING MONITORING MEANS |
| 09/993,061 | 7031497 | US | METHOD FOR COMPUTING OPTICAL FLOW UNDER THE EPIPOLAR CONSTRAINT |
| 10/122,746 | 7035586 | US | WIRELESS INTERCONNECTION METHOD AND ASSEMBLY FOR ESTABLISHING A BIDIRECTIONAL COMMUNICATION BETWEEN AUDIO AND/OR VIDEO DEVICES |

| Application Number | Patent Number | Country | Title |
|---|---|---|---|
| 10/076,352 | 7038721 | US | GAMMA CORRECTION CIRCUIT |
| 10/025,797 | 7039094 | US | ADAPTIVE RAKE RECEIVING APPARATUS CONSTRAINED WITH AT LEAST ONE CONSTRAINT FOR USE IN MOBILE COMMUNICATION SYSTEM AND METHOD THEREFOR |
| 10/201,368 | 7039837 | US | SIGNAL CODING |
| 10/015,807 | 7048191 | US | 4-STATE BAR CODE PRINTING AND READING SYSTEM AND METHOD FOR CONTROLLING THE SAME |
| 09/967,548 | 7050511 | US | IN-BAND ADJACENT-CHANNEL DIGITAL AUDIO BROADCASTING SYSTEM |
| 09/752,667 | 7054365 | US | METHOD FOR PROVIDING VARIABLE BIT RATE IN STREAMING SERVICE |
| 09/995,718 | 7054856 | US | SYSTEM FOR DRAWING PATENT MAP USING TECHNICAL FIELD WORD AND METHOD THEREFOR |
| 10/273,256 | 7065701 | US | METHOD FOR ITERATIVELY DECODING BLOCK TURBO CODES AND RECORDING MEDIUM FOR STORING ITERATIVE DECODING PROGRAM OF BLOCK TURBO CODES |
| 10/269,567 | 7076490 | US | OBJECT-RELATIONAL DATABASE MANAGEMENT SYSTEM AND METHOD FOR DELETING CLASS INSTANCE FOR THE SAME |
| 10/180,406 | 7079704 | US | OBJECTIVE METHOD AND SYSTEM FOR ESTIMATING PERCEIVED IMAGE AND VIDEO SHARPNESS |
| 10/067,414 | 7081919 | US | GREEN RECONSTRUCTION FOR IMAGE SENSORS |
| 10/134,212 | 7082156 | US | METHOD OF DETECTING, AND A RECEIVER FOR, A SPREAD SPECTRUM SIGNAL |
| 09/686,830 | 7085929 | US | METHOD AND APPARATUS FOR REVOCATION LIST MANAGEMENT USING A CONTACT LIST HAVING A CONTACT COUNT FIELD |
| 09/987,933 | 7093290 | US | SECURITY SYSTEM FOR NETWORKS AND THE METHOD THEREOF |
| 09/995,740 | 7099376 | US | METHOD FOR PARALLEL TYPE INTERFERENCE CANCELLATION IN CODE DIVISION MULTIPLE ACCESS RECEIVER |
| 09/763,843 | 7103061 | US | SYNCHRONIZATION CODEWORD FOR INTERFERENCE REDUCTION IN A CDMA SYSTEM |
| 11/026,455 | 7123194 | US | ROTATABLE MICROSTRIP PATCH ANTENNA AND ARRAY ANTENNA USING THE SAME |

| Application Number | Patent Number | Country | Title |
|---|---|---|---|
| 09/737,190 | 7124034 | US | METHOD FOR CHANGING A TARGET ARRAY, A METHOD FOR ANALYZING A STRUCTURE, AND AN APPARATUS, A STORAGE MEDIUM AND A TRANSMISSION MEDIUM THEREFOR |
| 10/187,340 | 7134017 | US | METHOD FOR PROVIDING A TRUSTED PATH BETWEEN A CLIENT AND A SYSTEM |
| 09/817,457 | 7136371 | US | TIME SLOT SORTING METHOD FOR A WIRELESS NETWORK |
| 10/150,827 | 7142578 | US | SINGLE BEAMFORMING STRUCTURE FOR MULTIPLE MODULATION SCHEMES |
| 09/634,731 | 7151562 | US | METHOD AND APPARATUS FOR EXTERNAL CALIBRATION OF A CAMERA VIA A GRAPHICAL USER INTERFACE |
| 10/136,959 | 7154892 | US | METHOD AND APPARATUS FOR MANAGING LPM-BASED CAM LOOK-UP TABLE, AND RECORDING MEDIUM THEREFOR |
| 09/663,315 | 7161952 | US | WIRELESS NETWORK WITH A PLURALITY OF PERSISTENCY PROBABILITIES FOR ACCESSING A RACH CHANNEL |
| 10/098,436 | 7184420 | US | METHOD FOR DYNAMICALLY LOCATING A WIRELESS TCP PROXY IN A WIRED/WIRELESS INTEGRATED NETWORK |
| 09/580,167 | 7188165 | US | METHOD OF, AND A HETEROGENEOUS NETWORK FOR, TRANSMITTING DATA PACKETS |
| 09/653,782 | 7190979 | US | BATTERY ECONOMIZING IN A COMMUNICATIONS SYSTEM |
| 10/365,780 | 7194734 | US | METHOD OF EXECUTING AN INTERPRETER PROGRAM |
| 10/523,389 | 7206555 | US | ANTENNA DIVERSITY SYSTEM AND METHOD FOR OPERATING SAID SYSTEM |
| 10/551,311 | 7212158 | US | METHOD AND APPARATUS FOR BEAMFORMING BASED ON BROADBAND ANTENNA |
| 10/540,101 | 7212159 | US | POSITIONING SYSTEM, APPARATUS AND METHOD |
| 10/734,574 | 7212585 | US | QUADRATURE MODULATION TRANSMITTER |
| 10/185,385 | 7236548 | US | BIT LEVEL DIVERSITY COMBINING FOR COFDM SYSTEM |
| 10/266,302 | 7251251 | US | METHOD OF AND SYSTEM FOR TRANSMITTING A PLURALITY OF MESSAGES |
| 10/557,346 | 7265609 | US | TRANSCONDUCTOR CIRCUITS |
| 09/372,459 | 7639283 | US | COLOR SIGNAL MATRIX ADJUSTMENT |
| 10/550,337 | 7650115 | US | METHOD OF, AND APPARATUS FOR, PROTECTING FROM RADIO FREQUENCY INTERFERENCE |

| Application Number | Patent Number | Country | Title |
|---|---|---|---|
| 11/447,527 | 7728882 | US | GREEN RECONSTRUCTION FOR IMAGE SENSORS |
| 11/567,772 | 7739392 | US | METHOD AND SYSTEM FOR TRANSFERRING A COMMUNICATION SESSION |
| 10/935,342 | 7764637 | US | PEER-TO-PEER MOBILE INSTANT MESSAGING METHOD AND DEVICE |
| 11/120,587 | 7847842 | US | PREVENTING GREEN NON-UNIFORMITY IN IMAGE SENSORS |
| 09/560,203 | 8332302 | US | METHOD AND APPARATUS FOR AUCTIONING ITEMS |
| 13/463,540 | 8369298 | US | METHOD FOR ESTABLISHING NETWORK CONNECTIONS BETWEEN STATIONARY TERMINALS AND REMOTE DEVICES THROUGH MOBILE DEVICES |
| 12/353,662 | 8484089 | US | METHOD AND SYSTEM FOR A HOSTED DIGITAL MUSIC LIBRARY SHARING SERVICE |
| 12/103,591 | 8606856 | US | DIGITAL MEDIA ASSET IDENTIFICATION SYSTEM AND METHOD |
| 13/603,372 | 8626838 | US | DIGITAL MEDIA ASSET IDENTIFICATION SYSTEM & METHOD |
| 13/110,819 | 8649314 | US | PEER-TO-PEER MOBILE DATA TRANSFER METHOD AND DEVICE |
| 13/210,089 | 8706636 | US | SYSTEM & METHOD FOR UNIQUE DIGITAL ASSET IDENTIFICATION AND TRANSACTION MANAGEMENT |
| 13/759,950 | 8774149 | US | METHOD FOR ESTABLISHING NETWORK CONNECTIONS BETWEEN STATIONARY TERMINALS AND REMOTE DEVICES THROUGH MOBILE DEVICES |
| 12/398,102 | 8972880 | US | APPLICATION PROGRAMMING INTERFACE FOR TRANSFERRING CONTENT FROM THE WEB TO DEVICES |
| 09/878,684 | 6664891 | US | DATA DELIVERY THROUGH PORTABLE DEVICES |
| 09/876,514 | 6993049 | US | COMMUNICATION SYSTEM |
| 12/896,686 | 8194632 | US | METHOD FOR ESTABLISHING NETWORK CONNECTIONS BETWEEN STATIONARY TERMINALS AND REMOTE DEVICES THROUGH MOBILE DEVICES |
| 13/193,579 | 8406116 | US | MOBILE CONFERENCING METHOD AND SYSTEM |
| 10/151,087 | 7167487 | US | NETWORK WITH LOGIC CHANNELS AND TRANSPORT CHANNELS |
| 09/455,124 | 6868079 | US | RADIO COMMUNICATION SYSTEM WITH REQUEST RE-TRANSMISSION UNTIL ACKNOWLEDGED |

| Application Number | Patent Number | Country | Title |
|---|---|---|---|
| 09/739,507 | 6836654 | US | ANTI-THEFT PROTECTION FOR A RADIOTELEPHONY DEVICE |
| 08/742,688 | 5960366 | US | WRIST-WATCH WIRELESS TELEPHONE |
| 09/876,515 | 7587207 | US | DATA DELIVERY THROUGH BEACONS |
| 09/597,198 | 7136999 | US | METHOD AND SYSTEM FOR ELECTRONIC DEVICE AUTHENTICATION |
| 10/323,228 | 6985758 | US | MOBILE DEVICE POWER SAVING |
| 09/739,474 | 6901272 | US | ERGONOMIC SYSTEM FOR CONTROL OF DEVICES THROUGH PORTABLE WIRELESS TERMINALS |
| 13/079,767 | 8018877 | US | MOBILE CONFERENCING METHOD AND SYSTEM |
| 09/920,041 | 7020106 | US | RADIO COMMUNICATION SYSTEM |
| 07/965,956 | 5483468 | US | SYSTEM AND METHOD FOR CONCURRENT RECORDING AND DISPLAYING OF SYSTEM PERFORMANCE DATA |
| 08/348,071 | 5619526 | US | CDMA BASE STATION MODULATOR FOR DIGITAL CELLULAR MOBILE COMMUNICATION SYSTEMS |
| 08/665,868 | 5639677 | US | METHOD OF MAKING A GAAS POWER SEMICONDUCTOR DEVICE OPERATING AT A LOW VOLTAGE |
| 08/353,044 | 5657421 | US | SPEECH SIGNAL TRANSMITTER WHEREIN CODING IS MAINTAINED DURING SPEECH PAUSES DESPITE SUBSTANTIAL SHUTDOWN OF THE TRANSMITTER |
| 08/634,635 | 5659687 | US | DEVICE FOR CONTROLLING MEMORY DATA PATH IN PARALLEL PROCESSING COMPUTER SYSTEM |
| 08/438,153 | 5692125 | US | SYSTEM AND METHOD FOR SCHEDULING LINKED EVENTS WITH FIXED AND DYNAMIC CONDITIONS |
| 08/673,882 | 5774673 | US | SYSTEM FOR COMMUNICATING BETWEEN A DYNAMIC GROUP OF APPARATUSES |
| 08/544,571 | 5835849 | US | CELLULAR MOBILE RADIO SYSTEM COMPRISING SUB-CELLS |
| 09/027,599 | 5936393 | US | LINE DRIVER WITH ADAPTIVE OUTPUT IMPEDANCE |
| 08/888,355 | 5940295 | US | DISTRIBUTED EXECUTION PROCESS FOR AN INTERACTIVE MULTIMEDIA PROGRAM, AND A LOCAL STATION USING THIS METHOD |
| 08/742,674 | 5949351 | US | REMOTE CONTROL METHOD AND SYSTEM THEREFOR |
| 09/079,478 | 5970318 | US | FABRICATION METHOD OF AN ORGANIC ELECTROLUMINESCENT DEVICES |

| Application Number | Patent Number | Country | Title |
|---|---|---|---|
| 08/974,199 | 6008743 | US | METHOD AND APPARATUS FOR SWITCHING BETWEEN DATA COMPRESSION MODES |
| 08/280,271 | 6052108 | US | METHOD OF DISPLAYING TEXT HAVING IMPROVED USABILITY |
| 09/007,818 | 6058437 | US | D.M.A. DEVICE THAT HANDLES CACHE MISSES BY MANAGING AN ADDRESS OF AN AREA OF ALLOTTED VIA A DAEMON PROCESSOR |
| 08/977,826 | 6067333 | US | ADAPTIVE SERIAL AND PARALLEL MIXED INTERFERENCE CANCELLATION METHOD |
| 09/022,910 | 6070169 | US | METHOD AND SYSTEM FOR THE DETERMINATION OF A PARTICULAR DATA OBJECT UTILIZING ATTRIBUTES ASSOCIATED WITH THE OBJECT |
| 08/992,291 | 6084982 | US | METHOD OF CHROMA-KEYING FOR A DIGITAL VIDEO COMPRESSION SYSTEM |
| 09/136,733 | 6127952 | US | VIDEO DATA RECORDING APPARATUS |
| 09/139,726 | 6138234 | US | NODE BOOTING METHOD IN HIGH-SPEED PARALLEL COMPUTER |
| 09/603,495 | 6148029 | US | METHOD OF VARIABLE-LENGTH ENCODING OF IMAGES AND DEVICE FOR PERFORMING SAID |
| 09/122,755 | 6150187 | US | ENCAPSULATION METHOD OF A POLYMER OR ORGANIC LIGHT EMITTING DEVICE |
| 08/738,988 | 6154468 | US | FAST SYNC-BYTE SEARCH SCHEME FOR PACKET FRAMING |
| 08/977,989 | 6154496 | US | VIDEO BUFFER FOR SEAMLESS SPLICING OF MPEG STREAMS |
| 08/959,215 | 6169790 | US | METHOD OF RESTRICTING THE DURATION OF TELEPHONE CALLS AND TELEPHONE IMPLEMENTING SUCH A METHOD |
| 09/135,860 | 6178512 | US | WIRELESS NETWORK |
| 09/116,063 | 6190314 | US | COMPUTER INPUT DEVICE WITH BIOSENSORS FOR SENSING USER EMOTIONS |
| 09/116,903 | 6195388 | US | APPARATUS AND METHOD FOR ENCODING MULTIPLE VIDEO PROGRAMS |
| 08/770,024 | 6198728 | US | MEDIUM ACCESS CONTROL (MAC) PROTOCOL FOR WIRELESS ATM |
| 09/134,108 | 6198909 | US | COMMUNICATION ENVIRONMENT WITH PLURALITY OF RADIO SYSTEMS |
| 09/047,682 | 6201958 | US | TELECOMMUNICATIONS SYSTEM, MOBILE TERMINAL AND METHOD OF REGISTRATION OF A TERMINAL WITH A TELECOMMUNICATIONS NETWORK |

| Application Number | Patent Number | Country | Title |
|---|---|---|---|
| 09/475,281 | 6211018 | US | METHOD FOR FABRICATING HIGH DENSITY TRENCH GATE TYPE POWER DEVICE |
| 09/096,698 | 6215488 | US | METHOD AND SYSTEM FOR DESIGNING A GRAPHICAL USER INTERFACE FOR AN ELECTRONIC CONSUMER PRODUCT |
| 09/197,315 | 6226636 | US | SYSTEM FOR RETRIEVING IMAGES USING A DATABASE |
| 09/139,203 | 6237072 | US | MEMORY MANAGEMENT WITH COMPACTION OF DATA BLOCKS |
| 09/123,019 | 6249515 | US | MULTIPLE ACCESS CONTROL METHOD FOR GUARANTEEING QOS REQUIREMENT |
| 09/030,344 | 6263091 | US | SYSTEM AND METHOD FOR IDENTIFYING FOREGROUND AND BACKGROUND PORTIONS OF DIGITIZED IMAGES |
| 09/070,322 | 6282318 | US | A METHOD AND SYSTEM FOR COMBINING PATTERN MATCHING AND OPTIMIZATION |
| 09/207,835 | 6282322 | US | SYSTEM AND METHOD FOR COMPRESSING AND DECOMPRESSING IMAGES |
| 09/428,403 | 6284605 | US | METHOD FOR FABRICATING SEMICONDUCTOR POWER INTEGRATED CIRCUIT |
| 09/236,688 | 6285805 | US | SYSTEM AND METHOD FOR FINDING THE DISTANCE FROM A MOVING QUERY POINT TO THE CLOSEST POINT ON ONE OR MORE CONVEX OR NON-CONVEX SHAPES |
| 09/198,708 | 6285892 | US | DATA TRANSMISSION SYSTEM FOR REDUCING TERMINAL POWER CONSUMPTION IN A WIRELESS NETWORK |
| 09/030,438 | 6289112 | US | SYSTEM AND METHOD FOR DETERMINING BLOCK DIRECTION IN FINGERPRINT IMAGES |
| 09/253,084 | 6295375 | US | METHOD AND DEVICE FOR CODING A SEQUENCE OF PICTURES |
| 09/710,821 | 6297820 | US | METHOD AND SYSTEM FOR DESIGNING A GRAPHICAL USER INTERFACE FOR AN ELECTRONIC CONSUMER PRODUCT |
| 09/316,985 | 6304612 | US | TRANSMISSION SYSTEM HAVING A SIMPLIFIED CHANNEL DECODER |
| 09/170,469 | 6314436 | US | SPACE-LIMITED MARKING STRUCTURE FOR TRACING GARBAGE COLLECTORS |
| 09/240,214 | 6317834 | US | BIOMETRIC AUTHENTICATION SYSTEM WITH ENCRYPTED MODELS |
| 09/039,347 | 6327272 | US | DATA TRANSFER SYSTEM, TRANSMITTER AND RECEIVER |
| 09/424,607 | 6329934 | US | MODIFYING DATA WHICH HAS BEEN CODED |

| Application Number | Patent Number | Country | Title |
|---|---|---|---|
| 09/337,844 | 6338073 | US | FINALIZATION IN INCREMENTAL GARBAGE COLLECTORS |
| 09/338,150 | 6339779 | US | REFERENCE COUNTING MECHANISM FOR GARBAGE COLLECTORS |
| 08/397,292 | 6341276 | US | SYSTEM FOR SELECTING A COMPUTER SOLUTION FROM A PRE-DEFINED SET |
| 09/086,270 | 6347084 | US | METHOD OF TIMESTAMP SYNCHRONIZATION OF A RESERVATION-BASED TDMA PROTOCOL |
| 09/259,956 | 6349040 | US | ELECTRONIC DEVICE WITH A VARIABLE KEYBOARD |
| 09/276,876 | 6351561 | US | GENERATING DECISION-TREE CLASSIFIERS WITH OBLIQUE HYPERPLANES |
| 09/335,019 | 6360233 | US | DYNAMIC MEMORY SPACE ALLOCATION |
| 09/318,331 | 6363513 | US | TRANSMISSION SYSTEM WITH ADAPTIVE CHANNEL ENCODER AND DECODER |
| 09/160,003 | 6370117 | US | CHANNEL ALLOCATION METHODS IN A COMMUNICATION NETWORK AND CORRESPONDING SYSTEM |
| 09/280,107 | 6370595 | US | METHOD OF ADDRESSING A PLURALITY OF ADDRESSABLE UNITS BY A SINGLE ADDRESS WORD |
| 09/107,526 | 6377549 | US | CALL ADMISSION CONTROL SYSTEM FOR WIRELESS ATM NETWORKS |
| 09/343,910 | 6381471 | US | DUAL BAND RADIO TELEPHONE WITH DEDICATED RECEIVE AND TRANSMIT ANTENNAS |
| 09/287,428 | 6388715 | US | TELEVISION RECEIVER |
| 09/220,292 | 6389072 | US | MOTION ANALYSIS BASED BUFFER REGULATION SCHEME |
| 09/186,249 | 6393155 | US | ERROR REDUCTION IN TRANSFORMED DIGITAL DATA |
| 09/337,845 | 6393439 | US | STORED DATA OBJECT MARKING FOR GARBAGE COLLECTORS |
| 09/456,899 | 6405027 | US | GROUP CALL FOR A WIRELESS MOBILE COMMUNICATION DEVICE USING BLUETOOTH |
| 09/070,216 | 6407993 | US | FLEXIBLE TWO-WAY TELECOMMUNICATION SYSTEM |
| 09/328,968 | 6408293 | US | AN INTERACTIVE FRAMEWORK FOR UNDERSTANDING USER'S PERCEPTION OF MULTIMEDIA DATA |
| 09/177,962 | 6412013 | US | SYSTEM FOR CONTROLLING DATA OUTPUT TO A NETWORK |
| 09/819,285 | 6424323 | US | ELECTRONIC DEVICE HAVING A DISPLAY |

| Application Number | Patent Number | Country | Title |
|---|---|---|---|
| 09/475,050 | 6424344 | US | APPARATUS FOR PROVIDING A VISUAL NAVIGATION INTERFACE |
| 09/474,090 | 6438361 | US | APPARATUS AND METHOD FOR AUTOMATIC SELECTION OF BROADBAND FREQUENCY CHANNEL USING DOUBLE FREQUENCY CONVERSION |
| 09/559,896 | 6442204 | US | VIDEO ENCODING METHOD AND SYSTEM |
| 09/417,660 | 6445387 | US | INTERFACE METHOD FOR SEARCHING VIRTUAL SPACE BASED ON BODY ICON |
| 09/467,591 | 6445921 | US | CALL RE-ESTABLISHMENT FOR A DUAL MODE TELEPHONE |
| 09/548,112 | 6452515 | US | VIDEO ENCODER AND DECODER |
| 08/994,873 | 6453416 | US | SECURE PROXY SIGNING DEVICE AND METHOD OF USE |
| 09/583,942 | 6458080 | US | MANAGING PARAMETERS EFFECTING THE COMPREHENSIVE HEALTH OF A USER |
| 09/404,716 | 6463174 | US | MACROBLOCK-BASED SEGMENTATION AND BACKGROUND MOSAICKING METHOD |
| 09/003,988 | 6466686 | US | SYSTEM AND METHOD FOR TRANSFORMING FINGERPRINTS TO IMPROVE RECOGNITION |
| 09/343,607 | 6467088 | US | RECONFIGURATION MANAGER FOR CONTROLLING UPGRADES OF ELECTRONIC DEVICES |
| 09/833,848 | 6469665 | US | TIME OF ARRIVAL ESTIMATION POSITIONING SYSTEMS |
| 09/264,060 | 6470006 | US | TIMING CONTROL OF TRANSMISSION TIME SLOT |
| 09/477,771 | 6470345 | US | REPLACEMENT OF SUBSTRINGS IN FILE/DIRECTORY PATHNAMES WITH NUMERIC TOKENS |
| 09/203,786 | 6483881 | US | METHOD OF REDUCING COMPLEXITY USING STATISTICS OF PATH METRICS IN A TRELLIS DECODER |
| 09/030,595 | 6487306 | US | SYSTEM AND METHOD FOR DERIVING A STRING-BASED REPRESENTATION OF AN (FINGERPRINT) IMAGE |
| 09/533,485 | 6487563 | US | MEMORY RECLAMATION METHOD |
| 09/537,821 | 6502110 | US | MEMORY RECLAMATION METHOD AND APPARATUS |
| 09/318,324 | 6512929 | US | TELECOMMUNICATION ASSEMBLY |
| 08/826,616 | 6515688 | US | VIEWER INTERACTIVE THREE-DIMENSIONAL WORKSPACE WITH A TWO-DIMENSIONAL WORKPLANE CONTAINING INTERACTIVE TWO-DIMENSIONAL IMAGES |
| 09/303,316 | 6519005 | US | METHOD OF CONCURRENT MULTIPLE-MODE MOTION ESTIMATION FOR DIGITAL VIDEO |

| Application Number | Patent Number | Country | Title |
|---|---|---|---|
| 09/537,822 | 6526421 | US | METHOD OF SCHEDULING GARBAGE COLLECTION |
| 09/533,487 | 6567469 | US | MOTION ESTIMATION ALGORITHM SUITABLE FOR H.261 VIDEOCONFERENCING APPLICATIONS |
| 09/527,198 | 6571260 | US | MEMORY RECLAMATION METHOD |
| 09/497,138 | 6584229 | US | MACROBLOCK-BASED OBJECT-ORIENTED CODING METHOD OF IMAGE SEQUENCE HAVING A STATIONARY BACKGROUND |
| 09/182,698 | 6584423 | US | METHOD OF COMMUNICATION BETWEEN REMOTE TERMINALS AND A CENTRAL STATION |
| 09/826,027 | 6590125 | US | BLUE LIGHT-EMITTING POLYMER PREPARED USING A FLUORINATED TETRAPHENYL MONOMER AND AN EL DEVICE MANUFACTURED USING THE POLYMER |
| 09/209,064 | 6590903 | US | METHOD FOR THE TRANSMISSION OF AN ASYNCHRONOUS DATA STREAM VIA A SYNCHRONOUS DATA BUS, AND CIRCUIT ARRANGEMENT FOR CARRYING OUT THE METHOD |
| 09/394,556 | 6598020 | US | ADAPTIVE EMOTION AND INITIATIVE GENERATOR FOR CONVERSATIONAL SYSTEMS |
| 09/425,658 | 6600902 | US | MULTIPLE LINK DATA OBJECT CONVEYING METHOD FOR CONVEYING DATA OBJECTS TO WIRELESS STATIONS |
| 09/422,371 | 6603740 | US | LOCAL AREA NETWORK WITH A BRIDGE TERMINAL FOR TRANSMITTING DATA BETWEEN A PLURALITY OF SUB-NETWORKS AND FOR LOOP DETECTION |
| 09/786,292 | 6615335 | US | COMPRESSED STORAGE OF INFORMATION |
| 09/709,260 | 6618445 | US | SCALABLE MPEG-2 VIDEO DECODER |
| 09/712,678 | 6631163 | US | DYNAMIC ADAPTATION OF COMPLEXITY IN AN MPEG-2 SCALABLE DECODER |
| 09/422,736 | 6650648 | US | AUTOMATIC CONFIGURATION OF A BRIDGE TERMINAL FOR TRANSMITTING DATA BETWEEN A PLURALITY OF SUB-NETWORKS IN A LOCAL AREA NETWORK |
| 09/394,803 | 6658388 | US | PERSONALITY GENERATOR FOR CONVERSATIONAL SYSTEMS |
| 09/607,597 | 6678535 | US | PERVASIVE DOCK AND ROUTER WITH COMMUNICATION PROTOCOL CONVERTER |
| 09/960,188 | 6678613 | US | METHOD AND APPARATUS FOR NOTIFYING A USER OF AN APPOINTMENT |
| 09/377,361 | 6707858 | US | LOW IF RECEIVER |

| Application Number | Patent Number | Country | Title |
|---|---|---|---|
| 09/282,638 | 6711294 | US | METHOD AND APPARATUS FOR REDUCING IMAGE DATA STORAGE AND PROCESSING BASED ON DEVICE SUPPORTED COMPRESSION TECHNIQUES |
| 09/616,229 | 6754373 | US | SYSTEM AND METHOD FOR MICROPHONE ACTIVATION USING VISUAL SPEECH CUES |
| 09/694,448 | 6766341 | US | FASTER TRANSFORMS USING SCALED TERMS |
| 10/226,963 | 6771193 | US | SYSTEM AND METHODS FOR EMBEDDING ADDITIONAL DATA IN COMPRESSED DATA STREAMS |
| 10/184,513 | 6774928 | US | MOBILE FOR VIDEO-CONFERENCING |
| 10/285,131 | 6798362 | US | POLYNOMIAL-TIME, SEQUENTIAL, ADAPTIVE SYSTEM AND METHOD FOR LOSSY DATA COMPRESSION |
| 10/077,061 | 6807604 | US | METHOD OF REFRESHING A DYNAMIC MEMORY |
| 10/234,888 | 6809662 | US | MODULATION CODE SYSTEM AND METHODS OF ENCODING AND DECODING A SIGNAL BY MULTIPLE INTEGRATION |
| 09/732,196 | 6809775 | US | TV RECEIVER APPARATUS AND RELATED METHOD |
| 09/996,003 | 6810083 | US | METHOD AND SYSTEM FOR ESTIMATING OBJECTIVE QUALITY OF COMPRESSED VIDEO DATA |
| 09/730,675 | 6810089 | US | BLOCK DETECTION METHOD FOR A CHANNEL SUBJECTED TO FADING |
| 10/186,646 | 6813692 | US | RECEIVER APPARATUS AND METHOD |
| 09/595,935 | 6836554 | US | SYSTEM AND METHOD FOR DISTORTING A BIOMETRIC FOR TRANSACTIONS WITH ENHANCED SECURITY AND PRIVACY |
| 10/011,880 | 6844878 | US | MEDIA PROCESSING REDUCTION IN HIDDEN AREAS |
| 09/699,609 | 6850948 | US | METHOD AND APPARATUS FOR COMPRESSING TEXTUAL DOCUMENTS |
| 09/773,422 | 6865387 | US | SOFTWARE RECONFIGURATION OF COMMUNICATIONS APPARATUS |
| 09/585,827 | 6876691 | US | METHOD OF AND RECEIVER FOR FREQUENCY ACQUISITION IN A FREQUENCY HOPPING SYSTEM |
| 10/082,872 | 6877068 | US | METHOD AND DEVICE FOR PREFETCHING A REFERENCED RESOURCE |
| 09/995,489 | 6882991 | US | SEARCH METHOD IN A HIERARCHICAL OBJECT STRUCTURE |
| 09/822,435 | 6891892 | US | MPEG-2 DECODER WITH AN EMBEDDED CONTRAST ENHANCEMENT FUNCTION AND METHODS THEREFOR |

| Application Number | Patent Number | Country | Title |
|---|---|---|---|
| 10/086,741 | 6895118 | US | METHOD OF CODING DIGITAL IMAGES BASED ON ERROR CONCEALMENT |
| 10/057,670 | 6907074 | US | APPARATUS AND METHOD FOR PERFORMING MIXED MOTION ESTIMATION BASED ON HIERARCHICAL SEARCH |
| 09/823,486 | 6909746 | US | FAST ROBUST DATA COMPRESSION METHOD AND SYSTEM |
| 09/811,637 | 6910207 | US | METHOD OF EXECUTING A COMPUTER PROGRAM WITH AN INTERPRETER, COMPUTER SYSTEM AND COMPUTER PROGRAM PRODUCT |
| 09/734,782 | 6912579 | US | SYSTEM AND METHOD FOR CONTROLLING AN APPARATUS HAVING A DEDICATED USER INTERFACE FROM A BROWSER |
| 09/165,683 | 6918123 | US | CALLS IDENTIFY SCENARIO FOR CONTROL OF SOFTWARE OBJECTS VIA PROPERTY ROUTES |
| 09/837,036 | 6925126 | US | DYNAMIC COMPLEXITY PREDICTION AND REGULATION OF MPEG2 DECODING IN A MEDIA PROCESSOR |
| 10/029,811 | 6925197 | US | METHOD AND SYSTEM FOR NAME-FACE/VOICE-ROLE ASSOCIATION |
| 10/331,915 | 6926572 | US | FLAT PANEL DISPLAY DEVICE AND METHOD OF FORMING PASSIVATION FILM IN THE FLAT PANEL DISPLAY DEVICE |
| 08/901,338 | 6944221 | US | BUFFER MANAGEMENT IN VARIABLE BIT-RATE COMPRESSION SYSTEMS |
| 10/119,852 | 6944229 | US | APPARATUS AND METHOD FOR MPEG DECODING USING DYNAMIC FREQUENCY AND VOLTAGE SCALING |
| 10/024,611 | 6944579 | US | SIGNAL SEPARATION METHOD, SIGNAL PROCESSING APPARATUS, IMAGE PROCESSING APPARATUS, MEDICAL IMAGE PROCESSING APPARATUS AND STORAGE MEDIUM FOR RESTORING MULTIDIMENSIONAL SIGNALS FROM OBSERVED DATA IN WHICH MULTIPLE SIGNALS ARE MIXED |
| 10/456,501 | 6945869 | US | APPARATUS AND METHOD FOR VIDEO BASED SHOOTING GAME |
| 10/637,843 | 6946995 | US | MICROSTRIP PATCH ANTENNA AND ARRAY ANTENNA USING SUPERTRATE |
| 10/077,059 | 6952450 | US | UNEQUAL ERROR PROTECTION OF VIDEO BASED ON MOTION VECTOR CHARACTERISTICS |
| 09/552,650 | 6954634 | US | RECONFIGURABLE COMMUNICATION NETWORK |

| Application Number | Patent Number | Country | Title |
|---|---|---|---|
| 10/323,227 | 6961594 | US | MOBILE DEVICE POWER SAVING |
| 09/891,430 | 6963756 | US | ELECTRONIC EQUIPMENT COMPRISING A RETRACTABLE SCREEN |
| 09/481,771 | 6964048 | US | METHOD FOR DYNAMIC LOANING IN RATE MONOTONIC REAL-TIME SYSTEMS |
| 09/571,456 | 6965582 | US | CELLULAR RADIO COMMUNICATION SYSTEM |
| 10/121,583 | 6965699 | US | CAMERA INFORMATION CODING/DECODING METHOD FOR SYNTHESIZING STEREOSCOPIC REAL VIDEO AND A COMPUTER GRAPHIC IMAGE |
| 09/822,457 | 6967944 | US | INCREASING LINK CAPACITY VIA CONCURRENT TRANSMISSIONS IN CENTRALIZED WIRELESS LANS |
| 09/730,655 | 6967968 | US | COMMUNICATION NETWORK HAVING MINIMIZED ROUNDTRIP CONTENTION DELAY |
| 10/334,837 | 6970149 | US | ACTIVE MATRIX ORGANIC LIGHT EMITTING DIODE DISPLAY PANEL CIRCUIT |
| 10/041,937 | 6980112 | US | EMERGENCY CALL PATIENT LOCATING SYSTEM FOR IMPLANTED AUTOMATIC DEFIBRILLATORS |
| 10/334,409 | 6980351 | US | ELECTROPHORETIC DISPLAY |
| 09/797,085 | 6980522 | US | AD-HOC RADIO COMMUNICATION SYSTEM |
| 09/806,091 | 6983013 | US | METHOD AND DEVICE FOR ENCODING VIDEO SIGNAL |
| 09/914,240 | 6985526 | US | SNR SCALABLE VIDEO ENCODING METHOD AND CORRESPONDING DECODING METHOD |
| 10/127,528 | 6985635 | US | SYSTEM AND METHOD FOR PROVIDING A SINGLE-LAYER VIDEO ENCODED BITSTREAMS SUITABLE FOR REDUCED-COMPLEXITY DECODING |
| 10/033,649 | 6988067 | US | LSF QUANTIZER FOR WIDEBAND SPEECH CODER |
| 09/460,944 | 6988276 | US | IN-HOUSE TV TO TV CHANNEL PEEKING |
| 10/743,459 | 6992637 | US | SLOT ANTENNA HAVING SLOTS FORMED ON BOTH SIDES OF DIELECTRIC SUBSTRATE |
| 10/109,772 | 6993182 | US | METHOD AND APPARATUS FOR DETECTING SCENE CHANGES IN VIDEO USING A HISTOGRAM OF FRAME DIFFERENCES |
| 10/146,399 | 6999515 | US | ENCODING BLOCK-ORGANIZED DATA |
| 10/038,987 | 7003497 | US | SYSTEM AND METHOD FOR CONFIRMING ELECTRONIC TRANSACTIONS |
| 10/267,705 | 7006701 | US | SEQUENTIAL DIGITAL IMAGE COMPRESSION |
| 09/840,812 | 7010034 | US | VIDEO COMPRESSION |

| Application Number | Patent Number | Country | Title |
|---|---|---|---|
| 10/082,860 | 7012960 | US | METHOD OF TRANSCODING AND TRANSCODING DEVICE WITH EMBEDDED FILTERS |
| 10/255,327 | 7016668 | US | METHOD AND APPARATUS FOR A RECONFIGURABLE MULTI-MEDIA SYSTEM |
| 10/089,959 | 7016676 | US | METHOD, NETWORK AND CONTROL STATION FOR THE TWO-WAY ALTERNATE CONTROL OF RADIO SYSTEMS OF DIFFERENT STANDARDS IN THE SAME FREQUENCY BAND |
| 10/014,190 | 7020336 | US | IDENTIFICATION AND EVALUATION OF AUDIENCE EXPOSURE TO LOGOS IN A BROADCAST EVENT |
| 09/718,246 | 7034866 | US | COMBINED DISPLAY-CAMERA FOR AN IMAGE PROCESSING SYSTEM |
| 09/962,659 | 7039585 | US | METHOD AND SYSTEM FOR SEARCHING RECORDED SPEECH AND RETRIEVING RELEVANT SEGMENTS |
| 11/024,568 | 7042401 | US | TRAPEZOID ULTRA WIDE BAND PATCH ANTENNA |
| 10/043,053 | 7047309 | US | LOAD BALANCING AND DYNAMIC CONTROL OF MULTIPLE DATA STREAMS IN A NETWORK |
| 09/944,306 | 7049954 | US | DATA TRANSMISSION SYSTEM |
| 10/033,806 | 7051120 | US | HEALTHCARE PERSONAL AREA IDENTIFICATION NETWORK METHOD AND SYSTEM |
| 10/653,804 | 7054470 | US | SYSTEM AND METHOD FOR DISTORTION CHARACTERIZATION IN FINGERPRINT AND PALM-PRINT IMAGE SEQUENCES AND USING THIS DISTORTION AS A BEHAVIORAL BIOMETRICS |
| 10/172,416 | 7054497 | US | METHOD AND SYSTEM FOR OPTIMIZING IMAGE SHARPNESS DURING CODING AND IMAGE ENHANCEMENT |
| 09/961,995 | 7058083 | US | NETWORK INTERFACE DRIVER AND METHOD |
| 09/933,552 | 7058879 | US | DATA TRANSMISSION SYSTEM, EQUIPMENT SUITABLE FOR SUCH A SYSTEM AND DATA TRANSMISSION METHOD |
| 10/169,346 | 7058951 | US | METHOD AND A SYSTEM FOR ALLOCATION OF A BUDGET TO A TASK |
| 10/359,710 | 7072513 | US | METHOD OF SEGMENTING HANDWRITTEN TOUCHING NUMERAL STRINGS HAVING NON-VERTICAL SEGMENTATION LINE |
| 10/513,012 | 7072671 | US | RADIO SYSTEM, APPARATUS, AND METHOD OF OPERATING THE RADIO SYSTEM |

| Application Number | Patent Number | Country | Title |
|---|---|---|---|
| 09/973,312 | 7075917 | US | WIRELESS NETWORK WITH A DATA EXCHANGE ACCORDING TO THE ARQ METHOD |
| 10/184,875 | 7079670 | US | APPARATUS AND METHOD FOR AUTHENTICATING A USER BY EMPLOYING FEATURE POINTS OF A FINGERPRINT IMAGE OF THE USER |
| 10/155,211 | 7092448 | US | METHOD AND SYSTEM FOR ESTIMATING NO-REFERENCE OBJECTIVE QUALITY OF VIDEO DATA |
| 09/838,010 | 7092549 | US | METHOD AND APPARATUS FOR REMOVING DEFECTS IN AN IMAGE SEQUENCE |
| 10/175,413 | 7092694 | US | WIRELESS COMMUNICATION SYSTEM HAVING A GUEST TRANSMITTER AND A HOST RECEIVER |
| 09/942,634 | 7093298 | US | APPARATUS AND METHOD FOR SECURITY OBJECT ENHANCEMENT AND MANAGEMENT |
| 09/810,015 | 7095328 | US | SYSTEM AND METHOD FOR NON INTRUSIVE MONITORING OF AT RISK INDIVIDUALS |
| 10/749,606 | 7099686 | US | MICROSTRIP PATCH ANTENNA HAVING HIGH GAIN AND WIDEBAND |
| 09/730,679 | 7103070 | US | TRANSMISSION SYSTEM COMPRISING A STATION OF A FIRST TYPE AND A STATION OF A SECOND TYPE AND SYNCHRONIZATION METHOD |
| 10/153,256 | 7103340 | US | ANTENNA DIVERSITY ARRANGEMENT |
| 10/650,406 | 7106264 | US | BROADBAND SLOT ANTENNA AND SLOT ARRAY ANTENNA USING THE SAME |
| 10/124,009 | 7107111 | US | TRICK PLAY FOR MP3 |
| 10/065,802 | 7107445 | US | METHOD AND APPARATUS FOR SECURE PROCESSING OF SENSITIVE DATA |
| 10/298,968 | 7110047 | US | SIGNIFICANT SCENE DETECTION AND FRAME FILTERING FOR A VISUAL INDEXING SYSTEM USING DYNAMIC THRESHOLDS |
| 10/080,184 | 7110366 | US | APPARATUS AND METHOD FOR PEER-TO-PEER LINK MONITORING OF A WIRELESS NETWORK WITH CENTRALIZED CONTROL |
| 09/822,452 | 7113074 | US | METHOD AND SYSTEM FOR AUTOMATICALLY CONTROLLING A PERSONALIZED NETWORKED ENVIRONMENT |
| 10/202,660 | 7117258 | US | METHOD AND APPARATUS FOR ASSIGNING IP ADDRESS USING AGENT IN ZERO CONFIGURATION NETWORK |
| 10/078,936 | 7120209 | US | REDUCED COMPLEXITY INTERCARRIER INTERFERENCE CANCELLATION |

| Application Number | Patent Number | Country | Title |
|---|---|---|---|
| 09/877,344 | 7123658 | US | SYSTEM AND METHOD FOR CREATING MULTI-PRIORITY STREAMS |
| 09/449,250 | 7123745 | US | METHOD AND APPARATUS FOR DETECTING MOVING OBJECTS IN VIDEO CONFERENCING AND OTHER APPLICATIONS |
| 09/806,565 | 7137126 | US | CONVERSATIONAL COMPUTING VIA CONVERSATIONAL VIRTUAL MACHINE |
| 10/059,441 | 7139017 | US | METHOD AND SYSTEM FOR OBTAINING THE BEST PICTURE QUALITY IN A SCARCE-POWER DEVICE |
| 10/124,061 | 7149159 | US | METHOD AND APPARATUS FOR EDITING DATA STREAMS |
| 10/024,779 | 7151767 | US | METHOD AND APPARATUS FOR SYNCHRONIZING FREQUENCY HOPPING TRANSCEIVERS |
| 10/082,858 | 7151916 | US | METHOD OF RECEIVING A SIGNAL AND A RECEIVER |
| 10/029,825 | 7164671 | US | OVERLAPPING NETWORK ALLOCATION VECTOR (ONAV) FOR AVOIDING COLLISION IN THE IEEE 802.11 WLAN OPERATING UNDER HCF |
| 09/773,418 | 7167454 | US | RADIO COMMUNICATION SYSTEM |
| 10/957,749 | 7170355 | US | VOLTAGE-CONTROLLED OSCILLATOR USING CURRENT FEEDBACK NETWORK |
| 10/028,378 | 7170566 | US | FAMILY HISTOGRAM BASED TECHNIQUES FOR DETECTION OF COMMERCIALS AND OTHER VIDEO CONTENT |
| 10/257,204 | 7171169 | US | NETWORK WITH ADAPTATION OF THE MODULATION METHOD |
| 09/929,118 | 7171206 | US | METHOD AND SYSTEM FOR TRANSFERRING A COMMUNICATION SESSION |
| 10/480,660 | 7174135 | US | WIDEBAND SIGNAL TRANSMISSION SYSTEM |
| 10/147,974 | 7177345 | US | DEMODULATING DEVICE AND METHOD FOR W-CDMA BASE STATION |
| 11/180,726 | 7183149 | US | METHOD OF MANUFACTURING FIELD EFFECT TRANSISTOR |
| 10/477,871 | 7190408 | US | TV-RECEIVER, IMAGE DISPLAY APPARATUS, TV-SYSTEM AND METHOD FOR DISPLAYING AN IMAGE |
| 10/135,337 | 7193989 | US | RADIO COMMUNICATION ARRANGEMENTS |
| 10/135,353 | 7193991 | US | RADIO COMMUNICATION ARRANGEMENTS |
| 10/211,416 | 7194018 | US | APPARATUS FOR SEARCHING MULTIPATH IN SPREAD SPECTRUM COMMUNICATIONS SYSTEM AND METHOD THEREOF |

| Application Number | Patent Number | Country | Title |
|---|---|---|---|
| 10/621,461 | 7197598 | US | APPARATUS AND METHOD FOR FILE-LEVEL STRIPING |
| 09/923,868 | 7206285 | US | METHOD FOR SUPPORTING NON-LINEAR, HIGHLY SCALABLE INCREASE-DECREASE CONGESTION CONTROL SCHEME |
| 10/330,800 | 7215635 | US | APPARATUS FOR TRANSMITTING AND RECEIVING SIGNAL USING ORTHOGONAL CODES AND NON-BINARY VALUES IN CDMA/OFDM SYSTEM AND METHOD THEREOF |
| 09/855,115 | 7215706 | US | VIDEO SIGNAL ENCODING AND BUFFER MANAGEMENT |
| 09/819,279 | 7227579 | US | LIGHT MODULATION REMOVER |
| 10/523,619 | 7230579 | US | DIRECTIONAL DUAL FREQUENCY ANTENNA ARRANGEMENT |
| 10/182,158 | 7242719 | US | A METHOD AND APPARATUS FOR SPACE-SAVING-VARIABLE LENGTH ENCODING AND DECODING |
| 10/119,577 | 7245592 | US | ALIGNING 802.11E HCF AND 802.11H TPC OPERATIONS |
| 10/547,585 | 7283832 | US | METHOD AND SYSTEM FOR ESTABLISHING WIRELESS PEER-TO-PEER COMMUNICATIONS |
| 10/547,586 | 7286841 | US | METHOD AND SYSTEM FOR MAINTAINING UPLINK SYNCHRONIZATION WITH PEER-TO-PEER COMMUNICATION IN WIRELESS COMMUNICATION SYSTEM |
| 10/551,312 | 7308266 | US | METHOD AND SYSTEM FOR PEER-TO-PEER COMMUNICATION MANAGEMENT IN WIRELESS COMMUNICATION NETWORKS |
| 10/264,904 | 7308466 | US | MEMORY RECLAMATION METHOD |
| 11/182,927 | 7502335 | US | METHOD FOR ALLOCATING IP ADDRESSES FOR PEER-TO-PEER WIRELESS INSTANT MESSAGING AND OTHER DATA COMMUNICATIONS |
| 11/091,242 | 7672255 | US | MOBILE INSTANT MESSAGING CONFERENCING METHOD AND SYSTEM |
| 10/544,773 | 7681227 | US | GENERATION OF ENCRYPTED VIDEO INFORMATION |
| 10/562,538 | 7738778 | US | SYSTEM AND METHOD FOR GENERATING A MULTIMEDIA SUMMARY OF MULTIMEDIA STREAMS |
| 11/042,620 | 7773550 | US | PEER-TO-PEER MOBILE DATA TRANSFER METHOD AND DEVICE |
| 11/288,505 | 7817606 | US | METHOD FOR ESTABLISHING NETWORK CONNECTIONS BETWEEN STATIONARY |

| Application Number | Patent Number | Country | Title |
|---|---|---|---|
|  |  |  | TERMINALS AND REMOTE DEVICES THROUGH MOBILE DEVICES |
| 11/776,420 | 7853500 | US | SYSTEM AND METHOD FOR DETERMINING RIGHT OF ACCESS |
| 12/691,594 | 7940704 | US | MOBILE INSTANT MESSAGING CONFERENCING METHOD AND SYSTEM |
| 10/817,994 | 7961663 | US | PEER-TO-PEER MOBILE INSTANT MESSAGING METHOD AND DEVICE |
| 12/832,576 | 7969925 | US | PEER-TO-PEER MOBILE DATA TRANSFER METHOD AND DEVICE |
| 10/016,325 | 8001052 | US | SYSTEM & METHOD FOR UNIQUE DIGITAL ASSET IDENTIFICATION AND TRANSACTION MANAGEMENT |
| 12/966,673 | 8117113 | US | SYSTEM & METHOD FOR DETERMINING RIGHT OF ACCESS |
| 12/103,604 | 8200581 | US | DIGITAL MEDIA ASSET CONVERSION SYSTEM AND METHOD |
| 2012100461 | 2012100461 | AU | LOCAL AREA ADVERTISEMENT MANAGEMENT |
| 2012100463 | 2012100463 | AU | RENEWABLE RESOURCE DISTRIBUTION MANAGEMENT SYSTEM |
| 2011101297 | 2011101297 | AU | REMOTE RECOGNITION OF AN ASSOCIATION BETWEEN REMOTE DEVICES |
| 2013101034 | 2013101034 | AU | REGISTRATION AND AUTHENTICATION OF COMPUTING DEVICES USING A DIGITAL SKELETON KEY |
| 2011101296 | 2011101296 | AU | HARDWARE IDENTIFICATION THROUGH COOKIES |
| 2013100369 | 2013100369 | AU | UNIQUE DEVICE IDENTIFICATION AMONG LARGE POPULATIONS OF HOMOGENEOUS DEVICES |
| 2013100802 | 2013100802 | AU | DEVICE AUTHENTICATION USING INTER-PERSON MESSAGE METADATA |
| 2013100259 | 2013100259 | AU | MIGRATION OF USAGE SESSIONS BETWEEN DEVICES |
| 2012100459 | 2012100459 | AU | PERSONAL CONTROL OF PERSONAL INFORMATION |
| 2012100470 | 2012100470 | AU | ANONYMOUS WHISTLE BLOWER SYSTEM WITH REPUTATION REPORTING OF ANONYMOUS WHISTLE BLOWERS |
| 2012100464 | 2012100464 | AU | COMPUTER BASED COMPARISON OF HUMAN INDIVIDUALS |
| 2013100243 | 2013100243 | AU | PEDESTRIAN TRAFFIC MONITORING AND ANALYSIS |

| Application Number | Patent Number | Country | Title |
|---|---|---|---|
| 2013100804 | 2013100804 | AU | PREDICTIVE DELIVERY OF INFORMATION BASED ON DEVICE HISTORY |
| 2012100465 | 2012100465 | AU | HEALTH ASSESSMENT BY REMOTE PHYSICAL EXAMINATION |
| 2012100458 | 2012100458 | AU | LOCAL AREA SOCIAL NETWORKING |
| 2012100460 | 2012100460 | AU | METHOD AND SYSTEM FOR IMPLEMENTING ZONE-RESTRICTED BEHAVIOR OF A COMPUTING DEVICE |
| 2012100462 | 2012100462 | AU | NEAR-FIELD AUTHENTICATION THROUGH COMMUNICATION OF ENCLOSED CONTENT SOUND WAVES |
| 2013100883 | 2013100883 | AU | DETECTION OF DEVICE TAMPERING |
| 2013100355 | 2013100355 | AU | DEVICE-SPECIFIC CONTENT DELIVERY |
| 10165951.4 | 2273371 | DE | FAILOVER PROCEDURE FOR SERVER SYSTEM |
| 60 2008 039 553.7 | 2203815 | DE | INSTALLING PROTECTED SOFTWARE PRODUCT USING UNPROTECTED INSTALLATION |
| 60 2010 023 538.6 | 2273411 | DE | SYSTEMS AND METHODS FOR DETERMINING AUTHORIZATION TO OPERATE LICENSED SOFTWARE BASED ON A CLIENT DEVICE FINGERPRINT |
| 10168528.7 | 2282474 | DE | SYSTEM AND METHOD FOR SECURED MOBILE COMMUNICATION |
| 60 2010 031 589.4 | 2267966 | DE | SYSTEM AND METHOD FOR SECURING AN ELECTRONIC COMMUNICATION |
| EP 10166779.8 | 2270703 | EP | SYSTEMS AND METHODS FOR PROVIDING CONDITIONAL AUTHORIZATION TO OPERATE LICENSED SOFTWARE |
| EP 10165956.3 | 2264975 | EP | SYSTEM AND METHOD FOR REDUNDANCY IN A COMMUNICATION NETWORK |
| EP 10165951.4 | EP 2273371 | EP | FAILOVER PROCEDURE FOR SERVER SYSTEM |
| EP 10165196.6 | | EP | SECURING EXECUTABLE CODE INTEGRITY USING AUTO-DERIVATIVE KEY |
| EP 10165197.4 | 2264640 | EP | FEATURE-SPECIFIC KEYS FOR EXECUTABLE CODE |
| 8831302.8 | 2203815 | EP | INSTALLING PROTECTED SOFTWARE PRODUCT USING UNPROTECTED INSTALLATION |
| 10165175 | 2273411 | EP | SYSTEMS AND METHODS FOR DETERMINING AUTHORIZATION TO OPERATE LICENSED SOFTWARE BASED ON A CLIENT DEVICE FINGERPRINT |
| EP 10168528.7 | 2282474 | EP | SYSTEM AND METHOD FOR SECURED MOBILE COMMUNICATION |

| Application Number | Patent Number | Country | Title |
|---|---|---|---|
| EP 10188068.0 | 2282474 | EP | SYSTEM AND METHOD FOR DEVICE AUTHENTICATION WITH BUILT-IN TOLERANCE |
| EP 10165171.9 | 2267966 | EP | SYSTEM AND METHOD FOR SECURING AN ELECTRONIC COMMUNICATION |
| 10166788.9 | EP2270704 | EP | SYSTEMS AND METHODS FOR AUDITING SOFTWARE USAGE USING A COVERT KEY |
| EP 10165179.2 | 2273438 | EP | USE OF A FINGERPRINT WITH AN ON-LINE OR NETWORKED AUCTION |
| 10165951.4 | 2273371 | GB | FAILOVER PROCEDURE FOR SERVER SYSTEM |
| EP08831302.8 | EP2203815 | GB | INSTALLING PROTECTED SOFTWARE PRODUCT USING UNPROTECTED INSTALLATION |
| 10165175 | 2273411 | GB | SYSTEMS AND METHODS FOR DETERMINING AUTHORIZATION TO OPERATE LICENSED SOFTWARE BASED ON A CLIENT DEVICE FINGERPRINT |
| 10168528.7 | 2282474 | GB | SYSTEM AND METHOD FOR SECURED MOBILE COMMUNICATION |
| 10165171.9 | 2267966 | GB | SYSTEM AND METHOD FOR SECURING AN ELECTRONIC COMMUNICATION |
| 12/819,046 | | US | SYSTEMS AND METHODS FOR PROVIDING CONDITIONAL AUTHORIZATION TO OPERATE LICENSED SOFTWARE |
| 12/818,906 | 8239852 | US | REMOTE UPDATE OF COMPUTERS BASED ON PHYSICAL DEVICE RECOGNITION |
| 14/867,976 | 9558636 | US | AUTOMATIC TELLER MACHINE INVENTORY AND DISTRIBUTION SYSTEM |
| 15/417,748 | | US | AUTOMATIC TELLER MACHINE INVENTORY AND DISTRIBUTION SYSTEM |
| 14/825,120 | | US | VERIFICATION THAT AN AUTHENTICATED USER IS IN PHYSICAL POSSESSION OF A CLIENT DEVICE |
| 12/468,288 | 8812701 | US | DEVICE AND METHOD FOR SECURED COMMUNICATION |
| 12/813,362 | 8452960 | US | SYSTEM AND METHOD FOR CONTENT DELIVERY |
| 12/813,378 | 8736462 | US | SYSTEM AND METHOD FOR TRAFFIC INFORMATION DELIVERY |
| 12/813,391 | 8903653 | US | SYSTEM AND METHOD FOR LOCATING NETWORK NODES |
| 12/813,420 | 9141489 | US | FAILOVER PROCEDURE FOR SERVER SYSTEM |
| 13/707,454 | | US | RENEWABLE RESOURCE DISTRIBUTION MANAGEMENT SYSTEM |

| Application Number | Patent Number | Country | Title |
|---|---|---|---|
| 12/792,184 | | US | SECURING EXECUTABLE CODE INTEGRITY USING AUTO-DERIVATIVE KEY |
| 12/792,206 | | US | FEATURE-SPECIFIC KEYS FOR EXECUTABLE CODE |
| 12/903,980 | 8769296 | US | SOFTWARE SIGNATURE TRACKING |
| 12/235,243 | 8160962 | US | INSTALLING PROTECTED SOFTWARE PRODUCT USING UNPROTECTED INSTALLATION IMAGE |
| 13/269,415 | 8671060 | US | POST-PRODUCTION PREPARATION OF AN UNPROTECTED INSTALLATION IMAGE FOR DOWNLOADING AS A PROTECTED SOFTWARE PRODUCT |
| 14/524,939 | | US | ELECTRONIC MAIL SENDER VERIFICATION |
| 12/828,473 | 8213907 | US | SYSTEM AND METHOD FOR SECURED MOBILE COMMUNICATION |
| 13/586,111 | 8693473 | US | REMOTE RECOGNITION OF AN ASSOCIATION BETWEEN REMOTE DEVICES |
| 13/692,843 | | US | DATA REPOSITORY AUTHENTICATION |
| 13/832,982 | 9286466 | US | REGISTRATION AND AUTHENTICATION OF COMPUTING DEVICES USING A DIGITAL SKELETON KEY |
| 13/914,584 | 9143496 | US | DEVICE AUTHENTICATION USING DEVICE ENVIRONMENT INFORMATION |
| 14/176,906 | | US | REMOTE RECOGNITION OF AN ASSOCIATION BETWEEN REMOTE DEVICES |
| 14/794,121 | | US | SECURE TWO-STAGE TRANSACTIONS |
| 15/048,466 | | US | REGISTRATION AND AUTHENTICATION OF COMPUTING DEVICES USING A DIGITAL SKELETON KEY |
| 12/903,948 | 8316421 | US | SYSTEM AND METHOD FOR DEVICE AUTHENTICATION WITH BUILT-IN TOLERANCE |
| 11/531,235 | 7934250 | US | METHOD AND APPARATUS FOR USING PERFORMANCE AND STRESS TESTING ON COMPUTING DEVICES FOR DEVICE AUTHENTICATION |
| 11/531,257 | 7987362 | US | METHOD AND APPARATUS FOR USING IMPERFECTIONS IN COMPUTING DEVICES FOR DEVICE AUTHENTICATION |
| 13/235,281 | | US | PSYCHOGRAPHIC DEVICE FINGERPRINTING |
| 13/621,809 | 9571492 | US | HARDWARE IDENTIFICATION THROUGH COOKIES |
| 13/911,574 | 8695068 | US | DEVICE AUTHENTICATION USING DISPLAY DEVICE IRREGULARITY |

| Application Number | Patent Number | Country | Title |
|---|---|---|---|
| 14/196,083 | 9578502 | US | DEVICE AUTHENTICATION USING INTER-PERSON MESSAGE METADATA |
| 14/179,292 | 9444802 | US | DEVICE AUTHENTICATION USING DISPLAY DEVICE IRREGULARITY |
| 15/416,920 | | US | HARDWARE IDENTIFICATION THROUGH COOKIES |
| 14/050,213 | | US | MIGRATION OF USAGE SESSIONS BETWEEN DEVICES |
| 14/176,928 | | US | DEVICE-SPECIFIC RESTRICTIVE CONTENT DELIVERY |
| 14/196,065 | | US | SHARED STATE AMONG MULTIPLE DEVICES |
| 11/532,080 | 8284929 | US | SYSTEM OF DEPENDENT KEYS ACROSS MULTIPLE PIECES OF RELATED SCRAMBLED INFORMATION |
| 12/703,470 | 8838976 | US | WEB CONTENT ACCESS USING A CLIENT DEVICE IDENTIFIER |
| 12/903,959 | 9082128 | US | SYSTEM AND METHOD FOR TRACKING AND SCORING USER ACTIVITIES |
| 13/586,057 | 9338152 | US | PERSONAL CONTROL OF PERSONAL INFORMATION |
| 13/692,857 | 8881273 | US | DEVICE REPUTATION MANAGEMENT |
| 13/742,972 | | US | ANONYMOUS WHISTLE BLOWER SYSTEM WITH REPUTATION REPORTING OF ANONYMOUS WHISTLE BLOWER |
| 13/743,162 | 8521874 | US | COMPUTER-BASED COMPARISON OF HUMAN INDIVIDUALS |
| 13/944,622 | | US | EMPLOYEE PERFORMANCE EVALUATION |
| 13/944,618 | | US | INCLUDING USAGE DATA TO IMPROVE COMPUTER-BASED TESTING OF APTITUDE |
| 13/916,945 | 8892642 | US | COMPUTER-BASED COMPARISON OF HUMAN INDIVIDUALS |
| 14/510,965 | 9311485 | US | DEVICE REPUTATION MANAGEMENT |
| 14/049,841 | 9571981 | US | PEDESTRIAN TRAFFIC MONITORING AND ANALYSIS USING LOCATION AND AUTHENTICATION OF MOBILE COMPUTING DEVICES |
| 14/188,063 | 9414199 | US | PREDICTIVE DELIVERY OF INFORMATION BASED ON DEVICE HISTORY |
| 15/415,726 | | US | PEDESTRIAN TRAFFIC MONITORING AND ANALYSIS |
| 13/743,198 | 9449151 | US | HEALTH ASSESSMENT BY REMOTE PHYSICAL EXAMINATION |
| 15/268,845 | | US | HEALTH ASSESSMENT BY REMOTE PHYSICAL EXAMINATION |

| Application Number | Patent Number | Country | Title |
|---|---|---|---|
| 11/470,246 | 7804079 | US | METHOD AND APPARATUS FOR USING IMPERFECTIONS AND IRREGULARITIES IN OPTICAL MEDIA FOR IDENTIFICATION PURPOSES |
| 13/657,859 | | US | LOCAL AREA SOCIAL NETWORKING |
| 14/983,281 | | US | MOBILE DEVICE MONITORING AND ANALYSIS |
| 12/818,981 | | US | SYSTEM AND METHOD FOR MONITORING EFFICACY OF ONLINE ADVERTISING |
| 12/272,570 | 8566960 | US | SYSTEM AND METHOD FOR ADJUSTABLE LICENSING OF DIGITAL PRODUCTS |
| 12/784,380 | 9633183 | US | MODULAR SOFTWARE PROTECTION |
| 12/784,262 | 8423473 | US | SYSTEMS AND METHODS FOR GAME ACTIVATION |
| 12/784,447 | | US | SYSTEM AND METHOD FOR MEDIA DISTRIBUTION |
| 12/140,917 | 7908662 | US | SYSTEM AND METHOD FOR AUDITING SOFTWARE USAGE |
| 15/483,392 | | US | MODULAR SOFTWARE PROTECTION |
| 12/792,249 | 8495359 | US | SYSTEM AND METHOD FOR SECURING AN ELECTRONIC COMMUNICATION |
| 13/707,886 | 8949954 | US | CUSTOMER NOTIFICATION PROGRAM ALERTING CUSTOMER-SPECIFIED NETWORK ADDRESS OF UNAUTHORIZED ACCESS ATTEMPTS TO CUSTOMER ACCOUNT |
| 13/734,175 | | US | METHOD AND SYSTEM FOR IMPLEMENTING ZONE-RESTRICTED BEHAVIOR OF A COMPUTING DEVICE |
| 13/734,178 | 9564952 | US | NEAR FIELD AUTHENTICATION THROUGH COMMUNICATION OF ENCLOSED CONTENT SOUND WAVES |
| 14/074,153 | 8881280 | US | DEVICE-SPECIFIC CONTENT DELIVERY |
| 14/530,529 | 9294491 | US | DEVICE-SPECIFIC CONTENT DELIVERY |
| 15/424,298 | | US | NEAR FIELD AUTHENTICATION THROUGH COMMUNICATION OF ENCLOSED CONTENT SOUND WAVES |
| 12/390,273 | 8374968 | US | LICENSE AUDITING FOR DISTRIBUTED APPLICATIONS |
| 12/819,012 | | US | SYSTEM AND METHOD FOR PIRACY REDUCTION IN SOFTWARE ACTIVATION |
| 12/818,934 | 9129097 | US | SYSTEMS AND METHODS FOR AUDITING SOFTWARE USAGE USING A COVERT KEY |
| 13/239,260 | | US | LICENSE AUDITING OF SOFTWARE USAGE BY ASSOCIATING SOFTWARE ACTIVATIONS WITH DEVICE IDENTIFIERS |

| Application Number | Patent Number | Country | Title |
| --- | --- | --- | --- |
| 12/792,442 | | US | SYSTEM AND METHOD FOR PREVENTING MULTIPLE ONLINE PURCHASES |
| 12/792,375 | 9075958 | US | USE OF FINGERPRINT WITH AN ON-LINE OR NETWORKED AUCTION |
| 13/961,774 | | US | SYSTEM AND METHOD FOR PREVENTING MULTIPLE ONLINE PURCHASES |

**EXHIBIT C**

**FORM OF INTELLECTUAL PROPERTY SECURITY AGREEMENT**

(See attached.)

Exhibit C-1

## INTELLECTUAL PROPERTY SECURITY AGREEMENT

This INTELLECTUAL PROPERTY SECURITY AGREEMENT, dated as of May 3, 2018 (as amended, restated, amended and restated, supplemented or otherwise modified or replaced from time to time, this "IP Security Agreement"), is made by Uniloc 2017 LLC, a Delaware limited liability company ("Grantor"), in favor of CF Uniloc Holdings LLC, a Delaware limited liability company ("Collateral Agent")

WHEREAS, Grantor and Collateral Agent are party to that certain Note Purchase and Security Agreement, dated as of the date hereof (as it may be amended, restated, amended and restated, supplemented or otherwise modified from time to time, the "Note Purchase Agreement"), pursuant to which Grantor granted a security interest to Collateral Agent in the IP Collateral (as hereinafter defined) and is required to execute and deliver this IP Security Agreement.

NOW, THEREFORE, in consideration of the foregoing and for other good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, Grantor hereby agrees with Collateral Agent as follows:

**SECTION 1.  Defined Terms**

Unless otherwise defined herein, terms defined in the Note Purchase Agreement and used herein have the meaning given to them in the Note Purchase Agreement.

**SECTION 2.  Grant of Security Interest in IP Collateral**

Grantor hereby grants to Collateral Agent, for the benefit of Purchaser, a security interest in all of Grantor's right, title and interest in and to the following (the "IP Collateral"), as collateral security for the prompt and complete payment and performance when due (whether at the stated maturity, by acceleration or otherwise) of Grantor's obligations under the Note Purchase Agreement:

(a)  all United States and foreign patents, utility models and any similar or equivalent statutory rights with respect to the protection of inventions, and all applications for any of the foregoing (collectively, the "Patents"), including any of the foregoing identified in Schedule A;

(b)  all Patent licenses to the extent Grantor is not the granting party, including any of the foregoing identified in Schedule A;

(c)  (i) the right to sue or otherwise recover for any and all past, present and future infringements and misappropriations of any of the property described in (a) and (b) above, and (ii) all income, royalties, damages and other payments now and hereafter due and/or payable with respect to any of the property described in (a) and (b) above; and

(d)  all proceeds of any and all of the foregoing.

**SECTION 3.  Recordation**

Grantor authorizes and requests that the Commissioner of Patents and Trademarks and any other applicable United States or foreign government officer record this IP Security Agreement.

**SECTION 4.  Execution in Counterparts**

This IP Security Agreement may be executed in any number of counterparts (including by telecopy or other electronic transmission), each of which when so executed shall be deemed to be an original and all of which taken together shall constitute one and the same agreement.

**SECTION 5.  Governing Law**

THIS IP SECURITY AGREEMENT AND ANY CLAIM, CONTROVERSY, DISPUTE OR CAUSE OF ACTION (WHETHER IN CONTRACT OR TORT OR OTHERWISE) BASED UPON, ARISING OUT OF OR RELATING TO THIS IP SECURITY AGREEMENT AND THE TRANSACTIONS CONTEMPLATED HEREBY SHALL BE GOVERNED BY AND CONSTRUED IN ACCORDANCE WITH, THE LAW OF THE STATE OF DELAWARE.

**SECTION 6.  Conflict Provision**

This IP Security Agreement has been entered into in conjunction with the provisions of the Note Purchase Agreement. The rights and remedies of each party hereto with respect to the security interest granted herein are without prejudice to, and are in addition to those set forth in the Note Purchase Agreement, all terms and provisions of which are incorporated herein by reference. In the event that any provisions of this IP Security Agreement are in conflict with the Note Purchase Agreement, the provisions of the Note Purchase Agreement, as applicable, shall govern.

*Remainder of page left intentionally blank; signature pages follow.*

IN WITNESS WHEREOF, each of the undersigned has caused this IP Security Agreement to be duly executed and delivered as of the date first above written.

**GRANTOR:**

**UNILOC 2017 LLC**

By: _____

      Name:
      Title:    CONSTANTINE M. DAKOLIAS
                      PRESIDENT

**COLLATERAL AGENT:**

**CF UNILOC HOLDINGS LLC**

By: _____
Name:
Title:
       CONSTANTINE M. DAKOLL
          PRESIDENT

**PATENTS AND PATENT LICENSES**

| Application Number | Patent Number | Country | Title |
|---|---|---|---|
| 12/634,324 | 8855083 | US | INTER-ACCESS NETWORK HANDOVER |
| 12/634,394 | 8750243 | US | NETWORK MOBILITY |
| 12/196,419 | 8982855 | US | SYSTEMS AND METHODS FOR IMPROVED MOBILITY AND QUALITY OF SERVICE IN A WIRELESS NETWORK |
| 14/479,034 | | US | INTER-ACCESS NETWORK HANDOVER |
| 14/271,195 | 9271210 | US | NETWORK MOBILITY |
| 09/589,794 | 6564229 | US | SYSTEM AND METHOD FOR PAUSING AND RESUMING MOVE/COPY OPERATIONS |
| 09/507,526 | 7216351 | US | SYSTEMS AND METHODS FOR SYNCHRONIZING MULTI-MODAL INTERACTIONS |
| 08/365,269 | 6110228 | US | METHOD AND APPARATUS FOR SOFTWARE MAINTENANCE AT REMOTE NODES |
| 09/594,004 | 7024696 | US | METHOD AND SYSTEM FOR PREVENTION OF PIRACY OF A GIVEN SOFTWARE APPLICATION VIA A COMMUNICATIONS NETWORK |
| 13/451,477 | 8613110 | US | SOFTWARE PIRACY PREVENTION THROUGH REMOTE ENFORCEMENT OF AN ACTIVATION THRESHOLD |
| 14/070,207 | 9298893 | US | ACTIVATION CODE SYSTEM AND METHOD FOR PREVENTING SOFTWARE PIRACY |
| 09/211,529 | 6324578 | US | METHODS, SYSTEMS AND COMPUTER PROGRAM PRODUCTS FOR MANAGEMENT OF CONFIGURABLE APPLICATION PROGRAMS ON A NETWORK |
| 09/211,528 | 6510466 | US | METHODS, SYSTEMS AND COMPUTER PROGRAM PRODUCTS FOR CENTRALIZED MANAGEMENT OF APPLICATION PROGRAMS ON A NETWORK |
| 09/829,854 | 6728766 | US | METHODS, SYSTEMS AND COMPUTER PROGRAM PRODUCTS FOR LICENSE USE MANAGEMENT ON A NETWORK |
| 09/870,608 | 7069293 | US | METHODS, SYSTEMS AND COMPUTER PROGRAM PRODUCTS FOR DISTRIBUTION OF APPLICATION PROGRAMS TO A TARGET STATION ON A NETWORK |
| 08/586,149 | 6489974 | US | BUOY ICON NOTIFICATION OF OBJECT INTERFACE ACCESSIBILITY IN |

| Application Number | Patent Number | Country | Title |
|---|---|---|---|
| | | | MULTITASKING COMPUTER ENVIRONMENT |
| 09/792,045 | 6857067 | US | SYSTEM AND METHOD FOR PREVENTING UNAUTHORIZED ACCESS TO ELECTRONIC DATA |
| 09/590,859 | 7197144 | US | METHOD AND APPARATUS TO AUTHENTICATE A USER'S SYSTEM TO PREVENT UNAUTHORIZED USE OF SOFTWARE PRODUCTS DISTRIBUTED TO USERS |
| 11/644455 | 7653508 | US | HUMAN ACTIVITY MONITORING DEVICE |
| 11/698633 | 7690556 | US | STEP COUNTER ACCOUNTING FOR INCLINE |
| 12/694135 | 7881902 | US | HUMAN ACTIVITY MONITORING DEVICE |
| 13/018321 | 8712723 | US | HUMAN ACTIVITY MONITORING DEVICE |
| 12/247950 | 8872646 | US | METHOD AND SYSTEM FOR WAKING UP A DEVICE DUE TO MOTION |
| 09/727727 | 7092671 | US | METHOD AND SYSTEM FOR WIRELESSLY AUTODIALING A TELEPHONE NUMBER FROM A RECORD STORED ON A PERSONAL INFORMATION DEVICE |
| 10/712451 | 7330013 | US | APPARATUS AND METHOD FOR CHARGING AND DISCHARGING A BATTERY |
| 08/430943 | 6580422 | US | REMOTE COMPUTER DISPLAY USING GRAPHICS PRIMITIVES SENT OVER A WIRELESS LINK |
| 10/011140 | 6661203 | US | BATTERY CHARGING AND DISCHARGING SYSTEM OPTIMIZED FOR HIGH TEMPERATURE ENVIRONMENTS |
| 09/181431 | 6161134 | US | METHOD, APPARATUS AND COMMUNICATIONS SYSTEM FOR COMPANION INFORMATION AND NETWORK APPLIANCES |
| 09/451388 | 6446127 | US | SYSTEM AND METHOD FOR PROVIDING USER MOBILITY SERVICES ON A TELEPHONY NETWORK |
| 09/237609 | 6216158 | US | SYSTEM AND METHOD USING A PALM SIZED COMPUTER TO CONTROL NETWORK DEVICES |
| 09/558413 | 6622018 | US | PORTABLE DEVICE CONTROL CONSOLE WITH WIRELESS CONNECTION |
| 09/246606 | 6363053 | US | METHOD AND APPARATUS FOR MEASUREMENT-BASED CONFORMANCE TESTING OF SERVICE LEVEL AGREEMENTS IN NETWORKS |
| 10/671375 | 8539552 | US | SYSTEM AND METHOD FOR NETWORK BASED POLICY ENFORCEMENT OF INTELLIGENT-CLIENT FEATURES |
| 09/303832 | 6731642 | US | ` |
| 10/834418 | 7573873 | US | INTERNET TELEPHONY USING NETWORK ADDRESS TRANSLATION |

| Application Number | Patent Number | Country | Title |
|---|---|---|---|
| 09/728833 | 6856616 | US | SYSTEM AND METHOD FOR PROVIDING SERVICE PROVIDER CONFIGURATIONS FOR TELEPHONES USING A CENTRAL SERVER IN A DATA NETWORK TELEPHONY SYSTEM |
| 10/259542 | 7240200 | US | SYSTEM AND METHOD FOR GUARANTEEING SOFTWARE INTEGRITY VIA COMBINED HARDWARE AND SOFTWARE AUTHENTICATION |
| 11/764748 | 7734921 | US | SYSTEM AND METHOD FOR GUARANTEEING SOFTWARE INTEGRITY VIA COMBINED HARDWARE AND SOFTWARE AUTHENTICATION |
| 12/134134 | 7721098 | US | SYSTEM AND METHOD FOR GUARANTEEING SOFTWARE INTEGRITY VIA COMBINED HARDWARE AND SOFTWARE AUTHENTICATION |
| 08/927660 | 6886013 | US | HTTP CACHING PROXY TO FILTER AND CONTROL DISPLAY OF DATA IN A WEB BROWSER |
| 09/098373 | 6496693 | US | METHOD AND APPARATUS FOR TRANSMITTING DATA TO A PAGER IN A COMMUNICATIONS SYSTEM |
| 09/080022 | 6212522 | US | SEARCHING AND CONDITIONALLY SERVING BOOKMARK SETS BASED ON KEYWORDS |
| 09/116862 | 6247021 | US | SEARCHABLE BOOKMARK SETS AS AN INTERNET ADVERTISING MEDIUM |
| 09/116861 | 6314423 | US | SEARCHING AND SERVING BOOKMARK SETS BASED ON CLIENT SPECIFIC INFORMATION |
| 09/116860 | 6324566 | US | INTERNET ADVERTISING VIA BOOKMARK SET BASED ON CLIENT SPECIFIC INFORMATION |
| 09/116859 | 6223178 | US | SUBSCRIPTION AND INTERNET ADVERTISING VIA SEARCHED AND UPDATED BOOKMARK SETS |
| 09/116858 | 6256639 | US | PROVIDING INTERNET TRAVEL SERVICES VIA BOOKMARK SET |
| 09/113678 | 6128655 | US | DISTRIBUTING MECHANISM FOR FILTERING, FORMATTING AND REUSE OF WEB BASED CONTENT |
| 09/113674 | 6314526 | US | RESOURCE GROUP QUORUM SCHEME FOR HIGHLY SCALABLE AND HIGHLY AVAILABLE CLUSTER SYSTEM MANAGEMENT |
| 09/627030 | 6542591 | US | METHOD AND SYSTEM FOR CALLER IDENTIFICATION CALLBACK LISTS |
| 10/047005 | 6961561 | US | ENHANCING/LIMITING USE OF MOBILE ELECTRONIC DEVICES |

| Application Number | Patent Number | Country | Title |
|---|---|---|---|
| 11/684047 | 7570015 | US | CONDITIONAL BATTERY CHARGING SYSTEM |
| 11/664078 | 8160566 | US | MESSAGE SENDER CONTROLLABLE MESSAGING SYSTEM |
| 13/277405 | 8589780 | US | PROCESSING GEOGRAPHICAL DATA IN A DOCUMENT |
| 14/241702 | 9265024 | US | DETERMINING LOCATION OF MOBILE DEVICE |
| 12/130471 | 7944353 | US | SYSTEM AND METHOD FOR DETECTING AND BROADCASTING A CRITICAL EVENT |
| 09/510182 | 6813630 | US | SYSTEM AND METHOD FOR COMMUNICATING INFORMATION BETWEEN A CLIENT AND A HOST |
| 10/322954 | 8719284 | US | METHOD, SYSTEM AND PROGRAM PRODUCT FOR FILTERING AN ENTRY OF DATA ITEMS |
| 11/780715 | 7849344 | US | METHOD FOR IMPROVING ACCURACY IN PROVIDING INFORMATION PERTAINING TO BATTERY POWER CAPACITY |
| 08/979713 | 6141754 | US | INTEGRATED METHOD AND SYSTEM FOR CONTROLLING INFORMATION ACCESS AND DISTRIBUTION |
| 09/398374 | 6446069 | US | PATENT ACCESS CONTROL SYSTEM FOR A MULTIMEDIA DATASTORE |
| 09/052722 | 6711160 | US | PACKET NETWORK TELEPHONE INTERFACE SYSTEM FOR POTS |
| 2579916 | 2579916 | CA | A METHOD FOR CONTROLLING A MOBILE PHONE |
| 03821273.0 | ZL03821273.0 | CN | SYSTEM AND METHOD FOR GUARANTEEING SOFTWARE INTEGRITY |
| 98118480.4 | ZL98118480.4 | CN | CACHING PROXY THAT FILTERS AND CONTROLS THE DATA DISPLAYED IN THE BROWSER |
| 02819369.5 | ZL02819369.5 | CN | ENHANCING/LIMITING USE OF MOBILE ELECTRONIC DEVICES |
| 200410012092.1 | ZL200410012092.1 | CN | MOBILE PHONE AND ITS CONTROL METHOD |
| 201010526403.1 | ZL201010526403.1 | CN | METHOD AND SYSTEM FOR PROCESSING GEOGRAPHICAL POSITION DATA IN FILE |
| 201110270296.5 | ZL201110270296.5 | CN | METHOD AND DEVICE FOR DETERMINING POSITION OF MOBILE EQUIPMENT |
| 00122515.4 | ZL00122515.4 | CN | INFORMATION CONTENT FOR TRANSMISSION BETWEEN CUSTOMER END AND HOST MACHINE |
| 200310114332.4 | ZL200310114332.4 | CN | METHOD AND SYSTEM FOR FILTERING DATA ITEM |

| Application Number | Patent Number | Country | Title |
|---|---|---|---|
| 03798246.9 | 60330976.3 | DE | SYSTEM AND METHOD FOR GUARANTEEING SOFTWARE INTEGRITY |
| 05797162.4 | 602005037637.2 | DE | A METHOD FOR CONTROLLING A MOBILE PHONE |
| 03798246.9 | 1547305 | FR | SYSTEM AND METHOD FOR GUARANTEEING SOFTWARE INTEGRITY |
| 03798246.9 | 1547305 | GB | SYSTEM AND METHOD FOR GUARANTEEING SOFTWARE INTEGRITY |
| 9816410.6 | 2329310 | GB | HTTP CACHING PROXY TO FILTER AND CONTROL DISPLAY OF DATA IN A WEB BROWSER |
| 9909081.3 | 2338577 | GB | TRANSMITTING DATA TO E.G. A PAGER |
| 05797162.4 | 1800500 | GB | A METHOD FOR CONTROLLING A MOBILE PHONE |
| 162437 | 162437 | IL | METHOD FOR LIMITING THE USE OF MOBILE ELECTRONIC EQUIPMENT |
| 552/DELNP/2005 | 259481 | IN | A SYSTEM AND METHOD FOR GUARANTEEING MESSAGE INTEGRITY |
| 1788/CHENP/2007 | 253286 | IN | A METHOD FOR CONTROLLING A MOBILE PHONE |
| 2004-539185 | 4793843 | JP | SYSTEM AND METHOD FOR GUARANTEEING SOFTWARE INTEGRITY VIA COMBINED HARDWARE AND SOFTWARE AUTHENTICATION |
| 10-238680 | 2994351 | JP | HTTP CACHING PROXY TO FILTER AND CONTROL DISPLAY OF DATA IN A WEB BROWSER |
| 2003-563257 | 4225914 | JP | ENHANCING/ LIMITING USE OF MOBILE ELECTRONIC DEVICES |
| 2007-532881 | 5220413 | JP | MESSAGE SENDER CONTROLLABLE MESSAGING SYSTEM |
| 2014-523175 | 5706585 | JP | DETERMINING LOCATION OF MOBILE DEVICE |
| 2000-225340 | 4267186 | JP | SYSTEM AND METHOD FOR COMMUNICATING INFORMATION CONTENT BETWEEN A CLIENT AND A HOST |
| 11-064012 | 3202003 | JP | PACKET NETWORK TELEPHONE INTERFACE SYSTEM FOR POTS |
| 2005-7003128 | 0702499 | KR | SYSTEM AND METHOD FOR GUARANTEEING SOFTWARE INTEGRITY VIA COMBINED HARDWARE AND SOFTWARE AUTHENTICATION |
| 1999-0022327 | 0326982 | KR | A RESOURCE GROUP QUORUM SCHEME FOR HIGHLY SCALABLE AND HIGHLY AVAILABLE CLUSTER SYSTEM MANAGEMENT |
| 2004-7010406 | 0570140 | KR | ENHANCING/ LIMITING USE OF MOBILE ELECTRONIC DEVICES |

| Application Number | Patent Number | Country | Title |
|---|---|---|---|
| 200500935-2 | 109890 | SG | SYSTEM AND METHOD FOR GUARANTEEING SOFTWARE INTEGRITY VIA COMBINED HARDWARE AND SOFTWARE AUTHENTICATION |
| 200004103-8 | 101939 | SG | SYSTEM AND METHOD FOR COMMUNICATING INFORMATION CONTENT BETWEEN A CLIENT AND A HOST |
| 92121018 | I225195 | TW | SYSTEM AND METHOD FOR GUARANTEEING SOFTWARE INTEGRITY VIA COMBINED HARDWARE AND SOFTWARE AUTHENTICATION |
| 92100604 | I222307 | TW | ENHANCING/ LIMITING USE OF MOBILE ELECTRONIC DEVICES |
| 94132845 | I392395 | TW | MESSAGE SENDER CONTROLLABLE MESSAGING SYSTEM |
| 89107051 | NI-154225 | TW | SYSTEM AND METHOD FOR COMMUNICATING INFORMATION CONTENT BETWEEN A CLIENT AND A HOST |
| 822814 | GB 2466225 | GB | INTER-ACCESS NETWORK HANDOVER |
| 08 228 15.7 | 2466226 | GB | NETWORK MOBILITY |
| 05 192 57.0 | 2430581 | GB | ACCESS ROUTER SELECTION |
| 518106 | 2430111 | GB | A METHOD OF CONFIRMING DATAGRAM RECEPTION IN UNIDIRECTIONAL NETWORKS |
| 518107.8 | 2429876 | GB | METHOD OF PROVIDING ACCESS TO PACKET-SWITCHED SERVICES IN HETEROGENEOUS NETWORK ENVIRONMENT |
| 716529.3 | 2452699 | GB | MOBILITY AND QUALITY OF SERVICE |
| 421397.1 | 2418568 | GB | A METHOD OF ESTIMATING THE CELL LOCATION OF A MOBILE TERMINAL IN HETEROGENEOUS NETWORK ENVIRONMENT |
| 2004308435 | 2004308435 | AU | SYSTEM AND METHOD FOR INITIATING A CONFERENCE CALL |
| 2550994 | | CA | SYSTEM AND METHOD FOR INITIATING A CONFERENCE CALL |
| 2734781 | 2734781 | CA | CONTENT, TRAFFIC AND ADVERTISING ENGINE, SYSTEM AND METHOD |
| 200480041712.20 | 101088273 | CN | SYSTEM AND METHOD FOR INITIATING A CONFERENCE CALL |
| 4181/DELNP/2006 | | IN | SYSTEM AND METHOD FOR INITIATING A CONFERENCE CALL |
| 1189/KOLNP/2011 | | IN | CONTENT, TRAFFIC AND ADVERTISING ENGINE, SYSTEM AND METHOD |
| 2006-547341 | 5101108 | JP | SYSTEM AND METHOD FOR INITIATING A CONFERENCE CALL |
| 2012-56519 | 5531044 | JP | SYSTEM AND METHOD FOR INITIATING A CONFERENCE CALL |
| 11/019,655 | 7804948 | US | SYSTEM AND METHOD FOR INITIATING A |

| Application Number | Patent Number | Country | Title |
|---|---|---|---|
| | | | CONFERENCE CALL |
| 12/723,750 | 7853000 | US | SYSTEM AND METHOD FOR INITIATING A CONFERENCE CALL |
| 12/907,550 | 8571194 | US | SYSTEM AND METHOD FOR INITIATING A CONFERENCE CALL |
| 13/357,132 | 8594294 | US | SYSTEM AND METHOD FOR INITIATING A CONFERENCE CALL |
| 14/052,166 | 9172815 | US | SYSTEM AND METHOD FOR INITIATING A CONFERENCE CALL |
| 12/545,129 | 8782540 | US | CONTENT, TRAFFIC AND ADVERTISING ENGINE, SYSTEM AND METHOD |
| 12/545,125 | 8700731 | US | SYSTEM AND METHOD FOR AGGREGATING AND PROVIDING AUDIO AND VISUAL PRESENTATIONS VIA A COMPUTER NETWORK |
| 12/545,131 | 8407609 | US | SYSTEM AND METHOD FOR PROVIDING AND TRACKING THE PROVISION OF AUDIO AND VISUAL PRESENTATIONS VIA A COMPUTER NETWORK |
| 14/299,221 | 9412119 | US | CONTENT, TRAFFIC AND ADVERTISING ENGINE, SYSTEM AND METHOD |
| 15/454,251 | | US | SYSTEM AND METHOD FOR AGGREGATING AND PROVIDING AUDIO AND VISUAL PRESENTATIONS VIA A COMPUTER NETWORK |
| 93140135 | I419543 | TW | SYSTEM AND METHOD FOR INITIATING A CONFERENCE CALL |
| 10/346,989 | 7337151 | US | AUTOMATED PRICING SYSTEM |
| 12/011,270 | 7769595 | US | AUTOMATED PRICING AND/OR "GREEN" INDICATING METHOD AND SYSTEM |
| 12/004,187 | 7783523 | US | AUTOMATED PRICING SYSTEM |
| 12/802,848 | 8260628 | US | AUTOMATED PRICING AND/OR "GREEN" INDICATING METHOD AND SYSTEM |
| 12/803,404 | 8266005 | US | AUTOMATED PRICING SYSTEM |
| 13/587,124 | 8515820 | US | AUTOMATED PRICING SYSTEM |
| 13/942,523 | | US | AUTOMATED PRICING SYSTEM |
| 09/436515 | 6736759 | US | EXERCISE MONITORING SYSTEM AND METHODS |
| 10/847208 | 7220220 | US | EXERCISE MONITORING SYSTEM AND METHODS |
| 10/036,298 | 7092953 | US | APPARATUS AND METHODS FOR INTELLECTUAL PROPERTY DATABASE NAVIGATION |
| 10/035,347 | 7099849 | US | INTEGRATED MEDIA MANAGEMENT AND RIGHTS DISTRIBUTION APPARATUS |
| 10/740,030 | 7535890 | US | SYSTEM AND METHOD FOR INSTANT VOIP MESSAGING |
| 12/398,076 | 8199747 | US | SYSTEM AND METHOD FOR INSTANT VOIP MESSAGING |

| Application Number | Patent Number | Country | Title |
|---|---|---|---|
| 12/398,063 | 8243723 | US | SYSTEM AND METHOD FOR INSTANT VOIP MESSAGING |
| 13/546,673 | 8724622 | US | SYSTEM AND METHOD FOR INSTANT VOIP MESSAGING |
| 14/224,125 | 8995433 | US | SYSTEM AND METHOD FOR INSTANT VOIP MESSAGING |
| 14/633,057 | 9621490 | US | SYSTEM AND METHOD FOR INSTANT VOIP MESSAGING |
| 08/951,177 | 5939833 | US | FIELD EMISSION DEVICE WITH LOW DRIVING VOLTAGE |
| 08/984,505 | 5954788 | US | APPARATUS FOR PERFORMING MODULAR MULTIPLICATION |
| 09/027,598 | 5973490 | US | LINE DRIVER WITH ADAPTIVE OUTPUT IMPEDANCE |
| 08/969,729 | 5991288 | US | VOICE CODING APPARATUS AT A CODE DIVISION MULTIPLE ACCESS BASE STATION |
| 08/959,084 | 6025877 | US | SCALABLE TRANSMISSION METHOD OF VISUAL OBJECTS SEGMENTED BY CONTENT-BASE |
| 08/987,832 | 6035349 | US | STRUCTURE OF PORTABLE MULTIMEDIA DATA INPUT/OUTPUT PROCESSOR AND METHOD FOR DRIVING THE SAME |
| 09/006,904 | 6039248 | US | METHOD FOR PREPARING SAFE ELECTRONIC NOTARIZED DOCUMENTS IN ELECTRONIC COMMERCE |
| 08/990,047 | 6041036 | US | DUAL RECEIVE, DUAL TRANSMIT FAULT TOLERANT NETWORK ARRANGEMENT AND PACKET HANDLING METHOD |
| 09/135,576 | 6057736 | US | GAIN CONTROLLED AMPLIFIER |
| 09/146,529 | 6064265 | US | GAIN CONTROL CIRCUIT FOR LOW-NOISE AMPLIFIER |
| 09/227,107 | 6068588 | US | COUNTERBALANCED PUMP |
| 09/063,666 | 6085091 | US | METHOD FOR CONTROLLING HAND OFF OF MOBILE TERMINAL IN CODE DIVISION MULTIPLE ACCESS MOBILE COMMUNICATION SYSTEM |
| 09/135,645 | 6087232 | US | FABRICATION METHOD OF LATERAL DOUBLE DIFFUSED MOS TRANSISTORS |
| 09/275,363 | 6104354 | US | RADIO APPARATUS |
| 09/074,617 | 6108592 | US | VOICE-CONTROLLED MOTORIZED WHEELCHAIR WITH SENSORS AND DISPLAYS |
| 09/062,947 | 6111438 | US | CURRENT MEMORY AND CIRCUIT ARRANGEMENT COMPRISING CURRENT MEMORIES |

| Application Number | Patent Number | Country | Title |
|---|---|---|---|
| 08/968,403 | 6118890 | US | SYSTEM AND METHOD FOR BROAD CLASSIFICATION OF BIOMETRIC PATTERNS |
| 08/987,551 | 6128289 | US | VOICE CODING METHOD AT A CODE DIVISION MULTIPLE ACCESS BASE STATION |
| 09/141,244 | 6128492 | US | METHOD FOR TRACING CENTRALIZED PROCESS POSITION OF MOBILE STATION USING RADIO LAN |
| 09/018,984 | 6130964 | US | IMAGE SEGMENTATION AND OBJECT TRACKING METHOD AND CORRESPONDING SYSTEM |
| 09/162,791 | 6133765 | US | SWITCHED-CURRENT MEMORY |
| 09/429,752 | 6147896 | US | NONVOLATILE FERROELECTRIC MEMORY USING SELECTIVE REFERENCE CELL |
| 08/989,875 | 6151676 | US | ADMINISTRATION AND UTILIZATION OF SECRET FRESH RANDOM NUMBERS IN A NETWORKED ENVIRONMENT |
| 09/444,898 | 6166337 | US | DEVICE INCLUDING A PRINTED CIRCUIT BOARD WHICH IS CONTACTED BY DEPRESSING A KEY LOCATED AT A HOUSING WALL WHICH MAKES AN ANGLE WITH THE PRINTED CIRCUIT BOARD |
| 09/031,374 | 6167237 | US | UNIVERSAL WIRELESS COMMUNICATION SYSTEM, A TRANSMISSION PROTOCOL, A WIRELESS COMMUNICATION STATION, AND A RADIO BASE STATION |
| 09/050,679 | 6182220 | US | SYSTEM AND METHOD FOR BUILDING AND EXCHANGING ENCRYPTED PASSWORDS BETWEEN A CLIENT AND SERVER |
| 09/030,435 | 6185318 | US | SYSTEM AND METHOD FOR MATCHING (FINGERPRINT) IMAGES USING AN ALIGNED STRING-BASED REPRESENTATION |
| 09/334,504 | 6190319 | US | SELF CALIBRATING LINEAR POSITION SENSOR |
| 09/107,528 | 6195392 | US | METHOD AND ARRANGEMENT FOR GENERATING PROGRAM CLOCK REFERENCE VALUES (PCRS) IN MPEG BITSTREAMS |
| 09/300,804 | 6201844 | US | TRANSCODING OF A DATA STREAM |
| 09/238,537 | 6215403 | US | WIRELESS MONITORING SYSTEM |
| 09/145,331 | 6219724 | US | DIRECT MEMORY ACCESS CONTROLLER |
| 09/244,209 | 6229994 | US | FITTING DEVICE FOR SEPARATE ELEMENTS OF A MOBILE TELEPHONE HANDSET AND THE HANDSET THUS OBTAINED |
| 09/024,632 | 6239772 | US | VIDEO MOIRE REDUCTION |
| 09/050,595 | 6239773 | US | IMAGE DISPLAY DEVICE HAVING A DRIVE CIRCUIT FOR DIFFERENTIALLY CONTROLLING THE LUMINOSITY OF |

| Application Number | Patent Number | Country | Title |
|---|---|---|---|
| | | | WINDOWS IN THE DISPLAY |
| 09/047,684 | 6240300 | US | TELEPHONY DEVICE COMPRISING A BASE STATION AND AT LEAST A SUBSCRIBER UNIT AND METHOD FOR CONNECTING TO SUCH A TELEPHONY DEVICE |
| 08/976,710 | 6246447 | US | VIDEO FORMAT ADAPTIVE BEAM SIZE FOR VIDEO MOIRE REDUCTION |
| 09/435,039 | 6249251 | US | HARDWARE-EFFICIENT DEMODULATOR FOR CDMA ADAPTIVE ANTENNA ARRAY SYSTEMS |
| 09/102,949 | 6253201 | US | SCALABLE SOLUTION FOR IMAGE RETRIEVAL |
| 09/217,408 | 6260031 | US | CODE COMPACTION BY EVOLUTIONARY ALGORITHM |
| 08/977,951 | 6271826 | US | MIXING A GRAPHICS SIGNAL AND A VIDEO SIGNAL |
| 09/131,334 | 6275956 | US | INTEGRATED DYNAMIC-VISUAL PARALLEL DEBUGGING APPARATUS AND METHOD THEREOF |
| 09/206,031 | 6281903 | US | METHODS AND APPARATUS FOR EMBEDDING 2D IMAGE CONTENT INTO 3D MODELS |
| 09/031,198 | 6289316 | US | PROGRESS NOTES MODEL IN A CLINICAL INFORMATION SYSTEM |
| 09/432,896 | 6290640 | US | UNCOUPLED ROTARY LINEAR PUMP |
| 09/549,803 | 6300885 | US | DUAL ALDC DECOMPRESSORS INSIDE PRINTER ASIC |
| 09/031,696 | 6301641 | US | METHOD FOR REDUCING THE FREQUENCY OF CACHE MISSES IN A COMPUTER |
| 09/264,912 | 6308191 | US | PROGRAMMABLE PROCESSOR CIRCUIT WITH A RECONFIGURABLE MEMORY FOR REALIZING A DIGITAL FILTER |
| 09/030,363 | 6314197 | US | DETERMINING AN ALIGNMENT ESTIMATION BETWEEN TWO ( FINGERPRINT) IMAGES |
| 09/393,279 | 6316281 | US | METHOD FOR FABRICATING A HYBRID OPTICAL INTEGRATED CIRCUIT EMPLOYING SOI OPTICAL WAVEGUIDE |
| 09/369,540 | 6323824 | US | DIELECTRIC RESONATOR ANTENNA |
| 09/079,662 | 6326965 | US | INTERACTIVE REPRESENTATION AND RETRIEVAL OF MULTI-DIMENSIONAL DATA USING VIEW ELEMENTS |
| 09/216,261 | 6337972 | US | MELODIC ALERTS FOR COMMUNICATIONS DEVICE |
| 09/478,474 | 6349114 | US | CAMERA MOTION PARAMETERS ESTIMATION METHOD |

| Application Number | Patent Number | Country | Title |
|---|---|---|---|
| 09/216,266 | 6349154 | US | METHOD AND ARRANGEMENT FOR CREATING A HIGH-RESOLUTION STILL PICTURE |
| 09/244,841 | 6351564 | US | METHOD OF SWITCHING OF CODED VIDEO SEQUENCES AND CORRESPONDING DEVICE |
| 08/994,827 | 6356288 | US | DIVERSION AGENT USES CINEMATOGRAPHIC TECHNIQUES TO MASK LATENCY |
| 09/519,548 | 6359658 | US | SUBJECTIVE NOISE MEASUREMENT ACTIVE VIDEO SIGNAL |
| 09/006,657 | 6363380 | US | MULTIMEDIA COMPUTER SYSTEM WITH STORY SEGMENTATION CAPABILITY AND OPERATING PROGRAM THEREFOR INCLUDING FINITE AUTOMATION VIDEO PARSER |
| 09/384,763 | 6366885 | US | SPEECH DRIVEN LIP SYNTHESIS USING VISEME BASED HIDDEN MARKOV MODELS |
| 09/475,743 | 6366908 | US | KEYFACT-BASED TEXT RETRIEVAL SYSTEM, KEYFACT-BASED TEXT INDEX METHOD, AND RETRIEVAL METHOD |
| 09/198,928 | 6382867 | US | JOINING DEVICE FOR FIRMLY JOINING PLASTIC JOINING PARTS TOGETHER |
| 09/276,870 | 6385607 | US | GENERATING REGRESSION TREES WITH OBLIQUE HYPERPLANES |
| 09/241,016 | 6396875 | US | METHOD OF SWITCHING OF CODED VIDEO SEQUENCES AND CORRESPONDING DEVICE |
| 09/454,389 | 6400932 | US | LOW OFFSET AUTOMATIC FREQUENCY TUNING CIRCUITS FOR CONTINUOUS-TIME FILTER |
| 09/865,004 | 6404011 | US | SEMICONDUCTOR POWER INTEGRATED CIRCUIT |
| 09/333,633 | 6405301 | US | PARALLEL DATA PROCESSING |
| 09/773,160 | 6407681 | US | QUANTIZATION METHOD FOR BIT RATE TRANSCODING APPLICATIONS |
| 09/966,112 | 6411542 | US | FERROELECTRIC MEMORY DEVICE HAVING FERROELECTRIC MEMORY TRANSISTORS CONNECTED TO SEPARATE WELL LINES |
| 09/499,920 | 6431447 | US | SYSTEM AND METHOD FOR READING A BARCODE USING LASER DIODE ARRAY |
| 09/579,313 | 6432135 | US | TORSION HEART VALVE |
| 09/569,916 | 6436027 | US | HYDRODYNAMIC BLOOD BEARING |
| 09/899,441 | 6437545 | US | DC / DC CONVERTER INCLUDING CONTROL MEANS FOR CONTROLLING MULTIPLE OUTPUTS USING SEPARATE SWITCHING CYCLES FOR EACH OUTPUT |

| Application Number | Patent Number | Country | Title |
|---|---|---|---|
| 09/549,689 | 6439457 | US | METHOD AND SYSTEM FOR PERSONALIZED MESSAGE STORAGE AND RETRIEVAL |
| 10/012,015 | 6469910 | US | ELECTRONIC DEVICE WITH A VARIABLE KEYBOARD |
| 09/116,769 | 6473095 | US | HISTOGRAM METHOD FOR CHARACTERIZING VIDEO CONTENT |
| 09/550,607 | 6473114 | US | METHOD AND SYSTEM FOR INDICATING CHANGE OF SPEAKER IN A VIDEOCONFERENCE APPLICATION |
| 09/757,786 | 6477211 | US | TRANSCODING OF A DATA STREAM |
| 09/198,045 | 6480480 | US | WIRELESS LOCAL AREA NETWORK COMPRISING A CONTROLLER AND AT LEAST ONE CANDIDATE-CONTROLLER TERMINAL |
| 09/409,814 | 6480849 | US | EFFICIENT CONCURRENCY CONTROL METHOD FOR HIGH DIMENSIONAL INDEX STRUCTURES |
| 09/855,581 | 6483456 | US | GPS RECEIVER |
| 09/497,345 | 6484172 | US | CONCURRENCY CONTROL METHOD FOR HIGH-DIMENSIONAL INDEX STRUCTURE USING LATCH AND LOCK |
| 09/884,222 | 6498541 | US | COMMUNICATION BUS SYSTEM AND APPARATUS AND DEVICE FOR USE IN SUCH A SYSTEM |
| 09/615,880 | 6498814 | US | DRIFT-FREE TRANSCODER AND RELATED METHOD |
| 09/459,255 | 6501744 | US | SLOTTED MODE IN WIRELESS CDMA SYSTEMS |
| 09/232,896 | 6502105 | US | REGION-BASED IMAGE ARCHIVING AND RETRIEVING SYSTEM |
| 09/366,695 | 6526183 | US | STATIC IMAGE GENERATION METHOD AND DEVICE |
| 09/920,040 | 6528741 | US | TEXT ENTRY ON PORTABLE DEVICE |
| 09/104,900 | 6529600 | US | METHOD AND DEVICE FOR PREVENTING PIRACY OF VIDEO MATERIAL FROM THEATER SCREENS |
| 09/499,915 | 6529882 | US | METHOD FOR MANAGING GROUP MEMBERSHIP IN INTERNET MULTICAST APPLICATIONS |
| 09/678,966 | 6539071 | US | FREQUENCY CORRECTION AT THE RECEIVER END IN A PACKET TRANSMISSION SYSTEM |
| 10/032,754 | 6541319 | US | METHOD OF MANUFACTURING A SELF-ALIGNED GATE TRANSISTOR WITH P-TYPE IMPURITIES SELECTIVELY IMPLANTED BELOW THE GATE, SOURCE AND DRAIN ELECTRODES |

| Application Number | Patent Number | Country | Title |
|---|---|---|---|
| 10/086,047 | 6543025 | US | TRANSMISSION SYSTEM WITH ADAPTIVE CHANNEL ENCODER AND DECODER |
| 09/411,460 | 6553110 | US | SELECTIVE TELEPHONE CALLER IDENTIFICATION SERVICE |
| 09/374,692 | 6577629 | US | SWITCHING NETWORK WITH COMPLETE TRANSFER OF THE CONTENTS OF A HEADER FIELD OF A CELL |
| 09/475,224 | 6584212 | US | APPARATUS FOR MOTION ESTIMATION WITH CONTROL PART IMPLEMENTED BY STATE TRANSITION DIAGRAM |
| 10/112,359 | 6593603 | US | PSEUDOMORPHIC HIGH ELECTRON MOBILITY TRANSISTOR POWER DEVICE AND METHOD FOR MANUFACTURING THE SAME |
| 09/382,732 | 6597802 | US | SYSTEM AND METHOD FOR GENERATING A ROLLED SURFACE REPRESENTATION FROM A SET OF PARTIAL IMAGES |
| 09/580,169 | 6598146 | US | DATA-PROCESSING ARRANGEMENT COMPRISING A PLURALITY OF PROCESSING AND MEMORY CIRCUITS |
| 09/062,941 | 6606641 | US | SYSTEM FOR VARYING THE DYNAMIC RANGE OF COEFFICIENTS IN A DIGITAL FILTER |
| 10/032,720 | 6608578 | US | CURRENT CELL DRIVING CIRCUIT IN DIGITAL-TO-ANALOG CONVERTER |
| 09/498,921 | 6614759 | US | ONU FUNCTION PROCESSING APPARATUS IN ATM-PON SYSTEM |
| 09/448,531 | 6614761 | US | ADSL SUBSCRIBER PROCESSING EQUIPMENT IN ATM SWITCH |
| 09/495,741 | 6614928 | US | AUTOMATIC PARCEL VOLUME CAPTURE SYSTEM AND VOLUME CAPTURE METHOD USING PARCEL IMAGE RECOGNITION |
| 10/114,507 | 6621440 | US | DIGITAL TO ANALOGUE CONVERTER |
| 09/708,165 | 6628712 | US | SEAMLESS SWITCHING OF MPEG VIDEO STREAMS |
| 10/032,987 | 6636435 | US | FERROELECTRIC MEMORY CELL ARRAY AND METHOD OF STORING DATA USING THE SAME |
| 09/757,613 | 6731285 | US | SYSTEM AND METHOD FOR PROVIDING HIGH PERFORMANCE IMAGE MAGNIFICATION IN A WEB BROWSER |
| 10/092,902 | 6741929 | US | VIRTUAL NAVIGATION SYSTEM AND METHOD USING MOVING IMAGE |
| 10/325,929 | 6774697 | US | INPUT AND OUTPUT PORT CIRCUIT |
| 09/425,657 | 6781951 | US | RADIO COMMUNICATION SYSTEM |
| 09/952,193 | 6910175 | US | ENCODER REDUNDANCY SELECTION SYSTEM AND METHOD |

| Application Number | Patent Number | Country | Title |
|---|---|---|---|
| 09/773,413 | 6937645 | US | COMMUNICATION SYSTEM AND A RECEIVER FOR USE IN THE SYSTEM |
| 09/694,455 | 6961473 | US | FASTER TRANSFORMS USING EARLY ABORTS AND PRECISION REFINEMENTS |
| 10/230,563 | 6963117 | US | MICROELECTROMECHANICAL DEVICE USING RESISTIVE ELECTROMECHANICAL CONTACT |
| 09/795,020 | 6963377 | US | ENCODING METHOD AND DEVICE INCLUDING THRESHOLDING PIXEL-TO-PIXEL DIFFERENCES |
| 09/411,756 | 6966027 | US | METHOD AND APPARATUS FOR STREAMING XML CONTENT |
| 10/221,069 | 6968007 | US | METHOD AND DEVICE FOR SCALABLE VIDEO TRANSCODING |
| 09/557,600 | 6973055 | US | NETWORK WITH SEVERAL NETWORK CLUSTERS FOR WIRELESS TRANSMISSION OF PACKETS |
| 09/774,925 | 6975991 | US | WEARABLE DISPLAY SYSTEM WITH INDICATORS OF SPEAKERS |
| 10/083,334 | 6978026 | US | CIRCUIT ARRANGEMENT FOR GAINING A STEREO SUBCARRIER AND AN RDS CARRIER |
| 10/161,795 | 6980599 | US | VIDEO DECODING SYSTEM AND METHOD HAVING POST-PROCESSING TO REDUCE SHARPNESS PREDICTION DRIFT |
| 09/908,197 | 6981046 | US | SYSTEM FOR THE EFFICIENT TRANSMISSION OF PARTIAL OBJECTS IN DISTRIBUTED DATA BASES |
| 10/084,724 | 6982748 | US | AUTOMATICALLY SWITCHED CAMERA SYSTEM WITH INDICATOR FOR NOTIFYING THE NEXT SUBJECT OF THE CAMERA SYSTEM |
| 09/928,795 | 6985603 | US | METHOD AND APPARATUS FOR EXTENDING VIDEO CONTENT ANALYSIS TO MULTIPLE CHANNELS |
| 10/015,965 | 6986466 | US | DATA-PROCESSING SYSTEM |
| 10/732,720 | 6989716 | US | VARIABLE GAIN AMPLIFIER |
| 09/616,631 | 6990496 | US | SYSTEM AND METHOD FOR AUTOMATED CLASSIFICATION OF TEXT BY TIME SLICING |
| 10/175,607 | 6992697 | US | METHOD AND APPARATUS TO MEASURE VIDEO QUALITY ON ANY DISPLAY DEVICE WITH ANY IMAGE SIZE STARTING FROM A KNOW DISPLAY TYPE AND SIZE |
| 09/741,654 | 6992719 | US | METHOD AND DEVICE FOR FOCUSING A CAMERA UTILIZING FILTERS CONTAINED IN A PROCESSOR |
| 09/857,964 | 6992976 | US | NETWORK FOR A RECONFIGURATION AFTER A STEP-BY-STEP REPAIR OF DEFECTS |

| Application Number | Patent Number | Country | Title |
|---|---|---|---|
| 09/633,760 | 6993179 | US | STRAPDOWN SYSTEM FOR THREE-DIMENSIONAL RECONSTRUCTION |
| 10/749,749 | 6995452 | US | MOSFET DEVICE WITH NANOSCALE CHANNEL AND METHOD OF MANUFACTURING THE SAME |
| 10/098,456 | 6996181 | US | MOTION ESTIMATION METHOD BY EMPLOYING A STOCHASTIC SAMPLING TECHNIQUE |
| 10/491,373 | 6996279 | US | COMPRESSED STORAGE OF DATA ITEMS |
| 10/327,881 | 6999127 | US | APPARATUS AND METHOD FOR IMAGE CONVERSION AND AUTOMATIC ERROR CORRECTION FOR DIGITAL TELEVISION RECEIVER |
| 09/992,922 | 7003150 | US | HOMOGRAPHY TRANSFER FROM POINT MATCHES |
| 10/643,253 | 7003409 | US | PREDICTIVE FAILURE ANALYSIS AND FAILURE ISOLATION USING CURRENT SENSING |
| 10/865,382 | 7006044 | US | MICROSTRIP PATCH ANTENNA USING MEMS TECHNOLOGY |
| 10/173,160 | 7006659 | US | METHOD FOR EMBEDDING AND EXTRACTING A SPATIAL DOMAIN BLIND WATERMARK USING SAMPLE EXPANSION |
| 09/938,377 | 7010159 | US | APPARATUS AND METHOD FOR COMBINING RANDOM SET OF VIDEO FEATURES IN A NON-LINEAR SCHEME TO BEST DESCRIBE PERCEPTUAL QUALITY OF VIDEO SEQUENCES USING HEURISTIC SEARCH METHODOLOGY |
| 10/262,796 | 7019985 | US | ELECTRONIC DEVICE WITH A VARIABLE KEYBOARD |
| 09/961,996 | 7020252 | US | GROUP AUDIO MESSAGE BOARD |
| 09/938,630 | 7023850 | US | MULTICASTING APPARATUS AND METHOD IN SHARED MEMORY SWITCH |
| 09/975,152 | 7027421 | US | METHOD AND APPARATUS FOR SEARCHER BEAMFORMING IN CDMA BASE STATION SYSTEM USING ARRAY ANTENNA |
| 10/022,731 | 7027491 | US | INTERFERENCE CANCELLATION RECEIVER FOR USE IN A CDMA SYSTEM |
| 10/196,096 | 7027588 | US | TELEPHONE APPARATUS COMPRISING MONITORING MEANS |
| 09/993,061 | 7031497 | US | METHOD FOR COMPUTING OPTICAL FLOW UNDER THE EPIPOLAR CONSTRAINT |
| 10/122,746 | 7035586 | US | WIRELESS INTERCONNECTION METHOD AND ASSEMBLY FOR ESTABLISHING A BIDIRECTIONAL COMMUNICATION BETWEEN AUDIO AND/OR VIDEO DEVICES |

| Application Number | Patent Number | Country | Title |
|---|---|---|---|
| 10/076,352 | 7038721 | US | GAMMA CORRECTION CIRCUIT |
| 10/025,797 | 7039094 | US | ADAPTIVE RAKE RECEIVING APPARATUS CONSTRAINED WITH AT LEAST ONE CONSTRAINT FOR USE IN MOBILE COMMUNICATION SYSTEM AND METHOD THEREFOR |
| 10/201,368 | 7039837 | US | SIGNAL CODING |
| 10/015,807 | 7048191 | US | 4-STATE BAR CODE PRINTING AND READING SYSTEM AND METHOD FOR CONTROLLING THE SAME |
| 09/967,548 | 7050511 | US | IN-BAND ADJACENT-CHANNEL DIGITAL AUDIO BROADCASTING SYSTEM |
| 09/752,667 | 7054365 | US | METHOD FOR PROVIDING VARIABLE BIT RATE IN STREAMING SERVICE |
| 09/995,718 | 7054856 | US | SYSTEM FOR DRAWING PATENT MAP USING TECHNICAL FIELD WORD AND METHOD THEREFOR |
| 10/273,256 | 7065701 | US | METHOD FOR ITERATIVELY DECODING BLOCK TURBO CODES AND RECORDING MEDIUM FOR STORING ITERATIVE DECODING PROGRAM OF BLOCK TURBO CODES |
| 10/269,567 | 7076490 | US | OBJECT-RELATIONAL DATABASE MANAGEMENT SYSTEM AND METHOD FOR DELETING CLASS INSTANCE FOR THE SAME |
| 10/180,406 | 7079704 | US | OBJECTIVE METHOD AND SYSTEM FOR ESTIMATING PERCEIVED IMAGE AND VIDEO SHARPNESS |
| 10/067,414 | 7081919 | US | GREEN RECONSTRUCTION FOR IMAGE SENSORS |
| 10/134,212 | 7082156 | US | METHOD OF DETECTING, AND A RECEIVER FOR, A SPREAD SPECTRUM SIGNAL |
| 09/686,830 | 7085929 | US | METHOD AND APPARATUS FOR REVOCATION LIST MANAGEMENT USING A CONTACT LIST HAVING A CONTACT COUNT FIELD |
| 09/987,933 | 7093290 | US | SECURITY SYSTEM FOR NETWORKS AND THE METHOD THEREOF |
| 09/995,740 | 7099376 | US | METHOD FOR PARALLEL TYPE INTERFERENCE CANCELLATION IN CODE DIVISION MULTIPLE ACCESS RECEIVER |
| 09/763,843 | 7103061 | US | SYNCHRONIZATION CODEWORD FOR INTERFERENCE REDUCTION IN A CDMA SYSTEM |
| 11/026,455 | 7123194 | US | ROTATABLE MICROSTRIP PATCH ANTENNA AND ARRAY ANTENNA USING THE SAME |

| Application Number | Patent Number | Country | Title |
|---|---|---|---|
| 09/737,190 | 7124034 | US | METHOD FOR CHANGING A TARGET ARRAY, A METHOD FOR ANALYZING A STRUCTURE, AND AN APPARATUS, A STORAGE MEDIUM AND A TRANSMISSION MEDIUM THEREFOR |
| 10/187,340 | 7134017 | US | METHOD FOR PROVIDING A TRUSTED PATH BETWEEN A CLIENT AND A SYSTEM |
| 09/817,457 | 7136371 | US | TIME SLOT SORTING METHOD FOR A WIRELESS NETWORK |
| 10/150,827 | 7142578 | US | SINGLE BEAMFORMING STRUCTURE FOR MULTIPLE MODULATION SCHEMES |
| 09/634,731 | 7151562 | US | METHOD AND APPARATUS FOR EXTERNAL CALIBRATION OF A CAMERA VIA A GRAPHICAL USER INTERFACE |
| 10/136,959 | 7154892 | US | METHOD AND APPARATUS FOR MANAGING LPM-BASED CAM LOOK-UP TABLE, AND RECORDING MEDIUM THEREFOR |
| 09/663,315 | 7161952 | US | WIRELESS NETWORK WITH A PLURALITY OF PERSISTENCY PROBABILITIES FOR ACCESSING A RACH CHANNEL |
| 10/098,436 | 7184420 | US | METHOD FOR DYNAMICALLY LOCATING A WIRELESS TCP PROXY IN A WIRED/WIRELESS INTEGRATED NETWORK |
| 09/580,167 | 7188165 | US | METHOD OF, AND A HETEROGENEOUS NETWORK FOR, TRANSMITTING DATA PACKETS |
| 09/653,782 | 7190979 | US | BATTERY ECONOMIZING IN A COMMUNICATIONS SYSTEM |
| 10/365,780 | 7194734 | US | METHOD OF EXECUTING AN INTERPRETER PROGRAM |
| 10/523,389 | 7206555 | US | ANTENNA DIVERSITY SYSTEM AND METHOD FOR OPERATING SAID SYSTEM |
| 10/551,311 | 7212158 | US | METHOD AND APPARATUS FOR BEAMFORMING BASED ON BROADBAND ANTENNA |
| 10/540,101 | 7212159 | US | POSITIONING SYSTEM, APPARATUS AND METHOD |
| 10/734,574 | 7212585 | US | QUADRATURE MODULATION TRANSMITTER |
| 10/185,385 | 7236548 | US | BIT LEVEL DIVERSITY COMBINING FOR COFDM SYSTEM |
| 10/266,302 | 7251251 | US | METHOD OF AND SYSTEM FOR TRANSMITTING A PLURALITY OF MESSAGES |
| 10/557,346 | 7265609 | US | TRANSCONDUCTOR CIRCUITS |
| 09/372,459 | 7639283 | US | COLOR SIGNAL MATRIX ADJUSTMENT |
| 10/550,337 | 7650115 | US | METHOD OF, AND APPARATUS FOR, PROTECTING FROM RADIO FREQUENCY INTERFERENCE |

| Application Number | Patent Number | Country | Title |
|---|---|---|---|
| 11/447,527 | 7728882 | US | GREEN RECONSTRUCTION FOR IMAGE SENSORS |
| 11/567,772 | 7739392 | US | METHOD AND SYSTEM FOR TRANSFERRING A COMMUNICATION SESSION |
| 10/935,342 | 7764637 | US | PEER-TO-PEER MOBILE INSTANT MESSAGING METHOD AND DEVICE |
| 11/120,587 | 7847842 | US | PREVENTING GREEN NON-UNIFORMITY IN IMAGE SENSORS |
| 09/560,203 | 8332302 | US | METHOD AND APPARATUS FOR AUCTIONING ITEMS |
| 13/463,540 | 8369298 | US | METHOD FOR ESTABLISHING NETWORK CONNECTIONS BETWEEN STATIONARY TERMINALS AND REMOTE DEVICES THROUGH MOBILE DEVICES |
| 12/353,662 | 8484089 | US | METHOD AND SYSTEM FOR A HOSTED DIGITAL MUSIC LIBRARY SHARING SERVICE |
| 12/103,591 | 8606856 | US | DIGITAL MEDIA ASSET IDENTIFICATION SYSTEM AND METHOD |
| 13/603,372 | 8626838 | US | DIGITAL MEDIA ASSET IDENTIFICATION SYSTEM & METHOD |
| 13/110,819 | 8649314 | US | PEER-TO-PEER MOBILE DATA TRANSFER METHOD AND DEVICE |
| 13/210,089 | 8706636 | US | SYSTEM & METHOD FOR UNIQUE DIGITAL ASSET IDENTIFICATION AND TRANSACTION MANAGEMENT |
| 13/759,950 | 8774149 | US | METHOD FOR ESTABLISHING NETWORK CONNECTIONS BETWEEN STATIONARY TERMINALS AND REMOTE DEVICES THROUGH MOBILE DEVICES |
| 12/398,102 | 8972880 | US | APPLICATION PROGRAMMING INTERFACE FOR TRANSFERRING CONTENT FROM THE WEB TO DEVICES |
| 09/878,684 | 6664891 | US | DATA DELIVERY THROUGH PORTABLE DEVICES |
| 09/876,514 | 6993049 | US | COMMUNICATION SYSTEM |
| 12/896,686 | 8194632 | US | METHOD FOR ESTABLISHING NETWORK CONNECTIONS BETWEEN STATIONARY TERMINALS AND REMOTE DEVICES THROUGH MOBILE DEVICES |
| 13/193,579 | 8406116 | US | MOBILE CONFERENCING METHOD AND SYSTEM |
| 10/151,087 | 7167487 | US | NETWORK WITH LOGIC CHANNELS AND TRANSPORT CHANNELS |
| 09/455,124 | 6868079 | US | RADIO COMMUNICATION SYSTEM WITH REQUEST RE-TRANSMISSION UNTIL ACKNOWLEDGED |

| Application Number | Patent Number | Country | Title |
|---|---|---|---|
| 09/739,507 | 6836654 | US | ANTI-THEFT PROTECTION FOR A RADIOTELEPHONY DEVICE |
| 08/742,688 | 5960366 | US | WRIST-WATCH WIRELESS TELEPHONE |
| 09/876,515 | 7587207 | US | DATA DELIVERY THROUGH BEACONS |
| 09/597,198 | 7136999 | US | METHOD AND SYSTEM FOR ELECTRONIC DEVICE AUTHENTICATION |
| 10/323,228 | 6985758 | US | MOBILE DEVICE POWER SAVING |
| 09/739,474 | 6901272 | US | ERGONOMIC SYSTEM FOR CONTROL OF DEVICES THROUGH PORTABLE WIRELESS TERMINALS |
| 13/079,767 | 8018877 | US | MOBILE CONFERENCING METHOD AND SYSTEM |
| 09/920,041 | 7020106 | US | RADIO COMMUNICATION SYSTEM |
| 07/965,956 | 5483468 | US | SYSTEM AND METHOD FOR CONCURRENT RECORDING AND DISPLAYING OF SYSTEM PERFORMANCE DATA |
| 08/348,071 | 5619526 | US | CDMA BASE STATION MODULATOR FOR DIGITAL CELLULAR MOBILE COMMUNICATION SYSTEMS |
| 08/665,868 | 5639677 | US | METHOD OF MAKING A GAAS POWER SEMICONDUCTOR DEVICE OPERATING AT A LOW VOLTAGE |
| 08/353,044 | 5657421 | US | SPEECH SIGNAL TRANSMITTER WHEREIN CODING IS MAINTAINED DURING SPEECH PAUSES DESPITE SUBSTANTIAL SHUTDOWN OF THE TRANSMITTER |
| 08/634,635 | 5659687 | US | DEVICE FOR CONTROLLING MEMORY DATA PATH IN PARALLEL PROCESSING COMPUTER SYSTEM |
| 08/438,153 | 5692125 | US | SYSTEM AND METHOD FOR SCHEDULING LINKED EVENTS WITH FIXED AND DYNAMIC CONDITIONS |
| 08/673,882 | 5774673 | US | SYSTEM FOR COMMUNICATING BETWEEN A DYNAMIC GROUP OF APPARATUSES |
| 08/544,571 | 5835849 | US | CELLULAR MOBILE RADIO SYSTEM COMPRISING SUB-CELLS |
| 09/027,599 | 5936393 | US | LINE DRIVER WITH ADAPTIVE OUTPUT IMPEDANCE |
| 08/888,355 | 5940295 | US | DISTRIBUTED EXECUTION PROCESS FOR AN INTERACTIVE MULTIMEDIA PROGRAM, AND A LOCAL STATION USING THIS METHOD |
| 08/742,674 | 5949351 | US | REMOTE CONTROL METHOD AND SYSTEM THEREFOR |
| 09/079,478 | 5970318 | US | FABRICATION METHOD OF AN ORGANIC ELECTROLUMINESCENT DEVICES |

| Application Number | Patent Number | Country | Title |
|---|---|---|---|
| 08/974,199 | 6008743 | US | METHOD AND APPARATUS FOR SWITCHING BETWEEN DATA COMPRESSION MODES |
| 08/280,271 | 6052108 | US | METHOD OF DISPLAYING TEXT HAVING IMPROVED USABILITY |
| 09/007,818 | 6058437 | US | D.M.A. DEVICE THAT HANDLES CACHE MISSES BY MANAGING AN ADDRESS OF AN AREA OF ALLOTTED VIA A DAEMON PROCESSOR |
| 08/977,826 | 6067333 | US | ADAPTIVE SERIAL AND PARALLEL MIXED INTERFERENCE CANCELLATION METHOD |
| 09/022,910 | 6070169 | US | METHOD AND SYSTEM FOR THE DETERMINATION OF A PARTICULAR DATA OBJECT UTILIZING ATTRIBUTES ASSOCIATED WITH THE OBJECT |
| 08/992,291 | 6084982 | US | METHOD OF CHROMA-KEYING FOR A DIGITAL VIDEO COMPRESSION SYSTEM |
| 09/136,733 | 6127952 | US | VIDEO DATA RECORDING APPARATUS |
| 09/139,726 | 6138234 | US | NODE BOOTING METHOD IN HIGH-SPEED PARALLEL COMPUTER |
| 09/603,495 | 6148029 | US | METHOD OF VARIABLE-LENGTH ENCODING OF IMAGES AND DEVICE FOR PERFORMING SAID |
| 09/122,755 | 6150187 | US | ENCAPSULATION METHOD OF A POLYMER OR ORGANIC LIGHT EMITTING DEVICE |
| 08/738,988 | 6154468 | US | FAST SYNC-BYTE SEARCH SCHEME FOR PACKET FRAMING |
| 08/977,989 | 6154496 | US | VIDEO BUFFER FOR SEAMLESS SPLICING OF MPEG STREAMS |
| 08/959,215 | 6169790 | US | METHOD OF RESTRICTING THE DURATION OF TELEPHONE CALLS AND TELEPHONE IMPLEMENTING SUCH A METHOD |
| 09/135,860 | 6178512 | US | WIRELESS NETWORK |
| 09/116,063 | 6190314 | US | COMPUTER INPUT DEVICE WITH BIOSENSORS FOR SENSING USER EMOTIONS |
| 09/116,903 | 6195388 | US | APPARATUS AND METHOD FOR ENCODING MULTIPLE VIDEO PROGRAMS |
| 08/770,024 | 6198728 | US | MEDIUM ACCESS CONTROL (MAC) PROTOCOL FOR WIRELESS ATM |
| 09/134,108 | 6198909 | US | COMMUNICATION ENVIRONMENT WITH PLURALITY OF RADIO SYSTEMS |
| 09/047,682 | 6201958 | US | TELECOMMUNICATIONS SYSTEM, MOBILE TERMINAL AND METHOD OF REGISTRATION OF A TERMINAL WITH A TELECOMMUNICATIONS NETWORK |

| Application Number | Patent Number | Country | Title |
|---|---|---|---|
| 09/475,281 | 6211018 | US | METHOD FOR FABRICATING HIGH DENSITY TRENCH GATE TYPE POWER DEVICE |
| 09/096,698 | 6215488 | US | METHOD AND SYSTEM FOR DESIGNING A GRAPHICAL USER INTERFACE FOR AN ELECTRONIC CONSUMER PRODUCT |
| 09/197,315 | 6226636 | US | SYSTEM FOR RETRIEVING IMAGES USING A DATABASE |
| 09/139,203 | 6237072 | US | MEMORY MANAGEMENT WITH COMPACTION OF DATA BLOCKS |
| 09/123,019 | 6249515 | US | MULTIPLE ACCESS CONTROL METHOD FOR GUARANTEEING QOS REQUIREMENT |
| 09/030,344 | 6263091 | US | SYSTEM AND METHOD FOR IDENTIFYING FOREGROUND AND BACKGROUND PORTIONS OF DIGITIZED IMAGES |
| 09/070,322 | 6282318 | US | A METHOD AND SYSTEM FOR COMBINING PATTERN MATCHING AND OPTIMIZATION |
| 09/207,835 | 6282322 | US | SYSTEM AND METHOD FOR COMPRESSING AND DECOMPRESSING IMAGES |
| 09/428,403 | 6284605 | US | METHOD FOR FABRICATING SEMICONDUCTOR POWER INTEGRATED CIRCUIT |
| 09/236,688 | 6285805 | US | SYSTEM AND METHOD FOR FINDING THE DISTANCE FROM A MOVING QUERY POINT TO THE CLOSEST POINT ON ONE OR MORE CONVEX OR NON-CONVEX SHAPES |
| 09/198,708 | 6285892 | US | DATA TRANSMISSION SYSTEM FOR REDUCING TERMINAL POWER CONSUMPTION IN A WIRELESS NETWORK |
| 09/030,438 | 6289112 | US | SYSTEM AND METHOD FOR DETERMINING BLOCK DIRECTION IN FINGERPRINT IMAGES |
| 09/253,084 | 6295375 | US | METHOD AND DEVICE FOR CODING A SEQUENCE OF PICTURES |
| 09/710,821 | 6297820 | US | METHOD AND SYSTEM FOR DESIGNING A GRAPHICAL USER INTERFACE FOR AN ELECTRONIC CONSUMER PRODUCT |
| 09/316,985 | 6304612 | US | TRANSMISSION SYSTEM HAVING A SIMPLIFIED CHANNEL DECODER |
| 09/170,469 | 6314436 | US | SPACE-LIMITED MARKING STRUCTURE FOR TRACING GARBAGE COLLECTORS |
| 09/240,214 | 6317834 | US | BIOMETRIC AUTHENTICATION SYSTEM WITH ENCRYPTED MODELS |
| 09/039,347 | 6327272 | US | DATA TRANSFER SYSTEM, TRANSMITTER AND RECEIVER |
| 09/424,607 | 6329934 | US | MODIFYING DATA WHICH HAS BEEN CODED |
| 09/337,844 | 6338073 | US | FINALIZATION IN INCREMENTAL GARBAGE |

| Application Number | Patent Number | Country | Title |
|---|---|---|---|
| | | | COLLECTORS |
| 09/338,150 | 6339779 | US | REFERENCE COUNTING MECHANISM FOR GARBAGE COLLECTORS |
| 08/397,292 | 6341276 | US | SYSTEM FOR SELECTING A COMPUTER SOLUTION FROM A PRE-DEFINED SET |
| 09/086,270 | 6347084 | US | METHOD OF TIMESTAMP SYNCHRONIZATION OF A RESERVATION-BASED TDMA PROTOCOL |
| 09/259,956 | 6349040 | US | ELECTRONIC DEVICE WITH A VARIABLE KEYBOARD |
| 09/276,876 | 6351561 | US | GENERATING DECISION-TREE CLASSIFIERS WITH OBLIQUE HYPERPLANES |
| 09/335,019 | 6360233 | US | DYNAMIC MEMORY SPACE ALLOCATION |
| 09/318,331 | 6363513 | US | TRANSMISSION SYSTEM WITH ADAPTIVE CHANNEL ENCODER AND DECODER |
| 09/160,003 | 6370117 | US | CHANNEL ALLOCATION METHODS IN A COMMUNICATION NETWORK AND CORRESPONDING SYSTEM |
| 09/280,107 | 6370595 | US | METHOD OF ADDRESSING A PLURALITY OF ADDRESSABLE UNITS BY A SINGLE ADDRESS WORD |
| 09/107,526 | 6377549 | US | CALL ADMISSION CONTROL SYSTEM FOR WIRELESS ATM NETWORKS |
| 09/343,910 | 6381471 | US | DUAL BAND RADIO TELEPHONE WITH DEDICATED RECEIVE AND TRANSMIT ANTENNAS |
| 09/287,428 | 6388715 | US | TELEVISION RECEIVER |
| 09/220,292 | 6389072 | US | MOTION ANALYSIS BASED BUFFER REGULATION SCHEME |
| 09/186,249 | 6393155 | US | ERROR REDUCTION IN TRANSFORMED DIGITAL DATA |
| 09/337,845 | 6393439 | US | STORED DATA OBJECT MARKING FOR GARBAGE COLLECTORS |
| 09/456,899 | 6405027 | US | GROUP CALL FOR A WIRELESS MOBILE COMMUNICATION DEVICE USING BLUETOOTH |
| 09/070,216 | 6407993 | US | FLEXIBLE TWO-WAY TELECOMMUNICATION SYSTEM |
| 09/328,968 | 6408293 | US | AN INTERACTIVE FRAMEWORK FOR UNDERSTANDING USER'S PERCEPTION OF MULTIMEDIA DATA |
| 09/177,962 | 6412013 | US | SYSTEM FOR CONTROLLING DATA OUTPUT TO A NETWORK |
| 09/819,285 | 6424323 | US | ELECTRONIC DEVICE HAVING A DISPLAY |
| 09/475,050 | 6424344 | US | APPARATUS FOR PROVIDING A VISUAL NAVIGATION INTERFACE |

| Application Number | Patent Number | Country | Title |
|---|---|---|---|
| 09/474,090 | 6438361 | US | APPARATUS AND METHOD FOR AUTOMATIC SELECTION OF BROADBAND FREQUENCY CHANNEL USING DOUBLE FREQUENCY CONVERSION |
| 09/559,896 | 6442204 | US | VIDEO ENCODING METHOD AND SYSTEM |
| 09/417,660 | 6445387 | US | INTERFACE METHOD FOR SEARCHING VIRTUAL SPACE BASED ON BODY ICON |
| 09/467,591 | 6445921 | US | CALL RE-ESTABLISHMENT FOR A DUAL MODE TELEPHONE |
| 09/548,112 | 6452515 | US | VIDEO ENCODER AND DECODER |
| 08/994,873 | 6453416 | US | SECURE PROXY SIGNING DEVICE AND METHOD OF USE |
| 09/583,942 | 6458080 | US | MANAGING PARAMETERS EFFECTING THE COMPREHENSIVE HEALTH OF A USER |
| 09/404,716 | 6463174 | US | MACROBLOCK-BASED SEGMENTATION AND BACKGROUND MOSAICKING METHOD |
| 09/003,988 | 6466686 | US | SYSTEM AND METHOD FOR TRANSFORMING FINGERPRINTS TO IMPROVE RECOGNITION |
| 09/343,607 | 6467088 | US | RECONFIGURATION MANAGER FOR CONTROLLING UPGRADES OF ELECTRONIC DEVICES |
| 09/833,848 | 6469665 | US | TIME OF ARRIVAL ESTIMATION POSITIONING SYSTEMS |
| 09/264,060 | 6470006 | US | TIMING CONTROL OF TRANSMISSION TIME SLOT |
| 09/477,771 | 6470345 | US | REPLACEMENT OF SUBSTRINGS IN FILE/DIRECTORY PATHNAMES WITH NUMERIC TOKENS |
| 09/203,786 | 6483881 | US | METHOD OF REDUCING COMPLEXITY USING STATISTICS OF PATH METRICS IN A TRELLIS DECODER |
| 09/030,595 | 6487306 | US | SYSTEM AND METHOD FOR DERIVING A STRING-BASED REPRESENTATION OF AN (FINGERPRINT) IMAGE |
| 09/533,485 | 6487563 | US | MEMORY RECLAMATION METHOD |
| 09/537,821 | 6502110 | US | MEMORY RECLAMATION METHOD AND APPARATUS |
| 09/318,324 | 6512929 | US | TELECOMMUNICATION ASSEMBLY |
| 08/826,616 | 6515688 | US | VIEWER INTERACTIVE THREE-DIMENSIONAL WORKSPACE WITH A TWO-DIMENSIONAL WORKPLANE CONTAINING INTERACTIVE TWO-DIMENSIONAL IMAGES |
| 09/303,316 | 6519005 | US | METHOD OF CONCURRENT MULTIPLE-MODE MOTION ESTIMATION FOR DIGITAL VIDEO |
| 09/537,822 | 6526421 | US | METHOD OF SCHEDULING GARBAGE COLLECTION |

| Application Number | Patent Number | Country | Title |
|---|---|---|---|
| 09/533,487 | 6567469 | US | MOTION ESTIMATION ALGORITHM SUITABLE FOR H.261 VIDEOCONFERENCING APPLICATIONS |
| 09/527,198 | 6571260 | US | MEMORY RECLAMATION METHOD |
| 09/497,138 | 6584229 | US | MACROBLOCK-BASED OBJECT-ORIENTED CODING METHOD OF IMAGE SEQUENCE HAVING A STATIONARY BACKGROUND |
| 09/182,698 | 6584423 | US | METHOD OF COMMUNICATION BETWEEN REMOTE TERMINALS AND A CENTRAL STATION |
| 09/826,027 | 6590125 | US | BLUE LIGHT-EMITTING POLYMER PREPARED USING A FLUORINATED TETRAPHENYL MONOMER AND AN EL DEVICE MANUFACTURED USING THE POLYMER |
| 09/209,064 | 6590903 | US | METHOD FOR THE TRANSMISSION OF AN ASYNCHRONOUS DATA STREAM VIA A SYNCHRONOUS DATA BUS, AND CIRCUIT ARRANGEMENT FOR CARRYING OUT THE METHOD |
| 09/394,556 | 6598020 | US | ADAPTIVE EMOTION AND INITIATIVE GENERATOR FOR CONVERSATIONAL SYSTEMS |
| 09/425,658 | 6600902 | US | MULTIPLE LINK DATA OBJECT CONVEYING METHOD FOR CONVEYING DATA OBJECTS TO WIRELESS STATIONS |
| 09/422,371 | 6603740 | US | LOCAL AREA NETWORK WITH A BRIDGE TERMINAL FOR TRANSMITTING DATA BETWEEN A PLURALITY OF SUB-NETWORKS AND FOR LOOP DETECTION |
| 09/786,292 | 6615335 | US | COMPRESSED STORAGE OF INFORMATION |
| 09/709,260 | 6618445 | US | SCALABLE MPEG-2 VIDEO DECODER |
| 09/712,678 | 6631163 | US | DYNAMIC ADAPTATION OF COMPLEXITY IN AN MPEG-2 SCALABLE DECODER |
| 09/422,736 | 6650648 | US | AUTOMATIC CONFIGURATION OF A BRIDGE TERMINAL FOR TRANSMITTING DATA BETWEEN A PLURALITY OF SUB-NETWORKS IN A LOCAL AREA NETWORK |
| 09/394,803 | 6658388 | US | PERSONALITY GENERATOR FOR CONVERSATIONAL SYSTEMS |
| 09/607,597 | 6678535 | US | PERVASIVE DOCK AND ROUTER WITH COMMUNICATION PROTOCOL CONVERTER |
| 09/960,188 | 6678613 | US | METHOD AND APPARATUS FOR NOTIFYING A USER OF AN APPOINTMENT |
| 09/377,361 | 6707858 | US | LOW IF RECEIVER |

| Application Number | Patent Number | Country | Title |
|---|---|---|---|
| 09/282,638 | 6711294 | US | METHOD AND APPARATUS FOR REDUCING IMAGE DATA STORAGE AND PROCESSING BASED ON DEVICE SUPPORTED COMPRESSION TECHNIQUES |
| 09/616,229 | 6754373 | US | SYSTEM AND METHOD FOR MICROPHONE ACTIVATION USING VISUAL SPEECH CUES |
| 09/694,448 | 6766341 | US | FASTER TRANSFORMS USING SCALED TERMS |
| 10/226,963 | 6771193 | US | SYSTEM AND METHODS FOR EMBEDDING ADDITIONAL DATA IN COMPRESSED DATA STREAMS |
| 10/184,513 | 6774928 | US | MOBILE FOR VIDEO-CONFERENCING |
| 10/285,131 | 6798362 | US | POLYNOMIAL-TIME, SEQUENTIAL, ADAPTIVE SYSTEM AND METHOD FOR LOSSY DATA COMPRESSION |
| 10/077,061 | 6807604 | US | METHOD OF REFRESHING A DYNAMIC MEMORY |
| 10/234,888 | 6809662 | US | MODULATION CODE SYSTEM AND METHODS OF ENCODING AND DECODING A SIGNAL BY MULTIPLE INTEGRATION |
| 09/732,196 | 6809775 | US | TV RECEIVER APPARATUS AND RELATED METHOD |
| 09/996,003 | 6810083 | US | METHOD AND SYSTEM FOR ESTIMATING OBJECTIVE QUALITY OF COMPRESSED VIDEO DATA |
| 09/730,675 | 6810089 | US | BLOCK DETECTION METHOD FOR A CHANNEL SUBJECTED TO FADING |
| 10/186,646 | 6813692 | US | RECEIVER APPARATUS AND METHOD |
| 09/595,935 | 6836554 | US | SYSTEM AND METHOD FOR DISTORTING A BIOMETRIC FOR TRANSACTIONS WITH ENHANCED SECURITY AND PRIVACY |
| 10/011,880 | 6844878 | US | MEDIA PROCESSING REDUCTION IN HIDDEN AREAS |
| 09/699,609 | 6850948 | US | METHOD AND APPARATUS FOR COMPRESSING TEXTUAL DOCUMENTS |
| 09/773,422 | 6865387 | US | SOFTWARE RECONFIGURATION OF COMMUNICATIONS APPARATUS |
| 09/585,827 | 6876691 | US | METHOD OF AND RECEIVER FOR FREQUENCY ACQUISITION IN A FREQUENCY HOPPING SYSTEM |
| 10/082,872 | 6877068 | US | METHOD AND DEVICE FOR PREFETCHING A REFERENCED RESOURCE |
| 09/995,489 | 6882991 | US | SEARCH METHOD IN A HIERARCHICAL OBJECT STRUCTURE |
| 09/822,435 | 6891892 | US | MPEG-2 DECODER WITH AN EMBEDDED CONTRAST ENHANCEMENT FUNCTION AND METHODS THEREFOR |

| Application Number | Patent Number | Country | Title |
|---|---|---|---|
| 10/086,741 | 6895118 | US | METHOD OF CODING DIGITAL IMAGES BASED ON ERROR CONCEALMENT |
| 10/057,670 | 6907074 | US | APPARATUS AND METHOD FOR PERFORMING MIXED MOTION ESTIMATION BASED ON HIERARCHICAL SEARCH |
| 09/823,486 | 6909746 | US | FAST ROBUST DATA COMPRESSION METHOD AND SYSTEM |
| 09/811,637 | 6910207 | US | METHOD OF EXECUTING A COMPUTER PROGRAM WITH AN INTERPRETER, COMPUTER SYSTEM AND COMPUTER PROGRAM PRODUCT |
| 09/734,782 | 6912579 | US | SYSTEM AND METHOD FOR CONTROLLING AN APPARATUS HAVING A DEDICATED USER INTERFACE FROM A BROWSER |
| 09/165,683 | 6918123 | US | CALLS IDENTIFY SCENARIO FOR CONTROL OF SOFTWARE OBJECTS VIA PROPERTY ROUTES |
| 09/837,036 | 6925126 | US | DYNAMIC COMPLEXITY PREDICTION AND REGULATION OF MPEG2 DECODING IN A MEDIA PROCESSOR |
| 10/029,811 | 6925197 | US | METHOD AND SYSTEM FOR NAME-FACE/VOICE-ROLE ASSOCIATION |
| 10/331,915 | 6926572 | US | FLAT PANEL DISPLAY DEVICE AND METHOD OF FORMING PASSIVATION FILM IN THE FLAT PANEL DISPLAY DEVICE |
| 08/901,338 | 6944221 | US | BUFFER MANAGEMENT IN VARIABLE BIT-RATE COMPRESSION SYSTEMS |
| 10/119,852 | 6944229 | US | APPARATUS AND METHOD FOR MPEG DECODING USING DYNAMIC FREQUENCY AND VOLTAGE SCALING |
| 10/024,611 | 6944579 | US | SIGNAL SEPARATION METHOD, SIGNAL PROCESSING APPARATUS, IMAGE PROCESSING APPARATUS, MEDICAL IMAGE PROCESSING APPARATUS AND STORAGE MEDIUM FOR RESTORING MULTIDIMENSIONAL SIGNALS FROM OBSERVED DATA IN WHICH MULTIPLE SIGNALS ARE MIXED |
| 10/456,501 | 6945869 | US | APPARATUS AND METHOD FOR VIDEO BASED SHOOTING GAME |
| 10/637,843 | 6946995 | US | MICROSTRIP PATCH ANTENNA AND ARRAY ANTENNA USING SUPERTRATE |
| 10/077,059 | 6952450 | US | UNEQUAL ERROR PROTECTION OF VIDEO BASED ON MOTION VECTOR CHARACTERISTICS |
| 09/552,650 | 6954634 | US | RECONFIGURABLE COMMUNICATION NETWORK |

| Application Number | Patent Number | Country | Title |
|---|---|---|---|
| 10/323,227 | 6961594 | US | MOBILE DEVICE POWER SAVING |
| 09/891,430 | 6963756 | US | ELECTRONIC EQUIPMENT COMPRISING A RETRACTABLE SCREEN |
| 09/481,771 | 6964048 | US | METHOD FOR DYNAMIC LOANING IN RATE MONOTONIC REAL-TIME SYSTEMS |
| 09/571,456 | 6965582 | US | CELLULAR RADIO COMMUNICATION SYSTEM |
| 10/121,583 | 6965699 | US | CAMERA INFORMATION CODING/DECODING METHOD FOR SYNTHESIZING STEREOSCOPIC REAL VIDEO AND A COMPUTER GRAPHIC IMAGE |
| 09/822,457 | 6967944 | US | INCREASING LINK CAPACITY VIA CONCURRENT TRANSMISSIONS IN CENTRALIZED WIRELESS LANS |
| 09/730,655 | 6967968 | US | COMMUNICATION NETWORK HAVING MINIMIZED ROUNDTRIP CONTENTION DELAY |
| 10/334,837 | 6970149 | US | ACTIVE MATRIX ORGANIC LIGHT EMITTING DIODE DISPLAY PANEL CIRCUIT |
| 10/041,937 | 6980112 | US | EMERGENCY CALL PATIENT LOCATING SYSTEM FOR IMPLANTED AUTOMATIC DEFIBRILLATORS |
| 10/334,409 | 6980351 | US | ELECTROPHORETIC DISPLAY |
| 09/797,085 | 6980522 | US | AD-HOC RADIO COMMUNICATION SYSTEM |
| 09/806,091 | 6983013 | US | METHOD AND DEVICE FOR ENCODING VIDEO SIGNAL |
| 09/914,240 | 6985526 | US | SNR SCALABLE VIDEO ENCODING METHOD AND CORRESPONDING DECODING METHOD |
| 10/127,528 | 6985635 | US | SYSTEM AND METHOD FOR PROVIDING A SINGLE-LAYER VIDEO ENCODED BITSTREAMS SUITABLE FOR REDUCED-COMPLEXITY DECODING |
| 10/033,649 | 6988067 | US | LSF QUANTIZER FOR WIDEBAND SPEECH CODER |
| 09/460,944 | 6988276 | US | IN-HOUSE TV TO TV CHANNEL PEEKING |
| 10/743,459 | 6992637 | US | SLOT ANTENNA HAVING SLOTS FORMED ON BOTH SIDES OF DIELECTRIC SUBSTRATE |
| 10/109,772 | 6993182 | US | METHOD AND APPARATUS FOR DETECTING SCENE CHANGES IN VIDEO USING A HISTOGRAM OF FRAME DIFFERENCES |
| 10/146,399 | 6999515 | US | ENCODING BLOCK-ORGANIZED DATA |
| 10/038,987 | 7003497 | US | SYSTEM AND METHOD FOR CONFIRMING ELECTRONIC TRANSACTIONS |
| 10/267,705 | 7006701 | US | SEQUENTIAL DIGITAL IMAGE COMPRESSION |
| 09/840,812 | 7010034 | US | VIDEO COMPRESSION |

| Application Number | Patent Number | Country | Title |
|---|---|---|---|
| 10/082,860 | 7012960 | US | METHOD OF TRANSCODING AND TRANSCODING DEVICE WITH EMBEDDED FILTERS |
| 10/255,327 | 7016668 | US | METHOD AND APPARATUS FOR A RECONFIGURABLE MULTI-MEDIA SYSTEM |
| 10/089,959 | 7016676 | US | METHOD, NETWORK AND CONTROL STATION FOR THE TWO-WAY ALTERNATE CONTROL OF RADIO SYSTEMS OF DIFFERENT STANDARDS IN THE SAME FREQUENCY BAND |
| 10/014,190 | 7020336 | US | IDENTIFICATION AND EVALUATION OF AUDIENCE EXPOSURE TO LOGOS IN A BROADCAST EVENT |
| 09/718,246 | 7034866 | US | COMBINED DISPLAY-CAMERA FOR AN IMAGE PROCESSING SYSTEM |
| 09/962,659 | 7039585 | US | METHOD AND SYSTEM FOR SEARCHING RECORDED SPEECH AND RETRIEVING RELEVANT SEGMENTS |
| 11/024,568 | 7042401 | US | TRAPEZOID ULTRA WIDE BAND PATCH ANTENNA |
| 10/043,053 | 7047309 | US | LOAD BALANCING AND DYNAMIC CONTROL OF MULTIPLE DATA STREAMS IN A NETWORK |
| 09/944,306 | 7049954 | US | DATA TRANSMISSION SYSTEM |
| 10/033,806 | 7051120 | US | HEALTHCARE PERSONAL AREA IDENTIFICATION NETWORK METHOD AND SYSTEM |
| 10/653,804 | 7054470 | US | SYSTEM AND METHOD FOR DISTORTION CHARACTERIZATION IN FINGERPRINT AND PALM-PRINT IMAGE SEQUENCES AND USING THIS DISTORTION AS A BEHAVIORAL BIOMETRICS |
| 10/172,416 | 7054497 | US | METHOD AND SYSTEM FOR OPTIMIZING IMAGE SHARPNESS DURING CODING AND IMAGE ENHANCEMENT |
| 09/961,995 | 7058083 | US | NETWORK INTERFACE DRIVER AND METHOD |
| 09/933,552 | 7058879 | US | DATA TRANSMISSION SYSTEM, EQUIPMENT SUITABLE FOR SUCH A SYSTEM AND DATA TRANSMISSION METHOD |
| 10/169,346 | 7058951 | US | METHOD AND A SYSTEM FOR ALLOCATION OF A BUDGET TO A TASK |
| 10/359,710 | 7072513 | US | METHOD OF SEGMENTING HANDWRITTEN TOUCHING NUMERAL STRINGS HAVING NON-VERTICAL SEGMENTATION LINE |
| 10/513,012 | 7072671 | US | RADIO SYSTEM, APPARATUS, AND METHOD OF OPERATING THE RADIO SYSTEM |
| 09/973,312 | 7075917 | US | WIRELESS NETWORK WITH A DATA EXCHANGE ACCORDING TO THE ARQ |

| Application Number | Patent Number | Country | Title |
|---|---|---|---|
| | | | METHOD |
| 10/184,875 | 7079670 | US | APPARATUS AND METHOD FOR AUTHENTICATING A USER BY EMPLOYING FEATURE POINTS OF A FINGERPRINT IMAGE OF THE USER |
| 10/155,211 | 7092448 | US | METHOD AND SYSTEM FOR ESTIMATING NO-REFERENCE OBJECTIVE QUALITY OF VIDEO DATA |
| 09/838,010 | 7092549 | US | METHOD AND APPARATUS FOR REMOVING DEFECTS IN AN IMAGE SEQUENCE |
| 10/175,413 | 7092694 | US | WIRELESS COMMUNICATION SYSTEM HAVING A GUEST TRANSMITTER AND A HOST RECEIVER |
| 09/942,634 | 7093298 | US | APPARATUS AND METHOD FOR SECURITY OBJECT ENHANCEMENT AND MANAGEMENT |
| 09/810,015 | 7095328 | US | SYSTEM AND METHOD FOR NON INTRUSIVE MONITORING OF AT RISK INDIVIDUALS |
| 10/749,606 | 7099686 | US | MICROSTRIP PATCH ANTENNA HAVING HIGH GAIN AND WIDEBAND |
| 09/730,679 | 7103070 | US | TRANSMISSION SYSTEM COMPRISING A STATION OF A FIRST TYPE AND A STATION OF A SECOND TYPE AND SYNCHRONIZATION METHOD |
| 10/153,256 | 7103340 | US | ANTENNA DIVERSITY ARRANGEMENT |
| 10/650,406 | 7106264 | US | BROADBAND SLOT ANTENNA AND SLOT ARRAY ANTENNA USING THE SAME |
| 10/124,009 | 7107111 | US | TRICK PLAY FOR MP3 |
| 10/065,802 | 7107445 | US | METHOD AND APPARATUS FOR SECURE PROCESSING OF SENSITIVE DATA |
| 10/298,968 | 7110047 | US | SIGNIFICANT SCENE DETECTION AND FRAME FILTERING FOR A VISUAL INDEXING SYSTEM USING DYNAMIC THRESHOLDS |
| 10/080,184 | 7110366 | US | APPARATUS AND METHOD FOR PEER-TO-PEER LINK MONITORING OF A WIRELESS NETWORK WITH CENTRALIZED CONTROL |
| 09/822,452 | 7113074 | US | METHOD AND SYSTEM FOR AUTOMATICALLY CONTROLLING A PERSONALIZED NETWORKED ENVIRONMENT |
| 10/202,660 | 7117258 | US | METHOD AND APPARATUS FOR ASSIGNING IP ADDRESS USING AGENT IN ZERO CONFIGURATION NETWORK |
| 10/078,936 | 7120209 | US | REDUCED COMPLEXITY INTERCARRIER INTERFERENCE CANCELLATION |

| Application Number | Patent Number | Country | Title |
|---|---|---|---|
| 09/877,344 | 7123658 | US | SYSTEM AND METHOD FOR CREATING MULTI-PRIORITY STREAMS |
| 09/449,250 | 7123745 | US | METHOD AND APPARATUS FOR DETECTING MOVING OBJECTS IN VIDEO CONFERENCING AND OTHER APPLICATIONS |
| 09/806,565 | 7137126 | US | CONVERSATIONAL COMPUTING VIA CONVERSATIONAL VIRTUAL MACHINE |
| 10/059,441 | 7139017 | US | METHOD AND SYSTEM FOR OBTAINING THE BEST PICTURE QUALITY IN A SCARCE-POWER DEVICE |
| 10/124,061 | 7149159 | US | METHOD AND APPARATUS FOR EDITING DATA STREAMS |
| 10/024,779 | 7151767 | US | METHOD AND APPARATUS FOR SYNCHRONIZING FREQUENCY HOPPING TRANSCEIVERS |
| 10/082,858 | 7151916 | US | METHOD OF RECEIVING A SIGNAL AND A RECEIVER |
| 10/029,825 | 7164671 | US | OVERLAPPING NETWORK ALLOCATION VECTOR (ONAV) FOR AVOIDING COLLISION IN THE IEEE 802.11 WLAN OPERATING UNDER HCF |
| 09/773,418 | 7167454 | US | RADIO COMMUNICATION SYSTEM |
| 10/957,749 | 7170355 | US | VOLTAGE-CONTROLLED OSCILLATOR USING CURRENT FEEDBACK NETWORK |
| 10/028,378 | 7170566 | US | FAMILY HISTOGRAM BASED TECHNIQUES FOR DETECTION OF COMMERCIALS AND OTHER VIDEO CONTENT |
| 10/257,204 | 7171169 | US | NETWORK WITH ADAPTATION OF THE MODULATION METHOD |
| 09/929,118 | 7171206 | US | METHOD AND SYSTEM FOR TRANSFERRING A COMMUNICATION SESSION |
| 10/480,660 | 7174135 | US | WIDEBAND SIGNAL TRANSMISSION SYSTEM |
| 10/147,974 | 7177345 | US | DEMODULATING DEVICE AND METHOD FOR W-CDMA BASE STATION |
| 11/180,726 | 7183149 | US | METHOD OF MANUFACTURING FIELD EFFECT TRANSISTOR |
| 10/477,871 | 7190408 | US | TV-RECEIVER, IMAGE DISPLAY APPARATUS, TV-SYSTEM AND METHOD FOR DISPLAYING AN IMAGE |
| 10/135,337 | 7193989 | US | RADIO COMMUNICATION ARRANGEMENTS |
| 10/135,353 | 7193991 | US | RADIO COMMUNICATION ARRANGEMENTS |
| 10/211,416 | 7194018 | US | APPARATUS FOR SEARCHING MULTIPATH IN SPREAD SPECTRUM COMMUNICATIONS SYSTEM AND METHOD THEREOF |
| 10/621,461 | 7197598 | US | APPARATUS AND METHOD FOR FILE-LEVEL |

| Application Number | Patent Number | Country | Title |
|---|---|---|---|
| | | | STRIPING |
| 09/923,868 | 7206285 | US | METHOD FOR SUPPORTING NON-LINEAR, HIGHLY SCALABLE INCREASE-DECREASE CONGESTION CONTROL SCHEME |
| 10/330,800 | 7215635 | US | APPARATUS FOR TRANSMITTING AND RECEIVING SIGNAL USING ORTHOGONAL CODES AND NON-BINARY VALUES IN CDMA/OFDM SYSTEM AND METHOD THEREOF |
| 09/855,115 | 7215706 | US | VIDEO SIGNAL ENCODING AND BUFFER MANAGEMENT |
| 09/819,279 | 7227579 | US | LIGHT MODULATION REMOVER |
| 10/523,619 | 7230579 | US | DIRECTIONAL DUAL FREQUENCY ANTENNA ARRANGEMENT |
| 10/182,158 | 7242719 | US | A METHOD AND APPARATUS FOR SPACE-SAVING-VARIABLE LENGTH ENCODING AND DECODING |
| 10/119,577 | 7245592 | US | ALIGNING 802.11E HCF AND 802.11H TPC OPERATIONS |
| 10/547,585 | 7283832 | US | METHOD AND SYSTEM FOR ESTABLISHING WIRELESS PEER-TO-PEER COMMUNICATIONS |
| 10/547,586 | 7286841 | US | METHOD AND SYSTEM FOR MAINTAINING UPLINK SYNCHRONIZATION WITH PEER-TO-PEER COMMUNICATION IN WIRELESS COMMUNICATION SYSTEM |
| 10/551,312 | 7308266 | US | METHOD AND SYSTEM FOR PEER-TO-PEER COMMUNICATION MANAGEMENT IN WIRELESS COMMUNICATION NETWORKS |
| 10/264,904 | 7308466 | US | MEMORY RECLAMATION METHOD |
| 11/182,927 | 7502335 | US | METHOD FOR ALLOCATING IP ADDRESSES FOR PEER-TO-PEER WIRELESS INSTANT MESSAGING AND OTHER DATA COMMUNICATIONS |
| 11/091,242 | 7672255 | US | MOBILE INSTANT MESSAGING CONFERENCING METHOD AND SYSTEM |
| 10/544,773 | 7681227 | US | GENERATION OF ENCRYPTED VIDEO INFORMATION |
| 10/562,538 | 7738778 | US | SYSTEM AND METHOD FOR GENERATING A MULTIMEDIA SUMMARY OF MULTIMEDIA STREAMS |
| 11/042,620 | 7773550 | US | PEER-TO-PEER MOBILE DATA TRANSFER METHOD AND DEVICE |
| 11/288,505 | 7817606 | US | METHOD FOR ESTABLISHING NETWORK CONNECTIONS BETWEEN STATIONARY TERMINALS AND REMOTE DEVICES THROUGH MOBILE DEVICES |

| Application Number | Patent Number | Country | Title |
|---|---|---|---|
| 11/776,420 | 7853500 | US | SYSTEM AND METHOD FOR DETERMINING RIGHT OF ACCESS |
| 12/691,594 | 7940704 | US | MOBILE INSTANT MESSAGING CONFERENCING METHOD AND SYSTEM |
| 10/817,994 | 7961663 | US | PEER-TO-PEER MOBILE INSTANT MESSAGING METHOD AND DEVICE |
| 12/832,576 | 7969925 | US | PEER-TO-PEER MOBILE DATA TRANSFER METHOD AND DEVICE |
| 10/016,325 | 8001052 | US | SYSTEM & METHOD FOR UNIQUE DIGITAL ASSET IDENTIFICATION AND TRANSACTION MANAGEMENT |
| 12/966,673 | 8117113 | US | SYSTEM & METHOD FOR DETERMINING RIGHT OF ACCESS |
| 12/103,604 | 8200581 | US | DIGITAL MEDIA ASSET CONVERSION SYSTEM AND METHOD |
| 2012100461 | 2012100461 | AU | LOCAL AREA ADVERTISEMENT MANAGEMENT |
| 2012100463 | 2012100463 | AU | RENEWABLE RESOURCE DISTRIBUTION MANAGEMENT SYSTEM |
| 2011101297 | 2011101297 | AU | REMOTE RECOGNITION OF AN ASSOCIATION BETWEEN REMOTE DEVICES |
| 2013101034 | 2013101034 | AU | REGISTRATION AND AUTHENTICATION OF COMPUTING DEVICES USING A DIGITAL SKELETON KEY |
| 2011101296 | 2011101296 | AU | HARDWARE IDENTIFICATION THROUGH COOKIES |
| 2013100369 | 2013100369 | AU | UNIQUE DEVICE IDENTIFICATION AMONG LARGE POPULATIONS OF HOMOGENEOUS DEVICES |
| 2013100802 | 2013100802 | AU | DEVICE AUTHENTICATION USING INTER-PERSON MESSAGE METADATA |
| 2013100259 | 2013100259 | AU | MIGRATION OF USAGE SESSIONS BETWEEN DEVICES |
| 2012100459 | 2012100459 | AU | PERSONAL CONTROL OF PERSONAL INFORMATION |
| 2012100470 | 2012100470 | AU | ANONYMOUS WHISTLE BLOWER SYSTEM WITH REPUTATION REPORTING OF ANONYMOUS WHISTLE BLOWERS |
| 2012100464 | 2012100464 | AU | COMPUTER BASED COMPARISON OF HUMAN INDIVIDUALS |
| 2013100243 | 2013100243 | AU | PEDESTRIAN TRAFFIC MONITORING AND ANALYSIS |
| 2013100804 | 2013100804 | AU | PREDICTIVE DELIVERY OF INFORMATION BASED ON DEVICE HISTORY |
| 2012100465 | 2012100465 | AU | HEALTH ASSESSMENT BY REMOTE PHYSICAL EXAMINATION |

| Application Number | Patent Number | Country | Title |
|---|---|---|---|
| 2012100458 | 2012100458 | AU | LOCAL AREA SOCIAL NETWORKING |
| 2012100460 | 2012100460 | AU | METHOD AND SYSTEM FOR IMPLEMENTING ZONE-RESTRICTED BEHAVIOR OF A COMPUTING DEVICE |
| 2012100462 | 2012100462 | AU | NEAR-FIELD AUTHENTICATION THROUGH COMMUNICATION OF ENCLOSED CONTENT SOUND WAVES |
| 2013100883 | 2013100883 | AU | DETECTION OF DEVICE TAMPERING |
| 2013100355 | 2013100355 | AU | DEVICE-SPECIFIC CONTENT DELIVERY |
| 10165951.4 | 2273371 | DE | FAILOVER PROCEDURE FOR SERVER SYSTEM |
| 60 2008 039 553.7 | 2203815 | DE | INSTALLING PROTECTED SOFTWARE PRODUCT USING UNPROTECTED INSTALLATION |
| 60 2010 023 538.6 | 2273411 | DE | SYSTEMS AND METHODS FOR DETERMINING AUTHORIZATION TO OPERATE LICENSED SOFTWARE BASED ON A CLIENT DEVICE FINGERPRINT |
| 10168528.7 | 2282474 | DE | SYSTEM AND METHOD FOR SECURED MOBILE COMMUNICATION |
| 60 2010 031 589.4 | 2267966 | DE | SYSTEM AND METHOD FOR SECURING AN ELECTRONIC COMMUNICATION |
| EP 10166779.8 | 2270703 | EP | SYSTEMS AND METHODS FOR PROVIDING CONDITIONAL AUTHORIZATION TO OPERATE LICENSED SOFTWARE |
| EP 10165956.3 | 2264975 | EP | SYSTEM AND METHOD FOR REDUNDANCY IN A COMMUNICATION NETWORK |
| EP 10165951.4 | EP 2273371 | EP | FAILOVER PROCEDURE FOR SERVER SYSTEM |
| EP 10165196.6 | | EP | SECURING EXECUTABLE CODE INTEGRITY USING AUTO-DERIVATIVE KEY |
| EP 10165197.4 | 2264640 | EP | FEATURE-SPECIFIC KEYS FOR EXECUTABLE CODE |
| 8831302.8 | 2203815 | EP | INSTALLING PROTECTED SOFTWARE PRODUCT USING UNPROTECTED INSTALLATION |
| 10165175 | 2273411 | EP | SYSTEMS AND METHODS FOR DETERMINING AUTHORIZATION TO OPERATE LICENSED SOFTWARE BASED ON A CLIENT DEVICE FINGERPRINT |
| EP 10168528.7 | 2282474 | EP | SYSTEM AND METHOD FOR SECURED MOBILE COMMUNICATION |
| EP 10188068.0 | 2282474 | EP | SYSTEM AND METHOD FOR DEVICE AUTHENTICATION WITH BUILT-IN TOLERANCE |
| EP 10165171.9 | 2267966 | EP | SYSTEM AND METHOD FOR SECURING AN ELECTRONIC COMMUNICATION |

| Application Number | Patent Number | Country | Title |
|---|---|---|---|
| 10166788.9 | EP2270704 | EP | SYSTEMS AND METHODS FOR AUDITING SOFTWARE USAGE USING A COVERT KEY |
| EP 10165179.2 | 2273438 | EP | USE OF A FINGERPRINT WITH AN ON-LINE OR NETWORKED AUCTION |
| 10165951.4 | 2273371 | GB | FAILOVER PROCEDURE FOR SERVER SYSTEM |
| EP08831302.8 | EP2203815 | GB | INSTALLING PROTECTED SOFTWARE PRODUCT USING UNPROTECTED INSTALLATION |
| 10165175 | 2273411 | GB | SYSTEMS AND METHODS FOR DETERMINING AUTHORIZATION TO OPERATE LICENSED SOFTWARE BASED ON A CLIENT DEVICE FINGERPRINT |
| 10168528.7 | 2282474 | GB | SYSTEM AND METHOD FOR SECURED MOBILE COMMUNICATION |
| 10165171.9 | 2267966 | GB | SYSTEM AND METHOD FOR SECURING AN ELECTRONIC COMMUNICATION |
| 12/819,046 | | US | SYSTEMS AND METHODS FOR PROVIDING CONDITIONAL AUTHORIZATION TO OPERATE LICENSED SOFTWARE |
| 12/818,906 | 8239852 | US | REMOTE UPDATE OF COMPUTERS BASED ON PHYSICAL DEVICE RECOGNITION |
| 14/867,976 | 9558636 | US | AUTOMATIC TELLER MACHINE INVENTORY AND DISTRIBUTION SYSTEM |
| 15/417,748 | | US | AUTOMATIC TELLER MACHINE INVENTORY AND DISTRIBUTION SYSTEM |
| 14/825,120 | | US | VERIFICATION THAT AN AUTHENTICATED USER IS IN PHYSICAL POSSESSION OF A CLIENT DEVICE |
| 12/468,288 | 8812701 | US | DEVICE AND METHOD FOR SECURED COMMUNICATION |
| 12/813,362 | 8452960 | US | SYSTEM AND METHOD FOR CONTENT DELIVERY |
| 12/813,378 | 8736462 | US | SYSTEM AND METHOD FOR TRAFFIC INFORMATION DELIVERY |
| 12/813,391 | 8903653 | US | SYSTEM AND METHOD FOR LOCATING NETWORK NODES |
| 12/813,420 | 9141489 | US | FAILOVER PROCEDURE FOR SERVER SYSTEM |
| 13/707,454 | | US | RENEWABLE RESOURCE DISTRIBUTION MANAGEMENT SYSTEM |
| 12/792,184 | | US | SECURING EXECUTABLE CODE INTEGRITY USING AUTO-DERIVATIVE KEY |
| 12/792,206 | | US | FEATURE-SPECIFIC KEYS FOR EXECUTABLE CODE |
| 12/903,980 | 8769296 | US | SOFTWARE SIGNATURE TRACKING |

| Application Number | Patent Number | Country | Title |
|---|---|---|---|
| 12/235,243 | 8160962 | US | INSTALLING PROTECTED SOFTWARE PRODUCT USING UNPROTECTED INSTALLATION IMAGE |
| 13/269,415 | 8671060 | US | POST-PRODUCTION PREPARATION OF AN UNPROTECTED INSTALLATION IMAGE FOR DOWNLOADING AS A PROTECTED SOFTWARE PRODUCT |
| 14/524,939 | | US | ELECTRONIC MAIL SENDER VERIFICATION |
| 12/828,473 | 8213907 | US | SYSTEM AND METHOD FOR SECURED MOBILE COMMUNICATION |
| 13/586,111 | 8693473 | US | REMOTE RECOGNITION OF AN ASSOCIATION BETWEEN REMOTE DEVICES |
| 13/692,843 | | US | DATA REPOSITORY AUTHENTICATION |
| 13/832,982 | 9286466 | US | REGISTRATION AND AUTHENTICATION OF COMPUTING DEVICES USING A DIGITAL SKELETON KEY |
| 13/914,584 | 9143496 | US | DEVICE AUTHENTICATION USING DEVICE ENVIRONMENT INFORMATION |
| 14/176,906 | | US | REMOTE RECOGNITION OF AN ASSOCIATION BETWEEN REMOTE DEVICES |
| 14/794,121 | | US | SECURE TWO-STAGE TRANSACTIONS |
| 15/048,466 | | US | REGISTRATION AND AUTHENTICATION OF COMPUTING DEVICES USING A DIGITAL SKELETON KEY |
| 12/903,948 | 8316421 | US | SYSTEM AND METHOD FOR DEVICE AUTHENTICATION WITH BUILT-IN TOLERANCE |
| 11/531,235 | 7934250 | US | METHOD AND APPARATUS FOR USING PERFORMANCE AND STRESS TESTING ON COMPUTING DEVICES FOR DEVICE AUTHENTICATION |
| 11/531,257 | 7987362 | US | METHOD AND APPARATUS FOR USING IMPERFECTIONS IN COMPUTING DEVICES FOR DEVICE AUTHENTICATION |
| 13/235,281 | | US | PSYCHOGRAPHIC DEVICE FINGERPRINTING |
| 13/621,809 | 9571492 | US | HARDWARE IDENTIFICATION THROUGH COOKIES |
| 13/911,574 | 8695068 | US | DEVICE AUTHENTICATION USING DISPLAY DEVICE IRREGULARITY |
| 14/196,083 | 9578502 | US | DEVICE AUTHENTICATION USING INTER-PERSON MESSAGE METADATA |
| 14/179,292 | 9444802 | US | DEVICE AUTHENTICATION USING DISPLAY DEVICE IRREGULARITY |
| 15/416,920 | | US | HARDWARE IDENTIFICATION THROUGH COOKIES |

| Application Number | Patent Number | Country | Title |
|---|---|---|---|
| 14/050,213 | | US | MIGRATION OF USAGE SESSIONS BETWEEN DEVICES |
| 14/176,928 | | US | DEVICE-SPECIFIC RESTRICTIVE CONTENT DELIVERY |
| 14/196,065 | | US | SHARED STATE AMONG MULTIPLE DEVICES |
| 11/532,080 | 8284929 | US | SYSTEM OF DEPENDENT KEYS ACROSS MULTIPLE PIECES OF RELATED SCRAMBLED INFORMATION |
| 12/703,470 | 8838976 | US | WEB CONTENT ACCESS USING A CLIENT DEVICE IDENTIFIER |
| 12/903,959 | 9082128 | US | SYSTEM AND METHOD FOR TRACKING AND SCORING USER ACTIVITIES |
| 13/586,057 | 9338152 | US | PERSONAL CONTROL OF PERSONAL INFORMATION |
| 13/692,857 | 8881273 | US | DEVICE REPUTATION MANAGEMENT |
| 13/742,972 | | US | ANONYMOUS WHISTLE BLOWER SYSTEM WITH REPUTATION REPORTING OF ANONYMOUS WHISTLE BLOWER |
| 13/743,162 | 8521874 | US | COMPUTER-BASED COMPARISON OF HUMAN INDIVIDUALS |
| 13/944,622 | | US | EMPLOYEE PERFORMANCE EVALUATION |
| 13/944,618 | | US | INCLUDING USAGE DATA TO IMPROVE COMPUTER-BASED TESTING OF APTITUDE |
| 13/916,945 | 8892642 | US | COMPUTER-BASED COMPARISON OF HUMAN INDIVIDUALS |
| 14/510,965 | 9311485 | US | DEVICE REPUTATION MANAGEMENT |
| 14/049,841 | 9571981 | US | PEDESTRIAN TRAFFIC MONITORING AND ANALYSIS USING LOCATION AND AUTHENTICATION OF MOBILE COMPUTING DEVICES |
| 14/188,063 | 9414199 | US | PREDICTIVE DELIVERY OF INFORMATION BASED ON DEVICE HISTORY |
| 15/415,726 | | US | PEDESTRIAN TRAFFIC MONITORING AND ANALYSIS |
| 13/743,198 | 9449151 | US | HEALTH ASSESSMENT BY REMOTE PHYSICAL EXAMINATION |
| 15/268,845 | | US | HEALTH ASSESSMENT BY REMOTE PHYSICAL EXAMINATION |
| 11/470,246 | 7804079 | US | METHOD AND APPARATUS FOR USING IMPERFECTIONS AND IRREGULARITIES IN OPTICAL MEDIA FOR IDENTIFICATION PURPOSES |
| 13/657,859 | | US | LOCAL AREA SOCIAL NETWORKING |
| 14/983,281 | | US | MOBILE DEVICE MONITORING AND ANALYSIS |

| Application Number | Patent Number | Country | Title |
|---|---|---|---|
| 12/818,981 | | US | SYSTEM AND METHOD FOR MONITORING EFFICACY OF ONLINE ADVERTISING |
| 12/272,570 | 8566960 | US | SYSTEM AND METHOD FOR ADJUSTABLE LICENSING OF DIGITAL PRODUCTS |
| 12/784,380 | 9633183 | US | MODULAR SOFTWARE PROTECTION |
| 12/784,262 | 8423473 | US | SYSTEMS AND METHODS FOR GAME ACTIVATION |
| 12/784,447 | | US | SYSTEM AND METHOD FOR MEDIA DISTRIBUTION |
| 12/140,917 | 7908662 | US | SYSTEM AND METHOD FOR AUDITING SOFTWARE USAGE |
| 15/483,392 | | US | MODULAR SOFTWARE PROTECTION |
| 12/792,249 | 8495359 | US | SYSTEM AND METHOD FOR SECURING AN ELECTRONIC COMMUNICATION |
| 13/707,886 | 8949954 | US | CUSTOMER NOTIFICATION PROGRAM ALERTING CUSTOMER-SPECIFIED NETWORK ADDRESS OF UNAUTHORIZED ACCESS ATTEMPTS TO CUSTOMER ACCOUNT |
| 13/734,175 | | US | METHOD AND SYSTEM FOR IMPLEMENTING ZONE-RESTRICTED BEHAVIOR OF A COMPUTING DEVICE |
| 13/734,178 | 9564952 | US | NEAR FIELD AUTHENTICATION THROUGH COMMUNICATION OF ENCLOSED CONTENT SOUND WAVES |
| 14/074,153 | 8881280 | US | DEVICE-SPECIFIC CONTENT DELIVERY |
| 14/530,529 | 9294491 | US | DEVICE-SPECIFIC CONTENT DELIVERY |
| 15/424,298 | | US | NEAR FIELD AUTHENTICATION THROUGH COMMUNICATION OF ENCLOSED CONTENT SOUND WAVES |
| 12/390,273 | 8374968 | US | LICENSE AUDITING FOR DISTRIBUTED APPLICATIONS |
| 12/819,012 | | US | SYSTEM AND METHOD FOR PIRACY REDUCTION IN SOFTWARE ACTIVATION |
| 12/818,934 | 9129097 | US | SYSTEMS AND METHODS FOR AUDITING SOFTWARE USAGE USING A COVERT KEY |
| 13/239,260 | | US | LICENSE AUDITING OF SOFTWARE USAGE BY ASSOCIATING SOFTWARE ACTIVATIONS WITH DEVICE IDENTIFIERS |
| 12/792,442 | | US | SYSTEM AND METHOD FOR PREVENTING MULTIPLE ONLINE PURCHASES |
| 12/792,375 | 9075958 | US | USE OF FINGERPRINT WITH AN ON-LINE OR NETWORKED AUCTION |
| 13/961,774 | | US | SYSTEM AND METHOD FOR PREVENTING MULTIPLE ONLINE PURCHASES |

# DECLARATION OF TRAVIS RICHINS

1. My name is Travis Richins. I am over the age of 21 and am competent to make this declaration. The facts stated herein are within my personal knowledge and are true and correct. I am licensed to practice law in the State of Texas. I am an attorney with the Etheridge Law Group and counsel for Uniloc 2017 in this matter.

2. Attached hereto as **Exhibit A** are true and correct copies of publicly available assignments recorded with the USPTO.

3. Attached hereto as **Exhibit B** is a true and correct copy of an excerpt from a hearing transcript on Uniloc's motion to compel.

4. Attached hereto as **Exhibit C** is a true and correct copy of excerpts from the September 6, 2019 deposition of Keith McCallion.

5. Attached as **Exhibit D** are true and correct copies of "tickets" produced by Google.

6. Attached as **Exhibits E and F** are a true and correct copies of "Certificate[s] of Destruction" produced by Google.

7. Attached as **Exhibit G** is a true and correct copy of a Master Wireless Wholesale Agreement between Sprint Spectrum L.P. and Google North America Inc. produced by Google.

8. Attached as **Exhibit H** is a "Shax" ticket produced by Google.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and executed on November 8, 2019.

*/s/ Travis Richins*
Travis Richins

<span style="color:red">Richins Decl., Ex. A</span>  **PATENT ASSIGNMENT COVER SHEET**

Electronic Version v1.1                                          EPAS ID: PAT4825480
Stylesheet Version v1.2

| SUBMISSION TYPE: | NEW ASSIGNMENT |
|---|---|
| NATURE OF CONVEYANCE: | ASSIGNMENT |

**CONVEYING PARTY DATA**

| Name | Execution Date |
|---|---|
| PENDRAGON WIRELESS LLC | 01/31/2018 |

**RECEIVING PARTY DATA**

| | |
|---|---|
| Name: | UNILOC LUXEMBOURG S.A. |
| Street Address: | 14, RUE EDWARD STEICHEN |
| City: | LUXEMBOURG |
| State/Country: | LUXEMBOURG |
| Postal Code: | L-2540 |

**PROPERTY NUMBERS Total: 271**

| Property Type | Number |
|---|---|
| Patent Number: | 5657421 |
| Patent Number: | 5774673 |
| Patent Number: | 5835849 |
| Patent Number: | 5936393 |
| Patent Number: | 5940295 |
| Patent Number: | 5960366 |
| Patent Number: | 5973490 |
| Patent Number: | 6084982 |
| Patent Number: | 6104354 |
| Patent Number: | 6111438 |
| Patent Number: | 6130964 |
| Patent Number: | 6133765 |
| Patent Number: | 6148029 |
| Patent Number: | 6154468 |
| Patent Number: | 6154496 |
| Patent Number: | 6166337 |
| Patent Number: | 6167237 |
| Patent Number: | 6169790 |
| Patent Number: | 6178512 |
| Patent Number: | 6195392 |

| Property Type | Number |
|---|---|
| Patent Number: | 6198728 |
| Patent Number: | 6198909 |
| Patent Number: | 6201844 |
| Patent Number: | 6201958 |
| Patent Number: | 6215488 |
| Patent Number: | 6226636 |
| Patent Number: | 6229994 |
| Patent Number: | 6237072 |
| Patent Number: | 6239772 |
| Patent Number: | 6239773 |
| Patent Number: | 6240300 |
| Patent Number: | 6246447 |
| Patent Number: | 6253201 |
| Patent Number: | 6260031 |
| Patent Number: | 6271826 |
| Patent Number: | 6282322 |
| Patent Number: | 6285892 |
| Patent Number: | 6295375 |
| Patent Number: | 6297820 |
| Patent Number: | 6301641 |
| Patent Number: | 6304612 |
| Patent Number: | 6308191 |
| Patent Number: | 6314436 |
| Patent Number: | 6323824 |
| Patent Number: | 6327272 |
| Patent Number: | 6329934 |
| Patent Number: | 6337972 |
| Patent Number: | 6338073 |
| Patent Number: | 6339779 |
| Patent Number: | 6347084 |
| Patent Number: | 6349040 |
| Patent Number: | 6349114 |
| Patent Number: | 6349154 |
| Patent Number: | 6351564 |
| Patent Number: | 6356288 |
| Patent Number: | 6359658 |
| Patent Number: | 6360233 |
| Patent Number: | 6363380 |

| Property Type | Number |
|---|---|
| Patent Number: | 6363513 |
| Patent Number: | 6370117 |
| Patent Number: | 6370595 |
| Patent Number: | 6377549 |
| Patent Number: | 6381471 |
| Patent Number: | 6382867 |
| Patent Number: | 6388715 |
| Patent Number: | 6389072 |
| Patent Number: | 6393439 |
| Patent Number: | 6396875 |
| Patent Number: | 6405027 |
| Patent Number: | 6405301 |
| Patent Number: | 6407681 |
| Patent Number: | 6407993 |
| Patent Number: | 6412013 |
| Patent Number: | 6424323 |
| Patent Number: | 6437545 |
| Patent Number: | 6439457 |
| Patent Number: | 6442204 |
| Patent Number: | 6445921 |
| Patent Number: | 6452515 |
| Patent Number: | 6467088 |
| Patent Number: | 6469665 |
| Patent Number: | 6469910 |
| Patent Number: | 6473095 |
| Patent Number: | 6473114 |
| Patent Number: | 6477211 |
| Patent Number: | 6480480 |
| Patent Number: | 6483456 |
| Patent Number: | 6498541 |
| Patent Number: | 6498814 |
| Patent Number: | 6501744 |
| Patent Number: | 6502105 |
| Patent Number: | 6512929 |
| Patent Number: | 6519005 |
| Patent Number: | 6526183 |
| Patent Number: | 6526421 |
| Patent Number: | 6528741 |

| Property Type | Number |
|---|---|
| Patent Number: | 6529600 |
| Patent Number: | 6539071 |
| Patent Number: | 6543025 |
| Patent Number: | 6553110 |
| Patent Number: | 6567469 |
| Patent Number: | 6577629 |
| Patent Number: | 6584423 |
| Patent Number: | 6590903 |
| Patent Number: | 6598146 |
| Patent Number: | 6600902 |
| Patent Number: | 6606641 |
| Patent Number: | 6618445 |
| Patent Number: | 6621440 |
| Patent Number: | 6628712 |
| Patent Number: | 6664891 |
| Patent Number: | 6700878 |
| Patent Number: | 6707858 |
| Patent Number: | 6774928 |
| Patent Number: | 6781951 |
| Patent Number: | 6807604 |
| Patent Number: | 6809662 |
| Patent Number: | 6809775 |
| Patent Number: | 6810083 |
| Patent Number: | 6810089 |
| Patent Number: | 6813692 |
| Patent Number: | 6836654 |
| Patent Number: | 6844878 |
| Patent Number: | 6850785 |
| Patent Number: | 6850948 |
| Patent Number: | 6865387 |
| Patent Number: | 6868079 |
| Patent Number: | 6876691 |
| Patent Number: | 6877068 |
| Patent Number: | 6891892 |
| Patent Number: | 6895118 |
| Patent Number: | 6898658 |
| Patent Number: | 6901272 |
| Patent Number: | 6909746 |

| Property Type | Number |
|---|---|
| Patent Number: | 6910175 |
| Patent Number: | 6910207 |
| Patent Number: | 6912579 |
| Patent Number: | 6918123 |
| Patent Number: | 6925126 |
| Patent Number: | 6925197 |
| Patent Number: | 6937645 |
| Patent Number: | 6944221 |
| Patent Number: | 6952450 |
| Patent Number: | 6954634 |
| Patent Number: | 6961594 |
| Patent Number: | 6963377 |
| Patent Number: | 6963756 |
| Patent Number: | 6964048 |
| Patent Number: | 6965582 |
| Patent Number: | 6966027 |
| Patent Number: | 6967944 |
| Patent Number: | 6967968 |
| Patent Number: | 6968007 |
| Patent Number: | 6973055 |
| Patent Number: | 6978026 |
| Patent Number: | 6980522 |
| Patent Number: | 6980599 |
| Patent Number: | 6981046 |
| Patent Number: | 6982748 |
| Patent Number: | 6983013 |
| Patent Number: | 6985526 |
| Patent Number: | 6985603 |
| Patent Number: | 6985635 |
| Patent Number: | 6985758 |
| Patent Number: | 6986466 |
| Patent Number: | 6988276 |
| Patent Number: | 6990496 |
| Patent Number: | 6992697 |
| Patent Number: | 6992719 |
| Patent Number: | 6992976 |
| Patent Number: | 6993049 |
| Patent Number: | 6993179 |

| Property Type | Number |
|---|---|
| Patent Number: | 6993182 |
| Patent Number: | 6996279 |
| Patent Number: | 6999515 |
| Patent Number: | 7003150 |
| Patent Number: | 7006701 |
| Patent Number: | 7010034 |
| Patent Number: | 7010159 |
| Patent Number: | 7012960 |
| Patent Number: | 7016668 |
| Patent Number: | 7016676 |
| Patent Number: | 7019985 |
| Patent Number: | 7020106 |
| Patent Number: | 7020252 |
| Patent Number: | 7020336 |
| Patent Number: | 7027588 |
| Patent Number: | 7031497 |
| Patent Number: | 7034866 |
| Patent Number: | 7035586 |
| Patent Number: | 7038721 |
| Patent Number: | 7039837 |
| Patent Number: | 7049954 |
| Patent Number: | 7054497 |
| Patent Number: | 7058083 |
| Patent Number: | 7058879 |
| Patent Number: | 7058951 |
| Patent Number: | 7072671 |
| Patent Number: | 7075917 |
| Patent Number: | 7079704 |
| Patent Number: | 7081919 |
| Patent Number: | 7082156 |
| Patent Number: | 7085929 |
| Patent Number: | 7092448 |
| Patent Number: | 7092549 |
| Patent Number: | 7092694 |
| Patent Number: | 7103061 |
| Patent Number: | 7103070 |
| Patent Number: | 7103340 |
| Patent Number: | 7107111 |

| Property Type | Number |
|---|---|
| Patent Number: | 7110047 |
| Patent Number: | 7110366 |
| Patent Number: | 7113074 |
| Patent Number: | 7123745 |
| Patent Number: | 7136371 |
| Patent Number: | 7136999 |
| Patent Number: | 7139017 |
| Patent Number: | 7142578 |
| Patent Number: | 7151562 |
| Patent Number: | 7151767 |
| Patent Number: | 7151916 |
| Patent Number: | 7161952 |
| Patent Number: | 7164671 |
| Patent Number: | 7167454 |
| Patent Number: | 7167487 |
| Patent Number: | 7170566 |
| Patent Number: | 7171169 |
| Patent Number: | 7171206 |
| Patent Number: | 7174135 |
| Patent Number: | 7188165 |
| Patent Number: | 7190408 |
| Patent Number: | 7190979 |
| Patent Number: | 7193989 |
| Patent Number: | 7193991 |
| Patent Number: | 7194734 |
| Patent Number: | 7206285 |
| Patent Number: | 7206555 |
| Patent Number: | 7212158 |
| Patent Number: | 7212159 |
| Patent Number: | 7215706 |
| Patent Number: | 7230579 |
| Patent Number: | 7236548 |
| Patent Number: | 7242719 |
| Patent Number: | 7245592 |
| Patent Number: | 7251251 |
| Patent Number: | 7265609 |
| Patent Number: | 7283832 |
| Patent Number: | 7502335 |

| Property Type | Number |
|---|---|
| Patent Number: | 7587207 |
| Patent Number: | 7639283 |
| Patent Number: | 7650115 |
| Patent Number: | 7672255 |
| Patent Number: | 7681227 |
| Patent Number: | 7728882 |
| Patent Number: | 7738778 |
| Patent Number: | 7739392 |
| Patent Number: | 7764637 |
| Patent Number: | 7773550 |
| Patent Number: | 7817606 |
| Patent Number: | 7847842 |
| Patent Number: | 7940704 |
| Patent Number: | 7961663 |
| Patent Number: | 7969925 |
| Patent Number: | 8018877 |
| Patent Number: | 8194632 |
| Patent Number: | 8369298 |
| Patent Number: | 8406116 |
| Patent Number: | 8484089 |
| Patent Number: | 8649314 |
| Patent Number: | 8774149 |
| Patent Number: | 8972880 |

**CORRESPONDENCE DATA**

**Fax Number:**

*Correspondence will be sent to the e-mail address first; if that is unsuccessful, it will be sent using a fax number, if provided; if that is unsuccessful, it will be sent via US Mail.*

| | |
|---|---|
| **Phone:** | 9729059580 |
| **Email:** | kris.pangan@unilocusa.com |
| **Correspondent Name:** | UNILOC USA, INC. |
| **Address Line 1:** | 7160 N DALLAS PARKWAY |
| **Address Line 2:** | SUITE 380 |
| **Address Line 4:** | PLANO, TEXAS 75024 |

| NAME OF SUBMITTER: | KRIS PANGAN |
|---|---|
| SIGNATURE: | /Kris Pangan/ |
| DATE SIGNED: | 02/14/2018 |

**Total Attachments: 6**
source=Pendragon Wireless LLC Assignment - Executed#page1.tif



source=Pendragon Wireless LLC Assignment - Executed#page2.tif
source=Pendragon Wireless LLC Assignment - Executed#page3.tif
source=Pendragon Wireless LLC Assignment - Executed#page4.tif
source=Pendragon Wireless LLC Assignment - Executed#page5.tif
source=Pendragon Wireless LLC Assignment - Executed#page6.tif

# ASSIGNMENT OF PATENT RIGHTS

For good and valuable consideration, the receipt of which is hereby acknowledged, Pendragon Wireless LLC, with principal offices at 2300 Carillon Point, Kirkland, Washington 98003 ("Assignor"), does hereby sell, assign, transfer, and convey unto Uniloc Luxembourg S.A., a Luxembourg Corporation with principal offices at 14, rue Edward Steichen, L-2540 Luxembourg, Grand Duchy of Luxembourg *("Assignee")*, or its designees, all right, title, and interest that exist today and may exist in the future in and to any and all of the following (collectively, the *"Patent Rights")*:

(a)     the patents and patent applications listed in the table below (the *--Patents")*;

| Patent No. | Country | Patent No. | Country | Patent No. | Country |
|---|---|---|---|---|---|
| 5,657,421 | United States | 6,253,201 | United States | 6,388,715 | United States |
| 5,774,673 | United States | 6,260,031 | United States | 6,389,072 | United States |
| 5,835,849 | United States | 6,271,826 | United States | 6,393,439 | United States |
| 5,936,393 | United States | 6,282,322 | United States | 6,396,875 | United States |
| 5,940,295 | United States | 6,285,892 | United States | 6,405,027 | United States |
| 5,960,366 | United States | 6,295,375 | United States | 6,405,301 | United States |
| 5,973,490 | United States | 6,297,820 | United States | 6,407,681 | United States |
| 6,084,982 | United States | 6,301,641 | United States | 6,407,993 | United States |
| 6,104,354 | United States | 6,304,612 | United States | 6,412,013 | United States |
| 6,111,438 | United States | 6,308,191 | United States | 6,424,323 | United States |
| 6,130,964 | United States | 6,314,436 | United States | 6,437,545 | United States |
| 6,133,765 | United States | 6,323,824 | United States | 6,439,457 | United States |
| 6,148,029 | United States | 6,327,272 | United States | 6,442,204 | United States |
| 6,154,468 | United States | 6,329,934 | United States | 6,445,921 | United States |
| 6,154,496 | United States | 6,337,972 | United States | 6,452,515 | United States |
| 6,166,337 | United States | 6,338,073 | United States | 6,467,088 | United States |
| 6,167,237 | United States | 6,339,779 | United States | 6,469,665 | United States |
| 6,169,790 | United States | 6,347,084 | United States | 6,469,910 | United States |
| 6,178,512 | United States | 6,349,040 | United States | 6,473,095 | United States |
| 6,195,392 | United States | 6,349,114 | United States | 6,473,114 | United States |
| 6,198,728 | United States | 6,349,154 | United States | 6,477,211 | United States |
| 6,198,909 | United States | 6,351,564 | United States | 6,480,480 | United States |
| 6,201,844 | United States | 6,356,288 | United States | 6,483,456 | United States |
| 6,201,958 | United States | 6,359,658 | United States | 6,498,541 | United States |
| 6,215,488 | United States | 6,360,233 | United States | 6,498,814 | United States |
| 6,226,636 | United States | 6,363,380 | United States | 6,501,744 | United States |
| 6,229,994 | United States | 6,363,513 | United States | 6,502,105 | United States |
| 6,237,072 | United States | 6,370,117 | United States | 6,512,929 | United States |
| 6,239,772 | United States | 6,370,595 | United States | 6,519,005 | United States |
| 6,239,773 | United States | 6,377,549 | United States | 6,526,183 | United States |
| 6,240,300 | United States | 6,381,471 | United States | 6,526,421 | United States |
| 6,246,447 | United States | 6,382,867 | United States | 6,528,741 | United States |

| Patent No. | Country | Patent No. | Country | Patent No. | Country |
|---|---|---|---|---|---|
| 6,529,600 | United States | 6,944,221 | United States | 7,027,588 | United States |
| 6,539,071 | United States | 6,952,450 | United States | 7,031,497 | United States |
| 6,543,025 | United States | 6,954,634 | United States | 7,034,866 | United States |
| 6,553,110 | United States | 6,961,594 | United States | 7,035,586 | United States |
| 6,567,469 | United States | 6,963,377 | United States | 7,038,721 | United States |
| 6,577,629 | United States | 6,963,756 | United States | 7,039,837 | United States |
| 6,584,423 | United States | 6,964,048 | United States | 7,049,954 | United States |
| 6,590,903 | United States | 6,965,582 | United States | 7,054,497 | United States |
| 6,598,146 | United States | 6,966,027 | United States | 7,058,083 | United States |
| 6,600,902 | United States | 6,967,944 | United States | 7,058,879 | United States |
| 6,606,641 | United States | 6,967,968 | United States | 7,058,951 | United States |
| 6,618,445 | United States | 6,968,007 | United States | 7,072,671 | United States |
| 6,621,440 | United States | 6,973,055 | United States | 7,075,917 | United States |
| 6,628,712 | United States | 6,978,026 | United States | 7,079,704 | United States |
| 6,664,891 | United States | 6,980,522 | United States | 7,081,919 | United States |
| 6,700,878 | United States | 6,980,599 | United States | 7,082,156 | United States |
| 6,707,858 | United States | 6,981,046 | United States | 7,085,929 | United States |
| 6,774,928 | United States | 6,982,748 | United States | 7,092,448 | United States |
| 6,781,951 | United States | 6,983,013 | United States | 7,092,549 | United States |
| 6,807,604 | United States | 6,985,526 | United States | 7,092,694 | United States |
| 6,809,662 | United States | 6,985,603 | United States | 7,103,061 | United States |
| 6,809,775 | United States | 6,985,635 | United States | 7,103,070 | United States |
| 6,810,083 | United States | 6,985,758 | United States | 7,103,340 | United States |
| 6,810,089 | United States | 6,986,466 | United States | 7,107,111 | United States |
| 6,813,692 | United States | 6,988,276 | United States | 7,110,047 | United States |
| 6,836,654 | United States | 6,990,496 | United States | 7,110,366 | United States |
| 6,844,878 | United States | 6,992,697 | United States | 7,113,074 | United States |
| 6,850,785 | United States | 6,992,719 | United States | 7,123,745 | United States |
| 6,850,948 | United States | 6,992,976 | United States | 7,136,371 | United States |
| 6,865,387 | United States | 6,993,049 | United States | 7,136,999 | United States |
| 6,868,079 | United States | 6,993,179 | United States | 7,139,017 | United States |
| 6,876,691 | United States | 6,993,182 | United States | 7,142,578 | United States |
| 6,877,068 | United States | 6,996,279 | United States | 7,151,562 | United States |
| 6,891,892 | United States | 6,999,515 | United States | 7,151,767 | United States |
| 6,895,118 | United States | 7,003,150 | United States | 7,151,916 | United States |
| 6,898,658 | United States | 7,006,701 | United States | 7,161,952 | United States |
| 6,901,272 | United States | 7,010,034 | United States | 7,164,671 | United States |
| 6,909,746 | United States | 7,010,159 | United States | 7,167,454 | United States |
| 6,910,175 | United States | 7,012,960 | United States | 7,167,487 | United States |
| 6,910,207 | United States | 7,016,668 | United States | 7,170,566 | United States |
| 6,912,579 | United States | 7,016,676 | United States | 7,171,169 | United States |
| 6,918,123 | United States | 7,019,985 | United States | 7,171,206 | United States |
| 6,925,126 | United States | 7,020,106 | United States | 7,174,135 | United States |
| 6,925,197 | United States | 7,020,252 | United States | 7,188,165 | United States |
| 6,937,645 | United States | 7,020,336 | United States | 7,190,408 | United States |

| Patent No. | Country | Patent No. | Country | Patent No. | Country |
|---|---|---|---|---|---|
| 7,190,979 | United States | 8,774,149 | United States | 60122013.7 | Germany |
| 7,193,989 | United States | 8,972,880 | United States | 60127088.6 | Germany |
| 7,193,991 | United States | 100423508 | China | 60127094.0 | Germany |
| 7,194,734 | United States | 100518137 | China | 60127392.3 | Germany |
| 7,206,285 | United States | 100531076 | China | 602004001767.1 | Germany |
| 7,206,555 | United States | 1166235 | China | 602004008050.0 | Germany |
| 7,212,158 | United States | 1169395 | China | 60210757.1 | Germany |
| 7,212,159 | United States | 1177483 | China | 60210957.4 | Germany |
| 7,215,706 | United States | 1182734 | China | 60214238.5 | Germany |
| 7,230,579 | United States | 1186951 | China | 60238869.4 | Germany |
| 7,236,548 | United States | 1190955 | China | 60305880.9 | Germany |
| 7,242,719 | United States | 1196366 | China | 60306118.4 | Germany |
| 7,245,592 | United States | 1201434 | China | 69623446.7 | Germany |
| 7,251,251 | United States | 1213615 | China | 69915196.1 | Germany |
| 7,265,609 | United States | 1221143 | China | 69932007.0 | Germany |
| 7,283,832 | United States | 1224273 | China | 3881385 | Japan |
| 7,502,335 | United States | 1225872 | China | 4242650 | Japan |
| 7,587,207 | United States | 1225873 | China | 4248411 | Japan |
| 7,639,283 | United States | 1241158 | China | 4257033 | Japan |
| 7,650,115 | United States | 1282336 | China | 4445131 | Japan |
| 7,672,255 | United States | 1285978 | China | 4668913 | Japan |
| 7,681,227 | United States | 1288535 | China | 5410492 | Japan |
| 7,728,882 | United States | 1291590 | China | 3920146 | Japan |
| 7,738,778 | United States | 1292328 | China | 4803947 | Japan |
| 7,739,392 | United States | 1294534 | China | 5473991 | Japan |
| 7,764,637 | United States | 1311647 | China | 5474135 | Japan |
| 7,773,550 | United States | 1328870 | China | 10-0665978 | Korea |
| 7,817,606 | United States | 1462524 | China | 10-1429032 | Korea |
| 7,847,842 | United States | 1526219 | China | 10-0693201 | Korea |
| 7,940,704 | United States | 1611039 | China | 10-0913932 | Korea |
| 7,961,663 | United States | 1618226 | China | 0914739 | United Kingdom |
| 7,969,925 | United States | 1765146 | China | 1090514 | United Kingdom |
| 8,018,877 | United States | 60024043.6 | Germany | 1197042 | United Kingdom |
| 8,194,632 | United States | 60030958.4 | Germany | 1374599 | United Kingdom |
| 8,369,298 | United States | 60045062.7 | Germany | 1461972 | United Kingdom |
| 8,406,116 | United States | 60105109.2 | Germany | 1461976 | United Kingdom |
| 8,484,089 | United States | 60113370.6 | Germany | 1472591 | United Kingdom |
| 8,649,314 | United States | | | | |

(b)　　to the extent not listed above, all patents and patent applications (i) to which any of the Patents directly or indirectly claims priority, and (ii) for which any of the Patents directly or indirectly forms a basis for priority;

(c)　　all reissues, reexaminations, extensions, continuations, continuations in part, continuing prosecution applications, requests for continuing examinations, divisions, registrations of any item related to any of the Patents and/or any item in the foregoing category (b);

# ASSIGNMENT OF PATENT RIGHTS

For good and valuable consideration, the receipt of which is hereby acknowledged, Pendragon Wireless LLC, with principal offices at 2300 Carillon Point, Kirkland, Washington 98003 ("Assignor"), does hereby sell, assign, transfer, and convey unto Uniloc Luxembourg S.A., a Luxembourg Corporation with principal offices at 14, rue Edward Steichen, L-2540 Luxembourg, Grand Duchy of Luxembourg *("Assignee")*, or its designees, all right, title, and interest that exist today and may exist in the future in and to any and all of the following (collectively, the *"Patent Rights"):*

(a) the patents and patent applications listed in the table below (the *--Patents");*

| Patent No. | Country | Patent No. | Country | Patent No. | Country |
|---|---|---|---|---|---|
| 5,657,421 | United States | 6,253,201 | United States | 6,388,715 | United States |
| 5,774,673 | United States | 6,260,031 | United States | 6,389,072 | United States |
| 5,835,849 | United States | 6,271,826 | United States | 6,393,439 | United States |
| 5,936,393 | United States | 6,282,322 | United States | 6,396,875 | United States |
| 5,940,295 | United States | 6,285,892 | United States | 6,405,027 | United States |
| 5,960,366 | United States | 6,295,375 | United States | 6,405,301 | United States |
| 5,973,490 | United States | 6,297,820 | United States | 6,407,681 | United States |
| 6,084,982 | United States | 6,301,641 | United States | 6,407,993 | United States |
| 6,104,354 | United States | 6,304,612 | United States | 6,412,013 | United States |
| 6,111,438 | United States | 6,308,191 | United States | 6,424,323 | United States |
| 6,130,964 | United States | 6,314,436 | United States | 6,437,545 | United States |
| 6,133,765 | United States | 6,323,824 | United States | 6,439,457 | United States |
| 6,148,029 | United States | 6,327,272 | United States | 6,442,204 | United States |
| 6,154,468 | United States | 6,329,934 | United States | 6,445,921 | United States |
| 6,154,496 | United States | 6,337,972 | United States | 6,452,515 | United States |
| 6,166,337 | United States | 6,338,073 | United States | 6,467,088 | United States |
| 6,167,237 | United States | 6,339,779 | United States | 6,469,665 | United States |
| 6,169,790 | United States | 6,347,084 | United States | 6,469,910 | United States |
| 6,178,512 | United States | 6,349,040 | United States | 6,473,095 | United States |
| 6,195,392 | United States | 6,349,114 | United States | 6,473,114 | United States |
| 6,198,728 | United States | 6,349,154 | United States | 6,477,211 | United States |
| 6,198,909 | United States | 6,351,564 | United States | 6,480,480 | United States |
| 6,201,844 | United States | 6,356,288 | United States | 6,483,456 | United States |
| 6,201,958 | United States | 6,359,658 | United States | 6,498,541 | United States |
| 6,215,488 | United States | 6,360,233 | United States | 6,498,814 | United States |
| 6,226,636 | United States | 6,363,380 | United States | 6,501,744 | United States |
| 6,229,994 | United States | 6,363,513 | United States | 6,502,105 | United States |
| 6,237,072 | United States | 6,370,117 | United States | 6,512,929 | United States |
| 6,239,772 | United States | 6,370,595 | United States | 6,519,005 | United States |
| 6,239,773 | United States | 6,377,549 | United States | 6,526,183 | United States |
| 6,240,300 | United States | 6,381,471 | United States | 6,526,421 | United States |
| 6,246,447 | United States | 6,382,867 | United States | 6,528,741 | United States |

| Patent No. | Country | Patent No. | Country | Patent No. | Country |
|---|---|---|---|---|---|
| 6,529,600 | United States | 6,944,221 | United States | 7,027,588 | United States |
| 6,539,071 | United States | 6,952,450 | United States | 7,031,497 | United States |
| 6,543,025 | United States | 6,954,634 | United States | 7,034,866 | United States |
| 6,553,110 | United States | 6,961,594 | United States | 7,035,586 | United States |
| 6,567,469 | United States | 6,963,377 | United States | 7,038,721 | United States |
| 6,577,629 | United States | 6,963,756 | United States | 7,039,837 | United States |
| 6,584,423 | United States | 6,964,048 | United States | 7,049,954 | United States |
| 6,590,903 | United States | 6,965,582 | United States | 7,054,497 | United States |
| 6,598,146 | United States | 6,966,027 | United States | 7,058,083 | United States |
| 6,600,902 | United States | 6,967,944 | United States | 7,058,879 | United States |
| 6,606,641 | United States | 6,967,968 | United States | 7,058,951 | United States |
| 6,618,445 | United States | 6,968,007 | United States | 7,072,671 | United States |
| 6,621,440 | United States | 6,973,055 | United States | 7,075,917 | United States |
| 6,628,712 | United States | 6,978,026 | United States | 7,079,704 | United States |
| 6,664,891 | United States | 6,980,522 | United States | 7,081,919 | United States |
| 6,700,878 | United States | 6,980,599 | United States | 7,082,156 | United States |
| 6,707,858 | United States | 6,981,046 | United States | 7,085,929 | United States |
| 6,774,928 | United States | 6,982,748 | United States | 7,092,448 | United States |
| 6,781,951 | United States | 6,983,013 | United States | 7,092,549 | United States |
| 6,807,604 | United States | 6,985,526 | United States | 7,092,694 | United States |
| 6,809,662 | United States | 6,985,603 | United States | 7,103,061 | United States |
| 6,809,775 | United States | 6,985,635 | United States | 7,103,070 | United States |
| 6,810,083 | United States | 6,985,758 | United States | 7,103,340 | United States |
| 6,810,089 | United States | 6,986,466 | United States | 7,107,111 | United States |
| 6,813,692 | United States | 6,988,276 | United States | 7,110,047 | United States |
| 6,836,654 | United States | 6,990,496 | United States | 7,110,366 | United States |
| 6,844,878 | United States | 6,992,697 | United States | 7,113,074 | United States |
| 6,850,785 | United States | 6,992,719 | United States | 7,123,745 | United States |
| 6,850,948 | United States | 6,992,976 | United States | 7,136,371 | United States |
| 6,865,387 | United States | 6,993,049 | United States | 7,136,999 | United States |
| 6,868,079 | United States | 6,993,179 | United States | 7,139,017 | United States |
| 6,876,691 | United States | 6,993,182 | United States | 7,142,578 | United States |
| 6,877,068 | United States | 6,996,279 | United States | 7,151,562 | United States |
| 6,891,892 | United States | 6,999,515 | United States | 7,151,767 | United States |
| 6,895,118 | United States | 7,003,150 | United States | 7,151,916 | United States |
| 6,898,658 | United States | 7,006,701 | United States | 7,161,952 | United States |
| 6,901,272 | United States | 7,010,034 | United States | 7,164,671 | United States |
| 6,909,746 | United States | 7,010,159 | United States | 7,167,454 | United States |
| 6,910,175 | United States | 7,012,960 | United States | 7,167,487 | United States |
| 6,910,207 | United States | 7,016,668 | United States | 7,170,566 | United States |
| 6,912,579 | United States | 7,016,676 | United States | 7,171,169 | United States |
| 6,918,123 | United States | 7,019,985 | United States | 7,171,206 | United States |
| 6,925,126 | United States | 7,020,106 | United States | 7,174,135 | United States |
| 6,925,197 | United States | 7,020,252 | United States | 7,188,165 | United States |
| 6,937,645 | United States | 7,020,336 | United States | 7,190,408 | United States |

| Patent No. | Country | Patent No. | Country | Patent No. | Country |
|---|---|---|---|---|---|
| 7,190,979 | United States | 8,774,149 | United States | 60122013.7 | Germany |
| 7,193,989 | United States | 8,972,880 | United States | 60127088.6 | Germany |
| 7,193,991 | United States | 100423508 | China | 60127094.0 | Germany |
| 7,194,734 | United States | 100518137 | China | 60127392.3 | Germany |
| 7,206,285 | United States | 100531076 | China | 602004001767.1 | Germany |
| 7,206,555 | United States | 1166235 | China | 602004008050.0 | Germany |
| 7,212,158 | United States | 1169395 | China | 60210757.1 | Germany |
| 7,212,159 | United States | 1177483 | China | 60210957.4 | Germany |
| 7,215,706 | United States | 1182734 | China | 60214238.5 | Germany |
| 7,230,579 | United States | 1186951 | China | 60238869.4 | Germany |
| 7,236,548 | United States | 1190955 | China | 60305880.9 | Germany |
| 7,242,719 | United States | 1196366 | China | 60306118.4 | Germany |
| 7,245,592 | United States | 1201434 | China | 69623446.7 | Germany |
| 7,251,251 | United States | 1213615 | China | 69915196.1 | Germany |
| 7,265,609 | United States | 1221143 | China | 69932007.0 | Germany |
| 7,283,832 | United States | 1224273 | China | 3881385 | Japan |
| 7,502,335 | United States | 1225872 | China | 4242650 | Japan |
| 7,587,207 | United States | 1225873 | China | 4248411 | Japan |
| 7,639,283 | United States | 1241158 | China | 4257033 | Japan |
| 7,650,115 | United States | 1282336 | China | 4445131 | Japan |
| 7,672,255 | United States | 1285978 | China | 4668913 | Japan |
| 7,681,227 | United States | 1288535 | China | 5410492 | Japan |
| 7,728,882 | United States | 1291590 | China | 3920146 | Japan |
| 7,738,778 | United States | 1292328 | China | 4803947 | Japan |
| 7,739,392 | United States | 1294534 | China | 5473991 | Japan |
| 7,764,637 | United States | 1311647 | China | 5474135 | Japan |
| 7,773,550 | United States | 1328870 | China | 10-0665978 | Korea |
| 7,817,606 | United States | 1462524 | China | 10-1429032 | Korea |
| 7,847,842 | United States | 1526219 | China | 10-0693201 | Korea |
| 7,940,704 | United States | 1611039 | China | 10-0913932 | Korea |
| 7,961,663 | United States | 1618226 | China | 0914739 | United Kingdom |
| 7,969,925 | United States | 1765146 | China | 1090514 | United Kingdom |
| 8,018,877 | United States | 60024043.6 | Germany | 1197042 | United Kingdom |
| 8,194,632 | United States | 60030958.4 | Germany | 1374599 | United Kingdom |
| 8,369,298 | United States | 60045062.7 | Germany | 1461972 | United Kingdom |
| 8,406,116 | United States | 60105109.2 | Germany | 1461976 | United Kingdom |
| 8,484,089 | United States | 60113370.6 | Germany | 1472591 | United Kingdom |
| 8,649,314 | United States | | | | |

(b)     to the extent not listed above, all patents and patent applications (i) to which any of the Patents directly or indirectly claims priority, and (ii) for which any of the Patents directly or indirectly forms a basis for priority;

(c)     all reissues, reexaminations, extensions, continuations, continuations in part, continuing prosecution applications, requests for continuing examinations, divisions, registrations of any item related to any of the Patents and/or any item in the foregoing category (b);

## SECOND DECLARATION OF DRAKE TURNER

1.      My name is Drake Turner. I am over the age of 21 and am competent to make this declaration.  I am the chief financial officer of Uniloc 2017 LLC. The facts stated herein are within my personal knowledge and are true and correct.

2.      Attached hereto as **Exhibit A**  are true and correct copies of assignments of patent rights.

3.      Attached hereto as **Exhibit B** is a true and correct copy of a Termination of License Agreement dated November 16, 2018.

4.      Attached hereto as **Exhibit C** is a true and correct copy of the Third Amendment to Revenue Sharing and Note and Warrant Purchase Agreement with excerpts from Exhibit I to the agreement.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed: Friday, November 8, 2019

Drake Turner

## ASSIGNMENT OF PATENT RIGHTS

For good and valuable consideration, the receipt of which is hereby acknowledged, Pendragon Wireless LLC, with principal offices at 2300 Carillon Point, Kirkland, Washington 98003 ("Assignor"), does hereby sell, assign, transfer, and convey unto Uniloc Luxembourg S.A., a Luxembourg Corporation with principal offices at 14, rue Edward Steichen, L-2540 Luxembourg, Grand Duchy of Luxembourg (**"Assignee"**), or its designees, all right, title, and interest that exist today and may exist in the future in and to any and all of the following (collectively, the **"Patent Rights"**):

(a)      the patents and patent applications listed in the table below (the "**Patents**");

| Patent No. | Country | Patent No. | Country | Patent No. | Country |
|---|---|---|---|---|---|
| 5,657,421 | United States | 6,253,201 | United States | 6,388,715 | United States |
| 5,774,673 | United States | 6,260,031 | United States | 6,389,072 | United States |
| 5,835,849 | United States | 6,271,826 | United States | 6,393,439 | United States |
| 5,936,393 | United States | 6,282,322 | United States | 6,396,875 | United States |
| 5,940,295 | United States | 6,285,892 | United States | 6,405,027 | United States |
| 5,960,366 | United States | 6,295,375 | United States | 6,405,301 | United States |
| 5,973,490 | United States | 6,297,820 | United States | 6,407,681 | United States |
| 6,084,982 | United States | 6,301,641 | United States | 6,407,993 | United States |
| 6,104,354 | United States | 6,304,612 | United States | 6,412,013 | United States |
| 6,111,438 | United States | 6,308,191 | United States | 6,424,323 | United States |
| 6,130,964 | United States | 6,314,436 | United States | 6,437,545 | United States |
| 6,133,765 | United States | 6,323,824 | United States | 6,439,457 | United States |
| 6,148,029 | United States | 6,327,272 | United States | 6,442,204 | United States |
| 6,154,468 | United States | 6,329,934 | United States | 6,445,921 | United States |
| 6,154,496 | United States | 6,337,972 | United States | 6,452,515 | United States |
| 6,166,337 | United States | 6,338,073 | United States | 6,467,088 | United States |
| 6,167,237 | United States | 6,339,779 | United States | 6,469,665 | United States |
| 6,169,790 | United States | 6,347,084 | United States | 6,469,910 | United States |
| 6,178,512 | United States | 6,349,040 | United States | 6,473,095 | United States |
| 6,195,392 | United States | 6,349,114 | United States | 6,473,114 | United States |
| 6,198,728 | United States | 6,349,154 | United States | 6,477,211 | United States |
| 6,198,909 | United States | 6,351,564 | United States | 6,480,480 | United States |
| 6,201,844 | United States | 6,356,288 | United States | 6,483,456 | United States |
| 6,201,958 | United States | 6,359,658 | United States | 6,498,541 | United States |
| 6,215,488 | United States | 6,360,233 | United States | 6,498,814 | United States |
| 6,226,636 | United States | 6,363,380 | United States | 6,501,744 | United States |
| 6,229,994 | United States | 6,363,513 | United States | 6,502,105 | United States |
| 6,237,072 | United States | 6,370,117 | United States | 6,512,929 | United States |
| 6,239,772 | United States | 6,370,595 | United States | 6,519,005 | United States |
| 6,239,773 | United States | 6,377,549 | United States | 6,526,183 | United States |
| 6,240,300 | United States | 6,381,471 | United States | 6,526,421 | United States |
| 6,246,447 | United States | 6,382,867 | United States | 6,528,741 | United States |

Uniloc Common Production to Google004000

| Patent No. | Country | Patent No. | Country | Patent No. | Country |
|---|---|---|---|---|---|
| 6,529,600 | United States | 6,944,221 | United States | 7,027,588 | United States |
| 6,539,071 | United States | 6,952,450 | United States | 7,031,497 | United States |
| 6,543,025 | United States | 6,954,634 | United States | 7,034,866 | United States |
| 6,553,110 | United States | 6,961,594 | United States | 7,035,586 | United States |
| 6,567,469 | United States | 6,963,377 | United States | 7,038,721 | United States |
| 6,577,629 | United States | 6,963,756 | United States | 7,039,837 | United States |
| 6,584,423 | United States | 6,964,048 | United States | 7,049,954 | United States |
| 6,590,903 | United States | 6,965,582 | United States | 7,054,497 | United States |
| 6,598,146 | United States | 6,966,027 | United States | 7,058,083 | United States |
| 6,600,902 | United States | 6,967,944 | United States | 7,058,879 | United States |
| 6,606,641 | United States | 6,967,968 | United States | 7,058,951 | United States |
| 6,618,445 | United States | 6,968,007 | United States | 7,072,671 | United States |
| 6,621,440 | United States | 6,973,055 | United States | 7,075,917 | United States |
| 6,628,712 | United States | 6,978,026 | United States | 7,079,704 | United States |
| 6,664,891 | United States | 6,980,522 | United States | 7,081,919 | United States |
| 6,700,878 | United States | 6,980,599 | United States | 7,082,156 | United States |
| 6,707,858 | United States | 6,981,046 | United States | 7,085,929 | United States |
| 6,774,928 | United States | 6,982,748 | United States | 7,092,448 | United States |
| 6,781,951 | United States | 6,983,013 | United States | 7,092,549 | United States |
| 6,807,604 | United States | 6,985,526 | United States | 7,092,694 | United States |
| 6,809,662 | United States | 6,985,603 | United States | 7,103,061 | United States |
| 6,809,775 | United States | 6,985,635 | United States | 7,103,070 | United States |
| 6,810,083 | United States | 6,985,758 | United States | 7,103,340 | United States |
| 6,810,089 | United States | 6,986,466 | United States | 7,107,111 | United States |
| 6,813,692 | United States | 6,988,276 | United States | 7,110,047 | United States |
| 6,836,654 | United States | 6,990,496 | United States | 7,110,366 | United States |
| 6,844,878 | United States | 6,992,697 | United States | 7,113,074 | United States |
| 6,850,785 | United States | 6,992,719 | United States | 7,123,745 | United States |
| 6,850,948 | United States | 6,992,976 | United States | 7,136,371 | United States |
| 6,865,387 | United States | 6,993,049 | United States | 7,136,999 | United States |
| 6,868,079 | United States | 6,993,179 | United States | 7,139,017 | United States |
| 6,876,691 | United States | 6,993,182 | United States | 7,142,578 | United States |
| 6,877,068 | United States | 6,996,279 | United States | 7,151,562 | United States |
| 6,891,892 | United States | 6,999,515 | United States | 7,151,767 | United States |
| 6,895,118 | United States | 7,003,150 | United States | 7,151,916 | United States |
| 6,898,658 | United States | 7,006,701 | United States | 7,161,952 | United States |
| 6,901,272 | United States | 7,010,034 | United States | 7,164,671 | United States |
| 6,909,746 | United States | 7,010,159 | United States | 7,167,454 | United States |
| 6,910,175 | United States | 7,012,960 | United States | 7,167,487 | United States |
| 6,910,207 | United States | 7,016,668 | United States | 7,170,566 | United States |
| 6,912,579 | United States | 7,016,676 | United States | 7,171,169 | United States |
| 6,918,123 | United States | 7,019,985 | United States | 7,171,206 | United States |
| 6,925,126 | United States | 7,020,106 | United States | 7,174,135 | United States |
| 6,925,197 | United States | 7,020,252 | United States | 7,188,165 | United States |
| 6,937,645 | United States | 7,020,336 | United States | 7,190,408 | United States |

Uniloc Common Production to Google004001

| Patent No. | Country | Patent No. | Country | Patent No. | Country |
|---|---|---|---|---|---|
| 7,190,979 | United States | 8,774,149 | United States | 60122013.7 | Germany |
| 7,193,989 | United States | 8,972,880 | United States | 60127088.6 | Germany |
| 7,193,991 | United States | 100423508 | China | 60127094.0 | Germany |
| 7,194,734 | United States | 100518137 | China | 60127392.3 | Germany |
| 7,206,285 | United States | 100531076 | China | 602004001767.1 | Germany |
| 7,206,555 | United States | 1166235 | China | 602004008050.0 | Germany |
| 7,212,158 | United States | 1169395 | China | 60210757.1 | Germany |
| 7,212,159 | United States | 1177483 | China | 60210957.4 | Germany |
| 7,215,706 | United States | 1182734 | China | 60214238.5 | Germany |
| 7,230,579 | United States | 1186951 | China | 60238869.4 | Germany |
| 7,236,548 | United States | 1190955 | China | 60305880.9 | Germany |
| 7,242,719 | United States | 1196366 | China | 60306118.4 | Germany |
| 7,245,592 | United States | 1201434 | China | 69623446.7 | Germany |
| 7,251,251 | United States | 1213615 | China | 69915196.1 | Germany |
| 7,265,609 | United States | 1221143 | China | 69932007.0 | Germany |
| 7,283,832 | United States | 1224273 | China | 3881385 | Japan |
| 7,502,335 | United States | 1225872 | China | 4242650 | Japan |
| 7,587,207 | United States | 1225873 | China | 4248411 | Japan |
| 7,639,283 | United States | 1241158 | China | 4257033 | Japan |
| 7,650,115 | United States | 1282336 | China | 4445131 | Japan |
| 7,672,255 | United States | 1285978 | China | 4668913 | Japan |
| 7,681,227 | United States | 1288535 | China | 5410492 | Japan |
| 7,728,882 | United States | 1291590 | China | 3920146 | Japan |
| 7,738,778 | United States | 1292328 | China | 4803947 | Japan |
| 7,739,392 | United States | 1294534 | China | 5473991 | Japan |
| 7,764,637 | United States | 1311647 | China | 5474135 | Japan |
| 7,773,550 | United States | 1328870 | China | 10-0665078 | Korea |
| 7,817,606 | United States | 1462524 | China | 10-1429032 | Korea |
| 7,847,842 | United States | 1526219 | China | 10-0693201 | Korea |
| 7,940,704 | United States | 1611039 | China | 10-0913932 | Korea |
| 7,961,663 | United States | 1618226 | China | 0914739 | United Kingdom |
| 7,969,925 | United States | 1765146 | China | 1090514 | United Kingdom |
| 8,018,877 | United States | 60024043.6 | Germany | 1197042 | United Kingdom |
| 8,194,632 | United States | 60030958.4 | Germany | 1374599 | United Kingdom |
| 8,369,298 | United States | 60045062.7 | Germany | 1461972 | United Kingdom |
| 8,406,116 | United States | 60105109.2 | Germany | 1461976 | United Kingdom |
| 8,484,089 | United States | 60113370.6 | Germany | 1472591 | United Kingdom |
| 8,649,314 | United States | | | | |

(b)    to the extent not listed above, all patents and patent applications (i) to which any of the Patents directly or indirectly claims priority, and (ii) for which any of the Patents directly or indirectly forms a basis for priority;

(c)    all reissues, reexaminations, extensions, continuations, continuations in part, continuing prosecution applications, requests for continuing examinations, divisions, registrations of any item related to any of the Patents and/or any item in the foregoing category (b);

Uniloc Common Production to Google004002

(d)     all foreign counterpart patents and foreign counterpart patent applications, that are related to the Patents and/or any item in any of the foregoing categories (b) through (c), including, without limitation, certificates of invention, utility models, industrial design protection, design patent protection, and other governmental grants or issuances;

(e)     any patents or patent applications that would affect the term or enforcement of any of the Patents directly or indirectly if such patents or patent applications were not transferred to Uniloc with the Patents;

(f)     all right, title and interest in and to all inventions, invention disclosures, and discoveries described in any of the Patents;

(g)     all right, title and interest Pendrell acquired by way of the Assignment Agreements from original inventors and prior owners of the Patents;

(h)     all other applications that are related to the Patents and/or any item in any of the foregoing categories (b) through (g), whether or not expressly listed as Patents below and whether or not claims in any of the foregoing have been rejected, withdrawn, cancelled, or the like;

(i)     all rights to apply in any or all countries of the world for patents, certificates of invention, utility models, industrial design protections, design patent protections, or other governmental grants or issuances of any type related to any of the Patents and/or any item in any of the foregoing categories (b) through (h), including, without limitation, under the Paris Convention for the Protection of Industrial Property, the International Patent Cooperation Treaty, or any other convention, treaty, agreement, or understanding;

(j)     all right, title and interest to all causes of action (whether known or unknown or whether currently pending, filed, or otherwise) and all other enforcement rights under, or on account of, any of the Patents and/or any item in any of the foregoing categories (b) through (i), including, without limitation, all causes of action and other enforcement rights for

(i)     damages (past, current and future), (ii)   injunctive relief, and (iii) any other remedies of any kind for past, current, and future infringement; and

(k)     all rights to collect royalties and other payments under or on account of any of the Patents and/or any item in any of the foregoing categories (b) through (i).

Assignor represents warrants and covenants that:

(1)     Assignor has the **FULL POWER** and authority, and has obtained all third party consents, approvals and/or other authorizations required to enter into this Agreement and to carry out its obligations hereunder, including the assignment of the Patent Rights to Assignee; and

(2)     Assignor owns, and by this document assigns to Assignee, all right, title, and interest to the Patent Rights, including, without limitation, all right, title, and interest to sue for infringement of the Patent Rights. The Patent Rights are free and clear of all liens, claims, mortgages, security interests or other encumbrances, and restrictions. There are no actions, suits, investigations, claims or proceedings threatened, pending or in progress relating in any way to the Patent Rights. There are no existing contracts, agreements, options, commitments, proposals, bids, offers, or rights with, to, or in any person to acquire any of the Patent Rights.

Assignor hereby authorizes the respective patent office or governmental agency in each jurisdiction to issue any and all patents, certificates of invention, utility models or other governmental grants or issuances that may be granted upon any of the Patent Rights in the name of Assignee, as the assignee to the entire interest therein.

Assignor will, at the reasonable request of Assignee and without demanding any further consideration therefore, do all things reasonably necessary, proper, or advisable, including without limitation, the execution,

acknowledgment, and recordation of specific assignments, oaths, declarations, and other documents on a country-by-country basis, to assist Assignee in obtaining, perfecting, sustaining, and/or enforcing the Patent Rights, and to provide prompt production of pertinent facts and documents, give testimony, execute petitions, oaths, powers of attorney, specifications, declarations or other papers, and other assist as reasonably necessary for filing patent applications, complying with any duty of disclosure, and conducting prosecution, reexamination, reissue, interference or other priority proceedings, opposition proceedings, cancellation proceedings, public use proceedings, infringement or other court actions and the like with respect to the Patent Rights.

The terms and conditions of this Assignment of Patent Rights will inure to the benefit of Assignee, its successors, assigns, and other legal representatives and will be binding upon Assignor, its successors, assigns, and other legal representatives.

*[remainder of page intentionally blank – signature appears on following page]*

Uniloc Common Production to Google004004

IN WITNESS WHEREOF this Assignment of Patent Rights is executed at _Kirkland_ on _____ _1/31/18_ .

**ASSIGNOR:**

Pendragon Wireless LLC

By: _____

Name: _Tim Dozois_

Title: _Corporate Counsel_

*(Signature MUST be notarized)*


STATE OF _WA_ ) ) COUNTY OF _King_ )

On _1/31/18_ , before me, _Teresa Mason_ , Notary Public in and for said State, personally appeared _Tim Dozois_ , personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument and acknowledged to me that he/she executed the same in his/her authorized capacity, and that by his/her signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument.

WITNESS my hand and official seal.

Signature _____

(Seal)

TERESA L MASON
COMMISSION EXPIRES
NOTARY PUBLIC
6-15-20
STATE OF WASHINGTON

Uniloc Common Production to Google004005

Uniloc Common Production to Google004006

# ASSIGNMENT OF PATENT RIGHTS

For good and valuable consideration, the receipt of which is hereby acknowledged, Pendragon Networks LLC, with principal offices at 2300 Carillon Point, Kirkland, Washington 98003 ("Assignor"), does hereby sell, assign, transfer, and convey unto Uniloc Luxembourg S.A., a Luxembourg Corporation with principal offices at 14, rue Edward Steichen, L-2540 Luxembourg, Grand Duchy of Luxembourg (*"Assignee"*), or its designees, all right, title, and interest that exist today and may exist in the future in and to any and all of the following (collectively, the *"Patent Rights"*):

    (a)    the patents and patent applications listed in the table below (the *"Patents"*);

| Patent No. | Country | Patent No. | Country | Patent No. | Country |
|---|---|---|---|---|---|
| 5,692,125 | United States | 6,317,834 | United States | 6,771,193 | United States |
| 6,008,743 | United States | 6,326,965 | United States | 6,798,362 | United States |
| 6,052,108 | United States | 6,341,276 | United States | 6,836,554 | United States |
| 6,068,588 | United States | 6,366,885 | United States | 6,944,579 | United States |
| 6,070,169 | United States | 6,393,155 | United States | 6,961,473 | United States |
| 6,108,592 | United States | 6,432,135 | United States | 6,975,991 | United States |
| 6,118,890 | United States | 6,436,027 | United States | 6,980,112 | United States |
| 6,185,318 | United States | 6,458,080 | United States | 7,003,409 | United States |
| 6,190,314 | United States | 6,466,686 | United States | 7,039,585 | United States |
| 6,190,319 | United States | 6,470,345 | United States | 7,047,309 | United States |
| 6,215,403 | United States | 6,487,306 | United States | 7,051,120 | United States |
| 6,263,091 | United States | 6,515,688 | United States | 7,054,470 | United States |
| 6,281,903 | United States | 6,597,802 | United States | 7,095,328 | United States |
| 6,285,805 | United States | 6,598,020 | United States | 7,124,034 | United States |
| 6,289,112 | United States | 6,678,535 | United States | 7,137,126 | United States |
| 6,289,316 | United States | 6,711,294 | United States | 10-0620826 | Korea |
| 6,290,640 | United States | 6,754,373 | United States | 2345665 | Canada |
| 6,300,885 | United States | 6,766,341 | United States | 3703082 | Japan |
| 6,314,197 | United States | | | | |

    (b)    to the extent not listed above, all patents and patent applications (i) to which any of the Patents directly or indirectly claims priority, and (ii) for which any of the Patents directly or indirectly forms a basis for priority;

    (c)    all reissues, reexaminations, extensions, continuations, continuations in part, continuing prosecution applications, requests for continuing examinations, divisions, registrations of any item related to any of the Patents and/or any item in the foregoing category (b);

    (d)    all foreign counterpart patents and foreign counterpart patent applications, that are related to the Patents and/or any item in any of the foregoing categories (b) through (c), including, without limitation, certificates of invention, utility models, industrial design protection, design patent protection, and other governmental grants or issuances;

    (e)    any patents or patent applications that would affect the term or enforcement of any of the Patents directly or indirectly if such patents or patent applications were not transferred to Uniloc with the Patents;

Uniloc Common Production to Google004007

(f)     all right, title and interest in and to all inventions, invention disclosures, and discoveries described in any of the Patents;

(g)     all right, title and interest Pendrell acquired by way of the Assignment Agreements from original inventors and prior owners of the Patents;

(h)     all other applications that are related to the Patents and/or any item in any of the foregoing categories (b) through (g), whether or not expressly listed as Patents below and whether or not claims in any of the foregoing have been rejected, withdrawn, cancelled, or the like;

(i)     all rights to apply in any or all countries of the world for patents, certificates of invention, utility models, industrial design protections, design patent protections, or other governmental grants or issuances of any type related to any of the Patents and/or any item in any of the foregoing categories (b) through (h), including, without limitation, under the Paris Convention for the Protection of Industrial Property, the International Patent Cooperation Treaty, or any other convention, treaty, agreement, or understanding;

(j)     all right, title and interest to all causes of action (whether known or unknown or whether currently pending, filed, or otherwise) and all other enforcement rights under, or on account of, any of the Patents and/or any item in any of the foregoing categories (b) through (i), including, without limitation, all causes of action and other enforcement rights for

(i)     damages (past, current and future), (ii)     injunctive relief, and (iii) any other remedies of any kind for past, current, and future infringement; and

(k)     all rights to collect royalties and other payments under or on account of any of the Patents and/or any item in any of the foregoing categories (b) through (i).

Assignor represents warrants and covenants that:

(1)     Assignor has the **FULL POWER** and authority, and has obtained all third party consents, approvals and/or other authorizations required to enter into this Agreement and to carry out its obligations hereunder, including the assignment of the Patent Rights to Assignee; and

(2)     Assignor owns, and by this document assigns to Assignee, all right, title, and interest to the Patent Rights, including, without limitation, all right, title, and interest to sue for infringement of the Patent Rights. The Patent Rights are free and clear of all liens, claims, mortgages, security interests or other encumbrances, and restrictions. There are no actions, suits, investigations, claims or proceedings threatened, pending or in progress relating in any way to the Patent Rights. There are no existing contracts, agreements, options, commitments, proposals, bids, offers, or rights with, to, or in any person to acquire any of the Patent Rights.

Assignor hereby authorizes the respective patent office or governmental agency in each jurisdiction to issue any and all patents, certificates of invention, utility models or other governmental grants or issuances that may be granted upon any of the Patent Rights in the name of Assignee, as the assignee to the entire interest therein.

Assignor will, at the reasonable request of Assignee and without demanding any further consideration therefore, do all things reasonably necessary, proper, or advisable, including without limitation, the execution, acknowledgment, and recordation of specific assignments, oaths, declarations, and other documents on a country-by-country basis, to assist Assignee in obtaining, perfecting, sustaining, and/or enforcing the Patent Rights, and to provide prompt production of pertinent facts and documents, give testimony, execute petitions, oaths, powers of attorney, specifications, declarations or other papers, and other assist as reasonably necessary for filing patent applications, complying with any duty of disclosure, and conducting prosecution, reexamination, reissue, interference or other priority proceedings, opposition proceedings, cancellation proceedings, public use proceedings, infringement or other court actions and the like with respect to the Patent Rights.

The terms and conditions of this Assignment of Patent Rights will inure to the benefit of Assignee, its successors, assigns, and other legal representatives and will be binding upon Assignor, its successors, assigns, and other legal representatives.

*[remainder of page intentionally blank – signature appears on following page]*

Uniloc Common Production to Google004009

IN WITNESS WHEREOF this Assignment of Patent Rights is executed at _Kirkland_ on ____
1/31/18 .

**ASSIGNOR:**

Pendragon Networks LLC

By:
Name: TIM DOZOIS
Title: CORPORATE COUNSEL
*(Signature MUST be notarized)*

STATE OF WA ) ) COUNTY OF King

On 1/31/18 , before me, Teresa Mason , Notary Public in and for
said State, personally appeared Tim Dozois , personally known to me (or proved to me on the
basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument and
acknowledged to me that he/she executed the same in his/her authorized capacity, and that by his/her signature on
the instrument the person, or the entity upon behalf of which the person acted, executed the instrument.

WITNESS my hand and official seal,
Signature

(Seal)

TERESA L MASON
COMMISSION EXPIRES
NOTARY PUBLIC
6-15-20
STATE OF WASHINGTON

Uniloc Common Production to Google004010

Uniloc Common Production to Google004011

# ASSIGNMENT OF PATENT RIGHTS

For good and valuable consideration, the receipt of which is hereby acknowledged, Pendragon Electronics and Telecommunications Research LLC, with principal offices at 2300 Carillon Point, Kirkland, Washington 98003 ("Assignor"), does hereby sell, assign, transfer, and convey unto Uniloc Luxembourg S.A., a Luxembourg Corporation with principal offices at 14, rue Edward Steichen, L-2540 Luxembourg, Grand Duchy of Luxembourg (*"Assignee"*), or its designees, all right, title, and interest that exist today and may exist in the future in and to any and all of the following (collectively, the *"Patent Rights"*):

(a)     the patents and patent applications listed in the table below (the *"Patents"*);

| Patent No. | Country | Patent No. | Country | Patent No. | Country |
|---|---|---|---|---|---|
| 5,619,526 | United States | 6,404,011 | United States | 6,992,637 | United States |
| 5,639,677 | United States | 6,411,542 | United States | 6,995,452 | United States |
| 5,939,833 | United States | 6,424,344 | United States | 6,996,181 | United States |
| 5,949,351 | United States | 6,431,447 | United States | 6,999,127 | United States |
| 5,954,788 | United States | 6,438,361 | United States | 7,006,044 | United States |
| 5,970,318 | United States | 6,445,387 | United States | 7,006,659 | United States |
| 5,991,288 | United States | 6,463,174 | United States | 7,023,850 | United States |
| 6,025,877 | United States | 6,480,849 | United States | 7,027,421 | United States |
| 6,035,349 | United States | 6,484,172 | United States | 7,027,491 | United States |
| 6,039,248 | United States | 6,541,319 | United States | 7,039,094 | United States |
| 6,041,036 | United States | 6,584,212 | United States | 7,042,401 | United States |
| 6,057,736 | United States | 6,584,229 | United States | 7,048,191 | United States |
| 6,058,437 | United States | 6,590,125 | United States | 7,050,511 | United States |
| 6,064,265 | United States | 6,593,603 | United States | 7,054,365 | United States |
| 6,067,333 | United States | 6,608,578 | United States | 7,054,856 | United States |
| 6,085,091 | United States | 6,614,759 | United States | 7,065,701 | United States |
| 6,087,232 | United States | 6,614,761 | United States | 7,072,513 | United States |
| 6,127,952 | United States | 6,614,928 | United States | 7,076,490 | United States |
| 6,128,289 | United States | 6,636,435 | United States | 7,079,670 | United States |
| 6,128,492 | United States | 6,741,929 | United States | 7,093,290 | United States |
| 6,138,234 | United States | 6,774,697 | United States | 7,099,376 | United States |
| 6,147,896 | United States | 6,907,074 | United States | 7,099,686 | United States |
| 6,150,187 | United States | 6,926,572 | United States | 7,106,264 | United States |
| 6,195,388 | United States | 6,944,229 | United States | 7,117,258 | United States |
| 6,211,018 | United States | 6,945,869 | United States | 7,123,194 | United States |
| 6,219,724 | United States | 6,946,995 | United States | 7,154,892 | United States |
| 6,249,251 | United States | 6,963,117 | United States | 7,170,355 | United States |
| 6,249,515 | United States | 6,965,699 | United States | 7,177,345 | United States |
| 6,275,956 | United States | 6,970,149 | United States | 7,183,149 | United States |
| 6,284,605 | United States | 6,980,351 | United States | 7,184,420 | United States |
| 6,316,281 | United States | 6,988,067 | United States | 7,194,018 | United States |
| 6,400,932 | United States | 6,989,716 | United States | 7,197,598 | United States |

Uniloc Common Production to Google004012

| Patent No. | Country | Patent No. | Country | Patent No. | Country |
|------------|---------|------------|---------|------------|---------|
| 7,212,585 | United States | RE39275 | United States | 3902141 | Japan |
| 7,215,635 | United States | | | | |

(b)      to the extent not listed above, all patents and patent applications (i) to which any of the Patents directly or indirectly claims priority, and (ii) for which any of the Patents directly or indirectly forms a basis for priority;

(c)      all reissues, reexaminations, extensions, continuations, continuations in part, continuing prosecution applications, requests for continuing examinations, divisions, registrations of any item related to any of the Patents and/or any item in the foregoing category (b);

(d)      all foreign counterpart patents and foreign counterpart patent applications, that are related to the Patents and/or any item in any of the foregoing categories (b) through (c), including, without limitation, certificates of invention, utility models, industrial design protection, design patent protection, and other governmental grants or issuances;

(e)      any patents or patent applications that would affect the term or enforcement of any of the Patents directly or indirectly if such patents or patent applications were not transferred to Uniloc with the Patents;

(f)      all right, title and interest in and to all inventions, invention disclosures, and discoveries described in any of the Patents;

(g)      all right, title and interest Pendrell acquired by way of the Assignment Agreements from original inventors and prior owners of the Patents;

(h)      all other applications that are related to the Patents and/or any item in any of the foregoing categories (b) through (g), whether or not expressly listed as Patents below and whether or not claims in any of the foregoing have been rejected, withdrawn, cancelled, or the like;

(i)      all rights to apply in any or all countries of the world for patents, certificates of invention, utility models, industrial design protections, design patent protections, or other governmental grants or issuances of any type related to any of the Patents and/or any item in any of the foregoing categories (b) through (h), including, without limitation, under the Paris Convention for the Protection of Industrial Property, the International Patent Cooperation Treaty, or any other convention, treaty, agreement, or understanding;

(j)      all right, title and interest to all causes of action (whether known or unknown or whether currently pending, filed, or otherwise) and all other enforcement rights under, or on account of, any of the Patents and/or any item in any of the foregoing categories (b) through (i), including, without limitation, all causes of action and other enforcement rights for

(i)      damages (past, current and future), (ii)    injunctive relief, and (iii) any other remedies of any kind for past, current, and future infringement; and

(k)      all rights to collect royalties and other payments under or on account of any of the Patents and/or any item in any of the foregoing categories (b) through (i).

Assignor represents warrants and covenants that:

(1)      Assignor has the **FULL POWER** and authority, and has obtained all third party consents, approvals and/or other authorizations required to enter into this Agreement and to carry out its obligations hereunder, including the assignment of the Patent Rights to Assignee; and

(2)      Assignor owns, and by this document assigns to Assignee, all right, title, and interest to the Patent Rights, including, without limitation, all right, title, and interest to sue for infringement of the Patent Rights. The

Uniloc Common Production to Google004013

Patent Rights are free and clear of all liens, claims, mortgages, security interests or other encumbrances, and restrictions. There are no actions, suits, investigations, claims or proceedings threatened, pending or in progress relating in any way to the Patent Rights. There are no existing contracts, agreements, options, commitments, proposals, bids, offers, or rights with, to, or in any person to acquire any of the Patent Rights.

Assignor hereby authorizes the respective patent office or governmental agency in each jurisdiction to issue any and all patents, certificates of invention, utility models or other governmental grants or issuances that may be granted upon any of the Patent Rights in the name of Assignee, as the assignee to the entire interest therein.

Assignor will, at the reasonable request of Assignee and without demanding any further consideration therefore, do all things reasonably necessary, proper, or advisable, including without limitation, the execution, acknowledgment, and recordation of specific assignments, oaths, declarations, and other documents on a country-by-country basis, to assist Assignee in obtaining, perfecting, sustaining, and/or enforcing the Patent Rights, and to provide prompt production of pertinent facts and documents, give testimony, execute petitions, oaths, powers of attorney, specifications, declarations or other papers, and other assist as reasonably necessary for filing patent applications, complying with any duty of disclosure, and conducting prosecution, reexamination, reissue, interference or other priority proceedings, opposition proceedings, cancellation proceedings, public use proceedings, infringement or other court actions and the like with respect to the Patent Rights.

The terms and conditions of this Assignment of Patent Rights will inure to the benefit of Assignee, its successors, assigns, and other legal representatives and will be binding upon Assignor, its successors, assigns, and other legal representatives.

*[remainder of page intentionally blank – signature appears on following page]*

IN WITNESS WHEREOF this Assignment of Patent Rights is executed at _Kirkland_ on ___ _1/31/18_ . _WA_

**ASSIGNOR:**

Pendragon Electronics and Telecommunications Research LLC

By: _[signature]_
Name: _TIM DOZOIS_
Title: _CORPORATE COUNSEL_
*(Signature MUST be notarized)*

STATE OF _WA_ ) ) COUNTY OF _King_ )

On _1/31/18_ , before me, _Teresa M Mason_ , Notary Public in and for said State, personally appeared _Tim Dozois_ , personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument and acknowledged to me that he/she executed the same in his/her authorized capacity, and that by his/her signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument.

WITNESS my hand and official seal.
Signature _[signature]_

(Seal)

_TERESA L MASON_
_COMMISSION EXPIRES_
_NOTARY_
_PUBLIC_
_6-15-20_
_STATE OF WASHINGTON_

Uniloc Common Production to Google004015

Uniloc Common Production to Google004016

# ASSIGNMENT OF PATENT RIGHTS

For good and valuable consideration, the receipt of which is hereby acknowledged, Phoenicia Innovations LLC, with principal offices at 2300 Carillon Point, Kirkland, Washington 98003 ("Assignor"), does hereby sell, assign, transfer, and convey unto Uniloc Luxembourg S.A., a Luxembourg Corporation with principal offices at 14, rue Edward Steichen, L-2540 Luxembourg, Grand Duchy of Luxembourg (*"Assignee"*), or its designees, all right, title, and interest that exist today and may exist in the future in and to any and all of the following (collectively, the *"Patent Rights"*):

(a) the patents and patent applications listed in the table below (the *"Patents"*);

| Patent No. | Country | Patent No. | Country | Patent No. | Country |
|---|---|---|---|---|---|
| 5,483,468 | United States | 6,385,607 | United States | 7,093,298 | United States |
| 5,659,687 | United States | 6,408,293 | United States | 7,107,445 | United States |
| 6,151,676 | United States | 6,453,416 | United States | 7,134,017 | United States |
| 6,182,220 | United States | 6,529,882 | United States | 7,853,500 | United States |
| 6,282,318 | United States | 6,731,285 | United States | 8,117,113 | United States |
| 6,351,561 | United States | 6,882,991 | United States | 8,332,302 | United States |
| 6,366,908 | United States | 7,003,497 | United States | | |

(b) to the extent not listed above, all patents and patent applications (i) to which any of the Patents directly or indirectly claims priority, and (ii) for which any of the Patents directly or indirectly forms a basis for priority;

(c) all reissues, reexaminations, extensions, continuations, continuations in part, continuing prosecution applications, requests for continuing examinations, divisions, registrations of any item related to any of the Patents and/or any item in the foregoing category (b);

(d) all foreign counterpart patents and foreign counterpart patent applications, that are related to the Patents and/or any item in any of the foregoing categories (b) through (c), including, without limitation, certificates of invention, utility models, industrial design protection, design patent protection, and other governmental grants or issuances;

(e) any patents or patent applications that would affect the term or enforcement of any of the Patents directly or indirectly if such patents or patent applications were not transferred to Uniloc with the Patents;

(f) all right, title and interest in and to all inventions, invention disclosures, and discoveries described in any of the Patents;

(g) all right, title and interest Pendrell acquired by way of the Assignment Agreements from original inventors and prior owners of the Patents;

(h) all other applications that are related to the Patents and/or any item in any of the foregoing categories (b) through (g), whether or not expressly listed as Patents below and whether or not claims in any of the foregoing have been rejected, withdrawn, cancelled, or the like;

(i) all rights to apply in any or all countries of the world for patents, certificates of invention, utility models, industrial design protections, design patent protections, or other governmental grants or issuances of any type related to any of the Patents and/or any item in any of the foregoing categories (b) through (h), including,

Uniloc Common Production to Google004017

without limitation, under the Paris Convention for the Protection of Industrial Property, the International Patent Cooperation Treaty, or any other convention, treaty, agreement, or understanding;

(j)     all right, title and interest to all causes of action (whether known or unknown or whether currently pending, filed, or otherwise) and all other enforcement rights under, or on account of, any of the Patents and/or any item in any of the foregoing categories (b) through (i), including, without limitation, all causes of action and other enforcement rights for

(i)     damages (past, current and future), (ii)    injunctive relief, and (iii) any other remedies of any kind for past, current, and future infringement; and

(k)     all rights to collect royalties and other payments under or on account of any of the Patents and/or any item in any of the foregoing categories (b) through (i).

Assignor represents warrants and covenants that:

(1)     Assignor has the **FULL POWER** and authority, and has obtained all third party consents, approvals and/or other authorizations required to enter into this Agreement and to carry out its obligations hereunder, including the assignment of the Patent Rights to Assignee; and

(2)     Assignor owns, and by this document assigns to Assignee, all right, title, and interest to the Patent Rights, including, without limitation, all right, title, and interest to sue for infringement of the Patent Rights. The Patent Rights are free and clear of all liens, claims, mortgages, security interests or other encumbrances, and restrictions. There are no actions, suits, investigations, claims or proceedings threatened, pending or in progress relating in any way to the Patent Rights. There are no existing contracts, agreements, options, commitments, proposals, bids, offers, or rights with, to, or in any person to acquire any of the Patent Rights.

Assignor hereby authorizes the respective patent office or governmental agency in each jurisdiction to issue any and all patents, certificates of invention, utility models or other governmental grants or issuances that may be granted upon any of the Patent Rights in the name of Assignee, as the assignee to the entire interest therein.

Assignor will, at the reasonable request of Assignee and without demanding any further consideration therefore, do all things reasonably necessary, proper, or advisable, including without limitation, the execution, acknowledgment, and recordation of specific assignments, oaths, declarations, and other documents on a country-by-country basis, to assist Assignee in obtaining, perfecting, sustaining, and/or enforcing the Patent Rights, and to provide prompt production of pertinent facts and documents, give testimony, execute petitions, oaths, powers of attorney, specifications, declarations or other papers, and other assist as reasonably necessary for filing patent applications, complying with any duty of disclosure, and conducting prosecution, reexamination, reissue, interference or other priority proceedings, opposition proceedings, cancellation proceedings, public use proceedings, infringement or other court actions and the like with respect to the Patent Rights.

The terms and conditions of this Assignment of Patent Rights will inure to the benefit of Assignee, its successors, assigns, and other legal representatives and will be binding upon Assignor, its successors, assigns, and other legal representatives.

*[remainder of page intentionally blank – signature appears on following page]*

IN WITNESS WHEREOF this Assignment of Patent Rights is executed at *Kirkland* on _____
*1/31/18* . *WA*

**ASSIGNOR:**

Phoenicia Innovations LLC

By: _____
Name: *Tim Duzois*
Title: *Corporate Counsel*
*(Signature MUST be notarized)*


STATE OF *WA* ) ) COUNTY OF *King* )


On *1/31/18* , before me, *Teresa Mason* , Notary Public in and for said State, personally appeared *Tim Duzois* , personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument and acknowledged to me that he/she executed the same in his/her authorized capacity, and that by his/her signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument.


WITNESS my hand and official seal.
Signature _____ (Seal)

TERESA L MASON
COMMISSION EXPIRES
NOTARY PUBLIC
6-15-20
STATE OF WASHINGTON

Uniloc Common Production to Google004019

## ASSIGNMENT OF PATENT RIGHTS

For good and valuable consideration, the receipt of which is hereby acknowledged, ContentGuard Holdings, Inc., with principal offices at 2300 Carillon Point, Kirkland, Washington 98003 ("Assignor"), does hereby sell, assign, transfer, and convey unto Uniloc Luxembourg S.A., a Luxembourg Corporation with principal offices at 14, rue Edward Steichen, L-2540 Luxembourg, Grand Duchy of Luxembourg ("*Assignee*"), or its designees, all right, title, and interest that exist today and may exist in the future in and to any and all of the following (collectively, the "*Patent Rights*"):

(a)     the patents and patent applications listed in the table below (the "*Patents*");

| Patent No. | Country |
|------------|---------------|
| 8,001,052  | United States |
| 8,200,581  | United States |
| 8,606,856  | United States |
| 8,626,838  | United States |
| 8,706,636  | United States |

(b)     to the extent not listed above, all patents and patent applications (i) to which any of the Patents directly or indirectly claims priority, and (ii) for which any of the Patents directly or indirectly forms a basis for priority;

(c)     all reissues, reexaminations, extensions, continuations, continuations in part, continuing prosecution applications, requests for continuing examinations, divisions, registrations of any item related to any of the Patents and/or any item in the foregoing category (b);

(d)     all foreign counterpart patents and foreign counterpart patent applications, that are related to the Patents and/or any item in any of the foregoing categories (b) through (c), including, without limitation, certificates of invention, utility models, industrial design protection, design patent protection, and other governmental grants or issuances;

(e)     any patents or patent applications that would affect the term or enforcement of any of the Patents directly or indirectly if such patents or patent applications were not transferred to Uniloc with the Patents;

(f)     all right, title and interest in and to all inventions, invention disclosures, and discoveries described in any of the Patents;

(g)     all right, title and interest Pendrell acquired by way of the Assignment Agreements from original inventors and prior owners of the Patents;

(h)     all other applications that are related to the Patents and/or any item in any of the foregoing categories (b) through (g), whether or not expressly listed as Patents below and whether or not claims in any of the foregoing have been rejected, withdrawn, cancelled, or the like;

(i)     all rights to apply in any or all countries of the world for patents, certificates of invention, utility models, industrial design protections, design patent protections, or other governmental grants or issuances of any type related to any of the Patents and/or any item in any of the foregoing categories (b) through (h), including, without limitation, under the Paris Convention for the Protection of Industrial Property, the International Patent Cooperation Treaty, or any other convention, treaty, agreement, or understanding;

Uniloc Common Production to Google004020

(j)     all right, title and interest to all causes of action (whether known or unknown or whether currently pending, filed, or otherwise) and all other enforcement rights under, or on account of, any of the Patents and/or any item in any of the foregoing categories (b) through (i), including, without limitation, all causes of action and other enforcement rights for

(i)     damages (past, current and future), (ii)    injunctive relief, and (iii) any other remedies of any kind for past, current, and future infringement; and

(k)     all rights to collect royalties and other payments under or on account of any of the Patents and/or any item in any of the foregoing categories (b) through (i).

Assignor represents warrants and covenants that:

(1)     Assignor has the **FULL POWER** and authority, and has obtained all third party consents, approvals and/or other authorizations required to enter into this Agreement and to carry out its obligations hereunder, including the assignment of the Patent Rights to Assignee; and

(2)     Assignor owns, and by this document assigns to Assignee, all right, title, and interest to the Patent Rights, including, without limitation, all right, title, and interest to sue for infringement of the Patent Rights.  The Patent Rights are free and clear of all liens, claims, mortgages, security interests or other encumbrances, and restrictions.  There are no actions, suits, investigations, claims or proceedings threatened, pending or in progress relating in any way to the Patent Rights.  There are no existing contracts, agreements, options, commitments, proposals, bids, offers, or rights with, to, or in any person to acquire any of the Patent Rights.

Assignor hereby authorizes the respective patent office or governmental agency in each jurisdiction to issue any and all patents, certificates of invention, utility models or other governmental grants or issuances that may be granted upon any of the Patent Rights in the name of Assignee, as the assignee to the entire interest therein.

Assignor will, at the reasonable request of Assignee and without demanding any further consideration therefore, do all things reasonably necessary, proper, or advisable, including without limitation, the execution, acknowledgment, and recordation of specific assignments, oaths, declarations, and other documents on a country-by-country basis, to assist Assignee in obtaining, perfecting, sustaining, and/or enforcing the Patent Rights, and to provide prompt production of pertinent facts and documents, give testimony, execute petitions, oaths, powers of attorney, specifications, declarations or other papers, and other assist as reasonably necessary for filing patent applications, complying with any duty of disclosure, and conducting prosecution, reexamination, reissue, interference or other priority proceedings, opposition proceedings, cancellation proceedings, public use proceedings, infringement or other court actions and the like with respect to the Patent Rights.

The terms and conditions of this Assignment of Patent Rights will inure to the benefit of Assignee, its successors, assigns, and other legal representatives and will be binding upon Assignor, its successors, assigns, and other legal representatives.

*[remainder of page intentionally blank – signature appears on following page]*

Uniloc Common Production to Google004021

IN WITNESS WHEREOF this Assignment of Patent Rights is executed at _Kirkland_ on ____
_1/31/18_ .

**ASSIGNOR:**

ContentGuard Holdings, Inc.

By: _(signature)_
Name: _Tim Dozois_
Title: _Corporate Counsel_
*(Signature MUST be notarized)*

STATE OF _WA_ ) ) COUNTY OF _King_ )

On _1/31/18_ , before me, _Teresa Mason_ , Notary Public in and for said State, personally appeared _Tim Dozois_ , personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument and acknowledged to me that he/she executed the same in his/her authorized capacity, and that by his/her signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument.

WITNESS my hand and official seal.
Signature _(signature)_ (Seal)

_(Notary seal: TERESA L MASON, COMMISSION, NOTARY PUBLIC, 6-15-20, WASHINGTON)_

Uniloc Common Production to Google004022

## TERMINATION OF LICENSE AGREEMENT

This TERMINATION OF LICENSE AGREEMENT (this "Termination Agreement") is made this 16th day of November, 2018 (the "Effective Date"), by and between Uniloc 2017 LLC, a Delaware limited liability company ("Uniloc 2017"), and Uniloc Licensing USA LLC, a Delaware limited liability company ("Uniloc Licensing USA" and, together with Uniloc 2017, the "Parties").

WHEREAS, Uniloc 2017 and Uniloc Licensing USA are parties to that certain License Agreement, dated as of May 3, 2018, as amended by that certain Amendment No. 1 to License Agreement, dated as of August 28, 2018 (collectively, the "License Agreement");

WHEREAS, the Parties desire to terminate the License Agreement; and

WHEREAS, Section 5.2(b) of the License Agreement provides that the License Agreement may be terminated by the mutual written agreement of the Parties.

NOW, THEREFORE, in consideration of the premises and mutual covenants contained herein, the receipt and sufficiency of which are hereby acknowledged, the Parties hereby agree as follows:

1.        Termination. Effective as of the date hereof, the Parties hereby terminate the License Agreement and, subject to Section 2 below, declare (a) that all of the benefits, obligations and liabilities of each Party thereunder shall cease and terminate, (b) that neither Party shall have any further duty or liability to the other thereunder and (c) that the License Agreement shall have no further force or effect; provided, however, that (i) the obligations of Uniloc Licensing USA set forth in Section 3.2 of the License Agreement, (ii) the obligations of Uniloc Licensing USA set forth in Section 5.3 of the License Agreement, (iii) the obligations of the Parties set forth in Section 7 and Section 8 of the License Agreement, and (iv) the obligations of Uniloc Licensing USA set forth in Section 9.13 of the License Agreement to the extent arising from any of its acts or omissions prior to the Effective Date shall, in each case, survive such termination.

2.        Accrued Fees and Expenses. Promptly following the execution of this Termination Agreement, Uniloc 2017 shall pay to Uniloc Licensing USA any fees and expenses owed by Uniloc 2017 to Uniloc Licensing USA pursuant to Section 4 of the License Agreement with respect to the period prior to the termination of the License Agreement.

3.        Governing Law. All issues concerning this Termination Agreement shall be governed by and construed in accordance with the laws of the State of Delaware, without giving effect to any choice of law or conflict of law provision or rule (whether of the State of Delaware or any other jurisdiction) that would cause the application of the law of any jurisdiction other than the State of Delaware.

4.        Counterparts. This Termination Agreement may be executed in one or more counterparts (including by facsimile or .pdf), each of which shall be deemed an original, but all of which together shall constitute one and the same instrument.

*[Signatures on Following Page]*

IN WITNESS WHEREOF, the Parties have executed this Termination Agreement as of the date first above written.

UNILOC 2017:

UNILOC 2017 LLC

By:_____
Name:    CONSTANTINE M. DAKOLIAS
Title:_____PRESIDENT_____

UNILOC LICENSING USA:

UNILOC LICENSING USA LLC

By:_____
Name:_____
Title:_____

IN WITNESS WHEREOF, the Parties have executed this Termination Agreement as of the date first above written.

UNILOC 2017:

UNILOC 2017 LLC

By:_____
Name:_____
Title:_____


UNILOC LICENSING USA:

UNILOC LICENSING USA LLC

By:_____
Name:___Craig Etchegoyen_____
Title:_____CEO_____

*Execution*

# THIRD AMENDMENT TO
# REVENUE SHARING AND NOTE AND WARRANT PURCHASE AGREEMENT

This THIRD AMENDMENT TO REVENUE SHARING AND NOTE AND WARRANT PURCHASE AGREEMENT (this "Amendment") is dated as of May 15, 2017 (the "Third Amendment Effective Date") among Uniloc USA, Inc. a Texas corporation ("Issuer"), Uniloc Luxembourg S.A., a public limited liability company (*société anonyme*), incorporated under the laws of the Grand Duchy of Luxembourg, with registered office at 14, rue Edward Steichen, L-2540 Luxembourg, Grand Duchy of Luxembourg and registered with the Luxembourg Register of Commerce and Companies (R.C.S. Luxembourg) under number B 159.161 ("Uniloc Lux"), Uniloc Corporation PTY Limited ("Uniloc Aus") and D/A Investment Holdings LLC (together with Uniloc Lux and Uniloc Aus, the "Guarantors", and, collectively, with Issuer, the "Company" and each, a "Company"), Fortress Credit Co LLC as collateral agent (the "Collateral Agent") and the CF DB EZ LLC (which is the successor by assignment of the initial Purchaser Fortress Credit Co LLC)(as Purchaser of the Term A and Term B Notes, and together with its successors and assigns, the "Term A/B Purchaser") and CF DB EZ 2017 LLC (as Purchaser of the Term C Notes, and together with its successors and assigns, the "Term C Purchaser")(such Purchasers together with their successors and assigns, the "Purchasers"), and amends that certain Revenue Sharing and Note and Warrant Purchase Agreement between the Company, the Collateral Agent and the Purchasers as of December 30, 2014 (such Agreement amended hereby and as previously amended by that certain FIRST AMENDMENT TO REVENUE SHARING AND NOTE AND WARRANT PURCHASE AGREEMENT dated February 24, 2015, that certain SECOND AMENDMENT TO REVENUE SHARING AND NOTE WARRANT PURCHASE AGREEMENT dated as of May 27, 2016 and as may be further amended, supplemented or otherwise modified and in effect from time to time, the "Agreement").[1]

WHEREAS, on December 30, 2014, the Issuer issued to the Term A/B Purchaser $10,000,000 in original principal amount of Notes along with the Revenue Stream, and on May 27, 2016, the Issuer issued to the Term A/B Purchaser an additional $6,000,000 in original principal amount of Notes, which issuance resulted in an increase in the amounts payable to the Term A/B Purchaser with respect to the Revenue Stream;

WHEREAS, all of the Note Obligations owing with respect to the Notes issued on December 30, 2014 have been paid in full other than the Termination Fee related to such Notes, and approximately $4,000,000 has been paid with respect to the Revenue Stream;

WHEREAS, no principal payments or payments with respect to the related Termination Fee have been made with respect to the Notes issued on May 27, 2016, and the outstanding amount of principal with respect to such Notes as of the date hereof is $6,170,158.94;

---

[1]   Capitalized terms used and not otherwise defined in this Amendment shall have the meanings specified in the Agreement.

62201773_14

WHEREAS, the Company has requested that the Term C Purchaser acquire a further $10,000,000 in original principal amount of Notes on the terms and conditions specified herein, and that the Purchasers agree to certain modifications to the provisions of the Agreement relating to the application of Monetization Revenues to the Note Obligations and to the Revenue Share, and the Term C Purchaser is prepared to acquire such additional Notes and the Purchasers are willing to agree to such modifications, each on the terms and conditions specified herein;

NOW THEREFORE, in consideration of the foregoing and for other good and valuable consideration, the receipt of which is hereby acknowledged, the parties hereto hereby agree as follows:

**Section 1.** <u>Amendments.</u> The Agreement shall be amended as set forth herein such that, after giving effect to this Amendment, the Agreement shall be in the form of <u>Exhibit I</u> hereto:[2]

(a)     The following definitions shall be added to Appendix I:

"<u>Excess Liquidity</u>" means, for purposes of any determination as to whether a Restricted Payment is permitted to be made, an amount equal to (w) the unrestricted Cash and Cash Equivalents of the Company as of the date of such determination minus (x) the Liquidity Reserve Amount as of such date of determination, minus (y) an amount equal to all liabilities of the Companies and their Subsidiaries which are due and payable as of the applicable date of determination or within 30 days after such date (with the exception of liabilities of the Companies to one another or to either of their respective Subsidiaries, or liabilities of any such Subsidiaries to one another or to either Company) minus (z) the proposed amount of the Restricted Payment which is the subject of such determination.

"<u>Liquidity Reserve Amount</u>" means an amount equal to the product of (x) six multiplied by (y) the average monthly expenditures paid or required to be paid in cash during the most recently completed trailing twelve month period, including, without limitation, interest, compensation, rent, capital expenditures, debt service, cash taxes (including taxes payable with respect to such period), sales, general and administrative costs, patent maintenance fees, legal fees, etc.

"<u>Maturity Date</u>" means (x) with respect to the Term A Notes, June 30, 2018, (y) with respect to the Term B Notes, March 27, 2019 and (y) with respect to the Term C Notes, November 15, 2020.

"<u>Restricted Payment</u>" means any dividend or other distribution (whether in cash, securities or other property) with respect to any Capital Stock of a Company or a Subsidiary of such Company, or any payment (whether in cash, securities or other property), including any sinking fund or similar deposit, on account of the purchase, redemption, retirement, defeasance, acquisition, cancellation or termination of any such Capital Stock, or on account of any return of capital to such Company's or such Subsidiary's stockholders, partners or members (or the equivalent Person thereof).

---

[2] Exhibit I to be a conformed copy reflecting the Amendments through this Amendment.

62201773_14

CONFIDENTIAL - ATTORNEYS EYES ONLY

Uniloc Common Production to Google003186

"Term A Notes" means the Notes issued on December 30, 2014 in the original principal amount of $10,000,000.

"Term A Revenue Stream Amount" means $9,000,000.

"Term A Termination Fee" means an amount equal to $350,000.

"Term A/B Priority Collateral" means the Patents to which the Company holds rights as of May 12, 2017, as set forth on Schedule I(a).

"Term A/B Purchaser" means CF DB EZ LLC and its successors and assigns.

"Term B Notes" means the Notes issued on May 27, 2016 in the original principal amount of $6,000,000.

"Term B Revenue Stream Amount" means $5,400,000 or, to the extent paid in full prior to the first to occur of (x) the acceleration of the Revenue Stream or (y) March 27, 2019, the amount set forth on Appendix II.

"Term B Termination Fee" means an amount equal to $210,000.

"Term C Notes" means the Notes issued on May 15, 2017 in the original principal amount of $10,000,000.

"Term C Priority Collateral" means any Patents acquired, or developed by the Company, after May 12, 2017, but in any event to include those Patents set forth on Schedule I(b).

"Term C Purchaser" means CF DB EZ 2017 LLC and its successors and assigns.

"Term C Revenue Stream Amount" means $9,000,000 or, to the extent paid in full prior to the first to occur of (x) the acceleration of the Revenue Stream or (y) March 15, 2020, the amount set forth on Appendix III.

"Term C Termination Fee" means an amount equal to $400,000.

"Termination Fee" means, as applicable, the Term A Termination Fee, the Term B Termination Fee and the Term C Termination Fee and "Termination Fees" means all such Termination Fees.

(b)      The definition of Patents is amended and restated as follows:

"Patents" means all intellectual property of the Company, including letters Patent set forth on Schedules I(a) and Schedule I(b), whether registered in the United States or any other jurisdiction, all registrations and recordings thereof, including all re-examination certificates and all utility models, including registrations, recordings and pending applications, and all reissues, continuations, divisions, continuations-in-part, renewals, improvements or extensions thereof and the inventions disclosed or claimed therein.

(c)      The definition of Revenue Stream is amended and restated as follows:

62201773_14

CONFIDENTIAL - ATTORNEYS EYES ONLY     Uniloc Common Production to Google003187

"Revenue Stream" means a right to receive a portion of Actual Monetization Revenues equal to the sum of the Term A Revenue Stream Amount plus the Term B Revenue Stream Amount plus the Term C Revenue Stream Amount; provided, that upon an acceleration, the Revenue Stream shall represent an absolute entitlement to receive such amounts without regard to the existence of Actual Monetization Revenues."

(d)     Appendices II and III to this Amendment shall be added to the Agreement as Appendices II and III thereto.

(e)     Section 2.1.2 shall be amended to add the following proviso to the end of the second sentence: "; provided, further, that after the contemplated issuance of the Term Loan C Notes, the Revenue Stream Basis shall be increased to $1,300,000."

(f)     Section 2.2.1.1. and 3.2.3 shall be each be amended to replace the reference to "$16,000,000" with "$26,000,000."

(g)     Section 2.2.1.3 shall be amended to replace the reference to "June 30, 2016" with "November 15, 2020" and "$5,000,000" with "$16,000,000".

(h)     Section 2.2.2. of the Agreement is amended and restated as follows:

"2.2.2. Interest on the Notes. The unpaid principal amount of the Term A Notes (including any PIK Interest) shall bear cash interest at a rate equal to LIBOR plus 12% per annum, the unpaid principal amount of the Term B Notes (including any PIK Interest) shall bear cash interest at a rate equal to LIBOR plus 10% per annum and the Term C Notes (including any PIK Interest) shall bear cash interest at a rate equal to LIBOR plus 9% per annum; provided that upon and during the continuance of an Event of Default, the interest rate per annum on each of the Notes shall increase by an additional 2% per annum. Interest on the principal amount of any then outstanding Notes shall be paid on the last Business Day of each calendar month (the "Interest Payment Date"), starting with the calendar month ending January 31, 2015. Such interest shall be paid in cash except that 4% per annum (or, in the case of the Term B Notes and Term C Notes, 3% per annum) of the interest due on each Interest Payment Date shall be paid-in-kind, by increasing the principal amount of the Notes by the amount of such interest, effective as of the applicable Interest Payment Date ("PIK Interest"). PIK Interest shall be treated as principal of the Note for all purposes of interest accrual or the calculation of any prepayment premium."

(i)     Section 2.2.3 of the Agreement is amended and restated as follows:

"2.2.3.1. The Issuer shall pay to the applicable Purchaser acquiring the applicable Notes, a structuring fee equal to $150,000 at the issuance of the Term A Notes, $90,000 at the issuance of the Term B Notes and $200,000 at the issuance of the Term C Notes (each such payment, the "Structuring Fee" related to such issuance), which amount shall be netted out of the funding at each such issuance.

CONFIDENTIAL - ATTORNEYS EYES ONLY          Uniloc Common Production to Google003188

2.2.3.2. The Issuer shall pay to the applicable Purchaser, the Termination Fees for its Notes in accordance with, and at the times specified in <u>Section 2.4</u> or, if not paid prior to such date, upon the first to occur of (x) any acceleration of the Note Obligations or (y) November 15, 2020."

(j)    <u>Section 2.2.4.1.</u> of the Agreement shall be amended and restated as follows:

"<u>2.2.4.1. Payment at Maturity</u>. The principal of the Notes and all unpaid interest thereon or other amounts owing with respect thereto (other than the applicable Termination Fee for such Notes, which shall be due at the times specified in Section 2.2.3.2) shall be paid in full in cash on the applicable Maturity Date for such Notes, but in any event not later than November 15, 2020."

(k)    <u>Section 2.2.4.2</u> shall be amended and restated as follows:

"<u>2.2.4.2 Optional Prepayments</u>. The Issuer may prepay the Notes from time to time in whole or in part, without penalty or premium, except that:

i)    with respect to the Term A Notes, any optional prepayments of such Notes in the first 6 months after the issuance thereof Closing Date shall be accompanied by a prepayment premium equal to 5.00% of the principal amount prepaid; any optional prepayments of such Notes after the first 6 months from the Closing Date and prior to the second anniversary of the Closing Date shall be accompanied by a prepayment premium equal to 3.00% of the principal amount prepaid; any optional prepayments of such Notes after the second anniversary of the Closing Date and prior to the 30 month anniversary of the Closing Date, shall be accompanied by a prepayment premium equal to 1.00% of the principal amount prepaid; and optional prepayments following the 30 month anniversary of the Closing Date shall be at par;

ii) with respect to the Term B Notes, any optional prepayments of such Notes in the first 6 months after the issuance thereof shall be accompanied by a prepayment premium equal to 5.00% of the principal amount prepaid; any optional prepayments of such Notes after the first 6 months from the issuance thereof and prior to the second anniversary of such issuance shall be accompanied by a prepayment premium equal to 3.00% of the principal amount prepaid; any optional prepayments of such Notes after the second anniversary of the issuance thereof and prior to the 30 month anniversary of such issuance shall be accompanied by a prepayment premium equal to 1.00% of the principal amount prepaid, and optional prepayments following the 30 month anniversary of issuance shall be at par; and

(iii) with respect to the Term C Notes, any optional prepayments of such notes in the first 6 months after the issuance thereof shall be accompanied by a prepayment premium equal to 5.00% of the principal amount prepaid; any optional prepayments of such Notes after the first 6 months from the issuance thereof and prior to the second anniversary of such issuance shall be accompanied by a prepayment premium equal to 3.00% of the principal amount prepaid; any optional prepayments of such Notes after the second anniversary of the issuance thereof and prior to the 30 month

CONFIDENTIAL - ATTORNEYS EYES ONLY    Uniloc Common Production to Google003189

anniversary of such issuance shall be accompanied by a prepayment premium equal to 1.00% of the principal prepaid, and optional prepayments following the 30th month anniversary of issuance shall be at par.

Any such prepayment of Notes shall include accrued and unpaid interest on the amount prepaid."

(l) <u>Section 2.2.4.3.</u> of the Agreement shall be amended and restated as follows:

"2.2.4.3. <u>Amortization</u>. With respect to the Term A Notes, commencing on the last Business Day of January, 2016, the Issuer shall make monthly amortization payments each in a principal amount equal to the amount which, calculated based on the principal amount outstanding as of such payment date (and re-calculated monthly to the extent necessary), would result in the Issuer's making equal monthly payments of principal on the Notes from such date through the Term A Maturity Date. With respect to Term B Notes, commencing on the last Business Day of June, 2017, the Issuer shall make monthly amortization payments each in a principal amount equal to the amount which, calculated based on the principal amount outstanding as of such payment date (and re-calculated monthly to the extent necessary), would result in the Issuer's making equal monthly payments of principal on such Notes from such date through the Term B Maturity Date. With respect to the Term C Notes, commencing on the last Business Day of May, 2018, the Issuer shall make monthly amortization payments each in a principal amount equal to the amount which, calculated based on the principal amount outstanding as of such payment date (and re-calculated monthly to the extent necessary), would result in the Issuer's making equal monthly payments of principal on such Notes from such date through the Term C Maturity Date. "

(m) <u>Section 2.4</u> of the Agreement shall be amended and restated as follows:

"2.4 <u>Monetization Revenues</u>. From and after the Third Amendment Effective Date, 33% of Actual Monetization Revenues received by the Company or deposited in the Cash Collateral Account shall be paid to the Purchasers, and applied to the Note Obligations and the Revenue Stream, as set forth in Sections 2.4.1 and 2.4.2 below; <u>provided that,</u> notwithstanding the foregoing, and for the avoidance of doubt in the event of acceleration of the Notes and/or of the Revenue Stream, 100% of the Actual Monetization Revenues received since the last Business Day of the preceding month shall be so applied.

2.4.1 <u>Term A/B Notes and Revenue Stream</u>. To the Term A/B Purchaser (x) any Actual Monetization Revenues which arise from, or relate to, the Term A/B Priority Collateral and (y) following payment in full of all Obligations related to the Term C Notes and payment in full of the Term C Revenue Stream Amount, any Actual Monetization Revenues which arise from, or relate to, the Term C Priority Collateral:

62201773_14

CONFIDENTIAL - ATTORNEYS EYES ONLY

Uniloc Common Production to Google003190

FIRST, to the Revenue Stream until the Term A/B Purchaser has received an aggregate amount with respect to the Revenue Stream equal to $5.0 million, which amount shall be applied to the satisfaction of the Term A Revenue Stream Amount (acknowledging that approximately $4,000,000 has been applied to the Term A Revenue Stream as of the Third Amendment Effective Date);

SECOND, to the Term A Termination Fee until paid in full;

THIRD, to the Note Obligations with respect to the Term B Notes until paid in full, first to interest, then to principal and then to the Term B Termination Fee; and

FOURTH, to the Revenue Stream until the Term A/B Purchaser has received a total amount with respect to the Revenue Stream equal to the sum of the Term A Revenue Stream Amount plus the Term B Revenue Stream Amount.

2.4.2, Term C Notes and Revenue Stream. To the Term C Purchaser, (x) any Actual Monetization Revenues which arise from, or relate to, the Term C Priority Collateral and (y) following payment in full of all Obligations related to the Term A Notes and Term B Notes and payment in full of the Term A Revenue Stream Amount and the Term B Revenue Stream Amount, any Actual Monetization Revenues which arise from, or relate to, the Term A/B Priority Collateral:

FIRST, to the Note Obligations with respect to the Term C Notes until paid in full, first to interest, then to principal and then to the Term C Termination Fee; and

SECOND, to the Revenue Stream until the Term C Purchaser has received the Term C Revenue Stream Amount.

The Issuer may prepay any or all of the remaining balance of the Term A Revenue Stream Amount, the Term B Revenue Stream Amount and/or the Term C Revenue Stream Amount subject, in the case of the Term B Revenue Stream Amount, to the prior payment in full of the Term A Revenue Stream Amount and all Note Obligations with respect to the Term A Notes and the Term B Notes (including the applicable Termination Fees) and further subject, in the case of the Term C Revenue Stream Amount, to the prior payment in full of all Note Obligations with respect to the Term C Notes (including the Term C Termination Fee)."

(n)    A new Section 6.15 shall be added as follows:

"Section 6.15 Restricted Payments. No Company shall make, nor shall any Company permit any Subsidiary of such Company to make, directly or indirectly any Restricted Payment, except (i) Restricted Payments from a Subsidiary of a Company to such Company and (ii) Restricted Payments made out of Excess Liquidity. The applicable Company shall provide the Purchasers with not less than 10 Business Days

CONFIDENTIAL - ATTORNEYS EYES ONLY                                          Uniloc Common Production to Google003191

prior written notice prior to making any Restricted Payment under clause (ii) above, which notice shall be accompanied by a certification setting forth the calculation of the Liquidity Reserve Amount and Excess Liquidity supporting such proposed Restricted Payment, in detail satisfactory to the Purchasers.

(o)     A new Section 6.16 shall be added as follows:

"Section 6.16 Third Amendment Due Authorization and Legal Opinions. Company shall deliver to the Collateral Agent and the Purchasers customary evidence of due authorization as well as legal opinions, in customary form and otherwise in form and substance reasonably satisfactory to the Collateral Agent and the Purchasers regarding the transactions contemplated by the Third Amendment to Revenue Sharing and Note and Warrant Purchase Agreement, dated as of May 15, 2017, no later than May 26, 2017.

(p)     Section 7.2.2 is amended to replace the phrase "20x of the Revenue Stream Basis (i.e., $16 million based on a Revenue Stream Basis of $800,000)" with "$23,400,000"

(q)     The last sentence of Section 8.1 is amended and restated as follows:

"Notwithstanding, but without limiting the foregoing, the Collateral Agent shall take direction from the Majority Purchasers and shall distribute any proceeds of the Collateral in accordance with Section 2.4, such that any proceeds of Term A/B Priority Collateral shall first be applied to satisfy the Obligations owing to the Term A/B Purchaser, as provided under Section 2.4.1, and the proceeds of Term C Priority Collateral shall first be applied to satisfy the Obligations owing to the Term C Purchaser as provided under Section 2.4.2, in each case, prior to being applied to the Obligations owing to the other Purchaser."

(r)     Schedule (I)(b) hereto is added to the Agreement as Schedule (I)(b).

**Section 2.**     Tax Allocations.  It is the parties' conclusion and intent that the modifications to the prepayment terms of the Notes and to the calculation of the Revenue Stream reflect substantially similar economics to the Purchasers' existing rights and do not constitute substantial modifications of the Notes or the Revenue Stream.  In the event that such modifications do constitute substantial modifications to the Notes and/or the Revenue Stream, the Company and the Purchasers agree that the issue prices of the Notes and/or the Revenue Stream to the extent that either or both are deemed reissued are, respectively, equal to the original purchase price of the Notes plus any amortized original issue discount and to the purchase price of the Revenue Stream.

**Section 3.**     Effectiveness.  The effectiveness of this Amendment is subject to:

3.01 Fully Executed Amendment.  The Purchasers and the Issuer having received a fully executed copy of this Amendment.

3.02 Representations and Warranties; No Default.  The representations and warranties of the Company contained in the Agreement being true and correct in all material respects, and there existing no Default or Event of Default, each on and as of such the Third Amendment Effective Date.

62201773_14

CONFIDENTIAL - ATTORNEYS EYES ONLY     Uniloc Common Production to Google003192

3.03 <u>Due Authorization</u>.  The execution, delivery, and performance by the Company of this Amendment having been duly authorized by all necessary corporate or other organizational action on the part of the Company and not (i) violating any material provision of federal, state, or local law or regulation applicable to the Company, the Governing Documents of the Company or its Subsidiaries, or any order, judgment, or decree of any court or other Governmental Authority binding on the Company or its Subsidiaries, (ii) conflicting with, resulting in a breach of, or constituting (with due notice or lapse of time or both) a default under any material agreement of the Company or its Subsidiaries where any such conflict, breach or default could individually or in the aggregate reasonably be expected to have a Material Adverse Effect, (iii) resulting in or require the creation or imposition of any Lien of any nature whatsoever upon any assets of the Company, other than Permitted Liens, or (iv) requiring any approval of any holder of Capital Stock of the Company or any approval or consent of any Person under any material agreement of the Company, other than consents or approvals that have been obtained and that are still in force and effect.

3.04 <u>Expenses</u>.  The Company having paid all fees and expenses (including attorneys' fees and expenses) incurred by the Collateral Agent or the Purchasers in connection with the preparation, negotiation, execution and delivery of this Amendment or otherwise due under the Agreement.  The Company agrees to promptly pay any additional such amounts invoiced following the effectiveness of the Amendment.

3.05 <u>Schedule 4.5. to the Security Agreement.</u>  The Company shall deliver an updated Schedule 4.5 to the Security Agreement, which shall be attached hereto as <u>Exhibit II</u>.

**Section 4.**  <u>Miscellaneous</u>.  Except as specifically amended or waived above, the Agreement and the other Documents shall remain unchanged and in full force and effect and are hereby ratified and confirmed.  The execution, delivery and effectiveness of this Amendment shall not operate as a waiver of any right, power or remedy of the Collateral Agent or any Purchaser under the Agreement or any Document, nor constitute a waiver of any provision of the Agreement or any Document.  This Amendment is a Document for all purposes of the Agreement.  This Amendment may be executed in any number of counterparts, and by different parties hereto on separate counterpart signature pages, and all such counterparts taken together shall be deemed to constitute one and the same instrument.  Delivery of a counterpart signature page by facsimile transmission or by e-mail transmission of an Adobe portable document format file (also known as a *"PDF"* file) shall be effective as delivery of a manually executed counterpart signature page.  Section headings used in this Amendment are for reference only and shall not affect the construction of this Amendment.

**Section 5.**  <u>Governing Law</u>.  This Amendment, and any issue, claim or proceeding arising out of or relating to this Amendment or the conduct of the parties hereto, whether now existing or hereafter arising and whether in contract, tort or otherwise, shall be governed by and construed in accordance with the laws of the State of New York.

62201773_14

IN WITNESS WHEREOF, the parties hereto have caused this Amendment to be duly executed and delivered as of the day and year first above written.

**Purchasers**:

The Term A/B Purchaser:
CF DB EZ LLC

By: James K. Noble, III
Title: Secretary

The Term C Purchaser:
CF DB EZ 2017 LLC

By: James K. Noble, III
Title: Secretary

**Collateral Agent**:

Fortress Credit Co LLC

By: James K. Noble, III
Title: Secretary

[Signature Page to Third Amendment to Revenue Sharing and Note and Warrant Purchase Agreement]

**Issuer:**

UNILOC USA, INC.

By:     Sean D. Burdick
Title:    President

**Guarantors:**

UNILOC CORPORATION PTY LIMITED

By:      Craig Etchegoyen
Title:     Chairman

UNILOC LUXEMBOURG S.A.

By:      Craig Etchegoyen   /   Ivona Falda
Title:    Director A         /   Director B

D/A INVESTMENT HOLDINGS LLC

By:      Craig Etchegoyen
Title:    CEO, Uniloc Luxembourg S.A., Managing
           Member

<u>EXHIBIT I</u>
<u>Conformed Copy of</u>
<u>Revenue Sharing and Note and Warrant Purchase Agreement</u>

62201773_14

CONFIDENTIAL - ATTORNEYS EYES ONLY

Uniloc Common Production to Google003198

CONFORMED REVENUE SHARING AND NOTE AND WARRANT PURCHASE
AGREEMENT

(UNILOC USA, INC.,
UNILOC LUXEMBOURG S.A.,
UNILOC CORPORATION PTY LIMITED, and
D/A INVESTMENT HOLDINGS LLC)

DATED AS OF DECEMBER 30, 2014

AS AMENDED BY:
FIRST AMENDMENT TO REVENUE SHARE AND NOTE AND WARRANT PURCHASE
AGREEMENT, DATED AS OF FEBRUARY 24, 2015
SECOND AMENDMENT TO REVENUE SHARE AND NOTE AND WARRANT
PURCHASE AGREEMENT, DATED AS OF MAY 27, 2016
THIRD AMENDMENT TO REVENUE SHARE AND NOTE AND WARRANT PURCHASE
AGREEMENT, DATED AS OF MAY 15, 2017

62250363_5

# REVENUE SHARING AND NOTE AND WARRANT PURCHASE AGREEMENT

This REVENUE SHARING AND NOTE AND WARRANT PURCHASE AGREEMENT (this "Agreement") is dated as of December 30, 2014 by and among Uniloc USA, Inc. a Texas corporation ("Issuer"), Uniloc Luxembourg S.A., a public limited liability company (*société anonyme*), incorporated under the laws of the Grand Duchy of Luxembourg, with registered office at 14, rue Edward Steichen, L-2540 Luxembourg, Grand Duchy of Luxembourg and registered with the Luxembourg Register of Commerce and Companies (R.C.S. Luxembourg) under number B 159.161 ("Uniloc Lux"), Uniloc Corporation PTY Limited ("Uniloc Aus") and D/A Investment Holdings LLC (together with Uniloc Lux and Uniloc Aus, the "Guarantors", and, collectively, with Issuer, the "Company" and each, a "Company"), Fortress Credit Co LLC as collateral agent (the "Collateral Agent"), and each Person listed on Schedule 2.1 hereto (the "Purchasers").

## RECITALS

WHEREAS, the Purchasers wish to acquire, and Uniloc USA, Inc. has agreed to grant, issue and sell to the Purchasers, (i) an interest in certain of the Company's future revenues from its patent portfolio (the "Revenue Stream") and (ii) up to $26,000,000 in aggregate original principal amount of the Issuer's term notes (the "Notes") in the form of Exhibit A hereto, in each case, subject to the terms of this Agreement;

WHEREAS, the Purchasers have agreed to purchase from Uniloc Lux and Uniloc Lux has agreed to issue and sell to the Purchasers warrants for 1.5% of the fully diluted equity of Uniloc Lux (the "Warrants") in the form of Exhibit H hereto, subject to the terms of the Agreement;

NOW THEREFORE, in consideration of the mutual agreements contained herein, and other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, the parties agree as follows:

## ARTICLE I
## DEFINITIONS

1.1. <u>Certain Defined Terms</u>. Capitalized terms used in this Agreement and not otherwise defined shall have the meanings set forth in Appendix I.

1.2. <u>Other Interpretative Provisions</u>. Unless otherwise specified, all references to "$", "cash", "dollars" or similar references shall mean U.S. dollars, paid in cash or other immediately available funds. The definitions set forth in this Agreement are equally applicable to both the singular and plural forms of the terms defined. The words *"hereof"*, *"herein"*, and *"hereunder"* and words of like import when used in this Agreement shall refer to this Agreement as a whole and not to any particular provision of this Agreement. All references to time of day herein are references to New York, New York time (daylight or standard, as applicable) unless otherwise specifically provided. Where the character or amount of any asset or liability or item of income or expense is required to be determined or any consolidation or other accounting computation is required to be made for the purposes of this Agreement, it shall be done in accordance with GAAP except where such principles are inconsistent with the

# APPENDIX I

# DEFINITIONS

"Actual Monetization Revenues" means amounts that the Issuer or Uniloc Lux actually receives or is actually entitled to receive, or receives, in cash or an amount equal to the fair market value of any in-kind payment, from third parties in respect of the Patents, whether on account of any sale of products or services using the Patents, the development to order of any software or other products using the Patents or on account of the purchase price or in connection with the sale of hardware or software with respect to the Patents, including royalty payments, license fees, settlement payments, judgments or other similar payments in respect of the Patents, in each case as and when actually received by Uniloc Lux or the Issuer (including any and all such amounts actually received by any attorneys, agents or other representatives of either such Company). Actual Monetization Revenues shall be calculated prior to giving effect to any expenses incurred by the Company in the collection of any Actual Monetization Revenues, including, without limitation, prior to giving effect to any contingent or other fees owed to any attorneys, consultants or other professionals in the monetization of any of the Company's rights with respect to any Patents, and prior to giving effect to amounts owing between Uniloc Lux and the Issuer.

"Affiliate" means with respect to any specified Person, any other Person directly or indirectly controlling, controlled by or under direct or indirect common control with such Person, and shall include (a) any officer or director or general partner of such specified Person, (b) any other Person of which such specified Person or any Affiliate (as defined in clause (a) above) of such specified Person shall, directly or indirectly, beneficially own either (i) at least 10% of the outstanding equity securities having the general power to vote or (ii) at least 10% of all equity interests, (c) any other Person directly or indirectly controlling such specified Person through a management agreement, voting agreement or other contract and (d) with respect to any individual, such individual's child, stepchild, grandchild or more remote descendant, parent, stepparent, grandparent, spouse, former spouse, qualified domestic partner, sibling, mother-in-law, father-in-law, son-in-law and daughter-in-law (including adoptive relationships) and any trust, partnership or other bona fide estate-planning vehicle the only beneficiaries of which are any of the foregoing individuals or any private foundation or fund that is controlled by any of the foregoing individuals or any donor-advised fund of which any such individual is the donor; *provided* that neither the Collateral Agent or any Purchaser (or any Affiliate thereof) shall be deemed an Affiliate of the Company on account of the amounts owed to it under the Agreement or the relationship created thereby.

"Authorized Officer" means, with respect to any Person, the chief executive officer, chief restructuring officer, chief financial officer, president, treasurer, comptroller or executive vice president of such Person.

"Bankruptcy Code" means Title 11 of the United States Code.

"Bankruptcy Default" means an Event of Default referred to in Section 7.1.8.

"Bridge Notes" means the existing Indebtedness disclosed on Schedule 6.7.

62250363_5

CONFIDENTIAL - ATTORNEYS EYES ONLY

Uniloc Common Production to Google003240

(c)     the sale, assignment, pledge or transfer for security of any accounts, general intangibles or chattel paper of such Person, with or without recourse;

(d)     in the case of securities, any purchase option, call or similar purchase right of a third party;

(e)     the existence for a period of more than 120 consecutive days of any Indebtedness against such Person which if unpaid would by law or upon a Bankruptcy Default be given priority over general creditors.

"Liquidity Reserve Amount" means an amount equal to the product of (x) six multiplied by (y) the average monthly expenditures paid or required to be paid in cash during the most recently completed trailing twelve month period, including, without limitation, interest, compensation, rent, capital expenditures, debt service, cash taxes (including taxes payable with respect to such period), sales, general and administrative costs, patent maintenance fees, legal fees, etc.

"Majority Purchasers" means the Purchasers that hold more than 50% of the aggregate outstanding Notes and Revenue Stream.

"Margin Stock" means "margin stock" within the meaning of Regulation T, U or X of the Board of Governors of the Federal Reserve System.

"Material Adverse Effect" means, with respect to the Company, since any specified date or from the circumstances existing immediately prior to the happening of any specified event, a material adverse effect on the business, assets, financial condition, income or prospects of the Company.

"Maturity Date" means (x) with respect to the Term A Notes, June 30, 2018, (y) with respect to the Term B Notes, March 27, 2019 and (y) with respect to the Term C Notes, November 15, 2020.

"Monetization Activities" means any activities necessary or desirable to generate revenue from intellectual property anywhere in the world by means of license (non-exclusive or exclusive), assignment, enforcement, litigation, arbitration, negotiation, covenant not to sue or assert, or otherwise.

"Note Obligations" means all amounts due with respect to the Notes or under the Agreement, including principal, interest, prepayment premiums, the Structuring Fee, the Termination Fee and amounts due under Sections 9.1 and 9.2, but excluding amounts due with respect to the Revenue Stream or the Warrants.

"Obligations" means any and all obligations of any Company under this Agreement or any other Document.

"Ordinary Course of Business" means, in respect of any transaction involving any Person, the ordinary course of such Person's business, as conducted by any such Person in

A- 6

CONFIDENTIAL - ATTORNEYS EYES ONLY     Uniloc Common Production to Google003245

## SCHEDULE 2.1

## PURCHASERS

CF DB EZ LLC
CF DB EZ 2017 LLC

CONFIDENTIAL - ATTORNEYS EYES ONLY

Uniloc Common Production to Google003251

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| UNILOC 2017, LLC et al. | § | CIVIL ACTION NOS. 2-18-cv-00491, |
|     Plaintiffs, | § | -492, -493, -494, -495, -496, -497, -498, |
|     v. | § | -499, -500, -501, -502, -503, -504 |
| | § | |
| GOOGLE LLC, | § | **JURY TRIAL DEMANDED** |
|     Defendant. | § | |

**<u>Declaration of Ryan Loveless in Support of Response
Opposing Google LLC's Motion to Dismiss</u>**

My name is Ryan Loveless. I am over the age of 21 and am competent to make this declaration. The facts stated herein are within my personal knowledge and are true and correct. I am licensed to practice law in the State of Texas. I am an attorney with the Etheridge Law Group in Southlake, Texas. I am a resident of the Eastern District of Texas.

1.      Attached as Exhibit A is a true and correct copy of a printout of public assignment records from the United States Patent and Trademark Office. Each of Pages 1-14 in Exhibit A, respectively, show the chain of title summaries for the patents-in-suit as indicated on the URL indicated on each respective footer. Pages 15-72 show the public recordation at Reel 046532 / Frame 0088 for 626 properties (including the patents-in-suit), listing Uniloc Luxembourg S.A. as the conveying party and Uniloc 2017 LLC as the receiving party.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed Monday, May 20, 2019

*/s/ Ryan S. Loveless*
Ryan S. Loveless

# Exhibit A
## to
# Loveless Declaration



**UNITED STATES**
**PATENT AND TRADEMARK OFFICE**

## 3 results for "Patent number: "9141489""

| Reel/frame ❶ | Execution date | Conveyance type ❶ | Assignee (Owner) | Patent | Publication | Properties |
|---|---|---|---|---|---|---|
| 046532/0088 | May 3, 2018 | ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS). | UNILOC 2017 LLC | NONE | 20100324983 | 626 |
| 034747/0001 | Dec 30, 2014 | SECURITY INTEREST (SEE DOCUMENT FOR DETAILS). | FORTRESS CREDIT CO LLC | NONE | 20100325720 | 132 |
| 030136/0075 | May 25, 2012 | ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS). | UNILOC LUXEMBOURG S.A. | NONE | 20100332400 | 2 |

UNILOC_9141489_00001934



**UNITED STATES
PATENT AND TRADEMARK OFFICE**

## 5 results for "Patent number: "6285892""

| Reel/frame ❶ | Execution date | Conveyance type ❶ | Assignee (Owner) | Patent | Publication | Properties |
|---|---|---|---|---|---|---|
| 046532/0088 | May 3, 2018 | ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS). | UNILOC 2017 LLC | NONE | 20100324983 | 626 |
| 045338/0601 | Jan 31, 2018 | ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS). | UNILOC LUXEMBOURG S.A. | 5657421 | | 271 |
| 028594/0224 | Apr 10, 2012 | ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS). | PENDRAGON WIRELESS LLC | RE35859 | | 381 |
| 022501/0250 | Mar 3, 2009 | ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS). | IPG ELECTRONICS 503 LIMITED | 6349307 | | 50 |
| 009610/0536 | Nov 20, 1998 | ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS). | PHILIPS ELECTRONICS NORTH AMERICA CORPORATION | 6285892 | | 1 |

UNILOC_6285892_00000552



**UNITED STATES
PATENT AND TRADEMARK OFFICE**

# 5 results for "Patent number: "6329934""

| Reel/frame ❶ | Execution date | Conveyance type ❶ | Assignee (Owner) | Patent | Publication | Properties |
|---|---|---|---|---|---|---|
| 046532/0088 | May 3, 2018 | ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS). | UNILOC 2017 LLC | NONE | 20100324983 | 626 |
| 045338/0601 | Jan 31, 2018 | ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS). | UNILOC LUXEMBOURG S.A. | 5657421 | | 271 |
| 028594/0224 | Apr 10, 2012 | ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS). | PENDRAGON WIRELESS LLC | RE35859 | | 381 |
| 022637/0666 | Apr 13, 2009 | ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS). | IPG ELECTRONICS 503 LIMITED | 6298090 | | 180 |
| 010500/0333 | Sep 13, 1999 | ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS). | U.S. PHILIPS CORPORATION | 6329934 | | 1 |

UNILOC_6329934_00000498



**UNITED STATES
PATENT AND TRADEMARK OFFICE**

## 5 results for "Patent number: "6349154""

| Reel/frame ❶ | Execution date | Conveyance type ❶ | Assignee (Owner) | Patent | Publication | Properties |
|---|---|---|---|---|---|---|
| 046532/0088 | May 3, 2018 | ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS). | UNILOC 2017 LLC | NONE | 20100324983 | 626 |
| 045338/0601 | Jan 31, 2018 | ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS). | UNILOC LUXEMBOURG S.A. | 5657421 | | 271 |
| 028594/0224 | Apr 10, 2012 | ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS). | PENDRAGON WIRELESS LLC | RE35859 | | 381 |
| 022637/0666 | Apr 13, 2009 | ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS). | IPG ELECTRONICS 503 LIMITED | 6298090 | | 180 |
| 009749/0790 | Jan 11, 1999 | ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS). | U.S. PHILIPS CORPORATION | 6349154 | | 1 |

UNILOC_6349154_00000688



**UNITED STATES
PATENT AND TRADEMARK OFFICE**

# 6 results for "Patent number: "6452515""

| Reel/frame ❶ | Execution date | Conveyance type ❶ | Assignee (Owner) | Patent | Publication | Properties |
|---|---|---|---|---|---|---|
| 046532/0088 | May 3, 2018 | ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS). | UNILOC 2017 LLC | NONE | 20100324983 | 626 |
| 045338/0601 | Jan 31, 2018 | ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS). | UNILOC LUXEMBOURG S.A. | 5657421 | | 271 |
| 028594/0224 | Apr 10, 2012 | ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS). | PENDRAGON WIRELESS LLC | RE35859 | | 381 |
| 022203/0791 | Jan 30, 2009 | ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS). | IPG ELECTRONICS 503 LIMITED | 7681227 | 20060188094 | 428 |
| 013037/0655 | May 30, 2002 | ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS). | KONINKLIJKE PHILIPS ELECTRONICS | 6452515 | | 1 |
| 011120/0577 | Jun 29, 2000 | ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS). | U.S. PHILIPS CORPORATION | 6452515 | | 1 |

UNILOC_6452515_00000716



**UNITED STATES
PATENT AND TRADEMARK OFFICE**

## 6 results for "Patent number: "6519005""

| Reel/frame ❶ | Execution date | Conveyance type ❶ | Assignee (Owner) | Patent | Publication | Properties |
|---|---|---|---|---|---|---|
| 046532/0088 | May 3, 2018 | ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS). | UNILOC 2017 LLC | NONE | 20100324983 | 626 |
| 045338/0601 | Jan 31, 2018 | ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS). | UNILOC LUXEMBOURG S.A. | 5657421 | | 271 |
| 028594/0224 | Apr 10, 2012 | ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS). | PENDRAGON WIRELESS LLC | RE35859 | | 381 |
| 022203/0791 | Jan 30, 2009 | ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS). | IPG ELECTRONICS 503 LIMITED | 7681227 | 20060188094 | 428 |
| 013595/0410 | Dec 2, 2002 | ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS). | KONINKLIJKE PHILIPS ELECTRONICS N.V. | 6519005 | 20020176500 | 1 |
| 009943/0294 | Apr 9, 1999 | ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS). | PHILIPS ELECTRONICS NORTH AMERICA CORPORATION | 6519005 | 20020176500 | 1 |

UNILOC_6519005_00000643



**UNITED STATES
PATENT AND TRADEMARK OFFICE**

## 6 results for "Patent number: "6836654""

| Reel/frame ❶ | Execution date | Conveyance type ❶ | Assignee (Owner) | Patent | Publication | Properties |
|---|---|---|---|---|---|---|
| 046532/0088 | May 3, 2018 | ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS). | UNILOC 2017 LLC | NONE | 20100324983 | 626 |
| 045338/0601 | Jan 31, 2018 | ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS). | UNILOC LUXEMBOURG S.A. | 5657421 | | 271 |
| 028594/0224 | Apr 10, 2012 | ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS). | PENDRAGON WIRELESS LLC | RE35859 | | 381 |
| 022203/0791 | Jan 30, 2009 | ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS). | IPG ELECTRONICS 503 LIMITED | 7681227 | 20060188094 | 428 |
| 015993/0344 | Aug 9, 2004 | ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS). | KONINKLIJKE PHILIPS ELECTRONICS N.V. | 6836654 | 20010016484 | 1 |
| 011704/0393 | Feb 25, 2001 | ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS). | U.S. PHILIPS CORPORATION | 6836654 | 20010016484 | 1 |

UNILOC_6836654_00000561



**UNITED STATES
PATENT AND TRADEMARK OFFICE**

## 5 results for "Patent number: "6952450""

| Reel/frame ❶ | Execution date | Conveyance type ❶ | Assignee (Owner) | Patent | Publication | Properties |
|---|---|---|---|---|---|---|
| 046532/0088 | May 3, 2018 | ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS). | UNILOC 2017 LLC | NONE | 20100324983 | 626 |
| 045338/0601 | Jan 31, 2018 | ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS). | UNILOC LUXEMBOURG S.A. | 5657421 | | 271 |
| 028594/0224 | Apr 10, 2012 | ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS). | PENDRAGON WIRELESS LLC | RE35859 | | 381 |
| 022203/0791 | Jan 30, 2009 | ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS). | IPG ELECTRONICS 503 LIMITED | 7681227 | 20060188094 | 428 |
| 012608/0808 | Jan 26, 2002 | ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS). | KONINKLIJKE PHILIPS ELECTRONICS N.V. | 6952450 | 20030156645 | 1 |

UNILOC_6952450_00000336



**UNITED STATES**
**PATENT AND TRADEMARK OFFICE**

## 5 results for "Patent number: "6980522""

| Reel/frame ❶ | Execution date | Conveyance type ❶ | Assignee (Owner) | Patent | Publication | Properties |
|---|---|---|---|---|---|---|
| 046532/0088 | May 3, 2018 | ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS). | UNILOC 2017 LLC | NONE | 20100324983 | 626 |
| 045338/0601 | Jan 31, 2018 | ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS). | UNILOC LUXEMBOURG S.A. | 5657421 | | 271 |
| 028594/0224 | Apr 10, 2012 | ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS). | PENDRAGON WIRELESS LLC | RE35859 | | 381 |
| 022637/0666 | Apr 13, 2009 | ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS). | IPG ELECTRONICS 503 LIMITED | 6298090 | | 180 |
| 011600/0701 | Mar 1, 2001 | ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS). | U.S. PHILIPS CORPORATION | 6980522 | 20010012757 | 1 |

UNILOC_6980522_00000462



## 5 results for "Patent number: "7016676""

| Reel/frame ❶ | Execution date | Conveyance type ❶ | Assignee (Owner) | Patent | Publication | Properties |
|---|---|---|---|---|---|---|
| 046532/0088 | May 3, 2018 | ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS). | UNILOC 2017 LLC | NONE | 20100324983 | 626 |
| 045338/0601 | Jan 31, 2018 | ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS). | UNILOC LUXEMBOURG S.A. | 5657421 | | 271 |
| 028594/0224 | Apr 10, 2012 | ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS). | PENDRAGON WIRELESS LLC | RE35859 | | 381 |
| 022203/0791 | Jan 30, 2009 | ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS). | IPG ELECTRONICS 503 LIMITED | 7681227 | 20060188094 | 428 |
| 012988/0613 | Feb 28, 2002 | ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS). | KONINKLIJKE PHILIPS ELECTRONICS N.V. | 7016676 | 20020168979 | 1 |

UNILOC_7016676_00000619



## UNITED STATES
## PATENT AND TRADEMARK OFFICE

# 3 results for "Patent number: "8194632""

| Reel/frame ❶ | Execution date | Conveyance type ❶ | Assignee (Owner) | Patent | Publication | Properties |
|---|---|---|---|---|---|---|
| 046532/0088 | May 3, 2018 | ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS). | UNILOC 2017 LLC | NONE | 20100324983 | 626 |
| 045338/0601 | Jan 31, 2018 | ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS). | UNILOC LUXEMBOURG S.A. | 5657421 | | 271 |
| 028247/0668 | Apr 27, 2012 | ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS). | PENDRAGON WIRELESS LLC | 8194632 | 20110021150 | 15 |

UNILOC_8194632_00003680



**UNITED STATES**
**PATENT AND TRADEMARK OFFICE**

## 4 results for "Patent number: "8407609""

| Reel/frame ❶ | Execution date | Conveyance type ❶ | Assignee (Owner) | Patent | Publication | Properties |
|---|---|---|---|---|---|---|
| 046532/0088 | May 3, 2018 | ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS). | UNILOC 2017 LLC | NONE | 20100324983 | 626 |
| 034747/0001 | Dec 30, 2014 | SECURITY INTEREST (SEE DOCUMENT FOR DETAILS). | FORTRESS CREDIT CO LLC | NONE | 20100325720 | 132 |
| 032854/0161 | Feb 18, 2014 | ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS). | UNILOC LUXEMBOURG S.A. | 8782540 | 20100050098 | 4 |
| 023406/0319 | Sep 28, 2009 | ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS). | LINQWARE, INC. | 8407609 | 20100050096 | 1 |

UNILOC_8407609_00002110



# 3 results for "Patent number: 8949954"

| Reel/frame ❶ | Execution date | Conveyance type ❶ | Assignee (Owner) | Patent | Publication | Properties |
|---|---|---|---|---|---|---|
| 046532/0088 | May 3, 2018 | ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS). | UNILOC 2017 LLC | NONE | 20100324983 | 626 |
| 034747/0001 | Dec 30, 2014 | SECURITY INTEREST (SEE DOCUMENT FOR DETAILS). | FORTRESS CREDIT CO LLC | NONE | 20100325720 | 132 |
| 030144/0596 | Jan 15, 2013 | ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS). | UNILOC LUXEMBOURG S.A. | 8949954 | 20130167203 | 1 |

UNILOC_8949954_00001114

**USPTO**
**UNITED STATES**
**PATENT AND TRADEMARK OFFICE**

## 6 results for "Patent number: "6473114""

| Reel/frame ⓘ | Execution date | Conveyance type ⓘ | Assignee (Owner) | Patent | Publication | Properties |
|---|---|---|---|---|---|---|
| 046532/0088 | May 3, 2018 | ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS). | UNILOC 2017 LLC | NONE | 20100324983 | 626 |
| 045338/0601 | Jan 31, 2018 | ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS). | UNILOC LUXEMBOURG S.A. | 5657421 | | 271 |
| 028594/0224 | Apr 10, 2012 | ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS). | PENDRAGON WIRELESS LLC | RE35859 | | 381 |
| 022203/0791 | Jan 30, 2009 | ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS). | IPG ELECTRONICS 503 LIMITED | 7681227 | 20060188094 | 428 |
| 013245/0909 | Aug 16, 2002 | ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS). | KONINKLIJKE PHILIPS ELECTRONICS N.V. | 6473114 | | 1 |
| 010755/0895 | Apr 11, 2000 | ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS). | PHILIPS ELECTRONICS NORTH AMERICA | 6473114 | | 1 |

# PATENT ASSIGNMENT COVER SHEET

Electronic Version v1.1                                    EPAS ID: PAT5047517
Stylesheet Version v1.2

| SUBMISSION TYPE: | NEW ASSIGNMENT |
|---|---|
| NATURE OF CONVEYANCE: | ASSIGNMENT |

**CONVEYING PARTY DATA**

| Name | Execution Date |
|---|---|
| UNILOC LUXEMBOURG S.A. | 05/03/2018 |

**RECEIVING PARTY DATA**

| | |
|---|---|
| Name: | UNILOC 2017 LLC |
| Street Address: | 1209 ORANGE STREET |
| City: | WILMINGTON |
| State/Country: | DELAWARE |
| Postal Code: | 19801 |

**PROPERTY NUMBERS Total: 626**

| Property Type | Number |
|---|---|
| Patent Number: | 5483468 |
| Patent Number: | 5619526 |
| Patent Number: | 5639677 |
| Patent Number: | 5657421 |
| Patent Number: | 5659687 |
| Patent Number: | 5692125 |
| Patent Number: | 5774673 |
| Patent Number: | 5835849 |
| Patent Number: | 5936393 |
| Patent Number: | 5939833 |
| Patent Number: | 5940295 |
| Patent Number: | 5949351 |
| Patent Number: | 5954788 |
| Patent Number: | 5960366 |
| Patent Number: | 5970318 |
| Patent Number: | 5973490 |
| Patent Number: | 5991288 |
| Patent Number: | 6008743 |
| Patent Number: | 6025877 |
| Patent Number: | 6035349 |

| Property Type | Number |
|---|---|
| **Patent Number:** | 6039248 |
| **Patent Number:** | 6041036 |
| **Patent Number:** | 6052108 |
| **Patent Number:** | 6057736 |
| **Patent Number:** | 6058437 |
| **Patent Number:** | 6064265 |
| **Patent Number:** | 6067333 |
| **Patent Number:** | 6068588 |
| **Patent Number:** | 6070169 |
| **Patent Number:** | 6084982 |
| **Patent Number:** | 6085091 |
| **Patent Number:** | 6087232 |
| **Patent Number:** | 6104354 |
| **Patent Number:** | 6108592 |
| **Patent Number:** | 6110228 |
| **Patent Number:** | 6111438 |
| **Patent Number:** | 6118890 |
| **Patent Number:** | 6127952 |
| **Patent Number:** | 6128289 |
| **Patent Number:** | 6128492 |
| **Patent Number:** | 6128655 |
| **Patent Number:** | 6130964 |
| **Patent Number:** | 6133765 |
| **Patent Number:** | 6138234 |
| **Patent Number:** | 6141754 |
| **Patent Number:** | 6147896 |
| **Patent Number:** | 6148029 |
| **Patent Number:** | 6150187 |
| **Patent Number:** | 6151676 |
| **Patent Number:** | 6154468 |
| **Patent Number:** | 6154496 |
| **Patent Number:** | 6161134 |
| **Patent Number:** | 6166337 |
| **Patent Number:** | 6167237 |
| **Patent Number:** | 6169790 |
| **Patent Number:** | 6178512 |
| **Patent Number:** | 6182220 |
| **Patent Number:** | 6185318 |

| Property Type | Number |
|---|---|
| **Patent Number:** | 6190314 |
| **Patent Number:** | 6190319 |
| **Patent Number:** | 6195388 |
| **Patent Number:** | 6195392 |
| **Patent Number:** | 6198728 |
| **Patent Number:** | 6198909 |
| **Patent Number:** | 6201844 |
| **Patent Number:** | 6201958 |
| **Patent Number:** | 6211018 |
| **Patent Number:** | 6212522 |
| **Patent Number:** | 6215403 |
| **Patent Number:** | 6215488 |
| **Patent Number:** | 6216158 |
| **Patent Number:** | 6219724 |
| **Patent Number:** | 6223178 |
| **Patent Number:** | 6226636 |
| **Patent Number:** | 6229994 |
| **Patent Number:** | 6237072 |
| **Patent Number:** | 6239772 |
| **Patent Number:** | 6239773 |
| **Patent Number:** | 6240300 |
| **Patent Number:** | 6246447 |
| **Patent Number:** | 6247021 |
| **Patent Number:** | 6249251 |
| **Patent Number:** | 6249515 |
| **Patent Number:** | 6253201 |
| **Patent Number:** | 6256639 |
| **Patent Number:** | 6260031 |
| **Patent Number:** | 6263091 |
| **Patent Number:** | 6271826 |
| **Patent Number:** | 6275956 |
| **Patent Number:** | 6281903 |
| **Patent Number:** | 6282318 |
| **Patent Number:** | 6282322 |
| **Patent Number:** | 6284605 |
| **Patent Number:** | 6285805 |
| **Patent Number:** | 6285892 |
| **Patent Number:** | 6289112 |

| Property Type | Number |
|---|---|
| **Patent Number:** | 6289316 |
| **Patent Number:** | 6290640 |
| **Patent Number:** | 6295375 |
| **Patent Number:** | 6297820 |
| **Patent Number:** | 6300885 |
| **Patent Number:** | 6301641 |
| **Patent Number:** | 6304612 |
| **Patent Number:** | 6308191 |
| **Patent Number:** | 6314197 |
| **Patent Number:** | 6314423 |
| **Patent Number:** | 6314436 |
| **Patent Number:** | 6314526 |
| **Patent Number:** | 6316281 |
| **Patent Number:** | 6317834 |
| **Patent Number:** | 6323824 |
| **Patent Number:** | 6324566 |
| **Patent Number:** | 6324578 |
| **Patent Number:** | 6326965 |
| **Patent Number:** | 6327272 |
| **Patent Number:** | 6329934 |
| **Patent Number:** | 6337972 |
| **Patent Number:** | 6338073 |
| **Patent Number:** | 6339779 |
| **Patent Number:** | 6341276 |
| **Patent Number:** | 6347084 |
| **Patent Number:** | 6349040 |
| **Patent Number:** | 6349114 |
| **Patent Number:** | 6349154 |
| **Patent Number:** | 6351561 |
| **Patent Number:** | 6351564 |
| **Patent Number:** | 6356288 |
| **Patent Number:** | 6359658 |
| **Patent Number:** | 6360233 |
| **Patent Number:** | 6363053 |
| **Patent Number:** | 6363380 |
| **Patent Number:** | 6363513 |
| **Patent Number:** | 6366885 |
| **Patent Number:** | 6366908 |

| Property Type | Number |
|---|---|
| **Patent Number:** | 6370117 |
| **Patent Number:** | 6370595 |
| **Patent Number:** | 6377549 |
| **Patent Number:** | 6381471 |
| **Patent Number:** | 6382867 |
| **Patent Number:** | 6385607 |
| **Patent Number:** | 6388715 |
| **Patent Number:** | 6389072 |
| **Patent Number:** | 6393155 |
| **Patent Number:** | 6393439 |
| **Patent Number:** | 6396875 |
| **Patent Number:** | 6400932 |
| **Patent Number:** | 6404011 |
| **Patent Number:** | 6405027 |
| **Patent Number:** | 6405301 |
| **Patent Number:** | 6407681 |
| **Patent Number:** | 6407993 |
| **Patent Number:** | 6408293 |
| **Patent Number:** | 6411542 |
| **Patent Number:** | 6412013 |
| **Patent Number:** | 6424323 |
| **Patent Number:** | 6424344 |
| **Patent Number:** | 6431447 |
| **Patent Number:** | 6432135 |
| **Patent Number:** | 6436027 |
| **Patent Number:** | 6437545 |
| **Patent Number:** | 6438361 |
| **Patent Number:** | 6439457 |
| **Patent Number:** | 6442204 |
| **Patent Number:** | 6445387 |
| **Patent Number:** | 6445921 |
| **Patent Number:** | 6446069 |
| **Patent Number:** | 6446127 |
| **Patent Number:** | 6452515 |
| **Patent Number:** | 6453416 |
| **Patent Number:** | 6458080 |
| **Patent Number:** | 6463174 |
| **Patent Number:** | 6466686 |

| Property Type | Number |
|---|---|
| **Patent Number:** | 6467088 |
| **Patent Number:** | 6469665 |
| **Patent Number:** | 6469910 |
| **Patent Number:** | 6470006 |
| **Patent Number:** | 6470345 |
| **Patent Number:** | 6473095 |
| **Patent Number:** | 6473114 |
| **Patent Number:** | 6477211 |
| **Patent Number:** | 6480480 |
| **Patent Number:** | 6480849 |
| **Patent Number:** | 6483456 |
| **Patent Number:** | 6483881 |
| **Patent Number:** | 6484172 |
| **Patent Number:** | 6487306 |
| **Patent Number:** | 6487563 |
| **Patent Number:** | 6489974 |
| **Patent Number:** | 6496693 |
| **Patent Number:** | 6498541 |
| **Patent Number:** | 6498814 |
| **Patent Number:** | 6501744 |
| **Patent Number:** | 6502105 |
| **Patent Number:** | 6502110 |
| **Patent Number:** | 6510466 |
| **Patent Number:** | 6512929 |
| **Patent Number:** | 6515688 |
| **Patent Number:** | 6519005 |
| **Patent Number:** | 6526183 |
| **Patent Number:** | 6526421 |
| **Patent Number:** | 6528741 |
| **Patent Number:** | 6529600 |
| **Patent Number:** | 6529882 |
| **Patent Number:** | 6539071 |
| **Patent Number:** | 6541319 |
| **Patent Number:** | 6542591 |
| **Patent Number:** | 6543025 |
| **Patent Number:** | 6553110 |
| **Patent Number:** | 6564229 |
| **Patent Number:** | 6567469 |

| Property Type | Number |
|---|---|
| **Patent Number:** | 6571260 |
| **Patent Number:** | 6577629 |
| **Patent Number:** | 6580422 |
| **Patent Number:** | 6584212 |
| **Patent Number:** | 6584229 |
| **Patent Number:** | 6584423 |
| **Patent Number:** | 6590125 |
| **Patent Number:** | 6590903 |
| **Patent Number:** | 6593603 |
| **Patent Number:** | 6597802 |
| **Patent Number:** | 6598020 |
| **Patent Number:** | 6598146 |
| **Patent Number:** | 6600902 |
| **Patent Number:** | 6603740 |
| **Patent Number:** | 6606641 |
| **Patent Number:** | 6608578 |
| **Patent Number:** | 6614759 |
| **Patent Number:** | 6614761 |
| **Patent Number:** | 6614928 |
| **Patent Number:** | 6615335 |
| **Patent Number:** | 6618445 |
| **Patent Number:** | 6621440 |
| **Patent Number:** | 6622018 |
| **Patent Number:** | 6628712 |
| **Patent Number:** | 6631163 |
| **Patent Number:** | 6636435 |
| **Patent Number:** | 6650648 |
| **Patent Number:** | 6658388 |
| **Patent Number:** | 6661203 |
| **Patent Number:** | 6664891 |
| **Patent Number:** | 6678535 |
| **Patent Number:** | 6678613 |
| **Patent Number:** | 6707858 |
| **Patent Number:** | 6711160 |
| **Patent Number:** | 6711294 |
| **Patent Number:** | 6728766 |
| **Patent Number:** | 6731285 |
| **Patent Number:** | 6731642 |

| Property Type | Number |
|---|---|
| **Patent Number:** | 6736759 |
| **Patent Number:** | 6741929 |
| **Patent Number:** | 6754373 |
| **Patent Number:** | 6766341 |
| **Patent Number:** | 6771193 |
| **Patent Number:** | 6774697 |
| **Patent Number:** | 6774928 |
| **Patent Number:** | 6781951 |
| **Patent Number:** | 6798362 |
| **Patent Number:** | 6807604 |
| **Patent Number:** | 6809662 |
| **Patent Number:** | 6809775 |
| **Patent Number:** | 6810083 |
| **Patent Number:** | 6810089 |
| **Patent Number:** | 6813630 |
| **Patent Number:** | 6813692 |
| **Patent Number:** | 6836554 |
| **Patent Number:** | 6836654 |
| **Patent Number:** | 6844878 |
| **Patent Number:** | 6850948 |
| **Patent Number:** | 6856616 |
| **Patent Number:** | 6857067 |
| **Patent Number:** | 6865387 |
| **Patent Number:** | 6868079 |
| **Patent Number:** | 6876691 |
| **Patent Number:** | 6877068 |
| **Patent Number:** | 6882991 |
| **Patent Number:** | 6886013 |
| **Patent Number:** | 6891892 |
| **Patent Number:** | 6895118 |
| **Patent Number:** | 6901272 |
| **Patent Number:** | 6907074 |
| **Patent Number:** | 6909746 |
| **Patent Number:** | 6910175 |
| **Patent Number:** | 6910207 |
| **Patent Number:** | 6912579 |
| **Patent Number:** | 6918123 |
| **Patent Number:** | 6925126 |

| Property Type | Number |
|---|---|
| **Patent Number:** | 6925197 |
| **Patent Number:** | 6926572 |
| **Patent Number:** | 6937645 |
| **Patent Number:** | 6944221 |
| **Patent Number:** | 6944229 |
| **Patent Number:** | 6944579 |
| **Patent Number:** | 6945869 |
| **Patent Number:** | 6946995 |
| **Patent Number:** | 6952450 |
| **Patent Number:** | 6954634 |
| **Patent Number:** | 6961473 |
| **Patent Number:** | 6961561 |
| **Patent Number:** | 6961594 |
| **Patent Number:** | 6963117 |
| **Patent Number:** | 6963377 |
| **Patent Number:** | 6963756 |
| **Patent Number:** | 6964048 |
| **Patent Number:** | 6965582 |
| **Patent Number:** | 6965699 |
| **Patent Number:** | 6966027 |
| **Patent Number:** | 6967944 |
| **Patent Number:** | 6967968 |
| **Patent Number:** | 6968007 |
| **Patent Number:** | 6970149 |
| **Patent Number:** | 6973055 |
| **Patent Number:** | 6975991 |
| **Patent Number:** | 6978026 |
| **Patent Number:** | 6980112 |
| **Patent Number:** | 6980351 |
| **Patent Number:** | 6980522 |
| **Patent Number:** | 6980599 |
| **Patent Number:** | 6981046 |
| **Patent Number:** | 6982748 |
| **Patent Number:** | 6983013 |
| **Patent Number:** | 6985526 |
| **Patent Number:** | 6985603 |
| **Patent Number:** | 6985635 |
| **Patent Number:** | 6985758 |

**PATENT**
**REEL: 046532 FRAME: 0096**
UNILOC_6473114_00000273

| Property Type | Number |
|---|---|
| **Patent Number:** | 6986466 |
| **Patent Number:** | 6988067 |
| **Patent Number:** | 6988276 |
| **Patent Number:** | 6989716 |
| **Patent Number:** | 6990496 |
| **Patent Number:** | 6992637 |
| **Patent Number:** | 6992697 |
| **Patent Number:** | 6992719 |
| **Patent Number:** | 6992976 |
| **Patent Number:** | 6993049 |
| **Patent Number:** | 6993179 |
| **Patent Number:** | 6993182 |
| **Patent Number:** | 6995452 |
| **Patent Number:** | 6996181 |
| **Patent Number:** | 6996279 |
| **Patent Number:** | 6999127 |
| **Patent Number:** | 6999515 |
| **Patent Number:** | 7003150 |
| **Patent Number:** | 7003409 |
| **Patent Number:** | 7003497 |
| **Patent Number:** | 7006044 |
| **Patent Number:** | 7006659 |
| **Patent Number:** | 7006701 |
| **Patent Number:** | 7010034 |
| **Patent Number:** | 7010159 |
| **Patent Number:** | 7012960 |
| **Patent Number:** | 7016668 |
| **Patent Number:** | 7016676 |
| **Patent Number:** | 7019985 |
| **Patent Number:** | 7020106 |
| **Patent Number:** | 7020252 |
| **Patent Number:** | 7020336 |
| **Patent Number:** | 7023850 |
| **Patent Number:** | 7024696 |
| **Patent Number:** | 7027421 |
| **Patent Number:** | 7027491 |
| **Patent Number:** | 7027588 |
| **Patent Number:** | 7031497 |

| Property Type | Number |
|---|---|
| **Patent Number:** | 7034866 |
| **Patent Number:** | 7035586 |
| **Patent Number:** | 7038721 |
| **Patent Number:** | 7039094 |
| **Patent Number:** | 7039585 |
| **Patent Number:** | 7039837 |
| **Patent Number:** | 7042401 |
| **Patent Number:** | 7047309 |
| **Patent Number:** | 7048191 |
| **Patent Number:** | 7049954 |
| **Patent Number:** | 7050511 |
| **Patent Number:** | 7051120 |
| **Patent Number:** | 7054365 |
| **Patent Number:** | 7054470 |
| **Patent Number:** | 7054497 |
| **Patent Number:** | 7054856 |
| **Patent Number:** | 7058083 |
| **Patent Number:** | 7058879 |
| **Patent Number:** | 7058951 |
| **Patent Number:** | 7065701 |
| **Patent Number:** | 7069293 |
| **Patent Number:** | 7072513 |
| **Patent Number:** | 7072671 |
| **Patent Number:** | 7075917 |
| **Patent Number:** | 7076490 |
| **Patent Number:** | 7079670 |
| **Patent Number:** | 7079704 |
| **Patent Number:** | 7081919 |
| **Patent Number:** | 7082156 |
| **Patent Number:** | 7085929 |
| **Patent Number:** | 7092448 |
| **Patent Number:** | 7092549 |
| **Patent Number:** | 7092671 |
| **Patent Number:** | 7092694 |
| **Patent Number:** | 7092953 |
| **Patent Number:** | 7093290 |
| **Patent Number:** | 7093298 |
| **Patent Number:** | 7095328 |

**PATENT**
**REEL: 046532 FRAME: 0098**
UNILOC_6473114_00000275

| Property Type | Number |
|---|---|
| **Patent Number:** | 7099376 |
| **Patent Number:** | 7099686 |
| **Patent Number:** | 7099849 |
| **Patent Number:** | 7103061 |
| **Patent Number:** | 7103070 |
| **Patent Number:** | 7103340 |
| **Patent Number:** | 7106264 |
| **Patent Number:** | 7107111 |
| **Patent Number:** | 7107445 |
| **Patent Number:** | 7110047 |
| **Patent Number:** | 7110366 |
| **Patent Number:** | 7113074 |
| **Patent Number:** | 7117258 |
| **Patent Number:** | 7120209 |
| **Patent Number:** | 7123194 |
| **Patent Number:** | 7123658 |
| **Patent Number:** | 7123745 |
| **Patent Number:** | 7124034 |
| **Patent Number:** | 7134017 |
| **Patent Number:** | 7136371 |
| **Patent Number:** | 7136999 |
| **Patent Number:** | 7137126 |
| **Patent Number:** | 7139017 |
| **Patent Number:** | 7142578 |
| **Patent Number:** | 7149159 |
| **Patent Number:** | 7151562 |
| **Patent Number:** | 7151767 |
| **Patent Number:** | 7151916 |
| **Patent Number:** | 7154892 |
| **Patent Number:** | 7161952 |
| **Patent Number:** | 7164671 |
| **Patent Number:** | 7167454 |
| **Patent Number:** | 7167487 |
| **Patent Number:** | 7170355 |
| **Patent Number:** | 7170566 |
| **Patent Number:** | 7171169 |
| **Patent Number:** | 7171206 |
| **Patent Number:** | 7174135 |

| Property Type | Number |
|---|---|
| **Patent Number:** | 7177345 |
| **Patent Number:** | 7183149 |
| **Patent Number:** | 7184420 |
| **Patent Number:** | 7188165 |
| **Patent Number:** | 7190408 |
| **Patent Number:** | 7190979 |
| **Patent Number:** | 7193989 |
| **Patent Number:** | 7193991 |
| **Patent Number:** | 7194018 |
| **Patent Number:** | 7194734 |
| **Patent Number:** | 7197144 |
| **Patent Number:** | 7197598 |
| **Patent Number:** | 7206285 |
| **Patent Number:** | 7206555 |
| **Patent Number:** | 7212158 |
| **Patent Number:** | 7212159 |
| **Patent Number:** | 7212585 |
| **Patent Number:** | 7215635 |
| **Patent Number:** | 7215706 |
| **Patent Number:** | 7216351 |
| **Patent Number:** | 7220220 |
| **Patent Number:** | 7227579 |
| **Patent Number:** | 7230579 |
| **Patent Number:** | 7236548 |
| **Patent Number:** | 7240200 |
| **Patent Number:** | 7242719 |
| **Patent Number:** | 7245592 |
| **Patent Number:** | 7251251 |
| **Patent Number:** | 7265609 |
| **Patent Number:** | 7283832 |
| **Patent Number:** | 7286841 |
| **Patent Number:** | 7308266 |
| **Patent Number:** | 7308466 |
| **Patent Number:** | 7330013 |
| **Patent Number:** | 7337151 |
| **Patent Number:** | 7502335 |
| **Patent Number:** | 7535890 |
| **Patent Number:** | 7570015 |

| Property Type | Number |
|---|---|
| **Patent Number:** | 7573873 |
| **Patent Number:** | 7587207 |
| **Patent Number:** | 7639283 |
| **Patent Number:** | 7650115 |
| **Patent Number:** | 7653508 |
| **Patent Number:** | 7672255 |
| **Patent Number:** | 7681227 |
| **Patent Number:** | 7690556 |
| **Patent Number:** | 7721098 |
| **Patent Number:** | 7728882 |
| **Patent Number:** | 7734921 |
| **Patent Number:** | 7738778 |
| **Patent Number:** | 7739392 |
| **Patent Number:** | 7764637 |
| **Patent Number:** | 7769595 |
| **Patent Number:** | 7773550 |
| **Patent Number:** | 7783523 |
| **Patent Number:** | 7804079 |
| **Patent Number:** | 7804948 |
| **Patent Number:** | 7817606 |
| **Patent Number:** | 7847842 |
| **Patent Number:** | 7849344 |
| **Patent Number:** | 7853000 |
| **Patent Number:** | 7853500 |
| **Patent Number:** | 7881902 |
| **Patent Number:** | 7908662 |
| **Patent Number:** | 7934250 |
| **Patent Number:** | 7940704 |
| **Patent Number:** | 7944353 |
| **Patent Number:** | 7961663 |
| **Patent Number:** | 7969925 |
| **Patent Number:** | 7987362 |
| **Patent Number:** | 8001052 |
| **Patent Number:** | 8018877 |
| **Patent Number:** | 8117113 |
| **Patent Number:** | 8160566 |
| **Patent Number:** | 8160962 |
| **Patent Number:** | 8194632 |

| Property Type | Number |
|---|---|
| Patent Number: | 8199747 |
| Patent Number: | 8200581 |
| Patent Number: | 8213907 |
| Patent Number: | 8239852 |
| Patent Number: | 8243723 |
| Patent Number: | 8260628 |
| Patent Number: | 8266005 |
| Patent Number: | 8284929 |
| Patent Number: | 8316421 |
| Patent Number: | 8332302 |
| Patent Number: | 8369298 |
| Patent Number: | 8374968 |
| Patent Number: | 8406116 |
| Patent Number: | 8407609 |
| Patent Number: | 8423473 |
| Patent Number: | 8452960 |
| Patent Number: | 8484089 |
| Patent Number: | 8495359 |
| Patent Number: | 8515820 |
| Patent Number: | 8521874 |
| Patent Number: | 8539552 |
| Patent Number: | 8566960 |
| Patent Number: | 8571194 |
| Patent Number: | 8589780 |
| Patent Number: | 8594294 |
| Patent Number: | 8606856 |
| Patent Number: | 8613110 |
| Patent Number: | 8626838 |
| Patent Number: | 8649314 |
| Patent Number: | 8671060 |
| Patent Number: | 8693473 |
| Patent Number: | 8695068 |
| Patent Number: | 8700731 |
| Patent Number: | 8706636 |
| Patent Number: | 8712723 |
| Patent Number: | 8719284 |
| Patent Number: | 8724622 |
| Patent Number: | 8736462 |

| Property Type | Number |
|---|---|
| **Patent Number:** | 8750243 |
| **Patent Number:** | 8769296 |
| **Patent Number:** | 8774149 |
| **Patent Number:** | 8782540 |
| **Patent Number:** | 8812701 |
| **Patent Number:** | 8838976 |
| **Patent Number:** | 8855083 |
| **Patent Number:** | 8881273 |
| **Patent Number:** | 8881280 |
| **Patent Number:** | 8892642 |
| **Patent Number:** | 8903653 |
| **Patent Number:** | 8949954 |
| **Patent Number:** | 8972880 |
| **Patent Number:** | 8982855 |
| **Patent Number:** | 8995433 |
| **Patent Number:** | 9075958 |
| **Patent Number:** | 9082128 |
| **Patent Number:** | 9129097 |
| **Patent Number:** | 9141489 |
| **Patent Number:** | 9143496 |
| **Patent Number:** | 9172815 |
| **Patent Number:** | 9265024 |
| **Patent Number:** | 9271210 |
| **Patent Number:** | 9286466 |
| **Patent Number:** | 9294491 |
| **Patent Number:** | 9298893 |
| **Patent Number:** | 9311485 |
| **Patent Number:** | 9338152 |
| **Patent Number:** | 9412119 |
| **Patent Number:** | 9414199 |
| **Patent Number:** | 9444802 |
| **Patent Number:** | 9449151 |
| **Patent Number:** | 9558636 |
| **Patent Number:** | 9564952 |
| **Patent Number:** | 9571492 |
| **Patent Number:** | 9571981 |
| **Patent Number:** | 9578502 |
| **Patent Number:** | 9621490 |

**PATENT**
**REEL: 046532 FRAME: 0103**
UNILOC_6473114_00000280

| Property Type | Number |
|---|---|
| Patent Number: | 9633183 |
| Application Number: | 12784447 |
| Application Number: | 12792184 |
| Application Number: | 12792206 |
| Application Number: | 12792442 |
| Application Number: | 12818981 |
| Application Number: | 12819012 |
| Application Number: | 12819046 |
| Application Number: | 13235281 |
| Application Number: | 13239260 |
| Application Number: | 13657859 |
| Application Number: | 13692843 |
| Application Number: | 13707454 |
| Application Number: | 13734175 |
| Application Number: | 13742972 |
| Application Number: | 13942523 |
| Application Number: | 13944618 |
| Application Number: | 13944622 |
| Application Number: | 13961774 |
| Application Number: | 14050213 |
| Application Number: | 14176906 |
| Application Number: | 14176928 |
| Application Number: | 14196065 |
| Application Number: | 14479034 |
| Application Number: | 14524939 |
| Application Number: | 14794121 |
| Application Number: | 14825120 |
| Application Number: | 14983281 |
| Application Number: | 15048466 |
| Application Number: | 15268845 |
| Application Number: | 15415726 |
| Application Number: | 15416920 |
| Application Number: | 15417748 |
| Application Number: | 15424298 |
| Application Number: | 15454251 |
| Application Number: | 15483392 |

**CORRESPONDENCE DATA**

| Fax Number: | |
|---|---|
| *Correspondence will be sent to the e-mail address first; if that is unsuccessful, it will be sent using a fax number, if provided; if that is unsuccessful, it will be sent via US Mail.* | |
| Phone: | 9729059580 |
| Email: | kris.pangan@unilocusa.com |
| Correspondent Name: | UNILOC USA INC. LEGACY TOWN CENTER |
| Address Line 1: | 7160 DALLAS PARKWAY |
| Address Line 2: | SUITE 380 |
| Address Line 4: | PLANO, TEXAS 75024 |

| NAME OF SUBMITTER: | SEAN D. BURDICK |
|---|---|
| SIGNATURE: | /Sean D. Burdick/ |
| DATE SIGNED: | 07/12/2018 |

**Total Attachments: 39**
source=10 Master Patent Assignment (Execution Version as filed)#page1.tif
source=10 Master Patent Assignment (Execution Version as filed)#page2.tif
source=10 Master Patent Assignment (Execution Version as filed)#page3.tif
source=10 Master Patent Assignment (Execution Version as filed)#page4.tif
source=10 Master Patent Assignment (Execution Version as filed)#page5.tif
source=10 Master Patent Assignment (Execution Version as filed)#page6.tif
source=10 Master Patent Assignment (Execution Version as filed)#page7.tif
source=10 Master Patent Assignment (Execution Version as filed)#page8.tif
source=10 Master Patent Assignment (Execution Version as filed)#page9.tif
source=10 Master Patent Assignment (Execution Version as filed)#page10.tif
source=10 Master Patent Assignment (Execution Version as filed)#page11.tif
source=10 Master Patent Assignment (Execution Version as filed)#page12.tif
source=10 Master Patent Assignment (Execution Version as filed)#page13.tif
source=10 Master Patent Assignment (Execution Version as filed)#page14.tif
source=10 Master Patent Assignment (Execution Version as filed)#page15.tif
source=10 Master Patent Assignment (Execution Version as filed)#page16.tif
source=10 Master Patent Assignment (Execution Version as filed)#page17.tif
source=10 Master Patent Assignment (Execution Version as filed)#page18.tif
source=10 Master Patent Assignment (Execution Version as filed)#page19.tif
source=10 Master Patent Assignment (Execution Version as filed)#page20.tif
source=10 Master Patent Assignment (Execution Version as filed)#page21.tif
source=10 Master Patent Assignment (Execution Version as filed)#page22.tif
source=10 Master Patent Assignment (Execution Version as filed)#page23.tif
source=10 Master Patent Assignment (Execution Version as filed)#page24.tif
source=10 Master Patent Assignment (Execution Version as filed)#page25.tif
source=10 Master Patent Assignment (Execution Version as filed)#page26.tif
source=10 Master Patent Assignment (Execution Version as filed)#page27.tif
source=10 Master Patent Assignment (Execution Version as filed)#page28.tif
source=10 Master Patent Assignment (Execution Version as filed)#page29.tif
source=10 Master Patent Assignment (Execution Version as filed)#page30.tif
source=10 Master Patent Assignment (Execution Version as filed)#page31.tif
source=10 Master Patent Assignment (Execution Version as filed)#page32.tif
source=10 Master Patent Assignment (Execution Version as filed)#page33.tif

**PATENT**
**REEL: 046532 FRAME: 0105**
UNILOC_6473114_00000282

```
source=10 Master Patent Assignment (Execution Version as filed)#page34.tif
source=10 Master Patent Assignment (Execution Version as filed)#page35.tif
source=10 Master Patent Assignment (Execution Version as filed)#page36.tif
source=10 Master Patent Assignment (Execution Version as filed)#page37.tif
source=10 Master Patent Assignment (Execution Version as filed)#page38.tif
source=10 Master Patent Assignment (Execution Version as filed)#page39.tif
```

## PATENT ASSIGNMENT

THIS PATENT ASSIGNMENT ("Patent Assignment") is made as of May 3, 2018 by Uniloc Luxembourg S.A., a *société anonyme* organized under the laws of the Grand Duchy of Luxembourg, having its registered office at 14, rue Edward Steichen, L-2540 Luxembourg, registered with the Register of Commerce and Companies (R.C.S. Luxembourg) under number B 159161 ("Assignor"), and Uniloc 2017 LLC, a Delaware limited liability company ("Assignee"). Capitalized terms used herein but not otherwise defined shall have the meanings ascribed to them in the Purchase Agreement (as defined below).

WHEREAS, Assignor and Assignee are party to that certain Asset Purchase Agreement, dated as of March 28, 2018 (the "Purchase Agreement"), pursuant to which Assignee has agreed to purchase, and Assignor has agreed to sell, convey, assign, transfer and deliver to Assignee, all of Assignor's right, title and interest in, to and under the Seller Intellectual Property on the terms and conditions set forth in the Purchase Agreement; and

WHEREAS, pursuant to the Purchase Agreement, Assignor has agreed to execute and deliver this Patent Assignment by which the Patents set forth in Exhibit A hereto (the "Transferred Patents") are assigned and conveyed by Assignor to Assignee at the Closing.

NOW, THEREFORE, in consideration of the foregoing premises and for other good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, and intending to be legally bound hereby, upon the terms and subject to the conditions set forth in the Purchase Agreement, it is hereby agreed that:

1.     Patent Conveyance. Assignor does hereby irrevocable and unconditionally:

    (a)    sell, transfer, convey, assign and deliver to Assignee all of Assignor's right, title and interest in, to and under, free and clear of all Encumbrances (other than Permitted Encumbrances) and liabilities (other than Assumed Liabilities): (i) the Transferred Patents and the inventions disclosed therein, including any patents issuing on any applications included in the Transferred Patents and all reissues, reexaminations, extensions, continuations, continuations in part, continuing prosecution applications, requests for continuing examinations and divisionals of any of the Transferred Patents and all foreign patents, foreign patent applications, and foreign counterparts relating to any of the foregoing, including, without limitation, certificates of invention, utility models and other governmental grants or issuances and any patents and patent applications that claim priority from any of the foregoing; (ii) all causes of action (whether known or unknown or whether currently pending, filed, or otherwise) and other enforcement rights under, or on account of, the Transferred Patents, including, without limitation, all causes of action and other enforcement rights for (A) damages, (B) injunctive relief and (C) any other remedies of any kind for past, current and future infringement; and (iii) all rights to collect royalties or other payments under or on account of the Transferred Patents, the same to be held by Assignee for Assignee's own use and enjoyment, and for the use and enjoyment of Assignee's successors, assigns and other legal representatives, as fully and entirely as the same would have been held and enjoyed by Assignor if this Assignment had not been made, including all rights therein provided by international conventions and treaties. This assignment includes assignment to Assignee of the right to make application in its own behalf for protection of the Transferred Patents and any patents

issued on the Transferred Patents, in the United States and countries foreign to the United States, and to claim under the Patent Cooperation Treaty, the International Convention and/or other international arrangement for any such application the date of any earlier application to gain priority with respect to other applications.

(b)  agree, without charge to Assignee, to assist Assignee in perfecting Assignee's right, title and interest throughout the world in all Transferred Patents assigned to Assignee hereunder, include executing applications, assignments, declarations, affidavits, and any other papers in connection therewith reasonably necessary to perfect such right, title and interest in Assignee. In the event Assignee is unable for any reason, after reasonable effort, to secure Assignor's signature on any document needed to perfect the transfer of ownership of the Transferred Patents, Assignor hereby irrevocably designates and appoints Assignee and its duly authorized officers and agents as Assignor's agent and attorney-in-fact, which appointment is coupled with an interest, to act for and on Assignor's behalf to execute and file such documents, with the same legal force and effect as if executed by Assignor. Assignor agree to provide such assistance and cooperation as Assignee may reasonably request in connection with Assignee's prosecution of any patent applications included in the Transferred Patents (including appeals in connection therewith), including providing documents and materials in the possession or control of Assignor and making the named inventors in any of the patent applications reasonably available to Assignee upon reasonable prior notice if such inventors remain employed by Assignor or any of its Affiliates at the time of Assignor's receipt of such written notice from Assignee.

2.  <u>Terms of the Purchase Agreement</u>. This Patent Assignment is being delivered pursuant to the Purchase Agreement, and is subject to the representations, warranties, conditions, limitations, covenants and agreements set forth in the Purchase Agreement. Assignor and Assignee acknowledge and agree that the representations, warranties, conditions, limitations, covenants and agreements contained in the Purchase Agreement shall not be superseded hereby, but shall remain in full force and effect to the full extent provided therein. The rights and remedies of Assignee, Assignor or Parent under the Purchase Agreement shall not be deemed to be enlarged, modified, or in any way altered by the terms of this Patent Assignment. In the event of any conflict between the terms of the Purchase Agreement and the terms of this Patent Assignment, the terms of the Purchase Agreement shall prevail.

3.  <u>Governing Law</u>. This Patent Assignment and all disputes or controversies arising out of or relating to this Assignment or the transactions contemplated hereby shall be governed by, and construed in accordance with, the internal laws of the State of Delaware, without regard to the laws of any other jurisdiction that might be applied because of the conflicts of laws principles of the State of Delaware.

4.  <u>Counterparts; Facsimile or .pdf Signature</u>. This Patent Assignment may be executed in two or more counterparts, all of which shall be considered one and the same instrument and shall become effective when one or more counterparts have been signed by each of the parties and delivered to the other party. This Patent Assignment may be executed by facsimile or .pdf signature and a facsimile or .pdf signature shall constitute an original for all purposes.

*Remainder of page left intentionally blank; signature page follows.*

2

IN WITNESS WHEREOF, Assignor has caused this Patent Assignment to be executed as of the date first above written.

<u>ASSIGNOR:</u>

**UNILOC LUXEMBOURG S.À R.L.**

By: _____
Name: Craig Etchegoyen
Title: Class A Manager

By: _____
Name: Ivona Falda
Title: Class B Manager

**PATENT
REEL: 046532 FRAME: 0109**
UNILOC_6473114_00000286

Assignee hereby accepts assignment of the Transferred Patents.

**ASSIGNEE:**

**UNILOC 2017 LLC**

By: _____
    Name:   CONSTANTINE M. DAKOLIAS
    Title:        PRESIDENT

## Exhibit A

## Transferred Patents

| Application Number | Patent Number | Country | Title |
|---|---|---|---|
| 12/634,324 | 8855083 | US | INTER-ACCESS NETWORK HANDOVER |
| 12/634,394 | 8750243 | US | NETWORK MOBILITY |
| 12/196,419 | 8982855 | US | SYSTEMS AND METHODS FOR IMPROVED MOBILITY AND QUALITY OF SERVICE IN A WIRELESS NETWORK |
| 14/479,034 | | US | INTER-ACCESS NETWORK HANDOVER |
| 14/271,195 | 9271210 | US | NETWORK MOBILITY |
| 09/589,794 | 6564229 | US | SYSTEM AND METHOD FOR PAUSING AND RESUMING MOVE/COPY OPERATIONS |
| 09/507,526 | 7216351 | US | SYSTEMS AND METHODS FOR SYNCHRONIZING MULTI-MODAL INTERACTIONS |
| 08/365,269 | 6110228 | US | METHOD AND APPARATUS FOR SOFTWARE MAINTENANCE AT REMOTE NODES |
| 09/594,004 | 7024696 | US | METHOD AND SYSTEM FOR PREVENTION OF PIRACY OF A GIVEN SOFTWARE APPLICATION VIA A COMMUNICATIONS NETWORK |
| 13/451,477 | 8613110 | US | SOFTWARE PIRACY PREVENTION THROUGH REMOTE ENFORCEMENT OF AN ACTIVATION THRESHOLD |
| 14/070,207 | 9298893 | US | ACTIVATION CODE SYSTEM AND METHOD FOR PREVENTING SOFTWARE PIRACY |
| 09/211,529 | 6324578 | US | METHODS, SYSTEMS AND COMPUTER PROGRAM PRODUCTS FOR MANAGEMENT OF CONFIGURABLE APPLICATION PROGRAMS ON A NETWORK |
| 09/211,528 | 6510466 | US | METHODS, SYSTEMS AND COMPUTER PROGRAM PRODUCTS FOR CENTRALIZED MANAGEMENT OF APPLICATION PROGRAMS ON A NETWORK |
| 09/829,854 | 6728766 | US | METHODS, SYSTEMS AND COMPUTER PROGRAM PRODUCTS FOR LICENSE USE MANAGEMENT ON A NETWORK |
| 09/870,608 | 7069293 | US | METHODS, SYSTEMS AND COMPUTER PROGRAM PRODUCTS FOR DISTRIBUTION OF APPLICATION PROGRAMS TO A TARGET STATION ON A NETWORK |
| 08/586,149 | 6489974 | US | BUOY ICON NOTIFICATION OF OBJECT INTERFACE ACCESSIBILITY IN MULTITASKING COMPUTER ENVIRONMENT |
| 09/792,045 | 6857067 | US | SYSTEM AND METHOD FOR PREVENTING UNAUTHORIZED ACCESS TO ELECTRONIC DATA |

Exhibit A-1

**PATENT**
**REEL: 046532 FRAME: 0111**
UNILOC_6473114_00000288

| Application Number | Patent Number | Country | Title |
|---|---|---|---|
| 09/590,859 | 7197144 | US | METHOD AND APPARATUS TO AUTHENTICATE A USER'S SYSTEM TO PREVENT UNAUTHORIZED USE OF SOFTWARE PRODUCTS DISTRIBUTED TO USERS |
| 11/644455 | 7653508 | US | HUMAN ACTIVITY MONITORING DEVICE |
| 11/698633 | 7690556 | US | STEP COUNTER ACCOUNTING FOR INCLINE |
| 12/694135 | 7881902 | US | HUMAN ACTIVITY MONITORING DEVICE |
| 13/018321 | 8712723 | US | HUMAN ACTIVITY MONITORING DEVICE |
| | | | |
| 09/727727 | 7092671 | US | METHOD AND SYSTEM FOR WIRELESSLY AUTODIALING A TELEPHONE NUMBER FROM A RECORD STORED ON A PERSONAL INFORMATION DEVICE |
| 10/712451 | 7330013 | US | APPARATUS AND METHOD FOR CHARGING AND DISCHARGING A BATTERY |
| 08/430943 | 6580422 | US | REMOTE COMPUTER DISPLAY USING GRAPHICS PRIMITIVES SENT OVER A WIRELESS LINK |
| 10/011140 | 6661203 | US | BATTERY CHARGING AND DISCHARGING SYSTEM OPTIMIZED FOR HIGH TEMPERATURE ENVIRONMENTS |
| 09/181431 | 6161134 | US | METHOD, APPARATUS AND COMMUNICATIONS SYSTEM FOR COMPANION INFORMATION AND NETWORK APPLIANCES |
| 09/451388 | 6446127 | US | SYSTEM AND METHOD FOR PROVIDING USER MOBILITY SERVICES ON A TELEPHONY NETWORK |
| 09/237609 | 6216158 | US | SYSTEM AND METHOD USING A PALM SIZED COMPUTER TO CONTROL NETWORK DEVICES |
| 09/558413 | 6622018 | US | PORTABLE DEVICE CONTROL CONSOLE WITH WIRELESS CONNECTION |
| 09/246606 | 6363053 | US | METHOD AND APPARATUS FOR MEASUREMENT-BASED CONFORMANCE TESTING OF SERVICE LEVEL AGREEMENTS IN NETWORKS |
| 10/671375 | 8539552 | US | SYSTEM AND METHOD FOR NETWORK BASED POLICY ENFORCEMENT OF INTELLIGENT-CLIENT FEATURES |
| 09/303832 | 6731642 | US | ` |
| 10/834418 | 7573873 | US | INTERNET TELEPHONY USING NETWORK ADDRESS TRANSLATION |
| 09/728833 | 6856616 | US | SYSTEM AND METHOD FOR PROVIDING SERVICE PROVIDER CONFIGURATIONS FOR TELEPHONES USING A CENTRAL SERVER IN A DATA NETWORK TELEPHONY SYSTEM |
| 10/259542 | 7240200 | US | SYSTEM AND METHOD FOR GUARANTEEING SOFTWARE INTEGRITY VIA COMBINED HARDWARE AND SOFTWARE AUTHENTICATION |

Exhibit A-2

| Application Number | Patent Number | Country | Title |
|---|---|---|---|
| 11/764748 | 7734921 | US | SYSTEM AND METHOD FOR GUARANTEEING SOFTWARE INTEGRITY VIA COMBINED HARDWARE AND SOFTWARE AUTHENTICATION |
| 12/134134 | 7721098 | US | SYSTEM AND METHOD FOR GUARANTEEING SOFTWARE INTEGRITY VIA COMBINED HARDWARE AND SOFTWARE AUTHENTICATION |
| 08/927660 | 6886013 | US | HTTP CACHING PROXY TO FILTER AND CONTROL DISPLAY OF DATA IN A WEB BROWSER |
| 09/098373 | 6496693 | US | METHOD AND APPARATUS FOR TRANSMITTING DATA TO A PAGER IN A COMMUNICATIONS SYSTEM |
| 09/080022 | 6212522 | US | SEARCHING AND CONDITIONALLY SERVING BOOKMARK SETS BASED ON KEYWORDS |
| 09/116862 | 6247021 | US | SEARCHABLE BOOKMARK SETS AS AN INTERNET ADVERTISING MEDIUM |
| 09/116861 | 6314423 | US | SEARCHING AND SERVING BOOKMARK SETS BASED ON CLIENT SPECIFIC INFORMATION |
| 09/116860 | 6324566 | US | INTERNET ADVERTISING VIA BOOKMARK SET BASED ON CLIENT SPECIFIC INFORMATION |
| 09/116859 | 6223178 | US | SUBSCRIPTION AND INTERNET ADVERTISING VIA SEARCHED AND UPDATED BOOKMARK SETS |
| 09/116858 | 6256639 | US | PROVIDING INTERNET TRAVEL SERVICES VIA BOOKMARK SET |
| 09/113678 | 6128655 | US | DISTRIBUTING MECHANISM FOR FILTERING, FORMATTING AND REUSE OF WEB BASED CONTENT |
| 09/113674 | 6314526 | US | RESOURCE GROUP QUORUM SCHEME FOR HIGHLY SCALABLE AND HIGHLY AVAILABLE CLUSTER SYSTEM MANAGEMENT |
| 09/627030 | 6542591 | US | METHOD AND SYSTEM FOR CALLER IDENTIFICATION CALLBACK LISTS |
| 10/047005 | 6961561 | US | ENHANCING/LIMITING USE OF MOBILE ELECTRONIC DEVICES |
| 11/684047 | 7570015 | US | CONDITIONAL BATTERY CHARGING SYSTEM |
| 11/664078 | 8160566 | US | MESSAGE SENDER CONTROLLABLE MESSAGING SYSTEM |
| 13/277405 | 8589780 | US | PROCESSING GEOGRAPHICAL DATA IN A DOCUMENT |
| 14/241702 | 9265024 | US | DETERMINING LOCATION OF MOBILE DEVICE |
| 12/130471 | 7944353 | US | SYSTEM AND METHOD FOR DETECTING AND BROADCASTING A CRITICAL EVENT |

Exhibit A-3

| Application Number | Patent Number | Country | Title |
|---|---|---|---|
| 09/510182 | 6813630 | US | SYSTEM AND METHOD FOR COMMUNICATING INFORMATION BETWEEN A CLIENT AND A HOST |
| 10/322954 | 8719284 | US | METHOD, SYSTEM AND PROGRAM PRODUCT FOR FILTERING AN ENTRY OF DATA ITEMS |
| 11/780715 | 7849344 | US | METHOD FOR IMPROVING ACCURACY IN PROVIDING INFORMATION PERTAINING TO BATTERY POWER CAPACITY |
| 08/979713 | 6141754 | US | INTEGRATED METHOD AND SYSTEM FOR CONTROLLING INFORMATION ACCESS AND DISTRIBUTION |
| 09/398374 | 6446069 | US | PATENT ACCESS CONTROL SYSTEM FOR A MULTIMEDIA DATASTORE |
| 09/052722 | 6711160 | US | PACKET NETWORK TELEPHONE INTERFACE SYSTEM FOR POTS |
| 2579916 | 2579916 | CA | A METHOD FOR CONTROLLING A MOBILE PHONE |
| 03821273.0 | ZL03821273.0 | CN | SYSTEM AND METHOD FOR GUARANTEEING SOFTWARE INTEGRITY |
| 98118480.4 | ZL98118480.4 | CN | CACHING PROXY THAT FILTERS AND CONTROLS THE DATA DISPLAYED IN THE BROWSER |
| 02819369.5 | ZL02819369.5 | CN | ENHANCING/LIMITING USE OF MOBILE ELECTRONIC DEVICES |
| 200410012092.1 | ZL200410012092.1 | CN | MOBILE PHONE AND ITS CONTROL METHOD |
| 201010526403.1 | ZL201010526403.1 | CN | METHOD AND SYSTEM FOR PROCESSING GEOGRAPHICAL POSITION DATA IN FILE |
| 201110270296.5 | ZL201110270296.5 | CN | METHOD AND DEVICE FOR DETERMINING POSITION OF MOBILE EQUIPMENT |
| 00122515.4 | ZL00122515.4 | CN | INFORMATION CONTENT FOR TRANSMISSION BETWEEN CUSTOMER END AND HOST MACHINE |
| 200310114332.4 | ZL200310114332.4 | CN | METHOD AND SYSTEM FOR FILTERING DATA ITEM |
| 03798246.9 | 60330976.3 | DE | SYSTEM AND METHOD FOR GUARANTEEING SOFTWARE INTEGRITY |
| 05797162.4 | 602005037637.2 | DE | A METHOD FOR CONTROLLING A MOBILE PHONE |
| 03798246.9 | 1547305 | FR | SYSTEM AND METHOD FOR GUARANTEEING SOFTWARE INTEGRITY |
| 03798246.9 | 1547305 | GB | SYSTEM AND METHOD FOR GUARANTEEING SOFTWARE INTEGRITY |
| 9816410.6 | 2329310 | GB | HTTP CACHING PROXY TO FILTER AND CONTROL DISPLAY OF DATA IN A WEB BROWSER |
| 9909081.3 | 2338577 | GB | TRANSMITTING DATA TO E.G. A PAGER |

Exhibit A-4

| Application Number | Patent Number | Country | Title |
|---|---|---|---|
| 05797162.4 | 1800500 | GB | A METHOD FOR CONTROLLING A MOBILE PHONE |
| 162437 | 162437 | IL | METHOD FOR LIMITING THE USE OF MOBILE ELECTRONIC EQUIPMENT |
| 552/DELNP/2005 | 259481 | IN | A SYSTEM AND METHOD FOR GUARANTEEING MESSAGE INTEGRITY |
| 1788/CHENP/2007 | 253286 | IN | A METHOD FOR CONTROLLING A MOBILE PHONE |
| 2004-539185 | 4793843 | JP | SYSTEM AND METHOD FOR GUARANTEEING SOFTWARE INTEGRITY VIA COMBINED HARDWARE AND SOFTWARE AUTHENTICATION |
| 10-238680 | 2994351 | JP | HTTP CACHING PROXY TO FILTER AND CONTROL DISPLAY OF DATA IN A WEB BROWSER |
| 2003-563257 | 4225914 | JP | ENHANCING/ LIMITING USE OF MOBILE ELECTRONIC DEVICES |
| 2007-532881 | 5220413 | JP | MESSAGE SENDER CONTROLLABLE MESSAGING SYSTEM |
| 2014-523175 | 5706585 | JP | DETERMINING LOCATION OF MOBILE DEVICE |
| 2000-225340 | 4267186 | JP | SYSTEM AND METHOD FOR COMMUNICATING INFORMATION CONTENT BETWEEN A CLIENT AND A HOST |
| 11-064012 | 3202003 | JP | PACKET NETWORK TELEPHONE INTERFACE SYSTEM FOR POTS |
| 2005-7003128 | 0702499 | KR | SYSTEM AND METHOD FOR GUARANTEEING SOFTWARE INTEGRITY VIA COMBINED HARDWARE AND SOFTWARE AUTHENTICATION |
| 1999-0022327 | 0326982 | KR | A RESOURCE GROUP QUORUM SCHEME FOR HIGHLY SCALABLE AND HIGHLY AVAILABLE CLUSTER SYSTEM MANAGEMENT |
| 2004-7010406 | 0570140 | KR | ENHANCING/ LIMITING USE OF MOBILE ELECTRONIC DEVICES |
| 200500935-2 | 109890 | SG | SYSTEM AND METHOD FOR GUARANTEEING SOFTWARE INTEGRITY VIA COMBINED HARDWARE AND SOFTWARE AUTHENTICATION |
| 200004103-8 | 101939 | SG | SYSTEM AND METHOD FOR COMMUNICATING INFORMATION CONTENT BETWEEN A CLIENT AND A HOST |
| 92121018 | I225195 | TW | SYSTEM AND METHOD FOR GUARANTEEING SOFTWARE INTEGRITY VIA COMBINED HARDWARE AND SOFTWARE AUTHENTICATION |
| 92100604 | I222307 | TW | ENHANCING/ LIMITING USE OF MOBILE ELECTRONIC DEVICES |
| 94132845 | I392395 | TW | MESSAGE SENDER CONTROLLABLE MESSAGING SYSTEM |
| 89107051 | NI-154225 | TW | SYSTEM AND METHOD FOR COMMUNICATING INFORMATION CONTENT BETWEEN A CLIENT AND A HOST |

Exhibit A-5

**PATENT**
**REEL: 046532 FRAME: 0115**

UNILOC_6473114_00000292

| Application Number | Patent Number | Country | Title |
|---|---|---|---|
| 822814 | GB 2466225 | GB | INTER-ACCESS NETWORK HANDOVER |
| 08 228 15.7 | 2466226 | GB | NETWORK MOBILITY |
| 05 192 57.0 | 2430581 | GB | ACCESS ROUTER SELECTION |
| 518106 | 2430111 | GB | A METHOD OF CONFIRMING DATAGRAM RECEPTION IN UNIDIRECTIONAL NETWORKS |
| 518107.8 | 2429876 | GB | METHOD OF PROVIDING ACCESS TO PACKET-SWITCHED SERVICES IN HETEROGENEOUS NETWORK ENVIRONMENT |
| 716529.3 | 2452699 | GB | MOBILITY AND QUALITY OF SERVICE |
| 421397.1 | 2418568 | GB | A METHOD OF ESTIMATING THE CELL LOCATION OF A MOBILE TERMINAL IN HETEROGENEOUS NETWORK ENVIRONMENT |
| 2004308435 | 2004308435 | AU | SYSTEM AND METHOD FOR INITIATING A CONFERENCE CALL |
| 2550994 | | CA | SYSTEM AND METHOD FOR INITIATING A CONFERENCE CALL |
| 2734781 | 2734781 | CA | CONTENT, TRAFFIC AND ADVERTISING ENGINE, SYSTEM AND METHOD |
| 200480041712.20 | 101088273 | CN | SYSTEM AND METHOD FOR INITIATING A CONFERENCE CALL |
| 4181/DELNP/2006 | | IN | SYSTEM AND METHOD FOR INITIATING A CONFERENCE CALL |
| 1189/KOLNP/2011 | | IN | CONTENT, TRAFFIC AND ADVERTISING ENGINE, SYSTEM AND METHOD |
| 2006-547341 | 5101108 | JP | SYSTEM AND METHOD FOR INITIATING A CONFERENCE CALL |
| 2012-56519 | 5531044 | JP | SYSTEM AND METHOD FOR INITIATING A CONFERENCE CALL |
| 11/019,655 | 7804948 | US | SYSTEM AND METHOD FOR INITIATING A CONFERENCE CALL |
| 12/723,750 | 7853000 | US | SYSTEM AND METHOD FOR INITIATING A CONFERENCE CALL |
| 12/907,550 | 8571194 | US | SYSTEM AND METHOD FOR INITIATING A CONFERENCE CALL |
| 13/357,132 | 8594294 | US | SYSTEM AND METHOD FOR INITIATING A CONFERENCE CALL |
| 14/052,166 | 9172815 | US | SYSTEM AND METHOD FOR INITIATING A CONFERENCE CALL |
| 12/545,129 | 8782540 | US | CONTENT, TRAFFIC AND ADVERTISING ENGINE, SYSTEM AND METHOD |
| 12/545,125 | 8700731 | US | SYSTEM AND METHOD FOR AGGREGATING AND PROVIDING AUDIO AND VISUAL PRESENTATIONS VIA A COMPUTER NETWORK |
| 12/545,131 | 8407609 | US | SYSTEM AND METHOD FOR PROVIDING AND TRACKING THE PROVISION OF AUDIO AND VISUAL PRESENTATIONS VIA A COMPUTER NETWORK |
| 14/299,221 | 9412119 | US | CONTENT, TRAFFIC AND ADVERTISING ENGINE, SYSTEM AND METHOD |

Exhibit A-6

**PATENT**
**REEL: 046532 FRAME: 0116**
UNILOC_6473114_00000293

| Application Number | Patent Number | Country | Title |
|---|---|---|---|
| 15/454,251 | | US | SYSTEM AND METHOD FOR AGGREGATING AND PROVIDING AUDIO AND VISUAL PRESENTATIONS VIA A COMPUTER NETWORK |
| 93140135 | I419543 | TW | SYSTEM AND METHOD FOR INITIATING A CONFERENCE CALL |
| 10/346,989 | 7337151 | US | AUTOMATED PRICING SYSTEM |
| 12/011,270 | 7769595 | US | AUTOMATED PRICING AND/OR "GREEN" INDICATING METHOD AND SYSTEM |
| 12/004,187 | 7783523 | US | AUTOMATED PRICING SYSTEM |
| 12/802,848 | 8260628 | US | AUTOMATED PRICING AND/OR "GREEN" INDICATING METHOD AND SYSTEM |
| 12/803,404 | 8266005 | US | AUTOMATED PRICING SYSTEM |
| 13/587,124 | 8515820 | US | AUTOMATED PRICING SYSTEM |
| 13/942,523 | | US | AUTOMATED PRICING SYSTEM |
| 09/436515 | 6736759 | US | EXERCISE MONITORING SYSTEM AND METHODS |
| 10/847208 | 7220220 | US | EXERCISE MONITORING SYSTEM AND METHODS |
| 10/036,298 | 7092953 | US | APPARATUS AND METHODS FOR INTELLECTUAL PROPERTY DATABASE NAVIGATION |
| 10/035,347 | 7099849 | US | INTEGRATED MEDIA MANAGEMENT AND RIGHTS DISTRIBUTION APPARATUS |
| 10/740,030 | 7535890 | US | SYSTEM AND METHOD FOR INSTANT VOIP MESSAGING |
| 12/398,076 | 8199747 | US | SYSTEM AND METHOD FOR INSTANT VOIP MESSAGING |
| 12/398,063 | 8243723 | US | SYSTEM AND METHOD FOR INSTANT VOIP MESSAGING |
| 13/546,673 | 8724622 | US | SYSTEM AND METHOD FOR INSTANT VOIP MESSAGING |
| 14/224,125 | 8995433 | US | SYSTEM AND METHOD FOR INSTANT VOIP MESSAGING |
| 14/633,057 | 9621490 | US | SYSTEM AND METHOD FOR INSTANT VOIP MESSAGING |
| 08/951,177 | 5939833 | US | FIELD EMISSION DEVICE WITH LOW DRIVING VOLTAGE |
| 08/984,505 | 5954788 | US | APPARATUS FOR PERFORMING MODULAR MULTIPLICATION |
| 09/027,598 | 5973490 | US | LINE DRIVER WITH ADAPTIVE OUTPUT IMPEDANCE |
| 08/969,729 | 5991288 | US | VOICE CODING APPARATUS AT A CODE DIVISION MULTIPLE ACCESS BASE STATION |
| 08/959,084 | 6025877 | US | SCALABLE TRANSMISSION METHOD OF VISUAL OBJECTS SEGMENTED BY CONTENT-BASE |
| 08/987,832 | 6035349 | US | STRUCTURE OF PORTABLE MULTIMEDIA DATA INPUT/OUTPUT PROCESSOR AND METHOD FOR DRIVING THE SAME |

Exhibit A-7

**PATENT**
**REEL: 046532 FRAME: 0117**

UNILOC_6473114_00000294

| Application Number | Patent Number | Country | Title |
|---|---|---|---|
| 09/006,904 | 6039248 | US | METHOD FOR PREPARING SAFE ELECTRONIC NOTARIZED DOCUMENTS IN ELECTRONIC COMMERCE |
| 08/990,047 | 6041036 | US | DUAL RECEIVE, DUAL TRANSMIT FAULT TOLERANT NETWORK ARRANGEMENT AND PACKET HANDLING METHOD |
| 09/135,576 | 6057736 | US | GAIN CONTROLLED AMPLIFIER |
| 09/146,529 | 6064265 | US | GAIN CONTROL CIRCUIT FOR LOW-NOISE AMPLIFIER |
| 09/227,107 | 6068588 | US | COUNTERBALANCED PUMP |
| 09/063,666 | 6085091 | US | METHOD FOR CONTROLLING HAND OFF OF MOBILE TERMINAL IN CODE DIVISION MULTIPLE ACCESS MOBILE COMMUNICATION SYSTEM |
| 09/135,645 | 6087232 | US | FABRICATION METHOD OF LATERAL DOUBLE DIFFUSED MOS TRANSISTORS |
| 09/275,363 | 6104354 | US | RADIO APPARATUS |
| 09/074,617 | 6108592 | US | VOICE-CONTROLLED MOTORIZED WHEELCHAIR WITH SENSORS AND DISPLAYS |
| 09/062,947 | 6111438 | US | CURRENT MEMORY AND CIRCUIT ARRANGEMENT COMPRISING CURRENT MEMORIES |
| 08/968,403 | 6118890 | US | SYSTEM AND METHOD FOR BROAD CLASSIFICATION OF BIOMETRIC PATTERNS |
| 08/987,551 | 6128289 | US | VOICE CODING METHOD AT A CODE DIVISION MULTIPLE ACCESS BASE STATION |
| 09/141,244 | 6128492 | US | METHOD FOR TRACING CENTRALIZED PROCESS POSITION OF MOBILE STATION USING RADIO LAN |
| 09/018,984 | 6130964 | US | IMAGE SEGMENTATION AND OBJECT TRACKING METHOD AND CORRESPONDING SYSTEM |
| 09/162,791 | 6133765 | US | SWITCHED-CURRENT MEMORY |
| 09/429,752 | 6147896 | US | NONVOLATILE FERROELECTRIC MEMORY USING SELECTIVE REFERENCE CELL |
| 08/989,875 | 6151676 | US | ADMINISTRATION AND UTILIZATION OF SECRET FRESH RANDOM NUMBERS IN A NETWORKED ENVIRONMENT |
| 09/444,898 | 6166337 | US | DEVICE INCLUDING A PRINTED CIRCUIT BOARD WHICH IS CONTACTED BY DEPRESSING A KEY LOCATED AT A HOUSING WALL WHICH MAKES AN ANGLE WITH THE PRINTED CIRCUIT BOARD |
| 09/031,374 | 6167237 | US | UNIVERSAL WIRELESS COMMUNICATION SYSTEM, A TRANSMISSION PROTOCOL, A WIRELESS COMMUNICATION STATION, AND A RADIO BASE STATION |

Exhibit A-8

**PATENT**
**REEL: 046532 FRAME: 0118**

UNILOC_6473114_00000295

| Application Number | Patent Number | Country | Title |
|---|---|---|---|
| 09/050,679 | 6182220 | US | SYSTEM AND METHOD FOR BUILDING AND EXCHANGING ENCRYPTED PASSWORDS BETWEEN A CLIENT AND SERVER |
| 09/030,435 | 6185318 | US | SYSTEM AND METHOD FOR MATCHING (FINGERPRINT) IMAGES USING AN ALIGNED STRING-BASED REPRESENTATION |
| 09/334,504 | 6190319 | US | SELF CALIBRATING LINEAR POSITION SENSOR |
| 09/107,528 | 6195392 | US | METHOD AND ARRANGEMENT FOR GENERATING PROGRAM CLOCK REFERENCE VALUES (PCRS) IN MPEG BITSTREAMS |
| 09/300,804 | 6201844 | US | TRANSCODING OF A DATA STREAM |
| 09/238,537 | 6215403 | US | WIRELESS MONITORING SYSTEM |
| 09/145,331 | 6219724 | US | DIRECT MEMORY ACCESS CONTROLLER |
| 09/244,209 | 6229994 | US | FITTING DEVICE FOR SEPARATE ELEMENTS OF A MOBILE TELEPHONE HANDSET AND THE HANDSET THUS OBTAINED |
| 09/024,632 | 6239772 | US | VIDEO MOIRE REDUCTION |
| 09/050,595 | 6239773 | US | IMAGE DISPLAY DEVICE HAVING A DRIVE CIRCUIT FOR DIFFERENTIALLY CONTROLLING THE LUMINOSITY OF WINDOWS IN THE DISPLAY |
| 09/047,684 | 6240300 | US | TELEPHONY DEVICE COMPRISING A BASE STATION AND AT LEAST A SUBSCRIBER UNIT AND METHOD FOR CONNECTING TO SUCH A TELEPHONY DEVICE |
| 08/976,710 | 6246447 | US | VIDEO FORMAT ADAPTIVE BEAM SIZE FOR VIDEO MOIRE REDUCTION |
| 09/435,039 | 6249251 | US | HARDWARE-EFFICIENT DEMODULATOR FOR CDMA ADAPTIVE ANTENNA ARRAY SYSTEMS |
| 09/102,949 | 6253201 | US | SCALABLE SOLUTION FOR IMAGE RETRIEVAL |
| 09/217,408 | 6260031 | US | CODE COMPACTION BY EVOLUTIONARY ALGORITHM |
| 08/977,951 | 6271826 | US | MIXING A GRAPHICS SIGNAL AND A VIDEO SIGNAL |
| 09/131,334 | 6275956 | US | INTEGRATED DYNAMIC-VISUAL PARALLEL DEBUGGING APPARATUS AND METHOD THEREOF |
| 09/206,031 | 6281903 | US | METHODS AND APPARATUS FOR EMBEDDING 2D IMAGE CONTENT INTO 3D MODELS |
| 09/031,198 | 6289316 | US | PROGRESS NOTES MODEL IN A CLINICAL INFORMATION SYSTEM |
| 09/432,896 | 6290640 | US | UNCOUPLED ROTARY LINEAR PUMP |
| 09/549,803 | 6300885 | US | DUAL ALDC DECOMPRESSORS INSIDE PRINTER ASIC |
| 09/031,696 | 6301641 | US | METHOD FOR REDUCING THE FREQUENCY OF CACHE MISSES IN A COMPUTER |

Exhibit A-9

| Application Number | Patent Number | Country | Title |
|---|---|---|---|
| 09/264,912 | 6308191 | US | PROGRAMMABLE PROCESSOR CIRCUIT WITH A RECONFIGURABLE MEMORY FOR REALIZING A DIGITAL FILTER |
| 09/030,363 | 6314197 | US | DETERMINING AN ALIGNMENT ESTIMATION BETWEEN TWO ( FINGERPRINT) IMAGES |
| 09/393,279 | 6316281 | US | METHOD FOR FABRICATING A HYBRID OPTICAL INTEGRATED CIRCUIT EMPLOYING SOI OPTICAL WAVEGUIDE |
| 09/369,540 | 6323824 | US | DIELECTRIC RESONATOR ANTENNA |
| 09/079,662 | 6326965 | US | INTERACTIVE REPRESENTATION AND RETRIEVAL OF MULTI-DIMENSIONAL DATA USING VIEW ELEMENTS |
| 09/216,261 | 6337972 | US | MELODIC ALERTS FOR COMMUNICATIONS DEVICE |
| 09/478,474 | 6349114 | US | CAMERA MOTION PARAMETERS ESTIMATION METHOD |
| 09/216,266 | 6349154 | US | METHOD AND ARRANGEMENT FOR CREATING A HIGH-RESOLUTION STILL PICTURE |
| 09/244,841 | 6351564 | US | METHOD OF SWITCHING OF CODED VIDEO SEQUENCES AND CORRESPONDING DEVICE |
| 08/994,827 | 6356288 | US | DIVERSION AGENT USES CINEMATOGRAPHIC TECHNIQUES TO MASK LATENCY |
| 09/519,548 | 6359658 | US | SUBJECTIVE NOISE MEASUREMENT ACTIVE VIDEO SIGNAL |
| 09/006,657 | 6363380 | US | MULTIMEDIA COMPUTER SYSTEM WITH STORY SEGMENTATION CAPABILITY AND OPERATING PROGRAM THEREFOR INCLUDING FINITE AUTOMATION VIDEO PARSER |
| 09/384,763 | 6366885 | US | SPEECH DRIVEN LIP SYNTHESIS USING VISEME BASED HIDDEN MARKOV MODELS |
| 09/475,743 | 6366908 | US | KEYFACT-BASED TEXT RETRIEVAL SYSTEM, KEYFACT-BASED TEXT INDEX METHOD, AND RETRIEVAL METHOD |
| 09/198,928 | 6382867 | US | JOINING DEVICE FOR FIRMLY JOINING PLASTIC JOINING PARTS TOGETHER |
| 09/276,870 | 6385607 | US | GENERATING REGRESSION TREES WITH OBLIQUE HYPERPLANES |
| 09/241,016 | 6396875 | US | METHOD OF SWITCHING OF CODED VIDEO SEQUENCES AND CORRESPONDING DEVICE |
| 09/454,389 | 6400932 | US | LOW OFFSET AUTOMATIC FREQUENCY TUNING CIRCUITS FOR CONTINUOUS-TIME FILTER |
| 09/865,004 | 6404011 | US | SEMICONDUCTOR POWER INTEGRATED CIRCUIT |
| 09/333,633 | 6405301 | US | PARALLEL DATA PROCESSING |
| 09/773,160 | 6407681 | US | QUANTIZATION METHOD FOR BIT RATE TRANSCODING APPLICATIONS |

Exhibit A-10

PATENT
REEL: 046532 FRAME: 0120
UNILOC_6473114_00000297

| Application Number | Patent Number | Country | Title |
|---|---|---|---|
| 09/966,112 | 6411542 | US | FERROELECTRIC MEMORY DEVICE HAVING FERROELECTRIC MEMORY TRANSISTORS CONNECTED TO SEPARATE WELL LINES |
| 09/499,920 | 6431447 | US | SYSTEM AND METHOD FOR READING A BARCODE USING LASER DIODE ARRAY |
| 09/579,313 | 6432135 | US | TORSION HEART VALVE |
| 09/569,916 | 6436027 | US | HYDRODYNAMIC BLOOD BEARING |
| 09/899,441 | 6437545 | US | DC / DC CONVERTER INCLUDING CONTROL MEANS FOR CONTROLLING MULTIPLE OUTPUTS USING SEPARATE SWITCHING CYCLES FOR EACH OUTPUT |
| 09/549,689 | 6439457 | US | METHOD AND SYSTEM FOR PERSONALIZED MESSAGE STORAGE AND RETRIEVAL |
| 10/012,015 | 6469910 | US | ELECTRONIC DEVICE WITH A VARIABLE KEYBOARD |
| 09/116,769 | 6473095 | US | HISTOGRAM METHOD FOR CHARACTERIZING VIDEO CONTENT |
| 09/550,607 | 6473114 | US | METHOD AND SYSTEM FOR INDICATING CHANGE OF SPEAKER IN A VIDEOCONFERENCE APPLICATION |
| 09/757,786 | 6477211 | US | TRANSCODING OF A DATA STREAM |
| 09/198,045 | 6480480 | US | WIRELESS LOCAL AREA NETWORK COMPRISING A CONTROLLER AND AT LEAST ONE CANDIDATE-CONTROLLER TERMINAL |
| 09/409,814 | 6480849 | US | EFFICIENT CONCURRENCY CONTROL METHOD FOR HIGH DIMENSIONAL INDEX STRUCTURES |
| 09/855,581 | 6483456 | US | GPS RECEIVER |
| 09/497,345 | 6484172 | US | CONCURRENCY CONTROL METHOD FOR HIGH-DIMENSIONAL INDEX STRUCTURE USING LATCH AND LOCK |
| 09/884,222 | 6498541 | US | COMMUNICATION BUS SYSTEM AND APPARATUS AND DEVICE FOR USE IN SUCH A SYSTEM |
| 09/615,880 | 6498814 | US | DRIFT-FREE TRANSCODER AND RELATED METHOD |
| 09/459,255 | 6501744 | US | SLOTTED MODE IN WIRELESS CDMA SYSTEMS |
| 09/232,896 | 6502105 | US | REGION-BASED IMAGE ARCHIVING AND RETRIEVING SYSTEM |
| 09/366,695 | 6526183 | US | STATIC IMAGE GENERATION METHOD AND DEVICE |
| 09/920,040 | 6528741 | US | TEXT ENTRY ON PORTABLE DEVICE |
| 09/104,900 | 6529600 | US | METHOD AND DEVICE FOR PREVENTING PIRACY OF VIDEO MATERIAL FROM THEATER SCREENS |
| 09/499,915 | 6529882 | US | METHOD FOR MANAGING GROUP MEMBERSHIP IN INTERNET MULTICAST APPLICATIONS |

Exhibit A-11

| Application Number | Patent Number | Country | Title |
|---|---|---|---|
| 09/678,966 | 6539071 | US | FREQUENCY CORRECTION AT THE RECEIVER END IN A PACKET TRANSMISSION SYSTEM |
| 10/032,754 | 6541319 | US | METHOD OF MANUFACTURING A SELF-ALIGNED GATE TRANSISTOR WITH P-TYPE IMPURITIES SELECTIVELY IMPLANTED BELOW THE GATE, SOURCE AND DRAIN ELECTRODES |
| 10/086,047 | 6543025 | US | TRANSMISSION SYSTEM WITH ADAPTIVE CHANNEL ENCODER AND DECODER |
| 09/411,460 | 6553110 | US | SELECTIVE TELEPHONE CALLER IDENTIFICATION SERVICE |
| 09/374,692 | 6577629 | US | SWITCHING NETWORK WITH COMPLETE TRANSFER OF THE CONTENTS OF A HEADER FIELD OF A CELL |
| 09/475,224 | 6584212 | US | APPARATUS FOR MOTION ESTIMATION WITH CONTROL PART IMPLEMENTED BY STATE TRANSITION DIAGRAM |
| 10/112,359 | 6593603 | US | PSEUDOMORPHIC HIGH ELECTRON MOBILITY TRANSISTOR POWER DEVICE AND METHOD FOR MANUFACTURING THE SAME |
| 09/382,732 | 6597802 | US | SYSTEM AND METHOD FOR GENERATING A ROLLED SURFACE REPRESENTATION FROM A SET OF PARTIAL IMAGES |
| 09/580,169 | 6598146 | US | DATA-PROCESSING ARRANGEMENT COMPRISING A PLURALITY OF PROCESSING AND MEMORY CIRCUITS |
| 09/062,941 | 6606641 | US | SYSTEM FOR VARYING THE DYNAMIC RANGE OF COEFFICIENTS IN A DIGITAL FILTER |
| 10/032,720 | 6608578 | US | CURRENT CELL DRIVING CIRCUIT IN DIGITAL-TO-ANALOG CONVERTER |
| 09/498,921 | 6614759 | US | ONU FUNCTION PROCESSING APPARATUS IN ATM-PON SYSTEM |
| 09/448,531 | 6614761 | US | ADSL SUBSCRIBER PROCESSING EQUIPMENT IN ATM SWITCH |
| 09/495,741 | 6614928 | US | AUTOMATIC PARCEL VOLUME CAPTURE SYSTEM AND VOLUME CAPTURE METHOD USING PARCEL IMAGE RECOGNITION |
| 10/114,507 | 6621440 | US | DIGITAL TO ANALOGUE CONVERTER |
| 09/708,165 | 6628712 | US | SEAMLESS SWITCHING OF MPEG VIDEO STREAMS |
| 10/032,987 | 6636435 | US | FERROELECTRIC MEMORY CELL ARRAY AND METHOD OF STORING DATA USING THE SAME |
| 09/757,613 | 6731285 | US | SYSTEM AND METHOD FOR PROVIDING HIGH PERFORMANCE IMAGE MAGNIFICATION IN A WEB BROWSER |
| 10/092,902 | 6741929 | US | VIRTUAL NAVIGATION SYSTEM AND METHOD USING MOVING IMAGE |

Exhibit A-12

**PATENT**
**REEL: 046532 FRAME: 0122**
UNILOC_6473114_00000299

| Application Number | Patent Number | Country | Title |
|---|---|---|---|
| 10/325,929 | 6774697 | US | INPUT AND OUTPUT PORT CIRCUIT |
| 09/425,657 | 6781951 | US | RADIO COMMUNICATION SYSTEM |
| 09/952,193 | 6910175 | US | ENCODER REDUNDANCY SELECTION SYSTEM AND METHOD |
| 09/773,413 | 6937645 | US | COMMUNICATION SYSTEM AND A RECEIVER FOR USE IN THE SYSTEM |
| 09/694,455 | 6961473 | US | FASTER TRANSFORMS USING EARLY ABORTS AND PRECISION REFINEMENTS |
| 10/230,563 | 6963117 | US | MICROELECTROMECHANICAL DEVICE USING RESISTIVE ELECTROMECHANICAL CONTACT |
| 09/795,020 | 6963377 | US | ENCODING METHOD AND DEVICE INCLUDING THRESHOLDING PIXEL-TO-PIXEL DIFFERENCES |
| 09/411,756 | 6966027 | US | METHOD AND APPARATUS FOR STREAMING XML CONTENT |
| 10/221,069 | 6968007 | US | METHOD AND DEVICE FOR SCALABLE VIDEO TRANSCODING |
| 09/557,600 | 6973055 | US | NETWORK WITH SEVERAL NETWORK CLUSTERS FOR WIRELESS TRANSMISSION OF PACKETS |
| 09/774,925 | 6975991 | US | WEARABLE DISPLAY SYSTEM WITH INDICATORS OF SPEAKERS |
| 10/083,334 | 6978026 | US | CIRCUIT ARRANGEMENT FOR GAINING A STEREO SUBCARRIER AND AN RDS CARRIER |
| 10/161,795 | 6980599 | US | VIDEO DECODING SYSTEM AND METHOD HAVING POST-PROCESSING TO REDUCE SHARPNESS PREDICTION DRIFT |
| 09/908,197 | 6981046 | US | SYSTEM FOR THE EFFICIENT TRANSMISSION OF PARTIAL OBJECTS IN DISTRIBUTED DATA BASES |
| 10/084,724 | 6982748 | US | AUTOMATICALLY SWITCHED CAMERA SYSTEM WITH INDICATOR FOR NOTIFYING THE NEXT SUBJECT OF THE CAMERA SYSTEM |
| 09/928,795 | 6985603 | US | METHOD AND APPARATUS FOR EXTENDING VIDEO CONTENT ANALYSIS TO MULTIPLE CHANNELS |
| 10/015,965 | 6986466 | US | DATA-PROCESSING SYSTEM |
| 10/732,720 | 6989716 | US | VARIABLE GAIN AMPLIFIER |
| 09/616,631 | 6990496 | US | SYSTEM AND METHOD FOR AUTOMATED CLASSIFICATION OF TEXT BY TIME SLICING |
| 10/175,607 | 6992697 | US | METHOD AND APPARATUS TO MEASURE VIDEO QUALITY ON ANY DISPLAY DEVICE WITH ANY IMAGE SIZE STARTING FROM A KNOW DISPLAY TYPE AND SIZE |
| 09/741,654 | 6992719 | US | METHOD AND DEVICE FOR FOCUSING A CAMERA UTILIZING FILTERS CONTAINED IN A PROCESSOR |

Exhibit A-13

| Application Number | Patent Number | Country | Title |
|---|---|---|---|
| 09/857,964 | 6992976 | US | NETWORK FOR A RECONFIGURATION AFTER A STEP-BY-STEP REPAIR OF DEFECTS |
| 09/633,760 | 6993179 | US | STRAPDOWN SYSTEM FOR THREE-DIMENSIONAL RECONSTRUCTION |
| 10/749,749 | 6995452 | US | MOSFET DEVICE WITH NANOSCALE CHANNEL AND METHOD OF MANUFACTURING THE SAME |
| 10/098,456 | 6996181 | US | MOTION ESTIMATION METHOD BY EMPLOYING A STOCHASTIC SAMPLING TECHNIQUE |
| 10/491,373 | 6996279 | US | COMPRESSED STORAGE OF DATA ITEMS |
| 10/327,881 | 6999127 | US | APPARATUS AND METHOD FOR IMAGE CONVERSION AND AUTOMATIC ERROR CORRECTION FOR DIGITAL TELEVISION RECEIVER |
| 09/992,922 | 7003150 | US | HOMOGRAPHY TRANSFER FROM POINT MATCHES |
| 10/643,253 | 7003409 | US | PREDICTIVE FAILURE ANALYSIS AND FAILURE ISOLATION USING CURRENT SENSING |
| 10/865,382 | 7006044 | US | MICROSTRIP PATCH ANTENNA USING MEMS TECHNOLOGY |
| 10/173,160 | 7006659 | US | METHOD FOR EMBEDDING AND EXTRACTING A SPATIAL DOMAIN BLIND WATERMARK USING SAMPLE EXPANSION |
| 09/938,377 | 7010159 | US | APPARATUS AND METHOD FOR COMBINING RANDOM SET OF VIDEO FEATURES IN A NON-LINEAR SCHEME TO BEST DESCRIBE PERCEPTUAL QUALITY OF VIDEO SEQUENCES USING HEURISTIC SEARCH METHODOLOGY |
| 10/262,796 | 7019985 | US | ELECTRONIC DEVICE WITH A VARIABLE KEYBOARD |
| 09/961,996 | 7020252 | US | GROUP AUDIO MESSAGE BOARD |
| 09/938,630 | 7023850 | US | MULTICASTING APPARATUS AND METHOD IN SHARED MEMORY SWITCH |
| 09/975,152 | 7027421 | US | METHOD AND APPARATUS FOR SEARCHER BEAMFORMING IN CDMA BASE STATION SYSTEM USING ARRAY ANTENNA |
| 10/022,731 | 7027491 | US | INTERFERENCE CANCELLATION RECEIVER FOR USE IN A CDMA SYSTEM |
| 10/196,096 | 7027588 | US | TELEPHONE APPARATUS COMPRISING MONITORING MEANS |
| 09/993,061 | 7031497 | US | METHOD FOR COMPUTING OPTICAL FLOW UNDER THE EPIPOLAR CONSTRAINT |
| 10/122,746 | 7035586 | US | WIRELESS INTERCONNECTION METHOD AND ASSEMBLY FOR ESTABLISHING A BIDIRECTIONAL COMMUNICATION BETWEEN AUDIO AND/OR VIDEO DEVICES |
| 10/076,352 | 7038721 | US | GAMMA CORRECTION CIRCUIT |

Exhibit A-14

**PATENT**
**REEL: 046532 FRAME: 0124**

UNILOC_6473114_00000301

| Application Number | Patent Number | Country | Title |
|---|---|---|---|
| 10/025,797 | 7039094 | US | ADAPTIVE RAKE RECEIVING APPARATUS CONSTRAINED WITH AT LEAST ONE CONSTRAINT FOR USE IN MOBILE COMMUNICATION SYSTEM AND METHOD THEREFOR |
| 10/201,368 | 7039837 | US | SIGNAL CODING |
| 10/015,807 | 7048191 | US | 4-STATE BAR CODE PRINTING AND READING SYSTEM AND METHOD FOR CONTROLLING THE SAME |
| 09/967,548 | 7050511 | US | IN-BAND ADJACENT-CHANNEL DIGITAL AUDIO BROADCASTING SYSTEM |
| 09/752,667 | 7054365 | US | METHOD FOR PROVIDING VARIABLE BIT RATE IN STREAMING SERVICE |
| 09/995,718 | 7054856 | US | SYSTEM FOR DRAWING PATENT MAP USING TECHNICAL FIELD WORD AND METHOD THEREFOR |
| 10/273,256 | 7065701 | US | METHOD FOR ITERATIVELY DECODING BLOCK TURBO CODES AND RECORDING MEDIUM FOR STORING ITERATIVE DECODING PROGRAM OF BLOCK TURBO CODES |
| 10/269,567 | 7076490 | US | OBJECT-RELATIONAL DATABASE MANAGEMENT SYSTEM AND METHOD FOR DELETING CLASS INSTANCE FOR THE SAME |
| 10/180,406 | 7079704 | US | OBJECTIVE METHOD AND SYSTEM FOR ESTIMATING PERCEIVED IMAGE AND VIDEO SHARPNESS |
| 10/067,414 | 7081919 | US | GREEN RECONSTRUCTION FOR IMAGE SENSORS |
| 10/134,212 | 7082156 | US | METHOD OF DETECTING, AND A RECEIVER FOR, A SPREAD SPECTRUM SIGNAL |
| 09/686,830 | 7085929 | US | METHOD AND APPARATUS FOR REVOCATION LIST MANAGEMENT USING A CONTACT LIST HAVING A CONTACT COUNT FIELD |
| 09/987,933 | 7093290 | US | SECURITY SYSTEM FOR NETWORKS AND THE METHOD THEREOF |
| 09/995,740 | 7099376 | US | METHOD FOR PARALLEL TYPE INTERFERENCE CANCELLATION IN CODE DIVISION MULTIPLE ACCESS RECEIVER |
| 09/763,843 | 7103061 | US | SYNCHRONIZATION CODEWORD FOR INTERFERENCE REDUCTION IN A CDMA SYSTEM |
| 11/026,455 | 7123194 | US | ROTATABLE MICROSTRIP PATCH ANTENNA AND ARRAY ANTENNA USING THE SAME |
| 09/737,190 | 7124034 | US | METHOD FOR CHANGING A TARGET ARRAY, A METHOD FOR ANALYZING A STRUCTURE, AND AN APPARATUS, A STORAGE MEDIUM AND A TRANSMISSION MEDIUM THEREFOR |

Exhibit A-15

PATENT
REEL: 046532 FRAME: 0125
UNILOC_6473114_00000302

| Application Number | Patent Number | Country | Title |
|---|---|---|---|
| 10/187,340 | 7134017 | US | METHOD FOR PROVIDING A TRUSTED PATH BETWEEN A CLIENT AND A SYSTEM |
| 09/817,457 | 7136371 | US | TIME SLOT SORTING METHOD FOR A WIRELESS NETWORK |
| 10/150,827 | 7142578 | US | SINGLE BEAMFORMING STRUCTURE FOR MULTIPLE MODULATION SCHEMES |
| 09/634,731 | 7151562 | US | METHOD AND APPARATUS FOR EXTERNAL CALIBRATION OF A CAMERA VIA A GRAPHICAL USER INTERFACE |
| 10/136,959 | 7154892 | US | METHOD AND APPARATUS FOR MANAGING LPM-BASED CAM LOOK-UP TABLE, AND RECORDING MEDIUM THEREFOR |
| 09/663,315 | 7161952 | US | WIRELESS NETWORK WITH A PLURALITY OF PERSISTENCY PROBABILITIES FOR ACCESSING A RACH CHANNEL |
| 10/098,436 | 7184420 | US | METHOD FOR DYNAMICALLY LOCATING A WIRELESS TCP PROXY IN A WIRED/WIRELESS INTEGRATED NETWORK |
| 09/580,167 | 7188165 | US | METHOD OF, AND A HETEROGENEOUS NETWORK FOR, TRANSMITTING DATA PACKETS |
| 09/653,782 | 7190979 | US | BATTERY ECONOMIZING IN A COMMUNICATIONS SYSTEM |
| 10/365,780 | 7194734 | US | METHOD OF EXECUTING AN INTERPRETER PROGRAM |
| 10/523,389 | 7206555 | US | ANTENNA DIVERSITY SYSTEM AND METHOD FOR OPERATING SAID SYSTEM |
| 10/551,311 | 7212158 | US | METHOD AND APPARATUS FOR BEAMFORMING BASED ON BROADBAND ANTENNA |
| 10/540,101 | 7212159 | US | POSITIONING SYSTEM, APPARATUS AND METHOD |
| 10/734,574 | 7212585 | US | QUADRATURE MODULATION TRANSMITTER |
| 10/185,385 | 7236548 | US | BIT LEVEL DIVERSITY COMBINING FOR COFDM SYSTEM |
| 10/266,302 | 7251251 | US | METHOD OF AND SYSTEM FOR TRANSMITTING A PLURALITY OF MESSAGES |
| 10/557,346 | 7265609 | US | TRANSCONDUCTOR CIRCUITS |
| 09/372,459 | 7639283 | US | COLOR SIGNAL MATRIX ADJUSTMENT |
| 10/550,337 | 7650115 | US | METHOD OF, AND APPARATUS FOR, PROTECTING FROM RADIO FREQUENCY INTERFERENCE |
| 11/447,527 | 7728882 | US | GREEN RECONSTRUCTION FOR IMAGE SENSORS |
| 11/567,772 | 7739392 | US | METHOD AND SYSTEM FOR TRANSFERRING A COMMUNICATION SESSION |
| 10/935,342 | 7764637 | US | PEER-TO-PEER MOBILE INSTANT MESSAGING METHOD AND DEVICE |

Exhibit A-16

PATENT
REEL: 046532 FRAME: 0126

UNILOC_6473114_00000303

| Application Number | Patent Number | Country | Title |
|---|---|---|---|
| 11/120,587 | 7847842 | US | PREVENTING GREEN NON-UNIFORMITY IN IMAGE SENSORS |
| 09/560,203 | 8332302 | US | METHOD AND APPARATUS FOR AUCTIONING ITEMS |
| 13/463,540 | 8369298 | US | METHOD FOR ESTABLISHING NETWORK CONNECTIONS BETWEEN STATIONARY TERMINALS AND REMOTE DEVICES THROUGH MOBILE DEVICES |
| 12/353,662 | 8484089 | US | METHOD AND SYSTEM FOR A HOSTED DIGITAL MUSIC LIBRARY SHARING SERVICE |
| 12/103,591 | 8606856 | US | DIGITAL MEDIA ASSET IDENTIFICATION SYSTEM AND METHOD |
| 13/603,372 | 8626838 | US | DIGITAL MEDIA ASSET IDENTIFICATION SYSTEM & METHOD |
| 13/110,819 | 8649314 | US | PEER-TO-PEER MOBILE DATA TRANSFER METHOD AND DEVICE |
| 13/210,089 | 8706636 | US | SYSTEM & METHOD FOR UNIQUE DIGITAL ASSET IDENTIFICATION AND TRANSACTION MANAGEMENT |
| 13/759,950 | 8774149 | US | METHOD FOR ESTABLISHING NETWORK CONNECTIONS BETWEEN STATIONARY TERMINALS AND REMOTE DEVICES THROUGH MOBILE DEVICES |
| 12/398,102 | 8972880 | US | APPLICATION PROGRAMMING INTERFACE FOR TRANSFERRING CONTENT FROM THE WEB TO DEVICES |
| 09/878,684 | 6664891 | US | DATA DELIVERY THROUGH PORTABLE DEVICES |
| 09/876,514 | 6993049 | US | COMMUNICATION SYSTEM |
| 12/896,686 | 8194632 | US | METHOD FOR ESTABLISHING NETWORK CONNECTIONS BETWEEN STATIONARY TERMINALS AND REMOTE DEVICES THROUGH MOBILE DEVICES |
| 13/193,579 | 8406116 | US | MOBILE CONFERENCING METHOD AND SYSTEM |
| 10/151,087 | 7167487 | US | NETWORK WITH LOGIC CHANNELS AND TRANSPORT CHANNELS |
| 09/455,124 | 6868079 | US | RADIO COMMUNICATION SYSTEM WITH REQUEST RE-TRANSMISSION UNTIL ACKNOWLEDGED |
| 09/739,507 | 6836654 | US | ANTI-THEFT PROTECTION FOR A RADIOTELEPHONY DEVICE |
| 08/742,688 | 5960366 | US | WRIST-WATCH WIRELESS TELEPHONE |
| 09/876,515 | 7587207 | US | DATA DELIVERY THROUGH BEACONS |
| 09/597,198 | 7136999 | US | METHOD AND SYSTEM FOR ELECTRONIC DEVICE AUTHENTICATION |
| 10/323,228 | 6985758 | US | MOBILE DEVICE POWER SAVING |

Exhibit A-17

| Application Number | Patent Number | Country | Title |
|---|---|---|---|
| 09/739,474 | 6901272 | US | ERGONOMIC SYSTEM FOR CONTROL OF DEVICES THROUGH PORTABLE WIRELESS TERMINALS |
| 13/079,767 | 8018877 | US | MOBILE CONFERENCING METHOD AND SYSTEM |
| 09/920,041 | 7020106 | US | RADIO COMMUNICATION SYSTEM |
| 07/965,956 | 5483468 | US | SYSTEM AND METHOD FOR CONCURRENT RECORDING AND DISPLAYING OF SYSTEM PERFORMANCE DATA |
| 08/348,071 | 5619526 | US | CDMA BASE STATION MODULATOR FOR DIGITAL CELLULAR MOBILE COMMUNICATION SYSTEMS |
| 08/665,868 | 5639677 | US | METHOD OF MAKING A GAAS POWER SEMICONDUCTOR DEVICE OPERATING AT A LOW VOLTAGE |
| 08/353,044 | 5657421 | US | SPEECH SIGNAL TRANSMITTER WHEREIN CODING IS MAINTAINED DURING SPEECH PAUSES DESPITE SUBSTANTIAL SHUTDOWN OF THE TRANSMITTER |
| 08/634,635 | 5659687 | US | DEVICE FOR CONTROLLING MEMORY DATA PATH IN PARALLEL PROCESSING COMPUTER SYSTEM |
| 08/438,153 | 5692125 | US | SYSTEM AND METHOD FOR SCHEDULING LINKED EVENTS WITH FIXED AND DYNAMIC CONDITIONS |
| 08/673,882 | 5774673 | US | SYSTEM FOR COMMUNICATING BETWEEN A DYNAMIC GROUP OF APPARATUSES |
| 08/544,571 | 5835849 | US | CELLULAR MOBILE RADIO SYSTEM COMPRISING SUB-CELLS |
| 09/027,599 | 5936393 | US | LINE DRIVER WITH ADAPTIVE OUTPUT IMPEDANCE |
| 08/888,355 | 5940295 | US | DISTRIBUTED EXECUTION PROCESS FOR AN INTERACTIVE MULTIMEDIA PROGRAM, AND A LOCAL STATION USING THIS METHOD |
| 08/742,674 | 5949351 | US | REMOTE CONTROL METHOD AND SYSTEM THEREFOR |
| 09/079,478 | 5970318 | US | FABRICATION METHOD OF AN ORGANIC ELECTROLUMINESCENT DEVICES |
| 08/974,199 | 6008743 | US | METHOD AND APPARATUS FOR SWITCHING BETWEEN DATA COMPRESSION MODES |
| 08/280,271 | 6052108 | US | METHOD OF DISPLAYING TEXT HAVING IMPROVED USABILITY |
| 09/007,818 | 6058437 | US | D.M.A. DEVICE THAT HANDLES CACHE MISSES BY MANAGING AN ADDRESS OF AN AREA OF ALLOTTED VIA A DAEMON PROCESSOR |
| 08/977,826 | 6067333 | US | ADAPTIVE SERIAL AND PARALLEL MIXED INTERFERENCE CANCELLATION METHOD |

Exhibit A-18

PATENT
REEL: 046532 FRAME: 0128
UNILOC_6473114_00000305

| Application Number | Patent Number | Country | Title |
|---|---|---|---|
| 09/022,910 | 6070169 | US | METHOD AND SYSTEM FOR THE DETERMINATION OF A PARTICULAR DATA OBJECT UTILIZING ATTRIBUTES ASSOCIATED WITH THE OBJECT |
| 08/992,291 | 6084982 | US | METHOD OF CHROMA-KEYING FOR A DIGITAL VIDEO COMPRESSION SYSTEM |
| 09/136,733 | 6127952 | US | VIDEO DATA RECORDING APPARATUS |
| 09/139,726 | 6138234 | US | NODE BOOTING METHOD IN HIGH-SPEED PARALLEL COMPUTER |
| 09/603,495 | 6148029 | US | METHOD OF VARIABLE-LENGTH ENCODING OF IMAGES AND DEVICE FOR PERFORMING SAID |
| 09/122,755 | 6150187 | US | ENCAPSULATION METHOD OF A POLYMER OR ORGANIC LIGHT EMITTING DEVICE |
| 08/738,988 | 6154468 | US | FAST SYNC-BYTE SEARCH SCHEME FOR PACKET FRAMING |
| 08/977,989 | 6154496 | US | VIDEO BUFFER FOR SEAMLESS SPLICING OF MPEG STREAMS |
| 08/959,215 | 6169790 | US | METHOD OF RESTRICTING THE DURATION OF TELEPHONE CALLS AND TELEPHONE IMPLEMENTING SUCH A METHOD |
| 09/135,860 | 6178512 | US | WIRELESS NETWORK |
| 09/116,063 | 6190314 | US | COMPUTER INPUT DEVICE WITH BIOSENSORS FOR SENSING USER EMOTIONS |
| 09/116,903 | 6195388 | US | APPARATUS AND METHOD FOR ENCODING MULTIPLE VIDEO PROGRAMS |
| 08/770,024 | 6198728 | US | MEDIUM ACCESS CONTROL (MAC) PROTOCOL FOR WIRELESS ATM |
| 09/134,108 | 6198909 | US | COMMUNICATION ENVIRONMENT WITH PLURALITY OF RADIO SYSTEMS |
| 09/047,682 | 6201958 | US | TELECOMMUNICATIONS SYSTEM, MOBILE TERMINAL AND METHOD OF REGISTRATION OF A TERMINAL WITH A TELECOMMUNICATIONS NETWORK |
| 09/475,281 | 6211018 | US | METHOD FOR FABRICATING HIGH DENSITY TRENCH GATE TYPE POWER DEVICE |
| 09/096,698 | 6215488 | US | METHOD AND SYSTEM FOR DESIGNING A GRAPHICAL USER INTERFACE FOR AN ELECTRONIC CONSUMER PRODUCT |
| 09/197,315 | 6226636 | US | SYSTEM FOR RETRIEVING IMAGES USING A DATABASE |
| 09/139,203 | 6237072 | US | MEMORY MANAGEMENT WITH COMPACTION OF DATA BLOCKS |
| 09/123,019 | 6249515 | US | MULTIPLE ACCESS CONTROL METHOD FOR GUARANTEEING QOS REQUIREMENT |

Exhibit A-19

**PATENT**
**REEL: 046532 FRAME: 0129**

UNILOC_6473114_00000306

| Application Number | Patent Number | Country | Title |
|---|---|---|---|
| 09/030,344 | 6263091 | US | SYSTEM AND METHOD FOR IDENTIFYING FOREGROUND AND BACKGROUND PORTIONS OF DIGITIZED IMAGES |
| 09/070,322 | 6282318 | US | A METHOD AND SYSTEM FOR COMBINING PATTERN MATCHING AND OPTIMIZATION |
| 09/207,835 | 6282322 | US | SYSTEM AND METHOD FOR COMPRESSING AND DECOMPRESSING IMAGES |
| 09/428,403 | 6284605 | US | METHOD FOR FABRICATING SEMICONDUCTOR POWER INTEGRATED CIRCUIT |
| 09/236,688 | 6285805 | US | SYSTEM AND METHOD FOR FINDING THE DISTANCE FROM A MOVING QUERY POINT TO THE CLOSEST POINT ON ONE OR MORE CONVEX OR NON-CONVEX SHAPES |
| 09/198,708 | 6285892 | US | DATA TRANSMISSION SYSTEM FOR REDUCING TERMINAL POWER CONSUMPTION IN A WIRELESS NETWORK |
| 09/030,438 | 6289112 | US | SYSTEM AND METHOD FOR DETERMINING BLOCK DIRECTION IN FINGERPRINT IMAGES |
| 09/253,084 | 6295375 | US | METHOD AND DEVICE FOR CODING A SEQUENCE OF PICTURES |
| 09/710,821 | 6297820 | US | METHOD AND SYSTEM FOR DESIGNING A GRAPHICAL USER INTERFACE FOR AN ELECTRONIC CONSUMER PRODUCT |
| 09/316,985 | 6304612 | US | TRANSMISSION SYSTEM HAVING A SIMPLIFIED CHANNEL DECODER |
| 09/170,469 | 6314436 | US | SPACE-LIMITED MARKING STRUCTURE FOR TRACING GARBAGE COLLECTORS |
| 09/240,214 | 6317834 | US | BIOMETRIC AUTHENTICATION SYSTEM WITH ENCRYPTED MODELS |
| 09/039,347 | 6327272 | US | DATA TRANSFER SYSTEM, TRANSMITTER AND RECEIVER |
| 09/424,607 | 6329934 | US | MODIFYING DATA WHICH HAS BEEN CODED |
| 09/337,844 | 6338073 | US | FINALIZATION IN INCREMENTAL GARBAGE COLLECTORS |
| 09/338,150 | 6339779 | US | REFERENCE COUNTING MECHANISM FOR GARBAGE COLLECTORS |
| 08/397,292 | 6341276 | US | SYSTEM FOR SELECTING A COMPUTER SOLUTION FROM A PRE-DEFINED SET |
| 09/086,270 | 6347084 | US | METHOD OF TIMESTAMP SYNCHRONIZATION OF A RESERVATION-BASED TDMA PROTOCOL |
| 09/259,956 | 6349040 | US | ELECTRONIC DEVICE WITH A VARIABLE KEYBOARD |
| 09/276,876 | 6351561 | US | GENERATING DECISION-TREE CLASSIFIERS WITH OBLIQUE HYPERPLANES |
| 09/335,019 | 6360233 | US | DYNAMIC MEMORY SPACE ALLOCATION |

Exhibit A-20

| Application Number | Patent Number | Country | Title |
|---|---|---|---|
| 09/318,331 | 6363513 | US | TRANSMISSION SYSTEM WITH ADAPTIVE CHANNEL ENCODER AND DECODER |
| 09/160,003 | 6370117 | US | CHANNEL ALLOCATION METHODS IN A COMMUNICATION NETWORK AND CORRESPONDING SYSTEM |
| 09/280,107 | 6370595 | US | METHOD OF ADDRESSING A PLURALITY OF ADDRESSABLE UNITS BY A SINGLE ADDRESS WORD |
| 09/107,526 | 6377549 | US | CALL ADMISSION CONTROL SYSTEM FOR WIRELESS ATM NETWORKS |
| 09/343,910 | 6381471 | US | DUAL BAND RADIO TELEPHONE WITH DEDICATED RECEIVE AND TRANSMIT ANTENNAS |
| 09/287,428 | 6388715 | US | TELEVISION RECEIVER |
| 09/220,292 | 6389072 | US | MOTION ANALYSIS BASED BUFFER REGULATION SCHEME |
| 09/186,249 | 6393155 | US | ERROR REDUCTION IN TRANSFORMED DIGITAL DATA |
| 09/337,845 | 6393439 | US | STORED DATA OBJECT MARKING FOR GARBAGE COLLECTORS |
| 09/456,899 | 6405027 | US | GROUP CALL FOR A WIRELESS MOBILE COMMUNICATION DEVICE USING BLUETOOTH |
| 09/070,216 | 6407993 | US | FLEXIBLE TWO-WAY TELECOMMUNICATION SYSTEM |
| 09/328,968 | 6408293 | US | AN INTERACTIVE FRAMEWORK FOR UNDERSTANDING USER'S PERCEPTION OF MULTIMEDIA DATA |
| 09/177,962 | 6412013 | US | SYSTEM FOR CONTROLLING DATA OUTPUT TO A NETWORK |
| 09/819,285 | 6424323 | US | ELECTRONIC DEVICE HAVING A DISPLAY |
| 09/475,050 | 6424344 | US | APPARATUS FOR PROVIDING A VISUAL NAVIGATION INTERFACE |
| 09/474,090 | 6438361 | US | APPARATUS AND METHOD FOR AUTOMATIC SELECTION OF BROADBAND FREQUENCY CHANNEL USING DOUBLE FREQUENCY CONVERSION |
| 09/559,896 | 6442204 | US | VIDEO ENCODING METHOD AND SYSTEM |
| 09/417,660 | 6445387 | US | INTERFACE METHOD FOR SEARCHING VIRTUAL SPACE BASED ON BODY ICON |
| 09/467,591 | 6445921 | US | CALL RE-ESTABLISHMENT FOR A DUAL MODE TELEPHONE |
| 09/548,112 | 6452515 | US | VIDEO ENCODER AND DECODER |
| 08/994,873 | 6453416 | US | SECURE PROXY SIGNING DEVICE AND METHOD OF USE |
| 09/583,942 | 6458080 | US | MANAGING PARAMETERS EFFECTING THE COMPREHENSIVE HEALTH OF A USER |
| 09/404,716 | 6463174 | US | MACROBLOCK-BASED SEGMENTATION AND BACKGROUND MOSAICKING METHOD |

Exhibit A-21

| Application Number | Patent Number | Country | Title |
|---|---|---|---|
| 09/003,988 | 6466686 | US | SYSTEM AND METHOD FOR TRANSFORMING FINGERPRINTS TO IMPROVE RECOGNITION |
| 09/343,607 | 6467088 | US | RECONFIGURATION MANAGER FOR CONTROLLING UPGRADES OF ELECTRONIC DEVICES |
| 09/833,848 | 6469665 | US | TIME OF ARRIVAL ESTIMATION POSITIONING SYSTEMS |
| 09/264,060 | 6470006 | US | TIMING CONTROL OF TRANSMISSION TIME SLOT |
| 09/477,771 | 6470345 | US | REPLACEMENT OF SUBSTRINGS IN FILE/DIRECTORY PATHNAMES WITH NUMERIC TOKENS |
| 09/203,786 | 6483881 | US | METHOD OF REDUCING COMPLEXITY USING STATISTICS OF PATH METRICS IN A TRELLIS DECODER |
| 09/030,595 | 6487306 | US | SYSTEM AND METHOD FOR DERIVING A STRING-BASED REPRESENTATION OF AN (FINGERPRINT) IMAGE |
| 09/533,485 | 6487563 | US | MEMORY RECLAMATION METHOD |
| 09/537,821 | 6502110 | US | MEMORY RECLAMATION METHOD AND APPARATUS |
| 09/318,324 | 6512929 | US | TELECOMMUNICATION ASSEMBLY |
| 08/826,616 | 6515688 | US | VIEWER INTERACTIVE THREE-DIMENSIONAL WORKSPACE WITH A TWO-DIMENSIONAL WORKPLANE CONTAINING INTERACTIVE TWO-DIMENSIONAL IMAGES |
| 09/303,316 | 6519005 | US | METHOD OF CONCURRENT MULTIPLE-MODE MOTION ESTIMATION FOR DIGITAL VIDEO |
| 09/537,822 | 6526421 | US | METHOD OF SCHEDULING GARBAGE COLLECTION |
| 09/533,487 | 6567469 | US | MOTION ESTIMATION ALGORITHM SUITABLE FOR H.261 VIDEOCONFERENCING APPLICATIONS |
| 09/527,198 | 6571260 | US | MEMORY RECLAMATION METHOD |
| 09/497,138 | 6584229 | US | MACROBLOCK-BASED OBJECT-ORIENTED CODING METHOD OF IMAGE SEQUENCE HAVING A STATIONARY BACKGROUND |
| 09/182,698 | 6584423 | US | METHOD OF COMMUNICATION BETWEEN REMOTE TERMINALS AND A CENTRAL STATION |
| 09/826,027 | 6590125 | US | BLUE LIGHT-EMITTING POLYMER PREPARED USING A FLUORINATED TETRAPHENYL MONOMER AND AN EL DEVICE MANUFACTURED USING THE POLYMER |
| 09/209,064 | 6590903 | US | METHOD FOR THE TRANSMISSION OF AN ASYNCHRONOUS DATA STREAM VIA A SYNCHRONOUS DATA BUS, AND CIRCUIT ARRANGEMENT FOR CARRYING OUT THE METHOD |

Exhibit A-22

PATENT
REEL: 046532 FRAME: 0132
UNILOC_6473114_00000309

| Application Number | Patent Number | Country | Title |
|---|---|---|---|
| 09/394,556 | 6598020 | US | ADAPTIVE EMOTION AND INITIATIVE GENERATOR FOR CONVERSATIONAL SYSTEMS |
| 09/425,658 | 6600902 | US | MULTIPLE LINK DATA OBJECT CONVEYING METHOD FOR CONVEYING DATA OBJECTS TO WIRELESS STATIONS |
| 09/422,371 | 6603740 | US | LOCAL AREA NETWORK WITH A BRIDGE TERMINAL FOR TRANSMITTING DATA BETWEEN A PLURALITY OF SUB-NETWORKS AND FOR LOOP DETECTION |
| 09/786,292 | 6615335 | US | COMPRESSED STORAGE OF INFORMATION |
| 09/709,260 | 6618445 | US | SCALABLE MPEG-2 VIDEO DECODER |
| 09/712,678 | 6631163 | US | DYNAMIC ADAPTATION OF COMPLEXITY IN AN MPEG-2 SCALABLE DECODER |
| 09/422,736 | 6650648 | US | AUTOMATIC CONFIGURATION OF A BRIDGE TERMINAL FOR TRANSMITTING DATA BETWEEN A PLURALITY OF SUB-NETWORKS IN A LOCAL AREA NETWORK |
| 09/394,803 | 6658388 | US | PERSONALITY GENERATOR FOR CONVERSATIONAL SYSTEMS |
| 09/607,597 | 6678535 | US | PERVASIVE DOCK AND ROUTER WITH COMMUNICATION PROTOCOL CONVERTER |
| 09/960,188 | 6678613 | US | METHOD AND APPARATUS FOR NOTIFYING A USER OF AN APPOINTMENT |
| 09/377,361 | 6707858 | US | LOW IF RECEIVER |
| 09/282,638 | 6711294 | US | METHOD AND APPARATUS FOR REDUCING IMAGE DATA STORAGE AND PROCESSING BASED ON DEVICE SUPPORTED COMPRESSION TECHNIQUES |
| 09/616,229 | 6754373 | US | SYSTEM AND METHOD FOR MICROPHONE ACTIVATION USING VISUAL SPEECH CUES |
| 09/694,448 | 6766341 | US | FASTER TRANSFORMS USING SCALED TERMS |
| 10/226,963 | 6771193 | US | SYSTEM AND METHODS FOR EMBEDDING ADDITIONAL DATA IN COMPRESSED DATA STREAMS |
| 10/184,513 | 6774928 | US | MOBILE FOR VIDEO-CONFERENCING |
| 10/285,131 | 6798362 | US | POLYNOMIAL-TIME, SEQUENTIAL, ADAPTIVE SYSTEM AND METHOD FOR LOSSY DATA COMPRESSION |
| 10/077,061 | 6807604 | US | METHOD OF REFRESHING A DYNAMIC MEMORY |
| 10/234,888 | 6809662 | US | MODULATION CODE SYSTEM AND METHODS OF ENCODING AND DECODING A SIGNAL BY MULTIPLE INTEGRATION |
| 09/732,196 | 6809775 | US | TV RECEIVER APPARATUS AND RELATED METHOD |
| 09/996,003 | 6810083 | US | METHOD AND SYSTEM FOR ESTIMATING OBJECTIVE QUALITY OF COMPRESSED VIDEO DATA |

Exhibit A-23

| Application Number | Patent Number | Country | Title |
|---|---|---|---|
| 09/730,675 | 6810089 | US | BLOCK DETECTION METHOD FOR A CHANNEL SUBJECTED TO FADING |
| 10/186,646 | 6813692 | US | RECEIVER APPARATUS AND METHOD |
| 09/595,935 | 6836554 | US | SYSTEM AND METHOD FOR DISTORTING A BIOMETRIC FOR TRANSACTIONS WITH ENHANCED SECURITY AND PRIVACY |
| 10/011,880 | 6844878 | US | MEDIA PROCESSING REDUCTION IN HIDDEN AREAS |
| 09/699,609 | 6850948 | US | METHOD AND APPARATUS FOR COMPRESSING TEXTUAL DOCUMENTS |
| 09/773,422 | 6865387 | US | SOFTWARE RECONFIGURATION OF COMMUNICATIONS APPARATUS |
| 09/585,827 | 6876691 | US | METHOD OF AND RECEIVER FOR FREQUENCY ACQUISITION IN A FREQUENCY HOPPING SYSTEM |
| 10/082,872 | 6877068 | US | METHOD AND DEVICE FOR PREFETCHING A REFERENCED RESOURCE |
| 09/995,489 | 6882991 | US | SEARCH METHOD IN A HIERARCHICAL OBJECT STRUCTURE |
| 09/822,435 | 6891892 | US | MPEG-2 DECODER WITH AN EMBEDDED CONTRAST ENHANCEMENT FUNCTION AND METHODS THEREFOR |
| 10/086,741 | 6895118 | US | METHOD OF CODING DIGITAL IMAGES BASED ON ERROR CONCEALMENT |
| 10/057,670 | 6907074 | US | APPARATUS AND METHOD FOR PERFORMING MIXED MOTION ESTIMATION BASED ON HIERARCHICAL SEARCH |
| 09/823,486 | 6909746 | US | FAST ROBUST DATA COMPRESSION METHOD AND SYSTEM |
| 09/811,637 | 6910207 | US | METHOD OF EXECUTING A COMPUTER PROGRAM WITH AN INTERPRETER, COMPUTER SYSTEM AND COMPUTER PROGRAM PRODUCT |
| 09/734,782 | 6912579 | US | SYSTEM AND METHOD FOR CONTROLLING AN APPARATUS HAVING A DEDICATED USER INTERFACE FROM A BROWSER |
| 09/165,683 | 6918123 | US | CALLS IDENTIFY SCENARIO FOR CONTROL OF SOFTWARE OBJECTS VIA PROPERTY ROUTES |
| 09/837,036 | 6925126 | US | DYNAMIC COMPLEXITY PREDICTION AND REGULATION OF MPEG2 DECODING IN A MEDIA PROCESSOR |
| 10/029,811 | 6925197 | US | METHOD AND SYSTEM FOR NAME-FACE/VOICE-ROLE ASSOCIATION |
| 10/331,915 | 6926572 | US | FLAT PANEL DISPLAY DEVICE AND METHOD OF FORMING PASSIVATION FILM IN THE FLAT PANEL DISPLAY DEVICE |
| 08/901,338 | 6944221 | US | BUFFER MANAGEMENT IN VARIABLE BIT-RATE COMPRESSION SYSTEMS |

Exhibit A-24

| Application Number | Patent Number | Country | Title |
|---|---|---|---|
| 10/119,852 | 6944229 | US | APPARATUS AND METHOD FOR MPEG DECODING USING DYNAMIC FREQUENCY AND VOLTAGE SCALING |
| 10/024,611 | 6944579 | US | SIGNAL SEPARATION METHOD, SIGNAL PROCESSING APPARATUS, IMAGE PROCESSING APPARATUS, MEDICAL IMAGE PROCESSING APPARATUS AND STORAGE MEDIUM FOR RESTORING MULTIDIMENSIONAL SIGNALS FROM OBSERVED DATA IN WHICH MULTIPLE SIGNALS ARE MIXED |
| 10/456,501 | 6945869 | US | APPARATUS AND METHOD FOR VIDEO BASED SHOOTING GAME |
| 10/637,843 | 6946995 | US | MICROSTRIP PATCH ANTENNA AND ARRAY ANTENNA USING SUPERTRATE |
| 10/077,059 | 6952450 | US | UNEQUAL ERROR PROTECTION OF VIDEO BASED ON MOTION VECTOR CHARACTERISTICS |
| 09/552,650 | 6954634 | US | RECONFIGURABLE COMMUNICATION NETWORK |
| 10/323,227 | 6961594 | US | MOBILE DEVICE POWER SAVING |
| 09/891,430 | 6963756 | US | ELECTRONIC EQUIPMENT COMPRISING A RETRACTABLE SCREEN |
| 09/481,771 | 6964048 | US | METHOD FOR DYNAMIC LOANING IN RATE MONOTONIC REAL-TIME SYSTEMS |
| 09/571,456 | 6965582 | US | CELLULAR RADIO COMMUNICATION SYSTEM |
| 10/121,583 | 6965699 | US | CAMERA INFORMATION CODING/DECODING METHOD FOR SYNTHESIZING STEREOSCOPIC REAL VIDEO AND A COMPUTER GRAPHIC IMAGE |
| 09/822,457 | 6967944 | US | INCREASING LINK CAPACITY VIA CONCURRENT TRANSMISSIONS IN CENTRALIZED WIRELESS LANS |
| 09/730,655 | 6967968 | US | COMMUNICATION NETWORK HAVING MINIMIZED ROUNDTRIP CONTENTION DELAY |
| 10/334,837 | 6970149 | US | ACTIVE MATRIX ORGANIC LIGHT EMITTING DIODE DISPLAY PANEL CIRCUIT |
| 10/041,937 | 6980112 | US | EMERGENCY CALL PATIENT LOCATING SYSTEM FOR IMPLANTED AUTOMATIC DEFIBRILLATORS |
| 10/334,409 | 6980351 | US | ELECTROPHORETIC DISPLAY |
| 09/797,085 | 6980522 | US | AD-HOC RADIO COMMUNICATION SYSTEM |
| 09/806,091 | 6983013 | US | METHOD AND DEVICE FOR ENCODING VIDEO SIGNAL |
| 09/914,240 | 6985526 | US | SNR SCALABLE VIDEO ENCODING METHOD AND CORRESPONDING DECODING METHOD |

Exhibit A-25

**PATENT**
**REEL: 046532 FRAME: 0135**

UNILOC_6473114_00000312

| Application Number | Patent Number | Country | Title |
|---|---|---|---|
| 10/127,528 | 6985635 | US | SYSTEM AND METHOD FOR PROVIDING A SINGLE-LAYER VIDEO ENCODED BITSTREAMS SUITABLE FOR REDUCED-COMPLEXITY DECODING |
| 10/033,649 | 6988067 | US | LSF QUANTIZER FOR WIDEBAND SPEECH CODER |
| 09/460,944 | 6988276 | US | IN-HOUSE TV TO TV CHANNEL PEEKING |
| 10/743,459 | 6992637 | US | SLOT ANTENNA HAVING SLOTS FORMED ON BOTH SIDES OF DIELECTRIC SUBSTRATE |
| 10/109,772 | 6993182 | US | METHOD AND APPARATUS FOR DETECTING SCENE CHANGES IN VIDEO USING A HISTOGRAM OF FRAME DIFFERENCES |
| 10/146,399 | 6999515 | US | ENCODING BLOCK-ORGANIZED DATA |
| 10/038,987 | 7003497 | US | SYSTEM AND METHOD FOR CONFIRMING ELECTRONIC TRANSACTIONS |
| 10/267,705 | 7006701 | US | SEQUENTIAL DIGITAL IMAGE COMPRESSION |
| 09/840,812 | 7010034 | US | VIDEO COMPRESSION |
| 10/082,860 | 7012960 | US | METHOD OF TRANSCODING AND TRANSCODING DEVICE WITH EMBEDDED FILTERS |
| 10/255,327 | 7016668 | US | METHOD AND APPARATUS FOR A RECONFIGURABLE MULTI-MEDIA SYSTEM |
| 10/089,959 | 7016676 | US | METHOD, NETWORK AND CONTROL STATION FOR THE TWO-WAY ALTERNATE CONTROL OF RADIO SYSTEMS OF DIFFERENT STANDARDS IN THE SAME FREQUENCY BAND |
| 10/014,190 | 7020336 | US | IDENTIFICATION AND EVALUATION OF AUDIENCE EXPOSURE TO LOGOS IN A BROADCAST EVENT |
| 09/718,246 | 7034866 | US | COMBINED DISPLAY-CAMERA FOR AN IMAGE PROCESSING SYSTEM |
| 09/962,659 | 7039585 | US | METHOD AND SYSTEM FOR SEARCHING RECORDED SPEECH AND RETRIEVING RELEVANT SEGMENTS |
| 11/024,568 | 7042401 | US | TRAPEZOID ULTRA WIDE BAND PATCH ANTENNA |
| 10/043,053 | 7047309 | US | LOAD BALANCING AND DYNAMIC CONTROL OF MULTIPLE DATA STREAMS IN A NETWORK |
| 09/944,306 | 7049954 | US | DATA TRANSMISSION SYSTEM |
| 10/033,806 | 7051120 | US | HEALTHCARE PERSONAL AREA IDENTIFICATION NETWORK METHOD AND SYSTEM |
| 10/653,804 | 7054470 | US | SYSTEM AND METHOD FOR DISTORTION CHARACTERIZATION IN FINGERPRINT AND PALM-PRINT IMAGE SEQUENCES AND USING THIS DISTORTION AS A BEHAVIORAL BIOMETRICS |

Exhibit A-26

PATENT
REEL: 046532 FRAME: 0136
UNILOC_6473114_00000313

| Application Number | Patent Number | Country | Title |
|---|---|---|---|
| 10/172,416 | 7054497 | US | METHOD AND SYSTEM FOR OPTIMIZING IMAGE SHARPNESS DURING CODING AND IMAGE ENHANCEMENT |
| 09/961,995 | 7058083 | US | NETWORK INTERFACE DRIVER AND METHOD |
| 09/933,552 | 7058879 | US | DATA TRANSMISSION SYSTEM, EQUIPMENT SUITABLE FOR SUCH A SYSTEM AND DATA TRANSMISSION METHOD |
| 10/169,346 | 7058951 | US | METHOD AND A SYSTEM FOR ALLOCATION OF A BUDGET TO A TASK |
| 10/359,710 | 7072513 | US | METHOD OF SEGMENTING HANDWRITTEN TOUCHING NUMERAL STRINGS HAVING NON-VERTICAL SEGMENTATION LINE |
| 10/513,012 | 7072671 | US | RADIO SYSTEM, APPARATUS, AND METHOD OF OPERATING THE RADIO SYSTEM |
| 09/973,312 | 7075917 | US | WIRELESS NETWORK WITH A DATA EXCHANGE ACCORDING TO THE ARQ METHOD |
| 10/184,875 | 7079670 | US | APPARATUS AND METHOD FOR AUTHENTICATING A USER BY EMPLOYING FEATURE POINTS OF A FINGERPRINT IMAGE OF THE USER |
| 10/155,211 | 7092448 | US | METHOD AND SYSTEM FOR ESTIMATING NO-REFERENCE OBJECTIVE QUALITY OF VIDEO DATA |
| 09/838,010 | 7092549 | US | METHOD AND APPARATUS FOR REMOVING DEFECTS IN AN IMAGE SEQUENCE |
| 10/175,413 | 7092694 | US | WIRELESS COMMUNICATION SYSTEM HAVING A GUEST TRANSMITTER AND A HOST RECEIVER |
| 09/942,634 | 7093298 | US | APPARATUS AND METHOD FOR SECURITY OBJECT ENHANCEMENT AND MANAGEMENT |
| 09/810,015 | 7095328 | US | SYSTEM AND METHOD FOR NON INTRUSIVE MONITORING OF AT RISK INDIVIDUALS |
| 10/749,606 | 7099686 | US | MICROSTRIP PATCH ANTENNA HAVING HIGH GAIN AND WIDEBAND |
| 09/730,679 | 7103070 | US | TRANSMISSION SYSTEM COMPRISING A STATION OF A FIRST TYPE AND A STATION OF A SECOND TYPE AND SYNCHRONIZATION METHOD |
| 10/153,256 | 7103340 | US | ANTENNA DIVERSITY ARRANGEMENT |
| 10/650,406 | 7106264 | US | BROADBAND SLOT ANTENNA AND SLOT ARRAY ANTENNA USING THE SAME |
| 10/124,009 | 7107111 | US | TRICK PLAY FOR MP3 |
| 10/065,802 | 7107445 | US | METHOD AND APPARATUS FOR SECURE PROCESSING OF SENSITIVE DATA |

Exhibit A-27

**PATENT**
**REEL: 046532 FRAME: 0137**

UNILOC_6473114_00000314

| Application Number | Patent Number | Country | Title |
|---|---|---|---|
| 10/298,968 | 7110047 | US | SIGNIFICANT SCENE DETECTION AND FRAME FILTERING FOR A VISUAL INDEXING SYSTEM USING DYNAMIC THRESHOLDS |
| 10/080,184 | 7110366 | US | APPARATUS AND METHOD FOR PEER-TO-PEER LINK MONITORING OF A WIRELESS NETWORK WITH CENTRALIZED CONTROL |
| 09/822,452 | 7113074 | US | METHOD AND SYSTEM FOR AUTOMATICALLY CONTROLLING A PERSONALIZED NETWORKED ENVIRONMENT |
| 10/202,660 | 7117258 | US | METHOD AND APPARATUS FOR ASSIGNING IP ADDRESS USING AGENT IN ZERO CONFIGURATION NETWORK |
| 10/078,936 | 7120209 | US | REDUCED COMPLEXITY INTERCARRIER INTERFERENCE CANCELLATION |
| 09/877,344 | 7123658 | US | SYSTEM AND METHOD FOR CREATING MULTI-PRIORITY STREAMS |
| 09/449,250 | 7123745 | US | METHOD AND APPARATUS FOR DETECTING MOVING OBJECTS IN VIDEO CONFERENCING AND OTHER APPLICATIONS |
| 09/806,565 | 7137126 | US | CONVERSATIONAL COMPUTING VIA CONVERSATIONAL VIRTUAL MACHINE |
| 10/059,441 | 7139017 | US | METHOD AND SYSTEM FOR OBTAINING THE BEST PICTURE QUALITY IN A SCARCE-POWER DEVICE |
| 10/124,061 | 7149159 | US | METHOD AND APPARATUS FOR EDITING DATA STREAMS |
| 10/024,779 | 7151767 | US | METHOD AND APPARATUS FOR SYNCHRONIZING FREQUENCY HOPPING TRANSCEIVERS |
| 10/082,858 | 7151916 | US | METHOD OF RECEIVING A SIGNAL AND A RECEIVER |
| 10/029,825 | 7164671 | US | OVERLAPPING NETWORK ALLOCATION VECTOR (ONAV) FOR AVOIDING COLLISION IN THE IEEE 802.11 WLAN OPERATING UNDER HCF |
| 09/773,418 | 7167454 | US | RADIO COMMUNICATION SYSTEM |
| 10/957,749 | 7170355 | US | VOLTAGE-CONTROLLED OSCILLATOR USING CURRENT FEEDBACK NETWORK |
| 10/028,378 | 7170566 | US | FAMILY HISTOGRAM BASED TECHNIQUES FOR DETECTION OF COMMERCIALS AND OTHER VIDEO CONTENT |
| 10/257,204 | 7171169 | US | NETWORK WITH ADAPTATION OF THE MODULATION METHOD |
| 09/929,118 | 7171206 | US | METHOD AND SYSTEM FOR TRANSFERRING A COMMUNICATION SESSION |
| 10/480,660 | 7174135 | US | WIDEBAND SIGNAL TRANSMISSION SYSTEM |

Exhibit A-28

**PATENT**
**REEL: 046532 FRAME: 0138**

UNILOC_6473114_00000315

| Application Number | Patent Number | Country | Title |
|---|---|---|---|
| 10/147,974 | 7177345 | US | DEMODULATING DEVICE AND METHOD FOR W-CDMA BASE STATION |
| 11/180,726 | 7183149 | US | METHOD OF MANUFACTURING FIELD EFFECT TRANSISTOR |
| 10/477,871 | 7190408 | US | TV-RECEIVER, IMAGE DISPLAY APPARATUS, TV-SYSTEM AND METHOD FOR DISPLAYING AN IMAGE |
| 10/135,337 | 7193989 | US | RADIO COMMUNICATION ARRANGEMENTS |
| 10/135,353 | 7193991 | US | RADIO COMMUNICATION ARRANGEMENTS |
| 10/211,416 | 7194018 | US | APPARATUS FOR SEARCHING MULTIPATH IN SPREAD SPECTRUM COMMUNICATIONS SYSTEM AND METHOD THEREOF |
| 10/621,461 | 7197598 | US | APPARATUS AND METHOD FOR FILE-LEVEL STRIPING |
| 09/923,868 | 7206285 | US | METHOD FOR SUPPORTING NON-LINEAR, HIGHLY SCALABLE INCREASE-DECREASE CONGESTION CONTROL SCHEME |
| 10/330,800 | 7215635 | US | APPARATUS FOR TRANSMITTING AND RECEIVING SIGNAL USING ORTHOGONAL CODES AND NON-BINARY VALUES IN CDMA/OFDM SYSTEM AND METHOD THEREOF |
| 09/855,115 | 7215706 | US | VIDEO SIGNAL ENCODING AND BUFFER MANAGEMENT |
| 09/819,279 | 7227579 | US | LIGHT MODULATION REMOVER |
| 10/523,619 | 7230579 | US | DIRECTIONAL DUAL FREQUENCY ANTENNA ARRANGEMENT |
| 10/182,158 | 7242719 | US | A METHOD AND APPARATUS FOR SPACE-SAVING-VARIABLE LENGTH ENCODING AND DECODING |
| 10/119,577 | 7245592 | US | ALIGNING 802.11E HCF AND 802.11H TPC OPERATIONS |
| 10/547,585 | 7283832 | US | METHOD AND SYSTEM FOR ESTABLISHING WIRELESS PEER-TO-PEER COMMUNICATIONS |
| 10/547,586 | 7286841 | US | METHOD AND SYSTEM FOR MAINTAINING UPLINK SYNCHRONIZATION WITH PEER-TO-PEER COMMUNICATION IN WIRELESS COMMUNICATION SYSTEM |
| 10/551,312 | 7308266 | US | METHOD AND SYSTEM FOR PEER-TO-PEER COMMUNICATION MANAGEMENT IN WIRELESS COMMUNICATION NETWORKS |
| 10/264,904 | 7308466 | US | MEMORY RECLAMATION METHOD |
| 11/182,927 | 7502335 | US | METHOD FOR ALLOCATING IP ADDRESSES FOR PEER-TO-PEER WIRELESS INSTANT MESSAGING AND OTHER DATA COMMUNICATIONS |
| 11/091,242 | 7672255 | US | MOBILE INSTANT MESSAGING CONFERENCING METHOD AND SYSTEM |
| 10/544,773 | 7681227 | US | GENERATION OF ENCRYPTED VIDEO INFORMATION |

Exhibit A-29

**PATENT**
**REEL: 046532 FRAME: 0139**

UNILOC_6473114_00000316

| Application Number | Patent Number | Country | Title |
|---|---|---|---|
| 10/562,538 | 7738778 | US | SYSTEM AND METHOD FOR GENERATING A MULTIMEDIA SUMMARY OF MULTIMEDIA STREAMS |
| 11/042,620 | 7773550 | US | PEER-TO-PEER MOBILE DATA TRANSFER METHOD AND DEVICE |
| 11/288,505 | 7817606 | US | METHOD FOR ESTABLISHING NETWORK CONNECTIONS BETWEEN STATIONARY TERMINALS AND REMOTE DEVICES THROUGH MOBILE DEVICES |
| 11/776,420 | 7853500 | US | SYSTEM AND METHOD FOR DETERMINING RIGHT OF ACCESS |
| 12/691,594 | 7940704 | US | MOBILE INSTANT MESSAGING CONFERENCING METHOD AND SYSTEM |
| 10/817,994 | 7961663 | US | PEER-TO-PEER MOBILE INSTANT MESSAGING METHOD AND DEVICE |
| 12/832,576 | 7969925 | US | PEER-TO-PEER MOBILE DATA TRANSFER METHOD AND DEVICE |
| 10/016,325 | 8001052 | US | SYSTEM & METHOD FOR UNIQUE DIGITAL ASSET IDENTIFICATION AND TRANSACTION MANAGEMENT |
| 12/966,673 | 8117113 | US | SYSTEM & METHOD FOR DETERMINING RIGHT OF ACCESS |
| 12/103,604 | 8200581 | US | DIGITAL MEDIA ASSET CONVERSION SYSTEM AND METHOD |
| 2012100461 | 2012100461 | AU | LOCAL AREA ADVERTISEMENT MANAGEMENT |
| 2012100463 | 2012100463 | AU | RENEWABLE RESOURCE DISTRIBUTION MANAGEMENT SYSTEM |
| 2011101297 | 2011101297 | AU | REMOTE RECOGNITION OF AN ASSOCIATION BETWEEN REMOTE DEVICES |
| 2013101034 | 2013101034 | AU | REGISTRATION AND AUTHENTICATION OF COMPUTING DEVICES USING A DIGITAL SKELETON KEY |
| 2011101296 | 2011101296 | AU | HARDWARE IDENTIFICATION THROUGH COOKIES |
| 2013100369 | 2013100369 | AU | UNIQUE DEVICE IDENTIFICATION AMONG LARGE POPULATIONS OF HOMOGENEOUS DEVICES |
| 2013100802 | 2013100802 | AU | DEVICE AUTHENTICATION USING INTER-PERSON MESSAGE METADATA |
| 2013100259 | 2013100259 | AU | MIGRATION OF USAGE SESSIONS BETWEEN DEVICES |
| 2012100459 | 2012100459 | AU | PERSONAL CONTROL OF PERSONAL INFORMATION |
| 2012100470 | 2012100470 | AU | ANONYMOUS WHISTLE BLOWER SYSTEM WITH REPUTATION REPORTING OF ANONYMOUS WHISTLE BLOWERS |
| 2012100464 | 2012100464 | AU | COMPUTER BASED COMPARISON OF HUMAN INDIVIDUALS |

Exhibit A-30

| Application Number | Patent Number | Country | Title |
|---|---|---|---|
| 2013100243 | 2013100243 | AU | PEDESTRIAN TRAFFIC MONITORING AND ANALYSIS |
| 2013100804 | 2013100804 | AU | PREDICTIVE DELIVERY OF INFORMATION BASED ON DEVICE HISTORY |
| 2012100465 | 2012100465 | AU | HEALTH ASSESSMENT BY REMOTE PHYSICAL EXAMINATION |
| 2012100458 | 2012100458 | AU | LOCAL AREA SOCIAL NETWORKING |
| 2012100460 | 2012100460 | AU | METHOD AND SYSTEM FOR IMPLEMENTING ZONE-RESTRICTED BEHAVIOR OF A COMPUTING DEVICE |
| 2012100462 | 2012100462 | AU | NEAR-FIELD AUTHENTICATION THROUGH COMMUNICATION OF ENCLOSED CONTENT SOUND WAVES |
| 2013100883 | 2013100883 | AU | DETECTION OF DEVICE TAMPERING |
| 2013100355 | 2013100355 | AU | DEVICE-SPECIFIC CONTENT DELIVERY |
| 10165951.4 | 2273371 | DE | FAILOVER PROCEDURE FOR SERVER SYSTEM |
| 60 2008 039 553.7 | 2203815 | DE | INSTALLING PROTECTED SOFTWARE PRODUCT USING UNPROTECTED INSTALLATION |
| 60 2010 023 538.6 | 2273411 | DE | SYSTEMS AND METHODS FOR DETERMINING AUTHORIZATION TO OPERATE LICENSED SOFTWARE BASED ON A CLIENT DEVICE FINGERPRINT |
| 10168528.7 | 2282474 | DE | SYSTEM AND METHOD FOR SECURED MOBILE COMMUNICATION |
| 60 2010 031 589.4 | 2267966 | DE | SYSTEM AND METHOD FOR SECURING AN ELECTRONIC COMMUNICATION |
| EP 10166779.8 | 2270703 | EP | SYSTEMS AND METHODS FOR PROVIDING CONDITIONAL AUTHORIZATION TO OPERATE LICENSED SOFTWARE |
| EP 10165956.3 | 2264975 | EP | SYSTEM AND METHOD FOR REDUNDANCY IN A COMMUNICATION NETWORK |
| EP 10165951.4 | EP 2273371 | EP | FAILOVER PROCEDURE FOR SERVER SYSTEM |
| EP 10165196.6 | | EP | SECURING EXECUTABLE CODE INTEGRITY USING AUTO-DERIVATIVE KEY |
| EP 10165197.4 | 2264640 | EP | FEATURE-SPECIFIC KEYS FOR EXECUTABLE CODE |
| 8831302.8 | 2203815 | EP | INSTALLING PROTECTED SOFTWARE PRODUCT USING UNPROTECTED INSTALLATION |
| 10165175 | 2273411 | EP | SYSTEMS AND METHODS FOR DETERMINING AUTHORIZATION TO OPERATE LICENSED SOFTWARE BASED ON A CLIENT DEVICE FINGERPRINT |
| EP 10168528.7 | 2282474 | EP | SYSTEM AND METHOD FOR SECURED MOBILE COMMUNICATION |
| EP 10188068.0 | 2282474 | EP | SYSTEM AND METHOD FOR DEVICE AUTHENTICATION WITH BUILT-IN TOLERANCE |

Exhibit A-31

| Application Number | Patent Number | Country | Title |
|---|---|---|---|
| EP 10165171.9 | 2267966 | EP | SYSTEM AND METHOD FOR SECURING AN ELECTRONIC COMMUNICATION |
| 10166788.9 | EP2270704 | EP | SYSTEMS AND METHODS FOR AUDITING SOFTWARE USAGE USING A COVERT KEY |
| EP 10165179.2 | 2273438 | EP | USE OF A FINGERPRINT WITH AN ON-LINE OR NETWORKED AUCTION |
| 10165951.4 | 2273371 | GB | FAILOVER PROCEDURE FOR SERVER SYSTEM |
| EP08831302.8 | EP2203815 | GB | INSTALLING PROTECTED SOFTWARE PRODUCT USING UNPROTECTED INSTALLATION |
| 10165175 | 2273411 | GB | SYSTEMS AND METHODS FOR DETERMINING AUTHORIZATION TO OPERATE LICENSED SOFTWARE BASED ON A CLIENT DEVICE FINGERPRINT |
| 10168528.7 | 2282474 | GB | SYSTEM AND METHOD FOR SECURED MOBILE COMMUNICATION |
| 10165171.9 | 2267966 | GB | SYSTEM AND METHOD FOR SECURING AN ELECTRONIC COMMUNICATION |
| 12/819,046 | | US | SYSTEMS AND METHODS FOR PROVIDING CONDITIONAL AUTHORIZATION TO OPERATE LICENSED SOFTWARE |
| 12/818,906 | 8239852 | US | REMOTE UPDATE OF COMPUTERS BASED ON PHYSICAL DEVICE RECOGNITION |
| 14/867,976 | 9558636 | US | AUTOMATIC TELLER MACHINE INVENTORY AND DISTRIBUTION SYSTEM |
| 15/417,748 | | US | AUTOMATIC TELLER MACHINE INVENTORY AND DISTRIBUTION SYSTEM |
| 14/825,120 | | US | VERIFICATION THAT AN AUTHENTICATED USER IS IN PHYSICAL POSSESSION OF A CLIENT DEVICE |
| 12/468,288 | 8812701 | US | DEVICE AND METHOD FOR SECURED COMMUNICATION |
| 12/813,362 | 8452960 | US | SYSTEM AND METHOD FOR CONTENT DELIVERY |
| 12/813,378 | 8736462 | US | SYSTEM AND METHOD FOR TRAFFIC INFORMATION DELIVERY |
| 12/813,391 | 8903653 | US | SYSTEM AND METHOD FOR LOCATING NETWORK NODES |
| 12/813,420 | 9141489 | US | FAILOVER PROCEDURE FOR SERVER SYSTEM |
| 13/707,454 | | US | RENEWABLE RESOURCE DISTRIBUTION MANAGEMENT SYSTEM |
| 12/792,184 | | US | SECURING EXECUTABLE CODE INTEGRITY USING AUTO-DERIVATIVE KEY |
| 12/792,206 | | US | FEATURE-SPECIFIC KEYS FOR EXECUTABLE CODE |
| 12/903,980 | 8769296 | US | SOFTWARE SIGNATURE TRACKING |

Exhibit A-32

**PATENT**
**REEL: 046532 FRAME: 0142**

UNILOC_6473114_00000319

| Application Number | Patent Number | Country | Title |
|---|---|---|---|
| 12/235,243 | 8160962 | US | INSTALLING PROTECTED SOFTWARE PRODUCT USING UNPROTECTED INSTALLATION IMAGE |
| 13/269,415 | 8671060 | US | POST-PRODUCTION PREPARATION OF AN UNPROTECTED INSTALLATION IMAGE FOR DOWNLOADING AS A PROTECTED SOFTWARE PRODUCT |
| 14/524,939 | | US | ELECTRONIC MAIL SENDER VERIFICATION |
| 12/828,473 | 8213907 | US | SYSTEM AND METHOD FOR SECURED MOBILE COMMUNICATION |
| 13/586,111 | 8693473 | US | REMOTE RECOGNITION OF AN ASSOCIATION BETWEEN REMOTE DEVICES |
| 13/692,843 | | US | DATA REPOSITORY AUTHENTICATION |
| 13/832,982 | 9286466 | US | REGISTRATION AND AUTHENTICATION OF COMPUTING DEVICES USING A DIGITAL SKELETON KEY |
| 13/914,584 | 9143496 | US | DEVICE AUTHENTICATION USING DEVICE ENVIRONMENT INFORMATION |
| 14/176,906 | | US | REMOTE RECOGNITION OF AN ASSOCIATION BETWEEN REMOTE DEVICES |
| 14/794,121 | | US | SECURE TWO-STAGE TRANSACTIONS |
| 15/048,466 | | US | REGISTRATION AND AUTHENTICATION OF COMPUTING DEVICES USING A DIGITAL SKELETON KEY |
| 12/903,948 | 8316421 | US | SYSTEM AND METHOD FOR DEVICE AUTHENTICATION WITH BUILT-IN TOLERANCE |
| 11/531,235 | 7934250 | US | METHOD AND APPARATUS FOR USING PERFORMANCE AND STRESS TESTING ON COMPUTING DEVICES FOR DEVICE AUTHENTICATION |
| 11/531,257 | 7987362 | US | METHOD AND APPARATUS FOR USING IMPERFECTIONS IN COMPUTING DEVICES FOR DEVICE AUTHENTICATION |
| 13/235,281 | | US | PSYCHOGRAPHIC DEVICE FINGERPRINTING |
| 13/621,809 | 9571492 | US | HARDWARE IDENTIFICATION THROUGH COOKIES |
| 13/911,574 | 8695068 | US | DEVICE AUTHENTICATION USING DISPLAY DEVICE IRREGULARITY |
| 14/196,083 | 9578502 | US | DEVICE AUTHENTICATION USING INTER-PERSON MESSAGE METADATA |
| 14/179,292 | 9444802 | US | DEVICE AUTHENTICATION USING DISPLAY DEVICE IRREGULARITY |
| 15/416,920 | | US | HARDWARE IDENTIFICATION THROUGH COOKIES |
| 14/050,213 | | US | MIGRATION OF USAGE SESSIONS BETWEEN DEVICES |

Exhibit A-33

**PATENT**
**REEL: 046532 FRAME: 0143**

UNILOC_6473114_00000320

| Application Number | Patent Number | Country | Title |
|---|---|---|---|
| 14/176,928 | | US | DEVICE-SPECIFIC RESTRICTIVE CONTENT DELIVERY |
| 14/196,065 | | US | SHARED STATE AMONG MULTIPLE DEVICES |
| 11/532,080 | 8284929 | US | SYSTEM OF DEPENDENT KEYS ACROSS MULTIPLE PIECES OF RELATED SCRAMBLED INFORMATION |
| 12/703,470 | 8838976 | US | WEB CONTENT ACCESS USING A CLIENT DEVICE IDENTIFIER |
| 12/903,959 | 9082128 | US | SYSTEM AND METHOD FOR TRACKING AND SCORING USER ACTIVITIES |
| 13/586,057 | 9338152 | US | PERSONAL CONTROL OF PERSONAL INFORMATION |
| 13/692,857 | 8881273 | US | DEVICE REPUTATION MANAGEMENT |
| 13/742,972 | | US | ANONYMOUS WHISTLE BLOWER SYSTEM WITH REPUTATION REPORTING OF ANONYMOUS WHISTLE BLOWER |
| 13/743,162 | 8521874 | US | COMPUTER-BASED COMPARISON OF HUMAN INDIVIDUALS |
| 13/944,622 | | US | EMPLOYEE PERFORMANCE EVALUATION |
| 13/944,618 | | US | INCLUDING USAGE DATA TO IMPROVE COMPUTER-BASED TESTING OF APTITUDE |
| 13/916,945 | 8892642 | US | COMPUTER-BASED COMPARISON OF HUMAN INDIVIDUALS |
| 14/510,965 | 9311485 | US | DEVICE REPUTATION MANAGEMENT |
| 14/049,841 | 9571981 | US | PEDESTRIAN TRAFFIC MONITORING AND ANALYSIS USING LOCATION AND AUTHENTICATION OF MOBILE COMPUTING DEVICES |
| 14/188,063 | 9414199 | US | PREDICTIVE DELIVERY OF INFORMATION BASED ON DEVICE HISTORY |
| 15/415,726 | | US | PEDESTRIAN TRAFFIC MONITORING AND ANALYSIS |
| 13/743,198 | 9449151 | US | HEALTH ASSESSMENT BY REMOTE PHYSICAL EXAMINATION |
| 15/268,845 | | US | HEALTH ASSESSMENT BY REMOTE PHYSICAL EXAMINATION |
| 11/470,246 | 7804079 | US | METHOD AND APPARATUS FOR USING IMPERFECTIONS AND IRREGULARITIES IN OPTICAL MEDIA FOR IDENTIFICATION PURPOSES |
| 13/657,859 | | US | LOCAL AREA SOCIAL NETWORKING |
| 14/983,281 | | US | MOBILE DEVICE MONITORING AND ANALYSIS |
| 12/818,981 | | US | SYSTEM AND METHOD FOR MONITORING EFFICACY OF ONLINE ADVERTISING |
| 12/272,570 | 8566960 | US | SYSTEM AND METHOD FOR ADJUSTABLE LICENSING OF DIGITAL PRODUCTS |
| 12/784,380 | 9633183 | US | MODULAR SOFTWARE PROTECTION |

Exhibit A-34

| Application Number | Patent Number | Country | Title |
|---|---|---|---|
| 12/784,262 | 8423473 | US | SYSTEMS AND METHODS FOR GAME ACTIVATION |
| 12/784,447 | | US | SYSTEM AND METHOD FOR MEDIA DISTRIBUTION |
| 12/140,917 | 7908662 | US | SYSTEM AND METHOD FOR AUDITING SOFTWARE USAGE |
| 15/483,392 | | US | MODULAR SOFTWARE PROTECTION |
| 12/792,249 | 8495359 | US | SYSTEM AND METHOD FOR SECURING AN ELECTRONIC COMMUNICATION |
| 13/707,886 | 8949954 | US | CUSTOMER NOTIFICATION PROGRAM ALERTING CUSTOMER-SPECIFIED NETWORK ADDRESS OF UNAUTHORIZED ACCESS ATTEMPTS TO CUSTOMER ACCOUNT |
| 13/734,175 | | US | METHOD AND SYSTEM FOR IMPLEMENTING ZONE-RESTRICTED BEHAVIOR OF A COMPUTING DEVICE |
| 13/734,178 | 9564952 | US | NEAR FIELD AUTHENTICATION THROUGH COMMUNICATION OF ENCLOSED CONTENT SOUND WAVES |
| 14/074,153 | 8881280 | US | DEVICE-SPECIFIC CONTENT DELIVERY |
| 14/530,529 | 9294491 | US | DEVICE-SPECIFIC CONTENT DELIVERY |
| 15/424,298 | | US | NEAR FIELD AUTHENTICATION THROUGH COMMUNICATION OF ENCLOSED CONTENT SOUND WAVES |
| 12/390,273 | 8374968 | US | LICENSE AUDITING FOR DISTRIBUTED APPLICATIONS |
| 12/819,012 | | US | SYSTEM AND METHOD FOR PIRACY REDUCTION IN SOFTWARE ACTIVATION |
| 12/818,934 | 9129097 | US | SYSTEMS AND METHODS FOR AUDITING SOFTWARE USAGE USING A COVERT KEY |
| 13/239,260 | | US | LICENSE AUDITING OF SOFTWARE USAGE BY ASSOCIATING SOFTWARE ACTIVATIONS WITH DEVICE IDENTIFIERS |
| 12/792,442 | | US | SYSTEM AND METHOD FOR PREVENTING MULTIPLE ONLINE PURCHASES |
| 12/792,375 | 9075958 | US | USE OF FINGERPRINT WITH AN ON-LINE OR NETWORKED AUCTION |
| 13/961,774 | | US | SYSTEM AND METHOD FOR PREVENTING MULTIPLE ONLINE PURCHASES |

Exhibit A-35

# Declaration of James Palmer
## November 9, 2018

James J. Foster
Aaron S. Jacobs (CA No. 214953)
PRINCE LOBEL TYE LLP
One International Place, Suite 3700
Boston, MA 02110
617-456-8000
jfoster@princelobel.com
ajacobs@princelobel.com

Matthew D. Vella (CA No. 314548)
mvella@princelobel.com
PRINCE LOBEL TYE LLP
410 Broadway Avenue, Suite 180
Laguna Beach, CA 92651

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNILOC USA, INC., and<br>UNILOC LUXEMBOURG, S.A.,<br><br>        Plaintiffs,<br><br>v.<br><br>APPLE INC.,<br><br>        Defendant. | Case No.: 3:18-cv-00360-WHA<br>Case No.: 3:18-cv-00363-WHA<br>Case No.: 3:18-cv-00365-WHA<br>Case No.: 3:18-cv-00572-WHA<br><br>**DECLARATION OF JAMES PALMER**<br><br>DATE: Thursday, December 20, 2018<br>TIME: 8:00 a.m.<br>COURTROOM: 12, 19th Floor<br>JUDGE: Hon. William Alsup |

1. I am a Managing Director in the Intellectual Property Finance Group ("IP Group") of the credit business at Fortress Investment Group, an affiliate of Fortress Credit Co. LLC ("Fortress"). I submit this declaration under penalty of perjury in support of Uniloc's Opposition to Apple's Motion to Dismiss.

2. I understand Apple has alleged Fortress had the right, during May 26-August 2, 2017, to sublicense (to Apple or others) the patents involved in these actions. As explained below, that was not the case.

The 2014 Fortress-Uniloc transaction

3.     The IP Group facilitates investments, such as loans, that are secured by the borrowers' patents.  On December 30, 2014, Fortress, on behalf of various affiliates provided a loan to, among others, Uniloc USA, Inc. and Uniloc Luxembourg S. A. (collectively, the borrowers, "Uniloc"). The documentation for the loan included, among other documents, a Revenue Sharing and Note and Warrant Purchase Agreement ("the Agreement"), Dkt. No. 135-2, as well as a Patent License Agreement ("the License"), Dkt. No. 135-3.

4.     As is standard for this type of loan, the documentation gave Fortress various rights intended to secure the loan, to be enforced only if Uniloc defaulted and such default led to an Event of Default under the Agreement. This included the License, which gave rights to Fortress to sublicense the patents in the portfolio, but only "following an Event of Default," as defined by the Agreement. The Agreement, in turn, specified, under "Annulment of Defaults" (¶ 7.3), that an Event of Default would end after Fortress (on behalf of the Majority Purchasers) either was reasonably satisfied Uniloc had effected a cure, or had waived the Event of Default.

5.     The sole purpose of providing for contingent sublicensing authority is to secure the Fortress loan in case of an Event of Default, not to allow Fortress to license patents in competition with the patent owner. Although the remedies language of this Agreement is typically broad, to give Fortress flexibility in protecting its investment in a default scenario, Fortress does not believe it can in good faith declare an "event of default" has occurred under the Agreement and then pursue foreclosure or other remedies unless such action is warranted under the terms of the Agreement.

6.     The purpose of the loan was to finance Uniloc's litigation of the 71 United States patents then in Uniloc's portfolio (which did not include the patents involved in these actions). See Ex. A. As is standard for this type of loan, the Agreement imposed certain covenants on Uniloc and required Uniloc to make certain representations and warranties. As Fortress had not previously done business with Uniloc, the Agreement included a covenant as to expected Actual Monetization Revenues (¶ 6.2.2). The Agreement also included a standard representation that, as of the December 30, 2014 Closing, none of the 71 United States patents listed in an Appendix to the

Agreement had been adjudged invalid, in whole or in part, or were at that time subject to any challenge to their validity (¶ 4.5).

Apple's allegations

7.      I understand Apple alleges an "Event of Default," as that term was defined in ¶ 7.1 of the Agreement, existed as of May 26, 2017. I disagree, for the reasons stated below.

Actual Monetization Revenues

8.      Paragraph 6.2 of the Agreement required Uniloc to diligently pursue monetization of the patents in the 2014 portfolio, to provide regular updates to Fortress, and to consult with Fortress as to Uniloc's activities if requested to do so – which Uniloc did faithfully. At all times prior to August 2, 2017, Fortress was satisfied with Uniloc's efforts in that regard.

9.      As a result of its satisfaction with Uniloc's performance, Fortress invested additional funds in the monetization effort by increasing the amount of the loan in May 2016, and entered into discussions for another substantial investment in May 2017. The parties revised the Agreement with each investment, each revision reconfiguring the relationship.

10.      Apple points to the monetization revenue for the four quarters ending March 31, 2017, as falling short of the figure in the December 2014 Agreement, labeling that difference an "Event of Default." But Uniloc had not defaulted on the loan. To the contrary, the situation had changed markedly, and positively, since December 2014, rendering the earlier minimums no longer of significance to Fortress, to the point Fortress made a substantial additional investment, finalized by the Third Amendment to the Agreement, as of May 15, 2017 (the "May 15, 2017 Agreement"). Dkt. No. 135-4.

11.      Although Fortress did not regard Uniloc as in default, I understand Apple argues ¶ 7.1.2 of the Agreement defines an Event of Default as *any* failure "to perform or observe any of the covenants or agreements contained in Article VI [which] failure continues for 30 days after... knowledge of [Uniloc] of such failure," however unimportant it would have seemed at the time. But at that time there had been no increase in financial risk and therefore this was not what Fortress would have regarded as a "default," and Fortress did not consider it or treat it as a default.

12.     In the weeks following March 31, 2017, Uniloc and Fortress finalized the May 15, 2017 Agreement, with Fortress completely aware of the Actual Monetization Revenues numbers. To the extent Apple argues the shortfall created an "Event of Default" before May 15, 2017, even though Fortress did not view it that way, there is no dispute Fortress's signature to the May 15 Agreement establishes Uniloc had cured that ostensible "Event of Default" to Fortress's satisfaction. And, to the extent there had been minimum monetization revenue requirements for the period prior to May 15, 2017, Fortress viewed the May 15, 2017 Agreement as wiping the slate clean.

13.     To summarize, at no time, either before or after May 15, 2017, did Fortress consider Uniloc as being in default, or believe Fortress had a right to license Uniloc's patents subject to the May 15, 2017 Agreement.

Validity challenges

14.     I understand Apple also alleges, Dkt. No. 135 at 5, Uniloc made a "false" representation on December 30, 2014, namely, none of the patents listed in the Appendix to the Agreement had been adjudged invalid, in whole or in part, or had been subject to any challenge to its validity.

15.     The allegation appears overblown. The list attached to the 2014 Agreement included 71 United States patents. As I understand Apple's accusation: i) the Patent Office, in an Inter Partes Review of one of those 71 patents had found some claims of that patent unpatentable, but others patentable; and ii) the validity of another two (of the 71) patents had been challenged in a motion filed in Texas district court. Both these events had occurred shortly before the Agreement. But this oversight, by whoever reviewed the draft for the closing, appears to Fortress as being of no apparent materiality.

16.     As described above, the purpose of the loan was to fund patent litigation, in which it was expected that the validity of virtually all asserted patents would be contested. That two or three of the 71 patents had already been challenged would not have been considered material.

17.     As for Apple's charge Uniloc had made "false" representations, Fortress has seen no evidence that the oversights were intentional, or even discovered before Apple filed its Motion.

1  If Fortress had learned of these oversights during the life of the Agreement, Fortress could not, in

2  good faith, and would not, have claimed an Event of Default had occurred.

3      18.    I understand Apple claims the mistaken representation -- that no patent had yet been

4  challenged as to its validity -- was "later re-affirmed" by the signing of the May 15, 2017

5  Amendment. Apple appears to suggest Uniloc had effectively represented that by May 15, 2017,

6  there had been no validity challenges.

7      19.    That is certainly not what the May 15, 2017 Agreement means, at least to me. To

8  review, the December 30, 2014 (and subsequent) loans were to support Uniloc's assertion of

9  patents against infringers, primarily through litigation. Fortress well understood defendants in such

10 litigation almost universally assert invalidity. As of May 15, 2017, Fortress was aware that Uniloc

11 had filed a number of actions on the listed patents, and understood in all, or virtually all, of them

12 invalidity had been, or would shortly be, asserted.

13     20.    Fortress thus did not regard the statement in the May 15, 2017 amendment

14 describing the "representation or warranties" of the 2014 Agreement as "being true and correct in

15 all material respects" as of May 15, 2017 as meaning no allegations of invalidity had been raised

16 since 2014.

17

18

19

20 Executed:  November 9, 2018

21                                              James Palmer

22

23

24

25

26

27

28

# Declaration of James Palmer
## March 13, 2019

James J. Foster
Aaron S. Jacobs (CA No. 214953)
PRINCE LOBEL TYE LLP
One International Place, Suite 3700
Boston, MA 02110
617-456-8000
jfoster@princelobel.com
ajacobs@princelobel.com

Matthew D. Vella (CA No. 314548)
mvella@princelobel.com
PRINCE LOBEL TYE LLP
410 Broadway Avenue, Suite 180
Laguna Beach, CA 92651

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNILOC USA, INC.,<br>UNILOC LUXEMBOURG, S.A. and<br>UNILOC 2017 LLC,<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC.,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **Case No.: 3:18-cv-00360-WHA**<br>**Case No.: 3:18-cv-00363-WHA**<br>**Case No.: 3:18-cv-00365-WHA**<br>**Case No.: 3:18-cv-00572-WHA**<br><br>**SUPPLEMENTAL DECLARATION OF**<br>**JAMES PALMER** |

1.      I had previously submitted a Declaration of November 9, 2018, Dkt. No. 142-1, in

support of Uniloc's Opposition to Apple's Motion to Dismiss.  I am submitting this Supplemental

Declaration under penalty of perjury.

2.      The November 9 Declaration (¶ 10-13) averred Fortress did not consider Uniloc as

having been in default.  I stated there that if, contrary to Fortress's view, an "Event of Default" had

occurred, Uniloc had "cured that 'ostensible 'Event of Default'' to Fortress's satisfaction."  But I

understand Apple is now arguing my November 9 declaration was "conspicuously silent" as to the

period after May 1, 2017.  Dkt. No. 173, p. 8.

3.      For the same reasons as I described in my November 9 declaration, at all times between May 1, 2017 and August 2, 2017, Fortress was satisfied with Uniloc's monetization revenues, and did not regard Uniloc as being in default.  To the extent Apple argues, contrary to Fortress's view, a shortfall in monetization revenues numbers created an "Event of Default" after May 1, 2017, Uniloc had cured that ostensible "Event of Default" to Fortress's satisfaction.


Dated:  March 13, 2019                    _/s/ James Palmer_____
                                          James Palmer

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

UNILOC 2017 LLC,

      Plaintiff,

v.

GOOGLE LLC,

      Defendant.

Case Nos.: 4:20-cv-04355-YGR
4:20-cv-05330-YGR; 4:20-cv-05333-YGR;
4:20-cv-05334-YGR; 4:20-cv-05339-YGR;
4:20-cv-05340-YGR; 4:20-cv-05341-YGR
4:20-cv-05342-YGR; 4:20-cv-05343-YGR
4:20-cv-05344-YGR; 4:20-cv-05345-YGR
4:20-cv-05346-YGR

**[PROPOSED] ORDER DENYING
GOOGLE LLC'S MOTION TO DISMISS
FOR LACK OF STANDING**

Having considered Defendant Google LLC's Motion to Dismiss for Lack of Standing, and the briefing and exhibits related thereto, the Court finds that the Motion should be and is DENIED.