Aaron S. Jacobs (Cal. Bar No. 214953)
ajacobs@princelobel.com
**PRINCE LOBEL TYE LLP**
One International Place, Suite 3700
Boston, MA 02110
Tel: (617) 456-8000

Matthew D. Vella (Cal. State Bar No. 314548)
mvella@princelobel.com
**PRINCE LOBEL TYE LLP**
357 S. Coast Highway, Suite 200
Laguna Beach, CA 92651
Tel: (949) 232-6375

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| UNILOC 2017 LLC,<br><br>　　　Plaintiff,<br><br>v.<br><br>GOOGLE LLC,<br><br>　　　Defendant. | Case Nos.: 4:20-cv-04355-YGR<br>4:20-cv-05330-YGR; 4:20-cv-05333-YGR;<br>4:20-cv-05334-YGR; 4:20-cv-05339-YGR;<br>4:20-cv-05340-YGR; 4:20-cv-05341-YGR<br>4:20-cv-05342-YGR; 4:20-cv-05343-YGR<br>4:20-cv-05344-YGR; 4:20-cv-05345-YGR<br>4:20-cv-05346-YGR<br><br>**DECLARATION OF KEVIN GANNON IN SUPPORT OF PLAINTIFF'S SUPPLEMENTAL OPPOSITION TO GOOGLE'S MOTION TO DISMISS** |

I, Kevin Gannon, declare:

1. I am an attorney with the law firm Prince Lobel Tye LLP, attorneys for plaintiff in this action, Uniloc 2017 LLC ("Uniloc"). I submit this declaration under penalty of perjury in support of Plaintiff's Supplemental Opposition to Google's Motion to Dismiss.

2. Attached as Exhibit 1 are pages from the deposition of James Palmer in which he testified that the Uniloc entities did not default under the Revenue Sharing Agreement.

3. Attached as Exhibit 2 are pages from the deposition of Erez Levy in which he testified that the Uniloc entities did not default under the Revenue Sharing Agreement.

Dated: October 16, 2020　　　　*/s/ Kevin Gannon*
　　　　　　　　　　　　　　　Kevin Gannon