# EXHIBIT 2

CERTIFIED COPY

```
 1              UNITED STATES DISTRICT COURT
                NORTHERN DISTRICT OF CALIFORNIA
 2                 SAN FRANCISCO DIVISION

 3

 4   UNILOC USA, INC., et al.,   Case Nos.: 3:18-cv-00360-WHA
                                 Case Nos.: 3:18-cv-00363-WHA
 5              Plaintiffs,      Case Nos.: 3:18-cv-00365-WHA
                                 Case Nos.: 3:18-cv-00572-WHA
 6   vs.

 7   APPLE INC.,

 8              Defendant.
     _____//
 9

10

11         CONFIDENTIAL - ATTORNEYS' EYES ONLY

12              DEPOSITION OF EREZ LEVY

13            Friday, September 21, 2018

14

15

16   REPORTED BY:

17   APRIL DAWN HEVEROH, RPR, CLR, CCRR, CSR No. 8759

18

19

20

21

22

23

24

25
```

1  A. I do.
2  Q. Are you aware of any instance where an event of
3  default was cured to the reasonable satisfaction of the
4  major purchasers?
5  A. ==I am not aware of an event of default.==
6  Q. Are you aware of any instance where an event of
7  default was in existence but then ceased to exist?
8  A. I am not aware of any such event.
9  Q. Clause (Z) refers to an amendment to the
10 agreement that cures an event of default. Do you see
11 that?
12 A. I do.
13 Q. Are you aware of any amendment to this
14 agreement that cures an event of default?
15 A. No.
16 Q. This agreement has been amended three times,
17 right?
18 A. Correct.
19 Q. Did any of those amendments cure an event of
20 default?
21 A. Not that I'm aware of.
22 Q. Did you speak with anyone to determine whether
23 any of those amendments cured an event of default?
24 A. No. ==I'm just not aware of an event of default.==
25 Q. So far we've been talking about the time period