ARNOLD & PORTER KAYE SCHOLER LLP
Michael A. Berta (SBN 194650)
Michael.Berta@arnoldporter.com
Marty Koresawa (SBN 291967)
Marty.Koresawa@arnoldporter.com
Three Embarcadero Center, 10th Floor
San Francisco, CA 94111-4024
Tel: 415-471-3100 / Fax: 415-471-3400

ARNOLD & PORTER KAYE SCHOLER LLP
Nicholas H. Lee (SBN 259588)
Nicholas.Lee@arnoldporter.com
777 South Figueroa Street, 44th Floor
Los Angeles, CA 90017-5844
Tel: 213-243-4000 / Fax: 213-243-4199

ARNOLD & PORTER KAYE SCHOLER LLP
David A. Caine (SBN 218074)
David.Caine@arnoldporter.com
Michael D.K. Nguyen (SBN 264813)
Michael.Nguyen@arnoldporter.com
Bonnie Phan (SBN 305574)
Bonnie.Phan@arnoldporter.com
Carson Dean Anderson (SBN 317308)
Carson.Anderson@arnoldporter.com
3000 El Camino Real
Five Palo Alto Square, Suite 500
Palo Alto, CA 94306-3807
Tel: 650-319-4500 / Fax: 650-319-4700

*Attorneys for Defendant GOOGLE LLC*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNILOC 2017 LLC,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>GOOGLE LLC,<br><br>　　　　　Defendants. | CASE NOS. 4:20-cv-04355-YGR;<br>4:20-cv-05330-YGR; 4:20-cv-05333-YGR;<br>4:20-cv-05334-YGR; 4:20-cv-05339-YGR;<br>4:20-cv-05341-YGR; 4:20-cv-05342-YGR;<br>4:20-cv-05343-YGR; 4:20-cv-05344-YGR;<br>4:20-cv-05345-YGR; 4:20-cv-05346-YGR<br><br>**DEFENDANT GOOGLE LLC'S NOTICE OF RECENT JUDICIAL ACTION**<br><br>JURY TRIAL DEMANDED |

During the November 17, 2020 oral argument concerning Defendant Google's pending motions to dismiss for lack of standing, Plaintiff Uniloc 2017 noted that similar standing issues involving the same agreements supporting Google's motions were being considered by Judge Alsup in *Uniloc USA, Inc., et al. v. Apple, Inc.*, Case No. 3:18-cv-00358-WHA. Uniloc 2017 further filed a notice alerting the Court to the fact that a hearing on Apple's motion to dismiss for lack of standing was scheduled for December 3, 2020. (Case No. 4:20-cv-5330, Dkt. No. 353.) That hearing was held as scheduled.

On December 4, 2020, Judge Alsup issued an Order Dismissing Case for Lack of Standing. (Case No. 3:18-cv-00358, Dkt. No. 186.) Google hereby submits a copy of that Order, attached hereto as Exhibit A, for the Court's consideration.

| | | |
|---|---|---|
| 1 | Dated: December 7, 2020 | Respectfully submitted by: |
| 2 | | |
| 3 | | */s/ Nicholas H. Lee* |
| 4 | | Michael A. Berta (SBN 194650)<br>Michael.Berta@arnoldporter.com |
| 5 | | Marty Koresawa (SBN 291967)<br>Marty.Koresawa@arnoldporter.com |
| 6 | | ARNOLD & PORTER KAYE SCHOLER LLP<br>Three Embarcadero Center, 10th Floor |
| 7 | | San Francisco, CA 94111-4024<br>Tel: 415-471-3100 / Fax: 415-471-3400 |
| 8 | | Nicholas H. Lee (SBN 259588) |
| 9 | | Nicholas.Lee@arnoldporter.com<br>ARNOLD & PORTER KAYE SCHOLER LLP |
| 10 | | 777 South Figueroa Street, 44th Floor<br>Los Angeles, CA 90017-5844 |
| 11 | | Tel: 213-243-4000 / Fax: 213-243-4199 |
| 12 | | David A. Caine (SBN 218074)<br>David.Caine@arnoldporter.com |
| 13 | | Michael D.K. Nguyen (SBN 264813)<br>Michael.Nguyen@arnoldporter.com |
| 14 | | Bonnie Phan (SBN 305574)<br>Bonnie.Phan@arnoldporter.com |
| 15 | | Carson Dean Anderson (SBN 317308)<br>Carson.Anderson@arnoldporter.com |
| 16 | | ARNOLD & PORTER KAYE SCHOLER LLP<br>3000 El Camino Real |
| 17 | | Five Palo Alto Square, Suite 500<br>Palo Alto, CA 94306-3807 |
| 18 | | Tel: 650-319-4500 / Fax: 650-319-4700 |
| 19 | | *Attorneys for Defendant Google LLC (04355)* |

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who have consented to electronic service are being served with a copy of this document via electronic mail on December 7, 2020.

<span style="text-align:right">*/s/ Nicholas H. Lee*</span>