Aaron S. Jacobs (Cal. Bar No. 214953)
ajacobs@princelobel.com
**PRINCE LOBEL TYE LLP**
One International Place, Suite 3700
Boston, MA 02110
Tel: (617) 456-8000

Matthew D. Vella (Cal. Bar No. 314548)
mvella@princelobel.com
**PRINCE LOBEL TYE LLP**
357 S Coast Highway, Suite 200
Laguna Beach, CA 92651

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNILOC 2017 LLC,<br><br>    Plaintiff,<br><br>v.<br><br>GOOGLE LLC,<br><br>    Defendant. | Case Nos. 4:20-cv-04355-YGR<br>4:20-cv-05330-YGR; 4:20-cv-05333-YGR;<br>4:20-cv-05334-YGR; 4:20-cv-05339-YGR;<br>4:20-cv-05341-YGR; 4:20-cv-05342-YGR;<br>4:20-cv-05343-YGR; 4:20-cv-05344-YGR;<br>4:20-cv-05345-YGR; 4:20-cv-05346-YGR<br><br>**PLAINTIFF'S NOTICE OF APPEAL** |

Pursuant to Federal Rules of Appellate Procedure 3 and 4, notice is hereby given that Plaintiff, Uniloc 2017 LLC ("Uniloc"), in each of the above-named cases hereby appeals to the United States Court of Appeals for the Federal Circuit from the entirety of this Court's December 22, 2020 Order Granting Motions to Dismiss (Dkt. No. 370).

While Dkt. No. 370 is the document number in Case No. 4:20-cv-04355, this Notice of Appeal is being filed in, and applies to, all of the actions listed above. Uniloc thus appeals to United States Court of Appeals for the Federal Circuit from the entirety of the same December 22, 2020 Order Granting Motion to Dismiss in each of the above-listed actions as follows:

- Case No. 4:20-cv-04355-YGR – Dkt. No. 370
- Case No. 4:20-cv-05330-YGR – Dkt. No. 357
- Case No. 4:20-cv-05333-YGR – Dkt. No. 355
- Case No. 4:20-cv-05334-YGR – Dkt. No. 345

- Case No. 4:20-cv-05339-YGR – Dkt. No. 332
- Case No. 4:20-cv-05341-YGR – Dkt. No. 324
- Case No. 4:20-cv-05342-YGR – Dkt. No. 223
- Case No. 4:20-cv-05343-YGR – Dkt. No. 218
- Case No. 4:20-cv-05344-YGR – Dkt. No. 218
- Case No. 4:20-cv-05345-YGR – Dkt. No. 210
- Case No. 4:20-cv-05346-YGR – Dkt. No. 222

Date: December 31, 2020

Respectfully submitted,

*/s/ Aaron S. Jacobs*
Aaron S. Jacobs (Cal. Bar No. 214953)
ajacobs@princelobel.com
**PRINCE LOBEL TYE LLP**
One International Place, Suite 3700
Boston, MA 02110
617-456-8000

Matthew D. Vella (Cal. Bar No. 314548)
mvella@princelobel.com
**PRINCE LOBEL TYE LLP**
357 S Coast Highway, Suite 200
Laguna Beach, CA 92651

Attorneys for Plaintiff